## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Nimesh Patel

                Plaintiff,

v.                                      Case No.: 1:15−cv−04265
                                                        Honorable James B. Zagel

Facebook, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 30, 2015:

       MINUTE entry before the Honorable James B. Zagel: Motion for Leave to Appear Pro Hac Vice [16] is granted. Attorney Paul J. Geller is granted leave to appear on behalf of Plaintiff. Counsel's previous Motion for Leave to Appear Pro Hac Vice [15] is terminated as moot. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.