**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ADAM PEZEN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 15-cv-03484 |
| FACEBOOK, INC., | ) ) | Hon. James B. Zagel |
| Defendant. | ) ) ) | |
| CARLO LICATA, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 15-cv-04022 |
| FACEBOOK, INC., | ) ) | Hon. James B. Zagel |
| Defendant. | ) ) ) | |
| NIMESH PATEL, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 15-cv-04265 |
| FACEBOOK, INC., | ) ) | Hon. James B. Zagel |
| Defendant. | ) ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF MICHAEL FRISCH

Pursuant to Local Rule 83.17, Attorney Michael Frisch hereby withdraws his appearance on behalf of Defendant Facebook, Inc. in the above cases.  Mayer Brown LLP attorneys Lauren R. Goldman, Vincent Connelly, Archis A. Parasharami, and John Nadolenco will continue to represent Facebook, Inc. in these cases.

Dated July 8, 2015

Respectfully submitted,

By:  /s/ *Michael D. Frisch*

Lauren R. Goldman
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com

Vincent Connelly
Michael D. Frisch
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
vconnelly@mayerbrown.com
mfrisch@mayerbrown.com

Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3328
aparasharami@mayerbrown.com

John Nadolenco
MAYER BROWN LLP
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
jnadolenco@mayerbrown.com

*Counsel for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 8, 2015, this **Notice of Withdrawal of Appearance** was electronically filed with the Clerk of the Court using the CM/ECF system and that copies of the foregoing were served on all counsel of record electronically via that system.

Dated: July 8, 2015

By: /s/ *Michael D. Frisch*
Michael D. Frisch

*Counsel for Defendant Facebook, Inc.*