ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DAVID W. HALL (274921)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dhall@rgrdlaw.com

Interim Co-Lead Counsel for Plaintiffs
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIMESH PATEL, Individually and on Behalf of All Others Similarly Situated, <br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:15-cv-03747-JD<br><br>STIPULATION AND [PROPOSED] ORDER IN CONNECTION WITH CONSOLIDATED ACTION |
| CARLO LICATA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:15-cv-03748-MEJ |
| ADAM PEZEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:15-cv-03749-HSG |

1    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Local Rule 3-12(a) and Local
2 Rule 7-11, Plaintiffs Adam Pezen, Carlo Licata and Nimesh Patel (collectively, "Plaintiffs"), and
3 Defendant Facebook, Inc. ("Facebook"), in the above-captioned actions, hereby submit this
4 stipulation and proposed order.

5    WHEREAS, on August 17, 2015, this Court issued separate Orders Setting Initial Case
6 Management Conference and ADR Deadlines in *Licata v. Facebook, Inc.*, Case No. 3:15-cv-03748-
7 MEJ and *Pezen v. Facebook, Inc.*, Case No. 3:15-cv-03749-HSG.

8    WHEREAS, on August 18, 2015, this Court issued an Order Setting Initial Case
9 Management Conference and ADR Deadlines in *Patel v. Facebook, Inc.* and assigning case number
10 3:15-cv-03747-JD.

11    WHEREAS, each of the above putative class actions – all of which were recently transferred
12 to this District from the Northern District of Illinois (where they had been consolidated under *Pezen*)
13 – asserts claims arising from alleged violations of the Illinois Biometric Information Privacy Act of
14 2008 against the same party, Facebook;

15    WHEREAS, on April 1, 2015, plaintiff Carlo Licata filed an action in the Circuit Court of
16 Cook County, Illinois County Department, Chancery Division, captioned *Licata v. Facebook, Inc.*;
17 Facebook removed that case to the United States District Court for the Northern District of Illinois
18 on May 6, 2015, where it was assigned Case No. 1:15-cv-04022;

19    WHEREAS, on April 21, 2015, plaintiff Adam Pezen filed an action captioned *Pezen v.*
20 *Facebook, Inc.*, Case No. 1:15-cv-03484, in the United States District Court for the Northern District
21 of Illinois;

22    WHEREAS, on May 14, 2015, plaintiff Nimesh Patel filed an action captioned *Patel v.*
23 *Facebook, Inc.*, Case No. 1:15-cv-04265, in the United States District Court for the Northern District
24 of Illinois;

25    WHEREAS, on May 21, 2015, Judge Zagel of the United States District Court for the
26 Northern District of Illinois entered Orders in the respective cases relating the *Pezen*, *Licata*, and
27 *Patel* actions pursuant to Northern District of Illinois Local Rule 40.4;

28

1  WHEREAS, on July 1, 2015, Facebook filed a motion to transfer these actions to this Court
2  pursuant to 28 U.S.C. § 1404(a);

3  WHEREAS, on July 8, 2015, Judge Zagel issued an Order Appointing Interim Co-Lead
4  Class Counsel and Setting Schedule, consolidating the related cases under the *Pezen* action for all
5  pretrial proceedings and appointing Jay Edelson of Edelson PC, Joel Bernstein of Labaton Sucharow
6  LLP, and Paul Geller of Robbins Geller Rudman & Dowd LLP Interim Co-Lead Counsel and
7  creating a master file docket under the *Pezen* action, which was the lowest-numbered and lead case
8  in the Northern District of Illinois;

9  WHEREAS, on July 29, 2015, pursuant to the stipulation of the parties (attached as Exhibit
10 A), Judge Zagel issued an Order Transferring Venue (attached as Exhibit B) of the consolidated
11 actions to the Northern District of California pursuant to 28 U.S.C. §1404(a); and

12 WHEREAS, the parties stipulate and agree that because the three cases set forth above have
13 previously been related and consolidated for all pretrial proceedings under the lead *Pezen* action, this
14 Court should also consolidate the three actions under the *Pezen* action and assign a master docket
15 number and caption to the consolidated actions and assign the action to the judge presiding over the
16 *Pezen* action.

