IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLO LICATA, on behalf of himself and on behalf of all persons similarly situated,

Plaintiff,

v.

FACEBOOK INC.,

Defendant.

No. C 15-03747 JD
No. C 15-03748 WHA

**ORDER REFERRING CASE FOR DETERMINATION OF RELATED STATUS**

Plaintiff Carlo Licata originally filed this case in the Circuit Court of Cook County, Illinois. Defendant Facebook Inc. then removed the case to the United States District Court for the Northen District of Illinois. It was then transferred to this district along with two other similar cases. This case appears to be related to an earlier case now pending before Judge James Donato (*Patel v. Facebook, Inc.*, Case No. 15–CV–03747–JD). In fact, the parties have already stipulated to consolidate the cases (Dkt. No. 39).

Accordingly, pursuant to Civil Local Rule 3-12(c), the undersigned now refers this case to Judge Donato to consider whether the cases are related.

**IT IS SO ORDERED.**

Dated: August 31, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE