1
2
3
4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6
7    NIMESH PATEL,                          Case No. 15-cv-03747-JD

                 Plaintiff,
8
9           v.

10   FACEBOOK INC.,

11               Defendant.

12   ────────────────────────────

13   ADAM PEZEN,                            Case No. 15-cv-03749-HSG

                 Plaintiff,
14
15          v.                              **REFERRAL FOR PURPOSE OF
                                            DETERMINING RELATIONSHIP**
16   FACEBOOK INC.,
                 Defendant.
17

18          Pursuant to Civil Local Rule 3-12(c), *Pezen v. Facebook, Inc*., 15-cv-03749-HSG is hereby

19   **REFERRED**, to the Honorable James Donato for consideration of whether the case is related to

20   *Patel v. Facebook, Inc*., 15-cv-03747-JD.

21          **IT IS SO ORDERED.**

22   Dated:  September 1, 2015

23                                          _____

24                                          HAYWOOD S. GILLIAM, JR.
                                            United States District Judge
25
26
27
28