Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re Facebook Biometric Information Privacy Litigation

Plaintiff(s),

v.

Defendant(s).

Case No: 3:15-cv-3747-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jay Edelson, an active member in good standing of the bar of the Illinois Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Carlo Licata in the above-entitled action. My local co-counsel in this case is Shawn A. Williams, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Jay Edelson, Edelson PC, 350 North LaSalle Street, Suite 1300, Chicago, IL 60654 | Shawn A. Williams, One Montgomery St., Suite 1800, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 589-6370 | (415) 288-4545 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jedelson@edelson.com | shawnw@rgrdlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6239287.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/30/15

Jay Edelson
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jay Edelson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/1/15

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE