Shawn A. Williams (213113)
shawnw@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Tel: 415.288.4545
Fax: 415.288.4534

Paul J. Geller (admitted *pro hac vice*)
pgeller@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Tel: 561.750.3000
Fax: 561.750.3364

Joel H. Bernstein (admitted *pro hac vice*)
jbernstein@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Tel: 212.907.0700
Fax: 212.818.0477

Jay Edelson (*pro hac vice* pending)
jedelson@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

[Additional counsel appear on the signature page.]

Counsel for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Case No.: 3:15-cv-03747-JD<br>**JOINT STIPULATION CONCERNING SCHEDULING** |

WHEREAS, on April 1, 2015, *Licata v. Facebook, Inc.*, No. 15-cv-3748 (N.D. Cal.) (the "Licata Action") was filed in the Circuit Court of Cook County, Illinois County Department, Claims Division;

WHEREAS, on April 21, 2015 *Pezen v. Facebook, Inc.*, No. 15-cv-3749 (N.D. Cal.) (the "Pezen Action") was filed in the United States District Court for the Northern District of Illinois;

WHEREAS, on May 6, 2015, Defendant Facebook removed the Licata Action to the United States District Court for the Northern District of Illinois;

WHEREAS, on May 14, 2015, *Patel v. Facebook, Inc.*, No. 15-cv-3747 (N.D. Cal.) (the "Patel Action," and together with the Licata and Pezen Actions, the "Actions") was filed in the United States District Court for the Northern District of Illinois;

WHEREAS, on June 3, 2015, the parties to the Actions filed a stipulation and proposed order in United States District Court for the Northern District of Illinois to consolidate the Actions and set forth a briefing schedule for the filing of a consolidated complaint and for the briefing of a motion to dismiss, if any, providing that "Plaintiffs shall have 30 days to file an opposition thereto, and Defendant shall file its reply papers within 15 days thereafter";

WHEREAS, on July 29, 2015, the Honorable James B. Zagel of the United States District Court for the Northern District of Illinois granted Defendants' unopposed motion to transfer venue and ordered the Actions to be transferred to the United States District Court for the Northern District of California;[1]

WHEREAS, on September 3, 2015, the Honorable James Donato of the United States District Court for the Northern District of California issued an Order re Relation, Consolidation and Initial Case Management Conference, consolidating the Actions, and ordering Defendant to respond to the Consolidated Complaint by October 9, 2015, and setting a case

---

[1] Judge Zagel granted the consolidation and the parties' stipulated briefing schedule, however, the Actions were transferred to this District prior to being formally consolidated by the Clerk.

management conference to be held on December 2, 2015 at 1:30 p.m., but did not otherwise provide for a briefing schedule for any motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED TO, subject to the approval of the Court, that Plaintiffs shall file their opposition to Defendant's motion to dismiss, if any, no later than November 9, 2015, and Defendant shall file its reply in support of any such motion to dismiss no later than November 24, 2015.

DATED: October 2, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DAVID W. HALL

/s/ Shawn A. Williams
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dhall@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER (admitted *pro hac vice*)
STUART A. DAVIDSON (*pro hac vice* forthcoming)
MARK DEARMAN (admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
cmartins@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com

| | |
|---|---|
| 1 | Attorneys for Plaintiff Nimesh Patel |
| 2 | |
| 3 | DATED: October 2, 2015     LABATON SUCHAROW<br>JOEL H. BERNSTEIN (admitted *pro hac vice*)<br>CORBAN S. RHODES (admitted *pro hac vice*)<br>ROSS M. KAMHI (admitted *pro hac vice*) |

DATED: October 2, 2015

LABATON SUCHAROW
JOEL H. BERNSTEIN (admitted *pro hac vice*)
CORBAN S. RHODES (admitted *pro hac vice*)
ROSS M. KAMHI (admitted *pro hac vice*)

/s/ Joel H. Bernstein
JOEL H. BERNSTEIN
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
212-818-0477 (fax)
jbernstein@labaton.com
crhodes@labaton.com
rkamhi@labaton.com

Attorneys for Plaintiff Adam Pezen

DATED: October 2, 2015

EDELSON P.C.
JAY EDELSON (*pro hac vice* pending)
ALEXANDER T.H. NGUYEN (*pro hac vice* pending)

/s/ Alexander T.H. Nguyen
ALEXANDER T.H. NGUYEN
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Telephone: 312-589-6370
(312) 589-6378 (fax)
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com

Attorneys for Plaintiff Carlo Licata

JOINT STIPULATION CONCERNING SCHEDULING
Case No.: 3:15-cv-03747-JD     3

| | | |
|---|---|---|
| 1 | DATED: October 2, 2015 | MAYER BROWN LLP<br>JOHN NADOLENCO |
| 2 | | |
| 3 | | |
| 4 | |     /s/ John Nadolenco<br>JOHN NADOLENCO |

<div style="margin-left: 3in">
350 South Grand Avenue<br>
25th Floor<br>
Los Angeles, CA 90071-1503<br>
Telephone: 213 229 9500<br>
213 625 0248 (fax)<br>
jnadolenco@mayerbrown.com<br>
<br>
MAYER BROWN LLP<br>
LAUREN R. GOLDMAN<br>
1221 Avenue of the Americans<br>
New York, NY 10020<br>
lrgoldman@mayerbrown.com<br>
<br>
MAYER BROWN LLP<br>
ARCHIS A. PARASHARAMI<br>
1999 K Street, NW<br>
Washington, DC 20006<br>
aparasharami@mayerbrown.com<br>
<br>
Attorneys for Defendant Facebook, Inc.
</div>

Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: October 2, 2015              /s/ Joel H. Bernstein
                                              Joel H. Bernstein