# EXHIBIT 3

# SB2400



## 95TH GENERAL ASSEMBLY
## State of Illinois
## 2007 and 2008
### SB2400

Introduced 2/14/2008, by Sen. Terry Link

SYNOPSIS AS INTRODUCED:

New Act

    Creates the Biometric Information Privacy Act. Provides that a public agency or private entity in possession of biometric identifiers or biometric information must develop a written policy, made available to the public, establishing a retention schedule and guidelines for permanently destroying biometric identifiers and biometric information when the initial purpose for collecting or obtaining such identifiers or information has been satisfied or within 3 years of the individual's last interaction with the public agency or private entity. Provides that absent a valid warrant or subpoena, a public agency or private entity in possession of biometric identifiers or biometric information must comply with its established retention schedule and destruction guidelines. Provides that no public agency or private entity may collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first satisfies certain conditions. Provides that these provisions do not apply to a public agency engaged in criminal investigations or prosecutions or a public agency acting pursuant to a valid warrant or subpoena. Provides that a public agency in possession of biometric identifiers or biometric information shall store, transmit, and protect from disclosure all biometric identifiers and biometric information in a manner that is the same as or more protective than the manner in which the public agency stores, transmits, and protects other confidential and sensitive information. Provides that any person aggrieved by a violation of this Act shall have a right of action in a State circuit court or as a supplemental claim in federal district court. Preempts home rule. Contains other provisions.

LRB095 19768 KBJ 46142 b

| FISCAL NOTE ACT | HOME RULE NOTE |
| --- | --- |
| MAY APPLY | ACT MAY APPLY |

A BILL FOR

1     AN ACT concerning health.

2     **Be it enacted by the People of the State of Illinois,**
3     **represented in the General Assembly:**

4     Section 1. Short title. This Act may be cited as the
5     Biometric Information Privacy Act.

6     Section 5. Legislative findings; intent. The General
7     Assembly finds all of the following:
8     (a) The use of biometrics is growing in the business and
9     security screening sectors and appears to promise streamlined
10     financial transactions and security screenings.
11     (b) Major national corporations have selected the City of
12     Chicago and other locations in this State as pilot testing
13     sites for new applications of biometric-facilitated financial
14     transactions, including "Pay By Touch" at banks, grocery
15     stores, gas stations, and school cafeterias.
16     (c) Biometrics are unlike other unique identifiers that are
17     used to access finances or other sensitive information. For
18     example, social security numbers, when compromised, can be
19     changed. Biometrics, however, are biologically unique to the
20     individual; therefore, once compromised, the individual has no
21     recourse, is at heightened risk for identity theft, and is
22     likely to withdraw from biometric-facilitated transactions.
23     (d) An overwhelming majority of members of the public are

1  opposed to the use of biometrics when such information is tied
2  to personal finances and other personal information.
3      (e) Despite limited State law regulating the collection,
4  use, safeguarding, and storage of biometric information, many
5  members of the public are deterred from partaking in biometric
6  identifier-facilitated facility transactions.
7      (f) The public welfare, security, and safety will be served
8  by regulating the collection, use, safeguarding, handling,
9  storage, retention, and destruction of biometric identifiers
10 and information.

11     Section 10. Definitions. In this Act:
12     "Biometric identifier" means any indelible personal
13 physical characteristic which can be used to uniquely identify
14 an individual or pinpoint an individual at a particular place
15 at a particular time. Examples of biometric identifiers
16 include, but are not limited to iris or retinal scans,
17 fingerprints, voiceprints, and records of hand or facial
18 geometry. Biometric identifiers do not include writing
19 samples, written signature, and photographs.
20     "Biometric information" means any information, regardless
21 of how it is captured, converted, stored, or shared, based on
22 an individual's biometric identifier used to identify an
23 individual.
24     "Confidential and sensitive information" means personal
25 information that can be used to uniquely identify an individual

or an individual's account or property include, but are not limited to a genetic marker, genetic testing information, a unique identifier number to locate an account or property, an account number, a PIN number, a pass code, a driver's license number, or a social security number.

"Legally effective written release" means informed written consent.

"Private entity" means any individual, partnership, corporation, limited liability company, association, or other group, however organized.

"Public agency" means the State of Illinois and its various subdivisions and agencies, and all units of local government, school districts, and other governmental entities.

Section 15. Retention; collection; disclosure; destruction.

(a) A public agency or private entity in possession of biometric identifiers or biometric information must develop a written policy, made available to the public, establishing a retention schedule and guidelines for permanently destroying biometric identifiers and biometric information when the initial purpose for collecting or obtaining such identifiers or information has been satisfied or within 3 years of the individual's last interaction with the public agency or private entity. Absent a valid warrant or subpoena issued by a court of competent jurisdiction, a public agency or private entity in