# EXHIBIT 4

**Sen. Terry Link**

**Filed: 4/11/2008**

09500SB2400sam004 LRB095 19768 RPM 49426 a

| | |
|---|---|
| 1 | AMENDMENT TO SENATE BILL 2400 |
| 2 | AMENDMENT NO. _____. Amend Senate Bill 2400, AS AMENDED, |
| 3 | by replacing everything after the enacting clause with the |
| 4 | following: |
| 5 | "Section 1. Short title. This Act may be cited as the |
| 6 | Biometric Information Privacy Act. |
| 7 | Section 5. Legislative findings; intent. The General |
| 8 | Assembly finds all of the following: |
| 9 | (a) The use of biometrics is growing in the business and |
| 10 | security screening sectors and appears to promise streamlined |
| 11 | financial transactions and security screenings. |
| 12 | (b) Major national corporations have selected the City of |
| 13 | Chicago and other locations in this State as pilot testing |
| 14 | sites for new applications of biometric-facilitated financial |
| 15 | transactions, including "Pay By Touch" at banks, grocery |
| 16 | stores, gas stations, and school cafeterias. |

 (c) Biometrics are unlike other unique identifiers that are used to access finances or other sensitive information. For example, social security numbers, when compromised, can be changed. Biometrics, however, are biologically unique to the individual; therefore, once compromised, the individual has no recourse, is at heightened risk for identity theft, and is likely to withdraw from biometric-facilitated transactions.

 (d) An overwhelming majority of members of the public are opposed to the use of biometrics when such information is tied to personal finances and other personal information.

 (e) Despite limited State law regulating the collection, use, safeguarding, and storage of biometric information, many members of the public are deterred from partaking in biometric identifier-facilitated facility transactions.

 (f) The public welfare, security, and safety will be served by regulating the collection, use, safeguarding, handling, storage, retention, and destruction of biometric identifiers and information.

 Section 10. Definitions. In this Act:

 "Biometric identifier" means any indelible personal physical characteristic which can be used to uniquely identify an individual or pinpoint an individual at a particular place at a particular time. Examples of biometric identifiers include, but are not limited to iris or retinal scans, fingerprints, voiceprints, and records or scans of hand

1  geometry, facial geometry, or facial recognition. Biometric
2  identifiers do not include writing samples, written
3  signatures, photographs, tattoo descriptions, physical
4  descriptions, or human biological samples used for valid
5  scientific testing or screening. Biometric identifiers do not
6  include donated organs, tissues, or parts as defined in the
7  Illinois Anatomical Gift Act or blood or serum stored on behalf
8  of recipients or potential recipients of living or cadaveric
9  transplants and obtained or stored by a federally-designated
10 organ procurement agency. Biometric identifiers do not include
11 biological materials regulated under the Genetic Information
12 Privacy Act. Biometric identifiers do not include information
13 captured from a patient in a health care setting or information
14 collected, used, or stored for health care treatment, payment,
15 or operations under the federal Health Insurance Portability
16 and Accountability Act of 1996. Biometric identifiers do not
17 include an X-ray, roentgen process, computed tomography, MRI,
18 PET scan, mammography, or other image or film of the human
19 anatomy used to diagnose, prognose, or treat an illness or
20 other medical condition or to further valid scientific testing
21 or screening.
22     "Biometric information" means any information, regardless
23 of how it is captured, converted, stored, or shared, based on
24 an individual's biometric identifier used to identify an
25 individual. Biometric information does not include information
26 derived from items or procedures excluded under the definition

1  of biometric identifiers. Biometric information does not
2  include information captured from a patient in a health care
3  setting or information collected, used, or stored for health
4  care treatment, payment, or operations under the federal Health
5  Insurance Portability and Accountability Act of 1996.
6      "Confidential and sensitive information" means personal
7  information that can be used to uniquely identify an individual
8  or an individual's account or property. Examples of
9  confidential and sensitive information include, but are not
10 limited to, a genetic marker, genetic testing information, a
11 unique identifier number to locate an account or property, an
12 account number, a PIN number, a pass code, a driver's license
13 number, or a social security number.
14     "Legally effective written release" means informed written
15 consent or a release executed by an employee as a condition of
16 employment.
17     "Private entity" means any individual, partnership,
18 corporation, limited liability company, association, or other
19 group, however organized. A private entity does not include a
20 public agency. A private entity does not include any court of
21 Illinois, a clerk of the court, or a judge or justice thereof.
22     "Public agency" means the State of Illinois and its various
23 subdivisions and agencies, and all units of local government,
24 school districts, and other governmental entities. A public
25 agency does not include any court of Illinois, a clerk of the
26 court, or a judge or justice thereof.