# EXHIBIT 6

| | | |
|---|---|---|
| HB0415 | Recalled | 10 |
| HB0415 | Third Reading | 11 |
| HB5585 | Recalled | 20 |
| HB5585 | Third Reading | 20 |
| HB5585 | Vote Intention | 30 |
| SB1130 | Concurrence | 61 |
| SB2198 | Concurrence | 31 |
| SB2287 | Concurrence | 32 |
| SB2293 | Concurrence | 36 |
| SB2293 | Vote Intention | 40 |
| SB2294 | Concurrence | 38 |
| SB2294 | Vote Intention | 54 |
| SB2313 | Concurrence | 39 |
| SB2349 | Concurrence | 41 |
| SB2400 | Concurrence | 60 |
| SB2476 | Concurrence | 42 |
| SB2558 | Concurrence | 43 |
| SB2636 | Concurrence | 54 |
| SB2687 | Concurrence | 55 |
| SB2690 | Concurrence | 56 |
| SB2718 | Concurrence | 57 |
| SB2855 | Concurrence | 59 |
| SB2877 | Concurrence | 59 |
| SB3048 | First Reading | 66 |
| SB3049 | First Reading | 66 |
| SB3050 | First Reading | 66 |
| SR0744 | Resolution Offered | 1 |
| SR0745 | Resolution Offered | 1 |
| SR0746 | Resolution Offered | 1 |
| SR0747 | Resolution Offered | 1 |
| SR0748 | Resolution Offered | 1 |
| SR0749 | Resolution Offered | 1 |
| SR0750 | Resolution Offered | 1 |
| SR0751 | Resolution Offered | 1 |
| SR0752 | Resolution Offered | 1 |
| SR0753 | Resolution Offered | 2 |
| SR0754 | Resolution Offered | 2 |
| SR0755 | Resolution Offered | 2 |
| SR0756 | Resolution Offered | 2 |
| SR0757 | Resolution Offered | 2 |
| SR0758 | Resolution Offered | 2 |

| | | |
|---|---|---|
| SR0759 | Resolution Offered | 2 |
| SR0760 | Resolution Offered | 2 |
| SR0761 | Resolution Offered | 2 |
| SR0762 | Resolution Offered | 2 |
| SR0763 | Resolution Offered | 2 |
| SR0764 | Resolution Offered | 2 |
| SR0765 | Resolution Offered | 2 |
| SR0766 | Resolution Offered | 2 |
| SR0767 | Resolution Offered | 2 |
| SR0768 | Resolution Offered | 3 |
| SR0769 | Resolution Offered | 3 |
| SR0770 | Resolution Offered | 3 |
| SR0771 | Resolution Offered | 3 |
| SR0772 | Resolution Offered | 3 |
| SR0773 | Resolution Offered | 3 |
| SR0774 | Resolution Offered | 3 |
| SR0775 | Resolution Offered | 3 |
| SR0776 | Resolution Offered | 3 |
| SR0777 | Resolution Offered | 3 |
| SR0778 | Resolution Offered | 3 |
| SR0779 | Resolution Offered | 3 |
| SR0780 | Resolution Offered | 3 |
| SR0781 | Resolution Offered | 3 |
| SR0782 | Resolution Offered | 3 |
| SR0783 | Resolution Offered | 3 |
| SR0784 | Resolution Offered | 3 |
| SR0785 | Resolution Offered | 3 |
| SR0786 | Resolution Offered | 3 |
| SR0787 | Resolution Offered | 4 |
| SR0788 | Resolution Offered | 4 |
| SR0789 | Resolution Offered | 4 |
| SR0790 | Resolution Offered | 4 |
| SR0791 | Resolution Offered | 4 |
| SR0792 | Resolution Offered | 66 |
| SR0793 | Resolution Offered | 66 |
| SR0794 | Resolution Offered | 67 |
| SR0795 | Resolution Offered | 67 |
| SR0796 | Resolution Offered | 67 |
| HJR0130 | Resolution Offered | 10 |
| SJR0106 | Resolution Offered | 4 |

```
                    STATE OF ILLINOIS
                  95th GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

167th Legislative Day                              7/10/2008

Senate to Order-President Jones                          1
Journals-Approved                                        1
Messages from the House                                  4
Message from the Governor                                5
Communications from the Attorney General                 5
Senate Stands in Recess/Reconvenes                       6
Committee Reports                                        6
Senate Stands in Recess/Reconvenes                       8
Committee Reports                                        8
Messages from the House                                  9
Committee Reports                                       10
Resolutions Consent Calendar-Adopted                    67
Adjournment                                             67

Secretary, please read the motion.

SECRETARY SHIPLEY:

I move to concur with the House in the adoption of their Amendment No. 1 to Senate Bill 2877.

Filed by Senator Mattie Hunter.

PRESIDING OFFICER: (SENATOR LINK)

Senator Hunter, to explain your motion.

SENATOR HUNTER:

Thank you, Mr. President and Ladies and Gentlemen of the Senate. House Amendment 1 to Senate Bill 2877 basically clarifies that the Department of Human Services is empowered in their public health promotion and -- promotion programs and materials to include Hispanics, people of African dissent and the elderly. And they also must submit a report February -- February 15 -- after February 15, '09, and every year proceeding. And I ask for a favorable vote.

PRESIDING OFFICER: (SENATOR LINK)

Is there any discussion? Seeing none, the question is, shall the Senate concur on House Amendment 1 to Senate Bill 2877. All those in favor will vote Aye. Opposed, Nay. The voting is open. Have all voted who wish? Have all voted who wish? Have all voted who wish? Take the record. On that question, there are 43 Ayes, no Nays, none voting Present. Senate Bill 2877, having received the required constitutional majority, is declared passed. Senator Martinez in the Chair.

PRESIDING OFFICER: (SENATOR MARTINEZ)

With leave of the Body, we'll return to the top of the Secretary's Desk on Concurrence, Senate Bills. Senate Bill 2400. Senator Link, do you wish to proceed? Madam Secretary,

please read the bill -- please read the motion.

SECRETARY SHIPLEY:

I move to concur with -- I move to concur with the House in the adoption of their Amendment No. -- Nos. 1 and 2 to Senate Bill 2400.

Filed by Senator Terry Link.

PRESIDING OFFICER: (SENATOR MARTINEZ)

Senator Link, to explain your motion.

SENATOR LINK:

Thank you, Madam President. The -- Amendment 1 and 2 are just at the request of the Bankers Association, City of Chicago and the Department of Corrections. Answers some of their problems. I'll be more than happy to answer any questions on the final bill.

PRESIDING OFFICER: (SENATOR MARTINEZ)

This is final action. Is there any discussion? Seeing none, the question is, shall the Senate concur in Senate Bill 2400 -- to -- to concur in House Amendments 1 and 2 to Senate Bill 2400. Those in favor, vote Aye. Opposed, Nay. The voting is now open. Have all voted who wish? Have all voted who wish? Have all voted who wish? Take the record. On that question, there are 42 voting Aye, 0 voting Nay, 0 voting Present. The Senate concurs in House Amendments 1 and 2 to Senate Bill 2400. Having received -- and the bill, having received the required constitutional -- three-fifths majority, is declared passed.

PRESIDING OFFICER: (SENATOR LINK)

We will now be going to Supplemental Calendar No. 2. Senate Bill 1130. Madam -- Senator Trotter. Madam Secretary, please read the motion.