ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
   – and –
PAUL J. GELLER (Admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN (Admitted *pro hac vice*)
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com

EDELSON PC
JAY EDELSON (Admitted *pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)
jedelson@edelson.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | ) ) ) ) |
| This Document Relates To: | ) ) ) |
| ALL ACTIONS. | ) ) ) ) |

Master File No. 3:15-cv-03747-JD

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE EXHIBITS TO DECLARATION OF SHAWN WILLIAMS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5

DATE:        March 2, 2016
TIME:        10:00 a.m.
CTRM:       11, 19th Floor
JUDGE:      Honorable James Donato

1122105_1

1    Plaintiffs Nimesh Patel, Adam Pezen and Carlo Licata (collectively, "Plaintiffs") respectfully

2    submit this Administrative Motion for leave to file under seal exhibits to the Declaration of Shawn

3    A. Williams in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.

4    Plaintiffs bring this motion pursuant to Civil Local Rules 7-11 and 79-5 and the June 13, 2007

5    Stipulated Protective Regarding Confidential Information ("Protective Order").

6    Plaintiffs move for leave to file the following under seal:

7    • Exhibits 1-3, 10-13, consisting of Facebook records are being filed under seal
         in their entirety;

8

9    • Exhibit 4 to the Williams Declaration, a Deposition Transcript of Mark Pike,
         taken February 11, 2016;

10   • Exhibit 5 to the Williams Declaration, a Deposition Transcript of Shannon
         Chance, taken February 11, 2016;

11

12   • Exhibit 6 to the Williams Declaration, a Deposition Transcript of Adam
         Pezen, taken February 18, 2016, is submitted under seal to the extent of Mr.
         Pezen's personal email address and phone number, which are referenced at

13       48:1; 48:13; 51:25; and 96:8 of the transcript;

14   • Exhibit 7 to the Williams Declaration, a Deposition Transcript of Nimesh
         Patel, taken February 16, 2016, is submitted under seal to the extent of Mr.

15       Patel's personal email address, which is referenced at 48:1; 48:13; 51:25; and
         96:8 of the transcript;

16

17   • Exhibit 8 to the Williams Declaration, a Deposition Transcript of Carlo
         Licata, taken February 17, 2016, is submitted under seal to the extent of Mr.
         Licata's personal email address, which is referenced at 48:1; 48:13; 51:25;

18       and 96:8 of the transcript;

19   • Exhibit 9 to the Williams Declaration, a Deposition Transcript of Joachim De
         Lombaert, taken February 11, 2016; and

20

21   • Redacted Version of Plaintiffs' Opposition to Defendant's Motion for
         Summary Judgment.

22   Although plaintiffs do not necessarily believe it is critical to seal the designated documents

23   and information from the public record, especially in light of the "'compelling reasons'" test set

24   forth by the Ninth Circuit in *Kamakona v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir.

25   2006), plaintiffs have filed the instant motion so as to comply with the Protective Order. Dkt. No.

26   88.

27   Consistent with Rule 79-5(e), within four days of the filing of plaintiffs' Administrative

28   Motion to File Under Seal, the designating party must file with the Court and serve declarations

1   supporting the request to seal the protected material and must lodge and serve a narrowly tailored

2   proposed sealing order, or the information at issue will be made part of the public record.  Further,

3   plaintiffs are providing the Court with redacted and unredacted, highlighted versions.

4           For the foregoing reasons, plaintiffs respectfully request that the Court grant plaintiffs'

5   Administrative Motion to File Under Seal.

6   DATED:  February 24, 2016                ROBBINS GELLER RUDMAN
                                                & DOWD LLP
7                                            SHAWN A. WILLIAMS
                                             DAVID W. HALL
8

9
                                                     s/ Shawn A. Williams
10                                               SHAWN A. WILLIAMS

11                                           Post Montgomery Center
                                             One Montgomery Street, Suite 1800
12                                           San Francisco, CA  94104
                                             Telephone:  415/288-4545
13                                           415/288-4534 (fax)

14                                           ROBBINS GELLER RUDMAN
                                                & DOWD LLP
15                                           PAUL J. GELLER*
                                             STUART A. DAVIDSON*
16                                           MARK DEARMAN*
                                             CHRISTOPHER C. MARTINS*
17                                           120 East Palmetto Park Road, Suite 500
                                             Boca Raton, FL  33432
18                                           Telephone:  561/750-3000
                                             561/750-3364 (fax)
19
                                             ROBBINS GELLER RUDMAN
20                                              & DOWD LLP
                                             TRAVIS E. DOWNS III
21                                           655 West Broadway, Suite 1900
                                             San Diego, CA  92101
22                                           Telephone:  619/231-1058
                                             619/231-7423 (fax)
23
                                             LABATON SUCHAROW LLP
24                                           JOEL H. BERNSTEIN*
                                             CORBAN S. RHODES*
25                                           ROSS M. KAMHI*
                                             140 Broadway
26                                           New York, NY  10005
                                             Telephone:  212/907-0700
27                                           212/818-0477 (fax)

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE EXHIBITS TO DECLARATION OF SHAWN
WILLIAMS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 - 3:15-cv-03747-JD          - 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EDELSON PC
JAY EDELSON*
ALEXANDER T.H. NGUYEN*
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)

Attorneys for Plaintiffs

* = Admitted *pro hac vice*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE EXHIBITS TO DECLARATION OF SHAWN
WILLIAMS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 - 3:15-cv-03747-JD          - 3 -

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on February 24, 2016, I authorized the electronic filing of the foregoing

3

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4

the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5

caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6

CM/ECF participants indicated on the attached Manual Notice List.

7

I certify under penalty of perjury under the laws of the United States of America that the

8

foregoing is true and correct.  Executed on February 24, 2016.

9

s/ Shawn A. Williams
SHAWN A. WILLIAMS

10

11

ROBBINS GELLER RUDMAN
    & DOWD LLP

12

Post Montgomery Center
One Montgomery Street, Suite 1800

13

San Francisco, CA  94104
Telephone:  415/288-4545

14

415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1122105_1

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE EXHIBITS TO DECLARATION OF SHAWN
WILLIAMS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 - 3:15-cv-03747-JD

# Mailing Information for a Case 3:15-cv-03747-JD In re Facebook Biometric Information Privacy Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com

- **Joel H. Bernstein**
  jbernstein@labaton.com,lmehringer@labaton.com,sauer@labaton.com,electroniccasefiling@labaton.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,cthornton@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Jay Edelson**
  jedelson@edelson.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Lauren R Goldman**
  lrgoldman@mayerbrown.com,jmarsala@mayerbrown.com

- **Ross M Kamhi**
  rkamhi@labaton.com

- **J. Dominick Larry**
  nlarry@edelson.com,cdore@edelson.com,docket@edelson.com

- **John Nadolenco**
  jnadolenco@mayerbrown.com,los-docket@mayerbrown.com,jaustgen@mayerbrown.com

- **Alexander Nguyen**
  anguyen@edelson.com,docket@edelson.com

- **Archis A. Parasharami**
  aparasharami@mayerbrown.com

- **Archis Ashok Parasharami**
  aparasharami@mayerbrown.com,wdc.docket@mayerbrown.com

- **Corban S Rhodes**
  crhodes@labaton.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ptiffith@rgrdlaw.com,dhall@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Vincent           J. Connelly
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Facebook Inc.
Cooley LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155
```