CAREY RODRIGUEZ
MILIAN GONYA, LLP
Frank S. Hedin (CA SBN 291289)
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475
*fhedin@careyrodriguez.com*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CONSOLIDATED ACTIONS ON BEHALF OF FACEBOOK USERS (CASE NOS. 15-CV-03747, 15-CV-03748, 15-CV-03749); AND THE RELATED *GULLEN* ACTION ON BEHALF OF NON-USERS OF FACEBOOK (CASE NO. 16-CV-00937) | Master Case No. 3:15-cv-03747-JD<br><br>**NOTICE OF RELATED ACTION TO BE CONSOLIDATED WITH THIS ACTION;**<br><br>**NOTICE OF INTENT TO APPEAR AT THE MARCH 2, 2016 EVIDENTIARY HEARING** |

Frederick William Gullen, through undersigned counsel, hereby provides notice of a related, recently removed action brought on behalf of non-users of Facebook, Inc. ("Facebook"), *Gullen v. Facebook, Inc.*, Case No. 3:16-cv-00937-MEJ (N.D. Cal.) (a copy of the Notice of Removal and accompanying exhibits are attached hereto at Exhibit "A"). Mr. Gullen understands that *Gullen* will be automatically consolidated with *In Re Facebook Biometric Information Privacy Litigation*, Master Case No. 3:15-cv-03747-JD (N.D. Cal.), pursuant to the Court's Order dated September 3, 2015 (ECF No. 44 at 2).

Plf. Frederick William Gullen's Notice of Related Case To Be Consolidated;
Notice of Intent to Appear at March 2, 2016 Evidentiary Hearing
Master Case No. 3:15-cv-03747-JC

Given *Gullen*'s imminent consolidation with this action, *see id.*, undersigned counsel intends to appear at the March 2, 2016 evidentiary hearing regarding Facebook's "Terms of Use".  In advance of the hearing, Mr. Gullen wishes to hereby notify the Court of his position that any decision reached regarding the enforceability and effect of Facebook's Terms of Use will be inapplicable to *Gullen*. Unlike the putative representatives of the three currently consolidated actions (Case Nos. 15-CV-03747, 15-CV-03748, 15-CV-03749), all of whom are Facebook users, Mr. Gullen and the individuals he seeks to represent are not and have never been users or subscribers of Facebook, and are therefore not subject to any Terms of Use enforceable against Facebook users.

Dated: February 26, 2016

Respectfully submitted,

/s/ Frank S. Hedin
Frank S. Hedin (CA SBN 291289)
*fhedin@careyrodriguez.com*
CAREY RODRIGUEZ
MILIAN GONYA, LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Attorney for Frederick William Gullen*

2
Plf. Frederick William Gullen's Notice of Related Case To Be Consolidated;
Notice of Intent to Appear at March 2, 2016 Evidentiary Hearing
Master Case No. 3:15-cv-03747-JC

## CERTIFICATE OF SERVICE

On February 26, 2016, a true and correct copy of the foregoing document was served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system pursuant to Civil Local Rule 5.1.

Dated: February 26, 2016                    */s/ Frank S. Hedin*
                                                                                  Frank S. Hedin

3
Plf. Frederick William Gullen's Notice of Related Case To Be Consolidated;
Notice of Intent to Appear at March 2, 2016 Evidentiary Hearing
Master Case No. 3:15-cv-03747-JC