ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
PAUL J. GELLER (Admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN (Admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com

EDELSON PC
JAY EDELSON (Admitted *pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)
jedelson@edelson.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION _____ This Document Relates To: ALL ACTIONS. _____ | ) ) ) ) ) ) ) ) ) ) Master File No. 3:15-cv-03747-JD  PLAINTIFFS' EVIDENTIARY OBJECTIONS AND RESPONSES TO DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANT'S PRE-HEARING BRIEF |

1123863_1

Plaintiffs respectfully submit these Evidentiary Objections and Responses to Documents Submitted in Support of Defendant's Pre-Hearing Brief.[1]

**A.     Declarations**

Plaintiffs object to the introduction of the Declaration of Joachim De Lombaert in support of Facebook Inc.'s Prehearing Brief (Dkt. No. 96-8) as it fails to set forth adequate foundation or a basis for conclusions it asserts and fails to authenticate electronically generated business records. Specifically, the De Lombaert Declaration never provides any basis of his purported "experience" and training forming the foundation for the conclusions drawn in the Declaration, particularly with respect to the electronic evidence on which it relies.  For example, the De Lombaert Declaration never describes the source code records that he reviewed, or how they were kept or maintained by Facebook. *See In re Vee Vinhnee*, 336 B.R. 437 (9th Cir. B.A.P. 2005).  Nor does De Lombaert describe or explain the source code that he reviewed related to the Facebook Mobile telephone sign-up process available in 2008 and 2009 (*see* ¶30),[2] much less how that code currently exists or is kept by Facebook.  *Id.*; Federal Rule of Evidence 803(6), 901(b)(9), 902(11).

The De Lombaert Declaration also states that he consulted HTML and Java and PHP code in forming his conclusions and that based upon that review he "verified" that certain electronic documents submitted in connection with Facebook's Pre-Hearing Brief were "accurate depictions" of the sign-up screens of the time that plaintiff signed up. *See, e.g.*, ¶¶14, 22.  However, the De Lombaert Declaration never explains or describes his process of verification.  In addition, De Lombaert declares that he did a "related investigation" into his review of the source code to review and make determinations into what was available as part of the sign-up process for 2008 but never describes that process.

---

[1]     Although evidentiary objections are typically contained within opposition briefs per Northern District of California Civil Local Rule 7-3, the Court ordered simultaneous briefing.  *See* Dkt. No. 83.

[2]     All paragraph references are to the De Lombaert Declaration.

1123863_1

PLAINTIFFS' EVIDENTIARY OBJECTIONS AND RESPONSES TO DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANT'S PRE-HEARING BRIEF - 3:15-cv-03747-JD - 1 -

| | Defendant's Evidence Submitted in Support of Pre-Hearing Brief | Description | Plaintiffs' Evidentiary Objection |
|---|---|---|---|
| 1. | N/A | Plaintiff Carlos Licata's Notice of Rule 30(b)(6) Deposition of Defendant Facebook, Inc. | No objection. |
| 2. | N/A | Defendant Facebook, Inc.'s Rule 26(a)(1) Initial Disclosures | No objection. |
| 3. | FBBIPA_00000043-00000294 | Facebook business records re Adam Pezen | No objection. |
| 4. | FBBIPA_00000295-00000327 | Facebook business records re Carlo Licata | No objection. |
| 5. | FBBIPA_00000328-00000690 | Facebook business records re Nimesh Patel | No objection. |
| 6. | FBBIPA_00000709 | August 22, 2005 sign-up screen screenshot | Lacks authenticity FRE 901; violates best evidence rule. |
| 7. | N/A | Plaintiff Carlos Licata's Notice of Rule 30(b)(6) Deposition of Defendant Facebook, Inc. | No objection. |
| 8. | FBBIPA_00000026-00000029 | Terms of Use (June 28, 2005) | No objection. |
| 9. | FBBIPA_00000030-00000042 | Terms of Use (November 15, 2007) | No objection. |
| 10. | FBBIPA_00000012-00000019 | Statement of Rights and Responsibilities (August 28, 2009) | No objection. |
| 11. | FBBIPA_00000020-00000025 | Statement of Rights and Responsibilities (January 30, 2015) | No objection. |
| 12. | FBBIPA_00000705-00000709; 00000713 | Screenshots of Facebook registration | Lacks authenticity FRE 901; violates best evidence rule. |
| 13. | FBBIPA_00000714 | Screenshot of Facebook registration | Lacks authenticity FRE 901; violates best evidence rule. |
| 14. | FBBIPA_00000328-00000431 | Facebook business records re Nimesh Patel (excerpt) | No objection. |
| 15. | N/A | Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Production | No objection. |
| 16. | FBBIPA_00000705 | Screenshot of Facebook registration (Variant 1 of February 11, 2008 sign-up screen) | Lacks authenticity FRE 901; violates best evidence rule. |
| 17. | FBBIPA_00000714 | Screenshot of Facebook registration (Variant 2 of February 11, 2008 sign-up screen) | Lacks authenticity FRE 901; violates best evidence rule. |
| 18. | FBBIPA_00000004 | November 21, 2012 email to M. Pike re proposed changes to SRR | Irrelevant; hearsay; lacks authenticity FRE 901; violates best evidence rule. |
| 19. | FBBIPA_0000005 | December 5, 2012 email to M. Pike re close of comment period on proposed changes to SRR | Irrelevant; hearsay; lacks authenticity FRE 901; violates best evidence rule. |
| 20. | FBBIPA_00000006 | August 30, 2013 email to M. Pike re proposed changes to SRR | Irrelevant; hearsay; lacks authenticity FRE 901; violates best evidence rule. |
| 21. | FBBIPA_00000710-00000712 | December 20, 2014 email to M. Pike re proposed changes to SRR | Irrelevant; hearsay; lacks authenticity FRE 901; violates best evidence rule. |

