UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: March 2, 2016                                                                                    Judge: Hon. James Donato

Time: 3 hours 6 minutes

Case No.        **C-15-03747-JD**
Case Name       **In re Facebook Biometric Information Privacy Litigation**

Attorney(s) for Plaintiff(s):     Shawn A. Williams/Alex Nguyen/David Hall/
                                  Joel Bernstein/Corban Rhodes
Attorney(s) for Defendant(s):     John Nadolenco/Lauren R. Goldman/Matt Provance

Deputy Clerk: Lisa R. Clark                                          Court Reporter: Kathy Sullivan

PROCEEDINGS

Evidentiary hearing - Held

RESULT OF HEARING

See attached Exhibit and Witness List.