**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: C-15-3747-JD
Case Name: In re Facebook Biometric Information Privacy Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFFS' COUNSEL: Shawn A. Williams, Alex Nguyen, David Hall, Joel Bernstein, Corban Rhodes | DEFENSE COUNSEL: John Nadolenco, Lauren R. Goldman, Matt Provance |
|---|---|---|
| EVIDENTIARY HEARING DATE: March 2, 2016 | REPORTER(S): Kathy Sullivan | CLERK: Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 10:31 am |  |  | Direct examination of **Joachim De Lombaert.** |  |
|  | 28 |  | X | X | Screenshot of Facebook registration (August 22, 2005 sign-up screen) | LRC |
|  | 16 |  | X | X | Screenshot of Facebook registration (Variant 1 of February 11, 2008 sign-up screen) | LRC |
|  | 17 |  | X | X | Screenshot of Facebook registration (Variant 2 of February 11, 2008 sign-up screen) | LRC |
|  | 23 |  | X | X | Screenshot of Facebook registration (Screen 1 of November 13, 2009 two-step sign-up screen) | LRC |
|  | 24 |  | X | X | Screenshot of Facebook registration (Screen 2 of November 13, 2009 two-step sign-up screen) | LRC |
|  | 25 |  | X | X | Screenshot of Facebook registration ("CAPTCHA" challenge sign-up screen, August 2009) | LRC |
|  | 31 |  | X | X | Video of Facebook registration (November 13, 2009 two-step sign-up screen) | LRC |
|  |  | 11:25 am |  |  | Cross-examination of **Joachim De Lombaert**. |  |
|  |  |  |  |  | Witness shown exhibits 28, 16, 17, 24, 25 |  |
|  |  | 11:56 am |  |  | Court in recess. |  |
|  |  | 12:08 pm |  |  | Court back in session -- continued cross-examination of **Joachim De Lombaert.** |  |
|  |  | 12:15 pm |  |  | Re-direct of **Joachim De Lombaert.** |  |
|  |  |  |  |  | Witness shown exhibits 28, 16, 17, 24, 25 |  |
|  |  | 12:31 pm |  |  | Direct examination of **Mark Pike.** |  |
|  | 11 |  | X | X | Statement of Rights and Responsibilities (January 20, 2015) | LRC |
|  | 18 |  | X | X | Screenshot of Facebook registration (Variant 2 of February 11, 2008 sign-up screen) | LRC |
|  | 19 |  | X | X | December 5, 2012 email to M. Pike re close of comment period on proposed changes to SRR | LRC |
|  | 20 |  | X | X | August 30, 2013 email to M. Pike re proposed changes to | LRC |

|  |  |  |  |  | SRR |  |
|---|---|---|---|---|---|---|
|  | 21 |  | X | X | December 20, 2014 email to M. Pike re proposed changes to SRR | LRC |
|  |  | 12:48 pm |  |  | Cross-examination of **Mark Pike.** |  |
|  |  |  |  |  | Witness shown exhibit 11, 18, 19, 20 |  |
|  |  | 1:01 pm |  |  | Court hears argument by counsel on contract formation and choice of law issues. |  |
|  |  | 1:37 pm |  |  | Court in recess. Court will issue written decision. |  |