1  Jay Edelson (Admitted *pro hac vice*)
   jedelson@edelson.com
2  EDELSON PC
   350 North LaSalle Street, 13th Floor
3  Chicago, Illinois 60654
   Tel: 312.589.6370
4  Fax: 312.589.6378

5  Shawn A. Williams (213113)
   shawnw@rgrdlaw.com
6  ROBBINS GELLER RUDMAN & DOWD LLP
   Post Montgomery Center
7  One Montgomery Street, Suite 1800
   San Francisco, California 94104
8  Tel: 415.288.4545
   Fax: 415.288.4534
9

10 Paul J. Geller (Admitted *pro hac vice*)          Joel H. Bernstein (Admitted *pro hac vice*)
   pgeller@rgrdlaw.com                                jbernstein@labaton.com
11 ROBBINS GELLER RUDMAN & DOWD LLP                   LABATON SUCHAROW LLP
   120 East Palmetto Park Road, Suite 500             140 Broadway
12 Boca Raton, Florida 33432                          New York, New York 10005
   Tel: 561.750.3000                                  Tel: 212.907.0700
13 Fax: 561.750.3364                                  Fax: 212.818.0477

14 *Counsel for Plaintiffs and the Putative Class*

15                     **IN THE UNITED STATES DISTRICT COURT**

16                     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17                                **SAN FRANCISCO DIVISION**

18                                                   Master Docket No. 3:15-cv-3747-JD

19 *In re Facebook Biometric Information
   Privacy Litigation*
20                                                   **DECLARATION OF RAFEY S.
   THIS DOCUMENT RELATES TO:                         BALABANIAN IN SUPPORT OF
21                                                   APPLICATION TO APPEAR PRO
   ALL ACTIONS                                       HAC VICE**
22
                                                     Judge: Honorable James Donato
23                                                   Action filed: August 17, 2015

24

25

26

27
   DECL. OF RAFEY S. BALABANIAN
28 ISO APP. TO APPEAR PRO HAC VICE                                    CASE NO. 3:15-cv-03747-JD

Pursuant to 28 U.S.C. § 1746, I, Rafey S. Balabanian, hereby declare and state as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge unless otherwise indicated.

2. I am an attorney at the law firm of Edelson PC, and I represent Plaintiffs Carlo Licata, Adam Pezen, and Nimesh Patel in this matter.

3. Pursuant to Civil Local Rule 11-3(b)(2)-(3), I am eligible for permission to practice *pro hac vice* notwithstanding the fact that I reside in the State of California.

4. I have been a resident of the State of California for less than one year.

5. I have registered with, and completed all required applications for admission to, the State Bar of California.

6. I took the California State Bar exam in February of 2016 and am awaiting my results.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2016, at San Francisco, CA.

By:  s/ Rafey S. Balabanian