| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | John Nadolenco (SBN 181128) |
| 2 | 350 South Grand Avenue |
| | 25th Floor |
| 3 | Los Angeles, CA 90071-1503 |
| | Telephone: (213) 229-9500 |
| 4 | jnadolenco@mayerbrown.com |

Lauren R. Goldman (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com

Archis A. Parasharami (*pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3328
aparasharami@mayerbrown.com

*Counsel for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master Docket No.: 3:15-CV-03747-JD |
| | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CHANGE DEADLINE TO ANSWER COMPLAINT AND TIME OF CASE MANAGEMENT CONFERENCE** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | Hon. James Donato |

Having considered the Stipulated Request to Change Deadline to Answer Complaint and Time of Case Management Conference and all papers on file, and good cause appearing therefore, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The deadline for Facebook's answer is extended from May 19, 2016 to June 2, 2016; and

2. The case management conference will be rescheduled from June 15, 2016 at 1:30 p.m. to June 29, 2016 at 1:30 p.m, and all related deadlines, including the deadline established in Civil Local Rule 16-10(d), will be rescheduled accordingly.

DATED: May 16, 2016

_____
Honorable James Donato
United States District Judge