ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
         – and –
PAUL J. GELLER (Admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN (Admitted *pro hac vice*)
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com

EDELSON PC
JAY EDELSON (Admitted *pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)
jedelson@edelson.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 3:15-cv-03747-JD<br><br>PLAINTIFFS' REVISED PROPOSED CASE MANAGEMENT SCHEDULE IN CONNECTION WITH THE JUNE 29, 2016 CASE MANAGEMENT CONFERENCE<br><br>DATE:     June 29, 2016<br>TIME:     1:30 p.m.<br>CTRM:   11, 19th Floor<br>JUDGE:  Hon. James Donato |

1161353_1

Plaintiffs hereby submit Plaintiffs' Revised Proposed Case Management Schedule in Connection with the June 29, 2016 Case Management Conference. Plaintiffs' revised proposed schedule removes unnecessary event deadlines and corrects inadvertent date selections including those which landed on a weekend or Court Holiday.

| Event | Plaintiffs' Revised Proposal |
|---|---|
| Begin Merits and Class Discovery | Immediately |
| Defendant's Answer | June 2, 2016 |
| Supplemental Initial Disclosures | June 15, 2016 |
| Substantial Completion of Document Production | September 15, 2016 |
| Fact Discovery Cut-Off | Current agreement is November 1, 2016 |
| Class Certification Motion | November 16, 2016 |
| Depositions of Plaintiffs' Experts Retained for Class Certification Issues (if necessary) | December 1, 2016 – December 15, 2016 |
| Class Certification Opposition | December 19, 2016 |
| Depositions of Defendant's Experts Retained for Class Certification Issues (if necessary) | January 3, 2017 – January 18, 2017 |
| Class Certification Reply | January 20, 2017 |
| Rule 26 Disclosures of Experts Retained by Either Party for Trial | January 23, 2017 |
| Last Day to File Dispositive Motions | January 23, 2017 |
| Hearing on Dispositive Motions | April 5, 2017 or TBD |

1161353_1

PLAINTIFFS' REVISED PROPOSED CASE MANAGEMENT SCHEDULE IN CONNECTION WITH THE JUNE 29, 2016 CASE MANAGEMENT CONFERENCE - 3:15-cv-03747-JD

- 1 -

| Event | Plaintiffs' Revised Proposal |
|---|---|
| Final Pre-Trial Conference | TBD |
| Trial-Ready Date | May 9, 2017 |

DATED: June 28, 2016

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DAVID W. HALL


       s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
MARK DEARMAN*
CHRISTOPHER C. MARTINS*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN*
CORBAN S. RHODES*
ROSS M. KAMHI*
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

1161353_1

PLAINTIFFS' REVISED PROPOSED CASE MANAGEMENT SCHEDULE IN CONNECTION WITH THE JUNE 29, 2016 CASE MANAGEMENT CONFERENCE - 3:15-cv-03747-JD - 2 -

|   |   |
|---|---|
| 1 | |
| 2 | EDELSON PC |
|   | JAY EDELSON* |
| 3 | ALEXANDER T.H. NGUYEN* |
|   | 350 North LaSalle Street, Suite 1300 |
| 4 | Chicago, IL  60654 |
|   | Telephone:  312/589-6370 |
| 5 | 312/589-6378 (fax) |

Attorneys for Plaintiffs

* = Admitted *pro hac vice*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1161353_1   PLAINTIFFS' REVISED PROPOSED CASE MANAGEMENT SCHEDULE IN CONNECTION WITH
THE JUNE 29, 2016 CASE MANAGEMENT CONFERENCE - 3:15-cv-03747-JD                          - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 28, 2016.

                                            s/ Shawn A. Williams
                                            SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

1161353_1

# Mailing Information for a Case 3:15-cv-03747-JD In re Facebook Biometric Information Privacy Litigation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rafey S. Balabanian**
  rbalabanian@edelson.com

- **James E Barz**
  jbarz@rgrdlaw.com

- **Joel H. Bernstein**
  jbernstein@labaton.com,lmehringer@labaton.com,sauer@labaton.com,electroniccasefiling@labaton.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,cthornton@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Jay Edelson**
  jedelson@edelson.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Lauren R Goldman**
  lrgoldman@mayerbrown.com,akardon@mayerbrown.com,mrayfield@mayerbrown.com,jmarsala@mayerbrown.com

- **Frank S Hedin**
  fhedin@careyrodriguez.com,dmilian@careyrodriguez.com,lmejia@careyrodriguez.com

- **Ross M Kamhi**
  rkamhi@labaton.com

- **J. Dominick Larry**
  nlarry@edelson.com,cdore@edelson.com,docket@edelson.com

- **John Nadolenco**
  jnadolenco@mayerbrown.com,rjohns@mayerbrown.com,los-docket@mayerbrown.com,jaustgen@mayerbrown.com

- **Alexander Nguyen**
  anguyen@edelson.com,docket@edelson.com

- **Archis A. Parasharami**
  aparasharami@mayerbrown.com

- **Archis Ashok Parasharami**
  aparasharami@mayerbrown.com,wdc.docket@mayerbrown.com

- **Matthew David Provance**
  mprovance@mayerbrown.com

- **Corban S Rhodes**
  crhodes@labaton.com

- **Frank Anthony Richter**

frichter@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,ptiffith@rgrdlaw.com,dhall@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Vincent        J. Connelly**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

**Facebook Inc.**
Cooley LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155