| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | John Nadolenco (SBN 181128) |
| 2 | 350 South Grand Avenue |
| | 25th Floor |
| 3 | Los Angeles, CA 90071-1503 |
| | Telephone: (213) 229-9500 |
| 4 | jnadolenco@mayerbrown.com |
| 5 | Lauren R. Goldman (*pro hac vice*) |
| | 1221 Avenue of the Americas |
| 6 | New York, NY 10020 |
| | Telephone: (212) 506-2647 |
| 7 | lrgoldman@mayerbrown.com |
| 8 | Archis A. Parasharami (*pro hac vice*) |
| | 1999 K Street, N.W. |
| 9 | Washington, D.C. 20006-1101 |
| | Telephone: (202) 263-3328 |
| 10 | aparasharami@mayerbrown.com |
| 11 | *Counsel for Defendant Facebook, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master Docket No.: 3:15-CV-03747-JD |
| | Hon. James Donato |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE FOR FACEBOOK INC.'S MOTIONS TO DISMISS FOR LACK OF STANDING** |
| ALL ACTIONS | |
| FREDERICK WILLIAM GULLEN, on behalf of himself and all others similarly situated, | Case No. 3:16-CV-00937-JD |
| Plaintiff, | Hon. James Donato |
| v. | |
| FACEBOOK, INC., | |
| Defendant. | |

[PROPOSED] ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE;
MASTER CASE NO. 3:15-CV-03747-JD & CASE NO. 3:16-CV-00937-JD

Having considered the Stipulation re Briefing schedule for Facebook Inc.'s Motions to Dismiss for Lack of Standing and all papers on file, and good cause appearing therefore, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The deadline for Plaintiffs' opposition briefing to Facebook's standing motions will be August 4, 2016; and

2. The deadline for Facebook's reply briefing in support of its standing motions will be August 25, 2016.

Date: 7/14/16

_____
Honorable James Donato
United States District Judge

1
[PROPOSED] ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE;
MASTER CASE NO. 3:15-CV-03747-JD & CASE NO. 3:16-CV-00937-JD