ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
      – and –
PAUL J. GELLER (Admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN (Admitted *pro hac vice*)
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com

EDELSON PC
JAY EDELSON (Admitted *pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)
jedelson@edelson.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION ) ) ) ) This Document Relates To:        ) ) ALL ACTIONS.                         ) ) | Master File No. 3:15-cv-03747-JD<br><br>[PROPOSED] ORDER GRANTING STIPULATION REGARDING THE CASE MANAGEMENT SCHEDULE<br><br>**SCHEDULING ORDER** |
| ) FREDERICK W. GULLEN, Individually and ) on Behalf of All Others Similarly Situated, ) ) Plaintiff, ) ) vs. ) ) FACEBOOK, INC., ) Defendant. ) | Case No. 3:16-cv-00937 |

1166735_1

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16, Civil Local Rule 16-10, and the parties' stipulation (Dkt. No. 136). The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Event Deadline |
| --- | --- |
| Add parties or amend pleadings | September 30, 2016 |
| Substantial Completion of Document Production | December 1, 2016 |
| Fact Discovery Cut-Off | February 3, 2017 |
| Class Certification Motion | February 16, 2017 |
| Class Certification Opposition | March 27, 2017 |
| Class Certification Reply | April 24, 2017 |
| Hearing on Class Certification Motion | May 11, 2017, at 10:00 a.m. |
| Last Day to File Dispositive and *Daubert* Motions | June 15, 2017 |
| Final Pre-Trial Conference | September 14, 2017 at 3:00 p.m. |
| Trial | October 2, 2017 |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

DATED:  July 27, 2016

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE