1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) ) | Master File No. 3:15-cv-03747-JD<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE EXHIBITS TO DECLARATION OF SHAWN WILLIAMS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |

1122106_1

Before the Court is Plaintiffs' Administrative Motion to File Exhibits to Declaration of Shawn Williams Under Seal Pursuant to Civil L.R. 7-11 And 79-5, as follows:

- Exhibit 6 to the Williams Declaration, a Deposition Transcript of Adam Pezen, taken February 18, 2016, is submitted under seal to the extent of Mr. Pezen's personal email address and phone number, which are referenced at 48:1; 48:13; 51:25; and 96:8 of the transcript;

- Exhibit 7 to the Williams Declaration, a Deposition Transcript of Nimesh Patel, taken February 16, 2016, is submitted under seal to the extent of Mr. Patel's personal email address, which is referenced at 48:1; 48:13; 51:25; and 96:8 of the transcript;

- Exhibit 8 to the Williams Declaration, a Deposition Transcript of Carlo Licata, taken February 17, 2016, is submitted under seal to the extent of Mr. Licata's personal email address, which is referenced at 48:1; 48:13; 51:25; and 96:8 of the transcript; and

- Redacted Version of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.

There being good cause shown based on the arguments presented in the Opposition, the pleadings on file, and any other relevant matter, the Court **GRANTS** Plaintiffs' Administrative Motion to File Under Seal.  Dkt. No. 97.

IT IS SO ORDERED.

DATED: September 30, 2016

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

1122106_1

[PROPOSED] ORD GRANTING PLTIFFS' ADMIN MOTION TO FILE EXHIBITS TO DECL OF SHAWN WILLIAMS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 - 3:15-cv-03747-JD

- 1 -