MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
 jnadolenco@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

LAUREN R. GOLDMAN (*pro hac vice*)
 lrgoldman@mayerbrown.com
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2500
Facsimile:  (212) 262-1910

ARCHIS A. PARASHARAMI (*pro hac vice*)
 aparasharami@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile:      (202) 263-3300

Attorneys for Defendant
Facebook, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No.: 3:15-CV-03747-JD<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT FACEBOOK, INC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 7-95<br><br>Re: Dkt. No. 95 |

Having considered Defendant Facebook, Inc.'s Administrative Motion to File Under Seal Pursuant to Civil L.R. 7-11 and 7-95 and the Declaration of John Nadolenco submitted in support of that motion, IT IS HEREBY ORDERED THAT:

Compelling reasons exist to file the following documents under seal because they constitute trade secret information for the below-listed reasons, *see Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (compelling reasons exist when "court files might have become a vehicle for improper purposes," including the release of trade secrets).

The following documents shall be filed under seal:

| Document | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| Declaration of Joachim de Lombaert | Paragraphs 5-30 | Contains proprietary source code and other trade secret information relating to storage and retention of business records. *See* Declaration of Joachim De Lombaert in Support of Defendant Facebook, Inc.'s Pre-Hearing Brief ¶ 31. |
| Exhibit A to the Declaration of John Nadolenco in Support of Facebook's Pre-Hearing Brief | ~~Entire document~~ As ordered in Dkt. No. 155 | ~~Designated "Confidential" by plaintiffs~~ *See* Dkt. Nos. 97, 155 |
| Exhibit B to the Declaration of John Nadolenco in Support of Facebook's Pre-Hearing Brief | ~~Entire document~~ As ordered in Dkt. No. 155 | ~~Designated "Confidential" by plaintiffs~~ *See* Dkt. Nos. 97, 155 |
| Exhibit C to the Declaration of John Nadolenco in Support of Facebook's Pre-Hearing Brief | ~~Entire document~~ As ordered in Dkt. No. 155 | ~~Designated "Confidential" by plaintiffs~~ *See* Dkt. Nos. 97, 155 |
| Exhibit D to the Declaration of John Nadolenco in Support of Facebook's Pre-Hearing Brief | Entire document | Contains technical, proprietary source code, and commercial information that is confidential to Facebook, the disclosure of which would cause competitive harm to Facebook by providing direct insight into highly confidential, proprietary, and competitively sensitive aspects of Facebook's internal business processes and |

| Document | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| | | strategies. *See* Declaration of Joachim De Lombaert in Support of Defendant Facebook, Inc.'s Pre-Hearing Brief ¶ 31. |
| Exhibit E to the Declaration of John Nadolenco in Support of Facebook's Pre-Hearing Brief | Entire document | Contains technical and commercial information that is confidential to Facebook, the disclosure of which would likely cause competitive harm to Facebook by providing direct insight into highly confidential and competitively sensitive aspects of Facebook's internal business processes and strategies. *See* Declaration of Shannon Chance in Support of Facebook's Pre-Hearing Brief ¶ 7. |
| Exhibit F to the Declaration of John Nadolenco in Support of Facebook's Pre-Hearing Brief | Entire document | Contains technical and commercial information that is confidential to Facebook, the disclosure of which would likely cause competitive harm to Facebook by providing direct insight into highly confidential and competitively sensitive aspects of Facebook's internal business processes and strategies. *See* Declaration of Mark Pike in Support of Facebook's Pre-Hearing Brief ¶ 18. |
| Facebook's Pre-Hearing Brief | Page 1, lines 2-3;<br>Page 2, lines 3-6;<br>Page 2, line 28 – page 3, line 1;<br>Page 3, lines 11-12;<br>Page 4, lines 10-19;<br>Page 5, lines 5-6;<br>Page 5, lines 19-20;<br>Page 5, lines 23-24;<br>Page 6, lines 4-9;<br>Page 10, lines 15-18;<br>Page 11, lines 17-18; | Plaintiffs have designation transcripts quotes as confidential. Also, contains trade secret information, including information relating to Facebook's proprietary source code, information relating to how Facebook utilizes source code to re-create simulations of historical web pages, and information relating to how Facebook |

| Document | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
|  | Page 11, fn.13; Page 12, lines 3-5; Page 12, lines 7-10. | compiles and stores its proprietary information *See* Declaration of Joachim De Lombaert in Support of Defendant Facebook, Inc.'s Pre-Hearing Brief ¶ 31. |

IT IS SO ORDERED.

DATED: September 30, 2016

_____
Honorable James Donato
United States District Judge