ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
      – and –
PAUL J. GELLER (Admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN (Admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com

EDELSON PC
JAY EDELSON (Admitted *pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)
jedelson@edelson.com

Attorneys for Plaintiffs
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION  )<br>)<br>)<br>_____ )<br>This Document Relates To:  )<br>)<br>    ALL ACTIONS.  )<br>)<br>_____ )<br>FREDERICK W. GULLEN, Individually and )<br>on Behalf of All Others Similarly Situated,  )<br>)<br>                     Plaintiff,  )<br>)<br>   vs.  )<br>)<br>FACEBOOK, INC.,  )<br>                     Defendant.  )<br>_____ ) | Master File No. 3:15-cv-03747-JD<br><br>STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE PLAINTIFFS' LETTER REGARDING DISCOVERY<br><br>Case No. 3:16-cv-00937 |

1209854_1

Pursuant to Local Rule 6-2, the parties hereby submit the following stipulation and proposed order.

### RECITALS

WHEREAS Plaintiffs' discovery dispute letter is currently due to be filed Friday, November 25, 2016;

WHEREAS due to unanticipated staff and support scheduling conflicts exacerbated by the Thanksgiving holiday, Plaintiffs request a short extension of time to Monday, November 28, 2016;

WHEREAS the parties agree that this extension will cause no prejudice or delay;

WHEREAS the parties agree that this extension will not delay any scheduled hearing or otherwise affect the Court's calendar; and

WHEREAS no other related extensions have been requested by either party.

### STIPULATION

WHEREFORE, it is hereby stipulated by the parties, through their counsel and subject to the Court's approval, that:

1. The time for Plaintiffs to file their currently scheduled discovery dispute letter is extended to Monday, November 28, 2016.

DATED: November 22, 2016

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DAVID W. HALL

s/ David W. Hall
DAVID W. HALL

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

1209854_1

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE PLAINTIFFS' LETTER REGARDING DISCOVERY  - **3:15-cv-03747-JD** - 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
MARK DEARMAN*
CHRISTOPHER C. MARTINS*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN*
CORBAN S. RHODES*
ROSS M. KAMHI*
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

EDELSON PC
JAY EDELSON*
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)

Attorneys for Plaintiffs In re Facebook Biometric Info. Plaintiffs and the Putative Class

* = Admitted *pro hac vice*

CAREY RODRIGUEZ MILIAN
  GONYA, LLP
DAVID P. MILIAN
FRANK S. HEDIN
1395 Brickell Avenue, Suite 700
Miami, FL  33131
fhedin@careyrodriguez.com
dmilian@careyrodriguez.com
Telephone: 305/371-7474
305/372-7475 (fax)

1209854_1

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE PLAINTIFFS'
LETTER REGARDING DISCOVERY  - **3:15-cv-03747-JD**                                        - 2 -

BOTTINI & BOTTINI, INC.
FRANK A. BOTTINI, JR.
ALBERT Y. CHANG
YURY A. KOESNIKOV
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA  92037
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com
Telephone:  858/914-2001
858/914-2002 (fax)

Attorneys for Plaintiff Frederick William Gullen, and the Putative Class of Non-Users

DATED:  November 22, 2016

MAYER BROWN LLP
JOHN NADOLENCO

          s/John Nadolenco
JOHN NADOLENCO

350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone:  213/229-9500
213/625-0248 (fax)

Attorneys for Defendant Facebook, Inc.

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, David W. Hall, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE PLAINTIFFS' LETTER REGARDING DISCOVERY.  In compliance with Local Rule 5-1(i)(3), I hereby attest that John Nadolenco has concurred in this filing.

Dated: November 22, 2016

          s/ David W. Hall
DAVID W. HALL

1                       *     *     *

2                         **O R D E R**

3    IT IS SO ORDERED.

4 DATED: _____   _____

5                                                          THE HONORABLE JAMES DONATO
                                                         UNITED STATES DISTRICT JUDGE

1209854_1

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE PLAINTIFFS' LETTER REGARDING DISCOVERY - **3:15-cv-03747-JD**                                                                - 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 22, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 22, 2016.

                     s/ David W. Hall
                     DAVID W. HALL
                     ROBBINS GELLER RUDMAN
                         & DOWD LLP
                     Post Montgomery Center
                     One Montgomery Street, Suite 1800
                     San Francisco, CA  94104
                     Telephone:  415/288-4545
                     415/288-4534 (fax)
                     E-mail: dhall@rgrdlaw.com

1209854_1

## Mailing Information for a Case 3:15-cv-03747-JD In re Facebook Biometric Information Privacy Litigation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rafey S. Balabanian**
  rbalabanian@edelson.com

- **James E Barz**
  jbarz@rgrdlaw.com

- **Joel H. Bernstein**
  jbernstein@labaton.com,lmehringer@labaton.com,sauer@labaton.com,electroniccasefiling@labaton.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,cthornton@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Jay Edelson**
  jedelson@edelson.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Lauren R Goldman**
  lrgoldman@mayerbrown.com,akardon@mayerbrown.com,mrayfield@mayerbrown.com,jmarsala@mayerbrown.com

- **David William Hall**
  dhall@rgrdlaw.com

- **Frank S Hedin**
  fhedin@careyrodriguez.com,dmilian@careyrodriguez.com,lmejia@careyrodriguez.com

- **Ross M Kamhi**
  rkamhi@labaton.com

- **J. Dominick Larry**
  nlarry@edelson.com,cdore@edelson.com,docket@edelson.com

- **John Nadolenco**
  jnadolenco@mayerbrown.com,rjohns@mayerbrown.com,los-docket@mayerbrown.com,jaustgen@mayerbrown.com

- **Alexander Nguyen**
  anguyen@edelson.com,docket@edelson.com

- **Archis A. Parasharami**
  aparasharami@mayerbrown.com

- **Archis Ashok Parasharami**
  aparasharami@mayerbrown.com,wdc.docket@mayerbrown.com

- **Matthew David Provance**
  mprovance@mayerbrown.com

- **Corban S Rhodes**
  crhodes@labaton.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Alexander Glenn Tievsky**
  atievsky@edelson.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,ptiffith@rgrdlaw.com,dhall@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Vincent           J. Connelly
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Facebook Inc.
Cooley LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155
```