ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS (213113)
DAVID W. HALL (274921)
AMANDA M. FRAME (253603)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
       – and –
PAUL J. GELLER (Admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN (Admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com

EDELSON PC
JAY EDELSON (Admitted *pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)
jedelson@edelson.com

Attorneys for Plaintiffs
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master File No. 3:15-cv-03747-JD |
| This Document Relates To:<br><br>ALL ACTIONS. | PLAINTIFFS' NOTICE REGARDING FACEBOOK, INC.'S MOTION FOR CONSIDERATION OF UNTIMELY DECLARATION IN SUPPORT OF SEALING CONFIDENTIAL INFORMATION PURSUANT TO CIVIL LOCAL RULE 79-5 |
| FREDERICK W. GULLEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:16-cv-00937-JD |

1227839_1

Plaintiffs in the above-referenced actions hereby submit this notice regarding Defendant Facebook, Inc.'s[1] Motion for Consideration of Its Untimely Declaration in Support of Sealing Confidential Information Pursuant to Civil Local Rule 79-5 (Dkt. No. 184) (the "Motion"). As explained below, Plaintiffs take no position on the merits of Facebook's Motion but understand the Court's subsequent order scheduling the Motion for hearing to supersede or hold in abeyance Plaintiffs' original deadline to file an unredacted version of the discovery letter.

On November 28, 2016, Plaintiffs filed an administrative motion to file under seal portions of a discovery letter designated confidential by Facebook. Dkt. No. 173. Because Facebook failed to timely file a declaration in support as required by the civil local rules of this Court, on January 9, 2017, the Court ordered Plaintiffs "to file an unredacted version of their letter on the public record no earlier than 4 days and no later than 10 days" of that order. Dkt. No. 182. On January 10, 2017, Facebook filed the Motion and a declaration in support attaching both redacted and unredacted versions of the discovery letter. Dkt. No. 184. On January 11, 2016, the Court issued an order scheduling Facebook's Motion for hearing on February 16, 2017. Plaintiffs take no position on the merits of Facebook's Motion.

Given that Facebook has since filed the Motion with a declaration, attaching both redacted and unredacted versions of the discovery letter, and given that the Court has since set Facebook's Motion for hearing several weeks after Plaintiffs' original 10-day deadline for filing an unredacted version of the discovery letter, Plaintiffs understand that the original 10-day deadline has been superseded or held in abeyance by the Court's subsequent scheduling order. Accordingly, Plaintiffs understand that determination of whether and, if necessary, when to file an unredacted version of the discovery letter must await the scheduled February 16, 2017 hearing on the Motion.

---

[1] ("Facebook")

In the alternative, should the Court so order, Plaintiffs stand ready to immediately file an unredacted version of the discovery letter.

DATED: January 19, 2017

ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
DAVID W. HALL
AMANDA M. FRAME


              s/ Shawn A. Williams
            SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
MARK DEARMAN*
CHRISTOPHER C. MARTINS*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN*
CORBAN S. RHODES*
ROSS M. KAMHI*
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

1227839_1

PLTFFS' NOTICE REGARDING FACEBOOK, INC.'S MOT FOR CONSIDERATION OF UNTIMELY DECL. IN SUPP. OF SEALING CONFIDENTIAL INFO. PURS. CIV. L.R. 79-5 - 3:15-cv-03747-JD - 2 -

EDELSON PC
JAY EDELSON*
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)

CAREY RODRIGUEZ MILIAN
  GONYA, LLP
DAVID P. MILIAN
FRANK S. HEDIN
1395 Brickell Avenue, Suite 700
Miami, FL 33131
fhedin@careyrodriguez.com
dmilian@careyrodriguez.com
Telephone: 305/371-7474
305/372-7475 (fax)

BOTTINI & BOTTINI, INC.
FRANK A. BOTTINI, JR.
ALBERT Y. CHANG|
YURY A. KOESNIKOV
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com
Telephone: 858/914-2001
858/914-2002 (fax)

Attorneys for Plaintiffs In re Facebook Biometric Info. Plaintiffs and the Putative Class

* = Admitted *pro hac vice*

1227839_1

PLTFFS' NOTICE REGARDING FACEBOOK, INC.'S MOT FOR CONSIDERATION OF UNTIMELY DECL. IN SUPP. OF SEALING CONFIDENTIAL INFO. PURS. CIV. L.R. 79-5 - 3:15-cv-03747-JD    - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 19, 2017.

                                            s/ Shawn A. Williams
                                            SHAWN A. WILLIAMS

                                            ROBBINS GELLER RUDMAN
                                                      & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

1227839_1

# Mailing Information for a Case 3:15-cv-03747-JD In re Facebook Biometric Information Privacy Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rafey S. Balabanian**
  rbalabanian@edelson.com

- **James E Barz**
  jbarz@rgrdlaw.com

- **Joel H. Bernstein**
  jbernstein@labaton.com,lmehringer@labaton.com,sauer@labaton.com,electroniccasefiling@labaton.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,cthornton@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Jay Edelson**
  jedelson@edelson.com

- **Amanda M. Frame**
  aframe@rgrdlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Lauren R Goldman**
  lrgoldman@mayerbrown.com,akardon@mayerbrown.com,mrayfield@mayerbrown.com,jmarsala@mayerbrown.com

- **David William Hall**
  dhall@rgrdlaw.com

- **Frank S Hedin**
  fhedin@careyrodriguez.com,dmilian@careyrodriguez.com,lmejia@careyrodriguez.com

- **Ross M Kamhi**
  rkamhi@labaton.com

- **J. Dominick Larry**
  nlarry@edelson.com,cdore@edelson.com,docket@edelson.com

- **David Philip Milian**
  DMilian@CareyRodriguez.com

- **John Nadolenco**
  jnadolenco@mayerbrown.com,rjohns@mayerbrown.com,los-docket@mayerbrown.com,jaustgen@mayerbrown.com

- **Alexander Nguyen**
  anguyen@edelson.com,docket@edelson.com

- **Archis A. Parasharami**
  aparasharami@mayerbrown.com

- **Archis Ashok Parasharami**
  aparasharami@mayerbrown.com,wdc.docket@mayerbrown.com

- **Matthew David Provance**
  mprovance@mayerbrown.com,courtnotification@mayerbrown.com

- **Corban S Rhodes**
  crhodes@labaton.com,lmehringer@labaton.com,sauer@labaton.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Alexander Glenn Tievsky**
  atievsky@edelson.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,ptiffith@rgrdlaw.com,dhall@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Vincent            J. Connelly
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Facebook Inc.
Cooley LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155
```