# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

---

Date:  January 19, 2017                                     Judge:  Hon. James Donato

Time:  38 Minutes

Case No.        **C-15-1429-JD**
Case Name       **Kenu, Inc. v. Belkin International, Inc.**

Attorney(s) for Plaintiff(s):     Marcus T. Hall/Craig C. Crockett
Attorney(s) for Defendant(s):   Ryan R. Smith/Sara L. Tolbert/Jo Greenberg

Deputy Clerk:  Lisa R. Clark                              Court Reporter:  Raynee Mercado

### PROCEEDINGS

Claim Construction Hearing - Held
Kenu, Inc.'s Motion to Strike (Dkt. No. 49) - Submitted

### NOTES AND ORDERS

The Court discusses claim construction issues with the parties and takes the matter under submission.

The Court also discusses with the parties the status of the case generally, and the possibility of settlement or other means of resolving the dispute in an efficient and cost-effective manner.

By **January 26, 2017**, the parties are to file a joint statement addressing:  (1) whether they would like the Court to refer the case to private mediation or some other ADR procedure (including a further settlement conference with Magistrate Judge Beeler); (2) if yes, whether they would like the Court to stay the case in the meantime; and (3) if no, any other suggestions the parties have for streamlining litigation in this matter, *e.g.*, by having the Court first resolve the issue of estoppel for Kenu's doctrine of equivalents theory of infringement under the utility patent.

Kenu states that it would like to know if Belkin intends to retire from the market the product that is at issue in this lawsuit, and that that information could be helpful for settlement.  Belkin represents that it will endeavor to provide that information to Kenu within a week.  The parties should also inform the Court in their joint statement whether they were able to resolve this issue.