ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS (213113)
DAVID W. HALL (274921)
AMANDA M. FRAME (253603)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
    – and –
PAUL J. GELLER (Admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN (Admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com

EDELSON PC
JAY EDELSON (Admitted *pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)
jedelson@edelson.com

Attorneys for Plaintiffs
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master File No. 3:15-cv-03747-JD <br><br> [PROPOSED] ORDER EXTENDING THE FACT DISCOVERY CUT-OFF |
| This Document Relates To: <br><br> ALL ACTIONS. | |
| FREDERICK W. GULLEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 3:16-cv-00937-JD |

1231979_1

1  Having considered the Stipulation to Extend the Fact Discovery Cut-Off, and good cause
2  appearing therefore, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:
3      1.  The fact discovery schedule shall be extended by 90 days, to May 4, 2017, with
4  commensurate extensions for all other deadlines as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Deadline to file class certification motion | February 16, 2017 | May 17, 2017 |
| Deadline to file dispositive and *Daubert* motions | June 15, 2017 | September 13, 2017 |
| Final pre-trial conference | September 14, 2017 at 3:00 p.m. | December 13, 2017 at 3:00 p.m. |
| Trial date | October 2, 2017 | January 30, 2018 |

12  DATED:_____

                                        _____
                                        HONORABLE JAMES DONATO
                                        UNITED STATES DISTRICT JUDGE

Submitted by:

DATED:  January 31, 2017

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DAVID W. HALL
AMANDA M. FRAME


      s/ Shawn A. Williams
      SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
MARK DEARMAN*
CHRISTOPHER C. MARTINS*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN*
CORBAN S. RHODES*
ROSS M. KAMHI*
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

EDELSON PC
JAY EDELSON*
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)

Attorneys for Plaintiffs In re Facebook Biometric
Info. Plaintiffs and the Putative Class

* = Admitted pro hac vice

CAREY RODRIGUEZ MILIAN
  GONYA, LLP
DAVID P. MILIAN
FRANK S. HEDIN
1395 Brickell Avenue, Suite 700
Miami, FL  33131
fhedin@careyrodriguez.com
dmilian@careyrodriguez.com
Telephone: 305/371-7474
305/372-7475 (fax)

BOTTINI & BOTTINI, INC.
FRANK A. BOTTINI, JR.
ALBERT Y. CHANG|
YURY A. KOESNIKOV
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA  92037
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com
Telephone:  858/914-2001
858/914-2002 (fax)

Attorneys for Plaintiff Frederick William Gullen,
and the Putative Class of Non-Users

MAYER BROWN LLP
JOHN NADOLENCO
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: 213/229-9500
213/625-0248 (fax)

Attorney for Defendant Facebook, Inc.