UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 15-cv-03747-JD<br><br>Hon. James Donato<br><br>**AMENDED SCHEDULING ORDER** |
| FREDERICK WILLIAM GULLEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>FACEBOOK, INC.,<br>Defendant. | Case No. 16-cv-00937-JD<br><br>Hon. James Donato |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Fact discovery cut-off | November 17, 2017 |
| File class certification motion | December 8, 2017 |
| Expert disclosures | December 22, 2017 |

| **Event** | **Deadline** |
|---|---|
| File certification opposition | January 12, 2018 |
| File certification reply (optional) | January 26, 2018 |
| Rebuttal expert disclosures | February 2, 2018 |
| Expert discovery cut-off | March 2, 2018 |
| Last day to file dispositive and *Daubert* motions | March 16, 2018 |
| Pretrial conference | April 26, 2018 at 1:30 p.m. |
| Trial | May 21, 2018 at 9:00 a.m. |

All dates set by the Court should be treated as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: September 11, 2017

_____
JAMES DONATO
United States District Judge