MAYER BROWN LLP
John Nadolenco (SBN 181128)
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
jnadolenco@mayerbrown.com

Lauren R. Goldman (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com

*Counsel for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS<br>_____<br><br>FREDERICK WILLIAM GULLEN, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>            Defendant. | Master Docket No.: 3:15-CV-03747-JD<br><br>**DECLARATION OF JOHN NADOLENCO**<br><br>Hon. James Donato<br><br>Date:  November 2, 2017<br>Time: 10:00 a.m.<br>Location: Courtroom 11<br><br><br>Case No. 3:16-cv-00937-JD |

DECLARATION OF JOHN NADOLENCO;
MASTER CASE NO. 3:15-CV-03747-JD & CASE NO. 3:16-CV-00937-JD

I, John Nadolenco, hereby declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California and this Court. I am a partner with the law firm of Mayer Brown LLP, counsel for defendant Facebook, Inc. ("Facebook") in the above-captioned matter.

2. I make this Declaration on my own personal knowledge, except where stated on information and belief, and if called upon as a witness to do so, I could and would competently testify as to the matters set forth herein.

3. A true and correct copy of Facebook's Statement of Rights and Responsibilities is attached as Exhibit A to Facebook's Motion to Dismiss.

4. A true and correct copy of Facebook's Data Policy is attached as Exhibit B to Facebook's Motion to Dismiss.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 28th day of September, 2017, in Los Angeles California.

/s/ John Nadolenco

John Nadolenco