MAYER BROWN LLP
John Nadolenco (SBN 181128)
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
jnadolenco@mayerbrown.com

Lauren R. Goldman (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com

*Counsel for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS<br>_____<br>FREDERICK WILLIAM GULLEN, on behalf of himself and all others similarly situated,<br>            Plaintiff,<br>   v.<br>FACEBOOK, INC.,<br>            Defendant. | **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S RENEWED MOTION TO DISMISS UNDER RULE 12(b)(1) FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Master Docket No.: 3:15-CV-03747-JD<br><br>Date: November 2, 2017<br>Time: 10:00 a.m.<br>Location: Courtroom 11<br><br>Hon. James Donato<br><br>Case No. 3:16-cv-00937-JD |

**[PROPOSED] ORDER**

This matter is before the Court on the renewed motion of defendant Facebook, Inc. ("Facebook") to dismiss the plaintiffs' complaints in this case. After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that Facebook's motion should be granted, and the complaints in this case should be dismissed.

Accordingly, **IT IS HEREBY ORDERED THAT** Facebook's Motion is **GRANTED**, and the complaints in this case are **DISMISSED**.

DATED: _____

_____
Honorable James Donato
United States District Judge

[PROPOSED] ORDER GRANTING RENEWED MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION; MASTER CASE NO. 3:15-CV-03747-JD & CASE NO. 3:16-CV-00937-JD