ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS (213113)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
PAUL J. GELLER (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com

EDELSON PC
JAY EDELSON (*pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)
jedelson@edelson.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>　　ALL ACTIONS. | Master File No. 3:15-cv-03747-JD<br><br>PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Order granting the Stipulated Protective Order (Dkt. No. 88) ("Protective Order"), Plaintiffs in the above-captioned case respectfully move for leave to file under seal an unredacted version of their Motion for Class Certification as well as 23 documents attached as exhibits thereto. Pursuant to Civil Local Rule 79-5(d)(1)(A) and (e), Plaintiffs submit redacted and unredacted copies of the Motion, as well as unredacted copies of 23 exhibits thereto, which plaintiffs seek to seal in their entirety. Plaintiffs also submit the declaration of Rafey Balabanian in support of the instant motion.

Plaintiffs take no position on the propriety of sealing these documents or redacting the motion. The documents were designated "Confidential" or "Highly Confidential" by Defendant pursuant to the Protective Order, and the redactions all relate to the designated documents.

Consistent with Civil Local Rule 79-5(e), within four days of the filing of Plaintiffs' Administrative Motion to File Under Seal, the designating party must file with the Court and serve declarations supporting the request to seal the protected material and must lodge and serve a narrowly tailored proposed sealing order, or the information at issue will be made part of the public record. Counsel for Defendant has conferred with counsel for Plaintiffs regarding a stipulated extension to this deadline, and Plaintiffs anticipate that such a stipulation will be forthcoming.

For the foregoing reasons, Plaintiffs request leave to file under seal the unredacted version of the attached Motion and 23 exhibits thereto.

DATED:  December 8, 2017

                s/ Rafey S. Balabanian
                RAFEY S. BALABANIAN

                LABATON SUCHAROW LLP
                JOEL H. BERNSTEIN*
                CORBAN S. RHODES*
                ROSS M. KAMHI*
                140 Broadway
                New York, NY  10005
                Telephone:  212/907-0700
                212/818-0477 (fax)

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 2 | SHAWN A. WILLIAMS |
| | DAVID W. HALL |
| 3 | Post Montgomery Center |
| | One Montgomery Street, Suite 1800 |
| 4 | San Francisco, CA 94104 |
| | Telephone: 415/288-4545 |
| 5 | 415/288-4534 (fax) |
| | |
| 6 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 7 | PAUL J. GELLER* |
| | STUART A. DAVIDSON* |
| 8 | MARK DEARMAN* |
| | CHRISTOPHER C. MARTINS* |
| 9 | 120 East Palmetto Park Road, Suite 500 |
| | Boca Raton, FL 33432 |
| 10 | Telephone: 561/750-3000 |
| | 561/750-3364 (fax) |
| 11 | |
| | ROBBINS GELLER RUDMAN |
| 12 |   & DOWD LLP |
| | TRAVIS E. DOWNS III |
| 13 | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| 14 | Telephone: 619/231-1058 |
| | 619/231-7423 (fax) |
| 15 | |
| 16 | EDELSON PC |
| | JAY EDELSON* |
| 17 | ALEXANDER G. TIEVSKY* |
| | 350 North LaSalle Street, Suite 1300 |
| 18 | Chicago, IL 60654 |
| | Telephone: 312/589-6370 |
| 19 | 312/589-6378 (fax) |
| | |
| 20 | EDELSON PC |
| | RAFEY BALABANIAN |
| 21 | 123 Townsend Street, Suite 100 |
| | San Francisco, CA 94107 |
| 22 | |
| | Attorneys for Plaintiffs |
| 23 | |
| | * = Admitted *pro hac vice* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO CIVIL L.R. 7-11 AND 79-5 - 3:15-cv-03747-JD - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses for all counsel of record in the referenced action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 8, 2017, at San Francisco, California.

s/ Rafey S. Balabanian<br>RAFEY S. BALABANIAN

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE LETTER REGARDING DISCOVERY UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 - 3:15-cv-03747-JD