UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 3:15-cv-03747-JD<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 |

Before the Court is Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5.

IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5 is **GRANTED** to the following extent.

The following documents shall be sealed:

| Document | Reason |
| --- | --- |
| FBBIPA_00001123-FBBIPA_00001125 | Designated Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Excerpts from the transcript of the October 26, 2017, deposition of Omry Yadan | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| FBBIPA_00005371-FBBIPA_00005373 | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Excerpts from the transcript of the October 18, 2016, deposition of Yaniv Taigman | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Excerpts from the transcript of the September 19, 2017, deposition of Robert Sherman | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| FBBIPA_00009297-FBBIPA_0009298 | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| FBBIPA_00034064 | Designated Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| FBBIPA_00036832-FBBIPA_00036833 | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| FBBIPA_00028668 | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| FBBIPA_00003858-FBBIPA_00003859 | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| FBBIPA_00039597-FBBIPA_00039608 | Designated Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| FBBIPA_00000930-FBBIPA_00000939 | Designated Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| FBBIPA_00000870-FBBIPA_00000884 | Designated Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| FBBIPA_00000885-FBBIPA_0000899 | Designated Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |

| | | |
|---|---|---|
| 1 | FBBIPA_00000900-FBBIPA_00000914 | Designated Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| 2, 3 | FBBIPA_00008243 | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| 4, 5 | Excerpts from Defendant's Amended and Supplemental Response to Plaintiffs' Second Set of Interrogatories | Designated Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| 6 | FBBIPA_00000295-FBBIPA_00000327 | Designated Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| 7, 8 | FBBIPA_00000751-FBBIPA_00000753 | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| 9, 10 | FBBIPA_00008876-FBBIPA_00008877 | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| 10, 11 | FBBIPA_00038236-FBBIPA_00038249 | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| 12, 13 | FBBIPA_00030648 | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| 14, 15 | FBBIPA_00003483 | Designated Highly Confidential by Defendant Pursuant to the Stipulated Protective Order (Dkts. 87, 88) |

Further, the following redactions shall be withheld from the public record:

| Redaction | Reason |
|---|---|
| Page 1, lines 11 through 16 | References, quotes, or cites material designated Confidential or Highly Confidential by Defendant pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Page 2, lines 26 through 28 | References, quotes, or cites material designated Confidential or Highly Confidential by Defendant pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Page 3, lines 1 through 28 | References, quotes, or cites material designated Confidential or Highly Confidential by Defendant pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Page 4, lines 1 through 10 | References, quotes, or cites material designated Confidential or Highly Confidential by Defendant pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Page 4, lines 13 through 23 | References, quotes, or cites material designated Confidential or Highly Confidential by |

| | |
|---|---|
| | Defendant pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Page 6, line 25 | References, quotes, or cites material designated Confidential or Highly Confidential by Defendant pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Page 7, lines 1 through 2 | References, quotes, or cites material designated Confidential or Highly Confidential by Defendant pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Page 7, lines 11 through 25 | References, quotes, or cites material designated Confidential or Highly Confidential by Defendant pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Page 9, lines 2 through 4 | References, quotes, or cites material designated Confidential or Highly Confidential by Defendant pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Page 9, lines 10 through 28 | References, quotes, or cites material designated Confidential or Highly Confidential by Defendant pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Page 10, line 1 | References, quotes, or cites material designated Confidential or Highly Confidential by Defendant pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Page 11, lines 12 through 18 | References, quotes, or cites material designated Confidential or Highly Confidential by Defendant pursuant to the Stipulated Protective Order (Dkts. 87, 88) |
| Page 14, lines 10 through 12 | References, quotes, or cites material designated Confidential or Highly Confidential by Defendant pursuant to the Stipulated Protective Order (Dkts. 87, 88) |

DATED: _____    _____

**HONORABLE JAMES DONATO**
UNITED STATES DISTRICT JUDGE

Submitted by: s/ Rafey Balabanian

DATED: December 8, 2017

EDELSON PC
JAY EDELSON*
ALEXANDER G. TIEVSKY*
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)

EDELSON PC
RAFEY BALABANIAN
123 Townsend Street, Suite 100
San Francisco, CA 94107

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN*
CORBAN S. RHODES*
ROSS M. KAMHI*
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)


ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS
DAVID W. HALL
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
MARK DEARMAN*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>TRAVIS E. DOWNS III |
| 3 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 4 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 5 | |
| | Attorneys for Plaintiffs |
| 6 | |
| 7 | |
| | * = Admitted *pro hac vice* |
| 8 | |