1  ROBBINS GELLER RUDMAN & DOWD LLP
   SHAWN A. WILLIAMS (213113)
2  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
3  Telephone:  415/288-4545
   415/288-4534 (fax)
4  shawnw@rgrdlaw.com
          – and –
5  PAUL J. GELLER (*pro hac vice*)
   120 East Palmetto Park Road, Suite 500
6  Boca Raton, FL  33432
   Telephone:  561/750-3000
7  561/750-3364 (fax)
   pgeller@rgrdlaw.com
8
   LABATON SUCHAROW LLP              EDELSON PC
9  JOEL H. BERNSTEIN (*pro hac vice*)   JAY EDELSON (*pro hac vice*)
   140 Broadway                      350 North LaSalle Street, Suite 1300
10 New York, NY  10005               Chicago, IL  60654
   Telephone:  212/907-0700          Telephone:  312/589-6370
11 212/818-0477 (fax)                312/589-6378 (fax)
   jbernstein@labaton.com            jedelson@edelson.com
12

13                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
14                        SAN FRANCISCO DIVISION

15 | In re FACEBOOK BIOMETRIC           ) | Master File No. 3:15-cv-03747-JD
   | INFORMATION PRIVACY LITIGATION     ) |
16 |                                    ) | PROOF OF SERVICE
   |                                    ) |
17 | This Document Relates To:          ) |
   |                                    ) |
18 |     ALL ACTIONS.                   ) |
   |                                    ) |
19 |                                    ) |

## PROOF OF SERVICE

I hereby certify that on December 8, 2017, I authorized the electronic filing of the foregoing document, described as

**Declaration of Rafey S. Balabanian in Support of Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5**

with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 8, 2017, at San Francisco, California.

                                                s/ Rafey S. Balabanian
                                                RAFEY S. BALABANIAN