MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
 *jnadolenco@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

LAUREN R. GOLDMAN (*pro hac vice*)
 *lrgoldman@mayerbrown.com*
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2500
Facsimile:     (212) 262-1910

Attorneys for Defendant
Facebook, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | **DECLARATION OF JOHN NADOLENCO IN SUPPORT OF FACEBOOK, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No.: 3:15-CV-03747-JD<br><br>Date:   January 25, 2018<br>Time:  10:00 a.m.<br>Location:  Courtroom 11 |
| FREDERICK WILLIAM GULLEN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>       v.<br><br>FACEBOOK, INC.,<br><br>                Defendant. | Hon. James Donato<br><br><br>Case No. 3:16-cv-00937-JD |

I, John Nadolenco, under penalty of perjury of the laws of the United States, depose and state as follows:

1. I am an attorney licensed to practice before the courts of the State of California and this Court. I am a partner with the law firm of Mayer Brown LLP, counsel for defendant Facebook, Inc. ("Facebook") in the above-captioned matter.

2. I make this declaration on my own personal knowledge and, if called upon as a witness to do so, I could and would competently testify as to the matters set forth herein.

3. Attached hereto as Exhibit 1 are true and correct copies of excerpts from the deposition of Yaniv Taigman dated October 18, 2016.

4. Attached hereto as Exhibit 2 are true and correct copies of excerpts from the deposition of Omry Yadan dated October 26, 2017.

5. Attached hereto as Exhibit 3 is a true and correct copy of Facebook's Form 10-Q dated November 2, 2017, publicly available at https://www.sec.gov/edgar.shtml.

6. Attached hereto as Exhibit 4 is a true and correct copy of an Order dated June 27, 2017, filed in *Rivera v. Google Inc.*, No. 16 C 02714 (N.D. Ill.) ("*Rivera* 1292(b) Order").

7. Attached hereto as Exhibit 5 is a true and correct copy of a a document Bates-numbered GULLEN-000001, produced by plaintiff during discovery in No. 3:16-cv-00937-JD.

8. Attached hereto as Exhibit 6 is a true and correct copy of a document Bates-numbered GULLEN-000002, produced by plaintiff during discovery in No. 3:16-cv-00937-JD.

9. Attached hereto as Exhibit 7 are true and correct copies of excerpts from the deposition of Frederick William Gullen dated October 25, 2017.

I declare under penalty of perjury under the law of the State of California and the United States that the foregoing is true and correct.

Executed this 8th day of December, 2017, in Los Angeles, California.

*/s/ John Nadolenco*
John Nadolenco