# Exhibit 1

**[REDACTED VERSION SOUGHT TO BE FILED UNDER SEAL]**

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4

 5   In re FACEBOOK BIOMETRIC INFORMATION PRIVACY
     LITIGATION,
 6

 7                      CASE NOS. 3:15-cv-03747-JD
                                  3:16-cv-00937-JD
 8

 9   This Document Relates To:

          ALL ACTIONS.
10   _____

11

12        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13        VIDEOTAPED DEPOSITION OF YANIV TAIGMAN

14              Palo Alto, California

15            Tuesday, October 18, 2016

16

17

18

19

20

21

22

23   Reported By:
     Ashley Soevyn,
24   CSR No. 12019

25   Job No.: 10028056
```

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

| Yaniv Taigman | Highly Confidential<br>Attorneys' Eyes Only | In re Facebook Biometric<br>Information Privacy Litigation |
|---|---|---|

1  capability that we talked about?

2       Q    Yes.

3       A    I would say years.

4       Q    Years.

5            How many years?

6       A    I don't remember start and end to that,

7  so I would just say for the whole time that the

8  company existed.

9       Q    Okay.  And you said you started the

10 company in about 2008; is that correct?

11      A    Correct.

12      Q    And how many employees were there when

13 you started?

14      A    The company?

15      Q    Yes.

16      A    It was initially three employees,

17 including myself.

18      Q    Okay.  And did the company grow after you

19 founded it?

20      A    Yes.

21      Q    And approximately how many employees did

22 you have at the peak; the most number of employees

23 that you had at the company?

24      A    I believe it was something like ten.

25      Q    Okay.  And do you remember the time

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Highly Confidential**
**In re Facebook Biometric**
Yaniv Taigman
**Attorneys' Eyes Only**
**Information Privacy Litigation**

```
 1   period that that was?

 2         A     Not exactly.

 3         Q     Approximately?

 4         A     I believe, by 2012, it was ten people.

 5         Q     Okay.  And did face.com cease to exist in

 6   2012?

 7         A     No.

 8         Q     Was it acquired?

 9         A     Correct.

10         Q     Was it acquired by Facebook?

11         A     Yes.

12         Q     Okay.  Did you have any other business

13   ventures, other than face.com, between the time that

14   you were pursuing your university studies and when

15   you joined Facebook?

16         A     Like I mentioned, I was employed during

17   my studies.

18         Q     Uh-huh.

19         A     By "business ventures," you need to be

20   more specific that I didn't create any other

21   companies or --

22         Q     Okay.  Did you pursue any other business

23   ventures, other than starting companies, during that

24   time?

25         A     What do you mean by "business ventures"?
```

**Page 27**

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

| | **Highly Confidential** | **In re Facebook Biometric** |
|---|---|---|
| Yaniv Taigman | **Attorneys' Eyes Only** | **Information Privacy Litigation** |

```
 1   meant by that.

 2        Q    As co-founder -- well, let's start here.

 3   You say "co-founder."  What was your role at

 4   face.com?

 5        A    I was the co-founder and CTO.

 6        Q    CTO.  Is that chief technical officer?

 7        A    Correct.

 8        Q    All right.  And what were your

 9   responsibilities as CTO?

10        A    There were, like, no formal

11   responsibilities because it was a small company, but

12   I was in charge of the technology that we were

13   researching.

14        Q    Okay.  And what did you do with respect

15   to that technology?  When you say -- strike that.

16             When you say "in charge of the

17   technology," what do you mean by that?

18        A    I said "in charge of the research,"

19   component of researching computer vision technology.

20        Q    Okay.

21        A    It is by researching it, publishing

22   papers, writing code, helping co-workers.

23        Q    Uh-huh.  And were you generally aware of

24   how that technology would then be used?

