# Exhibit 2
**[REDACTED VERSION SOUGHT TO BE FILED UNDER SEAL]**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION,

Master Docket No.: 3:15-CV-03747-JD

___________________________________/

FREDERICK WILLIAM GULLEN,

Plaintiff,

vs. NO. 3:16-cv-00937-JD

FACEBOOK, INC.,

Defendant.

___________________________________/

** TRANSCRIPT MARKED HIGHLY CONFIDENTIAL **

VIDEOTAPED DEPOSITION OF OMRY YADAN

Palo Alto, California

Friday, October 26, 2017

Reported By:

LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

JOB NO. 62536

Q. And prior to your time at Face.com did you ever study in an academic way facial recognition technology?

A. No.

Q. What was your role when you first began at Face.com?

A. Software engineer.

Q. And can you just briefly describe what you did as a software engineer at Face.com?

A. I wrote software related and -- to support face recognition and face detection.

Q. Okay. And how big was the team at Face.com? How many employees in the company were there when you first started working there?

A. So I was the fourth person there. I'm not sure which one them are employees and which one of them are founders. So that was -- this is what I know.

Q. Okay. Were there any other software engineers when you started working there?

A. Yaniv Taigman.

Q. Did Face.com have an existing product at the time that you got there?

A. No.

MR. NADOLENCO: Objection. Vague.

A. Maybe seven, six or seven.

Q. And other than yourself and Avishai, were there any other software engineers among the seven people that you mentioned who came to Facebook?

A. Yes.

Q. Which employees?

A. So Yaniv Taigman is a software engineer, among other things. Leov Ben-Kereth and Tomer Bar joined as software engineers.

Q. So --

A. And Avishai Handel.

Q. So what was your title when you first joined Facebook?

A. Software engineer.

Q. Are you still employed by Facebook?

A. Yes.

Q. And is your title still software engineer?

A. Yes.

Q. Has your title always been software engineer the entire time you've been working for Facebook?

A. Yes.

Q. When you first started working as a software engineer at Facebook, were you part of a particular team within Facebook?

Omry Yadan Highly Confidential

Q. Okay. So let's go back, then.
What was your first role when you started at Facebook?
A. I worked on integration of Facer into Facebook.
Q. Okay. What is the difference between working on the integration of Facer at Facebook and implementing Facer at Facebook?



Q. In the context of facial recognition at Facebook, what do you understand those terms to refer to?

MR. NADOLENCO: Form and foundation.

THE WITNESS: In the context of face recognition at Facebook , detect can mean detect faces. Align can mean align faces. Represent can mean represent faces. And classify can mean classify faces, also known as recognizing faces.

BY MR. RHODES:



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED
Omry Yadan Highly Confidential
October 26, 2017 98

U.S. LEGAL SUPPORT
(877) 479-2484





[redacted]

Q. Okay. And let's break that down. What is -- what does "detect" refer to specifically?

MR. NADOLENCO: Same objection.

THE WITNESS: Detect is referring to -- detect is referring to finding the photos and the face. So it's finding the faces in the photo.

BY MR. RHODES:

Q. Okay. And how is that done?

A. I'm not familiar with the details of face detection.

Q. You're not familiar with it?

A. I'm not familiar. I mean, I know high level but I'm not familiar with the details. I did not write it and --

Q. What is your high-level understanding of it?

MR. NADOLENCO: Okay. I object to the extent it lacks foundation.

MR. RHODES: Okay. That's great.





[redacted]

BY MR. RHODES:

Q. So eventually during the alignment process the facial image is frontalized; is that correct?

MR. NADOLENCO: Foundation.

BY MR. RHODES:

Q. That's your understanding?

A. That's my understanding.

Q. [redacted]



[page contents redacted]

Q. Okay. So you have a general understanding of what the code does on that collection of machines that you're describing?

A. Yes.

Q. [redacted]







