1  MAYER BROWN LLP
   John Nadolenco (SBN 181128)
2  350 South Grand Avenue, 25th Floor
   Los Angeles, CA 90071-1503
3  Telephone: (213) 229-9500
   jnadolenco@mayerbrown.com
4
   Lauren R. Goldman (*pro hac vice*)
5  1221 Avenue of the Americas
   New York, NY 10020
6  Telephone: (212) 506-2647
   lrgoldman@mayerbrown.com
7
   *Counsel for Defendant Facebook, Inc.*
8

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master Docket No.: 3:15-CV-03747-JD |
| | **PROOF OF SERVICE** |
| | Hon. James Donato |
| THIS DOCUMENT RELATES TO: | Case No. 3:16-cv-00937-JD |
| ALL ACTIONS | |
| _____ | |
| FREDERICK WILLIAM GULLEN, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | |
| FACEBOOK, INC., | |
| Defendant. | |

# PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the above-entitled action. My business address is 350 S. Grand Avenue, Suite 2500, Los Angeles, California 90071.

Pursuant to Civil Local Rule 79-5(e), on December 8, 2017, I caused to be served the foregoing document described as:

**DECLARATION OF JOHN NADOLENCO IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

on all parties in this case by authorizing the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the e-mail addresses listed on the Electronic Mail Notice List.

I declare under penalty of perjury under the law of the State of California and the United States that the foregoing is true and correct.

Executed this 8th day of December, 2017, in Los Angeles, California.

*/s/ John Nadolenco*
John Nadolenco