| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | John Nadolenco (SBN 181128) |
| 2 | 350 South Grand Avenue, 25th Floor |
| | Los Angeles, CA 90071-1503 |
| 3 | Telephone: (213) 229-9500 |
| | jnadolenco@mayerbrown.com |
| 4 | |
| | Lauren R. Goldman (*pro hac vice*) |
| 5 | 1221 Avenue of the Americas |
| | New York, NY 10020 |
| 6 | Telephone: (212) 506-2647 |
| | lrgoldman@mayerbrown.com |
| 7 | |
| | *Counsel for Defendant Facebook, Inc.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS<br>___<br>FREDERICK WILLIAM GULLEN, on behalf of himself and all others similarly situated,<br>      Plaintiff,<br>  v.<br>FACEBOOK, INC.,<br>      Defendant. | **DEFENDANT FACEBOOK, INC.'S INTERIM ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Master Docket No.: 3:15-CV-03747-JD<br><br>Hon. James Donato<br><br><br>Case No. 3:16-cv-00937-JD |

Pursuant to Civil Local Rules 7-11 and 79-5, the Stipulated Protective Order in this action (Dkt. 88[1]), and the Court's Standing Order for Civil Cases, defendant Facebook, Inc. ("Facebook") respectfully requests that the Court seal certain documents filed in connection with its reply in support of its motion for summary judgment (the "Reply"). Specifically, Facebook moves to maintain under seal (a) portions of the Reply; (b) portions of Exhibits 1, 3, and 4 to the Declaration of Matthew Provance in Support of Facebook's Motion for Summary Judgment (the "Provance Declaration"); and (c) Exhibit 2 to the Provance Declaration in its entirety. Pursuant to Local Rule 79-5(d)(1)(C) and (D), redacted and unredacted versions of the documents that Facebook seeks to maintain under seal are attached hereto.

In accordance with Paragraph 31 of the Court's Standing Order for Civil Cases and the Court's January 2, 2018 order (Dkt. 276), Facebook submits this interim motion in anticipation of a more detailed joint motion to seal, which will address all requests to seal documents filed in connection with Facebook's motion for summary judgment and plaintiffs' motion for class certification, and which the parties will file fourteen days after the completion of briefing on those pending motions. In further accordance with the Court's January 2, 2018 order, Facebook is not including a declaration or proposed order in support of this interim motion to seal.

Dated: January 3, 2018            MAYER BROWN LLP

By: */s/ John Nadolenco*
    John Nadolenco
    Lauren R. Goldman

*Counsel for Defendant Facebook, Inc.*

---

[1] Docket references are to *In re Biometric Information Privacy Litig.*, No. 3:15-cv-03747-JD.