1   MAYER BROWN LLP
    JOHN NADOLENCO (SBN 181128)
2    *jnadolenco@mayerbrown.com*
    350 South Grand Avenue, 25th Floor
3   Los Angeles, CA  90071-1503
    Telephone: (213) 229-9500
4   Facsimile:  (213) 625-0248

5   LAUREN R. GOLDMAN (*pro hac vice*)
     *lrgoldman@mayerbrown.com*
6   1221 Avenue of the Americas
    New York, NY 10020-1001
7   Telephone: (212) 506-2500
    Facsimile:      (212) 262-1910

8
    Attorneys for Defendant
9   Facebook, Inc.

10

11                      **UNITED STATES DISTRICT COURT**

12                      **NORTHERN DISTRICT OF CALIFORNIA**

13                      **SAN FRANCISCO DIVISION**

14

15  IN RE FACEBOOK BIOMETRIC                  Master Docket No.: 3:15-CV-03747-JD
    INFORMATION PRIVACY LITIGATION

16                                            **DECLARATION OF BENJAMIN
                                              STRAHS IN SUPPORT OF FACEBOOK,
17  THIS DOCUMENT RELATES TO:                 INC.'S OPPOSITION TO PLAINTIFFS'
                                              MOTION FOR CLASS CERTIFICATION**
18  ALL ACTIONS
                                              Date:  March 29, 2018
19                                            Time:  10:00 a.m.
                                              Location:  Courtroom 11
20
                                              Hon. James Donato
21
                                              **REDACTED VERSION OF DOCUMENT
22                                            SOUGHT TO BE SEALED**

23

24

25

26

27

28

    ――――――――――――――――――――――――――――――――――――――――――――――――――――

1     I, Benjamin Strahs, under penalty of perjury of the laws of the United States, depose and

2     state as follows:

3     1.    I have been employed by Facebook, Inc. ("Facebook") as a software engineer

4     since August 2009. In my role at Facebook, I am familiar with Facebook user account settings

5     and how those settings are stored and maintained on Facebook's computer systems. I am

6     familiar with the matters set forth below based on personal knowledge, and from my review of

7     records kept and made by Facebook in the regular course of business. If called as a witness, I

8     could and would testify competently as to each of the matters below.

9     2.    Facebook users can opt out of Tag Suggestions by disabling the feature in their

10     account settings. Each Facebook user's Tag Suggestions settings are maintained by Facebook in

11     a database, which is automatically updated in the ordinary course of business as users access and

12     change their settings.

13     3.    On November 14, 2017, I queried Facebook's database for the Tag Suggestions

14     settings associated with the three named plaintiffs in the *Facebook Biometric* matter: Adam

15     Pezen, Carlo Licata, and Nimesh Patel. Attached as Exhibit 1 (FBBIPA_00044568) is a true and

16     correct copy of the output that I obtained from my query, which lists each plaintiff's Facebook

17     account user ID, his Tag Suggestions setting on that date, when that setting was first accessed

18     (the "created" field in Exhibit 1), and when it was last updated.

19

20

21

22

23

24

25

26

27     5.    Facebook considers the above information disclosing the account settings selected

28     by Facebook users to be non-public information, and takes steps to prevent such information

DECLARATION OF BENJAMIN STRAHS; CASE NO. 3:15-CV-03747-JD

from becoming publicly available or available to people outside of Facebook.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed on January  25 , 2018 in Washington, District of Columbia.

_____
Benjamin Strahs