MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
 *jnadolenco@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LAUREN R. GOLDMAN (*pro hac vice*)
 *lrgoldman@mayerbrown.com*
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for Defendant
Facebook, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **DECLARATION OF JOHN NADOLENCO IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Master Docket No.: 3:15-CV-03747-JD<br><br>Date: March 29, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom 11<br><br>Hon. James Donato |

1    I, John Nadolenco, under penalty of perjury of the laws of the United States, depose and

2    state as follows:

3    1.    I am an attorney licensed to practice before the courts of the State of California

4    and this Court. I am a partner with the law firm of Mayer Brown LLP, counsel for defendant

5    Facebook, Inc. ("Facebook") in the above-captioned matter.

6    2.    I make this declaration on my own personal knowledge and, if called upon as a

7    witness to do so, I could and would competently testify as to the matters set forth herein.

8    3.    Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Omry

9    Yadan in Support of Facebook, Inc.'s Motion for Summary Judgment (*In re Facebook Biometric*

10   Dkt. 257-9; *Gullen* Dkt. 105-9).

11   4.    Attached hereto as Exhibit 2 are true and correct copies of excerpts from the

12   deposition of Omry Yadan dated October 26, 2017.

13   5.    Attached hereto as Exhibit 3 are true and correct copies of excerpts from the

14   deposition of Yaniv Taigman dated October 18, 2016.

15   6.    Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of Dr.

16   Matthew Turk as served by Facebook, Inc. on December 22, 2017.

17   7.    Attached hereto as Exhibit 5 is a true and correct copy of Facebook, Inc.'s

18   Amended and Supplemental Response to Plaintiffs' Second Set of Interrogatories dated October

19   5, 2017.

20   8.    Attached hereto as Exhibit 6 is a true and correct copy of Facebook, Inc.'s

21   Response to Plaintiffs' First Set of Requests for Admission dated July 15, 2016.

22   9.    Attached hereto as Exhibit 7 is a true and correct copy of Facebook, Inc.'s

23   Response to Plaintiffs' Third Set of Requests for Production of Documents dated July 15, 2016.

24   10.   Attached hereto as Exhibit 8 are true and correct copies of excerpts from the

25   deposition of Carlo Licata dated October 24, 2017.

26   11.   Attached hereto as Exhibit 9 are true and correct copies of excerpts from the

27   deposition of Adam Pezen dated October 24, 2017.

28   12.   Attached hereto as Exhibit 10 are true and correct copies of excerpts from the

1    deposition of Nimesh Patel dated December 7, 2017.

2        13.    Attached hereto as Exhibit 11 is a true and correct copy of an Order dated June 27, 2017, filed in *Rivera v. Google Inc.*, No. 16 C 02714 (N.D. Ill.) ("*Rivera* 1292(b) Order").

4        14.    Attached hereto as Exhibit 12 is a true and correct copy of a document Bates-numbered GULLEN-000001, produced by plaintiff during discovery in No. 3:16-cv-00937-JD.

6        15.    Attached hereto as Exhibit 13 is a true and correct copy of a document Bates-numbered GULLEN-000002, produced by plaintiff during discovery in No. 3:16-cv-00937-JD.

8        16.    Attached hereto as Exhibit 14 are true and correct copies of excerpts from the deposition of Frederick William Gullen dated October 25, 2017.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 26th day of January, 2018, in Los Angeles, California.

                                      */s/ John Nadolenco*
                                      John Nadolenco