**Exhibit 14 to**

**Nadolenco Declaration**

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED