1  ROBBINS GELLER RUDMAN & DOWD LLP
   SHAWN A. WILLIAMS (213113)
2  One Montgomery Street, Suite 1800
   San Francisco, CA 94104
3  Telephone: 415/288-4545
   415/288-4534 (fax)
4  shawnw@rgrdlaw.com

5  LABATON SUCHAROW LLP                    EDELSON PC
   JOEL H. BERNSTEIN (*pro hac vice*)      JAY EDELSON (*pro hac vice*)
6  140 Broadway                            350 North LaSalle Street, Suite 1300
   New York, NY 10005                      Chicago, IL 60654
7  Telephone: 212/907-0700                 Telephone: 312/589-6370
   212/818-0477 (fax)                      312/589-6378 (fax)
8  jbernstein@labaton.com                  jedelson@edelson.com

9
10
11
12
                        UNITED STATES DISTRICT COURT
13                     NORTHERN DISTRICT OF CALIFORNIA
                           SAN FRANCISCO DIVISION
14
15  In re FACEBOOK BIOMETRIC         )  Master File No. 3:15-cv-03747-JD
    INFORMATION PRIVACY LITIGATION   )
16                                   )  PLAINTIFFS' INTERIM
                                     )  ADMINISTRATIVE MOTION TO FILE
17  This Document Relates To:        )  DOCUMENTS UNDER SEAL PURSUANT
                                     )  TO CIVIL LOCAL RULES 7-11 AND 79-5
18      *Patel v. Facebook, Inc.*,   )
                                     )
19      *Pezen v. Facebook, Inc.*,   )
                                     )
20      *Licata v. Facebook, Inc.*   )

21
22
23
24
25
26
27
28

1     Pursuant to Civil Local Rules 7-11 and 79-5 and the Order granting the Stipulated Protective
2 Order (Dkt. No. 88) ("Protective Order"), Plaintiffs in the above-captioned case respectfully move
3 for leave to file under seal an unredacted version of their Reply in Support of their Motion for Class
4 Certification as well as 2 documents attached as exhibits thereto. Pursuant to Civil Local Rule 79-
5 5(d)(1)(A) and (e), Plaintiffs submit redacted and unredacted copies of the Reply, as well as
6 unredacted copies of 2 exhibits thereto, which plaintiffs move to seal in their entirety consistent with
7 the Protective Order.

8     Consistent with the Court's Order of January 2, 2018 (Dkt. 276), and Paragraph 31 of the
9 Court's Standing Order for Civil Cases, Plaintiffs submit this interim motion to seal on the
10 understanding that the parties will submit a more detailed joint motion to seal, addressing all
11 requests to seal documents filed in connection with the pending motions for class certification and
12 summary judgment. In accordance with the Court's Order of January 2, Plaintiffs are not submitting
13 a declaration or a proposed order in conjunction with this interim motion.

14 DATED: February 9, 2018

                                      s/ Rafey S. Balabanian
15                                       RAFEY S. BALABANIAN

16
                                      LABATON SUCHAROW LLP
17                                       JOEL H. BERNSTEIN*
                                      CORBAN S. RHODES*
18                                       ROSS M. KAMHI*
                                      140 Broadway
19                                       New York, NY  10005
                                      Telephone:  212/907-0700
20                                       212/818-0477 (fax)

21
                                      ROBBINS GELLER RUDMAN
22                                         & DOWD LLP
                                      SHAWN A. WILLIAMS
23                                       JOHN GEORGE
                                      Post Montgomery Center
24                                       One Montgomery Street, Suite 1800
                                      San Francisco, CA  94104
25                                       Telephone:  415/288-4545
                                      415/288-4534 (fax)
26

27

28

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
CHRISTOPHER GOLD*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

EDELSON PC
JAY EDELSON*
ALEXANDER G. TIEVSKY*
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)

EDELSON PC
RAFEY BALABANIAN
LILY HOUGH
123 Townsend Street, Suite 100
San Francisco, CA 94107

Attorneys for Plaintiffs

* = Admitted *pro hac vice*

CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses for all counsel of record in the referenced action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 9, 2018, at San Francisco, California.

s/ Rafey S. Balabanian
RAFEY S. BALABANIAN