ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jgeorge@rgrdlaw.com
       – and –
PAUL J. GELLER (*pro hac vice*)
STUART A. DAVIDSON (*pro hac vice*)
CHRISTOPHER C. GOLD (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
cgold@rgrdlaw.com

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN (*pro hac vice*)
CORBAN S. RHODES (*pro hac vice*)
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com
crhodes@labaton.com

EDELSON PC
JAY EDELSON (*pro hac vice*)
RAFEY BALABANIAN (*pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)
jedelson@edelson.com
rbalabanian@edelson.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION _____ This Document Relates To:     ALL ACTIONS. _____ | Master File No. 3:15-cv-03747-JD  CLASS ACTION  PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANT'S PROPOSED EXPERT MATTHEW TURK, PH.D. |

1392244_1

Pursuant to Civil Local Rules 7-11 and 79-5, the Order granting the Stipulated Protective Order (ECF No. 88) ("Protective Order"), the Court's Standing Order for Civil Cases ("Standing Order"), and the Court's January 2, 2018 Order (ECF No. 276) and February 2, 2018 Order (ECF No. 286) (collectively the "Sealing Orders"), plaintiffs in the above-entitled action respectfully move for leave to file Plaintiffs' Notice of Motion and Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D.; Memorandum of Points and Authorities in Support Thereof (the "Motion") and Exhibits 1-4, 7-9 and 11 to the Declaration of Shawn A. Williams in Support of the Motion under seal. Plaintiffs' Motion contains references to documents and Exhibits 1-4, 7-9 and 11 are documents designated "Confidential" or "Highly Confidential," pursuant to the Protective Order, by defendants.

Pursuant to Civil Local Rule 79-5(d)(1)(C) and (D), plaintiffs also hereby submit redacted and unredacted copies of the above-referenced documents plaintiffs move for leave to file under seal.

Pursuant to ¶31 the Court's Standing Order and Sealing Orders, plaintiffs submit this interim administrative motion to file under seal; and the more fulsome bases for sealing shall be addressed in the parties' forthcoming combined administrative motion. In accordance with the Court's Sealing Orders, plaintiffs are not submitting a declaration or a proposed order in conjunction with this interim administrative motion.

DATED: March 16, 2018

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
JOHN H. GEORGE

s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN  & DOWD LLP |
| 3 | PAUL J. GELLER*  STUART A. DAVIDSON* |
| 4 | CHRISTOPHER C. GOLD*  120 East Palmetto Park Road, Suite 500 |
| 5 | Boca Raton, FL  33432  Telephone:  561/750-3000 |
| 6 | 561/750-3364 (fax) |
| 7 | LABATON SUCHAROW LLP  JOEL H. BERNSTEIN* |
| 8 | CORBAN S. RHODES*  140 Broadway |
| 9 | New York, NY  10005  Telephone:  212/907-0700 |
| 10 | 212/818-0477 (fax) |
| 11 | EDELSON PC  JAY EDELSON* |
| 12 | RAFEY BALABANIAN*  350 North LaSalle Street, Suite 1300 |
| 13 | Chicago, IL  60654  Telephone:  312/589-6370 |
| 14 | 312/589-6378 (fax) |
| 15 | Attorneys for Plaintiffs  * = appearance *pro hac vice* |

1392244_1

PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL - 3:15-cv-03747-JD

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 16, 2018.

<div style="margin-left: 40%">

s/ Shawn A. Williams
SHAWN A. WILLIAMS
ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  shawnw@rgrdlaw.com

</div>

1392244_1

**Mailing Information for a Case 3:15-cv-03747-JD In re Facebook Biometric Information Privacy Litigation**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rafey Sarkis Balabanian**
  rbalabanian@edelson.com,docket@edelson.com

- **James E Barz**
  jbarz@rgrdlaw.com

- **Joel H. Bernstein**
  jbernstein@labaton.com,JGardner@labaton.com,kgutierrez@labaton.com,cvillegas@labaton.com,RKamhi@labaton.com,1375722420@filings.docketbird.com,electro

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,5147990420@filings.docketbird.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,9825585420@filings.docketbird.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Jay Edelson**
  jedelson@edelson.com,docket@edelson.com

- **Amanda M. Frame**
  aframe@rgrdlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,jalperstein@rgrdlaw.com,swinkles@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **John Hamilton George**
  jgeorge@rgrdlaw.com

- **Christopher Chagas Gold**
  cgold@rgrdlaw.com,4703056420@filings.docketbird.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Lauren R Goldman**
  lrgoldman@mayerbrown.com,mrayfield@mayerbrown.com,jmarsala@mayerbrown.com

- **Frank S Hedin**
  fhedin@hedinhall.com

- **Lily E. Hough**
  lhough@edelson.com,docket@edelson.com

- **Ross M Kamhi**
  rkamhi@labaton.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

- **David Philip Milian**
  DMilian@CareyRodriguez.com,ejimenez@careyrodriguez.com,ecf@careyrodriguez.com

- **John Nadolenco**
  jnadolenco@mayerbrown.com,rjohns@mayerbrown.com,los-docket@mayerbrown.com,jaustgen@mayerbrown.com,tstruwe@mayerbrown.com,gtmiller@mayerbrown.com

- **Alexander Nguyen**
  anguyen@edelson.com,docket@edelson.com

- **Archis A. Parasharami**
  aparasharami@mayerbrown.com

- **Archis Ashok Parasharami**
  aparasharami@mayerbrown.com,4085092420@filings.docketbird.com,wdc.docket@mayerbrown.com

- **Matthew David Provance**
  mprovance@mayerbrown.com,courtnotification@mayerbrown.com

- **Corban S Rhodes**
  crhodes@labaton.com,kgutierrez@labaton.com,3936743420@filings.docketbird.com,sauer@labaton.com,electroniccasefiling@labaton.com

- **Benjamin Harris Richman**
  brichman@edelson.com,docket@edelson.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Alexander Glenn Tievsky**
  atievsky@edelson.com,docket@edelson.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,ptiffith@rgrdlaw.com,dhall@rgrdlaw.com,e_file_sd@rgrdlaw.com,nlai@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Vincent             J. Connelly
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Facebook Inc.
Cooley LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155
```