ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jgeorge@rgrdlaw.com
     – and –
PAUL J. GELLER (*pro hac vice*)
STUART A DAVIDSON (*pro hac vice*)
CHRISTOPHER C. GOLD (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
cgold@rgrdlaw.com

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN (*pro hac vice*)
CORBAN S. RHODES (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com
crhodes@labaton.com

EDELSON PC
JAY EDELSON (*pro hac vice*)
RAFEY BALABANIAN (*pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)
jedelson@edelson.com
rbalabanian@edelson.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Master File No. 3:15-cv-03747-JD<br><br>CLASS ACTION<br><br>DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' PROPOSED EXPERT MATTHEW TURK, PH.D. |
| This Document Relates To:<br><br>    ALL ACTIONS. | | |

**[REDACTED]**

1392113_1

1  I, Shawn A. Williams, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for plaintiffs in the above-entitled action. I make this Declaration in Support of Plaintiffs' Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify hereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: **[FILED UNDER SEAL]**;

Exhibit 2: **[FILED UNDER SEAL]**;

Exhibit 3: **[FILED UNDER SEAL]**;

Exhibit 4: **[FILED UNDER SEAL]**;

Exhibit 5: "DeepFace: Closing the Gap to Human-Level Performance in Face Verification" by Yaniv Taigman *et al.* (Bates No. FBBIPA_00001214-FBBIPA_00001221);

Exhibit 6: "Submission by 'Facebook Ireland Ltd'" to the Office of the Irish Data Protection Commissioner: Response to Complaint(s) Number: 9," received September 30, 2013;

Exhibit 7: **[FILED UNDER SEAL]**;

Exhibit 8: **[FILED UNDER SEAL]**;

Exhibit 9: **[FILED UNDER SEAL]**;

Exhibit 10: "Facebook turns off automatic facial recognition feature for all European users in victory for privacy campaigners," DailyMail.com, dated October 16, 2012; and

Exhibit 11: **[FILED UNDER SEAL]**.

1392113_1

DECL OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DEFS' PROPOSED EXPERT MATTHEW TURK, PH.D.- 3:15-cv-03747-JD                                                                 - 1 -

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct. Executed this 16th day of March, 2018, at San Francisco, California.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

1392113_1

DECL OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE
TESTIMONY OF DEFS' PROPOSED EXPERT MATTHEW TURK, PH.D.- 3:15-cv-03747-JD   - 2 -