ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jgeorge@rgrdlaw.com
     – and –
PAUL J. GELLER (*pro hac vice*)
STUART A. DAVIDSON (*pro hac vice*)
CHRISTOPHER C. GOLD (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
cgold@rgrdlaw.com

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN (*pro hac vice*)
CORBAN S. RHODES (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com
crhodes@labaton.com

EDELSON PC
JAY EDELSON (*pro hac vice*)
RAFEY BALABANIAN (*pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)
jedelson@edelson.com
rbalabanian@edelson.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master File No. 3:15-cv-03747-JD |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |
| ALL ACTIONS. | |

**[REDACTED]**

1383402_1

1  I, Shawn A. Williams, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for plaintiffs in the above-entitled action. I make this Declaration in Support of Plaintiffs' Motion for Partial Summary Judgment. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify hereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: ███████████████████████████████ **[FILED UNDER SEAL]**;

Exhibit 2: ████████ **[FILED UNDER SEAL]**;

Exhibit 3: ███████████████████ **[FILED UNDER SEAL]**;

Exhibit 4: Article titled, "At Last, Facebook Acquires Face.com" Haaretz.com, dated June 20, 2012;

Exhibit 5: ██████████████████████ **[FILED UNDER SEAL]**;

Exhibit 6: ███████████████████████ **[FILED UNDER SEAL]**;

Exhibit 7: ████████████ **[FILED UNDER SEAL]**;

Exhibit 8: ███████████████████ **[FILED UNDER SEAL]**;

Exhibit 9: ████ **[FILED UNDER SEAL]**;

Exhibit 10: ████████████████████████ **[FILED UNDER SEAL]**;

Exhibit 11: █████████████ **[FILED UNDER SEAL]**;

Exhibit 12: ████████████████████████ **[FILED UNDER SEAL]**;

| | | |
|---|---|---|
| 1 | Exhibit 13: | "DeepFace: Closing the Gap to Human-Level Performance in Face Verification" by Yaniv Taigman *et al.* (Bates No. FBBIPA_00001214-FBBIPA_00001221); |
| 2 | Exhibit 14: | ███ **[FILED UNDER SEAL]**; |
| 3 | Exhibit 15: | ███ **[FILED UNDER SEAL]**; |
| 4 | Exhibit 16: | Facebook Ireland Ltd Report of Audit, dated December 21, 2011; |
| 5 | Exhibit 17: | "Submission by 'Facebook Ireland Ltd'" to the Office of the Irish Data Protection Commissioner: Response to Complaint(s) Number: 9," received September 30, 2013; |
| 6 | Exhibit 18: | "Facebook turns off automatic facial recognition feature for all European users in victory for privacy campaigners," DailyMail.com, dated October 16, 2012; |
| 7 | Exhibit 19: | ███ **[FILED UNDER SEAL]**; |
| 8 | Exhibit 20: | ███ **[FILED UNDER SEAL]**; |
| 9 | Exhibit 21: | ███ **[FILED UNDER SEAL]**; |
| 10 | Exhibit 22: | Facebook document titled "Data Policy," last revised September 29, 2016; |
| 11 | Exhibit 23: | Transcript of Hearing Before the Subcommittee on Privacy Technology and the Law of the Committee on the Judiciary United States Senate titled "What Facial Recognition Technology Means for Privacy and Civil Liberties," dated July 18, 2012; |
| 12 | Exhibit 24: | ███ **[FILED UNDER SEAL]**; |
| 13 | Exhibit 25: | ███ **[FILED UNDER SEAL]**; |
| 14 | Exhibit 26: | ███ **[FILED UNDER SEAL]**; |
| 15 | Exhibit 27: | "Facebook buys Israeli facial recognition firm Face.com," BBC News, dated June 19, 2012; |
| 16 | Exhibit 28: | ███ **[FILED UNDER SEAL]**; |

Exhibit 29: "Facebook hit with tough questions on facial recognition in Senate hearing," by Ricardo Bilton, VentureBeat, dated July 18, 2012; and

Exhibit 30: ███████████████████████████████████████

**[FILED UNDER SEAL]**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 16th day of March, 2018, at San Francisco, California.

s/Shawn A. Williams
SHAWN A. WILLIAMS