# EXHIBIT 18

Facebook turns off automatic facial recognition feature for all European users in victory for privacy campaigners | Daily Mail Online

Feedback



| Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists | DailyMailTV |

Latest Headlines  *Science*  Pictures  Coupons                                          Login



# Facebook turns off automatic facial recognition feature for all European users in victory for privacy campaigners

- Decision taken following probe by the Irish Data Protection Commission
- Campaigners had warned against personal biometric information being given to the company without the permission of those pictured

By **DAMIEN GAYLE**
**PUBLISHED:** 09:26 EDT, 16 October 2012 | **UPDATED:** 12:23 EDT, 17 October 2012

**7**
View comments

Facebook has turned off its controversial tag suggestions feature for users in Europe, in a move that campaigners will hail as a victory for privacy.

The social network tool took biometric information provided when users tag friends' faces in photos to make suggestions on the correct tags for future images.

But the company was heavily criticised when it introduced the feature and automatically opted-in all users in Europe last June without formally announcing its arrival on the site.

**Scroll down for video**





Ad

## Why Learn a New Query Language?

Get the power of SQL without the code.

VISIT SITE

Like
Daily Mail

+1
Daily Mail

Follow
@DailyMail

Follow
Daily Mail

Follow
@dailymailtech

Follow
Daily Mail

Facebook turns off automatic facial recognition feature for all European users in victory for privacy campaigners | Daily Mail Online



Download our iPhone app

Download our Android app

**Backtrack: Facebook has been forced to turn off its automatic tag suggestions feature that used facial recognition technology to recognise the faces of people pictured in photos uploaded to the site**

Privacy campaigners were particularly disturbed since Facebook allows photographs to be published on its site without the express permission - or even knowledge - of those pictured.

With the facial-recognition feature activated on the site, this meant in essence that those uploading photos were handing the personal biometric information of those photographed over to the company.

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

 Google ordered to fix privacy policy 'within months' or face...

 Forget face time, it's all about Facebook time: Two-thirds...

The removal of the feature and the forced deletion of all the biometric data will be a blow to the company which is under intense pressure to find new ways to convert its vast hoard users' personal information into cash since it was floated on the stock market earlier this year.

Responding to the removal of the feature, Nick Pickles, director of privacy campaign group Big Brother Watch, said: 'Users need to be in control of what happens to their data and it's absolutely right this applies to people's pictures on Facebook in the same way as their written personal information.

'The wider issue is not just about people opting-in to use the technology, but how you regulate something when often the person in the photo might not be aware their photo has even been uploaded.

'Facial recognition has the potential to undermine people's privacy far more dramatically than most existing technology, with ever more creative uses finding ways to track us and target us.'

| Today's headlines | Most Read |
|---|---|

 'Difficult, dangerous, good chance you will die': Elon Musk claims Mars spaceships will be ready by NEXT...

 Spot the space station! Astronomer captures image of China's out-of-control Tiangong-1 streaking across the...

 Real-life robotic avatars that let you see, hear, and FEEL everything they do could be here by 2021

 Children as young as 3 years old have already developed a 'social brain,' new study reveals

 Experts warn digitally-altered 'deepfakes' videos of Donald Trump, Vladimir Putin, and other world leaders...

 Controversial plan to artificially cool the planet by firing aerosols into the atmosphere might NOT be as...

 Massive ice archway collapses after forming between a glacier and the shore in Argentina in...

 All the better to scare you with: Japanese farmers use bizarre robotic WOLVES that howl when approached to...

 Apple buys digital magazine service 'Texture' that gives subscribers access to more than 200 publications...

 Few couples can tell when their partner is sad: Study finds most are good at spotting happiness but it takes...

 The creepy tool that lets expectant mothers 3D print an eerily life-like model of their unborn child so they...

 Inside the luxury doomsday bunker complex the size of a CITY in South Dakota where 10,000 people will...

 People who went to university are more outgoing and agreeable than those who chose to work after school,...

 Scientists map the 'fingerprints' of the brain in premature babies: 3D scans could reveal clues on the early...

 Drones could soon deliver packages right to your doorstep: Experts say unmanned craft could get the green...

▶ MORE HEADLINES

**FEMAIL TODAY**

▶ Kris Jenner addresses rumors over Stormi's paternity after reports Tyga 'wants a DNA test to prove if Travis Scott is the real father of Kylie's baby'

▶ 'Utah ski trip with the fam!': Kim Kardashian shows off her amazing downhill slalom skills as she tackles the snowy slopes with ease

▶ She's ripped! Kendall Jenner flaunts her flat abs in slashed white vest and shimmering silk shirt as she heads home from photoshoot

Facebook was forced to carry out a review of the controversial feature's introduction after a wave of anger about potential data protection issues.

