MAYER BROWN LLP
John Nadolenco (SBN 181128)
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
jnadolenco@mayerbrown.com

Lauren R. Goldman (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
lrgoldman@mayerbrown.com

*Counsel for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS<br><hr><br>FREDERICK WILLIAM GULLEN, on behalf of himself and all others similarly situated,<br>        Plaintiff,<br>    v.<br>FACEBOOK, INC.,<br>        Defendant. | **DEFENDANT FACEBOOK, INC.'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS OPPOSITIONS TO PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION**<br><br>Master Docket No.: 3:15-CV-03747-JD<br><br>Hon. James Donato<br><br><br>Case No. 3:16-cv-00937-JD |

Pursuant to Local Rule 7-3(d)(2), defendant Facebook, Inc. respectfully submits the recent decision of the Circuit Court of Cook County, Illinois, County Department, Chancery Division in *Rottner v. Palm Beach Tan, Inc., et al.*, No. 15 CH 16695 (March 2, 2018). A copy of the decision is attached as Exhibit A.

Dated: March 27, 2018

MAYER BROWN LLP

By: */s/ John Nadolenco*
John Nadolenco
Lauren R. Goldman

*Counsel for Defendant Facebook, Inc.*