# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

---

Date:  March 29, 2018                                                                 Judge:  Hon. James Donato

Time:  35 Minutes

**RELATED ACTIONS:**
**C-15-03747-JD In re Facebook Biometric Information Privacy Litigation**
**C-16-00937-JD Gullen v. Facebook, Inc**


Attorney(s) for Plaintiff(s):        Shawn Williams/David Milian/Alexander G. Tievsky/John H. George/Corban Rhodes
Attorney(s) for Defendant(s):   Michael Rayfield/Lauren Goldman/John Nadalenco/Vincent Connelly

Deputy Clerk:  Lisa R. Clark                                                Court Reporter:  Kathy Sullivan

## PROCEEDINGS

Motion for Summary Judgment - Held
Motion to Certify Class - Held

## NOTES AND ORDERS

The motions for summary judgment and class certification are taken under submission.

The hearing on the remaining summary judgment and evidentiary motions is now set for May 3, 2018.  The pretrial conference is set for June 14, 2018 at 1:30 PM.  Trial is set for July 9, 2018 at 9:00 AM.

All parties are referred to Judge Ryu for settlement discussions.  Client representatives with full settlement authority must be present in-person at all settlement conferences.