1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
3  One Montgomery Street, Suite 1800
San Francisco, CA  94104
4  Telephone:  415/288-4545
415/288-4534 (fax)
5  shawnw@rgrdlaw.com
jgeorge@rgrdlaw.com
6      – and –
PAUL J. GELLER (*pro hac vice*)
7  STUART A. DAVIDSON (*pro hac vice*)
CHRISTOPHER C. GOLD (*pro hac vice*)
8  120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
9  Telephone:  561/750-3000
561/750-3364 (fax)
10  pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
11  cgold@rgrdlaw.com

12  LABATON SUCHAROW LLP          EDELSON PC
JOEL H. BERNSTEIN (*pro hac vice*)   JAY EDELSON (*pro hac vice*)
13  CORBAN S. RHODES (*pro hac vice*)  RAFEY BALABANIAN (*pro hac vice*)
140 Broadway                  350 North LaSalle Street, Suite 1300
14  New York, NY  10005         Chicago, IL  60654
Telephone:  212/907-0700     Telephone:  312/589-6370
15  212/818-0477 (fax)           312/589-6378 (fax)
jbernstein@labaton.com        jedelson@edelson.com
16  crhodes@labaton.com          rbalabanian@edelson.com

17  Attorneys for Plaintiffs

18  UNITED STATES DISTRICT COURT

19  NORTHERN DISTRICT OF CALIFORNIA

20  SAN FRANCISCO DIVISION

21  In re FACEBOOK BIOMETRIC
INFORMATION PRIVACY LITIGATION
22

23  This Document Relates To:

24      ALL ACTIONS.

25

26

27

28

| | |
|---|---|
| ) | Master File No. 3:15-cv-03747-JD |
| ) | |
| ) | <u>CLASS ACTION</u> |
| ) | |
| ) | PLAINTIFFS' INTERIM |
| ) | ADMINISTRATIVE MOTION TO FILE |
| ) | DOCUMENTS UNDER SEAL REGARDING |
| ) | PLAINTIFFS' OPPOSITION TO |
| ) | FACEBOOK, INC.'S MOTION FOR |
| | SUMMARY JUDGMENT |

1412963_1

1    Pursuant to Civil Local Rules 7-11 and 79-5, the Order granting the Stipulated Protective

2    Order (ECF No. 88) ("Protective Order"), the Court's Standing Order for Civil Cases ("Standing

3    Order"), and the Court's January 2, 2018 Order (ECF No. 276) and February 2, 2018 Order (ECF

4    No. 286) (collectively the "Sealing Orders"), plaintiffs in the above-entitled action respectfully move

5    for leave to file Plaintiffs' Opposition to Facebook, Inc.'s Motion for Summary Judgment (the

6    "Opposition") and Exhibits 1-3, 8, 14-16, 18-19, 21-28, 30-36 and 38 to the Declaration of Shawn A.

7    Williams in Support of the Oppositon under seal.  Plaintiffs' Opposition contains references to

8    documents and Exhibits 1-3, 8, 14-16, 18-19, 21-28, 30-36 and 38 are documents designated

9    "Confidential" or "Highly Confidential," pursuant to the Protective Order, by defendants.

10    Pursuant to Civil Local Rule 79-5(d)(1)(C) and (D), plaintiffs also hereby submit redacted

11    and unredacted copies of the above-referenced documents plaintiffs move for leave to file under seal.

12    Pursuant to ¶31 the Court's Standing Order and Sealing Orders, plaintiffs submit this interim

13    administrative motion to file under seal; and the more fulsome bases for sealing shall be addressed in

14    the parties' forthcoming combined administrative motion.  In accordance with the Court's Sealing

15    Orders, plaintiffs are not submitting a declaration or a proposed order in conjunction with this

16    interim administrative motion.

