MAYER BROWN LLP
John Nadolenco (SBN 181128)
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
jnadolenco@mayerbrown.com

Lauren R. Goldman (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com

*Counsel for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **DEFENDANT FACEBOOK, INC.'S INTERIM ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Case No.: 3:15-CV-03747-JD<br><br>Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5, the Stipulated Protective Order in this action (Dkt. 88), the Court's Standing Order for Civil Cases, and the Court's January 2, 2018 and February 2, 2018 orders (Dkt. 276; Dkt. 286), defendant Facebook, Inc. ("Facebook") respectfully requests that the Court maintain under certain documents filed in connection with its Motion for Stays.  Specifically, Facebook moves to maintain under seal portions of Exhibit 1 to the Declaration of John Nadolenco. Pursuant to Local Rule 79-5(d)(1)(C) and (D), redacted and unredacted versions of the documents that Facebook seeks to maintain under seal are attached hereto.

In accordance with Paragraph 31 of the Court's Standing Order for Civil Cases and the Court's January 2, 2018 and February 2, 2018 orders, Facebook submits this interim motion in anticipation of submitting a combined motion to seal along with supporting declaration(s) and a proposed order, which will address requests to seal documents filed in connection with any motions filed on May 7, 2018, to be filed fourteen days after the completion of briefing on those motions.

Dated:  May 7, 2018                                          MAYER BROWN LLP

By: */s/ John Nadolenco*
    John Nadolenco
    Lauren R. Goldman

*Counsel for Defendant Facebook, Inc.*