1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **NORTHERN DISTRICT OF CALIFORNIA**
10       **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master Docket No.: 3:15-CV-03747-JD |
| | **[PROPOSED] ORDER RE OMNIBUS ADMINISTRATIVE MOTION TO SEAL** |
| THIS DOCUMENT RELATES TO: | Hon. James Donato |
| ALL ACTIONS | |

**[PROPOSED] ORDER**

Having considered Facebook's Omnibus Administrative Motion to Seal, the Declaration of John Nadolenco, and all other matters presented, and having determined that compelling reasons or good cause – as specified below – exists for sealing this information, *see Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1186-87 (9th Cir. 2006), **IT IS HEREBY ORDERED THAT**:

The Omnibus Administrative Motion to File Under Seal is **GRANTED** to the following extent.  The documents listed below shall remain under seal:

**FACEBOOK'S MOTION FOR SUMMARY JUDGMENT**

| Facebook's Motion for Summary Judgment (Dkt. 299) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 1 | Exhibit 3 to the Declaration of John Nadolenco in Support of Facebook's Motion for Summary Judgment ("Nadolenco MSJ Declaration") (Expert Report of Matthew Turk, Ph. D.) | Entire document | The Expert Report of Matthew Turk, Ph. D. contains an analysis of Facebook source code and other internal documents relating to the details of Facebook's network architecture and its facial recognition technology, the underlying source of which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs  its computer systems and its proprietary facial-recognition technology.  Further, public disclosure of information related to Facebook's network architecture and how its |

| | Facebook's Motion for Summary Judgment (Dkt. 299) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors. *Facebook Biometric* Dkt. 257-9 ("Yadan Decl.") ¶ 34; Nadolenco Sealing Decl. ¶ 19. |
| 2 | Exhibit 4 to the Nadolenco MSJ Declaration (Rebuttal Expert Report of Matthew Turk, Ph. D.) | Entire document | The Rebuttal Expert Report of Matthew Turk, Ph. D. contains an analysis of Facebook source code and other internal documents relating to the details of Facebook's network architecture and its facial recognition technology, the underlying source of which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs  its computer systems and its proprietary facial-recognition technology.  Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use |

| Facebook's Motion for Summary Judgment (Dkt. 299) | | | |
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| --- | --- | --- | --- |
| | | | Facebook at increased risk of cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶ 19. |
| 3 | Exhibit 5 to the Nadolenco MSJ Declaration (excerpts from the October 18, 2016 Deposition Transcript of Yaniv Taigman) | Pages 134:8-15; 134:8-23; 135:3-12; 135:15-21; 136:1-12; 136:16-20; 138:1-140:25; 141:4-25; 149:1-153:25; 159:1-167:25; 171:14-172:25; 177:1-178:25; 237:1-25; 239:1-240:25; 241:8-20; 281:2-25; 340:3-341:25; 366:3-25; 367:4-25; 368:4-25 or portions thereof | Exhibit 5 to the Nadolenco MSJ Declaration contains excerpts from the October 18, 2016 deposition testimony of Facebook's employee Yaniv Taigman.  Mr. Taigman testified in detail about Facebook's network architecture, how Facebook's proprietary facial-recognition technology works, and the way in which Facebook's computer systems interact with and support Facebook's facial recognition technology.  These portions of Mr. Taigman's deposition have been designated by Facebook as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 16-17. |
| 4 | Exhibit 6 to Nadolenco MSJ Decl. (excerpts from the October 26, 2017 Deposition Transcript of Omry Yadan) | Pages 51:9-25; 156:1-157:25; or portions thereof | Exhibit 6 to the Nadolenco MSJ Declaration contains excerpts from the October 26, 2017 deposition testimony of |

| | Facebook's Motion for Summary Judgment (Dkt. 299) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | Facebook's employee Omry Yadan. Mr. Yadan testified in detail about Facebook's network architecture, how Facebook's proprietary facial-recognition technology works, and the way in which Facebook's computer systems interact with and support Facebook's facial recognition technology. These portions of Mr. Yadan's deposition have been designated by Facebook as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 16-17. |
| 5 | Exhibit 7 to the Nadolenco MSJ Declaration (Expert Report of Jeffrey S. Dunn) | Entire document | The Expert Report of Jeffrey S. Dunn contains an analysis of Facebook's network architecture and its facial recognition technology, the underlying sources for which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. Public release of this information would cause Facebook harm by |

4

| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
|---|---|---|---|
| | | **Facebook's Motion for Summary Judgment** (Dkt. 299) | |
| | | | providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology. Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶ 19. |
| 6 | Exhibit 8 to the Nadolenco MSJ Declaration (excerpts from the February 23, 2018 Deposition Transcript of Dr. Atif Hashmi) | Entire document | Exhibit 8 to the Nadolenco Declaration contains excerpts from the February 23, 2018 deposition testimony of Dr. Atif Hashmi. Dr. Hashmi testified in detail about his analysis of Facebook source code relating to the details of Facebook's network architecture and its facial recognition technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition |

| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
|---|---|---|---|
| colspan span | **Facebook's Motion for Summary Judgment (Dkt. 299)** | | |
| | | | technology. Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ ___. |
| 7 | Exhibit 9 to the Nadolenco MSJ Declaration (Expert Report of Dr. Atif Hashmi) | Entire document | The Expert Report of Dr. Atif Hashmi contains an analysis of Facebook source code relating to the details of Facebook's network architecture and its facial recognition technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology. Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use |

6

| | | Facebook's Motion for Summary Judgment (Dkt. 299) | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | Facebook at increased risk of cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶ 19. |
| 8 | Exhibit 10 to the Nadolenco MSJ Declaration (January 25, 2018 Declaration of Omry Yadan) | Pages 1:14-3:3; or portions thereof | Portions of paragraphs 4-12 of the January 25, 2018 Declaration of Omry Yadan contain information relating to the details of Facebook's network architecture and its facial recognition technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶ 9. |
| 9 | Exhibit 11 to Nadolenco MSJ Declaration (excerpts from the February 26, 2018 Deposition | Entire document | Exhibit 11 to the Nadolenco Declaration contains excerpts from the February 26, 2018 |

| Facebook's Motion for Summary Judgment (Dkt. 299) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | Transcript of Jeffrey S. Dunn) | | deposition transcript of Jeffrey S. Dunn.  Mr. Dunn testified in detail regarding his analysis of Facebook's network architecture and its facial recognition technology, the underlying sources for which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs  its computer systems and its proprietary facial-recognition technology.  Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶ 20. |
| 10 | Exhibit 16 to Nadolenco MSJ Declaration (January 25, 2018 Declaration of Benjamin Strahs) | Page 1:19-26; Exhibit 1; or portions thereof | The designated portion of the Strahs Declaration ("Strahs Decl.") should be sealed because it references and discusses plaintiffs' privacy settings. Facebook considers this information about its users to be non-public and takes steps to |

| Facebook's Motion for Summary Judgment (Dkt. 299) | | |
|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |

<table>
<tr><td>No.</td><td>Document</td><td>Portions to be Sealed</td><td>Compelling Reasons for Sealing</td></tr>
<tr><td></td><td></td><td></td><td>prevent the information from becoming publicly available or available to people outside of Facebook.  Yadan Decl. ¶ 29; Strahs Decl. ¶ 5; Nadolenco Sealing Decl. ¶ 16-17.</td></tr>
<tr><td>11</td><td>Exhibit 12 to the March 15, 2018 Declaration of Robert Sherman ("Sherman Declaration") (FBBIPA_00040763)</td><td>Entire document</td><td>Exhibit 12 to the Sherman Declaration contains detailed information regarding Facebook's drafts of and notes for confidential communications with a government entity concerning its facial-recognition technology, which are maintained as confidential by both sides to the communication. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook implements its proprietary facial-recognition technology. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12.</td></tr>
<tr><td>12</td><td>Exhibit 14 to the Sherman Declaration (FBBIPA_00034074)</td><td>Entire document</td><td>Exhibit 14 to the Sherman Declaration discusses confidential details about Facebook's Tag Suggestions feature that are not publicly known.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and implements its proprietary facial-recognition technology.</td></tr>
</table>

| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
|---|---|---|---|
| | Facebook's Motion for Summary Judgment (Dkt. 299) | | |
| | | | Yadan Decl. ¶ 34; Sherman Decl. ¶ 20; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 13 | Exhibit 15 to the Sherman Declaration (FBBIPA_00037804) | Entire document | Exhibit 15 to the Sherman Declaration discusses confidential details about Facebook's Tag Suggestions feature that are not publicly known.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and implements its proprietary facial-recognition technology. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. The document also reflects communications with government entities that occurred under a mutual understanding that they would be kept confidential.  Sherman Decl. ¶ 20. |
| 14 | Exhibit 2 to the March 14, 2018 Declaration of Yaniv Taigman ("Taigman Declaration") (FBBIPA_0005330) | Entire document | Exhibit 2 to the Taigman Declaration contains confidential details about Facebook's Tag Suggestions feature that are not publicly known.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and implements its proprietary facial-recognition technology. |

| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
|---|---|---|---|
| | Facebook's Motion for Summary Judgment (Dkt. 299) | | |
| | | | Taigman Declaration ¶ 3; Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 16-17. |
| 15 | Exhibit 1 to the March 13, 2018 Declaration of Dan Barak ("Barak Declaration") (Dkt. No. 299-40) (FBBIPA_00021843) | Entire document | Exhibit 1 to the Barak Declaration contains confidential details about Facebook's Tag Suggestions feature that are not publicly known.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and implements its proprietary facial-recognition technology.  Barak Declaration ¶ 3; Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 16-17. |
| 16 | Facebook's Memorandum of Law in Support of Motion for Summary Judgment. | Pages 3:26-4:15; 4:19-22; 4:25-28; 5:1-8:10; 9:7-9; 13:18-23; 17:10-13; 18:8-22; 19:17-21; 20:7-9; 21:12-23; 22:1-22; 22:25-28; 23:4-6; 23:9-24:7; or portions thereof | The designated portions of Facebook's Memorandum in Support of Motion for Summary Judgment reference or discuss the information contained in the expert reports, confidential deposition testimony of Taigman, Yadan, Dunn, and Strahs, and exhibits Facebook seeks to seal.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Sherman Decl. ¶ 20; Taigman Decl. ¶ 3;  Strahs Decl. ¶ 5; Yadan Decl. ¶¶ 29, 34; |

| Facebook's Motion for Summary Judgment (Dkt. 299) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | Nadolenco Sealing Decl. ¶¶ 24-25. |

| Plaintiffs' Opposition to Facebook's Motion for Summary Judgment (Dkt. 341) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 17 | Plaintiffs' Opposition to Facebook's Motion for Summary Judgment | Pages 2:8; 3:26-28; 6:21-25; 7:1; 7:4-6; 7:10; 7:12; 8:6-8; 8:22-23; 9:1-2; 10:26-27; 15:18-21; 18:10-23; 18:26-28; 19:5-9; 19:20-28; 20:13-16; 20:22-23; 20:27-21:6; 21:9-21; 21:25-28; 22:2-24; 22:27-28; 23:1-6; 23:15-17; 23:19-21; 23:24; 23:26-28; 24:1-4; or portions thereof | The designated portions of Plaintiffs' Opposition to Facebook's Motion for Summary Judgment reference or discuss the information contained in the discovery responses, expert reports, and confidential deposition testimony of Taigman, Hashmi, Turk, Yadan, Dunn that Facebook seeks to seal. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25. |
| 18 | Exhibit 1 to the Declaration of Shawn A. Williams in Support of Plaintiffs' Opposition to Facebook's Motion for Summary Judgment ("Williams MSJ Opp. Decl.") (FBBIPA_00009283) | Entire document | Exhibit 1 to the Williams MSJ Opp. Declaration contains information relating to the details of Facebook's network architecture and its facial recognition technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes |

| | Plaintiffs' Opposition to Facebook's Motion for Summary Judgment (Dkt. 341) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 19 | Exhibit 3 to the Williams MSJ Opp. Decl. (FBBIPA_00009318) | Entire document | Exhibit 3 to the Williams MSJ Opp. Declaration discusses confidential details about Facebook's Tag Suggestions feature that are not publicly known.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and implements its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 20 | Exhibit 8 to the Williams MSJ Opp. Decl. (FBBIPA_00008127) | Entire document | Exhibit 8 to the Williams MSJ Opp. Declaration references proprietary and confidential |

| | Plaintiffs' Opposition to Facebook's Motion for Summary Judgment (Dkt. 341) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | details about Facebook's image processing system.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 21 | Exhibit 14 to the Williams MSJ Opp. Decl. (October 18, 2016 Deposition Transcript of Yaniv Taigman) | Pages 134:8-15; 134:18-22; 246:3-10; 246:13-247:6; 247:8-14; 247:16-25 to the excerpts submitted by Facebook; and non-cited pages in their entirety | *See* Exhibit 5 to the Nadolenco MSJ Declaration (Ref. No. 3).<br><br>Exhibit 14 to the Williams MSJ Opp. Declaration includes a complete copy of Mr. Taigman's deposition transcript, of which 3 pages are cited in plaintiffs' brief.  The non-cited pages have no bearing on the issues to be decided on this motion and should be sealed for this additional reason.  *See CreAgri, Inc.*, 2014 WL 27028, at *2 (granting motion to seal portion of document that would "not further the public's understanding of the reasoning underlying the Court's decisions").  Nadolenco Sealing Decl. ¶¶ 16-17. |
| 22 | Exhibit 15 to the Williams MSJ Opp. Decl. (February 23, 2018 Deposition Transcript of Dr. Atif Hashmi) | Pages 123, 148, 178-79, and 224  to the excerpts submitted by Facebook; and non- | *See* Exhibit 8 to the Nadolenco MSJ Declaration (Ref. No. 6).<br><br>Exhibit 15 to the Williams MSJ Opp. Declaration includes a |

| | Plaintiffs' Opposition to Facebook's Motion for Summary Judgment (Dkt. 341) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | cited pages in their entirety | complete copy of Mr. Taigman's deposition transcript, of which 5 pages are cited in plaintiffs' brief.  The non-cited pages have no bearing on the issues to be decided on this motion and should be sealed for this additional reason.  *See CreAgri, Inc.*, 2014 WL 27028, at *2 (granting motion to seal portion of document that would "not further the public's understanding of the reasoning underlying the Court's decisions"); Nadolenco Sealing Decl. ¶¶ 20. |
| 23 | Exhibit 16 to the Williams MSJ Opp. Decl. (FBBIPA_00005371) | Entire document | Exhibit 16 to the Williams MSJ Opp. Declaration discusses how Facebook's proprietary facial-recognition technology works and the way in which Facebook's computer systems interact with and support Facebook's facial-recognition technology.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 24 | Exhibit 19 to the Williams MSJ Opp. Decl. (Facebook, Inc.'s Amended and Supplemental Responses to Plaintiffs' Second | Pages 7:1-2, 19-21; or portions thereof | Exhibit 19 to the Williams MSJ Opp. Declaration contains confidential information related to Facebook's technological |

| | | | Plaintiffs' Opposition to Facebook's Motion for Summary Judgment (Dkt. 341) | | |
|---|---|---|---|---|---|

| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
|---|---|---|---|
| | Set of Interrogatories, dated October 5, 2017) | | capabilities with regard to IP address information for photographs uploaded to Facebook.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems.  Exhibit 19 further references IP address information associated with Patel's, Licata's, and Pezen's Facebook user activity.  Facebook considers this information about its users to be non-public and takes steps to prevent the information from becoming publicly available or available to people outside of Facebook.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 23. |
| 25 | Exhibit 24 to the Williams MSJ Opp. Decl. (FBBIPA_00000328) | Entire document | Exhibit 24 to the Williams MSJ Opp. Decl. contains information that identifies plaintiff Patel's personal email and home telephone number.  Further, subsequent pages of the document reference IP address information and other information associated with Patel's Facebook user activity.  Facebook considers this information about its users to be non-public and takes steps to prevent the information from becoming publicly available or available to people outside of |

16

| | Plaintiffs' Opposition to Facebook's Motion for Summary Judgment (Dkt. 341) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | Facebook. Yadan Decl. ¶¶ 28-29; *Facebook Biometric* Dkt. 285-4 ("2d Yadan Decl.") ¶¶ 13-14; Nadolenco Sealing Decl. ¶ 13. |
| 26 | Exhibit 25 to the Williams MSJ Opp. Decl. (FBBIPA_00000043) | Entire document | Exhibit 25 to the Williams MSJ Opp. Decl. contains information that identifies plaintiff Pezen's personal email and home telephone number. Further, subsequent pages of the document reference IP address information and other information associated with Pezen's Facebook user activity. Facebook considers this information about its users to be non-public and takes steps to prevent the information from becoming publicly available or available to people outside of Facebook. Yadan Decl. ¶¶ 28-29; *Facebook Biometric* Dkt. 285-4 ("2d Yadan Decl.") ¶¶ 13-14; Nadolenco Sealing Decl. ¶ 13. |
| 27 | Exhibit 26 to the Williams MSJ Opp. Decl. (FBBIPA_00000295) | Entire document | Exhibit 26 to the Williams MSJ Opp. Decl. contains information that identifies plaintiff Licata's personal email and home telephone number. Further, subsequent pages of the document reference IP address information and other information associated with Licata's Facebook user activity. Facebook considers this |

