# EXHIBIT 22
# [Filed Under Seal]

Confidential

Page 86

1                 UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                   SAN FRANCISCO DIVISION

4

5

6    IN RE FACEBOOK BIOMETRIC   ) Case No. 3:15-CV-03747-JD

7    INFORMATION PRIVACY        )

     LITIGATION                 )

8                               )

     THIS DOCUMENT RELATES TO:  )

9                               )

     ALL ACTIONS                )

10   _____)

11

12

13

14                      CONFIDENTIAL

15

16                       VOLUME II

17          VIDEOTAPED DEPOSITION OF CARLO LICATA

18                   Chicago, Illinois

19               Tuesday, October 24, 2017

20

21

22

23   Reported by:

24   PAULA CAMPBELL, CSR, RDR, CRR, CRC

25   JOB NO. 132505

## Page 87

October 24, 2017
9:07 A.M.

Volume II of the confidential
videotaped discovery deposition of CARLO
LICATA, held at the offices of MAYER BROWN,
LLP, 71 S. Wacker Drive, Chicago, Illinois,
pursuant to notice before Paula Campbell, CSR,
RDR, CRR, CRC.

## Page 88

APPEARANCES:
EDELSON
Attorneys for the plaintiffs
    350 North LaSalle Street
    Chicago, Illinois 60654
BY:   BENJAMIN RICHMAN, ESQ.

ROBBINS GELLER RUDMAN & DOWD
Attorneys for the plaintiffs
    Post Montgomery Center
    One Montgomery Center
    San Francisco, California 94104
BY:   DAVID HALL, ESQ.

CAREY RODRIGUEZ MILIAN GONYA
Attorneys for the plaintiff Frederick Gullen
    1395 Brickell Avenue
    Miami, Florida 33131
BY:   DAVID MILIAN, ESQ. (telephonically)

## Page 89

APPEARANCES:
MAYER BROWN
Attorneys for Facebook
    350 South Grand Avenue
    Los Angeles, California 90071
BY:   JOHN NADOLENCO, ESQ.

    71 South Wacker Drive
    Chicago, Illinois 60606
BY:   MATTHEW PROVANCE, ESQ.

ALSO PRESENT:
    Milo Savich, Videographer

## Page 90

VIDEOGRAPHER:  Okay.  This is the start of tape number one of the videotaped deposition of Mr. Carlo Licata, Volume II of his deposition. The case is In Re Facebook Biometric Information Privacy Litigation.  This is being heard in the United States District Court, Northern District of California, San Francisco Division.  The case number is 3:15-CV-03747.

This deposition is being held at Mayer Brown, LLP, 71 South Wacker Drive, Chicago, Illinois, 60606.  Today's date is October 24th, 2017.  The time is approximately 1:31 P.M.

My name is Milo Savich from TSG Reporting, Inc., and I am the legal video specialist.  The court reporter is Paula Campbell in association with TSG Reporting.

Will counsel please introduce themselves for the record?

MR. RICHMAN:  Ben Richman on behalf of the deponent.

MR. HALL:  David Hall, Robbins Geller, on behalf of the plaintiff Nimesh Patel in the consolidated In Re Facebook actions.

MR. NADOLENCO:  John Nadolenco, Mayer Brown, on behalf of defendant Facebook.

Confidential

Page 91

1      MR. PROVANCE:  Matt Provance, Mayer Brown,
2  on behalf of defendant Facebook.
3      VIDEOGRAPHER:  The attorneys participating
4  telephonically?
5      MR. PROVANCE:  I don't think there are any.
6      VIDEOGRAPHER:  Oh, okay.
7      Will the court reporter please swear in the
8  witness, and we may then proceed.
9      REPORTER:  Would you please raise your
10  right hand.
11  C A R L O   L I C A T A,
12      called as a witness, having been duly sworn,
13      was examined and testified as follows:
14  EXAMINATION
15  BY MR. NADOLENCO:
16      Q.  Good afternoon, Mr. Licata.  Have you been
17  deposed since our -- since the last time you and I
18  met?
19      A.  I have not.
20      Q.  Okay.  So I'm just going to go over some of
21  the basic ground rules --
22      MR. NADOLENCO:  Did we just have someone
23  join?
24      MR. MILIAN:  Yeah.  Hi, David Milian.
25      MR. NADOLENCO:  David, do you want to just

Page 92

1  state your formal appearance for the record?
2  Everyone else has.
3      MR. MILIAN:  Yes.  David Milian, Carey
4  Rodriguez Milian Gonya, for plaintiff Gullen.
5  BY MR. NADOLENCO:
6      Q.  Okay.  So just some of the ground rules.
7  Remember you have to wait until I finish a question
8  before you can give an answer.  That way the court
9  reporter can keep the Q&A together.
10      Does that make sense?
11      A.  It does.
12      Q.  Okay.  And unless you ask me to rephrase a
13  question, if you don't understand something about
14  it, I will just assume that you have, in fact,
15  understood it.
16      Does that sound fair?
17      A.  It does.
18      Q.  Okay.  Your lawyer may object from time to
19  time.  You will recall from the last time that you
20  usually still have to answer the question, unless
21  the objection has to do with -- with privilege, in
22  which case your lawyer may instruct you not to
23  answer.
24      Do you understand that?
25      A.  Yes, I do.

Page 93

1      Q.  Okay.  And then breaks are okay.  I don't
2  expect this to be a super long deposition, frankly,
3  but if you need a break, just let me know, and I'm
4  happy to he oblige normally.
5      A.  Thank you.
6      Q.  But if there's a question pending, I
7  may ask you to answer that question before we go on
8  a break, unless the objection has to do with a
9  privilege issue.
10      Make sense?
11      A.  Very well.
12      Q.  Okay.  Is there any reason you think that
13  you'd be unable to give your best and most accurate
14  testimony today?
15      A.  No.
16      Q.  And you understand that you're under oath,
17  meaning you're under the same type of oath that you
18  would be given if you were testifying in a court of
19  law?
20      A.  I do.
21      Q.  Okay.  Do you still live in Chicago?
22      A.  Yes, I do.
23      Q.  Do you still work at Morgan Stanley, or
24  have you switched jobs?
25      A.  I'm still at Morgan Stanley.

Page 94

1      Q.  Same position as before?
2      A.  Same.
3      Q.  Okay.  And what's your current job title?
4  Are you still a financial advisor?
5      A.  Financial advisor.
6      Q.  And are you still -- for e-mail accounts
7  are you still using carlojlicata@yahoo.com?
8      A.  I am.  I've created a new one at gmail.com
9  recently.
10      Q.  And what's that e-mail address?
11      A.  Carlojlicata@gmail.com.
12      Q.  I see a pattern.
13      Why did you create that new e-mail?
14      A.  I'm getting all sorts of spam in my Yahoo
15  account.
16      Q.  Is your Yahoo e-mail, though, still the one
17  associated with your Facebook account?
18      A.  Yes, I believe so.
19      Q.  Other than the new Gmail account, have you
20  registered for any other e-mail accounts since your
21  last deposition?
22      A.  I have not.
23      Q.  Okay.  So I want to ask you about the
24  computers and devices --
25      A.  Okay.

Confidential

Page 95

1    Q. -- that -- that you use.
2        At your last deposition I think you said
3    you had signed up for Facebook in '09 --
4        A. Uh-hum.
5        Q. -- and had used an IBM ThinkPad laptop.
6        Does that sound right?
7        A. I'm not sure which one I used at the time
8    to sign up, but I had that -- I'm not sure what year
9    I've had it in, but I did have one.
10       Q. Okay. How -- let's do it this way: Since
11   your last deposition have you gotten any new laptops
12   or computers?
13       A. I have not.
14       Q. Since your last deposition have you gotten
15   a new smartphone?
16       A. Yes, I have.
17       Q. Okay. How many?
18       A. One.
19       Q. What do you have now?
20       A. Apple, the iPhone 7.
21       Q. When did you get that, approximately?
22       A. Um, I received that probably seven months
23   ago, maybe.
24       Q. Did you get that from Morgan Stanley?
25       A. I did not. It's personal.

Page 96

1        Q. Do you have a device that was provided to
2    you by Morgan Stanley?
3        A. I do not.
4        Q. So what -- do you use a desktop other -- in
5    your not for work, do you use a desktop computer?
6        A. For personal?
7        Q. Yes.
8        A. Yes, I do.
9        Q. Okay. And what -- what computer is that?
10       A. It's a MacBook Pro.
11       Q. Personally do you use any other computer?
12       A. I do not.
13       Q. Do you log onto your Facebook account from
14   a work computer?
15       A. I do not.
16       Q. Prior to this iPhone 7, did you have
17   another type of iPhone?
18       A. It was an iPhone 6. I can't recall if it
19   was a 6S or not, but 6 or 6S.
20       Q. And for how long did you have that,
21   approximately?
22       A. I believe two years, over two years.
23       Q. Other than the iPhone 6 and the
24   iPhone 7, do you recall any or smartphones you
25   used, say since 2009?

Page 97

1        A. I've had numerous phones. Can't recall the
2    exact order of them, though.
3        Q. Okay. You -- are you able to, like,
4    summarize, like, have they always been Apple phones?
5        A. They have not. I had a BlackBerry prior to
6    my iPhone. I believe I've had a older version of
7    the iPhone previous before the 6 came out.
8        Q. Since this case has been filed, have you
9    used only the iPhone 6 and the iPhone 7, to the
10   best of your knowledge?
11       A. Yes, I believe so. I believe that's
12   accurate.
13       Q. Do you own an iPad or other type of tablet?
14       A. I own an iPad.
15       Q. Have you only just owned that one iPad?
16       A. That's correct.
17       Q. What kind of iPad?
18       A. It's -- I'm not sure the name of it. It's
19   the iPad -- the first one with the retina display,
20   whatever one that makes it.
21       Q. When did you get it, approximately?
22       A. Gee, that was years ago. I can't recall
23   how long it's been.
24       Q. Like two or three years?
25       A. I believe it's older than that.

Page 98

1        Q. Okay. Have you -- so do you use -- did you
2    use Facebook on your iPhone 6?
3        A. Yes.
4        Q. Do you use it on your iPhone 7?
5        A. Yes.
6        Q. Do you use it on your MacBook Pro?
7        A. I'm not sure if I ever logged in from that
8    or not, but maybe, sure.
9        Q. Okay. And do you use it on your iPad?
10       A. Yes.
11       Q. Have you used Facebook, to the best of your
12   recollection, on any other devices?
13       A. Not -- not in awhile, no.
14       Q. And so, it sounds like since you're usually
15   using Facebook on mobile devices, you're usually
16   using the Facebook app to log onto the Facebook?
17       A. For the most part.
18       Q. Does your -- does your new phone have --
19   use the fingerprint to unlock the screen?
20       A. It does.
21       Q. Do you use that?
22       A. I do.
23       Q. Do you consider that use of biometric
24   information?
25       MR. RICHMAN: Objection.

Confidential

Page 99

1      Go ahead.
2      A.  I -- I wouldn't know.
3      Q.  You don't know one way or the other?
4      A.  Uh-uh.
5      Q.  You have to say yes or no.
6      A.  Oh, I'm sorry.  I -- I do not know.
7      Q.  And have you used that fingerprint feature
8  even after you filed this lawsuit?
9      A.  I have.
10     Q.  Do you know what information about your
11 fingerprint is being stored?
12     A.  I do not.
13     Q.  Do you know whether or not you provided
14 express written consent for that fingerprint unlock
15 feature?
16     A.  Yes, I have.
17     Q.  Okay.  So your recollection is you did give
18 consent to use that -- to use the fingerprint
19 feature?
20     A.  I did.
21     Q.  Do you have any apps on your phones or on
22 your iPad that use any kind of face detection
23 technology?
24     A.  Not to my knowledge, no.
25     Q.  Do you use Snapchat?

Page 100

1      A.  Do not.
2      Q.  Do you have any kids?
3      A.  Do not.
4      Q.  Have you ever owned a digital camera?
5      A.  No, other than my smartphones.
6      Q.  Okay.  Just so other than the cameras that
7  are included with your smartphone, you haven't had a
8  separate camera?
9      A.  I have not.
10     Q.  So when we last spoke, you were a very low
11 user, to use your phrase, of Facebook.  Is that
12 still true?
13     A.  Very true.
14     Q.  Okay.  Like how often do you check your
15 news feed?
16     A.  Maybe once every handful of weeks.
17     Q.  Do you post updates --
18     A.  I do not.
19     Q.  -- to Facebook?
20     A.  Do not.
21     Q.  So why do you have the account?
22     A.  For people to locate me.
23     Q.  Do you use Messenger?
24     A.  Very seldomly.
25     Q.  When is the last time you used it?

Page 101

1      A.  I believed I've probably used it within the
2  last six months.
3      Q.  Why don't you use it more frequently?
4      A.  I have a cell phone.  Office phone is
5  typically my form of communication.
6      Q.  Voice calls or, like, texts?
7      A.  Voice calls, primarily.
8      Q.  Do you upload or post photographs to
9  Facebook?
10     A.  I have not in a very, very long time.
11     Q.  But you have at some point?
12     A.  I have a -- uploaded a few, but not many.
13     Q.  Did you have a -- can you tell me, like,
14 roughly how often do you upload a photo?
15     A.  I can't tell you the last time I even
16 recall doing so.
17     Q.  Is there a particular reason you don't
18 use -- you don't upload -- upload photos more
19 frequently to Facebook?
20     A.  Just a private person.  Just not a big fan
21 of social media.
22     Q.  Do you upload photos to other platforms?
23     A.  I do not.
24     Q.  When you have uploaded photographs to -- to
25 Facebook, do you recall whether you used your phone

Page 102

1  or iPad?
2      A.  I don't recall which device I used.
3      Q.  Do you know whether it was -- did you do it
4  from your laptop, or do you -- did you do it from a
5  mobile device?
6      A.  I don't recall which -- which device at
7  all.
8      Q.  Has your use of Facebook changed at all
9  since you filed this lawsuit?
10     A.  It's been reduced, the amount of times I
11 use it.
12     Q.  And why is that?
13     A.  Just -- really just not a fan of the whole
14 social media at all.
15     Q.  And it sounds like that's not unique to
16 Facebook.  That's true for other social media
17 platforms?
18     A.  Correct.
19     Q.  Do you use Twitter?
20     A.  Do not.
21     Q.  What about Instagram?
22     A.  Don't have it.
23     Q.  Do you know whether you receive
24 notifications from Facebook if a user tags you in a
25 photograph?

