ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jgeorge@rgrdlaw.com

LABATON SUCHAROW LLP
LAWRENCE A. SUCHAROW (*pro hac vice*)
MICHAEL P. CANTY (*pro hac vice*)
CORBAN S. RHODES (*pro hac vice*)
140 Broadway
New York, NY  10005
Telephone: 212/907-0700
212/818-0477 (fax)
lsucharow@labaton.com
mcanty@labaton.com
crhodes@labaton.com

EDELSON PC
JAY EDELSON (*pro hac vice*)
BENJAMIN RICHMAN (*pro hac vice*)
ALEXANDER G. TIEVSKY (*pro hac vice*)
350 North LaSalle Street, 14th Floor
Chicago, IL  60654
Telephone: 312/589-6370
312/589-6378 (fax)
jedelson@edelson.com
brichman@edelson.com
atievsky@edelson.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master File No. 3:15-cv-03747-JD |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF THE PARTIES' JOINT SUBMISSION OF REVISED [PROPOSED] SHORT-FORM CLASS NOTICE |
| ALL ACTIONS. | |

1436763_1

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for plaintiffs in the above-entitled action. I make this Declaration in Support of the Parties' Joint Submission of [Proposed] Class Notices. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On May 22, 2018, I filed the Declaration of Shawn A. Williams in Support of the Parties' Joint Submission of [Proposed] Class Notices (ECF No. 393) attaching the parties' [Proposed] Short-Form Class Notice as Exhibit 2 (ECF No. 393-2) ("[Proposed] Short-Form Class Notice").

3. In the "How Do I Get More Information" section of the [Proposed] Short-Form Class Notice, language regarding contact information for the Notice Administrator and Class Counsel was inadvertently excluded; and language regarding "message was intended for," "added to the system," "more information, and "[u]nsubscribing" was inadvertently included. [Proposed] Short-Form Class Notice at 2.

4. The parties have revised the [Proposed] Short-Form Class Notice to reflect changes to the above-referenced language and are resubmitting the parties' Revised [Proposed] Short-Form Class Notice herewith.

5. Attached hereto for the Court's consideration is a true and correct copy of the following exhibit:

Exhibit 3:   The parties' Revised [Proposed] Short-Form Class Notice.

6. I hereby attest that Kevin S. Ranlett has concurred in the filing of the parties' final version of the Revised [Proposed] Short-Form Class Notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of May, 2018, at San Francisco, California.

                                                          s/ Shawn A. Williams
                                                          SHAWN A. WILLIAMS

1436763_1

DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF THE PARTIES' JOINT SUBMISSION OF REVISED [PROPOSED] SHORT-FORM CLASS NOTICE -3:15-cv-03747-JD - 1 -

1

2   ROBBINS GELLER RUDMAN
       & DOWD LLP
3   SHAWN A. WILLIAMS
    JOHN H. GEORGE
4   Post Montgomery Center
    One Montgomery Street, Suite 1800
5   San Francisco, CA  94104
    Telephone:  415/288-4545
6   415/288-4534 (fax)

7   ROBBINS GELLER RUDMAN
       & DOWD LLP
8   PATRICK J. COUGHLIN
    ELLEN GUSIKOFF STEWART
9   LUCAS F. OLTS
    RANDI D. BANDMAN
10  655 West Broadway, Suite 1900
    San Diego, CA  92101
11  Telephone:  619/231-1058
    619/231-7423 (fax)

12  ROBBINS GELLER RUDMAN
       & DOWD LLP
13  PAUL J. GELLER*
    STUART A. DAVIDSON*
14  CHRISTOPHER C. GOLD*
    120 East Palmetto Park Road, Suite 500
15  Boca Raton, FL  33432
    Telephone:  561/750-3000
16  561/750-3364 (fax)

17  LABATON SUCHAROW LLP
    LAWRENCE A. SUCHAROW*
18  MICHAEL P. CANTY*
    CORBAN S. RHODES*
19  140 Broadway
    New York, NY  10005
20  Telephone:  212/907-0700
    212/818-0477 (fax)

21
    EDELSON PC
22  JAY EDELSON*
    BENJAMIN RICHMAN*
23  ALEXANDER G. TIEVSKY*
    350 North LaSalle Street, 14th Floor
24  Chicago, IL  60654
    Telephone:  312/589-6370
25  312/589-6378 (fax)

