1  MAYER BROWN LLP
   John Nadolenco (SBN 181128)
2  350 South Grand Avenue, 25th Floor
   Los Angeles, CA 90071-1503
3  Telephone: (213) 229-9500
   jnadolenco@mayerbrown.com
4
   Lauren R. Goldman (*pro hac vice*)
5  1221 Avenue of the Americas
   New York, NY 10020
6  Telephone: (212) 506-2647
   lrgoldman@mayerbrown.com
7
   *Counsel for Defendant Facebook, Inc.*
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                         **SAN FRANCISCO DIVISION**

12
   IN RE FACEBOOK BIOMETRIC           **DECLARATION OF JOHN**
13 INFORMATION PRIVACY LITIGATION     **NADOLENCO**

14                                    Master Docket No.: 3:15-CV-03747-JD

15 THIS DOCUMENT RELATES TO:          Date: June 28, 2018
                                      Time: 10:00 a.m.
16 ALL ACTIONS                        Location: Courtroom 11

17                                    Hon. James Donato

18

I, John Nadolenco, hereby declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California and this Court. I am a partner with the law firm of Mayer Brown LLP, counsel for defendant Facebook, Inc. ("Facebook") in the above-captioned matter.

2. I make this Declaration on my own personal knowledge and, if called upon as a witness to do so, I could and would competently testify as to the matters set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' "Subpoena to Appear and Testify at a Hearing or Trial" served on Mr. Zuckerberg on May 14, 2018.

4. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs' Initial List of Proposed Additional Search Terms, dated August 15, 2016.

5. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Amended Second Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated October 14, 2016.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition of Yaniv Taigman, dated October 18, 2016.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition of Omry Yadan, dated October 26, 2017.

8. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff Carlo Licata's Notice of Rule 30(b)(6) Deposition of Defendant Facebook, Inc., dated December 18, 2015.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition of Mark Pike, dated February 11, 2016.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the deposition of Joachim De Lombaert, dated February 12, 2016.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition of Robert Sherman, dated September 19, 2017.

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition of Dan Barak, dated October 10, 2017.

13. Attached hereto as Exhibit 11 is a true and correct copy of Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure Rule 26(a)(1), dated January 11, 2016.

14. Attached hereto as Exhibit 12 is a true and correct copy of Plaintiffs' Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure Rule 26(a)(1) and 26(e)(1), dated May 15, 2018.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 22st day of May 2018, in Los Angeles California.

*/s/ John Nadolenco*
John Nadolenco