# Exhibit 4

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4

 5   In re FACEBOOK BIOMETRIC INFORMATION PRIVACY
     LITIGATION,
 6

 7                       CASE NOS. 3:15-cv-03747-JD
                                   3:16-cv-00937-JD
 8
     This Document Relates To:
 9
                       ALL ACTIONS.
10   _____

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13        VIDEOTAPED DEPOSITION OF YANIV TAIGMAN

14                  Palo Alto, California

15               Tuesday, October 18, 2016

16

17

18

19

20

21

22

23   Reported By:
     Ashley Soevyn,
24   CSR No. 12019

25   Job No.: 10028056
```

| Yaniv Taigman | Highly Confidential Attorneys' Eyes Only | In re Facebook Biometric Information Privacy Litigation |
|---|---|---|

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4

 5   In re FACEBOOK BIOMETRIC INFORMATION PRIVACY
     LITIGATION,
 6

 7                    CASE NOS. 3:15-cv-03747-JD
                                3:16-cv-00937-JD
 8
     This Document Relates To:
 9
                      ALL ACTIONS.
10   _____

11

12

13

14

15

16          Videotaped Deposition of YANIV TAIGMAN
     taken on behalf of Plaintiffs, at Two Palo Alto
17   Square, Suite 300, 3000 El Camino Real, Palo Alto,
     California, beginning at 8:06 a.m.  and ending at
18   5:13 p.m. on Tuesday, October 18, 2016, before
     ASHLEY SOEVYN, Certified Shorthand Reporter No.
19   12019.

20

21

22

23

24

25
```

```
 1   meant by that.
 2        Q    As co-founder -- well, let's start here.
 3   You say "co-founder."  What was your role at
 4   face.com?
 5        A    I was the co-founder and CTO.
 6        Q    CTO.  Is that chief technical officer?
 7        A    Correct.
 8        Q    All right.  And what were your
 9   responsibilities as CTO?
10        A    There were, like, no formal
11   responsibilities because it was a small company, but
12   I was in charge of the technology that we were
13   researching.
14        Q    Okay.  And what did you do with respect
15   to that technology?  When you say -- strike that.
16             When you say "in charge of the
17   technology," what do you mean by that?
18        A    I said "in charge of the research,"
19   component of researching computer vision technology.
20        Q    Okay.
21        A    It is by researching it, publishing
22   papers, writing code, helping co-workers.
23        Q    Uh-huh.  And were you generally aware of
24   how that technology would then be used?
25        A    Be used by who?
```

Yaniv Taigman                Highly Confidential            In re Facebook Biometric
                             Attorneys' Eyes Only           Information Privacy Litigation

1                    Go ahead.
2                    THE WITNESS:  People work -- like,
3    engineers.  People working on the product.
4    BY MR. RHODES:
5         Q    Okay.  And, but are there other divisions
6    at Facebook that, for example, design new products
7    on Facebook's websites?
8         A    Are there other division in Facebook that
9    design products?  Of course.
10        Q    Okay.  And do any of those products
11   incorporate facial recognition technology?  Other
12   than tag suggestions, which you've already testified
13   about.
14        A    This is not the way Facebook is
15   organized, but yeah.
16        Q    Well, how is Facebook organized?
17             MR. NADOLENCO:  Objection.  Scope.  Form.
18             THE WITNESS:  It's very broad question,
19   but so.
20   BY MR. RHODES:
21        Q    Well, let's start with:  Tell me about
22   the facial recognition team.  Who does that consist
23   of?
24             MR. NADOLENCO:  Same objections.
25             THE WITNESS:  So, in Facebook, there are

| | |
|---|---|
| Yaniv Taigman | Highly Confidential — Attorneys' Eyes Only — In re Facebook Biometric Information Privacy Litigation |

1  engineers, product managers, engineering manager,
2  all kind of people that are changing their focus and
3  organization every couple months or sometimes years.
4  So it's hard for me to, like, enclose all the
5  people, because it's just like it's -- there are,
6  like, many people that can tag a specific code.  You
7  have to be more specific about that.
8  BY MR. RHODES:
9      Q    Well, let's start with -- start with
10  basics.  What is your title at Facebook?
11      A    I'm a software engineer.
12      Q    Okay.  Do you have any other titles, or
13  is that it?
14      A    Yeah.  I'm -- I'm also a research
15  scientist and a tech lead.
16      Q    And I'm sorry.  What was that?
17      A    Tech lead.  Tech lead is like a
18  technology leader.
19      Q    Okay.  So -- I'm sorry.  So you're a
20  software engineer and --
21      A    Software, yeah.
22      Q    -- research scientists, and then tech
23  lead?
24      A    Right.  But my official internal title is
25  software engineer.

1  Q   Okay.  And, so let's just go through each
2  of those titles.  Can you describe the scope of your
3  responsibilities as a software engineer.
4  A   As a software engineer, I need to write
5  code and produce quality software.
6  Q   Okay.  And is there a particular type of
7  code that you're responsible for?
8  A   In Facebook, all of the -- each piece of
9  code that was written by a person needs to be -- is
10 responsible for writing it, so.
11 Q   Can you -- I missed it.  I'm sure the
12 court reporter missed it, too.  The HP -- I'm sorry.
13 HP soft code?  What did you say?
14 A   No, no, nothing like that.  I was
15 saying -- it was basically saying that I'm
16 responsible for every single line of source code
17 that I've written, by definition.
18 Q   Yes.  But is there a division of labor
19 within Facebook where you're responsible for certain
20 source code and someone else is responsible for
21 other source code?
22     MR. NADOLENCO:  Form.
23     THE WITNESS:  Naturally, I was working in
24 areas with respect to computer vision.
25

```
 1  BY MR. RHODES:
 2      Q    Okay.  And has that been generally the
 3  scope of your source code work for the entire time
 4  that you've been at Facebook?
 5      A    Not the entire time.  Recently, I'm
 6  working on other stuff as well, but still it falls
 7  under computer vision methods.  So it could -- it
 8  could -- you can say -- you can say, in general,
 9  computer vision methods, yes.
10      Q    Okay.  And does that include applications
11  of facial recognition technology?
12      A    Application of facial recognition
13  technology, yes.
14      Q    Okay.  And -- and you started at Facebook
15  in 2012; is that right?
16      A    As an employee, yes.
17      Q    As an employee.
18           And was that at the time that face.com
19  was acquired by Facebook?
20      A    Around that time, yes.
21      Q    Was there -- was there some temporal
22  disconnect between when face.com was acquired and
23  when you started at Facebook?
24           MR. NADOLENCO:  Form.
25           THE WITNESS:  What do you mean by
```