# Exhibit 5

Omry Yadan Highly Confidential
October 26, 2017                                                1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4

 5   IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY

 6   LITIGATION,

 7   Master Docket No.: 3:15-CV-03747-JD

 8   _____/

 9   FREDERICK WILLIAM GULLEN,

10                 Plaintiff,

11   vs.                           NO. 3:16-cv-00937-JD

12   FACEBOOK, INC.,

13                 Defendant.

14   _____/

15        ** TRANSCRIPT MARKED HIGHLY CONFIDENTIAL **

16          VIDEOTAPED DEPOSITION OF OMRY YADAN

17                 Palo Alto, California

18              Friday, October 26, 2017

19

20

21

22

23   Reported By:

24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25   JOB NO. 62536
```

U.S. LEGAL SUPPORT
(877) 479-2484

```
 1
 2
 3
 4                      October 26, 2017
 5                         9:17 a.m.
 6
 7
 8        Deposition of OMRY YADAN, held at 3000 El Camino
 9   Real, Number 2-300, Palo Alto, California, pursuant to
10   Subpoena before Linda Vaccarezza, a Certified
11   Shorthand Reporter of the State of California.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    Q.   Okay.  So let's go back, then.
2         What was your first role when you started
3    at Facebook?
4    A.   I worked on integration of Facer into
5    Facebook.
6    Q.   Okay.  What is the difference between
7    working on the integration of Facer at Facebook and
8    implementing Facer at Facebook?
9    A.   At that time Facer was already implemented
10   so we maybe fixed a few bugs.  And besides that, we
11   worked on -- or I worked on making sure that it's
12   working correctly operationally.
13   Q.   So when you say it was already
14   implemented, do you mean because it was using --
15   because Facebook was using Face.com's API; is that
16   right?
17        MR. NADOLENCO:  Objection.  Vague as to
18   "using" and time.
19        THE WITNESS:  Not because of that.  I say
20   that because as a system Facer was functional when
21   Facebook acquired Face.com.  So there was not much
22   more development to do directly on Facer without
23   getting into future research, for example.
24   BY MR. RHODES:
25   Q.   So before you started working at Facebook

1  on some parts of it.
2  BY MR. RHODES:
3      Q.   What parts of it did you work on?
4      A.   I can't remember.
5      Q.   Do you remember anything about it?
6           MR. NADOLENCO:  Vague.
7           THE WITNESS:  Yes.
8  BY MR. RHODES:
9      Q.   Yes, you don't remember anything about it?
10     A.   Yes, I remember some things about it.
11     Q.   Okay.  I'm just trying to get a sense of
12 what that work was in a very general way.  If you
13 remember, what did you do as part of that process?
14     A.   So it wasn't just me.  I did some of the
15 things, and it was five years ago.  So I can't
16 quite remember which of the things I did and which
17 of the things other employees, other people working
18 at Facebook did.
19     Q.   Okay.  But to the best of your
20 recollection, what kinds of things did you do
21 during that process?
22          MR. NADOLENCO:  Vague as to "process."
23          But go ahead.
24          THE WITNESS:  I made sure that the code is
25 running, that it's using the proper tools and that

1  it's running reliably; meaning, if it's not working
2  correctly, if it's actually crashing, running out
3  of memory, things like that, then, you know, we
4  would fix those problems.  So I worked on the
5  quality of the source code and then on the
6  monitoring of the source code, of the system as it
7  was running this production.
8  BY MR. RHODES:
9     Q.   Okay.  That's helpful.  So essentially
10 testing and troubleshooting; is that a fair
11 characterization?
12          MR. NADOLENCO:  Objection to the extent it
13 misstates the testimony.  He told you what he did.
14          But go ahead.  Is that correct?
15          THE WITNESS:  It's very general, testing
16 and troubleshooting.  That could be used to
17 describe some of the work I've done.
18          MR. RHODES:  Okay.
19          MR. NADOLENCO:  Are we close to a break,
20 Corbin?
21          MR. RHODES:  Yeah, we can take a break
22 now.
23          THE VIDEOGRAPHER:  We are going off the
24 record.  The time is 10:30 a.m.
25          (Recess taken from 10:30 a.m. to

```
 1  BY MR. RHODES:
 2      Q.   What does FAIR stand for?
 3           MR. NADOLENCO:  Same objections.
 4           THE WITNESS:  FAIR is Facebook AI
 5  Research.
 6  BY MR. RHODES:
 7      Q.   And what is that?
 8      A.   It's a research organization within
 9  Facebook.
10      Q.   Were you part of that organization?
11      A.   I was.
12      Q.   And what were your responsibilities as
13  part of that organization?
14      A.   Same as before.  There was no change in
15  responsibilities.  So continue to develop Facer and
16  continue to support face recognition inside
17  Facebook.
18      Q.   Okay.  For Tag Suggestion?
19      A.   Tag Suggestion is a product using face
20  recognition.  I never walked worked on Tag
21  Suggestion.
22      Q.   Okay.  What did you work on if not Tag
23  Suggestion?
24      A.   Facer.
25      Q.   Facer?
```