# Exhibit 6

| | |
|---|---|
| 1 | Jay Edelson (Admitted *pro hac vice*) |
| | jedelson@edelson.com |
| 2 | EDELSON PC |
| | 350 North LaSalle Street, Suite 1300 |
| 3 | Chicago, Illinois 60654 |
| | Tel: 312.589.6370 |
| 4 | Fax: 312.589.6378 |
| 5 | |
| | Shawn A. Williams (213113) |
| 6 | shawnw@rgrdlaw.com |
| | ROBBINS GELLER RUDMAN & DOWD LLP |
| 7 | Post Montgomery Center |
| | One Montgomery Street, Suite 1800 |
| 8 | San Francisco, California 94104 |
| | Tel: 415.288.4545 |
| 9 | Fax: 415.288.4534 |

10  Paul J. Geller (Admitted *pro hac vice*)       Joel H. Bernstein (Admitted *pro hac vice*)
    pgeller@rgrdlaw.com                            jbernstein@labaton.com
11  ROBBINS GELLER RUDMAN & DOWD LLP                LABATON SUCHAROW LLP
    120 East Palmetto Park Road, Suite 500          140 Broadway
12  Boca Raton, Florida 33432                       New York, New York 10005
    Tel: 561.750.3000                               Tel: 212.907.0700
13  Fax: 561.750.3364                               Fax: 212.818.0477

14  [Additional counsel appear on the signature page.]

15  *Counsel for Plaintiffs and the Putative Class*

16                    IN THE UNITED STATES DISTRICT COURT

17                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                              SAN FRANCISCO DIVISION

19  | | |
    |---|---|
    | *In re Facebook Biometric Information Privacy Litigation* | Master Docket No. 3:15-cv-3747-JD |
    | THIS DOCUMENT RELATES TO: | **PLAINTIFF CARLO LICATA'S NOTICE OF RULE 30(b)(6) DEPOSITION OF DEFENDANT FACEBOOK, INC.** |
    | ALL ACTIONS | |

28  PLAINTIFF'S NOTICE OF 30(B)(6) DEPOSITION                 CASE NO. 3:15-cv-03747-JD

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Carlo Licata, through his counsel, will take the deposition of a corporate representative of Defendant Facebook, Inc. ("Facebook") on January 26, 2016, beginning at 9:00 a.m. at the offices of Robbins Geller Rudman & Dowd LLP, Post Montgomery Center, One Montgomery Street, Suite 1800, San Francisco, California 94104, or at such other reasonable time and/or location as the parties may agree. Facebook shall designate one or more officers, employees, agents, or other persons who can testify on behalf of Facebook with respect to the topics set forth below. The deposition testimony will continue until completed and will be recorded stenographically and videographically. You are instructed to bring to the deposition all documents used or relied upon by You in answering Plaintiff's Expedited Set of Interrogatories and Requests for the Production of Documents and all documents used to prepare for the deposition.

## DEFINITIONS

1. "Complaint" means Plaintiff's Consolidated Class Action Complaint filed in the United States District Court in the Northern District of California on August 28, 2015. (Dkt. No. 34.)

2. "Faceprint" means a scan of an individual's facial features, including, using Facebook's own examples, "the distance between the eyes, nose and ears." *See How does Facebook suggest tags?*, Faceprint Help Center, https://www.facebook.com/help/122175507864081.

3. "Plaintiff" or "Plaintiffs" means or refers to Adam Pezen, Carlo Licata, and Nimesh Patel, collectively and individually.

4. "Relating To," including its various forms such as "Relates To" or "Related To," means to consist of, concern, discuss, mention, regard, refer to, reflect or be in any way logically, factually or legally connected, directly or indirectly, with the matter described.

5. "Terms of Service" means Facebook's "Terms of Use," Terms of Service," or "Statement of Rights and Responsibilities," as those terms are used in the Declaration of Jeremy

Jordan in this Action (Dkt. 20).

6. "You," "Your," or "Facebook" means Defendant Facebook, Inc., and its divisions, subsidiaries, related companies, predecessors and successors, all present and former officers, directors, agents, attorneys, employees, and all Persons acting or purporting to act on behalf of any of them.

