# Exhibit 7

```
 1            IN THE UNITED STATES DISTRICT COURT

 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4


 5

     IN RE FACEBOOK BIOMETRIC          Master Docket No.
 6                                     3:15-cv-3747-JD
     INFORMATION PRIVACY LITIGATION
 7
     _____
 8

 9

10

11

12     CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

13            VIDEO DEPOSITION OF MARK PIKE

14              San Francisco, California

15             Thursday, February 11, 2016

16

17

18

19

20

21

22

23   Reported By:
     Cynthia Manning
24   CSR No. 7645, CLR, CCRR

25   Job No.: 10021966
```

```
 1            IN THE UNITED STATES DISTRICT COURT

 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4

 5

   IN RE FACEBOOK BIOMETRIC            Master Docket No.
 6                                     3:15-cv-3747-JD
   INFORMATION PRIVACY LITIGATION
 7
   _____
 8

 9

10

11

12

13       Video Deposition of MARK PIKE, taken on behalf

14   of Plaintiffs, at Robbins Geller Rudman & Dowd LLP,

15   Post Montgomery Center, One Montgomery Street, Suite

16   1800, San Francisco, California, beginning at 12:33

17   p.m., February 11, 2016, before Cynthia Manning,

18   Certified Shorthand Reporter No. 7645, Certified

19   LiveNote Reporter, California Certified Realtime

20   Reporter.

21

22

23

24

25
```

Mark Pike                            Confidential            In re Facebook Biometric
                                                             Information Privacy Litigation

```
 1              Do you practice as a lawyer for Facebook
 2    now?
 3         A.   No, sir.
 4         Q.   So your role is not as a lawyer?
 5         A.   No.
 6         Q.   What is your role?
 7         A.   I'm a privacy program manager.
 8         Q.   And what's that?
 9         A.   I help the company with privacy by design
10    practices to help them improve user experiences as
11    they relate to privacy.
12         Q.   And what does that mean?
13         A.   Any new product or feature goes through a
14    cross-functional review process where I collaborate
15    with stakeholders who are interested in privacy
16    matters: our legal teams, policy teams, and others.
17    And then I serve as the liaison or interface between
18    those stakeholders and our product teams to help
19    make sure we build products with privacy in mind.
20         Q.   How long have you been in that role?
21         A.   I've been in that role since 2013.
22         Q.   And when did you start with Facebook?
23         A.   2010.
24         Q.   What did you start as with Facebook?
25         A.   My first role at Facebook was on the
```

```
 1   BY MR. HALL:
 2        Q.   Anything else?
 3        A.   Some -- an archive of screenshots and other
 4   code.
 5        Q.   Anything else?
 6        A.   No.
 7        Q.   Did you review anything related to the
 8   design of the Terms of Service?
 9             MR. NADOLENCO:  Objection; vague as to
10   "design," which I'm sure was one of our objections.
11             THE WITNESS:  Just the archive that I
12   mentioned earlier.
13   BY MR. HALL:
14        Q.   And what's the archive?
15        A.   The project that I helped manage with our
16   paralegal team to create an archive of past terms
17   and policies.
18        Q.   When did you create that archive?
19        A.   I believe it was in the past year and a
20   half.
21        Q.   And who was involved in that project?
22        A.   Paralegal, as well as in-house counsel.
23        Q.   And when you say "paralegal," is that a
24   person?
25        A.   Yes.
```