# Exhibit 8

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN FRANCISCO DIVISION

 4

 5   In re FACEBOOK BIOMETRIC        ) Master File No.
     INFORMATION PRIVACY LITIGATION, ) 3:15-cv-03747-JD
 6                                   )
     _____  )
 7                                   )
                                     )
 8   This Document Relates To:       )
     _____  )
 9

10

11

12

13

14       SOURCE CODE CONFIDENTIAL - ATTORNEYS' EYES ONLY

15                    UNDER PROTECTIVE ORDER

16      VIDEOTAPED DEPOSITION OF JOACHIM DE LOMBAERT

17                  Friday, February 12, 2016

18                    Palo Alto, California

19

20

21

22

23   Reported By:

24   Hanna Kim, CLR, CSR No. 13083

25   Job No.: 10021967
```

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4

 5   In re FACEBOOK BIOMETRIC         ) Master File No.
     INFORMATION PRIVACY LITIGATION,  ) 3:15-cv-03747-JD
 6                                    )
     _____)
 7                                    )
                                      )
 8   This Document Relates To:        )
     _____)
 9

10

11

12

13

14

15           Videotaped deposition of JOACHIM

16           DE LOMBAERT taken on behalf of the

17           Plaintiffs at the law offices of Mayer

18           Brown, located at Two Palo Alto Square,

19           Suite 300, 3000 El Camino Real, Palo Alto,

20           California 94306, on February 12th, 2016,

21           before Hanna Kim, Certified LiveNote

22           Reporter, Certified Shorthand Reporter,

23           No. 13083.

24

25
```

Joachim De Lombaert | Confidential | In re Facebook Biometric Information Privacy Litigation

```
 1  for the record.
 2       A.   Sure.  My name is Joachim De Lombaert, and
 3  it's spelled J-O-A-C-H-I-M, D-E, space,
 4  L-O-M-B-A-E-R-T.
 5       Q.   All right.
 6            And have you ever been deposed before?
 7       A.   No.
 8       Q.   Have you ever testified in court before?
 9       A.   No.
10       Q.   Okay.  Well, this will be a lot of fun.
11            You understand that you're here as a
12  30(b)(6) deponent, which means you're going to be
13  giving Facebook's, the company's, formal testimony
14  about the sign-up process for Facebook?
15            Do you understand that?
16       A.   Yes.
17       Q.   Okay.  And, when in -- in this deposition,
18  when I say "you," I'm going to be referring to
19  Facebook.  All right?
20       A.   Yes.
21       Q.   Okay.  And, if I mean you personally, I'll
22  say you.  Otherwise, when I say "you," it's
23  Facebook, all right.
24            So you should be completely truthful.
25  That means, obviously, don't mis- -- don't mislead
```

1  coffee, bathroom, anything, or if you just get
2  tired, will you tell me?
3       A.   Yes.
4       Q.   Okay.  Then we'll take a break.  All
5  right.
6            There's one exception to that, which is if
7  I'm asking you a question, answer the question first
8  and then we'll take a break.  Okay?
9       A.   Okay.
10      Q.   Okay.  What is your official title at
11 Facebook?
12           MR. NADOLENCO:  So, Alex, just before you
13 get rolling on the questions, we -- as you noted,
14 he's a 30(b)(6) witness.  And, especially, if you're
15 going to say "you" is the same as Facebook, I just
16 want to make clear, we are designating the witness
17 on, actually, portions of all of the seven topics,
18 but subject to the objections we served and we
19 discussed at some length yesterday.
20           MR. NGUYEN:  Understood.  Okay.
21 BY MR. NGUYEN:
22      Q.   What's your official title at Facebook?
23      A.   I'm an engineering manager.
24      Q.   And as engineering manager for Facebook,
25 how long have you been in that position?