# Exhibit 9

**Robert Sherman**           **Confidential**           **In re Facebook Biometric Information Privacy Litigation**

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4

 5   In re FACEBOOK BIOMETRIC         )
     INFORMATION PRIVACY LITIGATION   )
 6   _____)
                                      )Master File No.
 7   This Document Relates To:        )3:15-cv-03747-JD
                                      )
 8      ALL ACTIONS.                  )
     _____)
 9

10

11                  ***CONFIDENTIAL***

12             VIDEOTAPED DEPOSITION OF

13                  ROBERT SHERMAN

14

15         Tuesday, September 19, 2017

16                Washington, D.C.

17                   9:05 a.m.

18

19

20

21

22   Reported By:

23   Lori J. Goodin,

24   RPR, CLR, CRR, RSA,

25   Job No. 10036096
```

1
2
3
4              The videotaped deposition of
5    ROBERT SHERMAN, was convened on, Tuesday,
6    September 19, 2017, commencing at 9:05 a.m., at
7    the offices of
8
9         MAYER BROWN LLP
10         1999 K Street, Northwest
11         Washington, D.C.  20006
12
13   before Lori J. Goodin, Registered Professional
14   Reporter, Certified LiveNote Reporter, Certified
15   Realtime Reporter, Realtime Systems Administrator,
16   California CSR #13959, and Notary Public in and
17   for the District of Columbia.
18
19
20
21
22
23
24
25

1  Facebook's Washington, D.C. office, it was
2  in-person, right?
3       A.   Yes.
4       Q.   So, you met with him in-person; is
5  that correct?
6       A.   Yes.
7       Q.   And you had a conversation, but it
8  was in-person?
9       A.   Yes.
10      Q.   Okay.  Have you ever spoken to Mark
11 Zuckerberg about this case?
12      A.   I can't answer that question without
13 revealing privileged communication.
14      Q.   The, I'm asking -- I'm not asking
15 about the communication.  I'm not asking what you
16 told Mr. Zuckerberg.  I'm asking you whether or
17 not you ever spoke to Mr. Zuckerberg about this
18 case.
19           MR. NADOLENCO:  That is okay.  It is
20    a yes or no question.
21           THE WITNESS:  I did not speak with
22    Mr. Zuckerberg about this case.
23 BY MR. HALL:
24      Q.   Have you ever spoken with Mark
25 Zuckerberg about facial recognition?

Robert Sherman | Confidential | In re Facebook Biometric Information Privacy Litigation

1  A.   Yes.
2  **Q.   When?**
3  A.   I don't recall specifically.
4  **Q.   More than once?**
5  A.   Yes.
6  **Q.   How many times?**
7  A.   I don't recall specifically.
8  **Q.   What about generally.**
9  A.   I would say maybe five times.
10 **Q.   Five times?  Okay.  And what**
11 **prompted those conversations?**
12 A.   I don't think I can answer that
13 question without revealing privileged
14 communications.
15 **Q.   Okay.  Did he ask to meet with you?**
16 A.   I can't answer that question without
17 revealing privileged communication.
18 **Q.   I'm not asking you the nature of any**
19 **of the legal advice that maybe was discussed**
20 **during that.**
21 **         I'm asking you, whether Mark**
22 **Zuckerberg asked you for the meeting, or whether**
23 **you asked Mark Zuckerberg for the meeting.**
24          MR. NADOLENCO:  That's fine.
25          THE WITNESS:  I and others asked for

Robert Sherman — Confidential — In re Facebook Biometric Information Privacy Litigation

1    Q.   Okay.  When you joined Facebook,
2  what was your title?
3    A.   Manager of Privacy and Public
4  Policy.
5    Q.   Okay.  And what is it now?
6    A.   Deputy Chief Privacy Officer.
7    Q.   Have you had any other titles in
8  between?
9    A.   No.
10   Q.   What is the difference between those
11 two titles?
12   A.   A Manager of Privacy and Public
13 Policy is primarily responsible for working with
14 product teams to develop privacy solutions in
15 various parts of our service, and also working
16 with stakeholders outside the company, to discuss
17 how we build privacy into Facebook.
18         The most significant difference
19 between that role and my role is I'm now
20 responsible for managing a team of people who do
21 that work.
22   Q.   Okay.  So, it was a promotion?
23   A.   Yes.
24   Q.   When you joined as a manager in
25 March/April 2012, and you were managing product

Confidential     In re Facebook Biometric Information Privacy Litigation
Robert Sherman

```
 1  teams, was face recognition part of any of those
 2  products?
 3        A.    Yes.
 4        Q.    Which products?
 5        A.    Tag suggestions.
 6        Q.    Any others?
 7        A.    Not that I can recall.
 8        Q.    Okay.  And who was on the product
 9  team related to tag suggestions?
10        A.    I don't remember all of the people.
11        Q.    Who do you remember?
12        A.    The person that I dealt with most
13  significantly was the product manager.  His name
14  was Dan Barak.
15        Q.    Okay.  Who else did you interact
16  with on that product team?
17        A.    So, it is hard for me to define who
18  is on the product team versus not, because
19  Facebook is structured in a decentralized way.
20  So, there are different departments that would
21  work on different parts of a particular product.
22        Q.    Okay.  Is there -- when you refer to
23  a product team, what do you mean?
24        A.    I mean the cross functional group of
25  people who are working on that product.
```

Confidential                        In re Facebook Biometric
Robert Sherman                       Information Privacy Litigation

```
 1          Q.    Okay.  And, for the product team for
 2   tag suggestions, one of the team members was Dan
 3   Barak; is that correct?
 4          A.    Yes.
 5          Q.    Okay.  And he was the product
 6   manager?
 7          A.    Yes.
 8          Q.    Okay.  What other, what other roles
 9   were there on the product team?
10          A.    There were engineers.  There were,
11   there was a marketing manager.  There was a
12   content strategist.  There were lawyers.  And
13   there was a communications person.
14          Q.    Okay.  And, was it your role to
15   manage all of those people and all of those roles
16   in relation to tag suggestions?
17          A.    No, no.
18          Q.    No.  What was your role on the
19   product team?
20          A.    My role was to analyze the privacy
21   implications of the technology, provide
22   recommendations for how to protect privacy as a
23   part of tag suggestions, and to work with others
24   on the team to communicate externally about tag
25   suggestions.
```