# Exhibit 10

```
1              IN THE UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                    SAN FRANCISCO DIVISION

4

5   IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY

6   LITIGATION,

7

8   Master Docket No.: 3:15-CV-03747-JD

9

10  _____

11  FREDERICK WILLIAM GULLEN,

12              Plaintiff,

13  vs.                    Case No. 3:16-cv-00937-JD

14  FACEBOOK, INC.,

15              Defendant.

16  _____

17

18     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19

20      Videotaped Deposition of DAN BARAK, taken

21  at 3000 El Camino Real, Palo Alto, California, on

22  Tuesday, October 10, 2017, at 9:10 a.m.

23

24  REPORTED BY:

25  Mary Hogan, CSR No. 5386
```

1       Q    Yours, but not necessarily the other
2  seven or the other six, I should say?
3       A    Yes.
4       Q    And did there come a time when you
5  moved to the United States?
6       A    Yes.
7       Q    And when was that?
8       A    October 16, if I remember correctly,
9  2012.
10      Q    And did you move to your current
11 address?
12      A    No.
13      Q    Where did you move to?  You can just
14 tell me the city.  I don't need your full address.
15      A    San Francisco.
16      Q    San Francisco.
17      Q    All right.  So your official title
18 when you started working at Facebook was product
19 manager?
20      A    Yes.
21      Q    Is there any another part of your
22 title?
23      A    I think all product managers at
24 Facebook are product managers.
25      Q    And were you considered to be part of

```
 1   a particular division within Facebook?
 2        A    Yes.
 3        Q    What was that division called?
 4        A    The photos team.
 5        Q    Okay.  And were all seven of the
 6   Face.com employees who moved to Facebook part of
 7   the photos team?
 8        A    Yes.
 9        Q    And were there other Facebook
10   employees that were part of the photos team?
11        A    Yes.
12        Q    Approximately how many?
13        A    I honestly don't remember.
14   Probably -- I can speculate it was --
15        Q    I don't want you to speculate, but can
16   you estimate, you know, to a reasonable degree?
17        A    Probably around 20.
18        Q    Okay.
19        A    With a large margin of error.
20        Q    That's fine.  And that's including the
21   seven of you that came from Face.com, is that
22   correct?
23        A    Including that very big margin of
24   error, yes.
25        Q    Okay.  But would you say it was less
```

1     A    I actually don't.

2     Q    Did you report to anyone else or just

3 Peter Deng at the time when you first joined

4 Facebook?

5     A    Just Peter Deng.

6     Q    So what were your responsibilities as

7 a product manager on the photos team when you

8 first joined Facebook?

9     A    I was in charge of tag suggestions.

10     Q    Can you expand on that a little? When

11 you say in charge of tag suggestions, what do you

12 mean by that?

13     A    In charge of the face recognition

14 technology that was powering the tag suggestion

15 features on Facebook.

16     Q    What aspects of the face recognition

17 technology were you in charge of?

18     A    As a product manager, I would help my

19 team prioritize, talk to other teams, general work

20 product managers do essentially.

21     Q    So would you say you were sort of the

22 liaison between the team working on the tag

23 suggestions and other departments within Facebook?

24     A    I wouldn't probably put it exactly

25 like that.

1              General product manager

2   responsibilities, help working within the team and

3   outside of the team, interacting with other teams.

4       Q    I'm just trying to understand, for

5   someone not intimately familiar with what a

6   product manager does.

7              Maybe you can take me through some

8   examples of your typical responsibilities as

9   product manager for the tag suggestions team?

10      A    An example could be creating the user

11  experience of how tag suggestions are presented to

12  users.

13      Q    Okay.  And how would that be done at

14  Facebook?

15             MR. NADOLENCO:  Vague.

16             THE WITNESS:  Are you asking how those

17  tag suggestions work?

18      Q    (By Mr. Rhodes) No.  I'm just trying to

19  understand your example.

20             You say an example would be creating

21  the user experience of how tag suggestions are

22  presented to users.

