# Exhibit 12

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jgeorge@rgrdlaw.com

LABATON SUCHAROW LLP
LAWRENCE A. SUCHAROW (*pro hac vice*)
MICHAEL P. CANTY (*pro hac vice*)
CORBAN S. RHODES (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
lsucharow@labaton.com
mcanty@labaton.com
crhodes@labaton.com

EDELSON PC
JAY EDELSON (*pro hac vice*)
BENJAMIN RICHMAN (*pro hac vice*)
ALEXANDER G. TIEVSKY (*pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)
jedelson@edelson.com
brichman@edelson.com
atievsky@edelson.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master File No. 3:15-cv-03747-JD |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A) AND 26(e)(1) |
| ALL ACTIONS. | |

1433566_1

## I. Introduction

Pursuant to Rule 26(a)(1)(A) and 26(e)(1) of the Federal Rules of Civil Procedure, plaintiffs and Class representatives Adam Pezen, Nimesh Patel and Carlo Licata make the following supplemental initial disclosures based on reasonably available information. These supplemental initial disclosures are made without waiver of, or prejudice to, any current or future objections plaintiffs may have. Plaintiffs expressly reserve all objections, including, but not limited to: (i) relevance; (ii) attorney-client privilege; (iii) work product protection; (iv) privacy; (v) any other applicable privilege or protection under federal or state law; (vi) undue burden; (vii) materiality; (viii) overbreadth; and (ix) the admissibility in evidence of these supplemental initial disclosures or the subject matter thereof. Plaintiffs reserve the right to supplement or amend these disclosures as needed.

## II. Individuals Likely to Have Discoverable Information

In addition to the individuals previously disclosed in plaintiffs' January 11, 2016 initial disclosures, the following individuals are likely to have discoverable information:

| Name | Contact Information | Subjects of Discoverable Information |
| --- | --- | --- |
| Dan Barak | c/o John Nadolenco<br>MAYER BROWN LLP<br>350 S. Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>213/229-9500 | Development and operation of Facebook's facial recognition technology. Facebook's licensing of face.com technology and acquisition of face.com. Use of facial recognition technology to power Tag Suggestions. General collection and processing of data from photos uploaded to Facebook. |

1433566_1

PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A) AND 26(e)(1)- 3:15-cv-03747-JD    - 1 -

| Name | Contact Information | Subjects of Discoverable Information |
|---|---|---|
| Alvaro Bedoya | GEORGETOWN UNIVERSITY LAW CENTER<br>600 New Jersey Avenue N.W.<br>Washington, DC 20001<br>202/662-9779 | The 2012 investigation and hearing by U.S. Senate Judiciary Subcommittee on Privacy Technology and the Law: "What Facial Recognition Technology Means for Privacy and Civil Liberties."  Correspondence with Facebook regarding the Subcommittee's investigation and hearing.  The purpose of and reason for the Subcommittee's investigation and hearing. |
| Shannon Chance | c/o John Nadolenco<br>MAYER BROWN LLP<br>350 S. Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>213/229-9500 | Information regarding the plaintiffs' accounts, including when they signed up for Facebook, the timing and extent of plaintiffs' use of Facebook, and when plaintiffs agreed to Facebook's terms of service, also known as the Facebook Statement of Rights and Responsibilities. |
| Joachim De Lombaert | c/o John Nadolenco<br>MAYER BROWN LLP<br>350 S. Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>213/229-9500 | Information regarding how users signed up or registered for Facebook at the time each of the plaintiffs signed up or registered for Facebook, including the process they followed and the website's layout.  Information regarding how users agreed to Facebook's terms of service, also known as the Facebook Statement of Rights and Responsibilities, at the time each of the plaintiffs signed up or registered for Facebook. |
| Jeffrey S. Dunn | c/o Shawn A. Williams<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>415/288-4545 | Technological functioning of Facebook's facial recognition technology. |

1433566_1

PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A) AND 26(e)(1)- 3:15-cv-03747-JD - 2 -

| Name | Contact Information | Subjects of Discoverable Information |
|---|---|---|
| Dr. Atif Hashmi | c/o Shawn A. Williams<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>415/288-4545 | Technological functioning of Facebook's facial recognition technology. |
| Sam Odio | 137 Las Lomas Drive<br>Aptos, CA 95003<br>650/485-0071 | Development and operation of Facebook's facial recognition technology and use of facial recognition technology to power Tag Suggestions.  Facebook's rollout of Tag Suggestions and other features employing facial recognition technology.  Facebook's licensing of face.com technology and acquisition of face.com.  General collection and processing of data from photos uploaded to Facebook. |
| Mark Pike | c/o John Nadolenco<br>MAYER BROWN LLP<br>350 S. Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>213/229-9500 | Information regarding the terms of service in place at the time each of the plaintiffs registered for Facebook and at the present time, and changes or updates to Facebook's terms of service, also known as the Facebook Statement of Rights and Responsibilities. |
| Barry Schnitt | 191 Crest Road<br>Woodside, CA 94062<br>650/740-5293 | Development and operation of Facebook's facial recognition technology and use of facial recognition technology to power Tag Suggestions.  Facebook's rollout of Tag Suggestions and other features employing facial recognition technology.  Facebook privacy policies regarding Tag Suggestions and facial recognition technology. |

