MAYER BROWN LLP
John Nadolenco (SBN 181128)
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
jnadolenco@mayerbrown.com

Lauren R. Goldman (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com

*Counsel for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **DECLARATION OF MARK ZUCKERBERG IN SUPPORT OF THE MOTION OF FACEBOOK, INC. AND MARK ZUCKERBERG TO QUASH PLAINTIFFS' SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL**<br><br>Master Docket No.: 3:15-CV-03747-JD<br><br>Hon. James Donato |

I, Mark Zuckerberg, hereby declare as follows:

1. I am the Chairman and Chief Executive Officer of Facebook, Inc. ("Facebook").

2. I make this declaration on my own personal knowledge and, if called upon as a witness to do so, I could and would competently testify as to the matters set forth herein.

3. I have been informed by counsel that the above-captioned matter is a lawsuit brought by Illinois residents under the Illinois Biometric Information Privacy Act, alleging that Facebook used facial-recognition technology to analyze their photos, and to create and store "templates" for them, without giving them adequate notice or obtaining their consent.

4. I do not have any unique personal knowledge of this case, or of any of the facts and claims at issue in this case. I was not directly involved in the creation or design of Facebook's facial-recognition technology; nor do I have day-to-day responsibility for formulating or implementing the decisions or policies related to the technology.

5. Instead, Facebook employs people who are responsible for Facebook's facial-recognition technology, the uses of that technology, and the policies related to it. I rely on periodic briefings from those individuals for my knowledge of these issues.

I declare under penalty of perjury under the laws of ~~the State of~~ _____ ~~and~~ the United States that the foregoing is true and correct.

Executed this 21st day of May, 2018 ~~in~~ _____.

_____
Mark Zuckerberg

DECLARATION OF MARK ZUCKERBERG
MASTER CASE NO. 3:15-CV-03747-JD