1  MAYER BROWN LLP
   John Nadolenco (SBN 181128)
2  350 South Grand Avenue
   25th Floor
3  Los Angeles, CA 90071-1503
   Telephone: (213) 229-9500
4  jnadolenco@mayerbrown.com

5
   Lauren R. Goldman (*pro hac vice*)
6  1221 Avenue of the Americas
   New York, NY 10020
7  Telephone: (212) 506-2500
   lrgoldman@mayerbrown.com
8
9  *Counsel for Defendant Facebook, Inc.*

10
                    **UNITED STATES DISTRICT COURT**
11
                    **NORTHERN DISTRICT OF CALIFORNIA**
12
                         **SAN FRANCISCO DIVISION**
13

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **[PROPOSED] ORDER RE: MOTION OF FACEBOOK, INC. AND MARK ZUCKERBERG TO STRIKE AND/OR QUASH PLAINTIFFS' SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL**<br><br>Master Docket No.: 3:15-CV-03747-JD<br><br>Hon. James Donato<br><br>*[Motion, Declaration of John Nadolenco, and Declaration of Mark Zuckerburg filed concurrently herewith]* |

1  Having considered the motion of Facebook, Inc. and Mark Zuckerberg to strike and/or
2  quash plaintiffs' subpoena to appear and testify at a hearing or trial, all papers submitted in
3  support of and in opposition thereto, and for good cause appearing, IT IS HEREBY ORDERED
4  that plaintiffs' subpoena for Mr. Zuckerberg's appearance and testimony at trial is quashed and
5  plaintiffs' inclusion of Mr. Zuckerberg on their proposed witness list is stricken.

7  IT IS SO ORDERED.

9  Dated: _____    _____
10                                    Hon. James Donato
                                     United States District Judge