UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMESH PATEL, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>FACEBOOK INC.,<br><br>         Defendant. | Case No. 15-cv-03747-JD |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the July 9, 2018 Jury Trial in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( )   All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project. See cand.uscourts.gov/cameras for more information.

(x)   At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 5/23/2018                                    Susan Y. Soong, Clerk of Court

_____
Signature of Clerk or Deputy Clerk