UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

NOV 30 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NIMESH PATEL, Individually and on Behalf of All Others Similarly Situated; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant-Appellant. | No. 18-15982 <br><br> D.C. No. 3:15-cv-03747-JD Northern District of California, San Francisco <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

On October 9, 2018, at Docket Entry No. 8, appellant filed a notice of intent to file certain portions of previously sealed documents publicly pursuant to Interim Ninth Circuit Rule 27-13(f), and submitted the opening brief and volume III of the excerpts of record provisionally under seal. No other party has filed a motion to file or maintain those portions of these documents under seal.

The Clerk shall maintain under seal the opening brief submitted at Docket Entry Nos. 8 and 25 and volume III of the excerpts of record submitted at Docket Entry Nos. 8 and 26. The Clerk shall publicly file volumes I and II of the excerpts of record submitted at Docket Entry No. 9.

Within 7 days after the date of this order, appellant shall submit for public filing redacted versions of the opening brief and volume III of the excerpts of

IHP/MOATT

record in accordance with the proposed redactions outlined in appellant's October 9, 2018 motion. *See* Interim Ninth Circuit Rule 27-13(f).

The previously established briefing schedule remains in effect.

IHP/MOATT  2  18-15982