FILED

JAN 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NIMESH PATEL, Individually and on Behalf of All Others Similarly Situated; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant-Appellant. | No. 18-15982 <br><br> D.C. No. 3:15-cv-03747-JD Northern District of California, San Francisco <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellees' unopposed motion to file the second volume of the supplemental excerpts of record ("Volume 2") under seal (Docket Entry No. 40) is granted.

Appellant's opposed motion to seal portions of appellee's answering brief (Docket Entry Nos. 50 and 53) is granted.

To the extent that appellees and appellant request that the motions to seal be filed under seal (Docket Entry Nos. 50, 52, 53), their requests are granted.

The Clerk shall maintain under seal Volume 2 at Docket Entry No. 40, Document 2.

The Clerk shall maintain under seal the unredacted answering brief and motions filed at Docket Entry Nos. 38, 50, 52, and 53.

The Clerk shall file publicly the motion filed at Docket Entry No. 40,

Document 1, and the first volume of the supplemental excerpts of record submitted at Docket Entry No. 39.

Within 7 days after the date of this order, appellees shall submit for public filing a redacted version of the answering brief that redacts the page and line numbers set forth in appellant's motion.

The optional reply brief is due within 21 days after the date of this order.