FILED

JUL 25 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NIMESH PATEL, Individually and on Behalf of All Others Similarly Situated; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant-Appellant. | No.  18-15982 <br><br> D.C. No. 3:15-cv-03747-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: GOULD and IKUTA, Circuit Judges, and PEARSON,[*] District Judge.

The motion of the Chamber of Commerce of the United States of America for leave to file an *amicus curiae* brief in support of the appellant, Docket Entry No. 10, is GRANTED.

The appellees' motion to dismiss the case, Docket Entry No. 62, is DENIED.

The appellant's motion to file a portion of the reply brief under seal, Docket Entry Nos. 70, 71, is GRANTED.

---

[*] The Honorable Benita Y. Pearson, United States District Judge for the Northern District of Ohio, sitting by designation.