**FILED**

**SEP 10 2019**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NIMESH PATEL, Individually and on Behalf of All Others Similarly Situated; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant-Appellant. | No.   18-15982 <br><br> D.C. No. 3:15-cv-03747-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: GOULD and IKUTA, Circuit Judges, and PEARSON,[*] District Judge.

Appellees are directed to file a response to appellant's petition for rehearing en banc filed September 5, 2019. The response shall not exceed 15 pages or 4200 words and shall be filed within 21 days of the date of this order.

Parties who are registered for ECF must file the response electronically without submission of paper copies. Parties who are not registered ECF filers must file the original response plus 50 copies.

---

[*] The Honorable Benita Y. Pearson, United States District Judge for the Northern District of Ohio, sitting by designation.