| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) |
| 2 | (rhodesmg@cooley.com) |
| | 101 California Street, 5th Floor |
| 3 | San Francisco, CA 94111-5800 |
| | Telephone: (415) 693-2000 |
| 4 | Facsimile: (415) 693-2222 |
| 5 | MAYER BROWN LLP |
| | John Nadolenco (SBN 181128) |
| 6 | 350 South Grand Avenue |
| | 25th Floor |
| 7 | Los Angeles, CA 90071-1503 |
| | Telephone: (213) 229-9500 |
| 8 | jnadolenco@mayerbrown.com |
| 9 | Lauren R. Goldman (pro hac vice) |
| | 1221 Avenue of the Americas |
| 10 | New York, NY 10020 |
| | Telephone: (212) 506-2500 |
| 11 | lrgoldman@mayerbrown.com |
| 12 | Attorneys for Defendant |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No.: 3:15-CV-03747-JD<br><br>**NOTICE OF APPEARANCE OF MICHAEL G. RHODES AS COUNSEL FOR DEFENDANT FACEBOOK, INC.** |

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

Defendant FACEBOOK, INC. ("Defendant") notifies the Court and all parties that Michael G. Rhodes of the law firm of Cooley LLP hereby appears as Defendant's trial counsel of record in this action. He is admitted to practice in California and before this Court. His address, telephone

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

NOTICE OF APPEARANCE OF MICHAEL G. RHODES
AS COUNSEL FOR DEFENDANT FACEBOOK, INC.
3:15-CV-03747-JD

number, facsimile number and e-mail address are as follows:

Michael G. Rhodes
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
E-mail: rhodesmg@cooley.com

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated: November 13, 2019              COOLEY LLP
                                     MICHAEL G. RHODES (116127)


                                     /s/ Michael G. Rhodes
                                     Michael G. Rhodes

                                     Attorneys for Defendant FACEBOOK, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

NOTICE OF APPEARANCE OF MICHAEL G. RHODES
AS COUNSEL FOR DEFENDANT FACEBOOK, INC.
3:15-CV-03747-JD