# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 4, 2019

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Facebook, Inc.
           v. Nimesh Patel, et al.
           No. 19-706
           (Your No. 18-15982)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 2, 2019 and placed on the docket December 4, 2019 as No. 19-706.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst