1   COOLEY LLP
    MICHAEL G. RHODES (116127)
2   (rhodesmg@cooley.com)
    WHITTY SOMVICHIAN (194463)
3   (wsomvichian@cooley.com)
    101 California Street, 5th Floor
4   San Francisco, CA  94111-5800
    Telephone:   (415) 693-2000
5   Facsimile:    (415) 693-2222

6   MAYER BROWN LLP
    Lauren R. Goldman (pro hac vice)
7   1221 Avenue of the Americas
    New York, NY 10020
8   Telephone: (212) 506-2500
    lrgoldman@mayerbrown.com
9

10  Attorneys for Defendant
    FACEBOOK, INC.
11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16  IN RE FACEBOOK BIOMETRIC          Master Docket No.: 3:15-cv-03747-JD
17  INFORMATION PRIVACY LITIGATION    **JOINT STATUS REPORT**

18                                    The Honorable James Donato
                                      Date:       February 6, 2020
19                                    Time:       10:00 a.m.
                                      Location:  Courtroom 11, 19th Floor
20

21

22

23

24

25

26

27

28

The parties advise the Court that they have reached a settlement in principle and, to that end, executed a memorandum of understanding of settlement as of the evening of Friday, January 31, 2020.

Dated:  February 3, 2020                    COOLEY LLP


                                           _Michael Rh_____
                                           Michael G. Rhodes
                                           Attorneys for Defendant FACEBOOK, INC.

Dated:  February 3, 2020                    ROBBINS GELLER RUDMAN & DOWD LLP




                                           /s/ Shawn A. Williams
                                           _____
                                           Shawn A. Williams
                                           Attorneys for Plaintiffs

Dated:  February 3, 2020                    LABATON SUCHAROW LLP




                                           /s/ Michael Canty
                                           _____
                                           Michael Canty
                                           Attorneys for Plaintiffs

Dated:  February 3, 2020                    EDELSON PC




                                           /s/ Rafey Balabanian
                                           _____
                                           Rafey Balabanian
                                           Attorneys for Plaintiffs