UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  February 6, 2020      Judge:  Hon. James Donato

Time:  10 Minutes

Case No.     **C-15-03747-JD**
Case Name    **In re Facebook Biometric Information Privacy Litigation**

Attorney(s) for Plaintiff(s):    Shawn A. Williams/Michael Patrick Canty/John H. George/ Aaron Lawson
Attorney(s) for Defendant(s):    Michael Rhodes/Whitty Somvichian/Nikki Stitt Sokol/Jeffrey Gutkin

Deputy Clerk:  Lisa R. Clark      Court Reporter:  JoAnn Bryce

### PROCEEDINGS

Status Conference -- Held

### NOTES AND ORDERS

The parties advise that they expect to file a preliminary approval motion by March 12, 2020. The motion must comply with the format and requirements of the N.D. Cal. Procedural Guidance for Class Action Settlements.