ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

shawnw@rgrdlaw.com
jgeorge@rgrdlaw.com

LABATON SUCHAROW LLP
MICHAEL P. CANTY (*pro hac vice*)
CORBAN S. RHODES (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
mcanty@labaton.com
crhodes@labaton.com

EDELSON PC
JAY EDELSON (*pro hac vice*)
BENJAMIN RICHMAN (*pro hac vice*)
ALEXANDER G. TIEVSKY (*pro hac vice*)
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)
jedelson@edelson.com
brichman@edelson.com
atievsky@edelson.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master File No. 3:15-cv-03747-JD |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' STATUS REPORT |
|     ALL ACTIONS. | |

Cases\4827-8760-2874.v1-4/17/20

1    Counsel for plaintiffs hereby submit this status report regarding the memorialization of the

2    settlement and motion for preliminary approval.

3    WHEREAS, on January 15, 2020, the parties engaged in a full-day, in-person mediation in

4    San Francisco, California, overseen by former United States Ambassador to Australia Jeff Bleich,

5    and reached an agreement in principle to resolve the claims asserted in the consolidated complaint

6    (ECF No. 40) in the above-referenced action;

7    WHEREAS, on February 6, 2020, the parties appeared before this Court for a status

8    conference, during which parties reported that they had reached such an agreement and would

9    work toward finalizing the agreement and filing the necessary preliminary approval motion and

10   related documents by March 12, 2020;

11   WHEREAS, since January 2020, the parties have worked diligently toward finalizing the

12   settlement and motion for preliminary approval, ensuring compliance with Rule 23 of the Federal

13   Rules of Civil Procedure and the Northern District California Guidelines Regarding the Settlement

14   of Class Actions;

15   WHEREAS, on March 11, 2020, the parties submitted a Joint Request for Extension,

16   explaining that Facebook's engineers required additional time to compile and confirm class

17   membership data and for class counsel to evaluate and confirm the accuracy of Facebook's work,

18   which the Court granted on March 13, 2020 (ECF No. 440);

19   WHEREAS, in the weeks after the Court's March 13 Order, the impact of the COVID-19

20   pandemic on the progress in this case increased substantially as state and local governments issued

21   mandatory shelter-in-place orders that covered Facebook's headquarters in Menlo Park (March

22   17, 2020) and the offices of the attorneys in this action in San Francisco (March 17, 2020), Chicago

23   (March 21, 2020), New York (March 22, 2020), and Boca Raton (March 28, 2020);

24   WHEREAS, Facebook – due in part to increased delays caused by the COVID-19

25   pandemic – has only recently provided portions of the class membership data that plaintiffs need

26   to both assess the estimated class size as well as class notice procedures;

27   WHEREAS, plaintiffs continue to engage with Facebook and Ambassador Bleich to obtain

28   additional information concerning class membership data necessary to finalize the settlement and

1   move the Court for approval.  However, due in part to Ambassador Bleich's schedule, additional

2   time is needed to work with him to complete settlement papers;

3          THEREFORE, plaintiffs are also mindful that this Court will not grant any further

4   extensions on this issue, and consistent with the Court's March 13, 2020 Order, and unless

5   otherwise ordered by the Court or a motion for preliminary approval is filed and granted, plaintiffs

6   understand they must be prepared to appear before the Court on June 25, 2020, for the final pre-

7   trial conference.

8   DATED:  April 16, 2020                        ROBBINS GELLER RUDMAN
                                                      & DOWD LLP
9                                                 SHAWN A. WILLIAMS
                                                  JOHN H. GEORGE
10

11                                                      s/ Shawn A. Williams
12                                                     SHAWN A. WILLIAMS

13                                                Post Montgomery Center
                                                  One Montgomery Street, Suite 1800
14                                                San Francisco, CA  94104
                                                  Telephone:  415/288-4545
15                                                415/288-4534 (fax)

16                                                ROBBINS GELLER RUDMAN
                                                      & DOWD LLP
17                                                PATRICK J. COUGHLIN
                                                  ELLEN GUSIKOFF STEWART
18                                                LUCAS F. OLTS
                                                  RANDI D. BANDMAN
19                                                655 West Broadway, Suite 1900
                                                  San Diego, CA  92101
20                                                Telephone:  619/231-1058
                                                  619/231-7423 (fax)
21
                                                  ROBBINS GELLER RUDMAN
22                                                    & DOWD LLP
                                                  PAUL J. GELLER*
23                                                STUART A. DAVIDSON*
                                                  CHRISTOPHER C. GOLD*
24                                                120 East Palmetto Park Road, Suite 500
                                                  Boca Raton, FL  33432
25                                                Telephone:  561/750-3000
                                                  561/750-3364 (fax)
26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LABATON SUCHAROW LLP
MICHAEL P. CANTY*
CORBAN S. RHODES*


_____/s/ Michael P. Canty_____
MICHAEL P. CANTY

140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

EDELSON PC
JAY EDELSON*
BENJAMIN RICHMAN*
ALEXANDER G. TIEVSKY*
350 North LaSalle Street, 14th Floor
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)

