Michael G. Rhodes (116127)
Whitty Somvichian (194463)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222
(rhodesmg@cooley.com)
(wsomvichian@cooley.com)

Lauren R. Goldman (*pro hac vice*)
Michael Rayfield (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com
mrayfield@mayerbrown.com

*Counsel for Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No.: 3:15-CV-03747-JD<br><br>**ADMINISTRATIVE MOTION TO CONTINUE PRETRIAL CONFERENCE AND ASSOCIATED DEADLINES FOLLOWING GENERAL ORDER 72-3**<br><br>Dept:   Courtroom 11<br>Judge:  James Donato |
|---|---|

Pursuant to Local Rule 7-11, Defendant Facebook, Inc. ("Facebook") respectfully requests that the Court vacate the Pretrial Conference set for June 25, 2020, in light of General Order No. 72-3.

As the Court is aware, General Order No. 72-3 provides that "[n]o new jury trial will be conducted through September 30, 2020. Any jury trial dates currently scheduled to commence during that period will be postponed or vacated." Accordingly, the earliest date when any trial can proceed in this District will be in October 2020. Facebook is mindful of the Court's standing Order

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN MOTION TO CONTINUE PRETRIAL
CONFERENCE UNDER CIVIL L.R. 7-11;
MASTER DOCKET  NO.: 3:15-CV-03747-JD

that states that the "Court will schedule a final pretrial conference 19 days before the start of trial." As such, Facebook submits that good cause exists to vacate the current June 25, 2020 pretrial conference so that, if needed, it can be reset closer in time to any rescheduled trial date. Vacating the pretrial conference and related deadlines will allow the parties to account for any intervening developments in their pretrial filings and to better assess issues that cannot be resolved without knowing when the trial will occur, like the availability of witnesses.

In addition, the Court is currently scheduled to address Plaintiff's motion for preliminary approval of the parties' class settlement on June 4, 2020. If approved, the settlement would resolve this matter in its entirety and obviate the need for trial and further pretrial preparation. Based on the current June 25, 2020 pretrial conference date, the parties would need to exchange and file all pretrial pleadings (motions *in limine*, competing jury instructions, objections to exhibit lists, etc.) by June 11, 2020—only seven days after the preliminary approval hearing. Vacating the pretrial conference and related pretrial filing deadlines would allow the parties to focus on preparing for the hearing and addressing any concerns the Court might have regarding the settlement, while avoiding the need to concurrently prepare pretrial filings for a trial that may not occur and would not take place for months if it does.

I contacted counsel for Plaintiffs and confirmed that Plaintiffs do not oppose this request. (*See* Declaration of Michael Rhodes, ¶ 2.)

For these reasons, Facebook respectfully requests that the Court vacate the June 25, 2020 pretrial conference and related deadlines for pretrial pleadings.

Dated: May 28, 2020                                        COOLEY LLP


                                                           By: /s/ *Michael Rhodes*
                                                              Michael G. Rhodes

                                                           Counsel for Defendant Facebook, Inc.

226887129

Cooley LLP
Attorneys At Law
San Francisco

2

Admin Motion to Continue Pretrial
Conference Under Civil L.R. 7-11;
Master Docket No.: 3:15-CV-03747-JD