Michael G. Rhodes (116127)
Whitty Somvichian (194463)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222
(rhodesmg@cooley.com)
(wsomvichian@cooley.com)

Lauren R. Goldman (*pro hac vice*)
Michael Rayfield (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com
mrayfield@mayerbrown.com

*Counsel for Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No.: 3:15-CV-03747-JD<br><br>**DECLARATION OF MICHAEL G. RHODES IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE PRETRIAL CONFERENCE AND ASSOCIATED DEADLINES FOLLOWING GENERAL ORDER 72-3** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

RHODES DECL. ISO ADMIN MTN TO
CONTINUE PRETRIAL CONFERENCE;
MASTER DOCKET NO. 3:15-CV-03747-JD

1. I am a partner with the law firm of Cooley LLP and am one of the counsel representing defendant Facebook in this matter. I have personal knowledge of the matters stated here and if called as a witness would and could testify competently there.

2. On May 27, 2020 I sent an email to Plaintiffs' counsel seeking agreement to file a request to continue the pretrial conference currently scheduled for June 25, 2020 in light of General Order No. 72-3 vacating the July 13, 2020 trial date in this action. Plaintiffs' counsel indicated that Plaintiffs would not oppose Facebook's motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on the 28th day of May, 2020.

/s/ *Michael Rhodes*
Michael Rhodes

226903193 v1

Cooley LLP
Attorneys at Law
San Francisco

2

RHODES DECL. ISO ADMIN MTN TO
CONTINUE PRETRIAL CONFERENCE;
MASTER DOCKET NO. 3:15-CV-03747-JD