Michael G. Rhodes (116127)
Whitty Somvichian (194463)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
(rhodesmg@cooley.com)
(wsomvichian@cooley.com)

Lauren R. Goldman (*pro hac vice*)
Michael Rayfield (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com
mrayfield@mayerbrown.com

Counsel for Defendant Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No.: 3:15-CV-03747-JD<br><br>**STIPULATED REQUEST IN RESPONSE TO THE COURT'S MINUTE ORDER (DOC. 456)**<br><br>Dept:     Courtroom 11<br>Judge:   James Donato |

Plaintiffs and Facebook submit the following stipulation in connection with Plaintiff's Motion for Preliminary Approval of Class Action Settlement ("Motion") (Doc. 445) and in response to the Court's June 10, 2020 Minute Order (Doc. 456).

Recitals:

1. At the June 4, 2020 hearing on the Motion and in the Court's Minute Order, the Court ordered the parties to confer and propose a schedule for further briefing and hearing on Plaintiff's Motion.  The parties have done so and propose the schedule set forth below,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATED REQUEST RE
MINUTE ORDER (DOC. 456);
NO.: 3:15-CV-03747-JD

which they believe provides sufficient time for the parties to refine the proposed settlement and address the issues raised by the Court while moving the matter along as promptly as practicable.

2. The Court also ordered a presentation by "Facebook engineers and/or business-side employees" on certain issues identified by the Court. (Doc. 456.) Facebook has identified a witness to testify on the requested topics and address the Court's questions. Specifically, Facebook will make available Gary McCoy, the current Product Manager of Facebook's Face Recognition product team, whose responsibilities include overseeing the implementation of the product's features and compliance with applicable requirements for its operation.

3. Mr. McCoy has existing commitments that make him unavailable from July 4 to July 20 but can be available for a hearing on July 23, 2020, the next day on which the Court regularly holds a law and motion calendar.

Based on the foregoing, the Parties jointly request that the Court enter an order setting forth the following schedule:

1. The parties will submit supplemental briefing and evidence in support of Plaintiffs' Motion by no later than July 9, 2020.

2. The Court will hold a further hearing on Plaintiffs' Motion, including a presentation of live testimony from Facebook, on July 23, 2020 at 10:00 a.m.

Dated: June 12, 2020                             COOLEY LLP


                                                 By: /s/ Michael Rhodes
                                                     Michael G. Rhodes

                                                 Counsel for Defendant Facebook, Inc.

| | | |
|---|---|---|
| 1 | Dated  June 12, 2020 | EDELSON PC |
| 2 | | |
| 3 | | By: /s/ *Rafey Balabanian* |
| 4 | |     Rafey S. Balabanian |

Rafey Balabanian (315962)
J. Aaron Lawson (319306)
Lily Hough (315277)
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415/212-9300
415/373-9435 (Fax)

Jay Edelson*
Ryan D. Andrews*
Benjamin Richman*
Alexander G. Tievsky*
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (Fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP


By: /s/ *Paul Geller*
    Paul J. Geller


ROBBINS GELLER RUDMAN
& DOWD LLP

Paul J. Geller*
Stuart A. Davidson*
Christopher C. Gold*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (Fax)

Patrick J. Coughlin (111070)
Ellen Gusikoff Stewart (144892)
Lucas F. Olts (234843)
Randi D. Bandman (145212)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (Fax)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATED REQUEST RE
MINUTE ORDER (DOC. 456);
NO.: 3:15-CV-03747-JD

```
                                Shawn A. Williams (213113)
                                John H. George (292332)
                                Post Montgomery Center
                                One Montgomery Street, Suite 1800
                                San Francisco, CA 94104
                                Telephone: 415/288-4545
                                415/288-4534 (Fax)

                                LABATON SUCHAROW LLP


                                By: /s/ Michael Canty
                                       Michael P. Canty

                                Michael P. Canty*
                                Corban S. Rhodes*
                                140 Broadway
                                New York, NY 10005
                                Telephone: 212/907-0700
                                212/818-0477 (Fax)

                                Attorneys for Plaintiffs
                                * = Appearance Pro Hac Vice
```

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATED REQUEST RE
MINUTE ORDER (DOC. 456);
NO.: 3:15-CV-03747-JD

<u>Attestation</u>

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this Stipulated Request.

Dated: June 12, 2020

                                                */s/ Michael Rhodes*
                                                Michael G. Rhodes

227804907

Cooley LLP
Attorneys at Law
San Francisco

5

Stipulated Request re
Minute Order (Doc. 456);
No.: 3:15-CV-03747-JD