UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: July 23, 2020      Judge: Hon. James Donato

Time: 40 Minutes

Case No.     **C-15-03747-JD**
Case Name     **In re Facebook Biometric Information Privacy Litigation**

Attorney(s) for Plaintiff(s):     Paul J. Geller
Attorney(s) for Defendant(s):     Michael G. Rhodes/ Gary McCoy -- Witness

Deputy Clerk: Lisa R. Clark      Court Reporter: Katherine Sullivan

### PROCEEDINGS

Motion Hearing -- Held (via Zoom)

### NOTES AND ORDERS

Plaintiffs will file a revised proposed order for preliminary approval and email a Word version to jdpo@cand.uscourts.gov by July 24, 2020. There will be no further hearing unless ordered by the Court.