EDELSON PC
Jay Edelson (*pro hac vice*)
Benjamin H. Richman (*pro hac vice*)
Alexander G. Tievsky (*pro hac vice*)
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
Fax: (312) 589-6379
jedelson@edelson.com

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller (*pro hac vice*)
Stuart A. Davidson (*pro hac vice*)
Christopher C. Gold (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

LABATON SUCHAROW LLP
Michael P. Canty (*pro hac vice*)
Corban S. Rhodes (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com

COOLEY LLP
Michael G. Rhodes (116127)
Whitty Somvichian (194463)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Fax: (415) 693-2222
rhodesmg@cooley.com

MAYER BROWN LLP
Lauren R. Goldman (*pro hac vice*)
Michael Rayfield (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
lrgoldman@mayerbrown.com

John Nadolenco (181128)
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
jnadolenco@mayerbrown.com

Counsel for the Parties

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. 3:15-cv-03747-JD<br><br><u>CLASS ACTION</u><br><br>FIRST JOINT REPORT REGARDING PROGRESS OF NOTICE |

1  Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement at 7 (ECF No. 474) ("Preliminary Approval Order"), plaintiffs Nimesh Patel, Adam Penzen, and Carlo Licata (collectively, "Plaintiffs") and defendant Facebook, Inc. ("Facebook") (collectively, the "Parties"), respectfully submit this Joint Report Regarding Progress of Notice ("Joint Report") and state as follows:

Facebook has provided the Class Notice List to Gilardi & Co. LLC ("Gilardi"), the Court-appointed Settlement Administrator, as required by the Court's Preliminary Approval Order. Gilardi is working with Class Counsel's outside graphic designer, who has substantial experience in designing emails for maximum impact, to put together the email notices that class members will receive. In line with industry standards for emails, the notice email will be programmed to be responsive, so that it can detect whether the user is on large desktop screen or a small mobile screen and display the notice in a manner that is both eye-catching and easy to read on the user's device. Gilardi is on target to comply with the Preliminary Approval Order to provide direct email notice to the Class by September 23, 2020.

Gilardi will have the website fully live and operational on or before September 22. Class Counsel's experienced technical staff have assisted Class Counsel and Gilardi to make the claim process as simple as possible, and Class Counsel's outside designer has formatted the website notice to be clear and accessible to readers. Gilardi is also working with translators to create Spanish-language versions of the notice documents and claims process, so as to make sure that the large number of Illinois residents who primarily speak Spanish are easily able to file claims. If needed, Class Counsel will be able to provide class members with assistance in English, Spanish, and Polish (the three most commonly spoken languages in Illinois).

Gilardi has reserved a 1/8th page ad in the classified section of the *Chicago Tribune* and a 1/4th page ad in the main new section of the *Chicago Sun-Times*, where the Court-approved publication notice will run on Wednesday, September 23. Gilardi has also scheduled a Google Display Network internet campaign to run the approved banner ads from September 23 to October 23 targeting Illinois Facebook users 18 years of age and older and Adults 25-54 years of age.

1    On May 18, 2020 and again on July 28, 2020 for the amended settlement agreement, Facebook provided the required CAFA notice.

The Parties' next Joint Report is due on September 16, 2020.  Depending on the status of Notice and the claims process, and consistent with both the Preliminary Approval Order and the Court's statements at the hearing held on July 23, 2020,[1] the Parties anticipate that subsequent Joint Reports will provide the Court with a status update on some or all of the following:

1. Facebook's jewel notifications to the Class;
2. Facebook's Notice to the Class via Class members' Facebook newsfeed channel;
3. Gilardi's direct email Notice;
4. Gilardi's Notice to the Class via media publication;
5. Gilardi's Notice to the Class via a targeted ad internet campaign;
6. Gilardi's creation of a dedicated website for Class members to obtain information regarding, among other things, the Settlement and the ability to submit claims online;
7. Overall Notice response rates;
8. Overall Class member claims rates; and
9. Any issues Gilardi, Facebook, or Class members encounter relating to Notice.

Should the Court require any additional information from the Parties now or in their future Joint Reports, the Parties will, of course, comply.

---

[1] *See* Transcript of Videoconference Proceedings on July 23, 2020 at 31:20-24 (ECF No. 470).

DATED:  September 2, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
CHRISTOPHER C. GOLD*


                            *s/ Paul J. Geller*
                              Paul J. Geller

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ELLEN GUSIKOFF STEWART
LUCAS F. OLTS
RANDI D. BANDMAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

LABATON SUCHAROW LLP
MICHAEL P. CANTY*
CORBAN S. RHODES*
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

EDELSON PC
JAY EDELSON*
BENJAMIN RICHMAN*
ALEXANDER G. TIEVSKY*
350 North LaSalle Street, 14th Floor
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | EDELSON PC<br>RAFEY BALABANIAN* |
| 3 | | LILY HOUGH*<br>123 Townsend Street, Suite 100 |
| 4 | | San Francisco, CA  94107<br>Telephone:  415/212-9300 |
| 5 | | 415/373-9435 (fax)<br><br>Attorneys for Plaintiffs and Class Counsel |
| 6 | | |
| 7 | DATED:  September 2, 2020 | COOLEY LLP<br>MICHAEL G. RHODES (116127) |
| 8 | | WHITTY SOMVICHIAN (194463) |
| 9 | | |
| 10 | |            *s/ Michael G. Rhodes*<br>              Michael G. Rhodes |
| 11 | | |
| 12 | | 101 California Street, 5th Floor<br>San Francisco, CA 94111 |
| 13 | | Telephone: 415/693-2000<br>415/693-2222 (fax) |
| 14 | | MAYER BROWN LLP |
| 15 | | LAUREN R. GOLDMAN*<br>MICHAEL RAYFIELD* |
| 16 | | 1221 Avenue of the Americas<br>New York, NY 10020 |
| 17 | | Telephone: 212/506-2500 |
| 18 | | MAYER BROWN LLP<br>JOHN NADOLENCO (181128) |
| 19 | | 350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071 |
| 20 | | Telephone: 213/229-9500 |
| 21 | | Attorneys for Defendant |
| 22 | | * = appearance *pro hac vice* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 2, 2020.

        *s/ Paul J. Geller*
        PAUL J. GELLER

ROBBINS GELLER RUDMAN
  & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
E-mail:  pgeller@rgrdlaw.com

## SIGNATURE ATTESTATION

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

        *s/ Paul J. Geller*
        PAUL J. GELLER

ROBBINS GELLER RUDMAN
  & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
E-mail:  pgeller@rgrdlaw.com