| | |
|---|---|
| EDELSON PC<br>Jay Edelson (*pro hac vice*)<br>Benjamin H. Richman (*pro hac vice*)<br>Alexander G. Tievsky (*pro hac vice*)<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>Telephone: (312) 589-6370<br>Fax: (312) 589-6379<br>jedelson@edelson.com | COOLEY LLP<br>Michael G. Rhodes (116127)<br>Whitty Somvichian (194463)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Fax: (415) 693-2222<br>rhodesmg@cooley.com |
| ROBBINS GELLER RUDMAN & DOWD LLP<br>Paul J. Geller (*Pro Hac Vice*)<br>Stuart A. Davidson (*Pro Hac Vice*)<br>Christopher C. Gold (*pro hac vice*)<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax)<br>pgeller@rgrdlaw.com | MAYER BROWN LLP<br>Lauren R. Goldman (*pro hac vice*)<br>Michael Rayfield (*pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 506-2500<br>lrgoldman@mayerbrown.com<br><br>John Nadolenco (181128)<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 229-9500<br>jnadolenco@mayerbrown.com |
| LABATON SUCHAROW LLP<br>Michael P. Canty (*pro hac vice*)<br>Corban S. Rhodes (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Fax: (212) 818-0477<br>mcanty@labaton.com | |

Counsel for the Parties

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 3:15-cv-03747-JD<br><br>CLASS ACTION<br><br>SECOND JOINT REPORT REGARDING PROGRESS OF NOTICE |

SECOND JOINT REPORT REGARDING PROGRESS OF NOTICE - 3:15-cv-03747-JD
4823-6767-2779.v1-9/16/20

Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement at 7 (ECF No. 474) ("Preliminary Approval Order"), Plaintiffs Nimesh Patel, Adam Penzen, and Carlo Licata (collectively, "Plaintiffs") and Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties"), respectfully submit this Second Joint Report Regarding Progress of Notice ("Joint Report") and state as follows:

Gilardi & Co. LLC ("Gilardi"), the Court-appointed Settlement Administrator, has received the Class List from Facebook and is preparing the data required to send the email notice to the Class. That preparation includes de-duplicating the data and performing an "email cleanse," which will confirm the emails on the list are valid addresses while reducing deliverability issues. In addition, for several records in the Class List, the data contained multiple distinct email addresses associated with the same record. For instance, a Class member may have provided Facebook with a personal Gmail email address, a Yahoo! email, an educational email from school, and a work email address. Because it is not known which email address(es) a Facebook user checks with regularity, the Parties have agreed to send email notice to all of the email addresses contained in the database (except those that are "cleansed" per above). The Parties believe that the resulting increased likelihood of email notice appearing in an inbox that a Class member checks regularly far outweighs the minimal downside of sending duplicate emails to Class members who actively use multiple addresses. Gilardi remains on target to comply with the Preliminary Approval Order to provide direct email notice to the Class by September 23, 2020.

The Parties have also finally confirmed with Gilardi the format and content of the email notice, the printed publication notice, the settlement website, and the banner ads. With that confirmation, Gilardi purchased the media component of the notice plan, including a Wednesday, September 23 one-eighth page ad in the classified section of the *Chicago Tribune*, a one-quarter page ad in the main news section of the *Chicago Sun-Times* on the same day, and a Google Display Network internet banner ad campaign that will run from September 23 to October 23.

Class Counsel has also conferred with Professor Dan Ariely, the Duke University behavioral economist that was referenced during the preliminary approval hearing. In those discussions, Professor Ariely noted what he called consumers' "no-action bias," which is a

principle that ordinary people prefer to do nothing over something, so suggesting that class members do "something" could minimize the risk that class members take no action. To address this principle, the Parties have worked with Gilardi to implement additions to the flow of the online claim form.

Steps are in process at Facebook regarding the jewel and Newsfeed notice and are on target to be implemented by the September 23 deadline.

The Parties' next Joint Report is due on September 30, 2020, by which time notice will have gone out to the class and claims will have started. Depending on the status of notice and the claims process, and consistent with both the Preliminary Approval Order and the Court's statements at the hearing held on July 23, 2020, the Parties anticipate that subsequent Joint Reports will provide the Court with a status update on some or all of the following:

1. Facebook's jewel notifications to the Class;
2. Facebook's notice to the Class via Class members' Facebook newsfeed channel;
3. Gilardi's direct email notice;
4. Gilardi's notice to the Class via media publication;
5. Gilardi's notice to the Class via a targeted ad internet campaign;
6. Gilardi's creation of a dedicated website for Class members to obtain information regarding, among other things, the Settlement and the ability to submit claims online;
7. Overall notice response rates;
8. Overall Class member claims rates; and
9. Any issues Gilardi, Facebook, or Class members encounter relating to notice.

The Parties appreciate the Court's close attention to the Class notice in this case and are of course prepared to provide any additional information now or in their future Joint Reports, should the Court require it.

SECOND JOINT REPORT REGARDING PROGRESS OF NOTICE - 3:15-cv-03747-JD - 2 -
4823-6767-2779.v1-9/16/20

| | | |
|---|---|---|
| 1 | DATED: September 16, 2020 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 2 | | PAUL J. GELLER* |
| | | STUART A. DAVIDSON* |
| 3 | | CHRISTOPHER C. GOLD* |

                                        *s/Paul J. Geller*
                                         Paul J. Geller

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ELLEN GUSIKOFF STEWART
LUCAS F. OLTS
RANDI D. BANDMAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

LABATON SUCHAROW LLP
MICHAEL P. CANTY*
CORBAN S. RHODES*
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

EDELSON PC
JAY EDELSON*
BENJAMIN RICHMAN*
ALEXANDER G. TIEVSKY*
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)

EDELSON PC
RAFEY BALABANIAN*
LILY HOUGH*
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415/212-9300
415/373-9435 (fax)

Attorneys for Plaintiffs and Class Counsel

DATED: September 16, 2020

COOLEY LLP
MICHAEL G. RHODES (116127)
WHITTY SOMVICHIAN (194463)


        *s/ Michael G. Rhodes*
        Michael G. Rhodes

101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: 415/693-2000
415/693-2222 (fax)

MAYER BROWN LLP
LAUREN R. GOLDMAN*
MICHAEL RAYFIELD*
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212/506-2500

MAYER BROWN LLP
JOHN NADOLENCO (181128)
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: 213/229-9500

Attorneys for Defendant

* = appearance *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 16, 2020.

    *s/ Paul J. Geller*
    PAUL J. GELLER

ROBBINS GELLER RUDMAN
  & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
E-mail: pgeller@rgrdlaw.com

## SIGNATURE ATTESTATION

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

    *s/ Paul J. Geller*
    PAUL J. GELLER

ROBBINS GELLER RUDMAN
  & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
E-mail: pgeller@rgrdlaw.com