# Exhibit 2



  

  

Fill out the contact form on this page.

You will be directed to several questions about whether you used Facebook in Illinois.

If, based on your responses, you qualify to bring a claim, we will direct you to the next steps to sign up.

It only takes about 2 minutes to sign up.

It is free to sign up. Once we have received your information, we will begin investigating your potential claim for compensation.

**Facebook has entered into a class action settlement to resolve claims that it illegally collected faceprints of users based on their photos.**

You have a choice. You can participate in the class settlement, which is described here. The amount each class member will receive depends on how many people participate in the settlement, but the parties estimate that each class member would receive between $200 and $400. To get that amount you must submit a claim in the class action settlement.

You also have the choice to opt out of the class settlement and sign up to pursue a claim separately with us. We cannot guarantee any outcome, but we believe we may be able to get you more than the class settlement.

We are assisting clients who want to retain counsel and opt out of the settlement. However, you do not need to retain us in order to opt out of the settlement. You are free to opt out (or participate in) the settlement without retaining us.

**Illinois residents are protected from having their facial features collected without their consent.**

Facebook allegedly performed illegal facial recognition on pictures of users.

# Illinois Privacy Laws

# Illinois Privacy Laws Protect Your Sensitive Biometric Information.



## Your Biometric Data is Highly Sensitive

Biometric data are physical identifiers that include your fingerprints, voice, and facial features. Unlike credit cards and bank accounts, biometric data is part of a person's physical being and cannot be changed.

Since this information is unique to you, if it is compromised or stolen, you are permanently at an increased risk for identity theft and other misuse.

## Illinois Law Protects Your Biometric Information

In Illinois, it is illegal for any company including Facebook to use facial recognition on a person's photograph without that person's written consent.

The Illinois Biometric Information Privacy Act protects individuals from companies who do not properly safeguard their biometric data or do not disclose that they are collecting biometric information.



## Facebook Enters into Class Action Settlement

Facebook has entered into a class action settlement to resolve claims that **it illegally collected faceprints of users based on their photos**. You have a choice. You can participate in the class settlement, which is [described here](). The amount each class member will receive depends on how many people participate in the





Facebook has entered into a class action settlement to resolve claims that **it illegally collected faceprints of users based on their photos**. You have a choice. You can participate in the class settlement, which is described here. The amount each class member will receive depends on how many people participate in the settlement, but the parties estimate that each class member would receive between $200 and $400. To receive compensation under the class action settlement, you must submit a claim.

**Compensation for Individuals Whose Privacy Rights Were Violated by Facebook**

You also have the choice to opt out of the class settlement and sign up to pursue a claim separately with us. Under the Illinois Privacy Law, individuals who had their faceprints collected without their written consent are entitled to up to $5000 per violation.

We cannot guarantee any outcome, but **we believe we may be able to get you more than the class settlement.**



If you had a picture uploaded to Facebook since 2011, **you may qualify for a claim.**

**Sign Up for a Claim**

## About Us

Levi & Korsinsky is dedicated to fighting for aggrieved consumers, and obtaining redress

*Sign Up for a Claim*

## About Us

Levi & Korsinsky is dedicated to fighting for aggrieved consumers, and obtaining redress from those who have harmed them. Our attorneys have decades of experience representing consumers, and have set ground-breaking legal precedents in high-stakes class action lawsuits throughout the country.



Levi & Korsinsky is not part of the class action case or class action settlement.  By signing up with us, you will be opting out of the class action settlement and choosing to bring your own claim outside of the class action.

The class action plaintiffs agreed to settle the case because they believed there were risks to continuing to litigate their case and thought the settlement amount was fair. You can read about those risks and why the class plaintiffs believe the settlement was fair here.

The Court has preliminarily approved the class settlement.  You can read the Court's order here.  The settlement will not be final and guaranteed until the Court grants final approval of the settlement.

Under the Court's preliminary approval order, you must either opt out of the class or submit a claim in the settlement by November 23, 2020.  If you do not either opt out of the class or submit a claim in the settlement by November 23, 2020, you will lose your claim and receive no compensation.

Our legal team makes it easier for consumers to receive compensation. This is an Attorney Advertisement. Levi & Korsinsky, LLP LLP, with offices at 55 Broadway, 10th Floor New York, NY 10006; 1101 30th Street NW, Suite 115, Washington, D.C. 20007; and 31111 Summer Street, Suite 403 Stamford, CT 06905. is responsible for the content of this advertisement. Licensed in the States of New York, New Jersey, Connecticut, California, Maryland, Massachusetts, Virginia and Washington, D.C.. In other states, the firm will associate with counsel licensed in that state. Not accepting cases in all jurisdictions. No attorney-client relationship is formed by your use of this website or by any communication you send or receive through this site. The content and features on this website shall not be construed as legal advice. The hiring of a lawyer is an important decision that should not be based solely upon advertisements. No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers. Prior results do not guarantee a similar outcome. Free background information is available upon request.

Terms and Conditions. Privacy Policy

If you would like to speak to someone today, please call us at:

(872) 263-2320



# Facebook Facial Recognition Class Action Settlement Information

Facebook has entered into a class action settlement to resolve claims that it illegally collected faceprints of users based on their photos. **You have a choice.** You can participate in the class settlement, which is described in the documents below.

Or you may opt-out of the class settlement and sign up to pursue a claim separately with us.

**Sign Up for a Claim**

## Class-Action Settlement Notice

**Class Action Settlement Notice**

## Class Settlement Preliminary-Approval Order

**Class Settlement Preliminary-Approval Order**

## Motion for Class-Action Settlement Approval

**Motion for Class-Action Settlement Approval**

## Supplemental Motion for Class-Action Settlement Approval

## Class Settlement Preliminary Approval Order

[Class Settlement Preliminary-Approval Order]

## Motion for Class-Action Settlement Approval

[Motion for Class-Action Settlement Approval]

## Supplemental Motion for Class-Action Settlement Approval

[Supplemental Motion for Class-Action Settlement Approval]

## Stipulation of Class-Action Settlement

[Stipulation of Class Action Settlement]

Our legal team makes it easier for consumers to receive compensation. This is an Attorney Advertisement. Levi & Korsinsky, LLP LLP, with offices at 55 Broadway, 10th Floor New York, NY 10006; 1101 30th Street NW, Suite 115, Washington, D.C. 20007; and 31111 Summer Street, Suite 403 Stamford, CT 06905. is responsible for the content of this advertisement. Licensed in the States of New York, New Jersey, Connecticut, California, Maryland, Massachusetts, Virginia and Washington, D.C.. In other states, the firm will associate with counsel licensed in that state. Not accepting cases in all jurisdictions. No attorney-client relationship is formed by your use of this website or by any communication you send or receive through this site. The content and features on this website shall not be construed as legal advice. The hiring of a lawyer is an important decision that should not be based solely upon advertisements. No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers. Prior results do not guarantee a similar outcome. Free background information is available upon request.

If you would like to speak to someone today, please call us at:

(872) 263-2320

Terms and Conditions. Privacy Policy