LEVI & KORSINSKY, LLP
Adam M. Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Levi & Korsinsky, LLP*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:15-cv-03747-JD<br><br>LEVI & KORSINSKY, LLP'S RESPONSE TO EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER |

  Levi & Korsinsky, LLP ("LK") hereby responds to the Emergency Motion for a Temporary Restraining Order ("TRO", D.I. 477) as follows.

  On September 18, 2020, LK was contacted by Lead Counsel concerning the Facebook material at issue. LK asked Lead Counsel to explain its concerns. Lead Counsel moved for a TRO before responding to LK or giving LK the opportunity to address Lead Counsel's concerns, which were not articulated prior to the motion for a TRO.

  LK vigorously disputes Lead Counsel's suggestion that the Facebook material is misleading or incomplete in any way, and further notes that Lead Counsel's description of the facts is materially incomplete. Nonetheless, while reserving all rights, LK has taken down the Facebook materials at issue pending further discussions with Lead Counsel.

  Lead Counsel contacted LK at approximately 7:00 PM New York time on September 18, 2020. LK advised Lead Counsel that the Facebook materials were taken down and asked Lead Counsel to articulate its specific concerns about the material in writing so that LK may evaluate them and respond

Case No. 3:15-cv-03747-JD

accordingly.

LK represents to the Court that it will not re-post the Facebook material in question until LK and Lead Counsel an adequate opportunity to meet and confer. LK has asked to continue the meet and confer with Lead Counsel again on Monday so that they may attempt to resolve this dispute. In the event the parties are unable to do so, LK will give Lead Counsel advance notice prior to re-posting the material in question so that Lead Counsel can take appropriate action if it so chooses.

Accordingly, Lead Counsel's application for a TRO should be denied as moot.

Dated: September 18, 2020

Respectfully submitted,

LEVI & KORSINSKY, LLP

 s/ Adam M. Apton
Adam M. Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

LEVI & KORSINSKY, LLP
Gregory M. Nespole (*pro hac vice to be submitted*)
Daniel Tepper (*pro hac vice to be submitted*)
55 Broadway
New York, New York 10006
Tel: (212) 363-7500
Email: gnespole@zlk.com
          dtepper@zlk.com

*Attorneys for Levi & Korsinsky, LLP*

Case No. 3:15-cv-03747-JD