EDELSON PC
Jay Edelson (*pro hac vice*)
Benjamin H. Richman (*pro hac vice*)
Alexander G. Tievsky (*pro hac vice*)
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
Fax: (312) 589-6379
jedelson@edelson.com

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller (*pro hac vice*)
Stuart A. Davidson (*pro hac vice*)
Christopher C. Gold (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

LABATON SUCHAROW LLP
Michael P. Canty (*pro hac vice*)
Corban S. Rhodes (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com

Counsel for Plaintiffs and Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master File No. 3:15-cv-03747-JD <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | PLAINTIFFS' REPLY IN FURTHER SUPPORT OF EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AS TO LEVI & KORSINSKY LLP |

Plaintiffs, by and through undersigned Class Counsel, respectfully file this reply in further support of their Emergency Motion for a Temporary Restraining Order as to Levi & Korsinsky, LLP ("TRO Motion") (ECF No. 477), and in response to Levi & Korsinsky, LLP's ("Levi & Korsinsky") Response to the TRO Motion ("Response") (ECF No. 479).

Levi & Korsinsky argues that the "TRO should be denied as moot" because they have already taken down the "Facebook material in question." (ECF No. 479 at 2.) "It is well settled that a defendant's voluntary cessation of a challenged practice does not deprive a federal court of its power to determine the legality of the practice." *City of Mesquite v. Aladdin's Castle, Inc.*, 455 U.S. 283, 289 (1982); *see also Meyer v. Portfolio Recovery Assocs., LLC*, No. 11-cv-01008-AJB-RBB, 2011 WL 11712610, at *8 (S.D. Cal. Sept. 14, 2011) ("The Ninth Circuit has squarely rejected the proposition that any defendant can moot a preliminary injunction by simply representing to the court that it will cease its wrongdoing."). Indeed, Class Counsel explained this very point-of-law to Levi & Korsinsky during their meet-and-confer conference in the evening of September 18, 2020. But, rather than agree to an injunction necessary to protect the Class from Levi & Korsinsky's future misconduct and correct the false information Levi & Korsinsky already peddled to Class members throughout the day on September 18, Levi & Korsinsky doubles-down, "reserving all rights" to continue its misleading solicitation campaign, albeit now wanting Class Counsel's apparent blessing. (ECF No. 479 at 2).[1] This, Class Counsel will not do.

Indeed, rather than grapple with the substance of Plaintiffs' TRO Motion in any way, or dispute a single point made, Levi & Korsinsky appears to want a simple delay of the injunction proceedings, asking that the Court should await further meet-and-confer discussions on Monday. (Response at 1). But the Class cannot wait, and nor should this Court as this is exactly the type of situation a TRO is designed to remedy. As Plaintiffs' explained in their TRO Motion, Levi & Korsinsky's conduct already caused substantial injury to hundreds if not thousands of Class

---

[1] In fact, Levi & Korsinsky has agreed only to give Class Counsel "advance notice" if they choose to reactivate the identical misleading solicitation campaign. (ECF No. 479 at 2). In Levi & Korsinsky's view, they can make minor alterations to their materials without informing Class Counsel of the changes. Such hallow concessions only strengthen the need for the issuance of a TRO.

members who have already seen Levi & Korsinsky's deceptive Facebook advertisement and website, by blatantly misleading them—at the very same time the Court's approved Class Notices were being disseminated—into thinking that they needed to retain Levi & Korsinsky to make a "claim." (TRO Motion at 1-2).[2] As the Southern District of Mississippi recently explained in its decision enjoining another law firm from improperly soliciting certified class members to opt-out:

> [The firm's] "solicitations scheme relegates the essential supervision of the court to the status of an afterthought . . . [and] obstructed the district court in the discharge of its duty to protect both the absent class and the integrity of the judicial process by monitoring the actions before it."

*McWilliams v. Advanced Recovery Sys., Inc.*, 176 F. Supp. 3d 635, 641 (S.D. Miss. 2016) (quoting *Kleiner v. First Nat'l Bank of Atlanta*, 751 F.2d 1193, 1203 (11th Cir. 1985)).

Accordingly, for the reasons stated herein and in Plaintiffs' TRO Motion, Plaintiffs respectfully request that this Court immediately enter a temporary restraining order against Levi & Korsinsky and all of its agents and attorneys, schedule a preliminary injunction hearing shortly thereafter, and grant such other and further relief as the Court deems just and proper. Entering a TRO now guarantees that the status quo is maintained while the Court and the parties assess the damage and determine how best to protect the Class Members that Levi & Korsinsky misled. Plaintiffs intend to seek, at a minimum, the following relief as a preliminary injunction against Levi & Korsinsky:

1. Immediate cessation to all further solicitation of Class members by Levi & Korsinsky;

2. A bar on any future solicitation of Class members by Levi & Korsinsky;

3. A full list and accounting of all potential Class members who contacted Levi & Korsinsky or who were otherwise exposed to Levi & Korsinsky's false advertising;[3]

---

[2] One of the more unscrupulous things Levi & Korsinsky did was to intentionally misappropriate much of the parties' carefully-created and Court-approved Facebook ads for itself. (*Compare* ECF No. 477-3 (Levi & Korsinsky Facebook ad) *with* ECF No. 468 at 73-74 (parties' Facebook ads)).

[3] To the extent determining which potential Class members were exposed to Levi & Korsinsky's false advertising requires Facebook to conduct an investigation, Levi & Korsinsky should be ordered to pay for such investigation.

1       4.     A corrective notice campaign at Levi & Korsinsky's expense in the form(s) prepared by Class Counsel and approved by the Court; and

      5.     A finding that all opt-outs solicited by Levi & Korsinsky are voidable at the Class member's option.

DATED: September 21, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
CHRISTOPHER C. GOLD*


          *s/ Paul J. Geller*
          Paul J. Geller

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ELLEN GUSIKOFF STEWART
LUCAS F. OLTS
RANDI D. BANDMAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

LABATON SUCHAROW LLP
MICHAEL P. CANTY*
CORBAN S. RHODES*
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

EDELSON PC
JAY EDELSON*
BENJAMIN RICHMAN*
ALEXANDER G. TIEVSKY*
350 North LaSalle Street, 14th Floor
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)

EDELSON PC
RAFEY BALABANIAN
LILY HOUGH
123 Townsend Street, Suite 100
San Francisco, CA  94107
Telephone:  415/212-9300
415/373-9435 (fax)

Attorneys for Plaintiffs and Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 21, 2020.

          *s/ Paul J. Geller*
          PAUL J. GELLER

ROBBINS GELLER RUDMAN
  & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
E-mail:  pgeller@rgrdlaw.com