| | |
|---|---|
| EDELSON PC<br>Jay Edelson (*pro hac vice*)<br>Benjamin H. Richman (*pro hac vice*)<br>Alexander G. Tievsky (*pro hac vice*)<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>Telephone: (312) 589-6370<br>Fax: (312) 589-6379<br>jedelson@edelson.com<br><br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Paul J. Geller (*Pro Hac Vice*)<br>Stuart A. Davidson (*Pro Hac Vice*)<br>Christopher C. Gold (*pro hac vice*)<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax)<br>pgeller@rgrdlaw.com<br><br>LABATON SUCHAROW LLP<br>Michael P. Canty (*pro hac vice*)<br>Corban S. Rhodes (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Fax: (212) 818-0477<br>mcanty@labaton.com | COOLEY LLP<br>Michael G. Rhodes (116127)<br>Whitty Somvichian (194463)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Fax: (415) 693-2222<br>rhodesmg@cooley.com<br><br>MAYER BROWN LLP<br>Lauren R. Goldman (*pro hac vice*)<br>Michael Rayfield (*pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 506-2500<br>lrgoldman@mayerbrown.com<br><br>John Nadolenco (181128)<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 229-9500<br>jnadolenco@mayerbrown.com |

Counsel for the parties

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. 3:15-cv-03747-JD<br><br>CLASS ACTION<br><br>THIRD JOINT REPORT REGARDING PROGRESS OF NOTICE |

Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement at 7 (ECF No. 474) ("Preliminary Approval Order"), Plaintiffs Nimesh Patel, Adam Penzen, and Carlo Licata (collectively, "Plaintiffs") and Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties"), respectfully submit this Third Joint Report Regarding Progress of Notice ("Joint Report") and state as follows:

***The Settlement Administrator Provided the Court-Approved Notice***

Gilardi & Co. LLC ("Gilardi"), the Court-appointed Settlement Administrator, has complied with this Court's order and provided the approved notice to the class by the September 23 notice date. Specifically, Gilardi has:

1. Designed and launched the settlement website, which went live on September 18 at www.FacebookBIPAclassaction.com with full functionality;

2. Placed a one-eighth page ad in the classified section of the September 23 publication of the *Chicago Tribune*;

3. Placed a one-quarter page ad in the main news section of the September 23 publication of the *Chicago Sun-Times*;

4. Launched a Google Display Network internet banner ad campaign that began on September 23 and will run until October 23. As of September 27, this banner ad campaign had generated 6,499,355 impressions, with 4,012 click-throughs to the settlement website;

5. Sent the Court-approved email notice to each of the 15,372,960 emails that Facebook provided. (Recall that scores of class members had multiple emails addresses associated with their Facebook account and notice was sent to each of those addresses. At least 10,295,502 emails were successfully delivered to at least one of the email addresses associated with an account. These emails were sent beginning on September 18 after the settlement website went live, and continued to be sent in batches of roughly 3 million per day to increase deliverability, concluding by the September 23 notice date;

6. Received 1,027,872 claims through the settlement website as of September 29; and

7. Received 30 requests for exclusion and zero objections.

1          *Facebook Provided the Court-Approved Newsfeed and Jewel Notices*

2          Facebook has complied with this Court's order and provided the approved Newsfeed and
3 jewel notice to the class by the September 23 notice date. Specifically, Facebook has:

4          8.       Displayed the Newsfeed notice which had nearly seven million impressions and a
5 click through rate of over 5%;

6          9.       Provided the Jewel notice which had nearly seven million impressions and a click
7 through rate of over 22%.

8          *Issues with the Class Notice and Steps Being taking to Resolve Them*

9          10.      Two issues have arisen with the email notice. First, 5,767,111 of the email notices
10 sent to class members were returned as undeliverable. Gilardi reports that it will perform "resends"
11 that go out as a follow-up transmission for those emails that were reported to have been
12 undelivered. Gilardi reports that these resends typically perform much better, because the ISPs see
13 that their constituents opened the first round of delivered emails multiple times, clicked the links
14 to the settlement website and will accept more messages for delivery.

15         11.      Second, of the emails that were delivered, Class Counsel determined from speaking
16 with class members that a large portion of class members with Gmail email address had the notice
17 placed in their spam folder. The issue does not appear to have affected the notices sent to other
18 email platforms, such as Yahoo!. Class Counsel immediately alerted Gilardi to the issue and spoke
19 directly with Gilardi's email vendor regarding this issue on Friday. They learned that whether
20 emails are placed in users' inboxes or spam folders is in control of the email platforms, not
21 Gilardi's vendor. While the vendor was able to coordinate with Yahoo! to ensure that notice emails
22 made it to users' inboxes, the vendor was unable to reach an appropriate person at Google to
23 achieve the same outcome. Class Counsel are currently working to contact Google and attempt to
24 resolve this issue without the Court's intervention.

25         12.      Finally, as the Court is aware, Class Counsel filed a TRO in response to an
26 advertising campaign launched by Levi & Korsinsky in the days leading up to the launch of the
27 Court-approved notice to the class. Pursuant to the Court's order, the Parties' counsel have been
28 in contact with Levi & Korsinsky, who have indicated that they will no longer be proceeding with

further advertising or in representing any class members that responded to the initial advertising. The Parties believe a compromise on the notice to the approximately 3,000 impacted class members will be reached and submitted to the Court shortly.

      The Parties appreciate the Court's close attention to the Class notice in this case and are of course prepared to provide any additional information now or in their future Joint Reports, should the Court require it.

DATED:  September 30, 2020

s/ Alexander G. Tievsky
Class Counsel

EDELSON PC
JAY EDELSON*
BENJAMIN RICHMAN*
ALEXANDER G. TIEVSKY*
350 North LaSalle Street, 14th Floor
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)

EDELSON PC
RAFEY BALABANIAN*
LILY HOUGH*
123 Townsend Street, Suite 100
San Francisco, CA  94107
Telephone:  415/212-9300
415/373-9435 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
CHRISTOPHER C. GOLD*

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ELLEN GUSIKOFF STEWART
LUCAS F. OLTS
RANDI D. BANDMAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

|   |   |   |
|---|---|---|
| | | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SHAWN A. WILLIAMS (213113)<br>JOHN H. GEORGE (292332)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone:  415/288-4545<br>415/288-4534 (fax) |
| | | LABATON SUCHAROW LLP<br>MICHAEL P. CANTY*<br>CORBAN S. RHODES*<br>140 Broadway<br>New York, NY  10005<br>Telephone:  212/907-0700<br>212/818-0477 (fax) |
| | | Attorneys for Plaintiffs and Class Counsel |
| DATED:  September 30, 2020 | | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>WHITTY SOMVICHIAN (194463) |
| | |              s/ Michael G. Rhodes<br>              Michael G. Rhodes |
| | | 101 California Street, 5th Floor<br>San Francisco, CA 94111<br>Telephone: 415/693-2000<br>415/693-2222 (fax) |
| | | MAYER BROWN LLP<br>LAUREN R. GOLDMAN*<br>MICHAEL RAYFIELD*<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212/506-2500 |
| | | MAYER BROWN LLP<br>JOHN NADOLENCO (181128)<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>Telephone: 213/229-9500 |
| | | Attorneys for Defendant |
| | | * = appearance *pro hac vice* |

THIRD JOINT REPORT REGARDING PROGRESS OF NOTICE - 3:15-cv-03747-JD     - 4 -

**SIGNATURE ATTESTATION**

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

<u>s/ Alexander G. Tievsky</u>