FILED

OCT 08 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

October 1, 2020

To: Class Action Clerk
United States District Court
Northern District of California
Phillip Burton Federal Building & U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

From: Kevin C. Williams
5107 Great Lakes Drive
Evansville, IN 47715

**Filed via U.S. Mail prior to the date of November 23, 2020**

RE: **Case No. 3:15-CV-03747-JD**
**Facebook Biometric Information Privacy Litigation**

Dear Sirs:

I hereby respectfully ask the court to deny approval of the proposed settlement agreement:

1) Name of lawsuit being objected to:

   In re Facebook Biometric Information Privacy Litigation

   Master File No. 3:15-CV-03747-JD

2) Objectors Information:

   Kevin C. Williams

   5107 Great Lakes Drive S

   Evansville, IN 47715

   Active email address: kevin.c.williams@zoho.com

   812-629-6048

3) Facebook account & email address:

   Kevin Williams

   Kevnwillms@aol.com

4) Explanation of belief as to being a member of the class:

I was a citizen of the state of Illinois from August 7, 1960 until January 13, 2014 and an avid Facebook user from June 7, 2011 until January 13, 2014.

5) I am objecting on my behalf only.

6) Statement for basis of objection:

Objecting to this settlement may appear to look like a futile act, but it is my only available action. It is the only way to be heard about the abuse that Facebook has caused in our society by their facial recognition programs. Also, the proposed "settlement" includes $110 million (projected) of attorney's fees with only $7,500 each for the actual filers of this suit. Were they looking for the attorneys or did the attorneys go and find them in order to file the suit? Many times, this is the case and the general public, socially and mentally dependent on Facebook, are left in the dust of social innovation and privacy attacks.

I know it's the courts responsibility to scrutinize the settlement, and I implore the court to disallow this settlement until all objectors, like myself, can be heard. This settlement only benefits the attorneys who filed it AND Facebook itself - which can pay the settlement proposed (a minimal amount for them based on its annual income) to get this taken care of.

Finally, being an objector is a lonely business. The carrot of a "$200 - $400 payment each" means that few class members will join me. Class counsel would argue that this reflects satisfaction with the settlement, but I believe there is a measure of rational ignorance at work here. If class members see that they are getting something for nothing, and the process for objection is not easy, then many have little incentive to object.

I am not one of those people. It is time that users of these platforms demanded more. More privacy, more protection and, based on the wrongs perpetrated on Facebook on its users, more settlement to each member of the class.

I know the court is full of lawyers on both sides and the most respected is sitting in judgement of this case and my specific objection, but I'd ask that the court dismiss this settlement until all members of the class are treated the same.

I object!

7) Intention to appear:

I do not plan to appear because of the cost but will be available by phone at 812-629-6048 to answer any questions and to appear via phone as necessary.

8) Counsel to appear for me:

No counsel will appear for me.

Signature: /s/ [signature]

Date: 10/1/2020