# Exhibit 5

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jgeorge@rgrdlaw.com

LABATON SUCHAROW LLP
MICHAEL P. CANTY (*pro hac vice*)
CORBAN S. RHODES (*pro hac vice*)
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
mcanty@labaton.com
crhodes@labaton.com

EDELSON PC
JAY EDELSON (*pro hac vice*)
BENJAMIN RICHMAN (*pro hac vice*)
ALEXANDER G. TIEVSKY (*pro hac vice*)
350 North LaSalle Street, 14th Floor
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)
jedelson@edelson.com
brichman@edelson.com
atievsky@edelson.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master File No. 3:15-cv-03747-JD |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF MICHAEL P. CANTY FILED ON BEHALF OF LABATON SUCHAROW LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES/CHARGES |
| ALL ACTIONS. | |

1    I, Michael P. Canty, declare as follows:

2    1.    I am a member of the law firm of Labaton Sucharow LLP ("Labaton Sucharow"

3    or the "Firm") and am one of the partners who oversaw and conducted the day-to-day activities

4    in the Litigation.  I am submitting this declaration in support of my Firm's application for an

5    award of attorneys' fees, expenses and charges ("expenses") in connection with services

6

7    rendered in the above-entitled action (the "Litigation").[1]

8    2.    This Firm is counsel of record for Plaintiff Adam Pezen and Court-appointed

9    Class Counsel, together with Edelson P.C. and Robbins Geller Rudman & Dowd LLP.

10    3.    The information in this declaration regarding the Firm's time and expenses is

11    taken from time and expense reports and supporting documentation prepared and/or maintained

12    by the Firm in the ordinary course of business.  These reports (and backup documentation where

13    necessary or appropriate) were reviewed, under my direction, in connection with the preparation

14    of this declaration.  The purpose of this review was to confirm both the accuracy of the entries,

15    as well as the necessity for, and reasonableness of, the time and expenses committed to the

16    Litigation.  As a result of this review, reductions were made to both time and expenses in the

17    exercise of billing judgment.  Based on this review and the adjustments made, I believe that the

18    time reflected in the Firm's lodestar calculation and the expenses for which payment is sought

19    herein are reasonable and were necessary for the effective and efficient prosecution and

20    resolution of the Litigation.  In addition, I believe that the expenses are all of a type that would

21    normally be charged to a fee-paying client in the private legal marketplace.

22    4.    After the reductions referred to above, the number of hours spent on the Litigation

23    by the Firm is 8,103.4.  A breakdown of the lodestar (at current rates, or most recent rate for

24    former employees) is provided in the attached Exhibit A.    The lodestar amount for

25

26    _____

27    [1] Labaton Sucharow will also compensate its former Illinois counsel, the Law Offices of Norman Rifkind, for the time and expenses it committed to the case while acting as local counsel in Illinois.

28

attorney/paraprofessional time based on the Firm's current rates is $5,140,083.00.  The current hourly rates shown in Exhibit A are the usual and customary rates set by the Firm annually for each individual.

5.      Attached as Exhibit B is a chart reflecting the time of each timekeeper in each of the 17 task categories, and also reflecting each timekeeper's individual hours and lodestar at their current rates (or most recent rate for former employees).

6.      The Firm seeks an award of $320,950.36 in expenses and charges in connection with the prosecution of the Litigation.  Those expenses and charges are summarized by category in the attached Exhibit C.

7.      The following is additional information regarding certain of these expenses:

(a)      Filing, Witness & Other Court Fees: $3,250.50.  These expenses have been paid to courts for filing fees and to an attorney service firm that served an initial complaint in the Litigation.  The vendors that were paid for these services are set forth in the attached Exhibit D.

(b)      Transportation, Hotels & Meals: $111,857.77.  In connection with the prosecution of this case, the Firm has paid for work-related transportation and meals, and also travel expenses related to, among other things, attending court hearings, taking or defending depositions, meetings, and the mediations.  All first-class airfare has been reduced to economy fares.  The date, destination and purpose of each trip is set forth in the attached Exhibit E.

(c)      Court Hearing Transcripts, Deposition Reporting & Videography: $1,603.70.  The vendors that were paid for these services are listed in the attached Exhibit F.

(d)      Experts/Consultants: $12,320.00.  The Firm contributed to a joint Litigation Expense Fund maintained by Robbins Geller for the payment of the majority of the

expenses in the Litigation, including the expenses of experts and consultants. The expert/consultant fees reported herein were incurred solely by Labaton Sucharow.

        (i)    Dr. Joseph Atick: $10,320.00. Dr. Joseph Atick is a Mathematical Physics PhD and is regarded as a leading expert in the field of biometric identification and facial recognition. He is a co-founder of Visionics, among the early face recognition technology development companies. Dr. Atick is also the co–founder and Director Emeritus of the International Biometrics and Identification Association and Chairman of ID4Africa, a pan-African movement to promote digital identity and its applications for socio-economic development in Africa. In addition to being an early developer of face recognition technologies, Dr. Atick has also been an advocate for responsible development and use of technology for verifying identity including consultation with developing countries on the socioeconomic, political development and national security impacts of the use of biometric identity technology. Plaintiffs retained Dr. Atick to provide expert consultation on the history and development of facial recognition technology and its potential uses and abuses, as well as to help Plaintiffs better understand Facebook's facial recognition technology.

        (ii)    National Economic Research Associates: $2,000.00. National Economic Research Associates ("NERA") is an internationally recognized global consulting firm with experts that specialize in economic, statistical, and quantitative problem solving. The Firm retained NERA to explore ways to quantify or measure the economic harm to class members from the alleged misappropriation of their biometric data in order to rebut Facebook's argument that class members did not suffer any "real world harm."

        (e)    Photocopies/Printing: $10,058.00. In connection with this case, the Firm made 42,048 black and white and 3,558 color copies/printouts in-house, at $0.20 per black and white page and $0.40 per color page, for a total of $9,832.80. Each time an in-house copy machine or printer is used, our system requires that a case or administrative client-matter code be entered and that is how the number of in-house pages were identified as related to the Litigation.

The Firm also paid $225.20 to outside vendors for copies/printouts.  A breakdown of these outside charges by date and vendor is set forth in the attached Exhibit G.

(f)     Online Legal and Financial Research: $11,570.34.  This category includes vendors such as LexisNexis products, PACER, Bloomberg BNA, Thomson West, and Westlaw. These resources were used to obtain access to factual and legal databases for the purpose of investigating the claims, filing court documents and tracking case developments, and legal research.  This expense represents the expenses incurred by the Firm for the use of these services in connection with this particular Litigation.  The charges for these vendors vary depending upon the type of services requested, but generally when the Firm utilizes one of these services, access to the service is by a client-matter code entered for the case being litigated.  At the end of each billing period, the Firm's monthly costs for such services are allocated to each case that used the service.

(g)     Mediation Fees (Jeffrey L. Bleich): $10,500.00.  The parties retained Ambassador Jeffrey L. Bleich to assist them with a renewed effort to reach a negotiated resolution of the Litigation.  These are the fees of Ambassador Bleich that were paid by Labaton Sucharow.

8.     The expenses pertaining to this case are reflected in the books and records of the Firm.  These books and records are prepared from receipts, expense vouchers, check records and other documents and are an accurate record of the expenses.

9.     The identification and background of my Firm and its partners is attached hereto as Exhibit H.

1

      I declare under penalty of perjury that the foregoing is true and correct.  Executed this

2

14th day of October, 2020, at Lynbrook, NY.

3

4

_____

MICHAEL P. CANTY

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# EXHIBIT A

*In re Facebook Biometric Information Privacy Litigation*; Case No. 3:15-cv-03747-JD
LABATON SUCHAROW LLP
Inception through September 30, 2020

| NAME | STATUS | HOURS | CURRENT RATE | CURRENT LODESTAR |
|---|---|---|---|---|
| Lawrence Sucharow | P | 41.4 | $1,200 | $49,680.00 |
| Jonathan Gardner | P | 66.4 | $1,050 | $69,720.00 |
| Joel Bernstein | P | 645.6 | $995 | $642,372.00 |
| Mark Arisohn | P | 23.3 | $975 | $22,717.50 |
| Nicole Zeiss | P | 66.5 | $950 | $63,175.00 |
| Michael Canty | P | 592.3 | $895 | $530,108.50 |
| Corban Rhodes | P | 2,422.9 | $800 | $1,938,320.00 |
| Ross Kamhi | A | 527.5 | $550 | $290,125.00 |
| Jeffrey McEachern | A | 173.2 | $375 | $64,950.00 |
| Mark Winston | OC | 87.1 | $850 | $74,035.00 |
| Maureen Flanigan | SA | 865.1 | $435 | $376,318.50 |
| Andrew McGoey | SA | 353.2 | $435 | $153,642.00 |
| Gregory Sczesnik | SA | 1,460.1 | $410 | $598,641.00 |
| Adedayo Soneye | SA | 293.5 | $360 | $105,660.00 |
| Stacy Auer | PL | 289.6 | $335 | $97,016.00 |
| Reka Viczian | PL | 108.4 | $325 | $35,230.00 |
| Matthew Molloy | PL | 43.8 | $325 | $14,235.00 |
| Kristen Gutierrez | MC | 43.5 | $325 | $14,137.50 |
| *TOTAL* | | *8,103.4* | | *$5,140,083.00* |

(P) Partner
(A) Associate
(OC) Of Counsel
(SA) Staff Attorney
(PL) Paralegal
(MC) Managing Clerk

DECLARATION ON BEHALF OF LABATON SUCHAROW LLP IN SUPPORT OF AWARD
OF ATTORNEYS' FEES AND EXPENSES/CHARGES - 3:15-cv-03747-JD

# EXHIBIT B

**EXHIBIT B**
*In re Facebook Biometric Information Privacy Litigation , Case No. 3:15-cv-03747-JD*
**Category Lodestar Chart by Timekeeper**

**Firm Name: LABATON SUCHAROW LLP**
Reporting Period: Inception through September 30, 2020

Categories:

| | | | |
|---|---|---|---|
| (1) Factual Investigation | (6) Motion to Dismiss | (11) Experts, Consultants & Investigators | (16) Court Appearance & Preparation |
| (2) Legal Research | (7) Class Certification & Notice | (12) Summary Judgment | (17) Client/Class Member Communication |
| (3) Litigation Strategy & Analysis | (8) Discovery | (13) Settlement Negotiations | |
| (4) Draft Initial or Amended Complaint | (9) Document Review | (14) Trial Preparation | |
| (5) Lead Plaintiff Motion | (10) Other Pleadings, Briefs and Pretrial Motions | (15) Appeal | |

| Timekeeper | Status | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | Total Sum of Hours | Current Rate | Lodestar at Current Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawrence Sucharow | P | | | 5.5 | | | | | | | | | | 35.9 | | | | | 41.4 | $1,200 | $49,680.00 |
| Jonathan Gardner | P | | | 12.2 | | | | | | | | | | 54.2 | | | | | 66.4 | $1,050 | $69,720.00 |
| Joel Bernstein | P | 12.5 | 6.5 | 146.4 | 33.1 | 17.5 | 33.9 | 8.7 | 70.4 | | 12.1 | 50.9 | 12.0 | 95.8 | 3.0 | | 132.3 | 10.5 | 645.6 | $995 | $642,372.00 |
| Mark Arisohn | P | | | 10.3 | 1.0 | | 2.0 | | 5.5 | | | | | 1.0 | 3.5 | | | | 23.3 | $975 | $22,717.50 |
| Nicole Zeiss | P | | | | | | | 4.5 | | | 4.5 | | | 49.8 | | | 7.7 | | 66.5 | $950 | $63,175.00 |
| Michael Canty | P | 2.8 | 7.2 | 110.3 | 0.4 | | | 3.2 | 4.3 | | 24.4 | 25.3 | 3.3 | 177.0 | 116.1 | 37.3 | 74.2 | 6.5 | 592.3 | $895 | $530,108.50 |
| Corban Rhodes | P | 21.6 | 27.7 | 192.3 | 52.8 | 14.5 | 71.9 | 87.8 | 625.2 | | 103.9 | 405.7 | 57.0 | 270.7 | 172.5 | 100.6 | 174.8 | 43.9 | 2,422.9 | $800 | $1,938,320.00 |
| Ross Kamhi | A | 26.9 | 23.4 | 38.8 | 32.3 | 9.5 | 4.7 | 22.0 | 98.6 | | 18.5 | 54.4 | 8.8 | 41.2 | 61.6 | 36.1 | 50.5 | 0.2 | 527.5 | $550 | $290,125.00 |
| Jeffrey McEachern | A | | 24.4 | 20.6 | | | | | 15.8 | | 21.2 | 0.5 | | 11.5 | 79.2 | | | | 173.2 | $375 | $64,950.00 |
| Mark Winston | OC | 0.6 | | | | | | | | | | | | 7.1 | 74.6 | 1.0 | 3.3 | | 87.1 | $850 | $74,035.00 |
| Maureen Flanigan | SA | | | | | | | | 22.1 | 489.6 | 260.4 | 0.8 | | | 92.2 | | | | 865.1 | $435 | $376,318.50 |
| Andrew McGoey | SA | | | | | | | | | 281.9 | | | | | 71.3 | | | | 353.2 | $435 | $153,642.00 |
| Gregory Sczesnik | SA | | | | | | | 21.2 | | 1,039.2 | | | 45.4 | 42.0 | 312.3 | | | | 1,460.1 | $410 | $598,641.00 |
| Adedayo Soneye | SA | | | | | | | | | 293.5 | | | | | | | | | 293.5 | $360 | $105,660.00 |
| Stacy Auer | PL | 1.8 | 6.7 | 1.1 | 5.8 | 2.8 | 5.9 | 2.3 | 71.8 | 0.5 | 53.8 | 25.2 | 7.9 | 26.6 | 41.6 | 13.7 | 22.0 | 0.1 | 289.6 | $335 | $97,016.00 |
| Reka Viczian | PL | 6.4 | 1.0 | | 1.0 | 7.6 | 5.8 | | 37.4 | | 20.4 | 1.4 | 2.8 | 6.6 | | | 18.0 | | 108.4 | $325 | $35,230.00 |
| Matthew Molloy | PL | | | 1.3 | | | | | 10.9 | | 2.5 | 27.2 | | | 1.9 | | | | 43.8 | $325 | $14,235.00 |
| Kristen Gutierrez | MC | | | 2.0 | | | 1.5 | | 1.5 | | | | 1.0 | | | 7.3 | 7.0 | | 43.5 | $325 | $14,137.50 |
| *TOTAL:* | | **72.6** | **98.9** | **538.8** | **126.4** | **51.9** | **125.7** | **149.7** | **963.5** | **2,104.7** | **541.4** | **595.4** | **138.2** | **890.7** | **958.5** | **196.0** | **489.8** | **61.2** | **8,103.4** | | **$ 5,140,083.00** |

(P) Partner
(A) Associate
(OC) Of Counsel
(SA) Staff Attorney
(PL) Paralegal
(MC) Managing Clerk

# EXHIBIT C

**EXHIBIT C**

*In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD
LABATON SUCHAROW LLP
Inception through September 30, 2020