17 WHEREFORE, IT IS HEREBY STIPULATED by the parties, through their counsel of
18 record and subject to the approval of the Court, that:

19 1.  The consolidated actions will proceed as a Consolidated Action in this Court bearing
20 the Case No. 3:15-cv-03749, United States District Court for the Northern District of California.

21 2.  The docket in Case No. 3:15-cv-03749 shall constitute the Master Docket for this
22 Consolidated Action. Every pleading filed in the Consolidated Action in the Northern District of
23 California shall bear the following caption:

24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM PEZEN, et al., ) | Master File No. 3:15-cv-03749 |
| ) | |
| Plaintiffs, ) | <u>CLASS ACTION</u> |
| ) | |
| vs. ) | |
| ) | |
| FACEBOOK, INC. ) | |
| Defendant. ) | |

This Document Relates To:

3. The file in Case No. 3:15-cv-03749 shall constitute a Master File for every action in the Consolidated Action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:." When a document applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:," the docket number for each individual action to which the document applies, along with the last name of the first listed plaintiff in said action.

4. All other related actions subsequently filed in, or transferred to, this District shall be consolidated into the Consolidated Action and Master Docket. This Order shall apply to every such action, absent order of the Court.

5. Defendant shall not be required to answer or otherwise respond to the various initial complaints filed in the consolidated actions or any subsequently filed related action. Interim Co-Lead Counsel Jay Edelson of Edelson PC, Joel Bernstein of Labaton Sucharow LLP, and Paul Geller of Robbins Geller Rudman & Dowd LLP shall file a consolidated complaint no later than August 28, 2015. Defendant shall answer or otherwise respond to the consolidated complaint within 30 days after its filing.

6. If defendant files a motion to dismiss, a motion to strike, or any other motion in

1  response to the consolidated complaint, the parties will meet and confer regarding a briefing
2  schedule and proposed hearing date for the Court's consideration, provided that Plaintiffs shall have
3  no fewer than 30 days to file an opposition thereto, and defendant shall have no fewer than 15 days
4  thereafter to file a reply, and any reply shall be filed at least two weeks before a hearing date.

DATED:  August 28, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DAVID W. HALL


     s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
CORBAN S. RHODES
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

EDELSON PC
JAY EDELSON
BENJAMIN H. RICHMAN
350 North LaSalle Street, 13th Floor
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)

Attorneys for Interim Co-Lead Counsel for Plaintiffs

MAYER BROWN LLP
JOHN NADOLENCO
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071

MAYER BROWN LLP
VINCENT J. CONNELLY
71 S. Wacker Drive
Chicago, IL  60606
Telephone:  312/782-0600
312/701-7711 (fax)

1

2   MAYER BROWN LLP
    LAUREN R. GOLDMAN
3   1221 Avenue of the Americans
    New York, NY  10020
4   Telephone: 214/506-2500
    212/262-1910 (fax)

5

6   MAYER BROWN LLP
    ARCHIS A. PARASHARAMI
7   1999 K Street, N.W.
    Washington, DC  20006
8   Telephone: 202/263-3000
    202/263-3300 (fax)

9   Attorneys for Defendant Facebook, Inc.

10

11

12                          *     *     *

13                         **O R D E R**

14       IT IS SO ORDERED.

15  DATED: _____    _____
                                     UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2015.

                        s/ Shawn A. Williams
                        SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

1070243_1

# Mailing Information for a Case 3:15-cv-03747-JD Patel v. Facebook, Inc.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Lauren R Goldman**
  lrgoldman@mayerbrown.com

- **John Nadolenco**
  jnadolenco@mayerbrown.com,los-docket@mayerbrown.com,jaustgen@mayerbrown.com

- **Archis A. Parasharami**
  aparasharami@mayerbrown.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ptiffith@rgrdlaw.com,dhall@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Vincent              J. Connelly
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Facebook Inc.
Cooley LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155
```