1123863_1

PLAINTIFFS' EVIDENTIARY OBJECTIONS AND RESPONSES TO DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANT'S PRE-HEARING BRIEF - 3:15-cv-03747-JD        - 2 -

|  | **Defendant's Evidence Submitted in Support of Pre-Hearing Brief** | **Description** | **Plaintiffs' Evidentiary Objection** |
|---|---|---|---|
| 22. | N/A | Stipulation to Transfer of Venue | Irrelevant |
| 23. | FBBIPA_00000708 | Screenshot of Facebook registration (Screen 1 of November 13, 2009 two-step sign-up screen) | Lacks authenticity FRE 901; violates best evidence rule. |
| 24. | FBBIPA_00000707 | Screenshot of Facebook registration (Screen 2 of November 13, 2009 two-step sign-up screen) | Lacks authenticity FRE 901; violates best evidence rule. |
| 25. | FBBIPA_00000693 | Screenshot of Facebook registration ("CAPTCHA" challenge sign-up screen, August 2009) | Lacks authenticity FRE 901; violates best evidence rule. |
| 26. | FBBIPA_00000012-00000019 | Statement of Rights and Responsibilities (August 28, 2009) | No objection. |
| 27. | FBBIPA_00000295-00000327 | Facebook business records re Carlo Licata | No objection. |
| 28. | FBBIPA_00000709 | Screenshot of Facebook registration (August 22, 2005 sign-up screen) | Lacks authenticity FRE 901; violates best evidence rule. |
| 29. | FBBIPA_00000026-00000029 | Terms of Use (June 28, 2005) | No objection. |
| 30. | FBBIPA_00000043-00000294 | Facebook business records re Adam Pezen | No objection. |
| 31. | FBBIPA_00000704 | Video of Facebook registration (November 13, 2009 two-step sign-up screen) | Lacks authenticity FRE 901; violates best evidence rule. |

DATED: March 1, 2016

ROBBINS GELLER RUDMAN  
  & DOWD LLP  
SHAWN A. WILLIAMS  
DAVID W. HALL

      s/ Shawn A. Williams  
      SHAWN A. WILLIAMS

Post Montgomery Center  
One Montgomery Street, Suite 1800  
San Francisco, CA  94104  
Telephone:  415/288-4545  
415/288-4534 (fax)

ROBBINS GELLER RUDMAN  
  & DOWD LLP  
PAUL J. GELLER*  
STUART A. DAVIDSON*  
MARK DEARMAN*  
CHRISTOPHER C. MARTINS*  
120 East Palmetto Park Road, Suite 500  
Boca Raton, FL  33432  
Telephone:  561/750-3000  
561/750-3364 (fax)

1123863_1

PLAINTIFFS' EVIDENTIARY OBJECTIONS AND RESPONSES TO DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANT'S PRE-HEARING BRIEF - 3:15-cv-03747-JD - 3 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN*
CORBAN S. RHODES*
ROSS M. KAMHI*
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

EDELSON PC
JAY EDELSON*
ALEXANDER T.H. NGUYEN*
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)

Attorneys for Plaintiffs

* = Admitted *pro hac vice*

1123863_1

PLAINTIFFS' EVIDENTIARY OBJECTIONS AND RESPONSES TO DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANT'S PRE-HEARING BRIEF - 3:15-cv-03747-JD  - 4 -

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2016.

                        s/ Shawn A. Williams
                        SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

1123863_1

# Mailing Information for a Case 3:15-cv-03747-JD In re Facebook Biometric Information Privacy Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com

- **Joel H. Bernstein**
  jbernstein@labaton.com,lmehringer@labaton.com,sauer@labaton.com,electroniccasefiling@labaton.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,cthornton@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Jay Edelson**
  jedelson@edelson.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Lauren R Goldman**
  lrgoldman@mayerbrown.com,jmarsala@mayerbrown.com

- **Frank S Hedin**
  fhedin@careyrodriguez.com

- **Ross M Kamhi**
  rkamhi@labaton.com

- **J. Dominick Larry**
  nlarry@edelson.com,cdore@edelson.com,docket@edelson.com

- **John Nadolenco**
  jnadolenco@mayerbrown.com,los-docket@mayerbrown.com,jaustgen@mayerbrown.com

- **Alexander Nguyen**
  anguyen@edelson.com,docket@edelson.com

- **Archis A. Parasharami**
  aparasharami@mayerbrown.com

- **Archis Ashok Parasharami**
  aparasharami@mayerbrown.com,wdc.docket@mayerbrown.com

- **Matthew David Provance**
  mprovance@mayerbrown.com

- **Corban S Rhodes**
  crhodes@labaton.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ptiffith@rgrdlaw.com,dhall@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Vincent             J. Connelly
```
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

`Facebook Inc.`
Cooley LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155