25        A    Be used by who?
```

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Highly Confidential**  **In re Facebook Biometric**
Yaniv Taigman  **Attorneys' Eyes Only**  **Information Privacy Litigation**

1   engineers, product managers, engineering manager,

2   all kind of people that are changing their focus and

3   organization every couple months or sometimes years.

4   So it's hard for me to, like, enclose all the

5   people, because it's just like it's -- there are,

6   like, many people that can tag a specific code.  You

7   have to be more specific about that.

8   BY MR. RHODES:

9        Q    Well, let's start with -- start with

10   basics.  What is your title at Facebook?

11        A    I'm a software engineer.

12        Q    Okay.  Do you have any other titles, or

13   is that it?

14        A    Yeah.  I'm -- I'm also a research

15   scientist and a tech lead.

16        Q    And I'm sorry.  What was that?

17        A    Tech lead.  Tech lead is like a

18   technology leader.

19        Q    Okay.  So -- I'm sorry.  So you're a

20   software engineer and --

21        A    Software, yeah.

22        Q    -- research scientists, and then tech

23   lead?

24        A    Right.  But my official internal title is

25   software engineer.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

1    Q    Okay.  And, so let's just go through each

2    of those titles.  Can you describe the scope of your

3    responsibilities as a software engineer.

4        A    As a software engineer, I need to write

5    code and produce quality software.

6        Q    Okay.  And is there a particular type of

7    code that you're responsible for?

8        A    In Facebook, all of the -- each piece of

9    code that was written by a person needs to be -- is

10   responsible for writing it, so.

11       Q    Can you -- I missed it.  I'm sure the

12   court reporter missed it, too.  The HP -- I'm sorry.

13   HP soft code?  What did you say?

14       A    No, no, nothing like that.  I was

15   saying -- it was basically saying that I'm

16   responsible for every single line of source code

17   that I've written, by definition.

18       Q    Yes.  But is there a division of labor

19   within Facebook where you're responsible for certain

20   source code and someone else is responsible for

21   other source code?

22            MR. NADOLENCO:  Form.

23            THE WITNESS:  Naturally, I was working in

24   areas with respect to computer vision.

25

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

1    pipeline.  Not -- like, to convert that into

2    something else, you will need to go through, for

3    example, business logics, products, and stuff like

4    that, but.

5    BY MR. RHODES:

6        **Q    Well, you referred to a pipeline just**

7    **now, right?**

8        A    Yeah.

9        **Q    So what pipeline were you referring to?**

10       A    A collection of functions.  So you start

11   with something, you continue to do the other.  That

12   kind of pipeline.

13       **Q    Okay.  But were you referring to a**

14   **specific pipeline with respect to facer?**

15       A    Yes.

16       **Q    Okay.  And can you please describe that**

17   **pipeline.**

18   ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████

1       Q      That's the pipeline.

2              Can you take a look at Exhibit 2, the

3    DeepFace paper.

4       A      Sure.

5       Q      Does this paper accurately reflect how

6    face detection and face recognition works at

7    Facebook?

8              MR. NADOLENCO:  Objection.  Form.

9              THE WITNESS:  No.

10   BY MR. RHODES:

11      Q      No?

12      A      It's not accurate.

13      Q      Why is it not accurate?  In what --

14   strike that.

15             In what ways is it not accurate?

16      A      Well, this is a research paper.  That we

17   published.

18      Q      Uh-huh.

19      A      About our research work.  Some elements

20   here are, like, we can go and talk to them.

21      Q      Uh-huh.

22      A      For example, pipelines.  But regarding

23   your question, whether it accurately explained

24   something that -- so, no, it's not accurate with

25   respect to Facebook.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

Yaniv Taigman

**Highly Confidential**
**Attorneys' Eyes Only**

**In re Facebook Biometric**
**Information Privacy Litigation**

```
1        Q    Well, and I'm asking which parts of it
2   are not accurate with respect to how Facebook
3   employs facial recognition.
4             MR. NADOLENCO:  Objection to form.
5             THE WITNESS:  For example, this paper
6   talks about the face verification.  So, given two
7   images, like, you have to decide whether they are
8   showing the same person or not.  And this has some
9   interest to the research community, but it's not
10  like there could be other forms of running, for
11  example, face detection.
```

```
17        Q    Okay.  Well, let's -- let's walk through
18  it and see which parts of it are and are not used at
19  Facebook.
20             So the very beginning here, in the
21  abstract, talks about the conventional pipeline,
22  which consists of four stages:  Detect, align,
23  represent, and classify.
24             MR. NADOLENCO:  Sorry.  Where are you at,
25  Corban?
```

**Page 128**

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

| | **Highly Confidential** | **In re Facebook Biometric** |
|---|---|---|
| **Yaniv Taigman** | **Attorneys' Eyes Only** | **Information Privacy Litigation** |

```
 1              MR. RHODES:  The very top of Page 1.