It announced last month that it would suspend the feature across Europe and erase all the biometric facial-recognition data it has collected thus far from users on the continent by October 15.

The move followed a review by Facebook Ireland of the degree to which the social networking site had implemented recommendations made in an audit of the social networking site by the Irish Data Protection Commission last December.

That report assessed Facebook Ireland's compliance with Irish Data Protection law and by extension EU law. The aim is to re-introduce the tag feature in the future, but with new guidelines and different forms of notice and consent.

Billy Hawkes, the Data Protection Commissioner for Ireland, said last month the tool would only return to the site if Facebook agreed with the department on the 'most appropriate means of collecting user consent'.

He praised the multi-billion pound company for 'sending a clear signal of its wish to demonstrate its commitment to best practice in data protection compliance.'

Mr Hawkes says Facebook should make users more aware of what happens to their personal data to increase control over privacy settings.

Mr Pickles added: 'It may be possible in future to find a way to use facial recognition on Facebook in very limited circumstances.

'However, given the challenge of securing consent from both the person uploading the photo and the people in the photo being scanned, it may be practically impossible to secure an adequate level of consent.

'What must not happen is the consent requirement be watered down because

**Mark Zuckerberg, Facebook CEO: The decision will be a blow to the company which is under pressure to find new ways to rake in more money**

## GOOGLE ORDERED TO FIX PRIVACY POLICY 'WITHIN MONTHS'

European regulators have ordered Google to clarify its new privacy policy and make it easier for users to opt out of it.

France's National Commission on Computing and Freedom led a European investigation into Google's new unified policy, which replaced 60 individual policies for its search, email and other services and regulates how it uses the personal data it collects.

CNIL's president Isabelle Falque-Pierrotin said the company had 'three or four months' to make the revisions, otherwise 'authorities in several countries can take action against Google'.

Google responded that it is reviewing the commission's report but that it believes its policy respects European law.

▶ **PICTURE EXCLUSIVE: Angelina Jolie picks up iced tea as daughters Vivienne and Zahara cart the bags on shopping trip in Los Angeles**

▶ **Déjà vu! Bachelor Arie Luyendyk's loved up photo with fiance Lauren Burnham looks IDENTICAL to a photo taken with his ex nine months ago**

▶ **'Going to get my duck lips plumped up some more !!' Brielle Biermann, 21, fires back at haters who criticized her trout pout**

▶ **BET's The Bobby Brown Story mini series casts Redwood star Gabrielle Dennis as Whitney Houston**
Will be a two-part series about their marriage

▶ **Ex appeal! Age-defying Hollywood Exes star Nicole Murphy, 50, stuns in cleavage baring bikini in Miami**
Mom-of-five was married to Eddie Murphy

▶ **'It was just a joke!' Selma Blair backtracks after telling the world her friend Cameron Diaz, 45, had retired from acting to spend more time with Benji**

▶ **Moving on! Scarlett Johansson's ex Romain Dauriac strolls hand-in-hand with a mystery brunette through SoHo**

▶ **So Hot Right Now! Rita Ora cools off in a slinky ab-baring sports bra as she grabs a post-gym snack with beau Andrew Watt in Los Angeles**

it proves difficult.'

**VIDEO: Discover advanced security features on Facebook**

The current row revolves around Google's decision to pool of anonymous user data across Google services. For Google, this is a big advantage when selling online ads.

Google and other large internet groups like Facebook provide free services to consumers and earn money from selling ads that they say are more closely targeted than traditional TV or radio campaigns.



Make your Facebook more secure with advanced features



    0:00 / 2:28      

▶ **'Having a baby has made me appreciate my body':** Heidi Montag swears off plastic surgery - for now - and says pregnancy helped her embrace her figure

▶ **Katy Perry dazzles in a gold costume and thigh-high boots** reminiscent of screen icon Jane Fonda's '60s sci-fi classic Barbarella during Buenos Aires gig

▶ **Reese Witherspoon brings Hollywood glamor to London** in a curve-hugging teal dress as she rubs shoulders with Oprah Winfrey

▶ **'Family is family': The Bachelorette's Dean Unglert reunites with his estranged father** amid longtime tensions He let bygones be bygones

**Share or comment on this article**

*Sponsored Links by Taboola*


**See Gold Rush Alaska Star Parker Schnabel's House**
FinanceBlvd


**You Might Be Shocked When You See Dental Implant Prices In 2018**
Dental Implants | Sponsored Links


**This Photo Has Not Been Edited, Look Closer**
Travelfuntu

▶ **Casual cutie! Sofia Richie sports a white cropped sweater and mom jeans** during a day out in Calabasas Was without boyfriend Scott Disick

▶ **First look: Lifetime network releases photos from upcoming movie based on Prince**