17    DATED:  April 16, 2018                    ROBBINS GELLER RUDMAN
                                                            & DOWD LLP
18                                                     SHAWN A. WILLIAMS
                                                       JOHN H. GEORGE
19

20                                                            s/ Shawn A. Williams
21                                                     SHAWN A. WILLIAMS

22                                                     Post Montgomery Center
                                                       One Montgomery Street, Suite 1800
23                                                     San Francisco, CA  94104
                                                       Telephone:  415/288-4545
24                                                     415/288-4534 (fax)

25

26

27

28

PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL - 3:15-cv-03747-JD
                                                                                                          - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
CHRISTOPHER C. GOLD*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN*
CORBAN S. RHODES*
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

EDELSON PC
JAY EDELSON*
RAFEY BALABANIAN*
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)

Attorneys for Plaintiffs

* = appearance *pro hac vice*

PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL - 3:15-cv-03747-JD

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 16, 2018.

<u>s/ Shawn A. Williams</u>
SHAWN A. WILLIAMS
ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

1412963_1

**Mailing Information for a Case 3:15-cv-03747-JD In re Facebook Biometric Information Privacy Litigation**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rafey Sarkis Balabanian**
  rbalabanian@edelson.com,docket@edelson.com

- **James E Barz**
  jbarz@rgrdlaw.com

- **Joel H. Bernstein**
  jbernstein@labaton.com,JGardner@labaton.com,kgutierrez@labaton.com,cvillegas@labaton.com,RKamhi@labaton.com,1375722420@filings.docketbird.com,electro

- **Michael P. Canty**
  mcanty@labaton.com,7677707420@filings.docketbird.com,lmehringer@labaton.com,fmalonzo@labaton.com,acarpio@labaton.com,electroniccasefiling@labaton.con

- **Albert Y. Chang**
  achang@bottinilaw.com,sammirati@bottinilaw.com

- **Vincent Connelly**
  vconnelly@mayerbrown.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,5147990420@filings.docketbird.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,9825585420@filings.docketbird.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Jay Edelson**
  jedelson@edelson.com,docket@edelson.com

- **Amanda M. Frame**
  aframe@rgrdlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,swinkles@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **John Hamilton George**
  jgeorge@rgrdlaw.com

- **Christopher Chagas Gold**
  cgold@rgrdlaw.com,4703050420@filings.docketbird.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Lauren R Goldman**
  lrgoldman@mayerbrown.com,mrayfield@mayerbrown.com,jmarsala@mayerbrown.com

- **Frank S Hedin**
  fhedin@hedinhall.com

- **Lily E. Hough**
  lhough@edelson.com,docket@edelson.com

- **Ross M Kamhi**
  rkamhi@labaton.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

- **David Philip Milian**
  DMilian@CareyRodriguez.com,ejimenez@careyrodriguez.com,ecf@careyrodriguez.com

- **John Nadolenco**
  jnadolenco@mayerbrown.com,rjohns@mayerbrown.com,los-
  docket@mayerbrown.com,jaustgen@mayerbrown.com,tstruwe@mayerbrown.com,gtmiller@mayerbrown.com,cgarcia@mayerbrown.com,jjennings@mayerbrown.con

- **Alexander Nguyen**
  anguyen@edelson.com,docket@edelson.com

- **Archis A. Parasharami**
  aparasharami@mayerbrown.com

- **Archis Ashok Parasharami**
  aparasharami@mayerbrown.com,4085092420@filings.docketbird.com,wdc.docket@mayerbrown.com

- **Matthew David Provance**
  mprovance@mayerbrown.com,courtnotification@mayerbrown.com

- **Michael E Rayfield**
  mrayfield@mayerbrown.com

- **Corban S Rhodes**
  crhodes@labaton.com,kgutierrez@labaton.com,3936743420@filings.docketbird.com,sauer@labaton.com,electroniccasefiling@labaton.com

- **Benjamin Harris Richman**
  brichman@edelson.com,docket@edelson.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Lawrence A. Sucharow**
  lsucharow@labaton.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

- **Alexander Glenn Tievsky**
  atievsky@edelson.com,docket@edelson.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,ptiffith@rgrdlaw.com,dhall@rgrdlaw.com,e_file_sd@rgrdlaw.com,nlai@rgrdlaw.com

- **Mark R Winston**
  mwinston@labaton.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Vincent          J. Connelly
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Facebook Inc.
Cooley LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155
```