17

| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
|---|---|---|---|
| | | | information about its users to be non-public and takes steps to prevent the information from becoming publicly available or available to people outside of Facebook.  Yadan Decl. ¶¶ 28-29; *Facebook Biometric* Dkt. 285-4 ("2d Yadan Decl.") ¶¶ 13-14; Nadolenco Sealing Decl. ¶ 13. |
| 28 | Exhibit 27 to the Williams MSJ Opp. Decl. (Expert Rebuttal Report of Matthew Turk, Ph.D.) | Entire document | *See* Exhibit 4 to the Nadolenco MSJ Declaration (Ref. No. 2). |
| 29 | Exhibit 28 to the Williams MSJ Opp. Decl. (February 28, 2018 Deposition Transcript of Matthew Turk) | Pages 112-16, 131-32, and 322 to the excerpts submitted by Facebook; and non-cited pages in their entirety | Exhibit 28 to the Williams MSJ Opp. Declaration should be sealed because Dr. Turk testified in detail regarding his analysis of Facebook source code and other internal documents relating to the details of Facebook's network architecture and its facial recognition technology, the underlying source of which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs  its computer systems and its proprietary facial-recognition technology.  Further, public disclosure of information related to Facebook's network |

The table spans under the heading:

| Plaintiffs' Opposition to Facebook's Motion for Summary Judgment (Dkt. 341) |
|---|

| | | Plaintiffs' Opposition to Facebook's Motion for Summary Judgment (Dkt. 341) | | |
|---|---|---|---|---|
| No. | Document | Portions to be Sealed | | Compelling Reasons for Sealing |
| | | | | architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶ 20. |
| | | | | Exhibit 28 to the Williams. Declaration includes a complete copy of Dr. Turk's deposition transcript, of which 9 pages are cited in plaintiffs' brief.  The non-cited pages have no bearing on the issues to be decided on this motion and should be sealed for this additional reason.  *See CreAgri, Inc.*, 2014 WL 27028, at *2 (granting motion to seal portion of document that would "not further the public's understanding of the reasoning underlying the Court's decisions").  Nadolenco Sealing Decl. ¶ 21. |
| 30 | Exhibit 30 to the Williams MSJ Opp. Decl. (Expert Report of Jeffrey S. Dunn) | Entire document | | *See* Exhibit 7 to the Nadolenco MSJ Declaration (Ref. No. 5). |
| 31 | Exhibit 31 to the Williams MSJ Opp. Decl. (Expert Report of Matthew Turk, Ph.D.) | Entire document | | *See* Exhibit 3 to the Nadolenco MSJ Declaration (Ref. No. 1). |
| 32 | Exhibit 32 to the Williams MSJ Opp. Decl. (Expert Report of Dr. Atif Hashmi) | Entire document | | *See* Exhibit 9 to the Nadolenco MSJ Declaration (Ref. No. 7). |
| 33 | Exhibit 33 to the Williams MSJ Opp. Decl. (October 26, 2017 | Pages 126:9-13; 126:17-23; 126:25; | | *See* Exhibit 6 to the Nadolenco MSJ Declaration (Ref. No. 4). |

| | Plaintiffs' Opposition to Facebook's Motion for Summary Judgment (Dkt. 341) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | Deposition Transcript of Omry Yadan) | 127:5-11; 127:13; 127:16-20; 127:22-128:9; 128:12-17; 128:19-129:3; 129:6-14; 129:16-25 to the excerpts submitted by Facebook; and non-cited pages in their entirety | Exhibit 33 to the Williams MSJ Opp. Declaration includes a complete copy of Mr. Yadan's deposition transcript, of which 4 pages are cited in plaintiffs' brief.  The non-cited pages have no bearing on the issues to be decided on this motion and should be sealed for this additional reason.  *See CreAgri, Inc.*, 2014 WL 27028, at *2 (granting motion to seal portion of document that would "not further the public's understanding of the reasoning underlying the Court's decisions").  Nadolenco Sealing Decl. ¶ 18. |
| 34 | Exhibit 34 to the Williams MSJ Opp. Decl. (February 26, 2018 Deposition Transcript of Jeffrey S. Dunn) | Page 160  to the excerpts submitted by Facebook; and non-cited pages in their entirety | *See* Exhibit 11 to the Nadolenco MSJ Declaration (Ref. No. 9).<br><br>Exhibit 34 to the Williams MSJ Opp. Declaration includes a complete copy of Mr. Taigman's deposition transcript, of which 1 page is cited in plaintiffs' brief. The non-cited pages have no bearing on the issues to be decided on this motion and should be sealed for this additional reason.  *See CreAgri, Inc.*, 2014 WL 27028, at *2 (granting motion to seal portion of document that would "not further the public's understanding of the reasoning |

| | Plaintiffs' Opposition to Facebook's Motion for Summary Judgment (Dkt. 341) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | underlying the Court's decisions"). Nadolenco Sealing Decl. ¶ 19. |
| 35 | Exhibit 35 to the Williams MSJ Opp. Decl. (FBBIPA_00009590) | Entire document | Exhibit 35 to the Williams MSJ Opp. Declaration contains information relating to the details of Facebook's network architecture and its facial recognition technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology. Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 36 | Exhibit 36 to the Williams MSJ Opp. Decl. (FBBIPA_00008876) | Entire document | Exhibit 36 to the Williams MSJ Opp. Declaration contains confidential information and discussions relating to Facebook's product and marketing strategies. Public |

| Plaintiffs' Opposition to Facebook's Motion for Summary Judgment (Dkt. 341) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | release of this information would cause Facebook harm by providing competitors with insight into Facebook's product and marketing strategies. Nadolenco Sealing Decl. ¶¶ 11-12. |
| 37 | Exhibit 38 to the Williams MSJ Opp. Decl. (FBBIPA_00038325) | Entire document | Exhibit 38 to the Williams MSJ Opp. Declaration contains communications with a government entity concerning its facial-recognition technology, which are maintained as confidential by both sides to the communication.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook implements its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |

| Facebook's Reply in Support of Its Motion for Summary Judgment (Dkt. 349) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 38 | Facebook's Reply in Support of Its Motion for Summary Judgment | Pages 7:2-6; 7:13-17; 7:19-8:1; 10:11-11:1; 11:8-12; 11:14-21; 12:1-5; or portions thereof | The designated portions of Facebook's Reply in Support of Its Motion for Summary Judgment reference or discuss the information contained in the expert reports, exhibits, declarations, and confidential deposition testimony that |

| Facebook's Reply in Support of Its Motion for Summary Judgment (Dkt. 349) | | | |
|------|------|------|------|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | Facebook seeks to seal.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25. |

## FACEBOOK'S MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORT, OPINIONS, AND TESTIMONY OF DR. ATIF HASHMI

| Motion to Exclude Portions of the Expert Report, Opinions, and Testimony of Dr. Atif Hashmi (Dkt. 302) | | | |
|------|------|------|------|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 39 | Exhibit 1 to the Declaration of John Nadolenco in Support of Facebook's Motion to Exclude Portions of the Expert Report, Opinions, and Testimony of Dr. Atif Hashmi ("Nadolenco Hashmi Decl.") (Expert Report of Dr. Atif Hashmi) | Entire document | *See* Exhibit 9 to the Nadolenco MSJ Declaration (Ref. No. 7). |
| 40 | Exhibit 2 to the Nadolenco Hashmi Decl. (excerpts from the February 23, 2018 Deposition of Dr. Atif Hashmi) | Entire document | *See* Exhibit 8 to the Nadolenco MSJ Declaration (Ref. No. 6). |
| 41 | Exhibit 3 to the Nadolenco Hashmi Decl. (excerpts from the October 26, 2017 Deposition Transcript of Omry Yadan) | Pages 84:11-25; 121:1-122:3; 122:11-25; 149:5-150:9; 150:17-21; 150:25-151:5; 156:1-25; 169:20- | *See* Exhibit 6 to the Nadolenco MSJ Declaration (Ref. No. 4). |