Confidential

Page 103

1    A. Can you repeat that?
2    Q. Yes. Let me make it an easier question.
3    A. Thanks.
4    Q. Do you receive notifications from Facebook
5    if a user tags you in a photograph?
6    A. Yes.
7    Q. Do you like that feature?
8    A. I guess yes. I have my privacy on, so it
9    alerts me that something has been posted.
10   Q. When you've received those notifications,
11   do you review the tags sometimes?
12   A. Sometimes I do. I have it set to where it
13   doesn't post without my permission.
14   Q. When did you set that?
15   A. I can't recall, but it's been like that for
16   a long time.
17   Q. Are you aware that you can untag yourself
18   from those photographs once you receive the
19   notification?
20   A. I am.
21   Q. And have you done that?
22   A. A few times, yes.
23   Q. Why did you do that?
24   A. I just don't like my -- myself being out
25   there for everybody to see.

Page 104

1    Q. Have you been tagged in a photograph that
2    you received notification about and then not
3    untagged yourself?
4    A. I believe so, yes.
5    Q. And why would you do that?
6    A. Just preference on who I was with or what I
7    was willing to share.
8    Q. Have you ever asked someone to take down a
9    photo of you that had been uploaded?
10   A. I have not.
11   Q. Okay. So it sounds like you realize that
12   you can opt out of tag suggestions; correct?
13       MR. RICHMAN: Objection.
14       But go ahead.
15   A. No, I -- I've realized I can untag myself.
16   Q. So do you realize that you can opt out of
17   tag suggestions altogether?
18       MR. RICHMAN: Same objection.
19   A. No, I --
20       MR. RICHMAN: Sorry, Carlo. Go ahead.
21       THE WITNESS: Oh, thank you.
22   A. No, I don't know, I guess, how to use that
23   functionality yet.
24   Q. Okay. I'm sorry. Do you mind repeating
25   that, your answer? So the question was: Do you

Page 105

1    realize you can opt out of tag suggestions
2    altogether?
3    A. No, I guess I'm unaware of the
4    functionality.
5    Q. Do you have a LinkedIn account?
6    A. I do.
7    Q. Do you ever use direct messages on
8    LinkedIn?
9    A. Very seldomly.
10   Q. Give -- when would you use it?
11   A. If somebody were to reach out to me
12   directly in that same method.
13   Q. So in that situation you are not going to
14   be rude, you might respond, but -- is that right?
15   A. Correct.
16   Q. Okay. But have you ever affirmatively
17   initiated a contact on LinkedIn through a direct
18   message?
19   A. To the best of my knowledge, no, I haven't.
20   Q. Do you use any service for storing photos
21   online?
22   A. Um, I believe part of something is uploaded
23   to the Apple cloud, but not everything. I believe I
24   have shut off as much of the uploads as possible.
25   Q. Okay. So other than Facebook and LinkedIn,

Page 106

1    do you use any other social media?
2    A. I do not.
3    Q. Do you use any service for printing out
4    digital photographs?
5    A. I do not.
6    Q. Okay. What, if anything, did you do to
7    prepare for your depo today?
8    A. Just reviewed my last deposition.
9    Q. When did you do that?
10   A. I did that today.
11   Q. This morning?
12   A. This morning.
13   Q. Did you do anything else?
14   A. I did not.
15   Q. Did you meet with any attorneys?
16   A. I had phone conversations with my attorney.
17   Q. And by your attorney, is that Mr. Richman?
18   A. Mr. Richman.
19   Q. Anyone else?
20   A. David Mindell.
21   Q. Anyone else?
22   A. That's all.
23   Q. And how long did the phone conversation
24   last?
25   A. Very brief.

Confidential



Page 107

1    Q. Less than five minutes?
2    A. About five minutes each.
3    Q. And so these were separate conversations?
4    A. Yes.
5    Q. When did you talk to Mr. Richman?
6    A. This morning.
7    Q. And when did you talk to Mr. Mindell?
8    A. Last evening.
9    Q. And does Mr. Mindell represent you in this
10   case?
11   A. Yes, he does.
12   Q. Did you look at any documents other than
13   your deposition transcript?
14   A. I have not.
15   Q. Since your last deposition, have you looked
16   for any documents that Facebook has requested from
17   you in this litigation?
18   A. I have not.
19   Q. Are you aware that Facebook did, in fact,
20   ask you for documents since your last deposition?
21   A. I am not.
22   Q. Have you communicated with anyone besides
23   your attorneys about your deposition?
24   A. A couple people e-mailed me when they saw a
25   news article and asked me if this was me, but very

Page 108

1    limited interaction.
2    Q. Okay. So let me take a step back.
3        Am I correct that that happened shortly
4    after the lawsuit was filed?
5    A. Shortly after the lawsuit, correct.
6    Q. Okay. But -- so my question was a little
7    bit more focused. It was: Have you talked to
8    anyone else about your deposition today?
9    A. Oh, I have not.
10   Q. Okay. So, like, you didn't have to tell
11   your boss, I'm going to be out of the office this
12   afternoon for a deposition?
13   A. No, I do not.
14   Q. Have you ever communicated with any of the
15   other named plaintiffs in this case?
16   A. I have not.
17   Q. Do you know who they are?
18   A. I do not.
19   Q. Okay. So other than talking to the two
20   lawyers you identified and reviewed your --
21   reviewing your deposition transcript, did you do
22   anything else to prepare for your deposition?
23   A. No.
24   Q. Okay. So now a little bit broader. Have
25   you talked to anyone, excluding your lawyers, anyone

Page 109

1    else about the lawsuit?
2    A. Just in general terms or --
3    Q. Yes.
4    A. -- direct?
5        I have. It's essentially people reaching
6    out to me when they seen a news article or clipping
7    and just asking me if this was me.
8    Q. And how -- how many times has that
9    happened, do you recall?
10   A. Probably count on one hand how many times.
11   Less than five.
12   Q. And do you recall the particular people who
13   reached out?
14   A. Um, I really don't exactly know who it was,
15   but it wasn't many.
16   Q. Do you recall the names of any of them?
17
18
19
20
21
22
23
24
25

Page 110

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential

## Page 111

[redacted]

4     A.  To the best of my knowledge, yes.
5     Q.  All right.  And that's the only
6 conversation about this lawsuit that you
7 specifically recall having?
8     A.  Yes.
9     Q.  When did you first become aware of
10 Facebook's tag suggestion feature?
11     A.  Um, it was several years ago.  I can't give
12 you an exact year, but it's been a long time ago.
13     Q.  Okay.  Was it before you filed this lawsuit
14 or after?
15     A.  Before.
16     Q.  How long before?  Can you estimate that in
17 any way?
18     A.  I don't think I can estimate it, no.
19     Q.  So do you know whether you were aware about
20 the tag suggestion feature before you were in
21 contact with your attorneys in this case?
22     A.  Can you rephrase that, please?
23     Q.  Were you aware of the tag suggestion
24 feature before you were in contact with your
25 attorneys in this case?

## Page 112

1     A.  Can you define what you mean by "feature"?
2     Q.  Were you aware about tag suggestions before
3 you were in contact with your attorneys?
4     A.  Yes.
5     Q.  How do you know that?
6     A.  When I would scroll my mouse over a photo,
7 it would then pop up and ask me is this XYZ person.
8     Q.  And when you saw that, did -- did you do
9 anything in particular about it the first time you
10 saw it?
11     A.  I believe I -- at that point I probably
12 beefed up my security.
13     Q.  What do you recall doing?
14     A.  I don't recall doing -- really doing
15 anything at any point, to be honest with you.
16     Q.  Okay.  So when you said "at that point I
17 probably beefed up my security," what did you mean
18 by that?
19     A.  Um, when I notice something out of the
20 ordinary, I tend to go back in and -- and make sure
21 I have all the latest security updates on.  That's
22 all.
23     Q.  Okay.  And so, you believed it would have
24 been your normal practice to do that then?
25     A.  That would probably prompt me to take a

## Page 113

1 second look.
2     MR. RICHMAN:  John, do you mind if I grab
3 Carlo just a little bit of water real quick?
4     MR. NADOLENCO:  Oh, no.  Of course.
5     THE WITNESS:  Thanks so much.
6     (Pause.)
7     THE WITNESS:  Thanks so much.
8 BY MR. NADOLENCO:
9     Q.  So after you saw the tag suggestions, did
10 you -- what -- what happened next vis-à-vis this
11 case?  Did you go out and contact an attorney, or
12 were you contacted by an attorney?  How did you come
13 to be a plaintiff here?
14     A.  Um, I was speaking with an attorney of mine
15 at the time, which was Brian Coffman, and him and I
16 were having a conversation in regards to
17 something --
18     Q.  Don't tell me the details --
19     A.  Okay.
20     Q.  -- about what you discussed, but okay.
21     So you talked to Brian Coffman?
22     A.  Correct.
23     Q.  What happened next?
24     A.  Brian Coffman then introduced me to the
25 gentleman here, and the dialogues kept moving.

## Page 114

1     Q.  Did Mr. Coffman reach out to you, or did
2 you reach out to Mr. Coffman?
3     A.  I reached out to Mr. Coffman.
4     Q.  Are you currently -- okay, so back to the
5 Facebook platform.
6     A.  Okay.
7     Q.  Are you receiving tag suggestions when
8 photographs of you are being uploaded?
9     A.  I'm receiving notifications that somebody
10 has maybe put something on my wall.  But again,
11 because of my privacy settings, it doesn't actually
12 end up on my wall.
13     Q.  Meaning you have it set where you have to
14 affirmatively approve --
15     A.  Correct.
16     Q.  -- the photograph?
17     A.  Correct.
18     Q.  Okay.  When -- on the, I understand it's
19 relatively few occasions, but on the relatively few
20 occasions when you upload a photograph, did you
21 receive tag suggestions?
22     A.  Um, I can't recall.
23     Q.  Okay.  When you view photographs of your
24 friends on Facebook, do you see tag suggestions
25 then?

### Page 115

1    MR. RICHMAN:  Objection.
2        You can go ahead.
3        A.  Um, I hardly even use Facebook at this
4   point, so I --
5        Q.  I get that, but so when you do use it
6   however infrequently --
7        A.  Right.
8        Q.  -- and you are viewing a photograph, do you
9   recall one way or the other whether you're seeing
10  tag suggestions?
11       A.  I don't believe so.
12       Q.  Have you ever tagged friends based on tag
13  suggestions?
14       A.  Not to my knowledge, no.
15       Q.  I don't mean this from a technical
16  standpoint, but how would you -- when you see the
17  photograph and there is tag suggestions --
18       A.  Okay.
19       Q.  -- in it, what is that -- what's your
20  understanding of what that is doing?  What's that
21  telling you?
22       MR. RICHMAN:  Objection.
23       But go ahead if you understand the
24  question.
25       A.  Please -- please repeat that for me.

### Page 116

1        Q.  What's the purpose of the tag suggestion,
2   to the best of your understanding?
3        A.  Just to identify other people in the
4   photograph.
5        Q.  And do you have an understanding whether
6   it's identifying only your friends, meaning your
7   Facebook friends, in the photograph?
8        A.  I -- I have no idea.
9        Q.  Okay.  Have you ever seen a tag suggestion
10  of someone you had no idea who it was and it said
11  their name?
12       A.  Honestly, I don't think I have enough
13  experience in uploading the photos to know that.
14       Q.  Is tag suggest -- has tag suggest -- easy
15  for me to say -- has tag suggestions ever told you
16  information that you didn't already know about a
17  particular photograph?
18       A.  Perhaps who somebody is or . . .
19       Q.  But wouldn't they have to be a Facebook
20  friend of yours for the tag suggestion name to be
21  populated?
22       A.  Honestly, I don't -- I don't know.
23       Q.  Okay.  So do you have a specific
24  recollection of seeing the name of someone who you
25  didn't already know as a friend?

### Page 117

1        A.  I don't know.  I don't recall.
2        Q.  Okay.  You've been a Facebook user since
3   about 2009; correct?
4        A.  Correct.
5        Q.  Do you recall seeing any announcements on
6   Facebook about tag suggestions when it was rolled
7   out?
8        A.  I don't recall.
9        Q.  Can I ask you to look at Exhibit 31?
10       A.  Okay.
11       MR. NADOLENCO:  Do we have a copy for Ben?
12       MR. RICHMAN:  I heard all about it,
13  but . . .
14       MR. PROVANCE:  There you go.
15       MR. RICHMAN:  Thanks.
16  BY MR. NADOLENCO:
17       Q.  As Exhibit 31, I already identified it, but
18  it has Bates label FBBIPA 1123 through 1125.
19       Please take a minute to look at this, and
20  let me know when you've had a chance to cruise
21  through it?
22       A.  Okay.
23       (Pause.)
24       A.  Okay.
25       Q.  Do you recognize this post?

### Page 118

1        A.  I do not.
2        Q.  Do you have any reason to dispute that it
3   was published to Facebook users in 2010?
4        A.  Do not.
5        Q.  If I can ask you to look at page -- the
6   second page, which ends in Bates 1124?
7        A.  Okay.
8        Q.  In that first full paragraph underneath the
9   pictures, you see that it says, "When you or a
10  friend upload new photos, we use face recognition
11  software, similar to that found in many photo
12  editing tools, to match your new photos to other
13  photos you're tagged in."
14       A.  Uh-huh.
15       Q.  "We group similar photos together and,
16  whenever possible, suggest the name of the friends
17  in the photos."
18       Do you see that?
19       A.  Yes, I do.
20       Q.  Okay.  So do you understand from reading
21  that, that tag suggestions uses some type of facial
22  recognition software?
23       A.  Yes.
24       Q.  Do you feel like that disclosure is pretty
25  clear?