26

27

28

1436763_1

DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF THE PARTIES' JOINT SUBMISSION OF REVISED [PROPOSED] SHORT-FORM CLASS NOTICE -3:15-cv-03747-JD   - 2 -

|   |   |
|---|---|
| 1 | |
| 2 | EDELSON PC<br>RAFEY BALABANIAN*<br>LILY HOUGH* |
| 3 | 123 Townsend Street, Suite 100<br>San Francisco, CA  94107 |
| 4 | Telephone:  415/212-9300<br>415/373-9435 (fax) |
| 5 | Attorneys for Plaintiffs |
| 6 | * = appearance *pro hac vice* |

1436763_1

DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF THE PARTIES' JOINT SUBMISSION OF REVISED [PROPOSED] SHORT-FORM CLASS NOTICE -3:15-cv-03747-JD - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 22, 2018.

 s/ Shawn A. Williams
SHAWN A. WILLIAMS
ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  shawnw@rgrdlaw.com

1436763_1

DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF THE PARTIES' JOINT SUBMISSION OF [PROPOSED] LONG-FORM AND SHORT-FORM CLASS NOTICES - 3:15-cv-03747-JD  - 1 -

## Mailing Information for a Case 3:15-cv-03747-JD In re Facebook Biometric Information Privacy Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rafey Sarkis Balabanian**
  rbalabanian@edelson.com,docket@edelson.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **James E Barz**
  jbarz@rgrdlaw.com

- **Joel H. Bernstein**
  jbernstein@labaton.com,JGardner@labaton.com,kgutierrez@labaton.com,cvillegas@labaton.com,RKamhi@labaton.com,1375722420@filings.docketbird.com,electro

- **Michael P. Canty**
  mcanty@labaton.com,kgutierrez@labaton.com,7677707420@filings.docketbird.com,fmalonzo@labaton.com,acarpio@labaton.com,electroniccasefiling@labaton.com

- **Albert Y. Chang**
  achang@bottinilaw.com,sammirati@bottinilaw.com

- **Vincent Connelly**
  vconnelly@mayerbrown.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,5147990420@filings.docketbird.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,9825585420@filings.docketbird.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Jay Edelson**
  jedelson@edelson.com,docket@edelson.com

- **Amanda M. Frame**
  aframe@rgrdlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,swinkles@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **John Hamilton George**
  jgeorge@rgrdlaw.com

- **Christopher Chagas Gold**
  cgold@rgrdlaw.com,4703056420@filings.docketbird.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Lauren R Goldman**
  lrgoldman@mayerbrown.com,mrayfield@mayerbrown.com,jmarsala@mayerbrown.com

- **Ellen Anne Gusikoff-Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Frank S Hedin**
  fhedin@hedinhall.com

- **Lily E. Hough**
  lhough@edelson.com,docket@edelson.com

- **Ross M Kamhi**
  rkamhi@labaton.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

- **David Philip Milian**
  DMilian@CareyRodriguez.com,ecf@careyrodriguez.com

- **John Nadolenco**
  jnadolenco@mayerbrown.com,los-docket@mayerbrown.com,jaustgen@mayerbrown.com,tstruwe@mayerbrown.com,gtmiller@mayerbrown.com,cgarcia@mayerbrown.com,jjennings@mayerbrown.com

- **Alexander Nguyen**
  anguyen@edelson.com,docket@edelson.com

- **Lucas F. Olts**
  Lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Archis A. Parasharami**
  aparasharami@mayerbrown.com

- **Archis Ashok Parasharami**
  aparasharami@mayerbrown.com,4085092420@filings.docketbird.com,wdc.docket@mayerbrown.com

- **Matthew David Provance**
  mprovance@mayerbrown.com,courtnotification@mayerbrown.com

- **Michael E Rayfield**
  mrayfield@mayerbrown.com

- **Corban S Rhodes**
  crhodes@labaton.com,kgutierrez@labaton.com,3936743420@filings.docketbird.com,sauer@labaton.com,electroniccasefiling@labaton.com

- **Benjamin Harris Richman**
  brichman@edelson.com,docket@edelson.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Lawrence A. Sucharow**
  lsucharow@labaton.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

- **Alexander Glenn Tievsky**
  atievsky@edelson.com,docket@edelson.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,ptiffith@rgrdlaw.com,dhall@rgrdlaw.com,e_file_sd@rgrdlaw.com,SAlexander@rgrdlaw.com,nlai@rgrdlaw.com,ABell@

- **Mark R Winston**
  mwinston@labaton.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Vincent              J. Connelly
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Facebook Inc.
Cooley LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155
```