## TOPICS FOR RULE 30(b)(6) DEPOSITION

1. The design, content, and availability of Terms of Service prior to and subsequent to the collection of Faceprints from individuals.

2. The manner in which You contend that You obtained assent to the Terms of Service from each named Plaintiff in the action.

3. The manner in which You contend that You presented the Terms of Service to each named Plaintiff in the action.

4. Quantitative, statistical, or analytics information related to user engagement with Your website, including user engagement with Your Terms of Service and the Sign-Up Process.

5. Quantitative, statistical, or analytics information related to each named Plaintiff in this Action's user engagement with Your website, including their user engagement with Your Terms of Service and the Sign-Up Process.

6. Proposals, considerations, deliberations, and choices relating to the design and layout of the versions of Your Terms of Service in place when each named Plaintiff in this action registered his Facebook account.

7. Proposals, considerations, deliberations, and choices relating to the design and layout (*e.g.*, user-flow, bolding, capital letters, placement of certain clauses and hyperlinks) of the registration process in place when each named Plaintiff in this action registered his Facebook account.

\*      \*      \*

PLAINTIFF'S NOTICE OF 30(B)(6) DEPOSITION    2        CASE NO. 3:15-cv-03747-JD

| | | |
|---|---|---|
| 1 | | **CARLO LICATA**, individually and on behalf of all others similarly situated, |
| 2 | Dated: December 18, 2015 | By: /s/ *Alexander T.H. Nguyen* |
| 3 | | One of Plaintiffs' Attorneys |

Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Alexander T.H. Nguyen (Admitted *pro hac vice*)
anguyen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Shawn A. Williams (213113)
shawnw@rgrdlaw.com
David W. Hall (213113)
dhall@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Tel: 415.288.4545
Fax: 415.288.4534

Paul J. Geller (Admitted *pro hac vice*)
pgeller@rgrdlaw.com
Stuart A. Davidson (Admitted *pro hac vice*)
sdavidson@rgrdlaw.com
Mark Dearman (Admitted *pro hac vice*)
mdearman@rgrdlaw.com
Christopher C. Martins (Admitted *pro hac vice*)
cmartins@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Tel: 561.750.3000
Fax: 561.750.3364

Travis E. Downs III (Admitted *pro hac vice*)
travisd@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101
Tel: 619.231.1058

PLAINTIFF'S NOTICE OF 30(B)(6) DEPOSITION    3                CASE NO. 3:15-cv-03747-JD

Fax: 619.231.7423

Joel H. Bernstein (Admitted *pro hac vice*)
jbernstein@labaton.com
Corban S. Rhodes (Admitted *pro hac vice*)
crhodes@labaton.com
Ross M. Kamhi (Admitted *pro hac vice*)
rkamhi@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Tel: 212.907.0700
Fax: 212.818.0477

*Counsel for Plaintiff Carlo Licata and the Putative Class*

PLAINTIFF'S NOTICE OF 30(B)(6) DEPOSITION   4   CASE NO. 3:15-cv-03747-JD

## CERTIFICATE OF SERVICE

I, CORBAN S. RHODES, hereby certify that on December 18, 2015, I served the above and foregoing *Plaintiff Carlo Licata's Notice of Rule 30(b)(6) Deposition of Defendant Facebook* by causing true and accurate copies of such paper to be transmitted via Federal Express and/or electronic mail, as indicated, to the persons shown below.

MAYER BROWN LLP

John Nadolenco (*via Federal Express and electronic mail*)
350 South Grand Avenue 25th Floor
Los Angeles, CA 90071-1503
jnadolenco@mayerbrown.com

Lauren R. Goldman (*via electronic mail*)
1221 Avenue of the Americas
New York, NY 10020
lrgoldman@mayerbrown.com

Archis A. Parasharami (*via electronic mail*)
1999 K Street, N.W.
Washington, D.C. 20006-1101
aparasharami@mayerbrown.com

*Counsel for Defendant Facebook, Inc.*

/s/ *Corban S. Rhodes*
Corban S. Rhodes

PLAINTIFF'S NOTICE OF 30(B)(6) DEPOSITION   5   CASE NO. 3:15-cv-03747-JD