23             Let's start with this.  What other

24  teams, if any, besides the tag suggestions team,

25  would be involved in, as you say, creating the

1   user experience?
2       A    The photos team in general would own
3   how the application shows tag suggestion.
4       Q    Okay.  Anyone else?
5       A    I think mostly that.
6       Q    Are there other teams or persons at
7   Facebook who would have input into that process?
8            MR. NADOLENCO:  Objection to the
9   extent it lacks foundation.
10      Q    (By Mr. Rhodes) That you know of?
11      A    I'm not sure about what input means.
12  Can you clarify?
13      Q    Well, again, we're just kind of
14  starting with one example of, as you said,
15  creating the user experience.
16      A    Yes.
17      Q    And so I'm just trying to understand,
18  you know, what that means, starting with, you
19  know, who would be involved.
20           Would there be anyone outside of the
21  tag suggestions or photo team that would be
22  involved in that process of creating the user
23  experience?
24           MR. NADOLENCO:  Same objection.
25           THE WITNESS:  I would -- it's kind of

1  a broad question.
2           There would be engineers on, let's
3  say, an infrastructure team that might interact
4  with where the server -- like which servers are
5  allocated to the software, but I think most of the
6  work would be done within the photos team.
7       Q   (By Mr. Rhodes) Okay.  So on a typical
8  project -- strike that.
9           Hold on.  All right.  So you mentioned
10 that -- going back and quoting from your testimony
11 here, just to refresh your memory, "As a product
12 manager I would help my team prioritize, talk to
13 other teams, generally work product managers do
14 essentially"?
15      A   Uh-huh.
16      Q   Let's take those one by one.  How
17 would you help your team prioritize?  Well, strike
18 that.
19          First of all, what would you help your
20 team prioritize?
21      A   If we need -- these are kind of
22 hypotheticals because I don't remember the exact
23 details.
24          Let's assume that the feature is
25 presented in a certain way to the user.

```
 1              It might require things to work like
 2   faster or slower or, for example, product -- I
 3   actually have a better example.
 4              Like a product might involve only face
 5   recognition or only face detection, for example,
 6   so if then you had a sequence, do first the one,
 7   not the other, or things like that, you know, like
 8   should we, if there is a bug in the system, should
 9   we fix something now or have a longer term fix,
10   general.
11        Q    Okay.  You made a distinction there
12   between face recognition and face detection.  What
13   is face detection?
14        A    Face detection is determining whether
15   there is a face in the photo.
16        Q    And how is that different from face
17   recognition?
18        A    Face recognition is about whose face
19   it is.
20        Q    So would face detection be sort of a
21   first step in the process towards face
22   recognition?
23        A    Face detection stands on its own and
24   can just run face detection.
25              To run face recognition there needs
```

1   to happen detection.
2       Q    Right.  Thank you.  So if there was a
3   new product, for example, that your team was
4   working on, would you be responsible for assigning
5   work to different individuals on the team
6   typically?
7            MR. NADOLENCO:  Objection, calls for
8   speculation.
9            THE WITNESS:  Typically, no.  That
10  would more fall into the scope of the engineering
11  manager's work.
12      Q    (By Mr. Rhodes) Okay.  So if you
13  weren't assigning, you know, tasks to people, when
14  you say, you know, help them prioritize, what
15  exactly does that mean?
16      A    Meaning that as a team we need this
17  set of features in this order to ship the product,
18  not who is best suited to work on each of the
19  individual tasks.
20      Q    I see.  Is that -- is that the roadmap
21  that you were describing earlier?
22      A    That roadmap from Clarizen was a very
23  specific feature that had nothing to do -- like it
24  was a roadmap or like with a capital R.
25      Q    Right.

1    A    If you will.  It was the name of the
2  product.  In general, products have roadmaps.
3    Q    Right.  I think there was one other --
4  I could be mistaken, but I think there was one
5  other time when you referred to roadmaps
6  generally, and thank you for clarifying.
7         That's what I meant, just more
8  generally, you know, if there was an issue or a
9  new product or something that the team was working
10 on and you're assisting them in prioritizing, you
11 know, that process, you would help create sort of
12 a roadmap, as you described it, that would
13 facilitate that process.  Is that accurate?
14        MR. NADOLENCO:  Objection, vague and
15 overly broad.
16        THE WITNESS:  Not exactly.  The
17 roadmap does not facilitate.  The roadmap is the
18 set of features and their sequence.
19   Q    (By Mr. Rhodes) Okay.  And you
20 mentioned that you would talk to other teams as
21 part of that process, is that right?
22   A    Yes.
23   Q    Okay.  For what purpose would you talk
24 to other teams as part of your job?
25        MR. NADOLENCO:  Vague and overly