1433566_1

PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A) AND 26(e)(1)- 3:15-cv-03747-JD - 3 -

| Name | Contact Information | Subjects of Discoverable Information |
|---|---|---|
| Robert Sherman | c/o John Nadolenco<br>MAYER BROWN LLP<br>350 S. Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>213/229-9500 | Facebook privacy policies regarding Tag Suggestions and facial recognition technology. Facebook's interactions with European regulators and the U.S. Senate regarding privacy, Tag Suggestions and facial recognition. |
| Yaniv Taigman | c/o John Nadolenco<br>MAYER BROWN LLP<br>350 S. Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>213/229-9500 | Development and operation of Facebook's facial recognition technology. Facebook's licensing of face.com technology and acquisition of face.com. Use of facial recognition technology to power Tag Suggestions. General collection and processing of data from photos uploaded to Facebook. |
| Omry Yadan | c/o John Nadolenco<br>MAYER BROWN LLP<br>350 S. Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>213/229-9500 | Development and operation of Facebook's facial recognition technology. Facebook's licensing of face.com technology and acquisition of face.com. Use of facial recognition technology to power Tag Suggestions. General collection and processing of data from photos uploaded to Facebook. |
| Mark Zuckerberg | c/o John Nadolenco<br>MAYER BROWN LLP<br>350 S. Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>213/229-9500 | Facebook's facial recognition technology and its application to photos on Facebook. Facebook's compliance with U.S. and European privacy laws. |

**III.    Documents and Tangible Things in Plaintiffs' Possession**

Plaintiffs have within their possession, custody and control, including through counsel, the following documents and tangible things that may support their claims or defenses, including, but not limited to:

1.    Documents referenced in the complaint;

2.    Plaintiff Patel's "Facial Recognition Data" downloaded from Facebook; and

1     3.     Documents and testimony obtained in discovery in this action.

## IV.     Computation of Damages

Individually and on behalf of the Class, plaintiffs seek statutory damages of up to $5,000 per violation under the Illinois Biometric Information Privacy Act, 740 ILCS 14/1 *et seq*., as well as reasonable attorneys' fees and costs, and injunctive relief necessary to ensure that defendant's unlawful conduct does not continue.

## V.     Insurance Agreements

Plaintiffs do not have any insurance policies related to this action.

DATED: May 15, 2018

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
JOHN H. GEORGE

_____
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ELLEN GUSIKOFF STEWART
LUCAS F. OLTS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
CHRISTOPHER C. GOLD*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: 561/750-3000
561/750-3364 (fax)

1433566_1

PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A) AND 26(e)(1)- 3:15-cv-03747-JD - 5 -

| | |
|---|---|
| 1 | |
| 2 | LABATON SUCHAROW LLP<br>LAWRENCE A. SUCHAROW* |
| 3 | MICHAEL P. CANTY*<br>CORBAN S. RHODES* |
| 4 | 140 Broadway<br>New York, NY 10005 |
| 5 | Telephone: 212/907-0700<br>212/818-0477 (fax) |
| 6 | EDELSON PC |
| 7 | JAY EDELSON*<br>BENJAMIN RICHMAN* |
| 8 | ALEXANDER G. TIEVSKY*<br>350 North LaSalle Street, Suite 1300 |
| 9 | Chicago, IL 60654<br>Telephone: 312/589-6370 |
| 10 | 312/589-6378 (fax) |
| 11 | EDELSON PC<br>RAFEY BALABANIAN* |
| 12 | LILY HOUGH*<br>123 Townsend Street, Suite 100 |
| 13 | San Francisco, CA 94107<br>Telephone: 415/212-9300 |
| 14 | 415/373-9435 (fax) |

Attorneys for Plaintiffs

* = appearance *pro hac vice*

---

1433566_1

PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A) AND 26(e)(1)- 3:15-cv-03747-JD     - 6 -

## **DECLARATION OF SERVICE BY U.S. MAIL & E-MAIL**

I, Sarah A. Morris, not a party to the within action, hereby declare that on May 15, 2018, I served the attached PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A) AND 26(e)(1) on the parties to the within action by e-mail and by depositing a true copy in a sealed envelope with postage thereon fully prepaid in a United States mailbox at San Francisco, California, to the parties addressed as follows:

**COUNSEL FOR PLAINTIFFS:**

| NAME | FIRM | E-MAIL |
|---|---|---|
| Shawn A. Williams<br>John H. George | ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104 | shawnw@rgrdlaw.com<br>jgeorge@rgrdlaw.com |
| Christopher C. Gold<br>Stuart A. Davidson | ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432 | cgold@rgrdlaw.com<br>sdavidson@rgrdlaw.com |
| Patrick J. Coughlin<br>Ellen A. Gusikoff Stewart<br>Lukas F. Olts | ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498 | patc@rgrdlaw.com<br>elleng@rgrdlaw.com<br>lolts@rgrdlaw.com |
| Lawrence A. Sucharow<br>Michael P. Canty<br>Corban S. Rhodes | LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005 | lsucharow@labaton.com<br>mcanty@labaton.com<br>crhodes@labaton.com |
| Jay Edelson<br>Benjamin H. Richman<br>Alexander G. Tievsky | EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654 | jedelson@edelson.com<br>brichman@edelson.com<br>atievsky@edelson.com |
| Rafey Balabanian<br>Lily Hough | EDELSON PC<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107 | rbalabanian@edelson.com<br>lhough@edelson.com |

**COUNSEL FOR DEFENDANT:**

| NAME | FIRM | E-MAIL |
|---|---|---|
| John Nadolenco | MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071 | jnadolenco@mayerbrown.com |
| Lauren R. Goldman<br>Michael Rayfield | MAYER BROWN LLP<br>1221 Avenue of the Americas'<br>New York, NY 10020 | lrgoldman@mayerbrown.com<br>mrayfield@mayerbrown.com |

1433566_1

PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 26(a)(1)(A) AND 26(e)(1)- 3:15-cv-03747-JD - 7 -

| Matthew D. Provance | MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL  60606 | mprovance@mayerbrown.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 15, 2018, at San Francisco, California.

_____
SARAH A. MORRIS

1433566_1

PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A) AND 26(e)(1)- 3:15-cv-03747-JD                                                                              - 8 -