EDELSON PC
RAFEY BALABANIAN
LILY HOUGH


_____/s/ Rafey Balabanian_____
RAFEY BALABANIAN

123 Townsend Street, Suite 100
San Francisco, CA  94107
Telephone:  415/212-9300
415/373-9435 (fax)

Attorneys for Plaintiffs

* = appearance *pro hac vice*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on April 16, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Shawn A. Williams
SHAWN A. WILLIAMS
ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  shawnw@rgrdlaw.com

**Mailing Information for a Case 3:15-cv-03747-JD In re Facebook Biometric Information Privacy Litigation**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rafey Sarkis Balabanian**
  rbalabanian@edelson.com,docket@edelson.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James E Barz**
  jbarz@rgrdlaw.com

- **Joel H. Bernstein**
  jbernstein@labaton.com,JGardner@labaton.com,kgutierrez@labaton.com,cvillegas@labaton.com,RKamhi@labaton.com,1375722420@filings.docketbird.com,electro

- **Michael P. Canty**
  mcanty@labaton.com,lpina@labaton.com,7677707420@filings.docketbird.com,fmalonzo@labaton.com,acarpio@labaton.com,electroniccasefiling@labaton.com

- **Albert Y. Chang**
  achang@bottinilaw.com,sammirati@bottinilaw.com

- **Vincent Connelly**
  vconnelly@mayerbrown.com,courtnotification@mayerbrown.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Jay Edelson**
  jedelson@edelson.com,docket@edelson.com

- **Amanda M. Frame**
  aframe@rgrdlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,swinkles@rgrdlaw.com,swinkles@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,pgeller@ecf.courtdrive.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **John Hamilton George**
  jgeorge@rgrdlaw.com

- **Christopher Chagas Gold**
  cgold@rgrdlaw.com,CGold@ecf.courtdrive.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Lauren R Goldman**
  lrgoldman@mayerbrown.com,gtmiller@mayerbrown.com,5357426420@filings.docketbird.com,TStruwe@mayerbrown.com,courtnotification@mayerbrown.com,jma

- **Ellen Anne Gusikoff-Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey Gutkin**
  gutkinjm@cooley.com,eFilingNotice@cooley.com,carol-dickerson-7279@ecf.pacerpro.com,john-brocales-7263@ecf.pacerpro.com,efiling-notice@ecf.pacerpro.com

- **Frank S Hedin**
  fhedin@hedinhall.com

- **Lily E. Hough**
  lhough@edelson.com,docket@edelson.com

- **Ross M Kamhi**
  rkamhi@labaton.com,8349713420@filings.docketbird.com,lpina@labaton.com,electroniccasefiling@labaton.com

- **David Philip Milian**
  DMilian@CareyRodriguez.com,ecf@careyrodriguez.com

- **John Nadolenco**
  jnadolenco@mayerbrown.com,los-
  docket@mayerbrown.com,jaustgen@mayerbrown.com,tstruwe@mayerbrown.com,gtmiller@mayerbrown.com,2071822420@filings.docketbird.com,srhernandez@ma

- **Alexander Nguyen**
  anguyen@edelson.com,docket@edelson.com

- **Richard E Nowak**
  rnowak@mayerbrown.com,courtnotification@mayerbrown.com,8637213420@filings.docketbird.com

- **Lucas F. Olts**
  Lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com,LOlts@ecf.courtdrive.com

- **Archis A. Parasharami**
  aparasharami@mayerbrown.com

- **Archis Ashok Parasharami**
  aparasharami@mayerbrown.com,4085092420@filings.docketbird.com,wdc.docket@mayerbrown.com

- **Matthew David Provance**
  mprovance@mayerbrown.com,1004824420@filings.docketbird.com,courtnotification@mayerbrown.com

- **Michael E Rayfield**
  mrayfield@mayerbrown.com

- **Corban S Rhodes**
  crhodes@labaton.com,lpina@labaton.com,3936743420@filings.docketbird.com,sauer@labaton.com,electroniccasefiling@labaton.com

- **Michael Graham Rhodes**
  rhodesmg@cooley.com,eFilingNotice@cooley.com,carol-dickerson-7279@ecf.pacerpro.com,john-brocales-7263@ecf.pacerpro.com,emortensen@cooley.com,efiling-notice@ecf.pacerpro.com,cdickerson@cooley.com

- **Benjamin Harris Richman**
  brichman@edelson.com,docket@edelson.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Whitty Somvichian**
  wsomvichian@cooley.com,john-brocales-7263@ecf.pacerpro.com,efiling-notice@ecf.pacerpro.com,swarren@cooley.com

- **Lawrence A. Sucharow**
  lsucharow@labaton.com,lpina@labaton.com,electroniccasefiling@labaton.com

- **Alexander Glenn Tievsky**
  atievsky@edelson.com,docket@edelson.com

- **Lesley Elizabeth Weaver**
  lweaver@bfalaw.com,emily-aldridge-5965@ecf.pacerpro.com,lesley-weaver-4669@ecf.pacerpro.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,kmccarty@rgrdlaw.com,e_file_sd@rgrdlaw.com,SAlexander@rgrdlaw.com,smorris@ecf.

- **Mark R Winston**
  mwinston@labaton.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Vincent          J. Connelly
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Facebook Inc.
Cooley LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155
```