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing, Witness & Other Court Fees | | $3,250.50 |
| Transportation, Hotels & Meals | | $111,857.77 |
| Long Distance Telephone, Conference Calls, CourtCall, & Wifi Fees | | $2,472.70 |
| Overnight Delivery | | $566.96 |
| Court Hearing Transcripts, Deposition Reporting, & Videography | | $1,603.70 |
| Experts/Consultants | | $12,320.00 |
| Dr. Joseph Atick | $10,320.00 | |
| National Economic Research Associates, Inc. | $2,000.00 | |
| Photocopies & Printing | | $10,058.00 |
| Outside | $225.20 | |
| In-House Black and White: (42,048 pages at $0.20 per page) | $8,409.60 | |
| In-House Color: (3,558 pages at $0.40 per page) | $1,423.20 | |
| Online Legal & Financial Research | | $11,570.34 |
| Litigation Fund Contributions | | $155,737.39 |
| Mediation Fees | | $10,500.00 |
| Miscellaneous | | $1,013.00 |
| *TOTAL* | | *$320,950.36* |

# EXHIBIT D

1

**EXHIBIT D**

2

*In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD
LABATON SUCHAROW LLP

3

4

Filing, Witness & Other Court Fees: $3,250.50

5

| DATE | VENDOR | PURPOSE |
|------|--------|---------|
| 4/24/2015 | Serving by Irving, Inc. | Process Service |
| 4/28/2015 | U.S. District Court N.D. IL | *Pro Hac Vice* for Joel Bernstein |
| 4/28/2015 | U.S. District Court N.D. IL | *Pro Hac Vice* for Corban Rhodes |
| 4/28/2015 | U.S. District Court N.D. IL | *Pro Hac Vice* for Ross Kamhi |
| 9/17/2015 | Clerk Appellate Division | Certificate of Good Standing for Ross Kamhi |
| 9/18/2015 | U.S. District Court N.D. Cal. | *Pro Hac Vice* for Joel Bernstein |
| 9/18/2015 | U.S. District Court N.D. Cal. | *Pro Hac Vice* for Corban Rhodes |
| 9/18/2015 | U.S. District Court N.D. Cal. | *Pro Hac Vice* for Ross Kamhi |
| 6/14/2016 | Illinois Trial Lawyers' Association | Membership to conduct Illinois Case |
| 4/4/2018 | Clerk of the Court | Certificate of Good Standing for Mark Winston |
| 4/10/2018 | Clerk of the Court | Certificate of Good Standing for Lawrence Sucharow |
| 4/11/2018 | U.S. District Court N.D. Cal. | *Pro Hac Vice* for Michael Canty |
| 4/11/2018 | U.S. District Court N.D. Cal. | *Pro Hac Vice* for Lawrence Sucharow |
| 4/11/2018 | Clerk Appellate Division | Certificate of Good Standing for Michael Canty |
| 4/13/2018 | U.S. District Court N.D. Cal. | *Pro Hac Vice* for Mark Winston |
| 5/10/2018 | U.S. Court of Appeals - San Francisco, CA | Attorney Admission Fee for Corban Rhodes |
| 5/14/2018 | U.S. Court of Appeals - San Francisco, CA | Attorney Admission Fee for Michael Canty |
| 6/7/2018 | Clerk of the Illinois Supreme Court | Copies of Cert. Petition |

DECLARATION ON BEHALF OF LABATON SUCHAROW LLP IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND EXPENSES/CHARGES - 3:15-cv-03747-JD

# EXHIBIT E

1

**EXHIBIT E**

2

*In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD

3

LABATON SUCHAROW LLP

4

Local Work-Related Transportation & Meals:  $7,718.01

5

Out-of-Town Transportation, Hotels & Meals: $104,139.76 (trips detailed below)

6

7

| NAME | DATE | DESTINATION | PURPOSE |
|------|------|-------------|---------|
| J. Bernstein, C. Rhodes, R. Kamhi | 04/21/15 | Chicago, IL | Client Meeting |
| J. Bernstein, C. Rhodes | 04/29/15 – 05/01/15 | San Diego, CA | Expert Meeting |
| J. Bernstein, C. Rhodes, R. Kamhi | 06/01/15 – 06/02/15 | Chicago, IL | Attorney Meeting |
| J. Bernstein | 07/01/15 – 07/02/15 | Chicago, IL | Attorney Meeting/Court Hearing |
| J. Bernstein | 12/15/15 – 12/17/15 | San Francisco, CA | Court Hearing - MTD |
| C. Rhodes, R. Kamhi | 02/10/16 – 02/12/16 | San Francisco, CA | Facebook Depositions |
| C. Rhodes | 02/16/16 – 02/18/16 | Chicago, IL | Plaintiff Depositions |
| J. Bernstein, C. Rhodes | 02/29/16 – 03/03/16 | San Francisco, CA | Attorney Meetings and Court Hearing |
| J. Bernstein, C. Rhodes | 05/11/16 – 05/13/16 | San Francisco, CA | Attorney Meetings |
| C. Rhodes | 06/27/16 – 06/29/16 | San Francisco, CA | Case Management Conf. |
| J. Bernstein | 08/22/16 – 08/23/16 | Chicago, IL | Attorney Meeting |
| C. Rhodes | 10/17/16 – 10/19/16 | San Francisco, CA | Facebook Deposition |
| J. Bernstein, C. Rhodes | 10/26/16 – 10/28/16 | San Francisco, CA | Court Hearing – MTD |
| C. Rhodes | 01/09/17 – 01/13/17 | San Francisco, CA | Attorney Meetings/Onsite Expert Source Code Review |
| J. Bernstein, C. Rhodes | 05/17/17 – 05/20/17 | Newport Beach, CA | Mediation |
| C. Rhodes | 07/17/17 – 07/21/17 | San Francisco, CA | Onsite Expert Source Code Review |
| C. Rhodes, R. Kamhi | 09/06/17 – 09/07/17 | San Francisco, CA | Case Management Conf. |
| R. Kamhi | 09/18/17 – 09/19/17 | Washington D.C. | Facebook Deposition |
| C. Rhodes | 10/09/17 – 10/11/17 | San Francisco, CA | Facebook Depositions |
| C. Rhodes | 10/23/17 – 10/27/17 | Chicago, IL | Plaintiff and |

DECLARATION ON BEHALF OF LABATON SUCHAROW LLP IN SUPPORT OF AWARD
OF ATTORNEYS' FEES AND EXPENSES/CHARGES - 3:15-cv-03747-JD

| NAME | DATE | DESTINATION | PURPOSE |
|------|------|-------------|---------|
| | | San Francisco, CA | Facebook Depositions |
| R. Kamhi | 11/29/17 – 11/30/17 | San Francisco, CA | Court Hearing - MTD |
| C. Rhodes | 02/21/18 – 02/28/18 | San Francisco, CA Los Angeles, CA | Expert Depositions |
| C. Rhodes | 03/28/18 – 03/30/18 | San Francisco, CA | Court Hearing |
| L. Sucharow, M. Canty, C. Rhodes | 05/02/18 – 05/04/18 | San Francisco, CA | Attorney Meetings/Mediation |
| A. Pezen | 05/03/18 – 05/05/18 | San Francisco, CA | Attorney Meetings/Mediation |
| M. Canty, C. Rhodes | 05/06/18 – 05/12/18 | Napa Valley, CA | Attorney Meetings |
| C. Rhodes | 05/20/18 – 05/21/18 | San Francisco, CA | Court Hearing |
| M. Canty, C. Rhodes | 05/22/19 – 05/23/19 | San Francisco, CA | Attorney Meetings |
| M. Canty, C. Rhodes | 06/10/19 – 06/12/19 | San Francisco, CA | Court Hearing |
| M. Canty, C. Rhodes | 11/07/19 – 11/09/19 | San Francisco, CA | Expert Meetings |
| J. Gardner, M. Canty, C. Rhodes | 01/14/20 – 01/16/20 | San Francisco, CA | Mediation |
| M. Canty | 02/05/20 – 02/06/20 | San Francisco, CA | Court Hearing |
| | | | |
| | | | |

DECLARATION ON BEHALF OF LABATON SUCHAROW LLP IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND EXPENSES/CHARGES - 3:15-cv-03747-JD

# EXHIBIT F

1

2
## EXHIBIT F

3
*In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD
LABATON SUCHAROW LLP

4

5
Court Hearing Transcripts, Deposition Reporting, & Videography: $1,603.70

6

| DATE | VENDOR | PURPOSE |
|------|--------|---------|
| 2/18/2016 | TSG Reporting, Inc. | Transcript Pezen Deposition |
| 2/18/2016 | TSG Reporting, Inc. | Videosynch Pezen Deposition |
| 2/18/2016 | TSG Reporting, Inc. | DVD of Pezen Deposition |

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION ON BEHALF OF LABATON SUCHAROW LLP IN SUPPORT OF AWARD
OF ATTORNEYS' FEES AND EXPENSES/CHARGES - 3:15-cv-03747-JD

# EXHIBIT G

1

**EXHIBIT G**

2

*In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD
LABATON SUCHAROW LLP

3

4

Total Photocopies/Printing: $10,058.00

5

   In-house black and white: $8,409.60 (42,048 pages at $0.20 per page)
   In-house color: $1,423.20 (3,558 pages at $0.40 per page)

6

7

8

   Outside Photocopies/Printing: $225.20 (detailed below)

9

| DATE | VENDOR | PURPOSE |
|------|--------|---------|
| 06/29/2016 | Hotel Business Center – Torrance, CA | Copies for Case Management Conf. |
| 10/25/2017 | Federal Express Office - Palo Alto, CA | Copies for Pezen Deposition |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION ON BEHALF OF LABATON SUCHAROW LLP IN SUPPORT OF AWARD
OF ATTORNEYS' FEES AND EXPENSES/CHARGES - 3:15-cv-03747-JD

# EXHIBIT H



# Firm Resume

## Consumer Protection and Data Privacy



# TABLE OF CONTENTS

ABOUT THE FIRM ............................................................................................................... 1

CONSUMER PROTECTION AND DATA PRIVACY ........................................................ 3

AWARDS AND ACCOLADES ............................................................................................ 5

COMMITMENT TO DIVERSITY AND INCLUSION ..................................................... 6

PROFESSIONAL PROFILES .............................................................................................. 9



# ABOUT THE FIRM

Founded in 1963, Labaton Sucharow LLP has earned a reputation as one of the leading plaintiffs' firms in the United States. For more than half a century, Labaton Sucharow has successfully exposed corporate misconduct and recovered billions of dollars in the United States and around the globe on behalf of investors and consumers. Our mission is to continue this legacy and to continue to advance market fairness and transparency in the areas of securities, antitrust, corporate governance and shareholder rights, and data privacy and cybersecurity litigation, as well as whistleblower representation.

Our Firm has recovered significant losses for investors and secured corporate governance reforms on behalf of the nation's largest institutional investors, including public pension, Taft-Hartley, and hedge funds, investment banks, and other financial institutions.

Along with securing newsworthy recoveries, the Firm has a track record for successfully prosecuting complex cases from discovery to trial to verdict. As *Chambers and Partners* has noted, the Firm is *"considered one of the greatest plaintiffs' firms,"* and *The National Law Journal* "Elite Trial Lawyers" recently recognized our attorneys for their *"cutting-edge work on behalf of plaintiffs."* Our appellate experience includes winning appeals that increased settlement values for clients and securing a landmark 2013 U.S. Supreme Court victory benefitting all investors by reducing barriers to the certification of securities class action cases.

Our Firm provides global securities portfolio monitoring and advisory services to more than 300 institutional investors, including public pension funds, banks, asset managers, hedge funds, mutual funds, sovereign wealth funds, and multi-employer plans—with collective assets under management (AUM) in excess of $2 trillion. We are equipped to deliver results due to our robust infrastructure of more than 60 full-time attorneys, a dynamic professional staff, and innovative technological resources. Labaton Sucharow attorneys are skilled in every stage of business litigation and have challenged corporations from every sector of the financial market. Our professional staff includes paralegals, financial analysts, e-discovery specialists, a certified public accountant, a certified fraud examiner, and a forensic accountant. We have one of the largest in- house investigative teams in the securities bar.



# FIRM HIGHLIGHTS

For more than 50 years, Labaton Sucharow has focused on all forms of financial litigation and has pioneered alternative avenues of recovery for investors.  In recent years, we have secured landmark recoveries against corporate actors like AIG, Countrywide, and Facebook.

- A $192.5 million recovery in a securities class action against SCANA Corporation, one of the largest investor recoveries of 2019.  The suit alleged that SCANA made false and misleading statements about the construction of two nuclear reactors in South Carolina.  Despite touting progress to investors, the company and senior executives knew the project suffered from a host of fundamental problems.

- A $650 million settlement in a data privacy class action against Facebook, Inc., the largest cash settlement ever resolving a privacy related lawsuit.  The suit alleged that Facebook collected biometric information in the form of face prints, for the purpose of supporting its "face tagging" feature, in violation of the Illinois Biometric Information Privacy Act.

- A $50 million recovery in a state court action against Endo International plc, the largest class settlement stemming from a secondary public offering of securities.  The action alleged that Endo failed to disclose adverse trends facing its generic drugs division in advance of a secondary public offering that raised $2 billion to finance the acquisition of Par Pharmaceuticals.

> "The Labaton Firm is very well known to the Courts for the excellence of its representation." *Honorable Jed S. Rakoff*
>
> "In a difficult case like this I feel, as I have said before, very gratified to have some of the nation's best lawyers working on it."  *Honorable Keith P. Ellison*
>
> "I have a lot of papers, but let me tell you that initially, this was one of the best sets of papers that I've seen on a preliminary approval. Thank you, it's really very professional, very thorough." *Honorable Beth Labson Freeman*

- A landmark $1 billion recovery in a securities class action against AIG.  The Firm defeated 22 motions to dismiss and took or defended nearly 100 depositions in an eight-year litigation over AIG's involvement in a market division scheme that included payment of allegedly improper contingent commissions and illegal insurance bid rigging and an accounting fraud that wiped out $2.26 billion in shareholder equity.

- A $624 million recovery in a securities class action against Countrywide Financial, one of the largest securities settlements against a principal architect of the mortgage crisis.  The action alleged, among other matters, that defendants violated the federal securities laws by making false and misleading statements concerning Countrywide's business as an issuer of residential mortgages, and by misrepresenting high risk low documentation loans as being "prime," violating Generally Accepted Accounting Principles (GAAP).

- A recovery premium achieved through a successful direct action litigation stemming from a major accounting fraud at Adelphia Communications.  The filing was made after the company disclosed that it had hid more than $2 billion of debt from its balance sheet that was incurred by members of the Rigas family, who founded the company, but that, pursuant to co-borrowing agreements, Adelphia was ultimately responsible for repaying.  Through the direct action, our clients resolved all of their claims.



# CONSUMER PROTECTION AND DATA PRIVACY

A leader in contingent complex litigation, Labaton Sucharow has secured billions of dollars in recoveries on behalf of investors and consumers.

Labaton Sucharow is dedicated to putting our expertise to work on behalf of consumers who have been wronged by fraud in the marketplace. As competition intensifies and business practices require greater examination, consumers need strong allies to protect their rights and ensure that they are getting what they pay for.

Built on our unmatched litigation skills, deep understanding of federal and state rules and regulations, and an unwavering commitment to fairness, our Consumer Protection Litigation Practice focuses on protecting consumers and improving the standards of business conduct through litigation and reform.