 2              THE WITNESS:  All right.

 3   BY MR. RHODES:

 4        Q    So is that the pipeline that you were

 5   referring to before that facer uses?

 6        A    Yes.

 7        Q    So, at least at this level, these four

 8   stages accurately describe the way that the process

 9   works at Facebook.

10              MR. NADOLENCO:  Form.

11              MR. RHODES:  You don't have to look at

12   him.

13              MR. NADOLENCO:  He was just seeing if I

14   object.

15              THE WITNESS:  No.  This is -- it's not

16   accurate how it works at Facebook.  This is, like I

17   said, a specific pipeline.  There could be other

18   pipelines.  This is just one of them.

19   BY MR. RHODES:

20        Q    But is it one -- is it the pipeline

21   that's used at Facebook?

22              MR. NADOLENCO:  Same objection.  Form.

23              THE WITNESS:  So, at Facebook, we used

24   detection, alignment, representation, and

25   classification for creating face signature.
```

**Page 129**

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**

Highly Confidential
Attorneys' Eyes Only

**In re Facebook Biometric
Information Privacy Litigation**

1    BY MR. RHODES:

2        Q    Okay.  And so let's start with the --

3    well, I'm wondering if there's kind of the -- or

4    maybe you would consider it part of the detection

5    phase.  But when an image is very first uploaded to

6    Facebook, is that part of the detection phase of the

7    pipeline?

8        A    I can explain what happens when an image

9    gets uploaded to Facebook.

10        Q    Yes.  Can you please explain what happens

11    when an image gets uploaded to Facebook.

12    ████████████████████

████████████████████████████

██████████████████████████████████████

████████████████████

████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████

█████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████

████████████████████

████████████████████████████

██████████████████████████████████████████

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**        **Highly Confidential**        **In re Facebook Biometric**
                         **Attorneys' Eyes Only**        **Information Privacy Litigation**



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**          **Highly Confidential**          **In re Facebook Biometric**
                           **Attorneys' Eyes Only**          **Information Privacy Litigation**

1

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**        **Highly Confidential**        **In re Facebook Biometric**
                         **Attorneys' Eyes Only**        **Information Privacy Litigation**



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

Yaniv Taigman

**Highly Confidential**
**Attorneys' Eyes Only**

In re Facebook Biometric
Information Privacy Litigation

1   by the way?

2        A    Ming Yang and Marc' Aurelio Ranzato are

3   both Facebook employees.

4        **Q    Okay.  And who is Lior Wolf?**

5        A    Lior Wolf, he's a professor at Tel Aviv

6   University.

7        **Q    Okay.**

8        A    Which we collaborated on writing this

9   paper.

10       **Q    Okay.  And are Ming Yang and Marc'**

11  **Aurelio Ranzato, were they employees at Facebook**

12  **before you joined Facebook?**

13       A    No.

14       **Q    No.**

15            **When did they join Facebook?**

16       A    Ming joined in 2013, and Marc' Aurelio as

17  well.

18            MR. RHODES:  Sorry.  What do I press to

19  make this -- uh?

20  BY MR. RHODES:

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████

**Yaniv Taigman**   **Highly Confidential**   **In re Facebook Biometric**
                    **Attorneys' Eyes Only**   **Information Privacy Litigation**



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**          Highly Confidential          In re Facebook Biometric
                        Attorneys' Eyes Only       Information Privacy Litigation



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**                    **Highly Confidential**          **In re Facebook Biometric**
                                     **Attorneys' Eyes Only**         **Information Privacy Litigation**



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**   **Highly Confidential**   **In re Facebook Biometric**
**Attorneys' Eyes Only**   **Information Privacy Litigation**



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

Yaniv Taigman

**Highly Confidential**
**Attorneys' Eyes Only**

**In re Facebook Biometric**
**Information Privacy Litigation**

1