| Motion to Exclude Portions of the Expert Report, Opinions, and Testimony of Dr. Atif Hashmi (Dkt. 302) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | 171:3; 171:5-12; 171:16-25; 172:4-25; 173:9-23; 184:2-186:11; 220:1-25; 221:3-7; 221:13-17; 221:19-23; 222:5-14; 223:12-224:8; 224:15-25; 228:11-229:25; 236:1-237:24; 238:2-24; 239:1-242:25; 307:1-308:8; 308:15-25; or portions thereof | |
| 42 | Exhibit 4 to the Nadolenco Hashmi Decl. (excerpts from the October 18, 2016 Deposition Transcript of Yaniv Taigman) | Pages 128:11-16; 130:12-25; 140:1-25; 159:1-164:25; 165:2-167:25; 171:14-173:25; 195:1-25; 217:2-25; 230:9-24; 238:2-3; 238:6-13; 238:15-239:25; 273:1-274:11; 283:2-284:25; or portions thereof | *See* Exhibit 5 to the Nadolenco MSJ Declaration (Ref. No. 3). |
| 43 | Exhibit 9 to the Nadolenco Hashmi Decl. (Expert Report of Matthew Turk, Ph. D.) | Entire document | *See* Exhibit 3 to the Nadolenco MSJ Declaration (Ref. No. 1). |
| 44 | Facebook's Motion to Exclude Portions of the Expert Report, Opinions, and Testimony of Dr. Atif Hashmi | Pages 1:6-12; 1:14-20; 2:18-26; 3:1-2; 3:10-13; 3:24-25; 4:1-5:3; 5:6-27; 6:1-17; 6:25-26; 8:5-22; 8:24-9:3; 9:12-15; 9:18-23; 9:25-10:2; 10:5-6; 10:14-11:1; | The designated portions of Facebook's Motion to Exclude Portions of the Expert Report, Opinions, and Testimony of Dr. Atif Hashmi reference or discuss the information contained in the discovery responses, expert reports, and confidential |

| Motion to Exclude Portions of the Expert Report, Opinions, and Testimony of Dr. Atif Hashmi (Dkt. 302) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | 11:3-8; 11:11-14; 11:18-19; 11:21-28; 12:3-6; 12:22-27; 13:4-7; 13:11-17; 13:24-14:4; 14:8-22; 8:14-22; 14:25-15:1; 15:3-9; or portions thereof | deposition testimony of Hashmi, Yadan, and Taigman that Facebook seeks to seal. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25. |

| Plaintiffs' Opposition to Facebook's Motion to Exclude Portions of the Expert Report, Opinions, and Testimony of Dr. Atif Hashmi (Dkt. 342) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 45 | Plaintiffs' Opposition to Facebook's Motion to Exclude Portions of the Expert Report, Opinions, and Testimony of Dr. Atif Hashmi | Pages 2:4-5; 2:15-21; 2:26-28; 4:16-20; 5:23-6:25; 6:27-28; 7:1-24; 8:5-15; 8:24-28; 9:11-10:1; 10:3-12; 12:3-9; 12:12-17; 12:24-13:1; or portions thereof | The designated portions of Plaintiffs' Opposition to Facebook's Motion to Exclude Portions of the Expert Report, Opinions, and Testimony of Dr. Atif Hashmi reference or discuss the information contained in the discovery responses, expert reports, and confidential deposition testimony of Hashmi, Turk, Yadan, and Dunn that Facebook seeks to seal. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition |

| Plaintiffs' Opposition to Facebook's Motion to Exclude Portions of the Expert Report, Opinions, and Testimony of Dr. Atif Hashmi (Dkt. 342) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25. |
| 46 | Exhibit 2 to the Declaration of Corban S. Rhodes in Opposition to Facebook's Motions to Exclude and/or Strike Opinions of Dr. Atif Hashmi and Jeffrey Dunn ("Rhodes Decl.") (excerpts of February 23, 2018 transcript of Deposition Transcript of Dr. Atif Hashmi) | Entire document | *See* Exhibit 8 to the Nadolenco MSJ Declaration (Ref. No. 6). |
| 47 | Exhibit 8 to the Rhodes Decl. (excerpts of transcript of February 28, 2018 Deposition Transcript of Matthew Turk, Ph.D.) | Entire document | *See* Exhibit 28 to the Williams MSJ Opp. Declaration (Ref. No. 29). |
| 48 | Exhibit 9 to the Rhodes Decl. (excerpts of transcript of October 26, 2017 Deposition Transcript of Omry Yadan) | Entire document | *See* Exhibit 6 to the Nadolenco MSJ Declaration (Ref. No. 4). |
| 49 | Exhibit 10 to the Rhodes Decl. (excerpts of transcript of February 26, 2018 Deposition Transcript of Jeffrey S. Dunn) | Entire document | *See* Exhibit 11 to the Nadolenco MSJ Declaration (Ref. No. 9). |

| Facebook's Reply in Support of Its Motion to Exclude Hashmi (Dkt. 352) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 50 | Exhibit 14 to the Supplemental Declaration of John Nadolenco in Support of Facebook's Opposition to Plaintiffs' Motion to Exclude Hashmi ("Supp. | Entire document | *See* Exhibit 4 to the Nadolenco MSJ Declaration (Ref. No. 2). |

| | Facebook's Reply in Support of Its Motion to Exclude Hashmi (Dkt. 352) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | Nadolenco Hashmi Decl.") (Expert Rebuttal Report of Matthew Turk, Ph.D.) | | |
| 51 | Exhibit 16 to the Supp. Nadolenco Hashmi Decl. (excerpts of the February 23, 2018 Deposition Transcript of Dr. Atif Hashmi) | Entire document | *See* Exhibit 8 to the Nadolenco MSJ Declaration (Ref. No. 6). |
| 52 | Facebook's Reply in Support of its Motion to Exclude | Pages 2:14-20; 3:17-22; 3:24-4:17; 4:23-5:2; 5:12-21; 9:2-3; 9:6-11; 9:13-14; 9:17-18; 10:10-11; or portions thereof | The designated portions of Facebook's Reply in Support of its Motion to Exclude reference or discuss the information contained in the expert reports, and confidential deposition testimony that Facebook seeks to seal. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25. |

**FACEBOOK'S MOTION TO STRIKE AND/OR EXCLUDE THE EXPERT REPORT OF JEFFREY S. DUNN**

| | Facebook's Motion to Strike and/or Exclude the Expert Report of Jeffrey S. Dunn (Dkt. 305) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 53 | Exhibit 1 to the Declaration of John Nadolenco in Support of Facebook's Motion to Strike and/or Exclude the Expert | Entire document | *See* Exhibit 7 to the Nadolenco MSJ Declaration (Ref. No. 5). |

27

| Facebook's Motion to Strike and/or Exclude the Expert Report of Jeffrey S. Dunn (Dkt. 305) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | Report of Jeffrey S. Dunn ("Nadolenco Dunn Declaration") (Expert Report of Jeffrey S. Dunn) | | |
| 54 | Exhibit 2 to the Nadolenco Dunn Declaration (excerpts from the October 26, 2017 Deposition Transcript of Omry Yadan) | Pages 84:11-25; 121:1-122:3; 122:11-25; 149:5-150:9; 150:17-21; 150:25-151:5; 156:1-25; 169:20-171:3; 171:5-12; 171:16-25; 172:4-25; 173:9-23; 184:2-186:11; 186:23-25; 219:1-3; 219:10-21; 220:1-25; 221:3-7; 221:13-17; 221:19-23; 222:5-14; 223:12-224:25; 228:1-229:25; 236:1-238:24; 239:1-25; 241:1-242:25; 307:1-308:8; 308:15-25 | *See* Exhibit 6 to the Nadolenco MSJ Declaration (Ref. No. 4). |
| 55 | Exhibit 3 to the Nadolenco Dunn Declaration (excerpts of transcript of October 18, 2016 Deposition of Transcript Yaniv Taigman) | Pages 128:11-16; 130:1-25; 140:1-25; 159:1-164:25; 165:2-167:25; 171:14-173:25; 194:14-195:25; 217:2-25; 230:9-24; 238:2-3; 238:6-13; 238:15-239:25; 273:1-274:11; 283:2-284:25; or portions thereof | *See* Exhibit 5 to the Nadolenco MSJ Declaration (Ref. No. 3). |

| | | Facebook's Motion to Strike and/or Exclude the Expert Report of Jeffrey S. Dunn (Dkt. 305) | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 56 | Exhibit 6 to the Nadolenco Dunn Declaration (excerpts of transcript of February 23, 2018 Deposition Transcript of Dr. Atif Hashmi) | Entire document | *See* Exhibit 8 to the Nadolenco MSJ Declaration (Ref. No. 6). |
| 57 | Exhibit 7 to the Nadolenco Dunn Declaration (Expert Report of Matthew Turk, Ph.D.) | Entire document | *See* Exhibit 3 to the Nadolenco MSJ Declaration (Ref. No. 1). |
| 58 | Exhibit 8 to the Nadolenco Dunn Declaration (Expert Report of Dr. Atif Hashmi) | Entire document | *See* Exhibit 9 to the Nadolenco MSJ Declaration (Ref. No. 7). |
| 59 | Exhibit 9 to the Nadolenco Dunn Declaration (excerpts from the February 26, 2018 Deposition Transcript of Jeffrey S. Dunn) | Entire document | *See* Exhibit 11 to the Nadolenco MSJ Declaration (Ref. No. 9). |
| 60 | Motion to Strike and/or Exclude the Expert Report of Jeffrey S. Dunn | Pages 2:9-19; 2:26-28; 3:3-22; 4:11-26; 5:1-2; 5:4-14; 5:16-27; 6:1-25; 8:4-5; 8:15-9:1; 9:24-27; 10:20-23; 10:26-11:2; 11:5-8; 11:11-16; 12:2-5; 12:9-15; 13:6-9; 13:11-19; 13:24-14:4; 14:11-15:2; or portions thereof | The designated portions of Facebook's Motion to Strike and/or Exclude the Expert Report of Jeffrey S. Dunn reference or discuss the information contained in the expert reports, and confidential deposition testimony that Facebook seeks to seal.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25. |