Confidential

Page 119

1    A. It appears to be clear.
2    Q. It also goes on in the next paragraph to
3  say, "If for any reason you don't want your name to
4  be suggested, you will be able to disable suggested
5  tags in your privacy settings."  And then it tells
6  you how to do that.
7      Do you see that?
8    A. Yes, I do.
9    Q. So do you understand this to mean that you
10 can disable tag suggestions if you don't want the
11 feature to work on photos?
12   A. Yes.
13   Q. And I think I asked you this, but so have
14 you disabled tag suggestions?
15   A. Honestly, I'm unsure.
16   Q. All right.  Do you believe you will go
17 check tonight to see whether you have tag
18 suggestions enabled or disabled?
19   A. Very much so.
20   Q. And if it's enabled, what are you going to
21 do?
22   A. Disable it.
23   Q. And why are you going to do that?
24   A. Because this is something I don't want
25 to -- my face to be part of.

Page 120

1    Q. Do you see there in the last sentence the
2  reference to the Help Center page?
3    A. Yes.
4    Q. Are you familiar with Facebook's Help
5  Center page at all?
6    A. I am not.
7    Q. Do you know whether you have ever gone to
8  that page?
9    A. I do not know.
10   Q. Let me ask you to pull -- by the way, there
11 is directions on how to opt out if you want.
12   A. Thanks.
13   Q. So I've got exhibit -- did I give you
14 thirty --
15   A. 33.
16   Q. -- 33?
17   A. Is this correct?
18   Q. Yes, that is correct.
19     Why don't you take a look at Exhibit 33,
20 which I'll represent to you is a printout from the
21 Timeline and Tagging suggest -- Settings on
22 Facebook.
23   A. Okay.
24   Q. Do you recognize this at all?
25   A. I do not.

Page 121

1    Q. And is that because you have never visited
2  the Timeline and Tagging Settings page?
3    A. It's just been such a long time since I've
4  been on it.
5    Q. All right.  Do you -- as you sit there, do
6  you know for certain that you have access to the
7  Timeline and Tagging page, or you don't know one way
8  or the other?
9    A. I guess I can't be for certain. I'm under
10 the impression I did everything in my power to be as
11 private as possible.
12   Q. All right.  So why don't you take a minute,
13 like, to look at this.  Does it refresh your memory
14 that you've been on this page?
15   A. I do remember -- I have a vague
16 recollection of something with, you know, friends,
17 only me, private, something like that.
18   Q. Okay.  So if you're looking -- like if you
19 look at tagging, you see the section on tagging?
20   A. I do.
21   Q. It says, "Who can see posts you're tagged
22 in on your timeline?"
23   A. Uh-hum.
24   Q. And it says, "Only me."
25     Do you see that?

Page 122

1    A. Yes, I do.
2    Q. What's your understanding of what that
3  means?
4    A. It looks like only I would be able then to
5  see my own -- or identify my photo.
6    Q. And do you know what setting you have
7  currently on your Facebook page?
8    A. No, I do not.
9    Q. And so, prior till -- to today, did you
10 know that you could turn tag suggestions off?
11   A. I don't -- I don't believe so.
12   Q. Do you understand now that if you do turn
13 tag suggestions off, Facebook will no longer suggest
14 that friends tag you in photos that look like you
15 based on facial recognition?
16   A. Appears so, yes.
17   Q. What about Facebook's data policy, are you
18 familiar at all with that?
19   A. I'm not.
20   Q. I will give you Exhibit 34.
21   A. Thank you.
22   Q. Feel free to take as long as you want, but
23 I will direct you to particular portions of this.
24 But, in general, does this policy look familiar to
25 you?

Confidential

Page 123

1      A. It does not.
2      Q. Do you have any reason to believe that you
3  have ever reviewed Facebook's data policy?
4      A. I do not.
5      Q. Have you ever reviewed Facebook's terms of
6  use?
7      A. I don't recall if I have.
8      Q. Did you review this data policy to prepare
9  in preparation for your deposition?
10      A. I have not.
11      Q. If you wanted to look at Facebook's data
12  policy, what would you do, other than looking at it
13  here in the depo room with me?
14      A. Probably Google it.
15      Q. Have you Googled, like, terms of use or
16  data policies from other providers?
17      A. I have not.
18      Q. All right. So if you look at Page 1, you
19  see that kind of subheading, "Things you do and
20  information you provide"?  Do you see that?
21      A. I do not. Where are you -- oh, yes, I do.
22      Q. Okay. So first sentence there says, "We
23  collect the content and other information you
24  provide when you use our services."
25      Do you see that?

Page 124

1      A. Yes.
2      Q. And then further down, kind of at the top
3  of the next page, so Page 2 of 8 --
4      A. Okay.
5      Q. -- at the very top it says, "We also
6  collect content and information that other people
7  provide when they use our services, including
8  information about you, such as when they share a
9  photo of you."
10      Do you see that?
11      A. Yes, I do.
12      Q. So is this telling you that Facebook is
13  collecting content and information from photographs
14  of you that are uploaded by other users?
15      A. Yes, it is.
16      Q. And you understand that from reading this
17  disclosure; right?
18      A. Yes, I can.
19      Q. Okay. And then on Page 3 of 8, in the
20  middle of the page there, let me know when you're
21  with me.
22      A. Okay.
23      Q. It says, "For example, we are able to
24  suggest that your friends tag you in a picture by
25  comparing your friends' pictures to information

Page 125

1  we've put together from your profile pictures and
2  other photos in which you've been tagged."
3      Do you see that?
4      A. Yes, I do.
5      Q. And then just below that, like the next
6  sentence says, "If this feature is enabled for you,
7  you can control whether we suggest that another user
8  tag you in a photo using the Timeline and Tagging
9  Settings."
10      Do you see that?
11      A. Yes, I do.
12      Q. And do you understand that to be talking
13  about tag suggestions?
14      A. Yes, I do.
15      Q. Now on Page 6 of 8, do you see the section
16  there, "How can I manage or delete information about
17  me?"
18      A. Yes.
19      Q. It says -- the data policy says there, kind
20  of in the middle of the page, "We store data for as
21  long as it is necessary to provide products and
22  services to you and others, including those
23  described above.  Information associated with your
24  account will be kept until your account is deleted,
25  unless we no longer need the data to provide

Page 126

1  products or services."
2      Do you see that?
3      A. Yes.
4      Q. Do you understand -- do you have one -- an
5  understanding one way or the other about facial
6  templates?
7      MR. RICHMAN:  Objection.
8      Go ahead.
9      A. I guess I don't understand what you mean by
10  fa- -- "template".
11      Q. Okay. Does that word "face template," mean
12  anything to you?  No?
13      A. Not exactly. I feel like it could be a
14  very skewed word.
15      Q. Okay. Well, so in this lawsuit your
16  complaint has, and we can go through it if you want,
17  but it refers a number of times to Facebook
18  allegedly collecting face templates.
19      A. Right.
20      Q. Okay. So that's -- that's what I'm talking
21  about.
22      A. Okay.
23      Q. I'm curious, based on this language that we
24  just read, do you understand that users' templates
25  will be stored by Facebook until users delete their

Confidential

## Page 127

1  account or until they are no longer needed to
2  provide products or services?
3      A. I don't exactly see where it refers to the
4  facial template directly.
5      Q. No, fair point. It does -- it does not use
6  the term "facial template," but it says we store
7  data for as long as necessary to provide services;
8  right?
9      A. Right.
10     Q. And tag -- you would agree with me tag
11  suggestions is a service Facebook provides?
12     A. Correct.
13     Q. Okay. So, and it goes on to say,
14  information associated with the -- your account will
15  be kept until your account's deleted; right?
16     A. Correct.
17     Q. So if you delete your account, does this
18  tell you that Facebook would also delete your facial
19  template?
20         MR. RICHMAN: Objection.
21         You can answer.
22     A. Okay. Yes, it -- that's clear.
23     Q. Do you recall, and forgive me if I already
24  asked you this, so we looked in Exhibit 31 at kind
25  of a -- what I'll characterize as an announcement

## Page 128

1  about tag suggestion.
2      Q. Do you recall receiving any other type of
3  announcement or disclosure from Facebook related in
4  any way, shape, or form to tag suggestions or face
5  recognition?
6      A. I do not recall.
7      Q. Do you recall any, like, tutorials about
8  tag suggestion that popped up when you were using
9  Facebook?
10     A. I do not.
11     Q. You understand that your lawsuit alleges a
12  violation of the Illinois Biometric Information
13  Privacy Act?
14     A. Correct.
15     Q. And can we -- will you understand if I call
16  it BIPA, that I'm referring to that Act?
17     A. Okay.
18     Q. During your first deposition, I think you
19  told me you had, like, a very high level
20  understanding of the act, but said it was confusing
21  and legalese. Without revealing anything you know
22  only from talking to your lawyers, have you learned
23  anything more since your last deposition about what
24  BIPA requires?
25     A. I did not.

## Page 129

1      Q. Do you have anything more than a high level
2  of understanding of what the statute provides or
3  requires?
4      A. I do not.
5      Q. Have you done any independent research
6  about BIPA was?
7      A. I have not.
8      Q. How would you describe for me what BIPA
9  requires or prohibits?
10     A. That question is over my head.
11     Q. So you don't -- is it fair to say you don't
12  have an understanding of what the statute requires?
13     A. Yes, that's fair.
14     Q. Have you done any research about biometric
15  data generally?
16     A. I have not.
17     Q. Do you have an understanding of what
18  biometric information or data even means?
19     A. From a very high level, yes.
20     Q. What's your very high level understanding?
21     A. It's storing, like, data points on your
22  face where maybe it measures distance between eyes,
23  nose, mouth, things of that nature.
24     Q. And where does that understanding come
25  from?

## Page 130

1      A. Just what I've read, what I've seen.
2      Q. And meaning, like, your complaint? Or what
3  do you call reading or seeing that led to that?
4      A. Just from the newspapers that I've read.
5      Q. Anything else?
6      A. Just TV news and newspapers.
7      Q. Do you recall the particular newspapers?
8      A. No, I don't. I read several.
9      Q. Like local papers?
10     A. Um, like, Wall Street Journals, sometimes I
11  get the USA Today. You know, local news channels.
12     Q. Okay. Other than just those type of
13  public, like, news information, have you done
14  anything to educate yourself about what bio --
15  biometric data is?
16     A. No, I have not.
17     Q. Do you have any concerns about face
18  recognition technology just in general?
19         MR. RICHMAN: Objection.
20         You can answer.
21     A. Just my concerns are I'm a very private
22  person. Um, if a camera detects -- let's say I'm
23  away from home, it's in the wrong hands, that could
24  potentially, let's say, give a burglar an
25  opportunity to go in and, you know, break into my

Confidential

Page 131

1  house.  So things of that nature.
2      Q.  Okay.  But you're not saying that's what
3  Facebook's technology does, but that's just your
4  con- --- correct?
5      A.  No, yeah, right.  Several concerns, stuff
6  like where -- just privacy and things of that
7  nature.
8      Q.  Have you talked to anyone about your
9  concerns surrounding face recognition?
10     A.  Just my attorneys.
11     Q.  Do you have any understanding of how
12  Facebook's facial recognition technology works?
13     A.  I do not.
14     Q.  Like if I asked you, like, can you walk me
15  through the process of, like, what's your best guess
16  of what it's doing, can you even do that?
17     A.  I -- I'm not the tech savvy guy.  I have no
18  idea.
19         MR. RICHMAN:  I would have objected as
20  asked and answered, but go on.
21     Q.  All right.  So I want to jump back to the
22  phrase "template" --
23     A.  Okay.
24     Q.  -- as used in your complaint.
25         Do you have an understanding of what that

Page 132

1  means?
2      A.  I do.
3      Q.  Okay.  What's your understanding of what
4  that means from your complaint?
5      A.  Based on what we just discussed a moment
6  ago, it's our whole image being stored.
7      Q.  An image of a particular face?
8      A.  Correct.
9      Q.  Meaning, like, a picture of a face?
10     A.  Correct.
11     Q.  Not a series of numbers?
12     A.  That I could not tell you.
13     Q.  Is it your understanding that Facebook
14  stores templates for some users in connection with
15  tag suggestions?
16     A.  Yes.
17     Q.  Is it your understanding that templates are
18  based on photographs that are uploaded to Facebook?
19     A.  Correct.
20     Q.  Do you know how the templates are created?
21     A.  I do not.
22     Q.  Do you know what photographs are used to
23  create the templates?
24     A.  No, I do not.
25     Q.  Besides the template, do you believe that

Page 133

1  Facebook has stored any other information about your
2  face in connection with face recognition?
3      A.  That I don't know.
4      Q.  Do you know which Facebook users are
5  eligible to have templates?
6      A.  I do not.
7      Q.  Assuming a template is created for a user,
8  do you know when, if ever, the template will be
9  deleted?
10         MR. RICHMAN:  Objection.
11         But go ahead.
12     A.  Based on what I just read.
13     Q.  And what's your understanding from what you
14  just read?
15     A.  Upon deletion of the account.
16     Q.  What about when tag suggestions is turned
17  off, did we also read that if that's turned off that
18  your -- your template will be deleted?
19         MR. RICHMAN:  Objection.
20         But go ahead.
21     A.  From what I glanced at, I didn't study it,
22  it looks like only upon deletion of the account,
23  from what I quickly glanced at.
24     Q.  Do you have any knowledge about whether
25  templates are updated?