1   broad, compound.
2           THE WITNESS:  In general, team scope
3   overlaps, and then whenever you are building a
4   feature, it touches another team's scope, you
5   would let them know, potentially consult with
6   them, et cetera.
7       Q   (By Mr. Rhodes) What were some of the
8   other teams that you consulted with as part of
9   your role as product manager on the photos team?
10      A   I kind of spent a long time on the
11  photos team, so it's hard to say exactly.
12      Q   Fair enough.  I'll limit my question
13  to, let's say, the first year of your work in
14  Facebook.
15      A   I think there might have been a team
16  that was working on the very basic web application
17  for feature phones that would introduce tag
18  suggestion into.
19          I don't remember if there was a
20  composer team but the Facebook composer, we
21  introduced tag suggestions there.
22      Q   What is Facebook composer?
23      A   Whenever you go and like wanted to
24  update your status or post a photo, that is done
25  through the composer.

1    Q    That's -- what you are referring to as
2  the composer is a back end part of the process, is
3  that correct?
4    A    No.
5    Q    No?
6    A    It's the front end.
7    Q    Okay.  I see.  I'm a Facebook user.
8  I've never heard the composer.
9         I guess that's not what, from a user's
10 perspective, it's called on the website.  Is that
11 correct?
12   A    I don't know if there is a user name
13 to that, but the box on top of news feed that you
14 type or post photos through.
15   Q    I see.
16   A    That was composer.
17   Q    That's called the composer, okay.  So
18 what other teams did you work with early on in
19 your role as product manager on the photos team?
20   A    I think a lot of the work was mostly
21 focused on the photos team itself.
22        I think other interactions with teams
23 that owned other products were fairly minimal so
24 that's why they don't pop into mind.
25   Q    Did your interaction with other teams

1  grow as you continued at Facebook longer?
2       A    Yes.
3       Q    What were some of the teams that you
4  started interacting with later on in your time at
5  Facebook?
6       A    Probably interacted with the news feed
7  team.
8            It's also important to note that my
9  role changed over the years, and I added more
10 responsibilities, changed responsibilities
11 entirely, et cetera.
12      Q    Okay.  Maybe it would be helpful to
13 kind of establish some of that timeline.
14           So you first got to Facebook in
15 October 2012 as a product manager on the photos
16 team?
17      A    Uh-huh.
18      Q    How long were you a product manager on
19 the photos team?
20      A    I would say that is a complex question
21 because the photos team itself changed to be the
22 friend sharing team, which I do not remember
23 exactly when that was.
24           I would say that I probably stayed on
25 the photos team or what used to be the photos team

```
 1   or like a fairly similar position until -- let's
 2   see, probably March 2015.
 3              Wait just a second.  Yes, I think
 4   that's right.
 5       Q    And do you recall when the photos team
 6   transitioned to become known as the friend sharing
 7   team?
 8       A    I think it was towards the end of
 9   2014.  I'm not entirely sure.
10       Q    And what was the reason that the photo
11   team transitioned to become the friend sharing
12   team?
13              MR. NADOLENCO:  Objection to the
14   extent it lacks foundation.
15              THE WITNESS:  I don't know all of the
16   factors that were involved.
17              One of the things was that we started,
18   for example, caring about all or having the scope
19   of all sharing, not just photo sharing.
20              MR. NADOLENCO:  You think you're close
21   to a break point?
22              MR. RHODES:  We can take a break
23   whenever you guys want.
24              MR. NADOLENCO:  We have been going an
25   hour and fifteen minutes, so whenever you're --
```

```
1        Q    Did you ever meet with Mark Zuckerberg
2   during your -- the course of your work as a
3   product manager --
4        A    Yes.
5        Q    -- of Facebook?
6        A    Yes.
7        Q    Approximately how many times?
8        A    Probably three, four.  I don't
9   remember exactly.
10       Q    So not like once a week?
11       A    Definitely not once a week.
12       Q    Okay.  Do you remember -- strike that.
13  Were any of those meetings about facial
14  recognition?
15       A    Yes.
16       Q    Okay.  Do you remember when the first
17  time you met with him to discuss facial
18  recognition was?
19       A    Yes.
20       Q    When was that?
21       A    I couldn't give a specific date.  It
22  was -- if I had to speculate, probably early 2013.
23       Q    Okay.  So that's actually around this
24  time.
25            This is from March 18, 2013.  What was
```