## ONGOING INVESTIGATIONS OR LITIGATION AND RESULTS

### *Facebook Biometric Information Privacy Litigation*

- In this photo-tagging case, we represent plaintiffs who have been harmed by Facebook's violation of the Illinois Biometric Information Privacy. Our team recently achieved a historic $650 million settlement—the largest consumer data privacy settlement ever. It is one of the first cases asserting biometric privacy rights of consumers under Illinois' Biometric Information Privacy Act (BIPA).  In this photo-tagging case, our team represented plaintiffs who had been harmed by Facebook's violation of Illinois' BIPA.

### *Marriott International Inc. Data Privacy Security Breach Litigation*

- In this data security breach case, we represent plaintiffs who have been harmed by misleading statements surrounding the security of customer stored data. The case follows the 2018 announcement that unauthorized access to the Starwood guest reservation database had potentially affected up to 500 million Marriott customers and further disclosures that an internal investigation revealed that there had been unauthorized access to the Starwood network since 2014.

### *Takata Airbags Products Liability Litigation*

- Labaton Sucharow filed the first nationwide consumer class action against airbag manufacturer Takata Corporation and several major vehicle manufacturers. Takata Corporation, TK Holdings, Inc., and Highland Industries, Inc. allegedly designed, manufactured, tested, and marketed millions of potentially lethal airbags, which were distributed and sold to other manufacturers. Affected vehicles include models from BMW, Ford, Honda, Lexus, Nissan, and Toyota, among others.



### *Fishbein et al., v. All Market Inc. (Vita Coco Coconut Water Marketing Practices Litigation)*

- Labaton Sucharow secured a $10 million settlement in a nationwide class action against maker of Vita Coco, alleging misleading and deceptive advertising.

### *In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation*

- Serves as a lead counsel in this class action lawsuit on behalf of lawn care professionals and property owners against E. I. du Pont de Nemours and Company for damage to trees and other vegetation caused by DuPont's herbicide Imprelis®. Based on the settlement agreement, DuPont agreed to arrange for the removal and replacement of damaged trees at no cost, and to provide additional compensation to members of the class.



# AWARDS AND ACCOLADES

## CONSISTENTLY RANKED AS A LEADING FIRM



*The National Law Journal* "Elite Trial Lawyers" named Labaton Sucharow the **2020 Law Firm of the Year for Securities Litigation**.  This marks the second consecutive year the Firm has received the prestigious award and the third time overall. The winner was chosen for their **"cutting-edge work on behalf of plaintiffs over the last 15 months"** as well as possessing **"a solid track record of client wins over the past three to five years."**  Additionally, the Firm was recognized as a finalist in the **Antitrust** and **Class Action** categories.  The Firm was also recognized for its pro bono efforts, being named the **2020 Law Firm of the Year in the Immigration Category**.



Labaton Sucharow has been recognized as one of the **Nation's Best Plaintiffs' Firms** by *The Legal 500*.  In 2020, the Firm earned a **Tier 1 ranking in Securities Litigation** and was also ranked for its excellence in the **Antitrust** and **M&A Litigation**.  Ten Labaton Sucharow Partners were ranked or recommended in the 2020 guide noting **"Labaton Sucharow has a deep and experienced team in the securities litigation space.  The expertise they display gives us a high degree of confidence in the successful litigation of our class action cases."**



*Benchmark Litigation US* recognized Labaton Sucharow both nationally and regionally, Delaware and New York, in its 2020 edition and named nine Partners as **Litigation Stars** and **Future Stars** across the U.S.  The Firm received top rankings in the **Securities** and **Dispute Resolution** categories.  The publication also named the Firm as one of the **"Top 10 Plaintiffs' Firms"** in the country.



Labaton Sucharow has been recognized by *Chambers USA 2020* as among the leading plaintiffs' firms in the nation, receiving a total of five practice group rankings and seven individual rankings.  *Chambers* noted that the Firm is **"considered one of the greatest plaintiffs' firms," a " very good and very thoughtful group."  They "take strong advocacy positions on behalf of their clients."**



Labaton Sucharow was named a finalist for *Euromoney* **Women in Business Law Awards 2020** in the Best National Firm for Women in Business Law-North America category.  *Euromoney's* WIBL Awards recognizes the firms advancing diversity in the profession.



*Lawdragon* recognized 22 Labaton Sucharow partners as among the **leading plaintiff financial lawyers in the country.**  The guide presents a "curated look at the best of the U.S. plaintiff bar who specialize in representing plaintiffs in securities and other business litigation, antitrust, and whistleblower claims."



Labaton Sucharow was named *Law360* **2019 Practice Group of the Year** in two categories, Class Action and Securities.  The awards recognize the firms behind the wins that "resonated throughout the legal industry in the past year."



# COMMITMENT TO DIVERSITY AND INCLUSION



Diversity and inclusion are vital to our success as a national law firm, giving us diverse viewpoints from which to address our global clients' most pressing needs and complex legal challenges. At Labaton Sucharow, we are continually committed to developing initiatives that focus on our diversity and inclusion goals—which include recruiting, professional development, and attorney retention and advancement of diverse and minority candidates—while also raising awareness to the legal profession as a whole.

This commitment has not gone unnoticed. In recognition of our ongoing work, our Firm has been shortlisted for *Chambers & Partners* Inclusive Firm of the Year award and by *Euromoney* for Best National Firm for Women in Business Law.

---

*"There is strength in diversity. At Labaton Sucharow, we strive to improve diversity within the Firm's ranks and the legal profession as a whole. We believe having a variety of viewpoints and backgrounds improves the quality of our work and makes us better lawyers."*

*– Gregory Asciolla, Partner and Chair of the Diversity & Inclusion Committee*

---

## OUR MISSION

Over the last fifty years, our Firm has earned global recognition for extraordinary success in securing historic recoveries and reforms for investors and consumers. We strive to achieve the same level of success in promoting fairness and equality within our ranks and in the industry, and believe that can only be achieved by building a team of professionals who have a broad range of backgrounds, orientations and interests. To that end, we actively recruit, mentor, and promote to partnership minority and female lawyers. The Firm's leadership recognizes the importance of extending leadership positions to diverse lawyers and is committed to investing time and resources to develop the next generation of lawyers and promote diversity.

## WOMEN'S INITIATIVE

### The Firm's Women's Networking and Mentoring Initiative

Labaton Sucharow became the first securities litigation firm to have a dedicated program to foster the growth, leadership, and success of its female attorneys. Established in 2007, the



Women's Initiative has hosted numerous educational seminars and networking events. Its goal is to promote the advancement and growth of our women lawyers and staff in order to groom them into future leaders and to collaborate with industry and thought leaders to promote the advancement of women as a whole. The Women's Initiative does this in part by engaging phenomenal female speakers to impart wisdom, share professional lessons learned, and serve



as an inspiration to the group.  The Women's Initiative also hosts workshops throughout the year that focus on enhancing professional development.  Past workshops have focused on strengthening negotiation and public speaking skills, the importance of business development, and addressing gender inequality issues for women in the law.



# INSTITUTIONAL INVESTING IN WOMEN AND MINORITY-LED INVESTMENT FIRMS 2020

In September 2018, Labaton Sucharow's Women's Initiative hosted its inaugural half-day event featuring two all-female panels on institutional investing in women and minority-led investment firms at the Four Seasons Hotel in New York.  The event was designed to bring public pension funds, diverse managers, hedge funds, investment consultants, and legal counsel together to address the importance of diversity investing and to hear firsthand from leaders in the space as to how we can advance institutional investing in diverse investment firms.  Noteworthy research has shown that diversity in background, gender, and ethnicity leads to smarter, more balanced, and informed decision-making—which leads to generations of greater returns for all involved.  And, investing in women and minority-led investment firms creates a positive social impact that addresses economic imbalances that may be socially driven.





The event allowed us to provide a platform to highly accomplished women within the pension and investment community to share their experiences and expertise in this area.  One of the primary goals of this event was to foster awareness of the diverse manager opportunity and discuss the benefits of allocations to diverse firms, while highlighting the best ways to create opportunities for diverse managers to showcase their unique strengths to institutional investors.  It is also notable that the event featured all-female panels, a movement which is important to support the recognition and advancement of women, and one that we believe will continue at national and international conferences each year.  Finally, the event was targeted in terms of its audience to those in the investment community who could continue this dialogue and advance its cause and as such, while very well-attended with people coming from all over the country to be part of the discussion, was also intimate in nature in a way that allowed for a free exchange of thoughts and ideas.

The inaugural event, which was co-chaired by Partners Serena P. Hallowell, Carol C. Villegas, and Marisa N. DeMato, was shortlisted for *Euromoney's* Best Gender Diversity Initiative award and for a *Chambers & Partners* Diversity & Inclusion award. In addition, the Firm has been



recognized as a finalist by *Chambers & Partners* for "Inclusive Firm of the Year" and by *Euromoney* as the "Best National Firm for Women in Business Law."

## MINORITY SCHOLARSHIP AND INTERNSHIP

Demonstrating our commitment to diversity in law and to introduce minority students to our Firm, we established the Labaton Sucharow Minority Scholarship and Internship in 2006.

Every year, we present a grant and a summer associate position to a first-year minority student from a metropolitan New York law school who has demonstrated academic excellence, community commitment, and superior personal integrity.  Several past scholarship recipients have become full-time attorneys at the Firm.  The Firm also offers two annual summer internships to Hunter College students, who rotate through our various departments, shadowing Firm partners and getting a feel for the inner workings of a law firm.



# PROFESSIONAL PROFILES

Labaton Sucharow employs 170 individuals, composed of 70 attorneys (including partners, of counsel, and associates), 20 staff attorneys, 39 legal support staff (including law clerks, case development professionals, investigators, data analysts, and paralegals), and 41 other support staff.  The attorneys in the Firm's New York office are primarily dedicated to securities class action litigation and antitrust litigation services. The Firm's Case Evaluation Team, which includes attorneys dedicated to case development, in-house securities data analysts, and our internal investigative unit, also is based in the New York office. The Firm's case evaluation process is led by a team of seven attorneys focused on evaluating the merits of filed cases and developing proprietary new matters overlooked by other firms.  We have four separate litigation teams dedicated to prosecuting securities class actions, which include several senior female partners. The personnel in Labaton Sucharow's Delaware office focuses on representing institutional investors in shareholder derivative, merger & acquisition, and corporate governance litigation. The focus of our Washington, D.C. office is U.S. and non-U.S. securities litigation and whistleblower representation.

## PROFESSIONAL PROFILES

### Christopher J. Keller
### Chairman

Christopher J. Keller is Chairman of Labaton Sucharow LLP and head of the Firm's Executive Committee.  He is based in the Firm's New York office.  Chris focuses on complex securities litigation cases and works with institutional investor clients, including some of the world's largest public and private pension funds with tens of billions of dollars under management.

Chris's distinction in the plaintiffs' bar is has earned him recognition from *Lawdragon* as an "Elite Lawyer in the Legal Profession" and "Leading Plaintiff Financial Lawyer," as well as recommendations from *The Legal 500* for excellence in the field of securities litigation.

Described by *The Legal 500* as a "sharp and tenacious advocate" who "has his pulse on the trends," Chris has been instrumental in the Firm's appointments as lead counsel in some of the largest securities matters arising out of the financial crisis, such as actions against Countrywide ($624 million settlement), Bear Stearns ($275 million settlement with Bear Stearns Companies and $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor), and Goldman Sachs.

Chris has been integral in the prosecution of traditional fraud cases such as *In re Schering-Plough Corporation/ENHANCE Securities Litigation*; *In re Massey Energy Co. Securities Litigation*, where the Firm obtained a $265 million all-cash settlement with Alpha Natural Resources, Massey's parent company; as well as *In re Satyam Computer Services, Ltd. Securities Litigation*, where the Firm obtained a settlement of more than $150 million.  Chris was also a principal litigator on the trial team of *In re Real Estate Associates Limited Partnership Litigation*.  The six-week jury trial resulted in a $185 million plaintiffs' verdict, one of the largest jury verdicts since the passage of the Private Securities Litigation Reform Act.



Labaton Sucharow

In addition to his active caseload, Chris holds a variety of leadership positions within the Firm, including serving on the Firm's Executive Committee. In response to the evolving needs of clients, Chris also established, and currently leads, the Case Development Group, which is composed of attorneys, in-house investigators, financial analysts, and forensic accountants. The group is responsible for evaluating clients' financial losses and analyzing their potential legal claims both in and outside of the U.S. and tracking trends that are of potential concern to investors.

Educating institutional investors is a significant element of Chris's advocacy efforts for shareholder rights. He is regularly called upon for presentations on developing trends in the law and new case theories at annual meetings and seminars for institutional investors.

Chris is a member of several professional groups, including the New York State Bar Association and the New York County Lawyers' Association. He is a prior member of the Board of Directors of the City Bar Fund, the nonprofit 501(c)(3) arm of the New York City Bar Association aimed at engaging and supporting the legal profession in advancing social justice.

Chris earned his Juris Doctor from St. John's University School of Law. He received his bachelor's degree from Adelphi University.

## Lawrence A. Sucharow
## Of Counsel and Senior Adviser

Lawrence A. Sucharow is Of Counsel and Senior Adviser in the New York office of Labaton Sucharow LLP. In this role, Larry focuses on counseling the Firm's large institutional clients, developing creative and compelling strategies to advance and protect clients' interests, and prosecuting and resolving many of the Firm's leading cases. With more than four decades of experience, Larry is an internationally recognized trial lawyer and a leader of the class action bar. Under his guidance, the Firm has earned its position as one of the top plaintiffs securities and antitrust class action firms in the world.

In recognition of his career accomplishments and standing in the securities bar, Larry was selected by *Law360* as one the 10 Most Admired Securities Attorneys in the United States and as a Titan of the Plaintiffs Bar. Larry was honored with the *National Law Journal's* Elite Trial Lawyers Lifetime Achievement Award, and he is one of a small handful of plaintiffs' securities lawyers in the United States recognized by *Chambers & Partners USA*, *The Legal 500*, and *Benchmark Litigation* for his successes in securities litigation. Larry has been consistently recognized by *Lawdragon* as one of the country's leading lawyers, and in 2020, Larry was inducted in the Hall of Fame in recognition of his outstanding contributions as a leader and litigator. Referred to as a "legend" by his peers in *Benchmark Litigation*, *Chambers* describes him as an "immensely respected plaintiff advocate" and a "renowned figure in the securities plaintiff world...[that] has handled some of the most high-profile litigation in this field." According to *The Legal 500*, clients characterize Larry as "a strong and passionate advocate with a desire to win." In addition, Brooklyn Law School honored Larry as Alumni of the Year Award in 2012 for his notable achievements in the field.

Over the course of his career, Larry has prosecuted hundreds of cases and the Firm has recovered billions in groundbreaking securities, antitrust, business transaction, product liability, and other class actions. In fact, a landmark case tried in 2002—*In re Real Estate Associates Limited Partnership Litigation*—was the very first securities action successfully tried to a jury verdict following the

enactment of the Private Securities Litigation Reform Act (PSLRA).  Experience such as this has made Larry uniquely qualified to evaluate and successfully prosecute class actions.

Other representative matters include: *Arkansas Teacher Retirement System v. State Street Corporation* ($300 million settlement); *In re CNL Resorts, Inc. Securities Litigation* ($225 million settlement); *In re Paine Webber Incorporated Limited Partnerships Litigation* ($200 million settlement); *In re Prudential Securities Incorporated Limited Partnerships Litigation* ($110 million partial settlement); *In re Prudential Bache Energy Income Partnerships Securities Litigation* ($91 million settlement); and *Shea v. New York Life Insurance Company* (over $92 million settlement).