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**    **Highly Confidential**    **In re Facebook Biometric**
**Attorneys' Eyes Only**    **Information Privacy Litigation**



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**   **Highly Confidential**   **In re Facebook Biometric**
**Attorneys' Eyes Only**   **Information Privacy Litigation**



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**     **Highly Confidential**          **In re Facebook Biometric**
                      **Attorneys' Eyes Only**          **Information Privacy Litigation**



**Yaniv Taigman**  **Highly Confidential**  **In re Facebook Biometric**
**Attorneys' Eyes Only**  **Information Privacy Litigation**



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**          **Highly Confidential**          **In re Facebook Biometric**
                          **Attorneys' Eyes Only**          **Information Privacy Litigation**

1    BY MR. RHODES:

2



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**    **Highly Confidential**    **In re Facebook Biometric**
**Attorneys' Eyes Only**    **Information Privacy Litigation**



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**          **Highly Confidential**          **In re Facebook Biometric**
                           **Attorneys' Eyes Only**          **Information Privacy Litigation**



**Yaniv Taigman**

**Highly Confidential
Attorneys' Eyes Only**

**In re Facebook Biometric
Information Privacy Litigation**

1    algorithm does?

2        A    The DeepFace, in this case, is, you know,

3    code name for an algorithm described in this paper,

4    which we published.  And it's used, yes, as, like,

5    internally, when we refer to portion of it inside a

6    source code, but it's not like -- it's not as you

7    describe it.

8        Q    Okay.  So why don't you just walk me

9    through, described in your own words, the process

10   from, you know, the uploading of an image onto

11   Facebook, through the identification of an

12   individual in that image.  How does that happen?

13            MR. NADOLENCO:  Objection.  Form.

14   ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

███████████████

████████████████████████████████████

**Page 171**

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Highly Confidential**
**Attorneys' Eyes Only**

**In re Facebook Biometric**
**Information Privacy Litigation**

**Yaniv Taigman**



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**   |   **Highly Confidential Attorneys' Eyes Only**   |   **In re Facebook Biometric Information Privacy Litigation**



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**      **Highly Confidential**      **In re Facebook Biometric**
                        **Attorneys' Eyes Only**      **Information Privacy Litigation**



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

Yaniv Taigman          **Highly Confidential**        **In re Facebook Biometric**
                       **Attorneys' Eyes Only**       **Information Privacy Litigation**



```
12            MR. RHODES:  I guess, Exhibit 9.

13       (Taigman Exhibit 9 marked for identification.)

14            THE REPORTER:  Hold on.  There you go.

15            THE WITNESS:  Thank you.

16   BY MR. RHODES:

17       Q    You've been handed a document that's

18   Exhibit 9.  The first Bates number ends in 1006, and

19   it goes back to 1014.

20       A    Yes.

21       Q    Take a moment to review it.  Do you

22   recognize this document?

23            MR. NADOLENCO:  1212.

24            MR. RHODES:  What did I say?

25            MR. NADOLENCO:  One four.
```

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**  **Highly Confidential**  **In re Facebook Biometric**
**Attorneys' Eyes Only**  **Information Privacy Litigation**

1   BY MR. RHODES:

2



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Yaniv Taigman**          **Highly Confidential**          **In re Facebook Biometric**
                          **Attorneys' Eyes Only**          **Information Privacy Litigation**



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Highly Confidential**              **In re Facebook Biometric**
Yaniv Taigman              **Attorneys' Eyes Only**              **Information Privacy Litigation**

1          THE WITNESS:  I think so, yes.

2     BY MR. NADOLENCO:

3          **Q     Do non-users have templates or**

4     **hyperplanes?**

5          A     I'm sorry?

6          **Q     Do non-users --**

7          A     No.  Not -- for sure, no.