| | Plaintiffs' Opposition to Facebook's Motion to Strike and/or Exclude the Expert Report of Jeffrey S. Dunn (Dkt. 343) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 61 | Plaintiffs' Opposition to Facebook's Motion to Strike and/or Exclude the Expert Report of Jeffrey S. Dunn | Pages 1:8-18; 1:20-25; 2:1-4; 2:12-14; 2:20-3:16; 3:18-24; 3:27-4:14; 4:16-5:7; 5:28-6:6; 6:8-13; 6:16-22; 7:2-6; 7:13-25; 8:1-6; 8:11-26; 9:20-23; 9:25-26; 10:2-10; 10:19-11:15; 11:18-24; 12:6-16; 12:18-13:13; 13:15-24; 13:27-28; 14:10-18; 14:21-28; 15:2-18; 15:24-28; or portions thereof | The designated portions of Plaintiffs' Opposition to Facebook's Motion to Strike and/or Exclude the Expert Report of Jeffrey S. Dunn reference or discuss the information contained in the expert reports, and confidential deposition testimony that Facebook seeks to seal.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25. |
| 62 | Exhibit 2 to the Rhodes Decl. (excerpts from the February 23, 2018 Deposition Transcript of Dr. Atif Hashmi) | Entire document | *See* Exhibit 8 to the Nadolenco MSJ Declaration (Ref. No. 6). |
| 63 | Exhibit 8 to the Rhodes Decl. (excerpts from the February 28, 2018 Deposition Transcript of Matthew Turk, Ph.D.) | Entire document | *See* Exhibit 28 to the Williams MSJ Opp. Declaration (Ref. No. 29). |
| 64 | Exhibit 9 to the Rhodes Decl. (excerpts from the October 26, 2017 Deposition Transcript of Omry Yadan) | Entire document | *See* Exhibit 6 to the Nadolenco MSJ Declaration (Ref. No. 4). |
| 65 | Exhibit 10 to the Rhodes Decl. (excerpts from the February 26, 2018 Deposition Transcript of Jeffrey S. Dunn) | Entire document | *See* Exhibit 11 to the Nadolenco MSJ Declaration (Ref. No. 9). |

| Facebook's Reply in Support of Its Motion to Strike and/or Exclude the Expert Report of Jeffrey S. Dunn (Dkt. 354) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 66 | Exhibit 11 to the Supplemental Declaration of John Nadolenco (excerpts from February 26, 2018 Deposition Transcript of Jeffrey S. Dunn) | Entire document | *See* Exhibit 11 to the Nadolenco MSJ Declaration (Ref. No. 9). |
| 67 | Facebook's Reply in Support of Its Motion to Motion to Strike and/or Exclude the Expert Report of Jeffrey S. Dunn | Pages 1:6-8; 1:25-2:3; 3:11-13; 4:7-10; 5:3-7; 6:20; 6:26-7:1; 7:11-16; 7:21-24; 7:25-26; 8:6-14; 8:16-20; 9:7-11; 9:14-19; 10:1-3; 10:8-9; 10:15-21; or portions thereof | The designated portions of Facebook's Reply in Support of Its Motion to Motion to Strike and/or Exclude the Expert Report of Jeffrey S. Dunn reference or discuss the information contained in the expert reports, and confidential deposition testimony that Facebook seeks to seal.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25. |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

| Plaintiffs' Motion for Partial Summary Judgment (Dkt. 307) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 68 | Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment | Pages i:13-14; i:17-18; 2:17-20; 3:1; 3:13-14; 4:2-21; 5:1-2; 5:4-11; 8:8- | The designated portions of Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment reference or discuss |

31

| Plaintiffs' Motion for Partial Summary Judgment (Dkt. 307) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | 22; 9:1-25; 10:16-19; 10:21-11:20; 11:26-28; 12:15-21; 13:9-12; 13:18-14:24; 15:1-17; 15:19-20; 15:25-28; 16:10-12; 17:16-26; 18:1-8; or portions thereof | the information contained in the expert reports, and confidential deposition testimony that Facebook seeks to seal. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25. |
| 69 | Exhibit 1 to the Declaration of Shawn Williams in Support of Plaintiffs' Motion for Partial Summary Judgment ("Williams MSJ Decl.") (FBBIPA_00009283) | Entire document | Exhibit 1 to the Williams MSJ Declaration contains information relating to the details of Facebook's network architecture and its facial recognition technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology. Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of |

| | | Plaintiffs' Motion for Partial Summary Judgment (Dkt. 307) | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 70 | Exhibit 3 to the Williams MSJ Decl. (FBBIPA_00038236) | Entire document | Exhibit 3 to the Williams MSJ Declaration contains communications with a government entity concerning its facial-recognition technology, which are maintained as confidential by both sides to the communication. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook implements its proprietary facial-recognition technology. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 71 | Exhibit 6 to the Williams MSJ Decl. (FBBIPA_00005371) | Entire document | Exhibit 6 to the Williams MSJ Declaration discusses how Facebook's proprietary facial-recognition technology works and the way in which Facebook's computer systems interact with and support Facebook's facial-recognition technology. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 72 | Exhibit 8 to the Williams MSJ | Entire document | Exhibit 8 to the Williams MSJ |

| Plaintiffs' Motion for Partial Summary Judgment (Dkt. 307) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | Decl. (FBBIPA_00008884) | | Decl. contains information relating to the details of Facebook's network architecture and its facial recognition technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 73 | Exhibit 9 to the Williams MSJ Decl. (February 28, 2018 Deposition Transcript of Matthew Turk) | Pages 131-32, 162, 178, 197, and 228 to the excerpts submitted by Facebook; and non-cited pages in their entirety | *See* Exhibit 28 to the Williams MSJ Opp. Declaration (Ref. No. 29).<br><br>Exhibit 9 to the Williams MSJ Declaration includes a complete copy of Mr. Taigman's deposition transcript, of which 6 pages are cited in plaintiffs' brief.  The non-cited pages have no bearing on the issues to be |

| | | | |
|---|---|---|---|
| | Plaintiffs' Motion for Partial Summary Judgment (Dkt. 307) | | |
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | decided on this motion and should be sealed for this additional reason.  *See CreAgri, Inc.*, 2014 WL 27028, at *2 (granting motion to seal portion of document that would "not further the public's understanding of the reasoning underlying the Court's decisions").  Nadolenco Sealing Decl. ¶ 21. |
| 74 | Exhibit 10 to the Williams MSJ Decl. (Expert Report of Dr. Atif Hashmi) | Entire document | *See* Exhibit 9 to the Nadolenco MSJ Declaration (Ref. No. 7). |
| 75 | Exhibit 11 to the Williams MSJ Decl. (Expert Report of Jeffrey S. Dunn) | Entire document | *See* Exhibit 7 to the Nadolenco MSJ Declaration (Ref. No. 5). |
| 76 | Exhibit 12 to the Williams MSJ Decl. (Expert Report of Matthew Turk, Ph.D.) | Entire document | *See* Exhibit 3 to the Nadolenco MSJ Declaration (Ref. No. 1). |
| 77 | Exhibit 14 to the Williams MSJ Decl. (FBBIPA_00011312) | Entire document | Exhibit 14 to the Williams MSJ Declaration contains information relating to the details of Facebook's network architecture and its facial recognition technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Further, public |

| | Plaintiffs' Motion for Partial Summary Judgment (Dkt. 307) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 78 | Exhibit 15 to the Williams MSJ Decl. (FBBIPA_00030855) | Entire document | Exhibit 15 to the Williams MSJ Declaration discusses confidential details about Facebook's strategic plan for the Tag Suggestions feature.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 79 | Exhibit 19 to the Williams MSJ Decl. (FBBIPA_00008127) | Entire document | Exhibit 19 to the Williams MSJ Declaration references proprietary and confidential details about Facebook's image processing system.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11- |