Page 134

1      A.  I do not.
2      Q.  Do you know whether templates are created
3  for nonusers?
4      A.  I do not.
5      Q.  So your complaint contains a number of
6  allegations about how Facebook's facial recognition
7  technology works.  Do you have any personal
8  knowledge about how the facial recognition
9  technology works?
10     A.  No, I do not.
11     Q.  Meaning, like, did you do any research to
12  find out?
13     A.  Do not.
14     Q.  Did you look at any Facebook websites or
15  news articles about how Facebook's facial
16  recognition technology works?
17     A.  I have not.
18     Q.  Can you describe, just in your own words,
19  what your lawsuit is about?
20     A.  It's about Facebook, without my permission,
21  taking and storing my template.
22     Q.  Anything else?
23     A.  No.
24     Q.  What should, in your view, Facebook have
25  done differently?

Confidential

Page 135

1    MR. RICHMAN:  Objection.
2    Go ahead and answer.
3    A.  That's a pretty vague statement.
4    Q.  Well, do you believe Facebook did anything
5  wrong by taking and storing your template?
6    A.  I do.
7    Q.  And what should -- should it have done
8  different?
9    MR. RICHMAN:  Same objection.
10    But you can answer if you understand the
11  question.
12    A.  I mean there's -- I guess make it very
13  clear and evident to me that this process was
14  being -- taking place.
15    Q.  Well, I mean, we just looked at a number of
16  exhibits that made it pretty clear.  What besides
17  that could Facebook have done?
18    MR. RICHMAN:  Objection.
19    Go ahead.
20    A.  If for some reason I overlooked this, there
21  is not a constant reminder.
22    Q.  So that's what you want, a constant
23  reminder that Facebook is using facial recognition
24  and tag suggestions?
25    A.  It's one example of how it could have been

Page 136

1  made easier.
2    Q.  Isn't a constant reminder seeing pictures
3  that you're tagged in that Facebook is using facial
4  recognition and tag suggestions?
5    A.  No, it's not.
6    Q.  It's not?
7    A.  Uh-uh.
8    Q.  So when you see a tag of -- notification
9  you told me you get that you're tagged in something,
10  that's not a little reminder that, oh, hey, face --
11  facial recognition is being used here by Facebook;
12  that's your testimony?
13    MR. RICHMAN:  Objection.
14    A.  No.
15    MR. RICHMAN:  Misstates the testimony,
16  but . . .
17    Q.  Okay.  But, so your testimony is that's not
18  a sufficient reminder?
19    A.  No, it's not.
20    Q.  Can you think of anything else that
21  Facebook should have done differently?
22    A.  I think it's a very vague and unfair
23  statement, question.
24    Q.  It's quite -- just as you sit there, can
25  you tell me anything else you think Facebook should

Page 137

1  have done differently?
2    A.  At this present second, no.
3    Q.  I think I know the answer to this question,
4  but I'll ask it anyway.  Do you -- based on your
5  understanding, such as it is, of the tag suggestion
6  process, do you -- can you tell me when it is that
7  you believe that Facebook violates BIPA?
8    A.  Can you --
9    MR. RICHMAN:  Objection.
10    A.  Can you repeat that, please?
11    Q.  What is Facebook doing that violates BIPA,
12  in your own words?
13    MR. RICHMAN:  Objection.
14    A.  That's a --
15    MR. RICHMAN:  But you can go ahead and
16  answer.
17    A.  I think that's a very legal question.
18  That's above my pay grade.
19    Q.  Okay.  So you don't know?
20    A.  Correct.
21    Q.  Do you believe Facebook is violating BIPA
22  by storing templates?
23    MR. RICHMAN:  Objection.
24    A.  Again, I don't have a great understanding
25  of BIPA.

Page 138

1    Q.  Okay.  So you don't know one way or the
2  other?
3    A.  I don't know.
4    Q.  Do you want Facebook to change its policies
5  or practices regarding tag suggestions going forward
6  as a result of this suit?
7    A.  I do.
8    Q.  What do you want it to change?
9    A.  To make it very evident that this is taking
10  place.
11    Q.  But you agree, from what I've shown you
12  this afternoon, Facebook makes it evident; correct?
13    A.  They do make it evident.
14    Q.  Do you want Facebook to stop using facial
15  recognition altogether?
16    A.  As long as they give the user the choice.
17    Q.  Do you have an understanding of what
18  damages you're seeking under BIPA?
19    A.  I do not.
20    Q.  Do you know if they are statutory or
21  otherwise?
22    MR. RICHMAN:  Objection.
23    A.  I don't understand that.
24    Q.  Okay.  I'm sorry.  Did you say you don't
25  understand that?

Confidential

Page 139

1    A.  I do not understand what that means.
2    Q.  Are you going to root for the Dodgers
3  tonight?
4       (Laughter.)
5       MR. NADOLENCO:  Why don't we take a break?
6       VIDEOGRAPHER:  The time is 2:27 P.M., and
7  we're going off the video record.
8       (Recess taken from 2:27 P.M. to
9  2:41 P.M.)
10      VIDEOGRAPHER:  Okay.  The time is
11 2:41 P.M., and we're back on the video record.
12 BY MR. NADOLENCO:
13    Q.  Okay.  We talked a little bit about this,
14 but I just want to go in a little bit more detail
15 about your search for documents that may or may not
16 be related to -- to this case.
17    A.  Okay.
18    Q.  Do you understand in general that Facebook
19 has asked you to produce any documents that relate
20 to the suit?
21    A.  Yes, I am.
22    Q.  And specifically we asked for documents or
23 communications that concern the lawsuit, Facebook's
24 use of facial recognition technology, or tag
25 suggestions.  Is that generally your understanding

Page 140

1  of what we were looking for?
2    A.  Yes, I am.
3    Q.  What did you do to identify any documents
4  that might be responsive?
5    A.  I went into my -- all my inbox folders --
6  or, excuse me -- all my e-mail folders and did
7  searches and archives and as much as I could to pull
8  up anything from Facebook.
9    Q.  And what did you search?  Did you use a
10 particular term?
11    A.  We used several terms, one being Facebook,
12 a whole slew of tag words or identification words.
13    Q.  So Facebook, tag suggestion, facial
14 recognition, stuff like that?
15    A.  Exactly.
16    Q.  And when you say e-mail accounts, that's
17 the Yahoo one and the Gmail one?
18    A.  Yes.
19    Q.  Inboxes and outboxes?
20    A.  All.
21    Q.  All folders?
22    A.  All folders, subfolders.
23    Q.  Did you find anything?
24    A.  I did not.
25    Q.  Did you search any other social media

Page 141

1  accounts, like your LinkedIn?
2    A.  I have not.
3    Q.  Did you include -- did you search any
4  direct messages to or from anyone?
5       MR. RICHMAN:  Objection.
6    A.  I did not.
7    Q.  Did you search Facebook Messenger?
8    A.  I did not.
9    Q.  Did you search text messages?
10    A.  I have not.
11    Q.  And you understand that you're here as a
12 class representative?
13    A.  I don't understand what you mean by "class
14 representative."
15    Q.  Okay.  Do you know one way or the other
16 whether you're bringing a putative class action,
17 possible class action?
18    A.  Yes.
19    Q.  Okay.  So do you know one way or the other
20 whether you're a class representative or not?
21       MR. RICHMAN:  Objection.
22    A.  I do not.
23    Q.  Do you know what the role of a class
24 representative is?
25    A.  I do not.

Page 142

1    Q.  Do you know how the class is defined in
2  this case?
3    A.  No, I do not.
4       MR. RICHMAN:  Objection.
5       Go ahead.
6    Q.  Do you know if it's limited to Illinois
7  residents or not?
8       MR. RICHMAN:  Objection.
9       He said he doesn't know how it's defined,
10 but go ahead.
11    A.  I do not know.
12    Q.  Does it include nonusers of Facebook?
13       MR. RICHMAN:  Objection.  Same objection.
14       But go ahead.
15    A.  I do not know.
16    Q.  Does it include -- hold on.  Never mind.  I
17 already asked you that.
18       Do you know if your -- the class would
19 apply to pictures taken outside of the State of
20 Illinois?
21    A.  I would not know.
22    Q.  Other than the Edelson firm, is any other
23 law firm representing you in this case?
24    A.  No, it is not.
25    Q.  Do you know whether you have a written

Confidential

Page 143

1    retention agreement with the Edelson firm?
2        A. I believe I do, yes.
3        Q. Do you have a copy?
4        A. Not present, but I do.
5        Q. Do you know why that wasn't produced in
6    this litigation?
7        MR. RICHMAN:  Objection.
8        A. I do not.
9        MR. RICHMAN:  We can produce it.  We'll
10   produce it to you.
11       MR. NADOLENCO:  Okay.
12       Will you guys also produce your retention
13   agreements, David?
14       MR. HALL:  I'm happy to talk to you about
15   it.
16       MR. NADOLENCO:  It's a yes-or-no question
17   just on the record.
18       MR. HALL:  Yeah.  I can't give you yes or
19   no --
20       MR. NADOLENCO:  Okay.
21       MR. HALL:  -- right now, but I'm happy to
22   go talk to my team and we can talk about it.
23       MR. NADOLENCO:  Okay.
24   BY MR. NADOLENCO:
25       Q. Do you know whether that retention

Page 144

1    agreement -- the questions are back to you, not
2    Mr. Hall.
3        A. Oh, okay.
4        Q. I probably shouldn't have asked him a
5    question anyway.
6        Do you know whether the retention agreement
7    states who is obligated to pay the costs or expenses
8    associated with this litigation?
9        A. I do not.
10       Q. Do you know one way or the other who pays
11   those?
12       A. No, I do not.
13       Q. Do you know who's obligated to repay the
14   costs of the case if Facebook prevails?
15       A. I do not.
16       Q. Aside from preparing from [sic] your
17   depositions, how many times have you met in person
18   with your lawyers in this case?
19       A. Um, a handful of times.
20       Q. Roughly how many?
21       A. Less than five.
22       Q. Collectively how long have those meetings
23   lasted?
24       A. Probably under three hours.
25       Q. Do you communicate with your lawyers

Page 145

1    otherwise, other than those in-person meetings?
2        A. On the phone.
3        Q. How often have you talked to your lawyers
4    on the phone?
5        A. Um, sporadically.  There is also e-mails
6    too.
7        Q. Okay.  So how many e-mails and phone
8    conversations in total would you estimate?
9        A. Probably 50 in total, maybe going back and
10   forth.
11       Q. Other than what your lawyers are doing,
12   have you done anything just personally to advance
13   the case on your own?
14       A. I have not.
15       Q. How much time did you spend reviewing your
16   prior depo transcript?
17       A. Just about a half hour this morning.
18       Q. And other than that, have you reviewed any
19   documents related to this case?
20       A. I have not.
21       Q. Like, did you -- have you read any court
22   opinions?
23       A. I have not.
24       Q. Have you read any documents Facebook
25   produced?

Page 146

1        A. I have not.
2        Q. Have you read any filings the parties have
3    made in court?
4        A. No, I have not.
5        Q. Have you talked to any proposed class
6    members about the case?
7        A. I have not.
8        Q. Are you aware whether your lawyers attended
9    a mediation in this case?
10       A. I am not.
11       Q. Do you know when trial is scheduled for?
12       A. No, I do not.
13       Q. Do you believe that you've been harmed at
14   all by tag suggestions?
15       A. I'm unaware if I ever have or not.
16       Q. Okay.  So that means -- are you aware of
17   losing any money because of facial recognition or
18   tag suggestions on Facebook?
19       A. No, I'm not.
20       Q. Losing any property?
21       A. No.
22       Q. Are you aware of any other harm because of
23   facial recognition or tag suggestions on Facebook?
24       A. Not to my knowledge.
25       MR. NADOLENCO:  Can I have got two minutes?

Confidential

Page 147

1    I may be done.
2        MR. RICHMAN:  That's amazing.
3        MR. NADOLENCO:  Is this a world record for
4    you?
5        VIDEOGRAPHER:  Oh, shall I go off the
6    record?
7        MR. NADOLENCO:  Oh, I'm sorry.  Yes.
8        VIDEOGRAPHER:  Okay.  The time is
9    2:49 P.M., and we're going off the video
10   record.
11       (Recess taken from 2:49 P.M. to
12   2:54 P.M.)
13       VIDEOGRAPHER:  The time is 2:54 P.M., and
14   we're back on the video record.
15       MR. NADOLENCO:  I -- I don't have any more
16   questions, Mr. Licata.  Thank you.
17       MR. RICHMAN:  I've got just a couple
18   things, if you don't mind.
19       First, can I just ask that you guys
20   produce, what is it, Exhibit 33 and 34 and any
21   past versions you have of this to us.  I don't
22   think we've gotten these in discovery.
23       MR. HALL:  Also 32.
24       MR. NADOLENCO:  You guys can make whatever
25   request you want, but I think we've produced

Page 148

1    whatever was required.
2        (A comment was made that could not be
3    heard.)
4        MR. RICHMAN:  Okay.
5        MR. HALL:  And an earlier ver- -- so you
6    haven't produced these versions, though; right?
7    Is that correct?  Because they are not Bates
8    labeled.
9        MR. PROVANCE:  Um, those are -- well, we'll
10   meet and confer about this afterwards.
11       MR. HALL:  Okay.
12       MR. RICHMAN:  Sure.  We can figure it out.
13   Yeah, if you produced the content, you can just
14   point us to it, and hopefully -- and we'll be
15   there.
16       A couple of quick questions for Mr. Licata.
17   EXAMINATION
18   BY MR. RICHMAN:
19       Q.  First, Mr. Licata, are you aware of the
20   parties in this case having any discussions about a
21   potential resolution of the case?
22       A.  I had a conversation with David --
23       Q.  Well, hold.  Let me just stop you there.
24       A.  Okay.
25       Q.  Let's -- I don't want you to reveal any

Page 149

1    conversations with your attorneys, the content of
2    it.
3        A.  Okay.
4        Q.  I'm just simply asking whether you're aware
5    that those conversations regarding potential
6    resolution have -- have taken place?
7        A.  Yes.
8        Q.  Okay.  And what's your understanding of the
9    status of those discussions?
10       A.  That it didn't go anywhere.
11       Q.  Okay.  There was a question that
12   Mr. Nadolenco asked you earlier about your
13   understanding of what a class representative was.
14       Do you remember those questions?
15       A.  Yes, I do.
16       Q.  Okay.  Do you know -- can you tell me
17   who -- who are you representing in your class, and
18   when I -- or in this case, and when I ask that, do I
19   mean -- I mean are you representing only yourself?
20       A.  No.
21       Q.  Okay.  Who else are you representing?
22       A.  Anybody that could be affected by this
23   whole privacy issue.
24       Q.  And when you say "affected by this privacy
25   issue," what do you mean?