Larry's consumer protection experience includes leading the national litigation against the tobacco companies in *Castano v. American Tobacco Co.,* as well as litigating *In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation.*  Currently, he plays a key role in *In re Takata Airbag Products Liability Litigation* and a nationwide consumer class action against Volkswagen Group of America, Inc., arising out of the wide-scale fraud concerning Volkswagen's "Clean Diesel" vehicles.  Larry further conceptualized the establishment of two Dutch foundations, or "Stichtingen" to pursue settlement of claims against Volkswagen on behalf of injured car owners and investors in Europe.

In 2018, Larry was appointed to serve on Brooklyn Law School's Board of Trustees.  He has served a two-year term as President of the National Association of Shareholder and Consumer Attorneys, a membership organization of approximately 100 law firms that practice complex civil litigation including class actions.  A longtime supporter of the Federal Bar Council, Larry serves as a trustee of the Federal Bar Council Foundation.  He is a member of the Federal Bar Council's Committee on Second Circuit Courts, and the Federal Courts Committee of the New York County Lawyers' Association.  He is also a member of the Securities Law Committee of the New Jersey State Bar Association and was the Founding Chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association, a position he held from 1988-1994.  In addition, Larry serves on the Advocacy Committee of the World Federation of Investors Corporation, a worldwide umbrella organization of national shareholder associations.  In May 2013, Larry was elected Vice Chair of the International Financial Litigation Network, a network of law firms from 15 countries seeking international solutions to cross-border financial problems.

Larry earned his Juris Doctor, *cum laude*, from Brooklyn Law School.  He received his bachelor's degree from Baruch School of the City College of the City University of New York.

## Eric J. Belfi
## Partner

Eric J. Belfi is a Partner in the New York office of Labaton Sucharow LLP and a member of the Firm's Executive Committee.  An accomplished litigator with a broad range of experience in commercial matters, Eric represents many of the world's leading pension funds and other institutional investors.  Eric actively focuses on domestic and international securities and shareholder litigation, as well as direct actions on behalf of governmental entities.  As an integral member of the Firm's Case Development Group, Eric has brought numerous high-profile domestic securities cases that resulted from the credit crisis, including the prosecution against Goldman Sachs.  Along with his domestic securities litigation practice, Eric leads the Firm's Non-U.S. Securities Litigation Practice, which is dedicated exclusively to analyzing potential claims in non-U.S. jurisdictions and advising on the risks and benefits of litigation in those forums.  Additionally, Eric oversees the Financial Products and Services Litigation Practice, focusing on individual actions



against malfeasant investment bankers, including cases against custodial banks that allegedly committed deceptive practices relating to certain foreign currency transactions.

*Lawdragon* has recognized Eric as one of the country's "500 Leading Plaintiff Financial Lawyers" as the result of their research into top verdicts and settlements, and input from "lawyers nationwide about whom they admire and would hire to seek justice for a claim that strikes a loved one."

In his work with the Case Development Group, Eric was actively involved in securing a combined settlement of $18.4 million in *In re Colonial BancGroup, Inc. Securities Litigation*, regarding material misstatements and omissions in SEC filings by Colonial BancGroup and certain underwriters.  Eric's experience includes noteworthy M&A and derivative cases such as *In re Medco Health Solutions Inc. Shareholders Litigation* in which he was integrally involved in the negotiation of the settlement that included a significant reduction in the termination fee.

Under Eric's direction, the Firm's Non-U.S. Securities Litigation Practice—one of the first of its kind—also serves as liaison counsel to institutional investors in such cases, where appropriate. Eric represents nearly 30 institutional investors in over a dozen non-U.S. cases against companies including SNC-Lavalin Group Inc. in Canada, Vivendi Universal, S.A. in France, OZ Minerals Ltd. in Australia, Lloyds Banking Group in the UK, and Olympus Corporation in Japan.  Eric's international experience also includes securing settlements on behalf of non-U.S. clients including the U.K.-based Mineworkers' Pension Scheme in *In re Satyam Computer Securities Services Ltd. Securities Litigation*, an action related to one of the largest securities fraud in India, which resulted in $150.5 million in collective settlements.  While representing two of Europe's leading pension funds, Deka Investment GmbH and Deka International S.A., Luxembourg, in *In re General Motors Corp. Securities Litigation*, Eric was integral in securing a $303 million settlement in relation to multiple accounting manipulations and overstatements by General Motors.

As head of the Financial Products and Services Litigation Practice, Eric served as lead counsel to Arkansas Teacher Retirement System in a class action against State Street Corporation and certain affiliated entities alleging misleading actions in connection with foreign currency exchange trades, which resulted in a $300 million recovery.  He has also represented the Commonwealth of Virginia in its False Claims Act case against Bank of New York Mellon, Inc.

Prior to joining Labaton Sucharow, Eric served as an Assistant Attorney General for the State of New York and as an Assistant District Attorney for the County of Westchester.  As a prosecutor, Eric investigated and prosecuted white-collar criminal cases, including many securities law violations.  He presented hundreds of cases to the grand jury and obtained numerous felony convictions after jury trials.

Eric is a member of the National Association of Public Pension Attorneys (NAPPA) Securities Litigation Working Group.  He has spoken on the topics of shareholder litigation and U.S.-style class actions in European countries and has also discussed socially responsible investments for public pension funds.

Eric earned his Juris Doctor from St. John's University School of Law and received his bachelor's degree from Georgetown University.



## Michael P. Canty
### Partner

Michael P. Canty is a Partner in the New York office of Labaton Sucharow LLP, where he serves as General Counsel and head of the Firm's Consumer Cybersecurity and Data Privacy group. Michael's practice focuses on complex fraud cases on behalf of institutional investors and consumers.

Recommended by *The Legal 500* and *Benchmark Litigation* as an accomplished litigator, Michael has more than a decade of trial experience in matters relating to national security, white collar crime, and cybercrime. Michael has been recognized as a Plaintiffs' Trailblazer and a NY Trailblazer by the *National Law Journal* and the *New York Law Journal*, respectively, for his impact on the practice and business of law. *Lawdragon* has also recognized Mike as one of the 500 Leading Plaintiff Financial Lawyers in America, as the result of their research into the country's top verdicts and settlements.

Michael has successfully prosecuted a number of high-profile securities matters involving technology companies. Most notably, Michael is part of the litigation team that recently achieved a historic $650 million settlement in the *In re Facebook Biometric Information Privacy Litigation* matter—the largest consumer data privacy settlement ever and one of the first cases asserting consumers' biometric privacy rights under Illinois' Biometric Information Privacy Act (BIPA). Michael has also led cases against AMD, a multi-national semiconductor company, and Ubiquiti Networks, Inc., a global software company. In both cases, Michael played a pivotal role in securing favorable settlements for investors.

Prior to joining Labaton Sucharow, Michael served as an Assistant U.S. Attorney in the U.S. Attorney's Office for the Eastern District of New York, where he was the Deputy Chief of the Office's General Crimes Section. During his time as a federal prosecutor, Michael also served in the Office's National Security and Cybercrimes Section. Prior to this, he served as an Assistant District Attorney for the Nassau County District Attorney's Office, where he handled complex state criminal offenses and served in the Office's Homicide Unit.

Michael has extensive trial experience both from his days as a prosecutor in New York City for the U.S. Department of Justice and as a Nassau County Assistant District Attorney. Michael served as trial counsel in more than 35 matters, many of which related to violent crime, white-collar, and terrorism-related offenses. He played a pivotal role in *United States v. Abid Naseer*, where he prosecuted and convicted an al-Qaeda operative who conspired to carry out attacks in the United States and Europe. Michael also led the investigation in *United States v. Marcos Alonso Zea*, a case in which he successfully prosecuted a citizen for attempting to join a terrorist organization in the Arabian Peninsula and for providing material support for planned attacks.

Michael also has extensive experience investigating and prosecuting cases involving the distribution of prescription opioids. In January 2012, Michael was assigned to the U.S. Attorney's Office Prescription Drug Initiative to mount a comprehensive response to what the Centers for Disease Control and Prevention (CDC) has called an epidemic increase in the abuse of so-called opioid analgesics. As a member of the initiative, in *United States v. Conway* and *United States v. Deslouche*, Michael successfully prosecuted medical professionals who were illegally prescribing opioids. In *United States v. Moss et al.*, he was responsible for dismantling one of the largest oxycodone rings operating in the New York metropolitan area at the time. In addition to prosecuting



these cases, Michael spoke regularly to the community on the dangers of opioid abuse as part of the Office's community outreach.

Before becoming a prosecutor, Michael worked as a Congressional Staff Member for the U.S. House of Representatives.  He primarily served as a liaison between the Majority Leader's Office and the Government Reform and Oversight Committee.  During his time with the House of Representatives, Michael managed congressional oversight of the United States Postal Service and reviewed and analyzed counter-narcotics legislation as it related to national security matters.

Michael earned his Juris Doctor, *cum laude*, from St. John's University's School of Law.  He received his Bachelor of Arts, *cum laude*, from Mary Washington College.

## Marisa N. DeMato
### Partner

Marisa N. DeMato is a Partner in the New York office of Labaton Sucharow LLP.  With more than 15 years of securities litigation experience, Marisa advises leading pension funds and other institutional investors in the United States and Canada on issues related to corporate fraud in U.S. securities markets and provides representation in complex civil actions.  Her work focuses on monitoring the well-being of institutional investments and counseling clients on best practices in corporate governance of publicly traded companies.

Marisa is known to be "the ultimate professional."  *Lawdragon* has named her one of the 500 Leading Plaintiff Financial Lawyers in America, and as a result of her work, the Firm has received a Tier 1 ranking in Plaintiff Securities Litigation from *Legal 500*.  According to clients, "It is because of Marisa that Labaton stands out from its competitors."

Marisa has achieved significant settlements on behalf of clients.  She represented Seattle City Employees' Retirement System in a $90 million derivative settlement that achieved historic corporate governance reforms from Twenty-First Century Fox, Inc., following allegations of workplace harassment incidents at Fox News. Marisa also successfully represented investors in high-profile cases against LifeLock, Camping World, Rent-A-Center, and Castlight Health.  In *In re Walgreen Co. Derivative Litigation,* she served as legal adviser to the West Palm Beach Police Pension Fund and secured significant corporate governance reforms and extended Drug Enforcement Agency commitments from Walgreens in response to the company's violation of the U.S. Controlled Substances Act.

Marisa is one of the Firm's leading advocates for institutional investing in women and minority-led firms.  Since 2018, Marisa serves as co-chair of the Firm's annual Women's Initiative Forum, which has been recognized by *Euromoney* and *Chambers USA* as one of the best gender diversity initiatives.  Marisa is instrumental in the development and execution of these events, and the programs have been praised by attendees for offering insightful discussions on how pension funds and other institutional investors can provide opportunities for women and minority-owned firms.

An accomplished speaker, Marisa frequently lectures on topics pertaining to securities fraud litigation, fiduciary responsibility, and corporate governance issues.  Marisa has spoken widely on the subprime mortgage crisis and its disastrous effect on the pension fund community in the United States, as well as on the global implications and related fraud to institutional investors in Italy, France, and the U.K.  She has also presented on issues arising from the federal regulatory response to the financial crisis, including implications of the Dodd-Frank Act and the national



debate on executive compensation and proxy access for shareholders.  Marisa has testified before the Texas House of Representatives Pensions Committee on the changing legal landscape for public pensions following the Supreme Court's *Morrison* decision and best practices for non-U.S. investment recovery.  Her skillful communication also extends to her interactions with clients. "Marisa stands out as the most effective communicator in regards to our portfolio.  She will always keep us informed as to what cases are out there, how solid the merits of the case are, and our potential success as a lead plaintiff."

Prior to joining Labaton Sucharow, Marisa worked for a nationally recognized securities litigation firm and devoted a substantial portion of her time to litigating securities, derivatives, mergers and acquisitions, and consumer fraud.  Over the course of those eight years, she represented numerous pension funds, municipalities, and individual investors throughout the U.S. and was an integral member of legal teams that secured multimillion dollar settlements, including *In re Managed Care Litigation* ($135 million recovery); *Cornwell v. Credit Suisse Group* ($70 million recovery); *Michael v. SFBC International, Inc.* ($28.5 million recovery); *Ross v. Career Education Corporation* ($27.5 million recovery); and *Village of Dolton v. Taser International Inc.* ($20 million recovery).

Marisa is an active member of the National Association of Public Pension Attorneys (NAPPA) and the National Association of Securities Professionals (NASP).  She is also a member of the Federal Bar Council, an organization of lawyers dedicated to promoting excellence in federal practice and fellowship among federal practitioners.

Marisa earned her Juris Doctor from the University of Baltimore School of Law.  She received her Bachelor of Arts from Florida Atlantic University.

## Thomas A. Dubbs
### Partner

Thomas A. Dubbs is a Partner in the New York office of Labaton Sucharow LLP.  Tom focuses on the representation of institutional investors in domestic and multinational securities cases.  Tom serves or has served as lead or co-lead counsel in some of the most important federal securities class actions in recent years, including those against American International Group, Goldman Sachs, the Bear Stearns Companies, Facebook, Fannie Mae, Broadcom, and WellCare.

Tom is highly-regarded in his practice. He has been named a top litigator by *Chambers & Partners* for 10 consecutive years and has been consistently ranked as a Leading Lawyer in Securities Litigation by *The Legal 500. Law360* named him an MVP of the Year for distinction in class action litigation, and he has been recognized by *The National Law Journal*, *Lawdragon*, and *Benchmark Litigation* for excellence in securities litigation. Tom has also received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory. In addition, *The Legal 500* has inducted Tom into its Hall of Fame—an honor presented to only four plaintiffs securities litigators "who have received constant praise by their clients for continued excellence."

Tom has played an integral role in securing significant settlements in several high-profile cases, including *In re American International Group, Inc. Securities Litigation* (settlements totaling more than $1 billion); *In re Bear Stearns Companies, Inc. Securities Litigation* ($275 million settlement with Bear Stearns Companies plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor); *In re HealthSouth Securities Litigation* ($671 million settlement); *Eastwood Enterprises LLC v. Farha et al.* (WellCare Securities Litigation) (over $200 million settlement); *In re Fannie Mae 2008 Securities Litigation* ($170 million settlement); *In re Broadcom*



*Corp. Securities Litigation* ($160.5 million settlement with Broadcom, plus $13 million settlement with Ernst & Young LLP, Broadcom's outside auditor); *In re St. Paul Travelers Securities Litigation* ($144.5 million settlement); *In re Amgen Inc. Securities Litigation* ($95 million settlement); and *In re Vesta Insurance Group, Inc. Securities Litigation* ($78 million settlement).

Representing an affiliate of the Amalgamated Bank, Tom successfully led a team that litigated a class action against Bristol-Myers Squibb, which resulted in a settlement of $185 million as well as major corporate governance reforms. He has argued before the U.S. Supreme Court and has argued 10 appeals dealing with securities or commodities issues before the U.S. Courts of Appeals.

Due to his reputation in securities law, Tom frequently lectures to institutional investors and other groups, such as the Government Finance Officers Association, the National Conference on Public Employee Retirement Systems, and the Council of Institutional Investors. He is a prolific author of articles related to his field, including "Textualism and Transnational Securities Law: A Reappraisal of Justice Scalia's Analysis in *Morrison v. National Australia Bank*," which he penned for the *Southwestern Journal of International Law*. He has also written several columns in U.K. publications regarding securities class actions and corporate governance.