| Plaintiffs' Motion for Partial Summary Judgment (Dkt. 307) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | 12. |
| 80 | Exhibit 20 to the Williams MSJ Decl. (FBBIPA_00036963) | Entire document | Exhibit 20 to the Williams MSJ Declaration contains information relating to the details of Facebook's network architecture and its facial recognition technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 81 | Exhibit 21 to the Williams MSJ Decl. (October 18, 2016 Deposition Transcript of Yaniv Taigman) | Pages 239:1-7; 239:9-25; 249:1; 249:2; 250:9-11; 250:14-15; 252:21-23; 281:2-25 to the excerpts submitted by Facebook; and non-cited pages in their entirety | *See* Exhibit 5 to the Nadolenco MSJ Declaration (Ref. No. 3).<br><br>Exhibit 21 to the Williams MSJ Declaration includes a complete copy of Mr. Taigman's deposition transcript, of which 6 pages are cited in plaintiffs' brief.  The non-cited pages have |

| | | Plaintiffs' Motion for Partial Summary Judgment (Dkt. 307) | | |
|---|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing | |
| | | | no bearing on the issues to be decided on this motion and should be sealed for this additional reason.  *See CreAgri, Inc.*, 2014 WL 27028, at *2 (granting motion to seal portion of document that would "not further the public's understanding of the reasoning underlying the Court's decisions").  Nadolenco Sealing Decl. ¶ 18. | |
| 82 | Exhibit 24 to the Williams MSJ Decl. (FBBIPA_00009318) | Entire document | Exhibit 24 to the Williams MSJ Declaration discusses confidential details about Facebook's strategic plan for the Tag Suggestions feature and include detailed statistics about the use of the Tag Suggestions that are not publicly known.  . Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. | |
| 83 | Exhibit 25 to the Williams MSJ Decl. (FBBIPA_00030648) | Entire document | Exhibit 25 to the Williams MSJ Declaration contains confidential plans for potential future uses of facial-recognition technology that are not publicly known and have not been announced.  Public release of this information would cause Facebook harm by | |

| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
|---|---|---|---|
| | Plaintiffs' Motion for Partial Summary Judgment (Dkt. 307) | | |
| | | | providing competitors with insight into how Facebook designs its computer systems and plans to implement its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 84 | Exhibit 26 to the Williams MSJ Decl. (FBBIPA_00003483) | Entire document | Exhibit 26 to the Williams MSJ Declaration contains confidential plans for potential future uses of facial-recognition technology that are not publicly known and have not been announced. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and plans to implement its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 85 | Exhibit 28 to the Williams MSJ Decl. (FBBIPA_00034037) | Entire document | Exhibit 28 to the Williams MSJ Declaration discusses confidential details about Facebook's strategic plan for the Tag Suggestions feature..  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11- |

| | Plaintiffs' Motion for Partial Summary Judgment (Dkt. 307) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | 12. |
| 86 | Exhibit 30 to the Williams MSJ Decl. (FBBIPA_00009275) | Entire document | Exhibit 30 to the Williams MSJ Declaration contains information relating to the details of Facebook's facial recognition technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors.  Exhibit 30 also contains detailed related to Facebook's marketing strategies, including identification of competitors and the structure of revenue streams for an acquired company.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook develops, markets, and implements its proprietary facial- |

| Plaintiffs' Motion for Partial Summary Judgment (Dkt. 307) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶  11-12. |

| Facebook's Opposition to Plaintiffs' Motion for Partial Summary Judgment (Dkt. 337) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 87 | Exhibit 1 to the Declaration of John Nadolenco in Support of Facebook's Opposition to Plaintiffs' Motion for Partial Summary Judgment ("Nadolenco MSJ Opp. Decl.") (excerpts from the February 23, 2018 Deposition Transcript of Dr. Atif Hashmi) | Entire document | *See* Exhibit 8 to the Nadolenco MSJ Declaration (Ref. No. 6). |
| 88 | Exhibit 2 to the Nadolenco MSJ Opp. Decl. (excerpts from the February 26, 2018 Deposition Transcript of Jeffrey S. Dunn) | Entire document | *See* Exhibit 11 to the Nadolenco MSJ Declaration (Ref. No. 9). |
| 89 | Exhibit 3 to the Nadolenco MSJ Opp. Decl. (Expert Report of Matthew Turk, Ph.D.) | Entire document | *See* Exhibit 3 to the Nadolenco MSJ Declaration (Ref. No. 1). |
| 90 | Exhibit 4 to the Nadolenco MSJ Opp. Decl. (excerpts from the October 18, 2016 Deposition Transcript of Yaniv Taigman) | Pages 138:1-141:25; 149:1-153:25; 159:1-164:25; 165:2-167:25; 171:14-172:25; 237:2-12; 237:15-23; 239:1-25; 281:2-25; 366:3-25; 367:4-25; or portions thereof | *See* Exhibit 5 to the Nadolenco MSJ Declaration (Ref. No. 3). |
| 91 | Exhibit 6 to the Nadolenco MSJ Opp. Decl. (Expert Rebuttal | Entire document | *See* Exhibit 4 to the Nadolenco MSJ Declaration (Ref. No. 2). |

| | Facebook's Opposition to Plaintiffs' Motion for Partial Summary Judgment (Dkt. 337) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | Report of Matthew Turk, Ph.D.) | | |
| 92 | Exhibit 7 to the Nadolenco MSJ Opp. Decl. (Expert Report of Dr. Atif Hashmi) | Entire document | *See* Exhibit 9 to the Nadolenco MSJ Declaration (Ref. No. 7). |
| 93 | Exhibit 8 to the Nadolenco MSJ Opp. Decl. (January 25, 2018 Declaration of Omry Yadan) | Pages 1:14-3:3; or portions thereof | *See* Exhibit 10 to the Nadolenco MSJ Declaration (Ref. No. 8). |
| 94 | Exhibit 9 to the Nadolenco MSJ Opp. Decl. (FBBIPA_00005330) | Entire document | Exhibit 9 to the Nadolenco MSJ Opp. contains confidential details regarding the nature of the templates associated with Facebook's facial-recognition technology.  Public release of this information would cause Facebook harm by providing competitors—particularly those who also use facial recognition—with insight into Facebook's proprietary facial-recognition technology.  2d Yadan Decl. ¶¶ 13; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 95 | Exhibit 16 to the Nadolenco MSJ Opp. Decl. (FBBIPA_00021843) | Entire document | Exhibit 16 to the Nadolenco MSJ Opp. Declaration discusses confidential details about Facebook's strategic plan for the Tag Suggestions feature, including confidential statistics regarding use of the feature.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11- |

[PROPOSED] ORDER RE OMNIBUS ADMINISTRATIVE MOTION TO SEAL;
MASTER CASE NO. 3:15-CV-03747-JD

| Facebook's Opposition to Plaintiffs' Motion for Partial Summary Judgment (Dkt. 337) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | 12. |
| 96 | Exhibit 17 to the Nadolenco MSJ Opp. Decl. (excerpts from the February 28, 2018 Deposition Transcript of Matthew Turk, Ph.D.) | Entire document | *See* Exhibit 28 to the Williams MSJ Opp. Declaration (Ref. No. 29). |
| 97 | Exhibit 19 to the Nadolenco MSJ Opp. Decl. (FBBIPA_00005371) | Entire document | Exhibit 19 to the Nadolenco MSJ Opp. Declaration discusses how Facebook's proprietary facial-recognition technology works and the way in which Facebook's computer systems interact with and support Facebook's facial-recognition technology. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 98 | Facebook's Opposition to Plaintiffs' Motion for Partial Summary Judgment | Pages i:15-20; 2:4-6; 3:3-13; 3:24-25; 4:25-5:7; 5:9-22; 5:25-28; 6:1-5; 6:7-21; 6:23-9:12; 10:9-10; 11:4-8; 11:13-25; 12:6-12; 12:14-17; 13:4-11; 13:23-28; 14:22-23; 15:12-13; 15:19-17:21; 17:24-18:5; 18:17-19:2; 19:8-10; 19:14-21; 19:24-28; 20:4-13; | The designated portions of Facebook's Opposition to Plaintiffs' Motion for Partial Summary Judgment reference or discuss the information contained in the discovery responses, expert reports, and confidential deposition testimony that Facebook seeks to seal. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and |

| Facebook's Opposition to Plaintiffs' Motion for Partial Summary Judgment (Dkt. 337) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | or portions thereof | its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25. |

| Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment (Dkt. 359) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 99 | Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment | Pages 1:17-21; 1:23; 2:1; 2:23-25; 3:24-26; 4:1; 4:7-9; 4:11-17; 4:21-26; 5:1-8; 5:11-19; 5:23-25; 6:22-23; 7:1-3; 7:10-11; 7:14-17; 7:19-27; 8:5-7; 8:20-21; 8:27-28; 9:12-14; 9:19-23; 10:5-6; 10:18-22; 11:3-6; 11:8-9; 13:8; 15:4-8; or portions thereof | The designated portions of Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment reference or discuss the information contained in the discovery responses, expert reports, and confidential deposition testimony that Facebook seeks to seal. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25. |
| 100 | Exhibit 32 to Williams MSJ Reply Decl. (FBBIPA_00001460) | Entire document | Exhibit 32 to Williams MSJ Reply Declaration contains an internal Facebook discussion regarding confidential details about Facebook's strategic plan for the Tag Suggestions feature. Public release of this information would cause Facebook harm by providing competitors with |