Page 150

1        A.  Um, I guess anybody who could be in a
2    very -- like the same situation, not being made
3    aware that these disclosures were out there and that
4    they have been storing their data without their
5    consent.
6        Q.  So does that mean to you that you have to
7    represent their interests in the case as well?
8        A.  Yes.  Yes.
9        MR. RICHMAN:  That's all I had.
10       VIDEOGRAPHER:  Okay.  The time is 2:57 P.M.
11   This is the end of tape one.  It's also the end
12   of the deposition of Mr. Carlo Licata, Volume
13   II, and we're going off the video record.
14   Thank you, Mr. Licata.
15       THE WITNESS:  Thank you.
16       (Time noted:  2:57 P.M.)
17
18
19          _____
                 CARLO LICATA
20
21   SUBSCRIBED TO AND SWORN BEFORE ME
22   THIS _____ DAY OF _____, 20__.
23   _____
24   (Notary Public)  MY COMMISSION EXPIRES:_____
25

Confidential

---

Page 151

```
1              C E R T I F I C A T E
2        I, Paula Campbell, CSR, RDR, CRR, CRC, do
3   hereby certify that on Tuesday, October 24, 2017
4   appeared before me, CARLO LICATA.
5        I further certify that the said witness was
6   first duly sworn to testify to the truth in the
7   cause aforesaid.
8        I further certify that the signature of the
9   witness to the foregoing deposition was not
10  specified by counsel.
11       I further certify that I am not counsel for
12  nor in any way related to any of the parties to
13  this suit, nor financially interested in the
14  action.
15       IN TESTIMONY WHEREOF, I have hereunto set my
16  hand on this 26th day of October, 2017.
17
18       _____
19       Paula Campbell, CSR, RDR, CRR, CRC
         Certified Shorthand Reporter
20       Registered Diplomate Reporter
         Certified Realtime Reporter
21       Certified Realtime Captioner
22       Illinois C.S.R. No. 084-003481
23
24
25
```

---

Page 152

```
1   ----------------- I N D E X -----------------
2
3   WITNESS          EXAMINATION BY      PAGE
4   CARLO LICATA          MR. NADOLENCO      91
5                         MR. RICHMAN       148
6
7   -------------EXHIBITS PREVIOUSLY MARKED-------------
8                              PAGE  LINE
9   Exhibit 31  FBBIPA_00001123 through   117    9
10           1125
11  Exhibit 33  one-page document,        120   13
12           Timeline and Tagging
13           Settings
14  Exhibit 34  eight-page document, Data 122   20
15           Policy
16
17
18
19
20
21
22
23
24
25
```

---

Page 153

```
1        ERRATA SHEET FOR THE TRANSCRIPT OF:
2   CASE NAME:      In Re Facebook Biometric Information
3              Privacy Litigation
4   DEPOSITION DATE:  February 17, 2016
5   WITNESS NAME:    Carlo Licata
6   Reason codes:
7      1. To clarify the record.
8      2. To conform to the facts.
9      3. To correct transcription errors.
    Page _____ Line _____ Reason _____
10  From _____ to _____
11  Page _____ Line _____ Reason _____
12  From _____ to _____
    Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
    Page _____ Line _____ Reason _____
16  From _____ to _____
    Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
    From _____ to _____
19  Page _____ Line _____ Reason _____
20  From _____ to _____
21
         _____
22          CARLO LICATA
23  SUBSCRIBED TO AND SWORN BEFORE ME
    THIS _____ DAY OF _____, 20__.
24
25  _____
    (Notary Public)  MY COMMISSION EXPIRES:_____
```

Confidential

## A

**A.M (1)**
87:8
**able (4)**
97:3 119:4 122:4
124:23
**Absolutely (1)**
110:1
**access (1)**
121:6
**account (13)**
94:15,17,19 96:13
100:21 105:5
125:24,24 127:1,14
127:17 133:15,22
**account's (1)**
127:15
**accounts (4)**
94:6,20 140:16 141:1
**accurate (2)**
93:13 97:12
**act (3)**
128:13,16,20
**action (3)**
141:16,17 151:14
**actions (2)**
86:9 90:23
**address (1)**
94:10
**advance (1)**
145:12
**advisor (3)**
94:4,5 111:1
**affirmatively (2)**
105:16 114:14
**aforesaid (1)**
151:7
**afternoon (3)**
91:16 108:12 138:12
**ago (5)**
95:23 97:22 111:11
111:12 132:6
**agree (2)**
127:10 138:11
**agreement (3)**
143:1 144:1,6
**agreements (1)**
143:13
**ahead (14)**
99:1 104:14,20 115:2
115:23 126:8
133:11,20 135:2,19
137:15 142:5,10,14
**alerts (1)**

103:9
**allegations (1)**
134:6
**allegedly (1)**
126:18
**alleges (1)**
128:11
**altogether (3)**
104:17 105:2 138:15
**amazing (1)**
147:2
**amount (1)**
102:10
**Angeles (1)**
89:5
**announcement (2)**
127:25 128:3
**announcements (1)**
117:5
**answer (11)**
92:8,20,23 93:7
104:25 127:21
130:20 135:2,10
137:3,16
**answered (1)**
131:20
**anybody (2)**
149:22 150:1
**anyway (2)**
137:4 144:5
**app (1)**
98:16
**appearance (1)**
92:1
**appeared (1)**
151:4
**appears (2)**
119:1 122:16
**Apple (3)**
95:20 97:4 105:23
**apply (1)**
142:19
**approve (1)**
114:14
**approximately (4)**
90:12 95:21 96:21
97:21
**apps (1)**
99:21
**archives (1)**
140:7
**area (1)**
110:3
**article (2)**

107:25 109:6
**articles (1)**
134:15
**Aside (1)**
144:16
**asked (11)**
104:8 107:25 119:13
127:24 131:14,20
139:19,22 142:17
144:4 149:12
**asking (3)**
109:7 110:13 149:4
**associated (4)**
94:17 125:23 127:14
144:8
**association (1)**
90:15
**assume (1)**
92:14
**Assuming (1)**
133:7
**attended (1)**
146:8
**attorney (5)**
106:16,17 113:11,12
113:14
**attorneys (12)**
88:3,9,16 89:3 91:3
106:15 107:23
111:21,25 112:3
131:10 149:1
**Avenue (2)**
88:17 89:4
**aware (12)**
103:17 107:19 111:9
111:19,23 112:2
146:8,16,22 148:19
149:4 150:3
**awhile (1)**
98:13

## B

**back (8)**
108:2 112:20 114:4
131:21 139:11
144:1 145:9 147:14
**Bank (1)**
110:6
**based (7)**
115:12 122:15 126:23
132:5,18 133:12
137:4
**basic (1)**
91:21

**Bates (3)**
117:18 118:6 148:7
**beefed (2)**
112:12,17
**behalf (4)**
90:19,22,25 91:2
**believe (22)**
94:18 96:22 97:6,11
97:11,25 104:4
105:22,23 109:17
109:18 112:11
115:11 119:16
122:11 123:2
132:25 135:4 137:7
137:21 143:2
146:13
**believed (2)**
101:1 112:23
**Ben (2)**
90:19 117:11
**BENJAMIN (1)**
88:6
**best (7)**
93:13 97:10 98:11
105:19 111:4 116:2
131:15
**big (1)**
101:20
**bio (1)**
130:14
**biometric (8)**
86:6 90:4 98:23
128:12 129:14,18
130:15 153:2
**BIPA (9)**
128:16,24 129:6,8
137:7,11,21,25
138:18
**bit (5)**
108:7,24 113:3
139:13,14
**BlackBerry (1)**
97:5
**boss (1)**
108:11
**break (4)**
93:3,8 130:25 139:5
**breaks (1)**
93:1
**Brian (3)**
113:15,21,24
**Brickell (1)**
88:17
**brief (2)**

106:25 110:13
**bringing (1)**
141:16
**broader (1)**
108:24
**Brown (5)**
87:13 89:2 90:10,25
91:1
**burglar (1)**
130:24

## C

**C (6)**
88:1 89:1 91:11,11
151:1,1
**C.S.R (1)**
151:22
**California (4)**
86:2 88:12 89:5 90:7
**call (2)**
128:15 130:3
**called (1)**
91:12
**calls (2)**
101:6,7
**camera (3)**
100:4,8 130:22
**cameras (1)**
100:6
**Campbell (5)**
86:24 87:15 90:15
151:2,19
**Captioner (1)**
151:21
**Carey (2)**
88:15 92:3
**Carlo (11)**
86:17 87:12 90:3
104:20 113:3
150:12,19 151:4
152:4 153:5,22
**Carlojlicata@gmail...**
94:11
**carlojlicata@yahoo...**
94:7
**case (24)**
86:6 90:4,8 92:22
97:8 107:10 108:15
111:21,25 113:11
139:16 142:2,23
144:14,18 145:13
145:19 146:6,9
148:20,21 149:18
150:7 153:2

Confidential

cause (1)
151:7
cell (1)
101:4
Center (4)
88:10,11 120:2,5
certain (2)
121:6,9
Certified (3)
151:19,20,21
certify (4)
151:3,5,8,11
chance (1)
117:20
change (2)
138:4,8
changed (1)
102:8
channels (1)
130:11
characterize (1)
127:25
check (2)
100:14 119:17
Chicago (7)
86:18 87:14 88:5 89:9
90:10 93:21 110:3
choice (1)
138:16
clarify (1)
153:7
class (11)
141:12,13,16,17,20
141:23 142:1,18
146:5 149:13,17
clear (5)
118:25 119:1 127:22
135:13,16
client (2)
109:22,25
clipping (1)
109:6
cloud (1)
105:23
codes (1)
153:6
Coffman (6)
113:15,21,24 114:1,2
114:3
collect (2)
123:23 124:6
collecting (2)
124:13 126:18
Collectively (1)

144:22
come (2)
113:12 129:24
comment (1)
148:2
COMMISSION (2)
150:23 153:25
communicate (1)
144:25
communicated (2)
107:22 108:14
communication (1)
101:5
communications (1)
139:23
comparing (1)
124:25
complaint (5)
126:16 130:2 131:24
132:4 134:5
computer (4)
96:5,9,11,14
computers (2)
94:24 95:12
con- (1)
131:4
concern (1)
139:23
concerns (4)
130:17,21 131:5,9
confer (1)
148:10
confidential (3)
86:14 87:11 109:23
conform (1)
153:7
confusing (1)
128:20
connection (2)
132:14 133:2
consent (3)
99:14,18 150:5
consider (1)
98:23
consolidated (1)
90:23
constant (3)
135:21,22 136:2
contact (5)
105:17 111:21,24
112:3 113:11
contacted (1)
113:12
contains (1)

134:5
content (5)
123:23 124:6,13
148:13 149:1
control (1)
125:7
conversation (5)
106:23 110:11 111:6
113:16 148:22
conversations (5)
106:16 107:3 145:8
149:1,5
copy (2)
117:11 143:3
correct (24)
97:16 102:18 104:12
105:15 108:3,5
113:22 114:15,17
117:3,4 120:17,18
127:12,16 128:14
131:4 132:8,10,19
137:20 138:12
148:7 153:8
costs (2)
144:7,14
counsel (3)
90:17 151:10,11
count (1)
109:10
couple (4)
107:24 110:14 147:17
148:16
course (1)
113:4
court (8)
86:1 90:6,15 91:7
92:8 93:18 145:21
146:3
CRC (4)
86:24 87:16 151:2,19
create (2)
94:13 132:23
created (4)
94:8 132:20 133:7
134:2
CRR (4)
86:24 87:16 151:2,19
cruise (1)
117:20
CSR (4)
86:24 87:15 151:2,19
curious (2)
110:25 126:23
current (1)

94:3
currently (2)
114:4 122:7

### D

D (1)
152:1
damages (1)
138:18
data (15)
122:17 123:3,8,11,16
125:19,20,25 127:7
129:15,18,21
130:15 150:4
152:14
date (2)
90:11 153:4
David (9)
88:13,19 90:21 91:24
91:25 92:3 106:20
143:13 148:22
day (3)
150:22 151:16 153:23
defendant (2)
90:25 91:2
define (1)
112:1
defined (2)
142:1,9
delete (4)
125:16 126:25 127:17
127:18
deleted (4)
125:24 127:15 133:9
133:18
deletion (2)
133:15,22
depo (3)
106:7 123:13 145:16
deponent (1)
90:20
deposed (1)
91:17
deposition (25)
86:17 87:12 90:2,3,9
93:2 94:21 95:2,11
95:14 106:8 107:13
107:15,20,23 108:8
108:12,21,22 123:9
128:18,23 150:12
151:9 153:4
depositions (1)
144:17
describe (2)

129:8 134:18
described (1)
125:23
desktop (2)
96:4,5
detail (1)
139:14
details (1)
113:18
detection (1)
99:22
detects (1)
130:22
device (4)
96:1 102:2,5,6
devices (3)
94:24 98:12,15
dialogue (1)
110:15
dialogues (1)
113:25
different (1)
135:8
differently (3)
134:25 136:21 137:1
digital (2)
100:4 106:4
Diplomate (1)
151:20
direct (5)
105:7,17 109:4
122:23 141:4
directions (1)
120:11
directly (2)
105:12 127:4
disable (3)
119:4,10,22
disabled (2)
119:14,18
disclosure (3)
118:24 124:17 128:3
disclosures (1)
150:3
discovery (2)
87:12 147:22
discussed (2)
113:20 132:5
discussion (2)
110:7 111:3
discussions (2)
148:20 149:9
display (1)
97:19