Prior to joining Labaton Sucharow, Tom was Senior Vice President & Senior Litigation Counsel for Kidder, Peabody & Co. Incorporated, where he represented the company in many class actions, including the *First Executive* and *Orange County* litigation and was first chair in many securities trials. Before joining Kidder, Tom was head of the litigation department at Hall, McNicol, Hamilton & Clark, where he was the principal partner representing Thomson McKinnon Securities Inc. in many matters, including the *Petro Lewis* and *Baldwin-United* class actions.

Tom serves as a FINRA Arbitrator and is an Advisory Board Member for the Institute for Transnational Arbitration. He is a member of the New York State Bar Association and the Association of the Bar of the City of New York, as well as a patron of the American Society of International Law. Tom is an active member of the American Law Institute and is currently an adviser on the proposed Restatement of the Law Third, Conflict of Laws; he was also a member of the Consultative Groups for the Restatement of the Law Fourth, U.S. Foreign Relations Law, and the Principles of Law, Aggregate Litigation. Tom also serves on the Board of Directors for The Sidney Hillman Foundation.

Tom earned his Juris Doctor and bachelor's degree from the University of Wisconsin-Madison. He received his master's degree from the Fletcher School of Law and Diplomacy, Tufts University.

## Christine M. Fox
### Partner

Christine M. Fox is a Partner in the New York office of Labaton Sucharow LLP. With more than 20 years of securities litigation experience, Christine prosecutes complex securities fraud cases on behalf of institutional investors.

Christine is recognized by *Lawdragon* as one of the "500 Leading Plaintiff Financial Lawyers in America."

Christine is actively involved in litigating matters against Molina Healthcare, Hain Celestial, Avon, Adient, AT&T, and Apple. She has played a pivotal role in securing favorable settlements for investors in class actions against Barrick Gold Corporation, one of the largest gold mining



companies in the world ($140 million recovery); CVS Caremark, the nation's largest pharmacy retail chain ($48 million recovery); Nu Skin Enterprises, a multilevel marketing company ($47 million recovery); and Intuitive Surgical, a manufacturer of robotic-assisted technologies for surgery ($42.5 million recovery).

Christine is actively involved in the Firm's pro bono immigration program and recently reunited a father and child separated at the border.  She is currently working on their asylum application.

Prior to joining the Firm, Christine worked at a national litigation firm focusing on securities, antitrust, and consumer litigation in state and federal courts.  She played a significant role in securing class action recoveries in a number of high-profile securities cases, including *In re Merrill Lynch Co., Inc. Research Reports Securities Litigation* ($475 million recovery); *In re Informix Corp. Securities Litigation* ($136.5 million recovery); *In re Alcatel Alsthom Securities Litigation* ($75 million recovery); and *In re Ambac Financial Group, Inc. Securities Litigation* ($33 million recovery).

She is a member of the American Bar Association, New York State Bar Association, and Puerto Rican Bar Association.

Christine earned her Juris Doctor from the University of Michigan Law School and received her bachelor's degree from Cornell University.

Christine is conversant in Spanish.

## Jonathan Gardner
### Partner

Jonathan Gardner is a Partner in the New York office of Labaton Sucharow LLP and serves as Head of Litigation for the Firm.  With more than 28 years of experience, Jonathan oversees all of the Firm's litigation matters, including prosecuting complex securities fraud cases on behalf of institutional investors.

A *Benchmark Litigation* "Star" acknowledged by his peers as "engaged and strategic," Jonathan has also been named an MVP by *Law360* for securing hard-earned successes in high-stakes litigation and complex global matters.  He is recommended by *The Legal 500*, whose sources remarked on Jonathan's ability to "understand the unique nature of complex securities litigation and strive for practical yet results-driven outcomes."  Jonathan is also recognized by *Lawdragon* as one of the 500 Leading Plaintiff Financial Lawyers in America.

Jonathan has played an integral role in securing some of the largest class action recoveries against corporate offenders since the global financial crisis.  He led the Firm's team in the investigation and prosecution of *In re Barrick Gold Securities Litigation*, which resulted in a $140 million recovery.  He has also served as the lead attorney in several cases resulting in significant recoveries for injured class members, including *In re Hewlett-Packard Company Securities Litigation* ($57 million recovery); *Public Employees' Retirement System of Mississippi v. Endo International PLC (*$50 million recovery); *Medoff v. CVS Caremark Corporation* ($48 million recovery); *In re Nu Skin Enterprises, Inc., Securities Litigation*, ($47 million recovery); *In re Intuitive Surgical Securities Litigation* ($42.5 million recovery); *In re Carter's Inc. Securities Litigation* ($23.3 million recovery against Carter's and certain officers, as well as its auditing firm PricewaterhouseCoopers); *In re*



*Aeropostale Inc. Securities Litigation* ($15 million recovery); *In re Lender Processing Services Inc.* ($13.1 million recovery); and *In re K-12, Inc. Securities Litigation* ($6.75 million recovery).

Jonathan has led the Firm's representation of investors in many high-profile cases including *Rubin v. MF Global Ltd.*, which involved allegations of material misstatements and omissions in a Registration Statement and Prospectus issued in connection with MF Global's IPO.  The case resulted in a recovery of $90 million for investors.  Jonathan also represented lead plaintiff City of Edinburgh Council as Administering Authority of the Lothian Pension Fund in In re *Lehman Brothers Equity/Debt Securities Litigation*, which resulted in settlements exceeding $600 million against Lehman Brothers' former officers and directors, Lehman's former public accounting firm, as well the banks that underwrote Lehman Brothers' offerings.  In representing lead plaintiff Massachusetts Bricklayers and Masons Trust Funds in an action against Deutsche Bank, Jonathan secured a $32.5 million recovery for a class of investors injured by the bank's conduct in connection with certain residential mortgage-backed securities.

Jonathan has also been responsible for prosecuting several of the Firm's options backdating cases, including *In re Monster Worldwide, Inc. Securities Litigation* ($47.5 million settlement); *In re SafeNet, Inc. Securities Litigation* ($25 million settlement); *In re Semtech Securities Litigation* ($20 million settlement); and *In re MRV Communications, Inc. Securities Litigation* ($10 million settlement).  He also was instrumental in *In re Mercury Interactive Corp. Securities Litigation*, which settled for $117.5 million, one of the largest settlements or judgments in a securities fraud litigation based on options backdating.  Jonathan also represented the Successor Liquidating Trustee of Lipper Convertibles, a convertible bond hedge fund, in actions against the fund's former independent auditor and a member of the fund's general partner as well as numerous former limited partners who received excess distributions.  He successfully recovered over $5.2 million for the Successor Liquidating Trustee from the limited partners and $29.9 million from the former auditor.

Jonathan is a member of the Federal Bar Council, New York State Bar Association, and the Association of the Bar of the City of New York.

Jonathan earned his Juris Doctor from St. John's University School of Law.  He received his bachelor's degree from American University.

### David Goldsmith
### Partner

David J. Goldsmith is a Partner in the New York office of Labaton Sucharow LLP.  A principal litigator at the Firm, David is responsible for the Firm's appellate practice and has briefed and argued multiple appeals in the federal Courts of Appeals and state appellate courts.  David has extensive experience representing public and private institutional investors in a variety of securities and class action litigations.

David is recognized by *Lawdragon* as "among the leading plaintiff financial lawyers nationwide" and has been recommended by *The Legal 500* as part of the Firm's top-tier plaintiffs' team in securities class action litigation.

David's significant pending cases include federal appeals of dismissed actions against Molina Healthcare and Skechers U.S.A., and appeals by an intervenor challenging a landmark class action



settlement with Endo Pharmaceuticals in state court.  In the Supreme Court of the United States, David acted as co-counsel for AARP and AARP Foundation as *amici curiae* in *China Agritech, Inc. v. Resh*, 138 S. Ct. 1800 (2018), and as co-counsel for a group of federal jurisdiction and securities law scholars as *amici curiae* in *Cyan, Inc. v. Beaver County Employees Retirement Fund*, 138 S. Ct. 1061 (2018).

As a trial lawyer, David was an integral member of the team representing the Arkansas Teacher Retirement System in a significant action alleging unfair and deceptive practices by State Street Bank in connection with foreign currency exchange trades executed for its custodial clients.  The resulting $300 million settlement is the largest class action settlement ever reached under the Massachusetts consumer protection statute, and one of the largest class action settlements reached in the First Circuit.  David also represented the New York State Common Retirement Fund and New York City pension funds as lead plaintiffs in the landmark In re Countrywide Financial Corp.  Securities Litigation, which settled for $624 million.  He has successfully represented state and county pension funds in class actions in California state court arising from the IPOs of technology companies, and recovered tens of millions of dollars for a large German bank and a major Irish special-purpose vehicle in individual actions alleging fraud in connection with the sale of residential mortgage-backed securities.

David regularly advises the Genesee County (Michigan) Employees' Retirement Commission with respect to potential securities, shareholder, and antitrust claims, and represented the System in a major action charging a conspiracy by some of the world's largest banks to manipulate the U.S. Dollar ISDAfix benchmark interest rate.  This case, which settled for a total of $504.5 million, was featured in *Law360*'s selection of the Firm as a Class Action Group of the Year for 2017.

David is an active member of several professional organizations, including The National Association of Shareholder & Consumer Attorneys (NASCAT), a membership organization of approximately 100 law firms that practice complex civil litigation including class actions, the American Association for Justice, New York State Bar Association, and the Association of the Bar of the City of New York. David is a long-time tenor and board member with AmorArtis, a chamber chorus dedicated to illuminating the relationship between Renaissance, Baroque, and Contemporary music.

David earned his Juris Doctor from Benjamin N. Cardozo School of Law, Yeshiva University. During law school, David was Managing Editor of the *Cardozo Arts & Entertainment Law Journal* and served as a judicial intern to the Honorable Michael B. Mukasey, then a United States District Judge for the Southern District of New York.  He received his bachelor's and master's degrees from the University of Pennsylvania.

### Serena P. Hallowell
### Partner

Serena P. Hallowell is a Partner in the New York office of Labaton Sucharow and Head of the Direct Action Litigation Practice.  Serena focuses on complex litigation, prosecuting securities fraud cases on behalf of some of the world's largest institutional investors, including pension funds, hedge funds, mutual funds, asset managers, and other large institutional investors.  She also regularly advises and represents institutional investors regarding recovery opportunities in connection with fraud-related conduct.  In addition to her active caseload, Serena serves as Co-Chair of the Firm's Women's Networking and Mentoring Initiative and oversees the Firm's summer associate and lateral hiring programs.



Serena is regarded as one of the leading securities lawyers in New York.  She was selected to *The National Law Journal's* "Elite Women of the Plaintiffs Bar" for her innate ability to consistently excel in high-stakes matters on behalf of plaintiffs.  She has been named a "Securities MVP" by *Law360*; a "Trailblazer" by *The National Law Journal*; and a "Leading Lawyer in America" as well as a "Leading Plaintiffs Financial Lawyer" by *Lawdragon*.  Serena has also been recommended in securities litigation by *The Legal 500* and been named a "Future Star" by *Benchmark Litigation* and a "Rising Star" by *Law360*.

Serena is currently prosecuting cases against Valeant Pharmaceuticals and Endo International, among others.  Recently, in Endo, the parties have announced an agreement to settle the matter for $50 million.  Also, in Valeant, Serena leads a team that won a significant motion in the District of New Jersey, when the court sustained claims arising under the NJ RICO Act in direct actions filed against Valeant.

Serena was part of a highly-skilled team that reached a $140 million settlement against one of the world's largest gold mining companies in *In re Barrick Gold Securities Litigation*.  Playing a principal role in prosecuting *In re Computer Sciences Corporation Securities Litigation* in a "rocket docket" jurisdiction, she helped secure a settlement of $97.5 million on behalf of lead plaintiff Ontario Teachers' Pension Plan Board, the third largest all cash settlement in the Fourth Circuit at the time.  She was also instrumental in securing a $48 million recovery in *Medoff v. CVS Caremark Corporation*, a $42.5 million settlement in *In re Intuitive Surgical Securities Litigation*, and a $41.5 million settlement in *In re NII Holdings, Inc. Securities Litigation*.  Serena also has broad appellate and trial experience.

Serena is a member of the New York City Bar Association, where she serves on the Securities Litigation Committee; the Federal Bar Council; the South Asian Bar Association; the National Association of Public Pension Attorneys; and the National Association of Women Lawyers.  Her pro bono work includes representing immigrant detainees in removal proceedings for the American Immigrant Representation Project and devoting time to the Securities Arbitration Clinic at Brooklyn Law School.

Serena earned her Juris Doctor from Boston University School of Law, where she served as the Note Editor for the *Journal of Science Technology Law*.  She received her bachelor's degree from Occidental College.

She is conversational in Urdu/Hindi.

## Thomas G. Hoffman, Jr.
### Partner

Thomas G. Hoffman, Jr. is a partner in the New York office of Labaton Sucharow LLP.  Thomas focuses on representing institutional investors in complex securities actions.  He is currently prosecuting cases against BP and Allstate.

Thomas was instrumental in securing a $1 billion recovery in the eight-year litigation against AIG and related defendants.  He also was a key member of the Labaton Sucharow team that recovered $170 million for investors in *In re 2008 Fannie Mae Securities Litigation*.

Thomas earned his Juris Doctor from UCLA School of Law, where he was Editor-in-Chief of the *UCLA Entertainment Law Review* and served as a Moot Court Executive Board Member.  In



addition, he served as a judicial extern to the Honorable William J. Rea, United States District Court for the Central District of California.  Thomas received his bachelor's degree, with honors, from New York University.

## James W. Johnson
## Partner

James W. Johnson is a Partner in the New York office of Labaton Sucharow LLP.  Jim focuses on litigating complex securities fraud cases.  In addition to his active caseload, Jim holds a variety of leadership positions within the Firm, including serving on the Firm's Executive Committee.  He also serves as the Executive Partner overseeing firm-wide issues.

Jim has been recognized by *Lawdragon* as one of the 500 Leading Lawyers in America and one of the country's top Plaintiff Financial Lawyers.  He has also received a rating of AV Preeminent from the publishers of the *Martindale-Hubbell* directory.

In representing investors who have been victimized by securities fraud and breaches of fiduciary responsibility, Jim's advocacy has resulted in record recoveries for wronged investors.  Currently, he is prosecuting the high-profile case against financial industry leader Goldman Sachs—*In re Goldman Sachs Group, Inc. Securities Litigation*.

A recognized leader in his field, Jim has successfully litigated a number of complex securities and RICO class actions.  These include *In re HealthSouth Corp. Securities Litigation* ($671 million settlement); *Eastwood Enterprises LLC v. Farha et al. (WellCare Securities Litigation)* ($200 million settlement); *In re Amgen Inc. Securities Litigation* ($95 million settlement);  *In re Vesta Insurance Group, Inc. Securities Litigation* ($79 million settlement); and *In re SCANA Securities Litigation* ($192.5 million settlement).  Other notably successes include *In re National Health Laboratories, Inc. Securities Litigation*, which resulted in a recovery of $80 million in the federal action and a related state court derivative action, and *In re Bristol Myers Squibb Co. Securities Litigation*, in which the court approved a $185 million settlement including significant corporate governance reforms and recognized plaintiff's counsel as "extremely skilled and efficient."