44

| | Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment (Dkt. 359) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | insight into how Facebook designs its computer systems and its proprietary facial-recognition technology as well as its marketing and product launch strategies.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 101 | Exhibit 34 to Williams MSJ Reply Decl. (FBBIPA_00037792) | Entire document | Exhibit 34 to Williams MSJ Reply Declaration contains communications with a government entity concerning its facial-recognition technology, which are maintained as confidential by both sides to the communication.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook implements its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 102 | Exhibit 35 to Williams MSJ Reply Decl. (February 28, 2018 Deposition Transcript of Omry Yadan) | Pages 122-23, and 127-29 to the excerpts submitted by Facebook; and non-cited pages in their entirety | Exhibit 35 to Williams MSJ Reply Declaration contains testimony from the February 28, 2018 Deposition of Omry Yadan. Mr. Yadan testified in detail about Facebook's network architecture, how Facebook's proprietary facial-recognition technology works, and the way in which Facebook's computer systems interact with and support Facebook's facial recognition technology.  These portions of |

| Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment (Dkt. 359) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | Mr. Yadan's deposition have been designated by Facebook as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs  its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶  16-17.  Exhibit 35 to Williams MSJ Reply Declaration includes a complete copy of Mr. Yadan's deposition transcript, of which 5 pages are cited in plaintiffs' brief.  The non-cited pages have no bearing on the issues to be decided on this motion and should be sealed for this additional reason.  *See CreAgri, Inc.*, 2014 WL 27028, at *2 (granting motion to seal portion of document that would "not further the public's understanding of the reasoning underlying the Court's decisions").  Nadolenco Sealing Decl. ¶ 18. |
| 103 | Exhibit 36 to Williams MSJ Reply Decl. (FBBIPA_00005374) | Entire document | Exhibit 36 to Williams MSJ Reply Declaration contains information relating to the details of Facebook's facial recognition |

| Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment (Dkt. 359) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  The document also contains confidential details about Facebook's strategic plan for the Tag Suggestions feature.  Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 104 | Exhibit 37 to Williams MSJ Reply Decl. (October 10, 2017 Deposition Transcript of Dan Barak) | Non-cited pages in their entirety | Exhibit 37 to Williams MSJ Reply Declaration contain testimony from the October 10, 2017 Deposition of Dan Barak. Mr. Barak testified in detail about Facebook's network architecture, how Facebook's proprietary facial-recognition technology works, the way in which Facebook's computer systems interact with and support |

| | Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment (Dkt. 359) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | Facebook's facial recognition technology, and Facebook's strategic plan for the Tag Suggestions feature.  These portions of Mr. Barak's deposition have been designated by Facebook as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 16-17.

The Williams MSJ Reply Declaration includes a complete copy of Mr. Barak's deposition transcript, of which 2 pages are cited in plaintiffs' brief.  The non-cited pages have no bearing on the issues to be decided on this motion and should be sealed for this additional reason.  *See CreAgri, Inc.*, 2014 WL 27028, at *2 (granting motion to seal portion of document that would "not further the public's understanding of the reasoning underlying the Court's decisions").  Nadolenco Sealing Decl. ¶ 18.   The cited pages, |

| | | Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment (Dkt. 359) | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | which are included in the excerpt submitted by Facebook, do not discuss either the strategic plan for or the technical details of Facebook's technologies and therefore need not be sealed. |
| 105 | Exhibit 42 to Williams MSJ Reply Decl. (FBBIPA_00006889) | Entire document | Exhibit 42 to Williams MSJ Reply Declaration contains information relating to the details of Facebook's network architecture and its facial recognition technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 106 | Exhibit 43 to Williams MSJ Reply Decl. (FBBIPA_00037793) | Entire document | Exhibit 43 to Williams MSJ Reply Declaration discusses confidential details about |

| Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment (Dkt. 359) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | Facebook's strategic plan, including its marketing and communications strategies, for the Tag Suggestions feature. Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| 107 | Exhibit 47 to Williams MSJ Reply Decl. (FBBIPA_00008127) | Entire document | Exhibit 47 to Williams MSJ Reply Declaration references proprietary and confidential details about Facebook's image processing system.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |

**PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANT'S PROPOSED EXPERT MATTHEW TURK, PH.D**

| Plaintiffs' Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D (Dkt. 301) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 108 | Plaintiffs' Notice of Motion and | Pages i:6-7; i:9-10; | The designated portions of |

50

| | Plaintiffs' Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D (Dkt. 301) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D. | i:13-14; 1:22-23; 1:26-2:10; 2:12; 2:14-17; 2:20-22; 2:27-28; 3:1-3; 4:20-21; 5:4-27; 6:15-20; 6:22-24; 6:27-28; 7:1-3; 7:8-8:10; 8:21-24; 8:27-28; 9:1-24; 9:26-28; 10:3-11; 10:16-21; 10:24-11:6; 11:9-14; 11:17-12:16; 12:23-24; 12:27-13:4; 13:8-12; 13:15-19; 13:26-28; or potions thereof | Plaintiffs' Notice of Motion and Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D. reference or discuss the information contained in the discovery responses, expert reports, and confidential deposition testimony that Facebook seeks to seal.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25 |
| 109 | Exhibit 1 to the Williams Turk Decl. (FBBIPA_00005371) | Entire document | Exhibit 1 to the Williams Turk Declaration discusses how Facebook's proprietary facial-recognition technology works and the way in which Facebook's computer systems interact with and support Facebook's facial-recognition technology.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |

| | Plaintiffs' Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D (Dkt. 301) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 110 | Exhibit 2 to the Williams Turk Decl. (FBBIPA_00036963) | Entire document | *See* Exhibit 20 to the Williams MSJ Declaration (Ref. No. 80). |
| 111 | Exhibit 3 to the Williams Turk Decl. (Expert Report of Matthew Turk, Ph.D.) | Entire document | *See* Exhibit 3 to the Nadolenco MSJ Declaration (Ref. No. 1). |
| 112 | Exhibit 4 to the Williams Turk Decl. (February 28, 2018 Deposition of Matthew Turk, Ph.D.) | Entire document | *See* Exhibit 28 to the Williams MSJ Opp. Declaration (Ref. No. 29). |
| 113 | Exhibit 7 to the Williams Turk Decl. (FBBIPA_00009283) | Entire document | Exhibit 7 to the Williams Turk Declaration contains information relating to the details of Facebook's network architecture and its facial recognition technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors. Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |

| Plaintiffs' Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D (Dkt. 301) | | |
|---|---|---|
| **No.** | **Document** | **Portions to be Sealed** | **Compelling Reasons for Sealing** |
| 114 | Exhibit 9 to the Williams Turk Decl. (Notes taken by Matthew Turk, Ph.D. titled "Phone meeting w/Yaniv," dated December 20, 2017) | Entire document | Exhibit 9 to the Williams Turk Declaration contains information relating to the details of Facebook's network architecture and its facial recognition technology, which Facebook has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Further, public disclosure of information related to Facebook's network architecture and how its architecture is used in connection with facial recognition could put Facebook and the people who use Facebook at increased risk of cyber attack by malicious actors.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶ 22. |
| 115 | Exhibit 11 to the Williams Turk Decl. (FBBIPA_00008127) | Entire document | Exhibit 11 to the Williams Turk Declaration references proprietary and confidential details about Facebook's image processing system.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook |

| | Plaintiffs' Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D (Dkt. 301) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶¶ 34-35; Nadolenco Sealing Decl. ¶¶ 11-12. |

| | Facebook's Opposition to Plaintiffs' Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D. (Dkt. 335) | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 116 | Exhibit 1 to the Declaration of John Nadolenco in Support of Facebook's Opposition to Plaintiffs' Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D. ("Nadolenco Turk Opp. Decl.") (Expert Report of Matthew Turk, Ph.D.) | Entire document | *See* Exhibit 3 to the Nadolenco MSJ Declaration (Ref. No. 1). |
| 117 | Exhibit 2 to the Nadolenco Turk Opp. Decl. (Rebuttal Expert Report of Matthew Turk, Ph.D.) | Entire document | *See* Exhibit 4 to the Nadolenco MSJ Declaration (Ref. No. 2). |
| 118 | Exhibit 3 to the Nadolenco Turk Opp. Decl. (Expert Report of Dr. Atif Hashmi) | Entire document | *See* Exhibit 9 to the Nadolenco MSJ Declaration (Ref. No. 7). |
| 119 | Exhibit 6 to the Nadolenco Turk Opp. Decl. (excerpts from the February 28, 2018 Deposition Transcript of Matthew Turk, Ph.D.) | Entire document | *See* Exhibit 28 to the Williams MSJ Opp. Declaration (Ref. No. 29). |
| 120 | Facebook's Opposition to Plaintiffs' Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, | Pages i:9-10; i:12-18; 1:4-9; 1:11-13; 1:15-16; 1:22-2:5; 2:11-17; 2:20-25; | The designated portions of Facebook's Opposition to Plaintiffs' Motion to Exclude the Testimony of Defendant's |