TSG Reporting - Worldwide   (877) 702-9580

Confidential

dispute (1)
118:2
distance (1)
129:22
District (4)
86:1,2 90:6,7
Division (2)
86:3 90:8
document (3)
86:8 152:11,14
documents (9)
107:12,16,20 139:15
139:19,22 140:3
145:19,24
Dodgers (1)
139:2
doing (8)
101:16 112:13,14,14
115:20 131:16
137:11 145:11
DOWD (1)
88:8
Drive (3)
87:14 89:8 90:10
duly (2)
91:12 151:6

**E**

E (7)
88:1,1 89:1,1 151:1,1
152:1
e-mail (7)
94:6,10,13,16,20
140:6,16
e-mailed (1)
107:24
e-mails (2)
145:5,7
earlier (2)
148:5 149:12
easier (2)
103:2 136:1
easy (1)
116:14
Edelson (3)
88:2 142:22 143:1
editing (1)
118:12
educate (1)
130:14
eight-page (1)
152:14
either (1)
110:20

eligible (1)
133:5
enabled (3)
119:18,20 125:6
ends (1)
118:6
ERRATA (1)
153:1
errors (1)
153:8
ESQ (5)
88:6,13,19 89:6,10
essentially (1)
109:5
estimate (3)
111:16,18 145:8
evening (1)
107:8
everybody (1)
103:25
evident (4)
135:13 138:9,12,13
exact (2)
97:2 111:12
exactly (4)
109:14 126:13 127:3
140:15
EXAMINATION (3)
91:14 148:17 152:3
examined (1)
91:13
example (2)
124:23 135:25
excluding (1)
108:25
excuse (2)
110:4 140:6
exhibit (10)
117:9,17 120:13,19
122:20 127:24
147:20 152:9,11,14
exhibits (2)
135:16 152:7
expect (1)
93:2
expenses (1)
144:7
experience (1)
116:13
EXPIRES (2)
150:23 153:25
express (1)
99:14
extent (1)

111:2
eyes (1)
129:22

**F**

F (1)
151:1
fa- (1)
126:10
face (14)
99:22 118:10 119:25
126:11,18 128:4
129:22 130:17
131:9 132:7,9 133:2
133:2 136:10
Facebook (75)
86:6 89:3 90:4,23,25
91:2 94:17 95:3
96:13 98:2,11,15,16
98:16 100:11,19
101:9,19,25 102:8
102:16,24 103:4
105:25 107:16,19
114:5,24 115:3
116:7,19 117:2,6
118:3 120:22 122:7
122:13 124:12
126:17,25 127:11
127:18 128:3,9
132:13,18 133:1,4
134:14,20,24 135:4
135:17,23 136:3,11
136:21,25 137:7,11
137:21 138:4,12,14
139:18 140:8,11,13
141:7 142:12
144:14 145:24
146:18,23 153:2
Facebook's (11)
111:10 120:4 122:17
123:3,5,11 131:3,12
134:6,15 139:23
facial (18)
118:21 122:15 126:5
127:4,6,18 131:12
134:6,8,15 135:23
136:3,11 138:14
139:24 140:13
146:17,23
fact (3)
92:14 107:19 110:17
facts (1)
153:7
fair (4)

92:16 127:5 129:11
129:13
familiar (3)
120:4 122:18,24
fan (2)
101:20 102:13
FBBIPA (1)
117:18
FBBIPA_00001123 ...
152:9
feature (10)
99:7,15,19 103:7
111:10,20,24 112:1
119:11 125:6
February (1)
153:4
feed (1)
100:15
feel (3)
118:24 122:22 126:13
figure (1)
148:12
filed (5)
97:8 99:8 102:9 108:4
111:13
filings (1)
146:2
financial (2)
94:4,5
financially (1)
151:13
find (2)
134:12 140:23
fingerprint (5)
98:19 99:7,11,14,18
finish (1)
92:7
firm (3)
142:22,23 143:1
first (10)
97:19 110:6 111:9
112:9 118:8 123:22
128:18 147:19
148:19 151:6
five (4)
107:1,2 109:11
144:21
Florida (1)
88:18
focused (1)
108:7
folders (4)
140:5,6,21,22
follows (1)

91:13
foregoing (1)
151:9
forgive (1)
127:23
form (2)
101:5 128:4
formal (1)
92:1
forth (1)
145:10
forward (1)
138:5
found (1)
118:11
Francisco (3)
86:3 88:12 90:7
frankly (1)
93:2
Frederick (1)
88:16
free (1)
122:22
frequently (2)
101:3,19
friend (3)
116:20,25 118:10
friends (8)
114:24 115:12 116:6
116:7 118:16
121:16 122:14
124:24
friends' (1)
124:25
full (2)
111:2 118:8
functionality (2)
104:23 105:4
further (4)
124:2 151:5,8,11

**G**

Gee (1)
97:22
Geller (2)
88:8 90:21
general (4)
109:2 122:24 130:18
139:18
generally (2)
129:15 139:25
gentleman (1)
113:25
getting (1)

Confidential

94:14
**give (10)**
92:8 93:13 99:17
105:10 111:11
120:13 122:20
130:24 138:16
143:18
**given (1)**
93:18
**glanced (2)**
133:21,23
**Gmail (2)**
94:19 140:17
**gmail.com (1)**
94:8
**go (28)**
91:20 93:7 99:1
104:14,20 110:12
112:20 113:11
115:2,23 117:14
119:16 126:8,16
130:25 131:20
133:11,20 135:2,19
137:15 139:14
142:5,10,14 143:22
147:5 149:10
**goes (2)**
119:2 127:13
**going (11)**
91:20 105:13 108:11
119:20,23 138:5
139:2,7 145:9 147:9
150:13
**Gonya (2)**
88:15 92:4
**Good (1)**
91:16
**Google (1)**
123:14
**Googled (1)**
123:15
**gotten (3)**
95:11,14 147:22
**grab (1)**
113:2
**grade (1)**
137:18
**Grand (1)**
89:4
**great (1)**
137:24
**ground (2)**
91:21 92:6
**group (1)**

118:15
**guess (8)**
103:8 104:22 105:3
121:9 126:9 131:15
135:12 150:1
**Gullen (2)**
88:16 92:4
**guy (1)**
131:17
**guys (3)**
143:12 147:19,24

_____

**H**

**half (1)**
145:17
**Hall (10)**
88:13 90:21,21
143:14,18,21 144:2
147:23 148:5,11
**hand (3)**
91:10 109:10 151:16
**handful (2)**
100:16 144:19
**hands (1)**
130:23
**happened (4)**
108:3 109:9 113:10
113:23
**happening (2)**
110:18,23
**happy (3)**
93:4 143:14,21
**harm (1)**
146:22
**harmed (1)**
146:13
**head (2)**
110:10 129:10
**heard (3)**
90:6 117:12 148:3
**held (2)**
87:13 90:9
**Help (2)**
120:2,4
**hereunto (1)**
151:15
**hey (1)**
136:10
**Hi (1)**
91:24
**high (4)**
128:19 129:1,19,20
**hold (2)**
142:16 148:23

**home (1)**
130:23
**honest (1)**
112:15
**Honestly (3)**
116:12,22 119:15
**hopefully (1)**
148:14
**hour (1)**
145:17
**hours (1)**
144:24
**house (1)**
131:1

_____

**I**

**IBM (1)**
95:5
**idea (3)**
116:8,10 131:18
**identification (1)**
140:12
**identified (2)**
108:20 117:17
**identify (3)**
116:3 122:5 140:3
**identifying (1)**
116:6
**II (4)**
86:16 87:11 90:3
150:13
**Illinois (9)**
86:18 87:14 88:5 89:9
90:11 128:12 142:6
142:20 151:22
**image (2)**
132:6,7
**impression (1)**
121:10
**in-person (1)**
145:1
**inbox (1)**
140:5
**Inboxes (1)**
140:19
**include (3)**
141:3 142:12,16
**included (1)**
100:7
**including (2)**
124:7 125:22
**independent (1)**
129:5
**information (20)**

86:7 90:5 98:24 99:10
109:25 116:16
123:20,23 124:6,8
124:13,25 125:16
125:23 127:14
128:12 129:18
130:13 133:1 153:2
**infrequently (1)**
115:6
**initiated (1)**
105:17
**Instagram (1)**
102:21
**instruct (1)**
92:22
**interaction (1)**
108:1
**interested (1)**
151:13
**interests (1)**
150:7
**introduce (1)**
90:17
**introduced (1)**
113:24
**iPad (8)**
97:13,14,15,17,19
98:9 99:22 102:1
**iPhone (12)**
95:20 96:16,17,18,23
96:24 97:6,7,9,9
98:2,4
**issue (3)**
93:9 149:23,25

_____

**J**

**job (2)**
86:25 94:3
**jobs (1)**
93:24
**John (3)**
89:6 90:24 113:2
**join (1)**
91:23
**Journals (1)**
130:10
**jump (1)**
131:21

_____

**K**

**keep (1)**
92:9
**kept (3)**
113:25 125:24 127:15

**kids (1)**
100:2
**kind (6)**
97:17 99:22 123:19
124:2 125:19
127:24
**know (60)**
93:3 99:2,3,6,10,13
102:3,23 104:22
108:17 109:14
110:5 111:19 112:5
116:13,16,22,25
117:1,20 120:7,9
121:6,7,16 122:6,10
124:20 128:21
130:11,25 132:20
132:22 133:3,4,8
134:2 137:3,19
138:1,3,20 141:15
141:19,23 142:1,6,9
142:11,15,18,21,25
143:5,25 144:6,10
144:13 146:11
149:16
**knowledge (8)**
97:10 99:24 105:19
111:4 115:14
133:24 134:8
146:24

_____

**L**

**L (2)**
91:11,11
**label (1)**
117:18
**labeled (1)**
148:8
**language (1)**
126:23
**laptop (2)**
95:5 102:4
**laptops (1)**
95:11
**LaSalle (1)**
88:4
**lasted (1)**
144:23
**latest (1)**
112:21
**Laughter (1)**
139:4
**law (2)**
93:19 142:23
**lawsuit (11)**

Confidential

99:8 102:9 108:4,5
109:1 111:6,13
126:15 128:11
134:19 139:23
**lawyer (2)**
92:18,22
**lawyers (8)**
108:20,25 128:22
144:18,25 145:3,11
146:8
**learned (1)**
128:22
**led (1)**
130:3
**legal (2)**
90:14 137:17
**legalese (1)**
128:21
**let's (4)**
95:10 130:22,24
148:25
**level (4)**
128:19 129:1,19,20
**Licata (14)**
86:17 87:13 90:3
91:16 147:16
148:16,19 150:12
150:14,19 151:4
152:4 153:5,22
**limited (2)**
108:1 142:6
**Line (9)**
152:8 153:9,10,12,13
153:15,16,18,19
**LinkedIn (5)**
105:5,8,17,25 141:1
**litigation (6)**
86:7 90:5 107:17
143:6 144:8 153:3
**little (6)**
108:6,24 113:3
136:10 139:13,14
**live (2)**
93:21 110:3
**LLP (2)**
87:14 90:10
**local (2)**
130:9,11
**locate (1)**
100:22
**log (2)**
96:13 98:16
**logged (1)**
98:7

**long (14)**
93:2 96:20 97:23
101:10 103:16
106:23 111:12,16
121:3 122:22
125:21 127:7
138:16 144:22
**longer (3)**
122:13 125:25 127:1
**look (13)**
107:12 113:1 117:9
117:19 118:5
120:19 121:13,19
122:14,24 123:11
123:18 134:14
**looked (3)**
107:15 127:24 135:15
**looking (3)**
121:18 123:12 140:1
**looks (2)**
122:4 133:22
**Los (1)**
89:5
**losing (2)**
146:17,20
**low (1)**
100:10

────────── M ──────────

**MacBook (2)**
96:10 98:6
**manage (1)**
125:16
**MARKED----------...**
152:7
**match (1)**
118:12
**Matt (1)**
91:1
**MATTHEW (1)**
89:10
**Mayer (5)**
87:13 89:2 90:9,24
91:1
**mean (13)**
112:1,17 115:15
119:9 126:9,11
135:12,15 141:13
149:19,19,25 150:6
**meaning (6)**
93:17 114:13 116:6
130:2 132:9 134:11
**means (6)**
122:3 129:18 132:1,4

139:1 146:16
**measures (1)**
129:22
**media (5)**
101:21 102:14,16
106:1 140:25
**mediation (1)**
146:9
**meet (2)**
106:15 148:10
**meetings (2)**
144:22 145:1
**members (1)**
146:6
**memory (1)**
121:13
**message (1)**
105:18
**messages (3)**
105:7 141:4,9
**Messenger (2)**
100:23 141:7
**met (2)**
91:18 144:17
**method (1)**
105:12
**Miami (1)**
88:18
**middle (2)**
124:20 125:20
**Midwest (1)**
110:6
**Mike (5)**
109:17,21,22 110:3,7
**Milian (7)**
88:15,19 91:24,24
92:3,3,4
**Milo (2)**
89:13 90:13
**mind (4)**
104:24 113:2 142:16
147:18
**Mindell (3)**
106:20 107:7,9
**mine (2)**
109:22 113:14
**minute (2)**
117:19 121:12
**minutes (3)**
107:1,2 146:25
**Misstates (1)**
136:15
**mobile (2)**
98:15 102:5

**moment (1)**
132:5
**money (1)**
146:17
**Montgomery (2)**
88:10,11
**months (2)**
95:22 101:2
**Morgan (5)**
93:23,25 95:24 96:2
110:2
**morning (4)**
106:11,12 107:6
145:17
**mouse (1)**
112:6
**mouth (1)**
129:23
**moving (1)**
113:25