Jim also represented lead plaintiffs in *In re Bear Stearns Companies, Inc. Securities Litigation*, securing a $275 million settlement with Bear Stearns Companies, plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor.   In *County of Suffolk v. Long Island Lighting Co.*, Jim represented the plaintiff in a RICO class action, securing a jury verdict after a two-month trial that resulted in a $400 million settlement.  The Second Circuit quoted the trial judge, the Honorable Jack B. Weinstein, as stating, "Counsel [has] done a superb job [and] tried this case as well as I have ever seen any case tried."  On behalf of the Chugach Native Americans, he also assisted in prosecuting environmental damage claims resulting from the Exxon Valdez oil spill.

Jim is a member of the American Bar Association and the Association of the Bar of the City of New York, where he served on the Federal Courts Committee.  He is also a Fellow in the Litigation Council of America.

Jim earned his Juris Doctor from New York University School of Law and his bachelor's degree from Fairfield University.



## Edward Labaton
### Partner

Edward Labaton is a Partner in the New York office of Labaton Sucharow LLP.  An accomplished trial and appellate lawyer, Ed has devoted his 50 years of practice to representing a full range of clients in class action and complex litigation matters in state and federal court.

Ed's distinguished career has won his recognition from *The National Law Journal* as a "Plaintiffs' Lawyer Trailblazer" and from *Lawdragon* one of the country's "500 Leading Plaintiff Financial Lawyers," as well as recommendations from *The Legal 500* for excellence in the field of securities litigation.  Notably, Ed is the recipient of the Alliance for Justice's "Champion of Justice Award," given to outstanding individuals whose life and work exemplifies the principle of equal justice.

Ed has played a leading role as plaintiffs' class counsel in a number of successful, high-profile cases involving companies such as PepsiCo, Dun & Bradstreet, Financial Corporation of America, ZZZZ Best, Revlon, GAF Co., American Brands, Petro Lewis, and Jim Walter, as well as several Big Eight (now Big Four) accounting firms.  He has also argued appeals in state and federal courts, achieving results with important precedential value.

Ed's commitment to the bar extends far beyond the courtroom.  For more than 30 years, he has lectured on a variety of topics, including federal civil litigation, securities litigation, and corporate governance.  Since its founding, Ed has been President of the Institute for Law and Economic Policy, which co-sponsors symposia with major law schools to address issues relating to the civil justice system.  In 2010, he was appointed to the newly-formed Advisory Board of George Washington University's Center for Law, Economics, & Finance, a think tank within the Law School, for the study and debate of major issues in economic and financial law confronting the United States and the globe.  In addition, Ed has served on the Executive Committee and has been an officer of the Ovarian Cancer Research Fund since its inception.

Ed is an Honorary Lifetime Member of the Lawyers' Committee for Civil Rights under Law, a member of the American Law Institute, and a life member of the "ABA Foundation.  Ed is a past Chairman of the Federal Courts Committee of the New York County Lawyers Association and was a member of the organization's Board of Directors.  He is an active member of the New York City Bar Association, where he was Chair of the Senior Lawyers' Committee and served on its Task Force on the Role of Lawyers in Corporate Governance.  He has also served on its Federal Courts, Federal Legislation, Securities Regulation, International Human Rights, and Corporation Law Committees.  Ed previously served as Chair of the Legal Referral Service Committee, a joint committee of the New York County Lawyers' Association and the New York City Bar Association. He has been an active member of the American Bar Association, the Federal Bar Council, and the New York State Bar Association, where was a member of the House of Delegates.

Ed earned his Bachelor of Laws from Yale University.  He received his Bachelor of Business Administration from City College of New York.

## Francis P. McConville
### Partner

Francis P. McConville is a Partner in the New York office of Labaton Sucharow LLP.  Francis focuses on prosecuting complex securities fraud cases on behalf of institutional investor clients.  As a lead member of the Firm's Case Development Group, he focuses on the identification,



investigation, and development of potential actions to recover investment losses resulting from violations of the federal securities laws and various actions to vindicate shareholder rights in response to corporate and fiduciary misconduct.

Francis has played a key role in filing several matters on behalf of the Firm, including *In re PG&E Corporation Securities Litigation*; *In re SCANA Securities Litigation* ($192.5 million settlement); *Steamfitters Local 449 Pension Plan v. Skechers U.S.A., Inc.*; and *In re Nielsen Holdings PLC Securities Litigation*.

Prior to joining Labaton Sucharow, Francis was a Litigation Associate at a national law firm primarily focused on securities and consumer class action litigation. Francis has represented institutional and individual clients in federal and state court across the country in class action securities litigation and shareholder disputes, along with a variety of commercial litigation matters. He assisted in the prosecution of several matters, including *Kiken v. Lumber Liquidators Holdings, Inc.* ($42 million recovery); *Hayes v. MagnaChip Semiconductor Corp.*($23.5 million recovery); and *In re Galena Biopharma, Inc. Securities Litigation* ($20 million recovery).

Francis received his Juris Doctor, *magna cum laude*, from New York Law School, where he was named a John Marshall Harlan Scholar, and received a Public Service Certificate. Francis served as Associate Managing Editor of the *New York Law School Law Review* and worked in the Urban Law Clinic. He earned his Bachelor of Arts degree from the University of Notre Dame.

## Domenico (Nico) Minerva
### Partner

Domenico "Nico" Minerva is a Partner in the New York office of Labaton Sucharow LLP. A former financial advisor, his work focuses on securities, antitrust, and consumer class actions and shareholder derivative litigation, representing Taft-Hartley and public pension funds across the country. Nico advises leading pension funds and other institutional investors on issues related to corporate fraud in the U.S. securities markets.

Nico is described by clients as "always there for us" and known to provide "an honest answer and describe all the parameters and/or pitfalls of each and every case." As a result of his work, the Firm has received a Tier 2 ranking in Antitrust Civil Litigation and Class Actions from *Legal 500*.

Nico's extensive securities litigation experience includes the case against global security systems company Tyco and co-defendant PricewaterhouseCoopers (*In re Tyco International Ltd., Securities Litigation*), which resulted in a $3.2 billion settlement—the largest single-defendant settlement in post-PSLRA history. He also has counseled companies and institutional investors on corporate governance reform.

Nico has also done substantial work in antitrust class actions. These include pay-for-delay or "product hopping" cases in which pharmaceutical companies allegedly obstructed generic competitors in order to preserve monopoly profits on patented drugs, such as *Mylan Pharmaceuticals Inc. v. Warner Chilcott Public Limited Co.*, *In re Lidoderm Antitrust Litigation*, *In re Solodyn (MinocyclineHydrochloride) Antitrust Litigation*, *In re Niaspan Antitrust Litigation*, *In re Aggrenox Antitrust Litigation*, and *Sergeants Benevolent Association Health & Welfare Fund et al. v. Actavis PLC et al.* In the anticompetitive matter *The Infirmary LLC vs. National Football League Inc et al.*, Nico played an instrumental part in challenging an exclusivity agreement between the NFL and DirectTV over the service's "NFL Sunday Ticket" package. He also litigated on behalf of



indirect purchasers in a case alleging that growers conspired to control and suppress the nation's potato supply, *In re Fresh and Process Potatoes Antitrust Litigation*.

On behalf of consumers, Nico represented a plaintiff in *In Re ConAgra Foods Inc.,* over misleading claims that Wesson-brand vegetable oils are 100% natural.

An accomplished speaker, Nico has given numerous presentations to investors on topics related to corporate fraud, wrongdoing, and waste.  He is also an active member of the National Association of Public Pension Plan Attorneys.

Nico earned his Juris Doctor from Tulane University Law School, where he completed a two-year externship with the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana.  He received his bachelor's degree from the University of Florida.

## Corban S. Rhodes
### Partner

Corban S. Rhodes is a Partner in the New York office of Labaton Sucharow LLP.  Corban focuses on prosecuting consumer cybersecurity and data privacy litigation, as well as complex securities fraud cases on behalf of institutional investors.

Corban has been recognized as a "Rising Star" in Consumer Protection Law by *Law360*. Corban was also recognized as a New York Metro "Rising Star" by *Super Lawyers*, a Thomson Reuters publication, noting his experience and contribution to the securities litigation field.  In 2020, he was selected to B*enchmark Litigation's* "40 & Under Hot List," which includes "the best and brightest law firm partners who stand out in their practices" and are "ready to take the reins."

Corban is actively pursuing a number of matters involving consumer data privacy, including cases of alleged misuse or misappropriation of consumer data.  Most notably, Corban is part of the litigation team that recently achieved a historic $650 million settlement in the *In re Facebook Biometric Information Privacy Litigation* matter—the largest consumer data privacy settlement ever, and one of the first cases asserting biometric privacy rights of consumers under Illinois' Biometric Information Privacy Act (BIPA).  Corban has also litigated cases of negligence or other malfeasance leading to data breaches, including the largest known data breach in history, *In re Yahoo! Inc. Customer Data Breach Security Litigation*, affecting nearly 3 billion consumers.

Corban maintains an active practice representing shareholders litigating fraud-based claims and has successfully litigated dozens of cases against most of the largest Wall Street banks in connection with their underwriting and securitization of mortgage-backed securities leading up to the financial crisis.  Currently, Corban is litigating the massive high frequency trading scandal in *City of Providence, et al. v. BATS Global Markets, et al.*, alleging preferential treatment of trading orders for certain customers of the large securities exchanges.  Corban is also actively prosecuting several securities fraud actions against pharmaceutical giant AbbVie Inc., stemming from alleged misrepresentations in connection with their failed $54 billion merger with U.K.-based Shire.

Prior to joining Labaton Sucharow, Corban was an Associate at Sidley Austin LLP where he practiced complex commercial litigation and securities regulation and served as the lead associate on behalf of large financial institutions in several investigations by regulatory and enforcement agencies related to the financial crisis.



Corban has served on the Securities Litigation Committee of the New York City Bar Association and is also a past recipient of the Thurgood Marshall Award for his pro bono representation on a habeas petition of a capital punishment sentence.

Corban received a Juris Doctor, *cum laude*, from Fordham University School of Law, where he received the Lawrence J. McKay Advocacy Award for excellence in oral advocacy and was a board member of the Fordham Moot Court team.  He earned his Bachelor of Arts, *magna cum laude*, in History from Boston College.

## Michael H. Rogers
### Partner

Michael H. Rogers is a Partner in the New York office of Labaton Sucharow LLP.  An experienced litigator, Mike focuses on prosecuting complex securities fraud cases on behalf of institutional investors.

He is actively involved in prosecuting *In re Goldman Sachs, Inc. Securities Litigation*; *3226701 Canada, Inc. v. Qualcomm, Inc.*; *Murphy v. Precision Castparts Corp.*; and *Vancouver Asset Alumni Holdings, Inc. v. Daimler AG.*

Mike was a member of the lead counsel teams in successful class actions against Countrywide Financial Corp. ($624 million settlement), HealthSouth Corp. ($671 million settlement), State Street ($300 million settlement), Mercury Interactive Corp. ($117.5 million settlement), Computer Sciences Corp. ($97.5 million settlement), and SCANA Corp ($192.5 million settlement).

Prior to joining Labaton Sucharow, Mike was an attorney at Kasowitz, Benson, Torres & Friedman LLP, where he practiced securities and antitrust litigation, representing international banking institutions bringing federal securities and other claims against major banks, auditing firms, ratings agencies and individuals in complex multidistrict litigation.  He also represented an international chemical shipping firm in arbitration of antitrust and other claims against conspirator ship owners. Mike began his career as an attorney at Sullivan & Cromwell, where he was part of Microsoft's defense team in the remedies phase of the Department of Justice antitrust action against the company.

Mike earned his Juris Doctor, *magna cum laude*, from the Benjamin N. Cardozo School of Law, Yeshiva University, where he was a member of the *Cardozo Law Review*.  He earned his bachelor's degree, *magna cum laude*, from Columbia University.

Mike is proficient in Spanish.

## Ira A. Schochet
### Partner

Ira A. Schochet is a partner in the New York office of Labaton Sucharow LLP.  A seasoned litigator with three decades of experience, Ira focuses on class actions involving securities fraud.  Ira has played a lead role in securing multimillion dollar recoveries in high-profile cases such as those against Countrywide Financial Corporation ($624 million), Weatherford International Ltd ($120 million), Massey Energy Company ($265 million), Caterpillar Inc. ($23 million), Autoliv Inc. ($22.5 million), and Fifth Street Financial Corp. ($14 million).



A highly regarded industry veteran, Ira has been recommended in securities litigation by *The Legal 500*, named a "Leading Plaintiff Financial Lawyer" by *Lawdragon* and been awarded an AV Preeminent rating, the highest distinction, from Martindale-Hubbell.

Ira is a longtime leader in the securities class action bar and represented one of the first institutional investors acting as a lead plaintiff in a post-Private Securities Litigation Reform Act case and ultimately obtained one of the first rulings interpreting the statute's intent provision in a manner favorable to investors in *STI Classic Funds, et al. v. Bollinger Industries, Inc.*  His efforts are regularly recognized by the courts, including in *Kamarasy v. Coopers & Lybrand*, where the court remarked on "the superior quality of the representation provided to the class."  In approving the settlement he achieved in *In re InterMune Securities Litigation*, the court complimented Ira's ability to secure a significant recovery for the class in a very efficient manner, shielding the class from prolonged litigation and substantial risk.

Ira has also played a key role in groundbreaking cases in the field of merger and derivative litigation.  In *In re Freeport-McMoRan Copper & Gold Inc. Derivative Litigation*, he achieved the second largest derivative settlement in the Delaware Court of Chancery history, a $153.75 million settlement with an unprecedented provision of direct payments to stockholders by means of a special dividend.  In another first-of-its-kind case, Ira was featured in *The AmLaw Litigation Daily* as Litigator of the Week for his work in *In re El Paso Corporation Shareholder Litigation*.  The action alleged breach of fiduciary duties in connection with a merger transaction, including specific reference to wrongdoing by a conflicted financial advisory consultant, and resulted in a $110 million recovery for a class of shareholders and a waiver by the consultant of its fee.

From 2009-2011, Ira served as President of the National Association of Shareholder and Consumer Attorneys (NASCAT), a membership organization of approximately 100 law firms that practice class action and complex civil litigation.  During this time, he represented the plaintiffs' securities bar in meetings with members of Congress, the Administration, and the SEC.

From 1996 through 2012, Ira served as Chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association.  During his tenure, he has served on the Executive Committee of the Section and authored important papers on issues relating to class action procedure including revisions proposed by both houses of Congress and the Advisory Committee on Civil Procedure of the United States Judicial Conference.  Examples include: "Proposed Changes in Federal Class Action Procedure"; "Opting Out On Opting In," and "The Interstate Class Action Jurisdiction Act of 1999."

Ira earned his Juris Doctor from Duke University School of Law and received his bachelor's degree, *summa cum laude*, from State University of New York at Binghamton.

Ira has lectured extensively on securities litigation at seminars throughout the country.

## David J. Schwartz
### Partner

David J. Schwartz is a Partner in the New York office of Labaton Sucharow LLP.  David focuses on event driven and special situation litigation using legal strategies to enhance clients' investment return.



David has been named a "Future Star" by *Benchmark Litigation.* He was also selected to *Benchmark Litigation's* "40 & Under Hot List," which recognized him as one the nation's most accomplished partners under 40 years old.