54

| Facebook's Opposition to Plaintiffs' Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D. (Dkt. 335) | | | |
| --- | --- | --- | --- |
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | Ph.D | 2:27-4:2; 4:4-5:2; 5:4-19; 5:22-6:9; 6:21-23; 7-1-2; 7:5-8; 7:10-12; 7:14-20; 7:25-8:11; 8:14-24; 8:25-27; 9:5-9; 9:15-16; 9:18-20; 10:20-22; 11:1-9; 11:12-17; 11:25-28; 12:7-12; 12:19-20; 12:22-24; 13:1-3; 13:6-9; 13:10-11; 13:14-22; 14:2-10; 14:12-15; 14:19-15:3; 15:5-10; 15:13-21 | Proposed Expert Matthew Turk, Ph.D reference or discuss the information contained in the discovery responses, expert reports, and confidential deposition testimony that Facebook seeks to seal.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25. |

| Plaintiffs' Reply in Support of Their Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D (Dkt. 357) | | | |
| --- | --- | --- | --- |
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| 121 | Plaintiffs' Reply in Support of Their Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D | Pages i:11-13; 1:16-17; 1:22-24; 2:1-2; 2:15-20; 3:13-17; 3:19-21; 4:3-17; 5:15-19; 5:22-24; 6:1-8; 6:23-24; 6:27-28; 7:3-14; 7:18-20; 7:23-25; 7:27-28; 8:12; 8:14-9:12; 9:20-22; 10:1-3; 10:10-16; 10:18-20; or portions thereof | The designated portions of Plaintiffs' Reply in Support of Their Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D reference or discuss the information contained in the discovery responses, expert reports, and confidential deposition testimony that Facebook seeks to seal.  Public release of this information would cause Facebook harm by |

| Plaintiffs' Reply in Support of Their Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D (Dkt. 357) | | | |
|---|---|---|---|
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 24-25. |
| 122 | Exhibit 12 to the Declaration of Shawn Williams in Support of Plaintiffs' Reply in Support of Their Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D ("Williams Turk Reply Decl.") (Expert Report of Jeffrey S. Dunn) | Entire document | *See* Exhibit 7 to the Nadolenco MSJ Declaration (Ref. No. 5). |
| 123 | Exhibit 13 to the Williams Turk Reply Decl. (Expert Report of Dr. Atif Hashmi) | Entire document | *See* Exhibit 9 to the Nadolenco MSJ Declaration (Ref. No. 7). |
| 124 | Exhibit 14 to the Williams Turk Reply Decl. (February 23, 2018 Deposition Transcript of Dr. Atif Hashmi) | Page 109 to the excerpts submitted by Facebook; and non-cited pages in their entirety | *See* Exhibit 8 to the Nadolenco MSJ Declaration (Ref. No. 6).<br><br>Exhibit 14 to the Williams Turk Reply Declaration includes a complete copy of Mr. Hashmi's deposition transcript, of which 1 page is cited in plaintiffs' brief. The non-cited pages have no bearing on the issues to be decided on this motion and should be sealed for this additional reason.  *See CreAgri, Inc.*, 2014 WL 27028, at *2 (granting motion to seal portion of document that would "not further the public's |

| | | Plaintiffs' Reply in Support of Their Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D (Dkt. 357) | | |
|---|---|---|---|---|
| | No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | | understanding of the reasoning underlying the Court's decisions"). Nadolenco Sealing Decl. ¶ 21. |
| | 125 | Exhibit 15 to the Williams Turk Reply Decl. (February 26, 2018 Deposition Transcript of Jeffrey S. Dunn) | Pages 76-77 and 78 to the excerpts submitted by Facebook; and non-cited pages in their entirety | *See* Exhibit 11 to the Nadolenco MSJ Declaration (Ref. No. 9). Exhibit 15 to the Williams Turk Reply Declaration includes a complete copy of Mr. Dunn's deposition transcript, of which 3 pages are cited in plaintiffs' brief. The non-cited pages have no bearing on the issues to be decided on this motion and should be sealed for this additional reason. *See CreAgri, Inc.*, 2014 WL 27028, at *2 (granting motion to seal portion of document that would "not further the public's understanding of the reasoning underlying the Court's decisions"). Nadolenco Sealing Decl. ¶ 21. |
| | 126 | Exhibit 16 to the Williams Turk Reply Decl. (FBBIPA_00038267) | Entire document | Exhibit 16 to the Williams Turk Reply Declaration contains communications with a government entity concerning its facial-recognition technology, which are maintained as confidential by both sides to the communication. Public release of this information would cause Facebook harm by providing competitors with insight into |

| | | Plaintiffs' Reply in Support of Their Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D (Dkt. 357) | | |
|---|---|---|---|---|
| | No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | | | | how Facebook implements its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| | 127 | Exhibit 17 to the Williams Turk Reply Decl. (FBBIPA_00038258) | Entire document | Exhibit 17 to the Williams Turk Reply Declaration discusses confidential details about Facebook's strategic plan for the Tag Suggestions feature.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |
| | 128 | Exhibit 18 to the Williams Turk Reply Decl. (FBBIPA_00038185) | Entire document | Exhibit 18 to the Williams Turk Reply Declaration contains confidential details regarding the nature of the templates associated with Facebook's facial-recognition technology. Public release of this information would cause Facebook harm by providing competitors— particularly those who also use facial recognition—with insight into Facebook's proprietary facial-recognition technology. 2d Yadan Decl. ¶¶ 13-14; Nadolenco Sealing Decl. ¶¶ 11-12. |
| | 129 | Exhibit 19 to the Williams Turk | Entire document | Exhibit 19 to the Williams Turk |

58

| | Plaintiffs' Reply in Support of Their Motion to Exclude the Testimony of Defendant's Proposed Expert Matthew Turk, Ph.D (Dkt. 357) | | |
| --- | --- | --- | --- |
| No. | Document | Portions to be Sealed | Compelling Reasons for Sealing |
| | Reply Decl. (FBBIPA_00008876) | | Reply Declaration contains confidential information and discussions relating to Facebook's product and marketing strategies.  Public release of this information would cause Facebook harm by providing competitors with insight into Facebook's product and marketing strategies. Nadolenco Sealing Decl. ¶¶ 11-12. |
| 130 | Exhibit 20 to the Williams Turk Reply Decl. (FBBIPA_00036805) | Entire document | Exhibit 20 to the Williams Turk Reply Declaration discusses confidential details of an internal product launch strategy.  Public release of this information would cause Facebook harm by providing competitors with insight into how Facebook designs its computer systems and its proprietary facial-recognition technology.  Yadan Decl. ¶ 34; Nadolenco Sealing Decl. ¶¶ 11-12. |

Because sealing is not required for any portion of the following documents, Facebook shall file unredacted versions of those documents specified below within 7 days of this order:

- Exhibits 13-15 to the declaration of John Nadolenco in support of Facebook's motion for summary judgment;

- Exhibit 21 to the declaration of John Nadolenco in support of Facebook's opposition to plaintiffs' motion for partial summary judgment;

- Exhibits 4-5 to the declaration of John Nadolenco in support of Facebook's opposition to plaintiffs' motion to exclude the testimony of defendant's proposed expert Dr. Matthew Turk;

Because sealing is not required for any portion of the following documents, plaintiffs shall file unredacted versions of those documents specified below within 7 days of this order:

- Exhibit 18 to the declaration of Shawn Williams in support of plaintiffs' opposition to Facebook's motion for summary judgment;

- The declaration of Shawn Williams in support of plaintiffs' motion for partial summary judgment;

- Exhibits 2, 5, and 7 to the declaration of Shawn Williams in support of plaintiffs' motion for partial summary judgment;

- Exhibit 31 to the declaration of Shawn Williams in support of plaintiffs' reply in support of their motion for partial summary judgment; and

- The declaration of Shawn Williams in Support of plaintiffs' motion to exclude the testimony of defendant's proposed expert Dr. Matthew Turk;

- Exhibit 8 to the declaration of Shawn Williams in support of plaintiffs' motion to exclude the testimony of defendant's proposed expert Matthew Turk, Ph.D.

IT IS SO ORDERED.

DATED: _____

_____
Honorable James Donato
United States District Judge

[PROPOSED] ORDER RE OMNIBUS ADMINISTRATIVE MOTION TO SEAL;
MASTER CASE NO. 3:15-CV-03747-JD