────────── N ──────────

**N (3)**
88:1 89:1 152:1
**Nadolenco (25)**
89:6 90:24,24 91:15
91:22,25 92:5 113:4
113:8 117:11,16
139:5,12 143:11,16
143:20,23,24
146:25 147:3,7,15
147:24 149:12
152:4
**name (9)**
90:13 97:18 116:11
116:20,24 118:16
119:3 153:2,5
**named (1)**
108:15
**names (1)**
109:16
**nature (3)**
129:23 131:1,7
**necessary (2)**
125:21 127:7
**need (2)**
93:3 125:25
**needed (1)**
127:1
**never (2)**
121:1 142:16
**new (8)**
94:8,13,19 95:11,15
98:18 118:10,12

**news (7)**
100:15 107:25 109:6
130:6,11,13 134:15
**newspapers (3)**
130:4,6,7
**Nimesh (1)**
90:22
**nonusers (2)**
134:3 142:12
**normal (1)**
112:24
**normally (1)**
93:4
**North (1)**
88:4
**Northern (2)**
86:2 90:7
**nose (1)**
129:23
**Notary (2)**
150:23 153:25
**noted (1)**
150:16
**notice (2)**
87:15 112:19
**notification (3)**
103:19 104:2 136:8
**notifications (4)**
102:24 103:4,10
114:9
**number (5)**
90:2,8 126:17 134:5
135:15
**numbers (1)**
132:11
**numerous (1)**
97:1

────────── O ──────────

**O (1)**
91:11
**oath (2)**
93:16,17
**object (1)**
92:18
**objected (1)**
131:19
**objection (27)**
92:21 93:8 98:25
104:13,18 115:1,22
126:7 127:20
130:19 133:10,19
135:1,9,18 136:13
137:9,13,23 138:22

Confidential

141:5,21 142:4,8,13
142:13 143:7
**obligated (2)**
144:7,13
**oblige (1)**
93:4
**occasions (2)**
114:19,20
**October (5)**
86:19 87:7 90:11
151:3,16
**office (2)**
101:4 108:11
**offices (1)**
87:13
**oh (10)**
91:6 99:6 104:21
108:9 113:4 123:21
136:10 144:3 147:5
147:7
**okay (94)**
90:1 91:6,20 92:6,12
92:18 93:1,1,6,12
93:21 94:3,23,25
95:10,17 96:9 97:3
98:1,9 99:17 100:6
100:14 104:11,24
105:16,25 106:6
108:2,6,10,19,24
111:2,13 112:16,23
113:19,20 114:4,6
114:18,23 115:18
116:9,23 117:2,10
117:22,24 118:7,20
120:23 121:18
123:22 124:4,19,22
126:11,15,20,22
127:13,22 128:17
130:12 131:2,23
132:3 136:17
137:19 138:1,24
139:10,13,17
141:15,19 143:11
143:20,23 144:3
145:7 146:16 147:8
148:4,11,24 149:3,8
149:11,16,21
150:10
**older (2)**
97:6,25
**once (2)**
100:16 103:18
**one-page (1)**
152:11

**online (1)**
105:21
**opinions (1)**
145:22
**opportunity (1)**
130:25
**opt (4)**
104:12,16 105:1
120:11
**order (1)**
97:2
**ordinary (1)**
112:20
**outboxes (1)**
140:19
**outside (1)**
142:19
**overlooked (1)**
135:20
**owned (2)**
97:15 100:4

_____
**P**

**P (4)**
88:1,1 89:1,1
**P.M (11)**
90:12 139:6,8,9,11
147:9,11,12,13
150:10,16
**page (26)**
118:5,6 120:2,5,8
121:2,7,14 122:7
123:18 124:3,3,19
124:20 125:15,20
152:3,8 153:9,10,12
153:13,15,16,18,19
**paper (1)**
111:1
**papers (1)**
130:9
**paragraph (2)**
118:8 119:2
**part (3)**
98:17 105:22 119:25
**participating (1)**
91:3
**particular (8)**
101:17 109:12 112:9
116:17 122:23
130:7 132:7 140:10
**parties (3)**
146:2 148:20 151:12
**Patel (1)**
90:22

**pattern (1)**
94:12
**Paula (5)**
86:24 87:15 90:15
151:2,19
**Pause (2)**
113:6 117:23
**pay (2)**
137:18 144:7
**pays (1)**
144:10
**pending (1)**
93:6
**people (6)**
100:22 107:24 109:5
109:12 116:3 124:6
**permission (2)**
103:13 134:20
**person (5)**
101:20 110:8 112:7
130:22 144:17
**personal (3)**
95:25 96:6 134:7
**personally (2)**
96:11 145:12
**phone (2)**
98:18 101:4,4,25
106:16,23 145:2,4,7
**phones (3)**
97:1,4 99:21
**photo (7)**
101:14 104:9 112:6
118:11 122:5 124:9
125:8
**photograph (10)**
102:25 103:5 104:1
114:16,20 115:8,17
116:4,7,17
**photographs (9)**
101:8,24 103:18
106:4 114:8,23
124:13 132:18,22
**photos (12)**
101:18,22 105:20
116:13 118:10,12
118:13,15,17
119:11 122:14
125:2
**phrase (2)**
100:11 131:22
**picture (2)**
124:24 132:9
**pictures (5)**
118:9 124:25 125:1

136:2 142:19
**place (3)**
135:14 138:10 149:6
**plaintiff (4)**
88:16 90:22 92:4
113:13
**plaintiffs (3)**
88:3,9 108:15
**platform (1)**
114:5
**platforms (2)**
101:22 102:17
**please (8)**
90:17 91:7,9 111:22
115:25,25 117:19
137:10
**point (7)**
101:11 112:11,15,16
115:4 127:5 148:14
**points (1)**
129:21
**policies (2)**
123:16 138:4
**policy (7)**
122:17,24 123:3,8,12
125:19 152:15
**pop (1)**
112:7
**popped (1)**
128:8
**populated (1)**
116:21
**portions (1)**
122:23
**position (1)**
94:1
**possible (4)**
105:24 118:16 121:11
141:17
**post (5)**
88:10 100:17 101:8
103:13 117:25
**posted (1)**
103:9
**posts (1)**
121:21
**potential (2)**
148:21 149:5
**potentially (1)**
130:24
**power (1)**
121:10
**practice (1)**
112:24

**practices (1)**
138:5
**preference (1)**
104:6
**preparation (1)**
123:9
**prepare (3)**
106:7 108:22 123:8
**preparing (1)**
144:16
**present (3)**
89:12 137:2 143:4
**pretty (3)**
118:24 135:3,16
**prevails (1)**
144:14
**previous (1)**
97:7
**PREVIOUSLY (1)**
152:7
**primarily (1)**
101:7
**printing (1)**
106:3
**printout (1)**
120:20
**prior (4)**
96:16 97:5 122:9
145:16
**privacy (10)**
86:7 90:5 103:8
114:11 119:5
128:13 131:6
149:23,24 153:3
**private (4)**
101:20 121:11,17
130:21
**privilege (2)**
92:21 93:9
**Pro (2)**
96:10 98:6
**probably (10)**
95:22 101:1 109:10
112:11,17,25
123:14 144:4,24
145:9
**proceed (1)**
91:8
**process (3)**
131:15 135:13 137:6
**produce (5)**
139:19 143:9,10,12
147:20
**produced (5)**

Confidential

143:5 145:25
147:25 148:6,13
**products (3)**
125:21 126:1 127:2
**profile (1)**
125:1
**prohibits (1)**
129:9
**prompt (1)**
112:25
**property (1)**
146:20
**proposed (1)**
146:5
**Provance (6)**
89:10 91:1,1,5 117:14
148:9
**provide (7)**
123:20,24 124:7
125:21,25 127:2,7
**provided (2)**
96:1 99:13
**providers (1)**
123:16
**provides (2)**
127:11 129:2
**public (3)**
130:13 150:23 153:25
**published (1)**
118:3
**pull (2)**
120:10 140:7
**purpose (1)**
116:1
**pursuant (1)**
87:15
**put (2)**
114:10 125:1
**putative (1)**
141:16

_____
**Q**
**Q&A (1)**
92:9
**question (17)**
92:7,13,20 93:6,7
103:2 104:25 108:6
115:24 129:10
135:11 136:23
137:3,17 143:16
144:5 149:11
**questions (4)**
144:1 147:16 148:16
149:14

**quick (3)**
110:14 113:3 148:16
**quickly (1)**
133:23
**quite (1)**
136:24

_____
**R**
**R (4)**
88:1 89:1 91:11 151:1
**raise (1)**
91:9
**RDR (4)**
86:24 87:16 151:2,19
**reach (3)**
105:11 114:1,2
**reached (2)**
109:13 114:3
**reaching (1)**
109:5
**reaction (2)**
110:22,24
**read (10)**
126:24 130:1,4,8
133:12,14,17
145:21,24 146:2
**reading (3)**
118:20 124:16 130:3
**real (1)**
113:3
**realize (3)**
104:11,16 105:1
**realized (1)**
104:15
**really (6)**
102:13 109:14 110:21
110:23,23 112:14
**Realtime (2)**
151:20,21
**reason (15)**
93:12 101:17 118:2
119:3 123:2 135:20
153:6,9,10,12,13,15
153:16,18,19
**recall (34)**
92:19 96:18,24 97:1
97:22 101:16,25
102:2,6 103:15
109:9,12,16,19,20
110:8,16,19,21
111:3,7 112:13,14
114:22 115:9 117:1
117:5,8 123:7
127:23 128:2,6,7

130:7
**receive (4)**
102:23 103:4,18
114:21
**received (3)**
95:22 103:10 104:2
**receiving (3)**
114:7,9 128:2
**Recess (2)**
139:8 147:11
**recognition (19)**
118:10,22 122:15
128:5 130:18 131:9
131:12 133:2 134:6
134:8,16 135:23
136:4,11 138:15
139:24 140:14
146:17,23
**recognize (2)**
117:25 120:24
**recollection (4)**
98:12 99:17 116:24
121:16
**record (11)**
90:18 92:1 139:7,11
143:17 147:3,6,10
147:14 150:13
153:7
**reduced (1)**
102:10
**reference (1)**
120:2
**referring (1)**
128:16
**refers (2)**
126:17 127:3
**refresh (1)**
121:13
**regarding (2)**
138:5 149:5
**regards (1)**
113:16
**registered (2)**
94:20 151:20
**relate (1)**
139:19
**related (4)**
128:3 139:16 145:19
151:12
**RELATES (1)**
86:8
**relatively (2)**
114:19,19
**remember (3)**

92:7 121:15 149:14
**reminder (5)**
135:21,23 136:2,10
136:18
**repay (1)**
144:13
**repeat (3)**
103:1 115:25 137:10
**repeating (1)**
104:24
**rephrase (2)**
92:12 111:22
**Reported (1)**
86:23
**reporter (7)**
90:15 91:7,9 92:9
151:19,20,20
**Reporting (2)**
90:13,16
**represent (3)**
107:9 120:20 150:7
**representative (5)**
141:12,14,20,24
149:13
**representing (4)**
142:23 149:17,19,21
**request (1)**
147:25
**requested (1)**
107:16
**required (1)**
148:1
**requires (4)**
128:24 129:3,9,12
**research (3)**
129:5,14 134:11
**residents (1)**
142:7
**resolution (2)**
148:21 149:6
**respond (1)**
105:14
**responsive (1)**
140:4
**result (1)**
138:6
**retention (4)**
143:1,12,25 144:6
**retina (1)**
97:19
**reveal (1)**
148:25
**revealing (1)**
128:21

**review (2)**
103:11 123:8
**reviewed (5)**
106:8 108:20 123:3,5
145:18
**reviewing (2)**
108:21 145:15
**Richman (46)**
88:6 90:19,19 98:25
104:13,18,20
106:17,18 107:5
110:1 113:2 115:1
115:22 117:12,15
126:7 127:20
130:19 131:19
133:10,19 135:1,9
135:18 136:13,15
137:9,13,15,23
138:22 141:5,21
142:4,8,13 143:7,9
147:2,17 148:4,12
148:18 150:9 152:5
**right (18)**
91:10 95:6 105:14
111:5 115:7 119:16
121:5,12 123:18
124:17 126:19
127:8,9,15 131:5,21
143:21 148:6
**Robbins (2)**
88:8 90:21
**Rodriguez (2)**
88:15 92:4
**role (1)**
141:23
**rolled (1)**
117:6
**room (1)**
123:13
**root (1)**
139:2
**roughly (2)**
101:14 144:20
**rude (1)**
105:14
**RUDMAN (1)**
88:8
**rules (2)**
91:21 92:6

_____
**S**
**S (3)**
87:14 88:1 89:1
**San (3)**

Confidential

86:3 88:12 90:7
**Savich (2)**
89:13 90:13
**savvy (1)**
131:17
**saw (4)**
107:24 112:8,10
113:9
**saying (2)**
110:16 131:2
**says (10)**
118:9 121:21,24
123:22 124:5,23
125:6,19,19 127:6
**scheduled (1)**
146:11
**screen (1)**
98:19
**scroll (1)**
112:6
**search (6)**
139:15 140:9,25
141:3,7,9
**searches (1)**
140:7
**second (3)**
113:1 118:6 137:2
**section (2)**
121:19 125:15
**security (3)**
112:12,17,21
**see (23)**
94:12 103:25 114:24
115:16 118:9,18
119:7,17 120:1
121:19,21,25 122:5
123:19,20,25
124:10 125:3,10,15
126:2 127:3 136:8
**seeing (5)**
115:9 116:24 117:5
130:3 136:2
**seeking (1)**
138:18
**seen (3)**
109:6 116:9 130:1
**seldomly (2)**
100:24 105:9
**sense (2)**
92:10 93:10
**sentence (4)**
110:14 120:1 123:22
125:6
**separate (2)**