David's extensive experience includes prosecuting, as well as defending against, securities and corporate governance actions for an array of institutional clients including hedge funds, merger arbitrage investors, pension funds, mutual funds, and asset management companies. He played a pivotal role in several securities class action cases, including against real estate service provider Altisource Portfolio Solutions, where he helped achieve a $32 million cash settlement, and investment management firm Virtus Investment Partners, which resulted in a $22 million settlement. David has also done substantial work in mergers and acquisitions appraisal litigation, and direct action/opt-out litigation.

David earned his Juris Doctor from Fordham University School of Law, where he served as an editor of the *Urban Law Journal.* He received his bachelor's degree, with honors, from the University of Chicago.

## Irina Vasilchenko

### Partner

Irina Vasilchenko is a Partner in the New York office of Labaton Sucharow LLP and head of the Firm's Associate Training Program. Irina focuses on prosecuting complex securities fraud cases on behalf of institutional investors.

Irina is recognized as an up-and-coming litigator whose legal accomplishments transcend her age. Irina has been named to *Benchmark Litigation's* 40 & Under Hot List and has been recognized as a "Rising Star" by *Law360.* Lawdragon has also named her one of the "500 Leading Plaintiff Financial Lawyers in America."

Irina is actively involved in prosecuting *In re Goldman Sachs Group, Inc. Securities Litigation*; *In re Acuity Brands, Inc. Securities Litigation*; and *Vancouver Alumni Asset Holdings, Inc. v. Daimler AG.* Since joining Labaton Sucharow, she has been part of the Firm's teams in *In re Massey Energy Co. Securities Litigation* ($265 million all-cash settlement); *In re Fannie Mae 2008 Securities Litigation* ($170 million settlement); *In re Amgen Inc. Securities Litigation* ($95 million settlement); *In re Hewlett-Packard Company Securities Litigation* ($57 million settlement); and *In re SCANA Corporation Securities Litigation* ($192.5 million settlement).

Irina maintains a commitment to pro bono legal service including, most recently, representing an indigent defendant in a criminal appeal case before the New York First Appellate Division, in association with the Office of the Appellate Defender. As part of this representation, she argued the appeal before the First Department panel.

Prior to joining Labaton Sucharow, Irina was an Associate in the general litigation practice group at Ropes & Gray LLP, where she focused on  securities litigation.

Irina is a member of the New York City Bar Association's Women in the Courts Task Force.

Irina received her Juris Doctor, *magna cum laude*, from Boston University School of Law, where she was an editor of the *Boston University Law Review* and was the G. Joseph Tauro Distinguished Scholar, the Paul L. Liacos Distinguished Scholar, and the Edward F. Hennessey Scholar.  Irina



earned a Bachelor of Arts in Comparative Literature, *summa cum laude* and Phi Beta Kappa, from Yale University.

Irina is fluent in Russian and proficient in Spanish.

## Carol C. Villegas
### Partner

Carol C. Villegas is a Partner in the New York office of Labaton Sucharow LLP.  Carol focuses on prosecuting complex securities fraud cases on behalf of institutional investors.

Leading one of the Firm's litigation teams, she is actively overseeing litigation against AT&T, Marriott, Nielsen Holdings, Skechers, World Wrestling Entertainment, and Danske Bank.  In addition to her litigation responsibilities, Carol holds a variety of leadership positions within the Firm, including serving on the Firm's Executive Committee, as Co-Chair of the Firm's Women's Networking and Mentoring Initiative, and as the Chief of Compliance.

Carol's development of innovative case theories in complex cases, her skillful handling of discovery work, and her adept ability during oral argument has earned her accolades from *The National Law Journal* as a "Plaintiffs' Trailblazer" and the *New York Law Journal* as a "Top Woman in Law."  *The National Law Journal* recognized Carol's superb ability to excel in high-stakes matters and selected her to its 2020 class of "Elite Women of the Plaintiffs Bar."  She has also been recognized as a "Future Star" by *Benchmark Litigation* and a "Next Generation Lawyer" by *The Legal 500*, where clients praised her for helping them "better understand the process and how to value a case." *Lawdragon* named her one of the "500 Leading Plaintiff Financial Lawyers in America."

Carol has played a pivotal role in securing favorable settlements for investors, including AMD, a multi-national semiconductor company; Liquidity Services, an online auction marketplace; Aeropostale, a leader in the international retail apparel industry; ViroPharma Inc., a biopharmaceutical company; and Vocera, a healthcare communications provider, among others. Carol has also helped revive a securities class action against LifeLock after arguing an appeal before the Ninth Circuit.

Prior to joining Labaton Sucharow, Carol served as the Assistant District Attorney in the Supreme Court Bureau for the Richmond County District Attorney's office, where she took several cases to trial.  She began her career as an Associate at King & Spalding LLP, where she worked as a federal litigator.

Carol is a member of the Executive Council for the New York State Bar Association's Committee on Women in the Law and a Board Member of the City Bar Fund, the nonprofit 501(c)(3) arm of the New York City Bar Association. She is also a member of the National Association of Public Pension Attorneys, the National Association of Women Lawyers, and the Hispanic National Bar Association.

Carol earned her Juris Doctor from New York University School of Law, where she was the recipient of The Irving H. Jurow Achievement Award for the Study of Law and received the Association of the Bar of the City of New York Diversity Fellowship.  She received her bachelor's degree, with honors, from New York University.

She is fluent in Spanish.



## Ned Weinberger
### Partner

Ned Weinberger is a Partner in the Delaware office of Labaton Sucharow LLP and is chair of the Firm's Corporate Governance and Shareholder Rights Litigation Practice.  An experienced advocate of shareholder rights, Ned focuses on representing investors in corporate governance and transactional matters, including class action and derivative litigation.

Highly regarded in his practice, Ned has been recognized by *Chambers & Partners USA* in the Delaware Court of Chancery and was named "Up and Coming" for three consecutive years—the by-product of his impressive range of practice areas.  Ned has been recognized as a "Future Star" by *Benchmark Litigation* and has been selected to *Benchmark's* "40 & Under Hot List."  He has also been named a "Leading Lawyer" by *The Legal 500*, whose sources remarked that he "is one of the best plaintiffs' lawyers in Delaware," who "commands respect and generates productive discussion where it is needed."

Ned is actively prosecuting, among other matters, *In re Straight Path Communications Inc. Consolidated Stockholder Litigation*, which alleges breaches of fiduciary duty by the controlling stockholder of Straight Path Communications, Howard Jonas, in connection with the company's sale to Verizon Communications Inc.  He recently led a class and derivative action on behalf of stockholders of Providence Service Corporation—*Haverhill Retirement System v. Kerley*—that challenged an acquisition financing arrangement involving Providence's board chairman and his hedge fund.  The case settled for $10 million.

Ned was part of a team that achieved a $12 million recovery on behalf of stockholders of ArthroCare Corporation in a case alleging breaches of fiduciary duty by the ArthroCare board of directors and other defendants in connection with Smith & Nephew, Inc.'s acquisition of ArthroCare. Other recent successes on behalf of stockholders include *In re Vaalco Energy Inc. Consolidated Stockholder Litigation*, which resulted in the invalidation of charter and bylaw provisions that interfered with stockholders' fundamental right to remove directors without cause.

Prior to joining Labaton Sucharow, Ned was a Litigation Associate at Grant & Eisenhofer P.A., where he gained substantial experience in all aspects of investor protection, including representing shareholders in matters relating to securities fraud, mergers and acquisitions, and alternative entities.  Representative of Ned's experience in the Delaware Court of Chancery is *In re Barnes & Noble Stockholders Derivative Litigation*, in which Ned assisted in obtaining approximately $29 million in settlements on behalf of Barnes & Noble investors.  Ned was also part of the litigation team in *In re Clear Channel Outdoor Holdings, Inc. Shareholder Litigation*, the settlement of which provided numerous benefits for Clear Channel Outdoor Holdings and its shareholders, including, among other things, a $200 million cash dividend to the company's shareholders.

Ned earned his Juris Doctor from the Louis D. Brandeis School of Law at the University of Louisville, where he served on the Journal of Law and Education.  He received his bachelor's degree, *cum laude*, from Miami University.

## Mark S. Willis
### Partner

Mark S. Willis is a Partner in the D.C. office of Labaton Sucharow LLP.  With nearly three decades of experience, Mark's practice focuses on domestic and international securities litigation.  Mark



advises leading pension funds, investment managers, and other institutional investors from around the world on their legal remedies when impacted by securities fraud and corporate governance breaches.  Mark represents clients in U.S. litigation and maintains a significant practice advising clients on the pursuit of securities-related claims abroad.

Mark is recommended by *The Legal 500* for excellence in securities litigation and has been named one of *Lawdragon's* "500 Leading Plaintiff Financial Lawyer in America."  Under his leadership, the Firm has been awarded *Law360* Practice Group of the Year Awards for Class Actions and Securities.

Mark represents institutions from the United Kingdom, Spain, the Netherlands, Denmark, Germany, Belgium, Canada, Japan, and the United States in a novel lawsuit in Texas against BP plc to salvage claims that were dismissed from the U.S. class action because the claimants' BP shares were purchased abroad (thus running afoul of the Supreme Court's *Morrison* rule that precludes a U.S. legal remedy for such shares).  These previously dismissed claims have now been sustained and are being pursued under English law in a Texas federal court.

Mark also represents the Utah Retirement Systems in a shareholder action against the DeVry Education Group, and he represented the Arkansas Public Employees Retirement System in a shareholder action against The Bancorp (which settled for $17.5 million), and Caisse de dépôt et placement du Québec, one of Canada's largest institutional investors, in a U.S. shareholder class action against Liquidity Services (which settled for $17 million).

In the *Converium* class action, Mark represented a Greek institution in a nearly four-year battle that eventually became the first U.S. class action settled on two continents.  This trans-Atlantic result saw part of the $145 million recovery approved by a federal court in New York, and the rest by the Amsterdam Court of Appeal.  The Dutch portion was resolved using the Netherlands then newly enacted Act on Collective Settlement of Mass Claims.  In doing so, the Dutch Court issued a landmark decision that substantially broadened its jurisdictional reach, extending jurisdiction for the first time to a scenario in which the claims were not brought under Dutch law, the alleged wrongdoing took place outside the Netherlands, and none of the potentially liable parties were domiciled in the Netherlands.

In the corporate governance arena, Mark has represented both U.S. and overseas investors.  In a shareholder derivative action against Abbott Laboratories' directors, he charged the defendants with mismanagement and fiduciary breaches for causing or allowing the company to engage in a 10-year off-label marketing scheme, which had resulted in a $1.6 billion payment pursuant to a Justice Department investigation—at the time the second largest in history for a pharmaceutical company. In the derivative action, the company agreed to implement sweeping corporate governance reforms, including an extensive compensation clawback provision going beyond the requirements under the Dodd-Frank Act, as well as the restructuring of a board committee and enhancing the role of the Lead Director.  In the *Parmalat* case, known as the "Enron of Europe" due to the size and scope of the fraud, Mark represented a group of European institutions and eventually recovered nearly $100 million and negotiated governance reforms with two large European banks who, as part of the settlement, agreed to endorse their future adherence to key corporate governance principles designed to advance investor protection and to minimize the likelihood of future deceptive transactions.  Securing governance reforms from a defendant that was not an issuer was a first at that time in a shareholder fraud class action.



Mark has also represented clients in opt-out actions.  In one, brought on behalf of the Utah Retirement Systems, Mark negotiated a settlement that was nearly four times more than what its client would have received had it participated in the class action.

On non-U.S. actions Mark has advised clients, and represented their interests as liaison counsel, in more than 30 cases against companies such as Volkswagen, Olympus, the Royal Bank of Scotland, the Lloyds Banking Group, and Petrobras, and in jurisdictions ranging from the UK to Japan to Australia to Brazil to Germany.

Mark has written on corporate, securities, and investor protection issues—often with an international focus—in industry publications such as *International Law News, Professional Investor, European Lawyer, and Investment & Pensions Europe*.  He has also authored several chapters in international law treatises on European corporate law and on the listing and subsequent disclosure obligations for issuers listing on European stock exchanges.  He also speaks at conferences and at client forums on investor protection through the U.S. federal securities laws, corporate governance measures, and the impact on shareholders of non-U.S. investor remedies.

Mr. Willis earned his Juris Doctor from the Pepperdine University School of Law and his master's degree from Georgetown University Law Center.

## Nicole M. Zeiss
### Partner

Nicole M. Zeiss is a Partner in the New York office of Labaton Sucharow.  A litigator with nearly two decades of experience, Nicole leads the Firm's Settlement Group, analyzing the fairness and adequacy of the procedures used in class action settlements.  Her practice focuses on negotiating and documenting complex class action settlements and obtaining the required court approval of the settlements, notice procedures, and payments of attorneys' fees.

Nicole was part of the Labaton Sucharow team that successfully litigated the $185 million settlement in *In re Bristol-Myers Squibb Securities Litigation*.  She played a significant role in *In re Monster Worldwide, Inc. Securities Litigation* ($47.5 million settlement).  Nicole also litigated on behalf of investors who have been damaged by fraud in the telecommunications, hedge fund, and banking industries.  Over the past decade, Nicole has been actively involved in finalizing settlements with Massey Energy Company ($265 million), Fannie Mae ($170 million), and Schering-Plough ($473 million), among many others.

Prior to joining Labaton Sucharow, Nicole practiced poverty law at MFY Legal Services.  She also worked at Gaynor & Bass practicing general complex civil litigation, particularly representing the rights of freelance writers seeking copyright enforcement.

Nicole maintains a commitment to pro bono legal services by continuing to assist mentally ill clients in a variety of matters-from eviction proceedings to trust administration.

Nicole is a member of the Association of the Bar of the City of New York.

She received a Juris Doctor from the Benjamin N. Cardozo School of Law, Yeshiva University and earned a Bachelor of Arts in Philosophy from Barnard College.



## Rachel A. Avan
### Of Counsel

Rachel A. Avan is Of Counsel in the New York office of Labaton Sucharow LLP.  With more than a decade of experience in securities litigation, she focuses on advising institutional investors regarding fraud-related losses on securities and the investigation and development of  U.S. and non-U.S. securities fraud class, group, and individual actions.

Rachel has been consistently recognized as a New York Metro "Rising Star" in securities litigation by Super Lawyers, a Thomson Reuters publication.

Rachel has extensive experience prosecuting complex securities fraud cases on behalf of institutional investors.  She was an active member of the team prosecuting the securities fraud class action against Satyam Computer Services, Inc., in *In re Satyam Computer Services Ltd. Securities Litigation*, dubbed "India's Enron."  The case achieved a $150.5 million settlement for investors from the company and its auditors.  She also had an instrumental part in the pleadings in a number of class actions, including *In re Barrick Gold Securities Litigation* ($140 million settlement); *Freedman v. Nu Skin Enterprises, Inc.* ($47 million recovery); and *Iron Workers District Council of New England Pension Fund v. NII Holdings, Inc.* ($41.5 million recovery).

Rachel also has spearheaded the filing of more than 75 motions for lead plaintiff appointment in U.S. securities class actions, including  *In re Facebook, Inc. IPO Securities & Derivative Litigation*; *In re Computer Sciences Corporation Securities Litigation*; *In re Petrobras Securities Litigation*; *In re Spectrum Pharmaceuticals, Inc. Securities Litigation*; *Weston v. RCS Capital Corporation*; and *Cummins v. Virtus Investment Partners Inc.*

In addition to her securities class action litigation experience, Rachel also played a role in prosecuting several of the Firm's derivative matters, including *In re Barnes & Noble Stockholder Derivative Litigation*; *In re Coca-Cola Enterprises Inc. Shareholders Litigation*; and *In re The Student Loan Corporation Litigation.*

This extensive experience has aided Rachel in her work with the Firm's Non-U.S. Securities Litigation Practice, which is dedicated to analyzing the merits, risks, and benefits of potential claims outside the United States.  She has played a key role in ensuring that the Firm's clients receive substantial recoveries through non-U.S. securities litigation.