100:8 107:3
**series (1)**
132:11
**service (3)**
105:20 106:3 127:11
**services (6)**
123:24 124:7 125:22
126:1 127:2,7
**set (4)**
103:12,14 114:13
151:15
**setting (1)**
122:6
**settings (6)**
114:11 119:5 120:21
121:2 125:9 152:13
**seven (1)**
95:22
**shape (1)**
128:4
**share (2)**
104:7 124:8
**SHEET (1)**
153:1
**Shorthand (1)**
151:19
**shortly (2)**
108:3,5
**shown (1)**
138:11
**shut (1)**
105:24
**sic (1)**
144:16
**sign (1)**
95:8
**signature (1)**
151:8
**signed (1)**
95:3
**similar (2)**
118:11,15
**simply (1)**
149:4
**sit (2)**
121:5 136:24
**situation (2)**
105:13 150:2
**six (1)**
101:2
**skewed (1)**
126:14
**slew (1)**
140:12

**smartphone (2)**
95:15 100:7
**smartphones (2)**
96:24 100:5
**Snapchat (1)**
99:25
**social (5)**
101:21 102:14,16
106:1 140:25
**software (2)**
118:11,22
**somebody (3)**
105:11 114:9 116:18
**sorry (5)**
99:6 104:20,24
138:24 147:7
**sorts (1)**
94:14
**sound (2)**
92:16 95:6
**sounds (3)**
98:14 102:15 104:11
**South (3)**
89:4,8 90:10
**spam (1)**
94:14
**speaking (1)**
113:14
**specialist (1)**
90:14
**specific (1)**
116:23
**specifically (2)**
111:7 139:22
**specified (1)**
151:10
**spend (1)**
145:15
**spoke (1)**
100:10
**sporadically (1)**
145:5
**standpoint (1)**
115:16
**Stanley (5)**
93:23,25 95:24 96:2
110:2
**start (1)**
90:1
**state (2)**
92:1 142:19
**statement (2)**
135:3 136:23
**states (3)**

86:1 90:6 144:7
**status (1)**
149:9
**statute (2)**
129:2,12
**statutory (1)**
138:20
**step (1)**
108:2
**stop (2)**
138:14 148:23
**store (2)**
125:20 127:6
**stored (4)**
99:11 126:25 132:6
133:1
**stores (1)**
132:14
**storing (6)**
105:20 129:21 134:21
135:5 137:22 150:4
**Street (2)**
88:4 130:10
**study (1)**
133:21
**stuff (2)**
131:5 140:14
**subfolders (1)**
140:22
**subheading (1)**
123:19
**SUBSCRIBED (2)**
150:21 153:23
**sufficient (1)**
136:18
**suggest (7)**
116:14,14 118:16
120:21 122:13
124:24 125:7
**suggested (2)**
119:4,4
**suggestion (10)**
111:10,20,23 116:1,9
116:20 128:1,8
137:5 140:13
**suggestions (31)**
104:12,17 105:1
112:2 113:9 114:7
114:21,24 115:10
115:13,17 116:15
117:6 118:21
119:10,14,18
122:10,13 125:13
127:11 128:4

132:15 133:16
135:24 136:4 138:5
139:25 146:14,18
146:23
**suit (3)**
138:6 139:20 151:13
**summarize (1)**
97:4
**super (1)**
93:2
**sure (8)**
95:7,8 97:18 98:7,8
109:24 112:20
148:12
**surrounding (1)**
131:9
**swear (1)**
91:7
**switched (1)**
93:24
**sworn (4)**
91:12 150:21 151:6
153:23

---

**T**

**T (3)**
91:11 151:1,1
**tablet (1)**
97:13
**tag (49)**
104:12,17 105:1
111:10,20,23 112:2
113:9 114:7,21,24
115:10,12,17 116:1
116:9,14,14,15,20
117:6 118:21
119:10,14,17
122:10,13,14
124:24 125:8,13
127:10,10 128:1,4,8
132:15 133:16
135:24 136:4,8
137:5 138:5 139:24
140:12,13 146:14
146:18,23
**tagged (7)**
104:1 115:12 118:13
121:21 125:2 136:3
136:9
**tagging (7)**
120:21 121:2,7,19,19
125:8 152:12
**tags (4)**
102:24 103:5,11

Confidential

119:5
**take (8)**
104:8 108:2 112:25
117:19 120:19
121:12 122:22
139:5
**taken (4)**
139:8 142:19 147:11
149:6
**talk (5)**
107:5,7 143:14,22,22
**talked (8)**
108:7,25 110:8
113:21 131:8
139:13 145:3 146:5
**talking (4)**
108:19 125:12 126:20
128:22
**tape (2)**
90:2 150:11
**Taylor (7)**
109:17,21,22 110:8
110:12,20 111:3
**team (1)**
143:22
**tech (1)**
131:17
**technical (1)**
115:15
**technology (8)**
99:23 130:18 131:3
131:12 134:7,9,16
139:24
**telephonically (2)**
88:19 91:4
**tell (9)**
101:13,15 108:10
113:18 127:18
132:12 136:25
137:6 149:16
**telling (2)**
115:21 124:12
**tells (1)**
119:5
**template (12)**
126:10,11 127:4,6,19
131:22 132:25
133:7,8,18 134:21
135:5
**templates (11)**
126:6,18,24 132:14
132:17,20,23 133:5
133:25 134:2
137:22

**tend (1)**
112:20
**term (2)**
127:6 140:10
**terms (1)**
109:2 123:5,15
140:11
**testified (1)**
91:13
**testify (1)**
151:6
**testifying (1)**
93:18
**testimony (5)**
93:14 136:12,15,17
151:15
**text (1)**
141:9
**texts (1)**
101:6
**thank (7)**
93:5 104:21 110:2
122:21 147:16
150:14,15
**Thanks (5)**
103:3 113:5,7 117:15
120:12
**things (5)**
123:19 129:23 131:1
131:6 147:18
**think (15)**
91:5 93:12 95:2
110:25 111:18
116:12 119:13
128:18 136:20,22
136:25 137:3,17
147:22,25
**ThinkPad (1)**
95:5
**thirty (1)**
120:14
**three (2)**
97:24 144:24
**till (1)**
122:9
**time (21)**
90:12 91:17 92:18,19
92:19 95:7 100:25
101:10,15 103:16
111:12 112:9
113:15 121:3 139:6
139:10 145:15
147:8,13 150:10,16
**timeline (6)**

120:21 121:2,7,22
125:8 152:12
**times (7)**
102:10 103:22 109:8
109:10 126:17
144:17,19
**title (1)**
94:3
**today (6)**
93:14 106:7,10 108:8
122:9 130:11
**Today's (1)**
90:11
**told (4)**
111:2 116:15 128:19
136:9
**tonight (2)**
119:17 139:3
**tools (1)**
118:12
**top (3)**
110:10 124:2,5
**total (2)**
145:8,9
**transcript (4)**
107:13 108:21 145:16
153:1
**transcription (1)**
153:8
**trial (1)**
146:11
**true (3)**
100:12,13 102:16
**truth (1)**
151:6
**TSG (2)**
90:13,16
**Tuesday (2)**
86:19 151:3
**turn (2)**
122:10,12
**turned (2)**
133:16,17
**tutorials (1)**
128:7
**TV (1)**
130:6
**Twitter (1)**
102:19
**two (5)**
96:22,22 97:24
108:19 146:25
**type (6)**
93:17 96:17 97:13

118:21 128:2
130:12
**typically (1)**
101:5

---
**U**

**Uh-huh (1)**
118:14
**Uh-hum (2)**
95:4 121:23
**Uh-uh (2)**
99:4 136:7
**Um (15)**
95:22 105:22 109:14
109:17 111:11
112:19 113:14
114:22 115:3
130:10,22 144:19
145:5 148:9 150:1
**unable (1)**
93:13
**unaware (2)**
105:3 146:15
**underneath (1)**
118:8
**understand (22)**
92:13,24 93:16
114:18 115:23
118:20 119:9
122:12 124:16
125:12 126:4,9,24
128:11,15 135:10
138:23,25 139:1,18
141:11,13
**understanding (23)**
115:20 116:2,5 122:2
126:5 128:20 129:2
129:12,17,20,24
131:11,25 132:3,13
132:17 133:13
137:5,24 138:17
139:25 149:8,13
**understood (1)**
92:15
**unfair (1)**
136:22
**unique (1)**
102:15
**United (2)**
86:1 90:6
**unlock (2)**
98:19 99:14
**unsure (1)**
119:15

**untag (2)**
103:17 104:15
**untagged (1)**
104:3
**updated (1)**
133:25
**updates (2)**
100:17 112:21
**upload (7)**
101:8,14,18,18,22
114:20 118:10
**uploaded (7)**
101:12,24 104:9
105:22 114:8
124:14 132:18
**uploading (1)**
116:13
**uploads (1)**
105:24
**USA (1)**
130:11
**use (39)**
95:1 96:4,5,11 98:1,2
98:4,6,9,19,21,23
99:18,18,22,25
100:11,23 101:3,18
102:8,11,19 104:22
105:7,10,20 106:1,3
115:3,5 118:10
123:6,15,24 124:7
127:5 139:24 140:9
**user (7)**
100:11 102:24 103:5
117:2 125:7 133:7
138:16
**users (5)**
118:3 124:14 126:25
132:14 133:4
**users' (1)**
126:24
**uses (1)**
118:21
**usually (3)**
92:20 98:14,15

---
**V**

**vague (3)**
121:15 135:3 136:22
**ver- (1)**
148:5
**version (1)**
97:6
**versions (2)**
147:21 148:6

Confidential

**video (6)**
90:14 139:7,11 147:9
147:14 150:13
**Videographer (10)**
89:13 90:1 91:3,6
139:6,10 147:5,8,13
150:10
**videotaped (3)**
86:17 87:12 90:2
**view (2)**
114:23 134:24
**viewing (1)**
115:8
**violates (2)**
137:7,11
**violating (1)**
137:21
**violation (1)**
128:12
**vis-à-vis (1)**
113:10
**visited (1)**
121:1
**Voice (2)**
101:6,7
**Volume (4)**
86:16 87:11 90:3
150:12

**W**

**Wacker (3)**
87:14 89:8 90:10
**wait (1)**
92:7
**walk (1)**
131:14
**wall (3)**
114:10,12 130:10
**want (16)**
91:25 94:23 119:3,10
119:24 120:11
122:22 126:16
131:21 135:22
138:4,8,14 139:14
147:25 148:25
**wanted (1)**
123:11
**wasn't (2)**
109:15 143:5
**water (1)**
113:3
**way (14)**
92:8 95:10 99:3
111:17 115:9

120:10 121:7 126:5
128:4 138:1 141:15
141:19 144:10
151:12
**we'll (3)**
143:9 148:9,14
**we're (5)**
139:7,11 147:9,14
150:13
**we've (3)**
125:1 147:22,25
**websites (1)**
134:14
**weeks (1)**
100:16
**went (1)**
140:5
**WHEREOF (1)**
151:15
**willing (1)**
104:7
**witness (10)**
91:8,12 104:21 113:5
113:7 150:15 151:5
151:9 152:3 153:5
**word (2)**
126:11,14
**words (4)**
134:18 137:12 140:12
140:12
**work (4)**
93:23 96:5,14 119:11
**works (6)**
110:5,6 131:12 134:7
134:9,16
**world (1)**
147:3
**wouldn't (2)**
99:2 116:19
**written (2)**
99:14 142:25
**wrong (2)**
130:23 135:5

**X**

**X (1)**
152:1
**XYZ (1)**
112:7

**Y**

**Yahoo (3)**
94:14,16 140:17
**yeah (4)**

91:24 131:5 143:18
148:13
**year (2)**
95:8 111:12
**years (5)**
96:22,22 97:22,24
111:11
**yes-or-no (1)**
143:16

**Z**

**0**

**084-003481 (1)**
151:22
**09 (1)**
95:3

**1**

**1 (2)**
123:18 153:7
**1:31 (1)**
90:12
**1123 (1)**
117:18
**1124 (1)**
118:6
**1125 (2)**
117:18 152:10
**117 (1)**
152:9
**120 (1)**
152:11
**122 (1)**
152:14
**13 (1)**
152:11
**132505 (1)**
86:25
**1395 (1)**
88:17
**148 (1)**
152:5
**17 (1)**
153:4

**2**

**2 (2)**
124:3 153:7
**2:27 (2)**
139:6,8
**2:41 (2)**
139:9,11
**2:49 (2)**

147:9,11
**2:54 (2)**
147:12,13
**2:57 (2)**
150:10,16
**20 (3)**
150:22 152:14 153:23
**2009 (2)**
96:25 117:3
**2010 (1)**
118:3
**2016 (1)**
153:4
**2017 (5)**
86:19 87:7 90:12
151:3,16
**24 (3)**
86:19 87:7 151:3
**24th (1)**
90:11
**26th (1)**
151:16

**3**

**3 (2)**
124:19 153:8
**3:15-CV-03747 (1)**
90:8
**3:15-CV-03747-JD ...**
86:6
**31 (4)**
117:9,17 127:24
152:9
**32 (1)**
147:23
**33 (5)**
120:15,16,19 147:20
152:11
**33131 (1)**
88:18
**34 (3)**
122:20 147:20 152:14
**350 (1)**
88:4 89:4

**4**

**5**

**50 (1)**
145:9

**6**

**6 (7)**
96:18,19,23 97:7,9

98:2 125:15
**60606 (2)**
89:9 90:11
**60654 (1)**
88:5
**6S (2)**
96:19,19

**7**

**7 (5)**
95:20 96:16,24 97:9
98:4
**71 (3)**
87:14 89:8 90:10

**8**

**8 (3)**
124:3,19 125:15

**9**

**9 (1)**
152:9
**9:07 (1)**
87:8
**90071 (1)**
89:5
**91 (1)**
152:4
**94104 (1)**
88:12