Rachel brings valuable insight into corporate matters, having previously served as an Associate at a corporate law firm, where she counseled domestic and international public companies regarding compliance with federal and state securities laws.  Her analysis of corporate securities filings is also informed by her previous work assisting with the preparation of responses to inquiries by the U.S. Securities and Exchange Commission and the Financial Industry Regulatory Authority.

Rachel earned her Juris Doctor from Benjamin N. Cardozo School of Law.  She received her master's degree in English and American Literature from Boston University and her bachelor's degree, *cum laude*, in Philosophy and English from Brandeis University.

Rachel is proficient in Hebrew.



## Mark Bogen
## Of Counsel

Mark Bogen is Of Counsel in the New York office of Labaton Sucharow LLP.  Mark advises leading pension funds and other institutional investors on issues related to corporate fraud in domestic and international securities markets.  His work focuses on securities, antitrust, and consumer class action litigation, representing Taft-Hartley and public pension funds across the country.

Among his many efforts to protect his clients' interests and maximize shareholder value, Mark recently helped bring claims against and secure a settlement with Abbott Laboratories' directors, whereby the company agreed to implement sweeping corporate governance reforms, including an extensive compensation clawback provision going beyond the requirements under the Dodd-Frank Act.

Mark has written weekly legal columns for the Sun-Sentinel, one of the largest daily newspapers circulated in Florida.  He has been legal counsel to the American Association of Professional Athletes, an association of over 4,000 retired professional athletes.  He has also served as an Assistant State Attorney and as a Special Assistant to the State Attorney's Office in the State of Florida.

Mark earned his Juris Doctor from Loyola University School of Law.  He received his bachelor's degree from the University of Illinois.

## Jeffrey A. Dubbin
## Of Counsel

Jeffrey A. Dubbin is Of Counsel in the New York office of Labaton Sucharow LLP.  Jeff focuses on prosecuting complex securities fraud cases on behalf of institutional investors.  He is actively involved in prosecuting notable class actions, such as *In re Goldman Sachs Group, Inc. Securities Litigation, Inc.*; *In re Eaton Corporation Securities Litigation*; and *In re PG&E Corporation Securities Litigation.*

Jeff joined Labaton Sucharow following clerkships with the Honorable Marilyn L. Huff and the Honorable Larry Alan Burns in the U.S. District Court for the Southern District of California.  Prior to that, he worked as legal counsel for the investment management firm Matrix Capital Management.

Jeff received his Juris Doctor from the University of Pennsylvania Law School and his Bachelor of Arts, *magna cum laude*, from Harvard University.

## Joseph H.Einstein,
## Of Counsel

Joseph H. Einstein is Of Counsel in the New York office of Labaton Sucharow LLP.  A seasoned litigator, Joe represents clients in complex corporate disputes, employment matters, and general commercial litigation.  He has litigated major cases in state and federal courts and has argued many appeals, including appearing before the U.S. Supreme Court.

Joe has an AV Preeminent rating, the highest distinction, from the publishers of the Martindale-Hubbell directory.



His experience encompasses extensive work in the computer software field including licensing and consulting agreements.  Joe also counsels and advises business entities in a broad variety of transactions.

Joe serves as a Mediator for the U.S. District Court for the Southern District of New York.  He has served as a Commercial Arbitrator for the American Arbitration Association and currently is a FINRA Arbitrator and Mediator.  Joe is a former member of the New York State Bar Association Committee on Civil Practice Law and Rules, and the Council on Judicial Administration of the Association of the Bar of the City of New York.  He also is a former member of the Arbitration Committee of the Association of the Bar of the City of New York.

Joe received his Bachelor of Laws and Master of Laws from New York University School of Law.  During his time at NYU, Joe was a Pomeroy and Hirschman Foundation Scholar and served as an Associate Editor of the *New York University Law Review*.

### John J. Esmay
### Of Counsel

John J. Esmay is Of Counsel in the New York office of Labaton Sucharow LLP.  John focuses on prosecuting complex securities fraud cases on behalf of institutional investors.

Prior to joining Labaton Sucharow, John was an Associate at a white collar defense firm where he assisted in all aspects of complex litigation including securities fraud, banking regulation violations, and other regulatory matters.  John successfully defended a disciplinary hearing brought by the Financial Industry Regulatory Authority's (FINRA) enforcement division for allegations of insider trading and securities fraud.  John helped reach a successful conclusion of the criminal prosecution of a trader for one of the nation's largest financial institutions involved in a major bid-rigging scheme.

He was also instrumental in clearing charges and settling a regulatory matter against a healthcare provider brought by the New York State Office of the Attorney General.

Prior to his white collar defense experience, John was an Associate at Hogan Lovells US LLP and litigated many large complex civil matters including securities fraud cases, antitrust violations, and intellectual property disputes. John also served as a Judicial Clerk for the Honorable William H. Pauley III in the Southern District of New York.

John earned his Juris Doctor, *magna cum laude*, from Brooklyn Law School and his Bachelor of Science from Pomona College.

### Derrick B. Farrell
### Of Counsel

Derrick Farrell is Of Counsel in the Delaware office of Labaton Sucharow LLP.  He focuses his practice on representing shareholders in appraisal, class, and derivative actions.

Derrick has substantial trial experience as both a petitioner and a respondent on a number of high-profile matters, including *In re Appraisal of Ancestry.com, Inc.*; *IQ Holdings, Inc. v. Am. Commercial*



*Lines Inc.*; and *In re Cogent, Inc. Shareholder Litigation.* He has also argued before the Delaware Supreme Court on multiple occasions.

Prior to joining Labaton Sucharow, Derrick practiced with Latham & Watkins LLP, where he gained substantial insight into the inner workings of corporate boards and the role of investment bankers in a sale process. Derrick started his career as a Clerk for the Honorable Donald F. Parsons, Jr., Vice Chancellor, Court of Chancery of the State of Delaware.

He has guest lectured at Harvard University and co-authored numerous articles for publications including the *Harvard Law School Forum on Corporate Governance and Financial Regulation* and *PLI.*

Derrick received his Juris Doctor, *cum laude*, from the Georgetown University Law Center. At Georgetown, he served as an advocate and coach to the Barrister's Council (Moot Court Team) and was Magister of Phi Delta Phi. He received his Bachelor of Science in Biomedical Science from Texas A&M University.

## Alfred L. Fatale III
## Of Counsel

Alfred L. Fatale III is Of Counsel in the New York office of Labaton Sucharow LLP. Alfred focuses on prosecuting complex securities fraud cases on behalf of institutional and individual investors.

Alfred represents investors in cases related to the protection of financial markets in trial and appellate courts throughout the country. In particular, he leads the Firm's efforts in litigating securities class actions in state courts following the U.S. Supreme Court's decision in *Cyan, Inc. v. Beaver County Employees Retirement Fund.* This includes prosecuting *In re ADT Inc. Shareholder Litigation*, a case alleging that the offering documents for ADT's $1.47 billion IPO misrepresented the competition the company was facing from do-it-yourself home security products.

He secured an $11 million settlement for investors in *In re CPI Card Group Inc., Securities Litigation*, a class action brought by an individual retail investor against a debit and credit card manufacturer that allegedly misrepresented demand for its products prior to the company's IPO.

Alfred is actively involved in *Murphy v. Precision Castparts Corp.*, a case against a major aerospace parts manufacturer that allegedly misled investors about its market share and demand for its products, and *Boston Retirement System v. Alexion Pharmaceuticals Inc.*, a class action arising from the company's conduct in connection with sales of Soliris—a drug that costs between $500,000 and $700,000 a year.

Prior to joining Labaton Sucharow, Alfred was an Associate at Fried, Frank, Harris, Shriver & Jacobson LLP, where he advised and represented financial institutions, investors, officers, and directors in a broad range of complex disputes and litigations including cases involving violations of federal securities law and business torts.

Alfred is an active member of the American Bar Association, Federal Bar Council, New York State Bar Association, New York County Bar Association, and New York City Bar Association.

Alfred earned his Juris Doctor from Cornell Law School, where he was a member of the *Cornell Law Review*, as well as the Moot Court Board. While at Cornell, he also served as a Judicial Extern



under the Honorable Robert C. Mulvey.  Alfred received his bachelor's degree, *summa cum laude*, from Montclair State University.

## Mark Goldman
## Of Counsel

Mark S. Goldman is Of Counsel in the New York office of Labaton Sucharow LLP.  Mark has 30 years of experience in commercial litigation, primarily litigating class actions involving securities fraud, consumer fraud, and violations of federal and state antitrust laws.

Mark has been awarded an AV Preeminent rating, the highest distinction, from the publishers of the Martindale-Hubbell directory.

Mark is currently prosecuting securities fraud claims on behalf of institutional and individual investors against the manufacturer of communications systems used by hospitals that allegedly misrepresented the impact of the ACA and budget sequestration of the company's sales, and a multi-layer marketing company that allegedly misled investors about its business structure in China. Mark is also participating in litigation brought against international air cargo carriers charged with conspiring to fix fuel and security surcharges, and domestic manufacturers of various auto parts charged with price-fixing.

Mark successfully litigated a number of consumer fraud cases brought against insurance companies challenging the manner in which they calculated life insurance premiums.  He also prosecuted a number of insider trading cases brought against company insiders who, in violation of Section 16(b) of the Securities Exchange Act, engaged in short swing trading.  In addition, Mark participated in the prosecution of *In re AOL Time Warner Securities Litigation*, a massive securities fraud case that settled for $2.5 billion.

Mark is a member of the American Bar Association.

Mark earned his Juris Doctor from the University of Kansas.  He earned his Bachelor of Arts from Pennsylvania State University.

## Lara Goldstone
## Of Counsel

Lara Goldstone is Of Counsel in the New York office of Labaton Sucharow LLP.  Lara advises pension funds and other institutional investors on issues related to corporate fraud in the U.S. securities markets.

Before joining Labaton Sucharow, Lara worked as a legal intern in the Larimer County District Attorney's Office and the Jefferson County District Attorney's Office.  Prior to her legal career, Lara worked at Industrial Labs where she worked closely with Federal Drug Administration standards and regulations.  In addition, she was a teacher in Irvine, California.

Lara earned her Juris Doctor from University of Denver Sturm College of Law, where she was a judge of the Providence Foundation of Law & Leadership Mock Trial and a competitor of the Daniel S. Hoffman Trial Advocacy Competition.  She earned a Bachelor of Arts degree from George Washington University where she received a Presidential Scholarship for academic excellence.



## James McGovern
## Of Counsel

James McGovern is Of Counsel in the New York office of Labaton Sucharow LLP and advises leading pension funds and other institutional investors on issues related to corporate fraud in domestic and international securities markets.  James' work focuses primarily on securities litigation and corporate governance, representing Taft-Hartley, public pension funds, and other institutional investors across the country in domestic securities actions.  He also advises clients as to their potential claims tied to securities-related actions in foreign jurisdictions.

James has worked on a number of large securities class action matters, including *In re Worldcom, Inc. Securities Litigation*, the second-largest securities class action settlement since the passage of the PSLRA ($6.1 billion recovery); *In re Parmalat Securities Litigation* ($90 million recovery); *In re American Home Mortgage Securities Litigation* (amount of the opt-out client's recovery is confidential); *In re The Bancorp Inc. Securities Litigation* ($17.5 million recovery); *In re Pozen Securities Litigation* ($11.2 million recovery); *In re Cabletron Systems, Inc. Securities Litigation* ($10.5 million settlement); and *In re UICI Securities Litigation* ($6.5 million recovery).

In the corporate governance arena, James helped bring claims against Abbott Laboratories' directors, on account of their mismanagement and breach of fiduciary duties for allowing the company to engage in a 10-year off-label marketing scheme.  Upon settlement of this action, the company agreed to implement sweeping corporate governance reforms, including an extensive compensation clawback provision going beyond the requirements under the Dodd-Frank Act.

Following the unprecedented takeover of Fannie Mae and Freddie Mac by the federal government in 2008, James was retained by a group of individual and institutional investors to seek recovery of the massive losses they had incurred when the value of their shares in these companies was essentially destroyed.  He brought and continues to litigate a complex takings class action against the federal government for depriving Fannie Mae and Freddie Mac shareholders of their property interests in violation of the Fifth Amendment of the U.S. Constitution, and causing damages in the tens of billions of dollars.

James also has addressed members of several public pension associations, including the Texas Association of Public Employee Retirement Systems and the Michigan Association of Public Employee Retirement Systems, where he discussed how institutional investors could guard their assets against the risks of corporate fraud and poor corporate governance.

Prior to focusing his practice on plaintiffs securities litigation, James was an attorney at Latham & Watkins where he worked on complex litigation and FIFRA arbitrations, as well as matters relating to corporate bankruptcy and project finance.  At that time, he co-authored two articles on issues related to bankruptcy filings: *Special Issues In Partnership and Limited Liability Company Bankruptcies* and *When Things Go Bad: The Ramifications of a Bankruptcy Filing*.

James earned his J.D., *magna cum laude*, from Georgetown University Law Center.  He received his bachelor's and master's from American University, where he was awarded a Presidential Scholarship and graduated with high honors.



## Mark D. Richardson
## Of Counsel

Mark D. Richardson is Of Counsel in the Delaware office of Labaton Sucharow LLP.  Mark focuses on representing shareholders in derivative litigation and corporate governance matters.

In addition to his active caseload, Mark has contributed to numerous publications and is the recipient of *The Burton Awards*' Distinguished Legal Writing Award for his article published in the *New York Law Journal*, "Options When a Competitor Raids the Company."

Prior to joining Labaton Sucharow, Mark was an associate at Schulte Roth & Zabel LLP, where he focused on complex commercial litigation within the financial services industry.  He advised and represented clients in class action litigation, expedited bankruptcy proceedings and arbitrations, fraudulent transfer actions, proxy fights, internal investigations, employment disputes, breaches of contact, enforcement of non-competes, data theft, and misappropriation of trade secrets.

Mark earned his Juris Doctor from Emory University School of Law, where he served as the President of the Student Bar Association.  He now teaches as an Adjunct Professor in Emory's Kessler-Eidson Program for Trial Techniques.  He received his Bachelor of Science from Cornell University.

## Elizabeth Rosenberg
## Of Counsel

Elizabeth Rosenberg is Of Counsel in the New York office of Labaton Sucharow LLP.  Elizabeth focuses on litigating complex securities fraud cases on behalf of institutional investors, with a focus on obtaining court approval of class action settlements, notice procedures and payment of attorneys' fees.

Prior to joining Labaton Sucharow, Elizabeth was an associate at Whatley Drake & Kallas LLP, where she litigated securities and consumer fraud class actions.  Elizabeth began her career as an associate at Milberg LLP where she practiced securities litigation and was also involved in the pro bono representation of individuals seeking to obtain relief from the World Trade Center Victims' Compensation Fund.

Elizabeth earned her Juris Doctor from Brooklyn Law School.  She received her bachelor's degree from the University of Michigan.