# Exhibit 6

1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   JOHN H. GEORGE (292332)
3  One Montgomery Street, Suite 1800
   San Francisco, CA 94104
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  shawnw@rgrdlaw.com
   jgeorge@rgrdlaw.com
6
   LABATON SUCHAROW LLP              EDELSON PC
7  MICHAEL P. CANTY (*pro hac vice*)    JAY EDELSON (*pro hac vice*)
   CORBAN S. RHODES (*pro hac vice*)    BENJAMIN RICHMAN (*pro hac vice*)
8  140 Broadway                      ALEXANDER G. TIEVSKY (*pro hac vice*)
   New York, NY 10005                350 North LaSalle Street, 14th Floor
9  Telephone: 212/907-0700           Chicago, IL 60654
   212/818-0477 (fax)                Telephone: 312/589-6370
10 mcanty@labaton.com                312/589-6378 (fax)
   crhodes@labaton.com               jedelson@edelson.com
11                                   brichman@edelson.com
                                     atievsky@edelson.com
12
   Attorneys for Plaintiffs
13

14                        UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17
   In re FACEBOOK BIOMETRIC        )  Master File No. 3:15-cv-03747-JD
18 INFORMATION PRIVACY LITIGATION  )
                                   )  CLASS ACTION
19 ─────────────────────────────── )
                                   )  DECLARATION OF RAFEY S.
20 This Document Relates To:       )  BALABANIAN FILED ON BEHALF OF
                                   )  EDELSON PC IN SUPPORT OF
21    ALL ACTIONS.                 )  APPLICATION FOR AWARD OF
                                   )  ATTORNEYS' FEES AND
22 ─────────────────────────────── )  EXPENSES/CHARGES

23

24

25

26

27

28

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an attorney admitted to practice in California, Illinois, and the United States District Court for the Northern District of California, among others. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. I am the Managing Partner and General Counsel of my law firm, Edelson PC ("Edelson" or the "Firm"), which was retained to represent Class Representative Carlo Licata related to the harvesting of his biometric information by Defendant Facebook. I am one of the attorneys who oversaw and conducted the day-to-day activities in the above-entitled action (the "Litigation"). I am submitting this declaration in support of my Firm's application for an award of attorneys' fees, expenses and charges ("expenses") in connection with the legal services rendered by my Firm in the Litigation.

3. The Firm is counsel of record for Plaintiff Licata and is also the Court-appointed Class Counsel in the Litigation, together with Robbins Geller Rudman & Dowd LLP ("RGRD") and Labaton Sucharow LLP ("Labaton").

4. The information in this declaration regarding the Firm's time and expenses is taken from time and expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. These reports (and backup documentation where necessary or appropriate) were reviewed by me and under my direction, in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries, as well as the necessity for, and reasonableness of, the time and expenses committed to the Litigation. As a result of this review, reductions were made to both time and expenses in the exercise of billing judgment. Based on this review and the adjustments made, I believe that the time reflected in the Firm's lodestar calculation and the expenses for which reimbursement is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the Litigation. In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

DECLARATION ON BEHALF OF EDELSON PC IN SUPPORT OF AWARD OF
ATTORNEYS' FEES AND EXPENSES/CHARGES - 3:15-cv-03747-JD                    - 1 -

5.      After the reductions referred to above, the number of hours spent on the Litigation by my Firm is 12,423.10. A breakdown of the lodestar (at current rates, or what the current rate would be for former members of the Firm) is provided in the attached Exhibit A. The lodestar amount for attorney/paralegal/law clerk time based on the Firm's current rates is $8,379,642.50. The current hourly rates shown in Exhibit A are the usual and customary rates set by the Firm annually for each individual and are the same rates that the Firm charges its hourly paying clients.

6.      Attached as Exhibit B is a chart reflecting the time of each timekeeper (except with respect to paralegals and law clerks, which are grouped together as one timekeeper) in each of the 18 task categories, and also reflecting each timekeeper's individual hours and lodestar at their current rates (or what the current rate would be for former members of the Firm).

7.      The Firm seeks an award of $203,043.03 in expenses and charges in connection with the prosecution of the Litigation. Those expenses and charges are summarized by category in the attached Exhibit C.

8.      The following is additional information regarding certain of these expenses:

(a)     Filing, Witness & Other Court Fees: $2,774.43.43. These expenses have been paid to courts for filing fees, to attorney service firms that served the initial complaint, summons, and other initiating documents, courtesy copies in the Litigation, and Court Call fees. The vendors that were paid for these services are set forth in the attached Exhibit D.

(b)     Transportation, Hotels & Meals: $18,670.87. In connection with the prosecution of this case, the Firm has paid for work-related transportation and meals, and also travel expenses related to, among other things, attending court hearings, taking or defending depositions, source code review, meetings, the mediations and the legislative work that we did to protect the Illinois Biometric Information Privacy Act ("BIPA"). All first-class airfare has been reduced to economy fares. The date, destination and purpose of each trip is set forth in the attached Exhibit E.

(c)     eDiscovery Review Platform: $4,120.00. Kroll Ontrack is an eDiscovery Review Platform that the Firm used to securely house and review documents and other

1  electronically stored information produced in the Litigation. The vendor that was paid for these

2  services and the breakdown of these charges by date are set forth in the attached Exhibit F.

3      (d)  Messenger/Overnight Delivery: $350.78. The Firm utilized messenger

4  services for the delivery of same day, overnight or next day deliveries of courtesy copies. A

5  breakdown of these charges by date and vendor is set forth in the attached Exhibit G

6      (e)  Court Hearing Transcripts, Deposition Reporting & Videography:

7  $1,694.55. The vendors that were paid for these services are listed in the attached Exhibit H.

8      (f)  Experts/Consultants: $162,057.39.

9        (i)  The Firm contributed $155,737.39 to a joint Litigation Expense

10  Fund maintained by RGRD for the payment of the majority of the expenses in the Litigation,

11  including the expenses of experts and consultants. The expert/consultant fees that were paid

12  through the Litigation Expense Fund are detailed in Exhibit H of the Declaration of Shawn A.

13  Williams, filed concurrently herewith.

14        (ii)  The Firm reimbursed Labaton in the amount of $6,320.00 for the

15  initial expert fees due to Dr. Joseph Atick. Dr. Joseph Atick is Mathematical Physics PhD and is

16  regarded as a leading expert in the field of biometric identification and facial recognition. He is a

17  co-founder of Visionics, among the early face recognition technology development companies.

18  Dr. Atick is also the co–founder and Director Emeritus of the International Biometrics and

19  Identification Association and Chairman of ID4Africa, a pan-African movement to promote digital

20  identity and its applications for socioeconomic development in Africa. In addition to being an early

21  developer of face recognition technologies, Dr. Atick has also been an advocate for responsible

22  development and use of technology for verifying identity including consultation with developing

23  countries on the socioeconomic, political development and national security impacts of the use of

24  biometric identity technology. Plaintiffs retained Dr. Atick to provide expert consultation on the

25  history and development of facial recognition technology and its potential uses and abuses, as well

26  as to help Plaintiffs better understand Facebook's facial recognition technology.

27      (g)  Photocopies/Printing: $275.01. As a matter of Firm policy, the Firm does

28

DECLARATION ON BEHALF OF EDELSON PC IN SUPPORT OF AWARD OF
ATTORNEYS' FEES AND EXPENSES/CHARGES - 3:15-cv-03747-JD   - 3 -

1  not seek reimbursement for costs incurred in connection with in-house copying or printing. This

2  category includes only copying and printing costs by vendors such as Federal Express or at hotels

3  at which attorneys stayed in connection with the Litigation. A breakdown of these outside charges

4  by date and vendor is set forth in the attached Exhibit I.

5         (h)    Graphics Design Fees: $350.00. The Firm retained Edward Gershon to

6  provide graphics design services as to the notice that was disseminated to Class Members apprising

7  them of the Settlement.

8         (i)    Mediation Fees (Jeffrey L. Bleich): $12,750.00. The parties retained

9  Ambassador Jeffrey L. Bleich to assist them with a renewed effort to reach a negotiated resolution

10  of the Litigation. These are the fees of Ambassador Bleich that were paid by Edelson.

11      9.    The expenses pertaining to this case are reflected in the books and records of the

12  Firm. These books and records are prepared from receipts, expense vouchers, check records, credit

13  card statements, and other documents and are an accurate record of the expenses.

14      10.    The identification and background of my Firm, its partners, associates,

15  investigators and other staff members is attached hereto as Exhibit J.

16

17      I declare under penalty of perjury that the foregoing is true and correct.

18  Executed this 15th day of October, 2020, at San Rafael, California.

19

20                                RAFEY S. BALABANIAN

21

22

23

24

25

26

27

28

DECLARATION ON BEHALF OF EDELSON PC IN SUPPORT OF AWARD OF
ATTORNEYS' FEES AND EXPENSES/CHARGES - 3:15-cv-03747-JD      - 4 -

EXHIBIT A

# EXHIBIT A

*In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD
Edelson PC
Inception through September 30, 2020

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Jay Edelson | (P) | 1,143.1 | $1,150.00 | $1,314,565.00 |
| Rafey S. Balabanian | (P) | 1,376.5 | $875.00 | $1,204,437.50 |
| Benjamin H. Richman | (P) | 919 | $775.00 | $712,225.00 |
| Ryan D. Andrews | (P) | 490 | $750.00 | $367,500.00 |
| Roger Perlstadt | (P) | 61.7 | $750.00 | $46,275.00 |
| Ari J. Scharg | (P) | 1,095 | $725.00 | $793,875.00 |
| Christopher L. Dore | (P) | 675 | $725.00 | $489,375.00 |
| David I. Mindell | (P) | 1,215.6 | $685.00 | $832,686.00 |
| J. Aaron Lawson | (A) | 922.8 | $550.00 | $507,540.00 |
| Jacob Wright | (A) | 2,200.1 | $525.00 | $1,155,052.50 |
| Alex Tievsky | (A) | 305.4 | $500.00 | $152,700.00 |
| Lily Hough | (A) | 146.2 | $475.00 | $69,445.00 |
| J. Dominic Larry | (FA) | 319.4 | $550.00 | $175,670.00 |
| Alexander T. Nguyen | (FP) | 320.6 | $750.00 | $240,450.00 |
| Richard Campbell | (IHDRA) | 589.9 | $250.00 | $147,475.00 |
| Andrew Schmidt | (IHDRA) | 314.1 | $250.00 | $78,525.00 |
| Clerks & Paralegals | (C&P) | 262 | $250.00 | $65,500.00 |
| Shawn Davis | (FI) | 66.7 | $395.00 | $26,346.50 |
| *TOTAL* | | **12,423.10** | | **$8,379,642.50** |

(P) Partner
(A) Associate
(FP) Former Partner
(FA) Former Associate
(IHDRA) In-House Doc Review Attorney
(FI) Forensic Investigator

# EXHIBIT B

**EXHIBIT B**
*In re Facebook Biometric Information Privacy Litigation* , Case No. 3:15-cv-03747-JD
**Category Lodestar Chart by Timekeeper**

**Firm Name: Edelson PC**
Reporting Period: Inception through Septmber 30, 2020

Categories:
(1) Factual Investigation
(2) Legal Research
(3) Litigation Strategy & Analysis
(4) Initial or Amended Complaint
(5) Lead Plaintiff Motion

(6) Motions to Dismiss
(7) Class Certification & Notice
(8) Discovery
(9) Document Review
(10) Case Management, Other Pleadings, Briefs and Pretrial Motions

(11) Experts, Consultants & Investigators
(12) Summary Judgment
(13) Settlement Work
(14) Trial Preparation
(15) Appeals

(16) Court Appearance & Preparation
(17) Client/Class Member/Opposing and Co-Counsel Communications
(18) Legislative Efforts

| Timekeeper | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | Total Sum of Hours | Current Rate | Lodestar at Current Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jay Edelson (P) | 21 3 | 35 1 | 345 8 | 19 9 | 32 7 | 45 | 78 2 | 10 1 | 14 4 | 37 7 | 47 9 | 27 4 | 143 6 | 35 8 | 76 4 | 7 1 | 68 5 | 96 2 | 1143 1 | $1,150.00 | $1,314,565.00 |
| Rafey S Balabanian (P) | 35 5 | 76 | 179 8 | 32 8 | 14 | 79 3 | 90 8 | 188 | 43 9 | 65 5 | 59 2 | 17 | 198 7 | 41 2 | 68 9 | 35 | 127 3 | 23 6 | 1376 5 | $875.00 | $1,204,437.50 |
| Benjamin H Richman (P) | 19 4 | 35 1 | 41 | 22 5 | 8 8 | 29 6 | 85 3 | 197 2 | 58 7 | 44 | 57 6 | 15 2 | 73 7 | 57 6 | 23 2 | 16 4 | 128 | 5 7 | 919 | $775.00 | $712,225.00 |
| Ryan D Andrews (P) | 6 5 | 1 9 | 5 3 | | | 17 6 | 6 4 | | | 27 8 | | | 3 6 | | 229 3 | | 75 4 | | 490 | $750.00 | $367,500.00 |
| Roger Perlstadt (P) | | 5 8 | | | | 18 6 | 1 5 | | | | | 1 2 | 9 4 | | 25 2 | | | | 61 7 | $750.00 | $46,275.00 |
| Ari J Scharg (P) | | | | | | | | | | | | | | | | | | 1095 | 1095 | $725.00 | $793,875.00 |
| Christopher L Dore (P) | 267 | | | | | | | | | | | | | | | | 155 | 253 | 675 | $725.00 | $489,375.00 |
| David I Mindell (P) | 105 07 | 50 2 | 96 57 | 118 | | 20 8 | 9 3 | 221 2 | 0 5 | 30 2 | 5 7 | 1 6 | 29 9 | | | 5 5 | 92 8 | 428 26 | 1215 6 | $685.00 | $832,686.00 |
| J Aaron Lawson (A) | 18 1 | 39 | 3 | | | 1 1 | 127 2 | 31 7 | 10 4 | 41 6 | 23 1 | 7 4 | 111 2 | 66 2 | 342 3 | 2 2 | 98 3 | | 922 8 | $550.00 | $507,540.00 |
| Jacob Wright (A) | | | | | | | | | | | | | | | | | | 2200 1 | 2200 1 | $525.00 | $1,155,052.50 |
| Alex Tievsky (A) | 1 2 | 377 | 1 3 | | | 69 | 22 6 | | | 14 5 | | | 60 5 | 10 4 | 26 | 19 3 | 42 9 | | 305 4 | $500.00 | $152,700.00 |
| Lily Hough (A) | | 11 | | | | 3 | 43 2 | 74 9 | | 5 4 | 2 7 | 4 | 2 | | | | | | 146 2 | $475.00 | $69,445.00 |
| Nick Larry (FA) | | 48 | 9 5 | 18 2 | 25 | 69 | | 51 3 | | 8 9 | 25 8 | 16 5 | 0 5 | | 2 2 | 6 7 | 36 1 | 0 7 | 319 4 | $550.00 | $175,670.00 |
| Alex Nyguen (FP) | 6 4 | 65 1 | | 18 2 | 1 | 34 | 0 9 | 69 8 | | 0 4 | 0 3 | 75 | | | | 40 7 | 8 8 | | 320 6 | $750.00 | $240,450.00 |
| Richard Campbell (IHDRA) | | | | | | | | | 589 9 | | | | | | | | | | 589 9 | $250.00 | $147,475.00 |
| Andy Schmidt (IHDRA) | | | | | | | | | 314 1 | | | | | | | | | | 314 1 | $250.00 | $78,525.00 |
| Clerks & Paralegals | 14 4 | 35 | | | 9 8 | 19 6 | 29 6 | 77 | | 31 5 | | | | | 18 5 | 18 | 8 6 | | 262 | $250.00 | $65,500.00 |
| Shawn Davis (FI) | 66 7 | | | | | | | | | | | | | | | | | | 66 7 | $395.00 | $26,346.50 |
| *TOTAL:* | **562.57** | **439.9** | **682.27** | **229.6** | **91.3** | **406.6** | **495** | **921.2** | **1,031.90** | **307.5** | **222.3** | **168.9** | **745.7** | **211.2** | **812** | **150.9** | **841.7** | **4,102.56** | **12,423.10** | | **$8,379,642.50** |

(P) Partner
(A) Associate
(FP) Former Partner
(FA) Former Associate
(IHDRA) In House Doc Review Attorney
(FI) Forensic Investigator

EXHIBIT C

1

**EXHIBIT C**

2

*In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD
Edelson PC

3

4

Inception through September 30, 2020

| *CATEGORY* | *AMOUNT* |
|---|---|
| Filing, Witness and Other Fees | $2,774.43 |
| Transportation, Hotels & Meals | $18,670.87 |
| eDiscovery Review Platform | $4,120.00 |
| Messenger, Overnight Delivery | $350.78 |
| Court Hearing Transcripts and Deposition Transcripts and Videography | $1,694.55 |
| Experts/Consultants: Dr. Joseph Atick | $6,320.00 |
| Outside Photocopies | $275.01 |
| Litigation Fund Contributions | $155,737.39 |
| Graphics Design Services | $350.00 |
| Mediation Fees: Ambassador Jeffrey L. Bleich | $12,750.00 |
| *TOTAL* | *$203,043.03* |

# EXHIBIT D

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT D**

*In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD
Edelson PC

Filing, Witness, Court and Other Fees: $2,774.43

| *DATE* | *VENDOR* | *PURPOSE* |
|--------|----------|-----------|
| 4/5/15 | Clerk of the Court (Cook County, IL) | Filing of Initial Complaint |
| 4/7/15 | Delaware Attorney Services LLC | Service of Complaint and Summons |
| 9/30/15 | Clerk of the Court (N.D. Cal.) | Pro Hac Vice Applications - J. Edelson, A. Nguyen, J. Larry |
| 3/2/16 | Court Call | Court Appearance |
| 3/2/16 | Court Call | Court Appearance |
| 4/1/16 | Clerk of the Court (N.D. Cal.) | Pro Hac Vice Application - R. Balabanian |
| 6/2/16 | IL Secretary of State | Lobbyist Registration Fee |
| 9/7/16 | Clerk of the Court (N.D. Cal.) | Pro Hac Vice Application - B. Richman |
| 10/10/16 | Court Call | Court Appearance |
| 1/5/17 | Court Call | Court Appearance |
| 1/5/17 | Court Call | Court Appearance |
| 2/22/17 | Court Call | Court Appearance |
| 10/23/17 | Clerk of the Court (N.D. Cal.) | Pro Hac Vice Application - A. Tievsky |
| 12/21/17 | Court Call | Court Appearance |

DECLARATION ON BEHALF OF EDELSON PC IN SUPPORT OF AWARD OF
ATTORNEYS' FEES AND EXPENSES/CHARGES - 3:15-cv-03747-JD           - 8 -

# EXHIBIT E

**EXHIBIT E**

*In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD
Edelson PC

Transportation, Hotels & Meals: $18,670.87

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Edelson, J. | 7/3/15 | Chicago, IL | Meeting with Co-Counsel |
| Larry, J. | 12/15/15 - 12/16/15 | San Francisco, CA | Prepare for and attend Court |
| Nguyen, A. | 12/15/15 - 12/16/15 | San Francisco, CA | Prepare for and attend Court |
| Nguyen, A. | 2/10/16 - 2/12/16 | San Francisco, CA | Prepare for and attend deposition of Facebook 30(b)(6) |
| Nguyen, A. | 2/29/16 - 3/3/16 | San Francisco, CA | Prepare for and attend Court for hearing on motion to dismiss and for summary judgment |
| Scharg, A. | 6/1/16 - 6/2/16 | Springfield, IL | Prepare for and attend meetings re: legislative changes to the BIPA |
| Richman, B. | 6/13/16 - 6/14/16 | New York, NY | Prepare for and attend meetings with potential experts |
| Larry, J. | 6/13/16 - 6/14/16 | New York, NY | Prepare for and attend meetings with potential experts |
| Mindell, D. | 6/14/16 | Chicago, IL | Prepare for and attend meetings with legislators re: legislative changes to the BIPA |
| Mindell, D. | 6/21/16 | Chicago, IL | Prepare for and attend meetings with legislators re: legislative changes to the BIPA |
| Mindell, D. | 7/25/16 | Chicago, IL | Prepare for and attend meetings with legislators re: legislative changes to the BIPA |
| Mindell, D. | 9/3/16 | Chicago, IL | Prepare for and attend meetings with legislators re: legislative changes to the BIPA |
| Scharg, A. | 9/3/16 | Chicago, IL | Prepare for and attend meetings with |

# EXHIBIT F

| | | | legislators re: legislative changes to the BIPA |
|---|---|---|---|
| Dore, C. | 9/3/16 | Chicago, IL | Prepare for and attend meetings with legislators re: legislative changes to the BIPA |
| Mindell, D. | 10/6/16 | Chicago, IL | Prepare for and attend meetings with legislators re: legislative changes to the BIPA |
| Tievsky, A. | 10/26/16 - 10/27/16 | San Francisco, CA | Prepare for and attend Court for hearing on motion to dismiss |
| Richman, B. | 5/18/17 - 5/20/17 | Newport Beach, CA | Prepare for and attend mediation |
| Balabanian, R. | 5/18/17 - 5/19/17 | Newport Beach, CA | Prepare for and attend mediation |
| Tievsky, A. | 11/29/17 - 12/1/17 | San Francisco, CA | Prepare for and attend hearing on motion to dismiss |
| Tievsky, A. | 3/27/18 - 3/29/18 | San Francisco, CA | Prepare for and attend hearing on class certification |
| Edelson, J. | 5/3/18 - 5/5/18 | San Francisco, CA | Prepare for and attend mediation with Magistrate Judge Ryu |
| Richman, B. | 5/3/18 - 5/5/18 | San Francisco, CA | Prepare for and attend mediation with Magistrate Judge Ryu |
| Lawson, J. | 5/6/18 - 5/12/18 | San Francisco, CA | Attend sessions with trial consultant (CDS Consulting) |
| Andrews, R. | 6/10/19 - 6/12/19 | San Francisco, CA | Prepare for and attend Ninth Circuit oral argument |

**EXHIBIT F**

*In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD
Edelson PC

eDiscovery Review Platform: $4,120.00

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 11/30/16 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 12/21/16 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 1/27/17 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 2/21/17 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 3/16/17 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 5/25/17 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 6/28/17 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 7/31/17 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 8/31/17 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 9/30/17 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 11/1/17 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |

| 1/1/18 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
|--------|---------------|----------------------------------------------------------------------------------|
| 1/31/18 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 3/1/18 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 3/31/18 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 4/30/18 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 5/31/18 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 6/30/18 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 7/31/18 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 8/31/18 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 9/30/18 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 10/31/18 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 3/31/19 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |
| 4/30/19 | Kroll Ontrack | eDiscovery security and review platform for securely storing and review documents |

DECLARATION ON BEHALF OF EDELSON PC IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND EXPENSES/CHARGES - 3:15-cv-03747-JD

- 12

# EXHIBIT G

**EXHIBIT G**

*In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD
Edelson PC

Messenger, Overnight Delivery: $350.78

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 11/9/15 | First Legal Network Insurance Services LLC | Delivery of courtesy copies of opposition to motion to dismiss |
| 8/5/16 | First Legal Network Insurance Services LLC | Delivery of courtesy copies of opposition to motion to dismiss for lack of subject matter jurisdiction |
| 10/17/16 | One Hour Delivery Service, Inc. | Delivery of courtesy copies of opposition to motion for leave to file amended answer |

# EXHIBIT H

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT H**

*In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD
Edelson PC

Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $1,694.55

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 3/1/16 | TSG Reporting | Transcript and video of Initial deposition of Plaintiff Licata |
| 1/8/18 | TSG Reporting | Transcript of second deposition of Plaintiff Licata |
| 4/2/18 | Katherine Powell Sullivan | Transcript of hearing on 3/29/18 |

# EXHIBIT I

1

**EXHIBIT I**

2

*In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD
Edelson PC

3

4

Outside Photocopies/Printing: $275.01

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 12/15/15 | Westin Hotel | Printing for hearing on motion to dismiss |
| 9/3/16 | FedEx | Printing and binding for legislators re: potential legislative changes to the BIPA |
| 10/6/16 | FedEx | Printing and binding for legislators re: potential legislative changes to the BIPA |
| 6/26/17 | FedEx | Printing of courtesy copies of courtesy copies of opposition to motion to stay |
| 12/11/17 | FedEx | Printing of courtesy copies of opposition to motion to dismiss |
| 5/16/18 | FedEx | Printing for trial preparation |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION ON BEHALF OF EDELSON PC IN SUPPORT OF AWARD OF
ATTORNEYS' FEES AND EXPENSES/CHARGES - 3:15-cv-03747-JD                    - 15 -

# EXHIBIT J

# Edelson






Beyond
the Law.

"National reputation as a maverick in [its] commitment to pursuing big-ticket . . . cases."

—Law360

Edelson

Table of Contents

Who We Are . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4

Recognition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Plaintiffs' Class and Mass Action Practice

Mass/Class Tort Cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9
Banking Lending and Finance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
Privacy and Data Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11
General Consumer Matters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14
Insurance Matters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
Public Client Litigation and Investigations . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
Mass/Class Tort Cases Environmental Litigation . . . . . . . . . . . . . . . . . . . . . . . .18

General Commercial Litigation . . . . . . . . . . . . . . . . . . . . . . . . . . .19

CEO and Founder

Jay Edelson . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21

Managing Partner

Rafey S. Balabanian . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
Benjamin H. Richman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25

Partner

Ryan D. Andrews . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27
Christopher L. Dore . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28
David I. Mindell . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29
Roger Perlstadt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30
Eve-Lynn Rapp . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31
Ari J. Scharg . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .33
Ben Thomassen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .34

Of Counsel

Arthur Turner II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35

Associate

Theo Benjamin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36
Éviealle Dawkins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .37
Lily Hough . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38
J. Aaron Lawson . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
Todd Logan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
Michael Ovca . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
Emily Penkowsk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
Albert J. Plawinski . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
Dan Schneider . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
Brandt Silver-Korn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45
Alexander G. Tievsky . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
Schuyler Ufkes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47
J. Eli Wade-Scott . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48

Director of Public Policy

Jacob Wright . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .49

Director of Digital Forensics

Shawn Davis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5

# Who We Are



## Who We Are

EDELSON PC is a law firm concentrating on high-stake's plaintiff's work ranging from class and mass actions to public client investigations and prosecutions. The cases we have litigated -- as either lead counsel or as part of a broader leadership structure -- have resulted in settlements and verdicts totalling over $20 billion.

▸ We hold records for the largest jury verdict in a privacy case ($925m), the largest consumer privacy settlement ($650m), and the largest TCPA settlement ($76m). We also secured one of the most important consumer privacy decisions in the U.S. Supreme Court (Robins v. Spokeo). Our class actions, brought against the national banks in the wake of the housing collapse, restored over $5 billion in home equity credit lines. We served as counsel to a member of the 11-person Tort Claimant's Committee in the PG&E Bankruptcy, resulting in an historic $13.5 billion settlement. We successfully represented dozens of family members who lost loved ones in the Boeing 737-Max plane crashes in Indonesia and Ethiopia. We are the only firm to have established that online apps can constitute illegal gambling under state law, resulting in settlements that collectively are worth $200 million. We are co-lead counsel in the NCAA personal injury concussion cases, leading an MDL involving over 300 class action lawsuits. And we are representing, or have represented, regulators in cases involving the deceptive marketing of opioids, environmental cases, privacy cases against Facebook, Uber, Google and others, cases related to the marketing of e-cigarettes to children, and cases asserting claims that energy companies and for-profit hospitals abused the public trust.

▸ We have testified before the United States Senate and state legislative and regulatory bodies on class action and consumer protection issues, cybersecurity and privacy (including election security, children's privacy and surreptitious geotracking), sex abuse in children's sports, and gambling, and have repeatedly been asked to work on federal, state, and municipal legislation involving a broad range of issues. We speak regularly at seminars on consumer protection and class action issues, and also routinely lecture at law schools and other graduate programs.

Who We Are

▸ We have a "one-of-a-kind" investigation team that sets us apart from others in the plaintiffs' bar. Our dedicated "internal lab of computer forensic engineers and tech-savvy lawyers" investigate issues related to "fraudulent software and hardware, undisclosed tracking of online consumer activity and illegal data retention," among numerous other technology related issues facing consumers. Cybersecurity & Privacy Practice Group of the Year, Law360 (January 2019). Instead of chasing the headlines, our case development team is leading the country in both identifying emerging privacy and technology issues, as well as crafting novel legal theories to match. Some examples of their groundbreaking accomplishments include: demonstrating that Microsoft and Apple were continuing to collect certain geolocation data even after consumers turned "location services" to "off"; filing multiple suits revealing mobile apps that "listen" through phone microphones without consent; filing a lawsuit stemming from personal data collection practices of an intimate IoT device; and filing suit against a data analytics company alleging that it had surreptitiously installed tracking software on consumer computers.

As the Hollywood Reporter explained, we are "accustomed to big cases that have lasting legacy."

Recognition

The firm and our attorneys regularly get recognized for our groundbreaking work. We have been named by Law360 as a Consumer Protection Group of the Year (2017, 2018, 2019), a Class Action Group of the Year (2019), a Plaintiffs Class Action Powerhouse (2017, 2018, 2019), a Cybersecurity and Privacy Group of the Year (2017, 2018, 2019), a "Privacy Litigation Heavyweight" by Law360, a "Cybersecurity Trailblazer" by The National Law Journal (2016) and won sole recognition in 2019 as "Elite Trial Lawyers" in Gaming Law. The National Law Journal also recognized us in 2019 as "Elite Trial Lawyers" in Consumer Protection, Privacy/Data Breach, Mass Torts, and Sports, Entertainment and Media Law. In 2019, we were recognized for the third consecutive year as an "Illinois Powerhouse," alongside Kirkland & Ellis, Dentons, Schiff Hardin and Swanson Martin; in each year, we were the only plaintiffs' firm, and the only firm with fewer than one hundred lawyers, recognized.

> Our founder has been recognized as a "Titan of the Plaintiff's Bar" by Law360, one of "America's top trial lawyers" in the mass action arena, LawDragon's 2020 Leading Plaintiff Financial Lawyers, and one of "Chicago's Top Ten Startup Founders Over Age 45" by Tech.co — the only law firm founder to win such an award. Our Global Managing Partner was recognized as a top 100 lawyer in California by California Lawyer Magazine.

> We have also been recognized by courts for our approach to litigation, which led the then-Chief Judge of the United States Court for the Northern District of Illinois to praise our work as "consistent with the highest standards of the profession" and "a model of what the profession should be. . . ." In re Kentucky Fried Chicken Coupon Mktg. & Sales Practices Litig., No. 09-cv-7670, MDL 2103 (N.D. Ill. Nov. 30, 2011). Likewise, in appointing our firm interim co-lead in one of the most high-profile banking cases in the country, a federal court pointed to our ability to be "vigorous advocates, constructive problem-solvers, and civil with their adversaries." In Re JPMorgan Chase Home Equity Line of Credit Litig., No. 10 C 3647 (N.D. Ill. July 16, 2010).

# Plaintiffs' Class and Mass Action Practice

We have several sub-specialties within our plaintiffs' class and mass action practice:



Plaintiffs' Class and
Mass Action Practice

## Mass/Class Tort Cases

We are currently representing, among others, labor unions seeking to recover losses arising out of the Opioid Crisis, classes of student athletes suffering from the long-term effects of concussive and sub-concussive injuries, hundreds of families suffering the ill-effects of air and water contamination in their communities, and individuals damaged by the "Camp Fire" in Northern California.

**Representative cases and settlements include:**

- Representing over 1,000 victims of the Northern California "Camp Fire," allegedly caused by utility company Pacific Gas & Electric. Served as counsel to a member of the 11-person Tort Claimant's Committee in the PG&E Bankruptcy, resulting in a historic $13.5 billion settlement.

- *In re Nat'l Collegiate Athletic Ass'n Single School/Single Sport Concussion Litig.*, No. 16-cv-8727, MDL No. 2492 (N.D. Ill.): Appointed co-lead counsel in MDL against the NCAA, its conferences and member institutions alleging personal injury claims on behalf of college football players resulting from repeated concussive and sub-concussive hits.

- Representing numerous labor unions and health and welfare funds seeking to recover losses arising out of the Opioid Crisis.
  *See, e.g., Illinois Public Risk Fund v. Purdue Pharma L.P., et al., No. 2019-CH-05847 (Cir. Ct. Cook Cty., Ill.); Inter'l Union of Operating Eng'rs, Local 150, et al. v. Purdue Pharma L.P., et al., No. 2019-CH-01548 (Cir. Ct. Cook Cty., Ill.); Village of Addison et al. v. Actavis LLC et al., No. 2020-CH-05181 (Cir. Ct. Cook Cty., Ill.).*

- We served as lead negotiators in representing dozens of family members who lost loved ones in the Boeing 737-Max plane crash in Indonesia. The cases settled for confidential amounts. Currently counsel for families who lost loved ones in the Boeing 737-Max plane crash in Ethiopia.

# Banking, Lending and Finance

We were at the forefront of litigation arising in the aftermath of the federal bailouts of the banks. Our suits included claims that certain banks unlawfully suspended home credit lines based on pretextual reasons, and that certain banks failed to honor loan modification programs. We achieved the first federal appellate decision in the country recognizing the right of borrowers to enforce HAMP plans under state law. The court noted that "[p]rompt resolution of this matter is necessary not only for the good of the litigants but for the good of the Country." Wigod v. Wells Fargo Bank, N.A., 673 F.3d 547, 586 (7th Cir. 2012) (Ripple, J., concurring). Our settlements restored billions of dollars in home credit lines to people throughout the country.

**Representative cases and settlements include:**

▸ *In re JP Morgan Chase Bank Home Equity Line of Credit Litig., No. 10-cv-3647 (N.D. Ill.):* Appointed co-lead counsel in nationwide putative class action alleging illegal suspensions of home credit lines. Settlement restored between $3.2 billion and $4.7 billion in credit to the class.

▸ *Hamilton v. Wells Fargo Bank, N.A., No. 09-cv-04152-CW (N.D. Cal.):* Lead counsel in class actions challenging Wells Fargo's suspensions of home equity lines of credit. Nationwide settlement restored access to over $1 billion in credit and provides industry leading service enhancements and injunctive relief.

▸ *In re Citibank HELOC Reduction Litig., No. 09-cv-0350-MMC (N.D. Cal.):* Lead counsel in class actions challenging Citibank's suspensions of home equity lines of credit. The settlement restored up to $653,920,000 worth of credit to affected borrowers.

▸ *Wigod v. Wells Fargo, No. 10-cv-2348 (N.D. Ill.):* Obtained first appellate decision in the country recognizing the right of private litigants to sue to enforce HAMP plans. Settlement provided class members with permanent loan modifications and substantial cash payments.

## Privacy and Data Security

The New York Times has explained that our "cases read like a time capsule of the last decade, charting how computers have been steadfastly logging data about our searches, our friends, our bodies."  Courts have described our attorneys as "pioneers in the electronic privacy class action field, having litigated some of the largest consumer class actions in the country on this issue." *See In re Facebook Privacy Litig.,* No. C 10-02389 (N.D. Cal. Dec. 10, 2010) (order appointing us interim co-lead of privacy class action); *see also In re Netflix Privacy Litig.,* No. 11-cv-00379 (N.D. Cal. Aug. 12, 2011) (appointing us sole lead counsel due, in part, to our "significant and particularly specialized expertise in electronic privacy litigation and class actions"). In *Barnes v. Aryzta,* No. 17-cv-7358 (N.D. Ill. Jan. 22, 2019), the court endorsed an expert opinion finding that we "should 'be counted among the elite of the profession generally and [in privacy litigation] specifically' because of [our] expertise in the area."

Representative cases and settlements include:

▶ *In re Facebook Biometric Privacy Litig.,* No. 3:15-cv-03747 (N.D. Cal.): Filed the first of its kind class action against Facebook under the Illinois Biometric Information Privacy Act, alleging Facebook collected facial recognition data from its users without authorization. Appointed Class Counsel in securing adversarial certification of class of Illinois Facebook users. Case settled on the eve of trial for a record breaking $650m.

▶ *Wakefield v. Visalus,* No. 3:15-cv-01857 (D. Ore. Apr. 12, 2019): Lead counsel in class action alleging that defendant violated federal law by making unsolicited telemarketing calls. Obtained jury verdict and judgment equating to more than $925 million in damages to the class.

▶ *Spokeo, Inc. v. Robins,* 136 S. Ct. 1540 (2016): Lead counsel in the landmark case affirming the ability of plaintiffs to bring statutory claims for relief in federal court. The United States Supreme Court rejected the argument that individuals must allege "real world" harm to have standing to sue in federal court; instead the court recognized that "intangible" harms and even the "risk of future harm" can establish "standing." Commentators have called Spokeo the most significant consumer privacy case in recent years.

Plaintiffs' Class and
Mass Action Practice

# Privacy and Data Security

▸ *Birchmeier v. Caribbean Cruise Line, Inc.,* et al., No. 12-cv-4069 (N.D. Ill.): Co-lead counsel in class action alleging that defendant violated federal law by making unsolicited telemarketing calls. On the eve of trial, the case resulted in the largest Telephone Consumer Protection settlement to date, totaling $76 million.

▸ *Satterfield v. Simon & Schuster, Inc.,* 569 F.3d 946 (9th Cir. 2009):  Won first ever federal decision finding that text messages constituted "calls" under the TCPA. In total, we have secured text message settlements worth over $100 million.

▸ *Kusinski v. ADP LLC, No.* 2017-CH-12364 (Cir. Ct. Cook Cty. Ill.): Secured key victories establishing the liability of time clock vendors under the Illinois Biometric Information Privacy Act and the largest-ever BIPA settlement in the employment context with a time clock vendor for $25 million.

▸ *Dunstan v. comScore, Inc.,* No. 11-cv-5807 (N.D. Ill.): Lead counsel in certified class action accusing Internet analytics company of improper data collection practices. The case settled for $14 million.

▸ *Doe v. Ann & Robert H. Lurie Children's Hosp. of Chi.,* No. 2020-CH-04123 (Cir. Ct. Cook Cty., Ill.): Lead counsel in a class action alleging breach of contract, breach of confidentiality, negligent supervision, and other claims against Lurie Children's Hospital after employees allegedly accessed medical records without permission.

▸ *American Civil Liberties Union et al. v. Clearview AI, Inc.,* No. 2020-CH-04353 (Cir. Ct. Cook Cty., Ill.): Represent the American Civil Liberties Union in lawsuit against Clearview AI for violating the Illinois Biometric Information Privacy act through its collection and storage of Illinois residents' faceprints.

▸ *Consumer Watchdog v. Zoom Video Commc'ns, Inc.,* No. 2020 CA 003516 B (D.C. Super. Ct.): Represent advocacy group Consumer Watchdog in its lawsuit against Zoom Video Communications Inc, alleging the company falsely promised to protect communications through end-to-end encryption.

▸ *Mocek v. AllSaints USA Ltd.,* No. 2016-CH-10056 (Cir. Ct. Cook Cty, Ill.): Lead counsel in a class action alleging the clothing company AllSaints violated federal law by revealing consumer credit card numbers and expiration dates. Case settled for $8 million with class members receiving about $300 each.

# Privacy and Data Security

▸ *Resnick v. Avmed,* No. 10-cv-24513 (S.D. Fla.): Lead counsel in data breach case filed against a health insurance company. Obtained landmark appellate decision endorsing common law unjust enrichment theory, irrespective of whether identity theft occurred. Case also resulted in the first class action settlement in the country to provide data breach victims with monetary payments irrespective of whether they suffered identity theft.

▸ *N.P. v. Standard Innovation (US), Corp.,* No. 1:16-cv-08655 (N.D. Ill.):  Brought and resolved first ever IoT privacy class action against adult-toy manufacturer accused of collecting and recording highly intimate and sensitive personal use data. Case resolved for $3.75 million.

▸ *Halaburda v. Bauer Publ'g Co.,* No. 12-cv-12831 (E.D. Mich.); Grenke v. Hearst Commc'ns, Inc., No. 12-cv-14221 (E.D. Mich.); Fox v. Time, Inc., No. 12-cv-14390 (E.D. Mich.): Lead counsel in consolidated actions brought under Michigan's Preservation of Personal Privacy Act, alleging unlawful disclosure of subscribers' personal information to data miners. In a ground-breaking decision, the court denied three motions to dismiss finding that the magazine publishers were covered by the act and that the illegal sale of personal information triggers an automatic $5,000 award to each aggrieved consumer. Secured a $30 million in cash settlement and industry-changing injunctive relief.

Plaintiffs' Class and
Mass Action Practice

# General Consumer Matters

We have represented plaintiffs in consumer fraud cases in courts nationwide against companies alleged to have been peddling fraudulent software, engaging in online gambling businesses in violation of state law, selling defective products, or engaged in otherwise unlawful conduct.

**Representative cases and settlements include:**

- Having secured a watershed Ninth Circuit victory for consumers in Kater v. Churchill Downs Inc., 886 F.3d 784 (9th Cir. 2018), we are now pursuing consumer claims against more than a dozen gambling companies for allegedly profiting off of illegal internet casinos. Settlements in several of these cases total $200 million.

- Prosecuted over 100 cases alleging that unauthorized charges for mobile content were placed on consumer cell phone bills. Cases collectively settled for over $100m. *See, e.g., McFerren v. AT&T Mobility LLC,* No. 08-cv-151322 (Sup. Ct. Fulton Cty., Ga.); *Paluzzi et al. v. mBlox, Inc., et al.,* No. 2007-CH-37213, (Cir. Ct. Cook Cty., Ill.); *Williams et al. v. Motricity, Inc. et al.,* No. 2009-CH-19089 (Cir. Ct. Cook Cty., Ill.).

- *Edelson PC v. Christopher Bandas, et al.,* No. 1:16-cv-11057 (N.D. Ill.): Filed groundbreaking lawsuit seeking to hold professional objectors and their law firms responsible for, among other things, alleged practice of objecting to class action settlements in order to extort payments for themselves, and the unauthorized practice of law. After several years of litigation and discovery, secured first of its kind permanent injunction against the objector and his law firm, which, inter alia, barred them from practicing in Illinois or asserting objections to class action settlements in any jurisdiction absent meeting certain criteria.

- Brought numerous cases alleging that defendants deceptively designed and marketed computer repair software. Cases collectively settled for over $45 million. *Beaton v. SpeedyPC Software,* 907 F.3d 1018 (7th Cir. 2018).

- *McCormick, et al. v. Adtalem Glob. Educ., Inc., et al.,* No. 2018-CH-04872 (Cir. Ct. Cook Cty., Ill): After students at one of the country's largest for-profit colleges, DeVry University, successfully advanced their claims that the school allegedly induced them to enroll and charged a premium based on inflated job placement statistics, the parties agreed to a $45 million settlement—the largest private settlement DeVry has entered into regarding the claims.

## General Consumer Matters

▸ *1050 W. Columbia Condo. Ass'n v. CSC ServiceWorks, Inc.,* No. 2019-CH-07319 (Cir. Ct. Cook Cty., Ill): Representing a class of landlords in securing a multifaceted settlement—including a cash component of up to $30 million—with a laundry service provider over claims that the provider charged fees that were allegedly not permitted in the parties' contracts. The settlement's unique structure allows class members to choose repayment in the near term, or to lock in more favorable rates for the next decade.

▸ *Dickey v. Advanced Micro Devices, Inc.,* No. 15-cv-4922 (N.D. Cal.): Lead counsel in a complex consumer class action alleging AMD falsely advertised computer chips to consumers as "eight-core" processors that were, in reality, disguised four-core processors. The case settled for $12.1 million.

▸ *Barrett v. RC2 Corp.,* No. 07 CH 20924 (Cir. Ct. Cook Cty., Ill.): Co-lead counsel in lead paint recall case involving Thomas the Tank toy trains. Settlement was valued at over $30 million and provided class with full cash refunds and reimbursement of certain costs related to blood testing.

▸ *In re Pet Food Prods. Liability Litig.,* No. 07-cv-2867 (D.N.J.): Part of mediation team in class action involving largest pet food recall in United States history. Settlement provided $24 million common fund and $8 million in charge backs.

Plaintiffs' Class and
Mass Action Practice

## Insurance Matters

We have successfully represented individuals and businesses in a multitude of insurance related actions, including dozens of businesses whose business interruption insurance claims were denied by various insurers in the wake of the COVID-19 crisis. We successfully prosecuted and settled multi-million dollar suits against J.C. Penney Life Insurance for allegedly illegally denying life insurance benefits under an unenforceable policy exclusion and against a Wisconsin insurance company for terminating the health insurance policies of groups of self-insureds.

### Representative cases and settlements include:

▸ *Biscuit Cafe Inc. et al. v. Society Ins., Inc.,* No. 1:20-cv-02514 (N.D. Ill.); *America's Kids, LLC v. Zurich American Ins. Co.,* No. 1:20-cv-03520 (N.D. Ill.); *MAIA Salon Spa and Wellness Corp. et al. v. Sentinel Ins. Co., Ltd. et al.,* No. 1:20-cv-3805 (E.D.N.Y.); *Badger Crossing, Inc. v. Society Ins., Inc.,* No. 2020CV000957 (Cir. Ct. Dane Cty.); and Se*a Land Air Travel, Inc. v. Auto-Owners Inc. Co. et al.,* No. 20-005872-CB (Cir. Ct. Wayne Cty.): In one of the most prominent areas for class action litigation related to the COVID-19 pandemic, we were among the first to file class action lawsuits against the insurance industry to recover insurance benefits for business owners whose businesses were shuttered by the pandemic. We represent an array of small and family-owned businesses—including restaurants and eateries, movie theatres, salons, retail stores, healthcare providers, and travel agencies—in a labyrinthine legal dispute about whether commercial property insurance policies cover business income losses that occurred as a result of business interruptions related to the COVID-19 pandemic. With over 800 cases filed nationwide to date, we have played an active role in efforts to coordinate the work of plaintiffs' attorneys through the Insurance Law Section of the American Association for Justice (AAJ), including by leading various roundtables and workgroups as the State Co-Chairs for Illinois, Wisconsin, and Michigan of the Business Interruption Litigation Taskforce (BILT), a national collaborative of nearly 300 practitioners representing policyholders in insurance claims arising out of the COVID-19 pandemic.

▸ *Holloway v. J.C. Penney,* No. 97 C 4555 (N.D. Ill.): One of the primary attorneys in a multi-state class action suit alleging that the defendant illegally denied life insurance benefits to the class. Case settled, resulting in a multi-million dollar cash award to the class.

▸ *Ramlow v. Family Health Plan* (Wisc. Cir. Ct., WI): Co-lead counsel in a class action suit challenging defendant's termination of health insurance to groups of self-insureds. The plaintiff won a temporary injunction, which was sustained on appeal, prohibiting such termination. Case eventually settled, ensuring that each class member would remain insured.

Plaintiffs' Class and
Mass Action Practice

# Public Client Litigation and Investigations

We have been retained as outside counsel by states, cities, and other regulators to handle investigations and litigation relating to environmental issues, the marketing of opioids and e-cigarettes, privacy issues, and general consumer fraud.

**Representative cases and settlements include:**

▸ *State of Idaho v. Purdue Pharma L.P., et al.,* No. CV01-19-10061 (Cir. Ct. Ada Cty., Idaho): We represent the State of Idaho, and nearly 50 other governmental entities—with a cumulative constituency of over three million Americans—in litigation against manufacturers and distributors of prescription opioids.

▸ *District of Columbia v. Juul Labs, Inc.,* No. 2019 CA 07795 B (D.C. Super. Ct.): We were appointed to represent the District of Columbia in a suit against e-cigarette giant Juul Labs, Inc. for alleged predatory and deceptive marketing.

▸ *State of New Mexico, ex. rel. Hector Balderas v. Google, LLC,* No. 1:20-cv-00143 (D.N.M): We represent the State of New Mexico in case against Google for violating the Children's Online Privacy Protection Act by collecting data from children under the age of 13 through its G-Suite for Education products and services.

▸ *District of Columbia v. Facebook, Inc.,* No. 2018 CA 8715 B (D.C. Super. Ct.) and *People of Illinois v. Facebook Inc., et al.,* No. 2018-CH-03868 (Cir. Ct. Cook Cty., Ill.):  We were appointed to represent the District of Columbia as well as the People of the State of Illinois (through the Cook County State's Attorney) in lawsuits against the world's largest social network, Facebook, and Cambridge Analytica—a London-based electioneering firm—for allegedly collecting (or allowing the collecting of) and misusing the private data of 50 million Facebook users.

▸ ComEd Bribery Litigation: Representing the Citizens Utility Board, the statutorily-designated representative of Illinois utility ratepayers, in advancing and defending interests of ratepayers amid numerous class actions seeking to hold Commonwealth Edison liable for a multi-year

▸ *Village of Melrose Park v. Pipeline Health Sys. LLC, et al., No. 19-CH-03041 (Cir. Ct. Cook Cty., Ill.):* We successfully represented the Village of Melrose Park in litigation arising from the closure of Westlake Hospital in what has been called "one of the most complicated hospital closure disputes in the state's history."

▸ *In re Marriott Int'l, Inc. Customer Data Security Breach Litig.,* MDL 2879 (D. Md.). We represent the City of Chicago in the ongoing Marriott data breach litigation.

▸ *In re Equifax, Inc., Customer Data Security Breach Litig., MDL* No. 2800 (N.D. Ga.): Successfully represented the City of Chicago in the Equifax data breach litigation, securing a landmark seven-figure settlement under Chicago's City-specific ordinance.

▸ *City of Chicago, et al. v. Uber Techs., Inc.,* No. 17-CH- 15594 (Cir. Ct. Cook Cty., Ill.). We were appointed to represent both the City of Chicago and the People of the State of Illinois (through the Cook County State's Attorney) in a lawsuit against tech giant Uber Technologies, stemming from a 2016 data breach at the company and an alleged cover-up that followed.

Plaintiffs' Class and
Mass Action Practice

## Mass/Class Tort Cases Environmental Litigation

We have been chosen by courts to handle some of the most complex and significant issues affecting our country today. We represent hundreds of families suffering the damaging effects of ethylene oxide exposure in their communities, consumers and businesses whose local water supply was contaminated by a known toxic chemical, and property owners impacted by the flightpath of Navy fighter planes.

**Representative cases and settlements include:**

▸ We represent hundreds of individuals in numerous locations around the country that are suffering the ill-effects of ethylene oxide exposure (a gas commonly used in medical sterilization processes). We have brought over 100 personal injury and wrongful death cases against EtO emitters across the country, as well as numerous medical monitoring class actions. *Brincks et al. v. Medline Indus., Inc., et al.,* No. 2020-L-008754 (Cir. Ct. Cook Cty., Ill.); *Leslie v. Steris Isomedix Operations, Inc., et al.,* No. 1:20-cv-01654 (N.D. Ill.); *Jackson v. 3M Company, et al.,* No. 2:19-cv-00522 (D.S.C.).

▸ We represent hundreds of individuals who have been exposed through their own drinking water and otherwise to PFAS and related "forever chemical" used in various applications. This exposure has allegedly led to serious health issues, including cancer, as well as the devaluation of private property due to, among other things, the destruction of the water supply. In conjunction with our work in this space, we have been appointed to the Plaintiffs' Executive Committee in I*n re: Aqueous Film-Forming Foams (AFFF) Prods. Liability Litig.,* 2:18-mn-2873-RMG, MDL No., 2873 (D.S.C.).

▸ We represent property owners on Whidbey Island, Washington, whose homes sit directly in the flightpath of dozens of Navy fighter planes. The Navy is alleged to have significantly increased the number of these planes at the bases at issue, as well as the frequency of their flights, to the determinant of our clients' privacy and properties. *Pickard v. USA,* No. 19-1938 (Ct. Fed. Claims); *Newkirk v. USA,* No. 20-628L (Ct. Fed. Claims).

▸ Environmental Panel Counsel: our team has been designated as Panel Members on a State Attorney General's Environmental Counsel Panel.

# General Commercial Litigation

Our attorneys have also handled a wide range of general commercial litigation matters, from partnership and business-to-business disputes to litigation involving corporate takeovers. We have handled cases involving tens of thousands of dollars to "bet the company" cases involving up to hundreds of millions of dollars. Our attorneys have collectively tried hundreds of cases, as well as scores of arbitrations. We have routinely been brought on to be "negotiation" counsel in various high-stakes or otherwise complex commercial disputes.

# Our Team



## Our Team



O_312.589.6375
F_312.589.6378

jedelson@edelson.com

# Jay Edelson

Founder and CEO

## Considered one of the nation's leading class and mass action lawyers.

Law360 described Jay as a "Titan of the Plaintiff's Bar." The American Bar Association recognized Jay Edelson as one of the "most creative minds in the legal industry." Jay has also been recognized as one of "America's top trial lawyers" in the mass action arena, and was included in LawDragon's 2020 list of Leading Plaintiff Financial Lawyers. Law360 noted that he has "taken on some of the biggest companies and law firms in the world and has had success where others have not." Another publication explained that "when it comes to legal strategy and execution, Jay is simply one of the best in the country." Professor Todd Henderson, the Michael J. Marks Professor of Law at the University of Chicago Law School, opined that when thinking about "who's the most innovative lawyer in the US ... [Jay is] at or near the top of my list."

Of Counsel explained that Jay has made a career out of "battling bullies":

> Big banks. Big tech firms. Big Pharma. The big business that is the NCAA. Plaintiff 's attorney Jay Edelson wages battle against many of the nation's most fortified institutions. Not only does he refuse to back down to anyone, regardless of their stature or deep pockets, he welcomes the challenge.

> Edelson earned a monumental victory in the US Supreme Court in what's been characterized as one of the most important consumer privacy cases of the last several years, Robins v. Spokeo. He and his team are leading the charge against the NCAA

> in representing former college football players who suffered concussions, and their families. And, on behalf of labor unions and governmental bodies, he's elbow-deep in litigation against pharmaceutical companies and distributors for their pivotal role in the opioid crisis.
> Simply put, he's a transformational lawyer.

▸ Jay has been appointed to represent state and local regulators on some of the largest issues of the day, ranging from opioids suits against pharmaceutical companies, to environmental actions against polluters, to breaches of trust against energy companies and for-profit hospitals, to privacy suits against Google, Facebook, Uber, Marriott, and Equifax.

Our Team

## Jay Edelson
Founder and CEO

▶ Jay has received special recognition for his success in taking on Silicon Valley. The national press has dubbed Jay and the firm the "most feared" litigators in Silicon Valley and, according to the New York Times, tech's "babyfaced ... boogeyman." Most recently, Chicago Lawyer Magazine dubbed Jay "Public Enemy No. 1 in Silicon Valley." In the emerging area of privacy law, the international press has called Jay one of the world's "profiliertesten (most prominent)" privacy class action attorneys. The National Law Journal has similarly recognized Jay as a "Cybersecurity Trailblazer"—one of only two plaintiff's attorneys to win this recognition.

▶ Jay has taught class actions and negotiations at Chicago-Kent College of Law and privacy litigation at UC Berkeley School of Law. He has written a blog for Thomson Reuters, called Pardon the Disruption, where he focused on ideas necessary to reform and reinvent the legal industry and has contributed opinion pieces to TechCrunch, Quartz, the Chicago Tribune, Law360, and others. He also serves on Law360's Privacy & Consumer Protection editorial advisory board. In recognition of the fact that his firm runs like a start-up that "just happens to be a law firm," Jay was recently named to "Chicago's Top Ten Startup Founders over 40" by Tech.co.

▶ Jay currently serves on Chicago's 47th Ward Democratic Organization Judicial Recommendation Committee, which is responsible for interviewing, vetting and slating Cook County Judicial Candidates for election.

## Our Team



O_415.234.5342
F_312.589.6378

rbalabanian@edelson.com

# Rafey S. Balabanian

Global Managing Partner
Director of Nationwide Litigation

Appointed lead class counsel in more than two dozen class actions in state and federal courts across the country.

Rafey started his career as a trial lawyer, serving as a prosecutor for the City of Chicago where he took part in dozens of trials. Rafey went on to join a litigation boutique in Chicago where he continued his trial work, before eventually starting with EDELSON in 2008. He is regarded by his peers as a highly skilled litigator, and has been appointed lead class counsel in more than two dozen class actions in state and federal courts across the country. His work has led to groundbreaking results in trial courts nationwide, including a $925 million jury verdict in Wakefield v. ViSalus-- the largest privacy verdict in this nation's history.  In 2020, Rafey was recognized as a top 100 lawyer in California by California Lawyer Magazine.

▸ Rafey has been at the forefront of protecting consumer data, and in 2018 helped lead the effort to obtain adversarial class certification for the first time in the history of the Illinois Biometric Information Privacy Act, on behalf of a class of Illinois users. On the eve of trial, the case settled for a record-breaking $650 million.

▸ Some of Rafey's more notable achievements include nationwide settlements involving the telecom industry, including companies such as AT&T, Google, Sony, Motricity, and OpenMarket valued at more than $100 million.

▸ Rafey has been appointed to represent state Attorneys General and regulators on a variety of issues including the District of Columbia in a suit against Facebook for the Cambridge Analytica Scandal. He also represents labor unions and governmental entities in lawsuits against the drug manufacturers and distributors over the ongoing opioid crisis.

▸ Rafey has also been appointed to the Executive Committee in the NCAA concussion cases, considered to be "one of the largest actions pending in the country, a multi district litigation ... that currently include [more than 300] personal injury class actions filed by college football players[.]" And he represents a member of the Tort Claimant's Committee in the PG&E Bankruptcy action, which resulted in a historic $13.5 billion settlement.

▸ Rafey served as trial court counsel in Robins v. Spokeo, Inc., 2:10-cv-05306-ODW-AGR, which has been called the most significant consumer privacy case in recent years.

## Rafey S. Balabanian

Global Managing Partner
Director of Nationwide Litigation

▸ Rafey's class action practice also includes his work in the privacy sphere, and he has reached groundbreaking settlements with companies like Netflix, LinkedIn, Walgreens, and Nationstar. Rafey also served as lead counsel in the case of Dunstan, et al. v. comScore, Inc., No. 11-cv-5807 (N.D. Ill.), where he led the effort to secure class certification of what is believed to be the largest adversarial class to be certified in a privacy case in the history of U.S. jurisprudence.

▸ Rafey's work in general complex commercial litigation includes representing clients ranging from "emerging technology" companies, real estate developers, hotels, insurance companies, lenders, shareholders and attorneys. He has successfully litigated numerous multi-million dollar cases, including several "bet the company" cases.

▸ Rafey is a frequent speaker on class and mass action issues, and has served as a guest lecturer on several occasions at UC Berkeley Boalt School of Law. Rafey also serves on the Executive Committee of the Antitrust, Unfair Competition and Privacy Section of the State Bar of California where he has been appointed Vice Chair of Privacy, as well as the Executive Committee of the Privacy and Cybersecurity Section of the Bar Association of San Francisco.

▸ Rafey received his J.D. from the DePaul University College of Law in 2005. A native of Colorado, Rafey received his B.A. in History, with distinction, from the University of Colorado – Boulder in 2002.

## Our Team



# Benjamin H. Richman

Managing Partner, Chicago office

## Appointed by the federal and state courts to be Class or Lead Counsel in dozens of cases

O_312.589.6377
F_312.589.6378

brichman@edelson.com

Benjamin handles plaintiff's-side class and mass actions, helping employees in the workplace, consumers who were sold deceptive products or had their privacy rights violated, individuals and families suffering the ill-effects of exposure to toxic chemicals, student athletes suffering from the effects of concussions, and labor unions and governmental bodies seeking to recover losses arising out of the opioid crisis. He also routinely represents technology and brick and mortar companies in a wide variety of commercial litigation and other matters. Overall, Ben has been appointed by the federal and state courts to be Class or Lead Counsel in dozens of cases. His suits have recovered hundreds of millions of dollars for his clients.

▸ Ben also represents state Attorneys General, counties, and cities in high-stakes litigation and investigations, including the State of Idaho in asserting claims against some of the largest pharmaceutical manufacturers and distributors in the world related to the ongoing opioid epidemic, including in the MDL pending in the Northern District of Ohio. Ben also leads the team representing approximately 50 other governmental entities in opioid litigation; the State of New Mexico in their lawsuit against Google LLC for allegedly collecting data from children under the age of 13 through its G-Suite for Education products and services; the District of Columbia in a suit against e-cigarette giant Juul for alleged predatory and deceptive marketing; and was appointed as a Special Assistant State's Attorney to prosecute Facebook's violations of the Illinois Consumer Fraud Act in the Cambridge Analytica scandal.

▸ Ben has been one of the primary forces behind the development of the firm's environmental practice. In the last year alone, Ben led a team representing hundreds of individuals across the country suffering the effects of exposure to ethylene oxide—a carcinogenic chemical compound used in sterilization applications—emitted into the air in their communities, including coordinating litigation across state and federal courts in various jurisdictions; was appointed to the Plaintiffs' Executive Committee overseeing the prosecution of the In re: Aqueous Film-Forming Foams Prods. Liability Litig., No. 18-mn-2873, MDL No. 2873 (D.S.C.) (which includes more than 500 cases against the largest chemical manufacturers in the world, among others); and was designated as a Panel Member on a State Attorney General's Environmental Counsel Panel, which was formed to assist and represent the State in a wide range of environmental litigation.

## Benjamin H. Richman

Managing Partner, Chicago office

▶ Ben is currently part of the team leading the In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation – Single Sport/Single School (Football) multidistrict litigation, bringing personal injury lawsuits against the NCAA, athletic conferences, and its member institutions over concussion-related injuries. In addition, Ben has and is currently acting as lead counsel in numerous class actions involving alleged violations of class members' common law and statutory rights (e.g., violations of Alaska's Genetic Privacy Act, Illinois' Biometric Information Privacy Act, the federal Telephone Consumer Protection Act, and others).

▶ Some of Ben's notable achievements include acting as class counsel in litigating and securing a $45 million settlement of claims against for-profit DeVry University related to allegedly false reporting of job placement statistics. He has acted as lead counsel in securing settlements collectively worth $50 million in over a half-dozen nationwide class actions against software companies involving claims of fraudulent marketing and unfair business practices. He was part of the team that litigated over a half-dozen nationwide class actions involving claims of unauthorized charges on cellular telephones, which ultimately led to settlements collectively worth hundreds of millions of dollars. And he has been lead counsel in numerous multi-million dollar privacy settlements, including several that resulted in individual payments to class members reaching into the tens of thousands of dollars and another that—in addition to securing millions of dollars in monetary relief—also led to a waiver by the defendants of their primary defenses to claims that were not otherwise being released.

▶ Ben's work in complex commercial matters includes successfully defending multiple actions against the largest medical marijuana producer in the State of Illinois related to the issuance of its cultivation licenses, and successfully defending one of the largest mortgage lenders in the country on claims of unjust enrichment, securing dismissals or settlements that ultimately amounted to a fraction of typical defense costs in such actions. Ben has also represented startups in various matters, including licensing, intellectual property, and merger and acquisition.

▶ Each year since 2015, Ben has been recognized by Super Lawyers as a Rising Star and Leading Lawyers as an Emerging Lawyer in both class action and mass tort litigation.

▶ Ben received his J.D. from The John Marshall Law School, where he was an Executive Editor of the Law Review and earned a Certificate in Trial Advocacy. While in law school, Ben served as a judicial extern to the late Honorable John W. Darrah of the United States District Court for the Northern District of Illinois. Ben has also routinely guest-lectured at various law schools on issues related to class actions, complex litigation and negotiation.

## Our Team



O_312.589.6374
F_312.589.6378

randrews@edelson.com

# Ryan D. Andrews

Partner

Appointed class counsel in numerous federal and state class actions nationwide.

Ryan presently leads the firm's complex case resolution and appellate practice group, which oversees the firm's class settlements, class notice programs, and briefing on issues of first impression.

▸ Ryan has been appointed class counsel in numerous federal and state class actions nationwide that have resulted in over $100 million in refunds to consumers, including: *Satterfield v. Simon & Schuster,* No. C 06 2893 CW (N.D. Cal.); *Ellison v Steve Madden, Ltd.,* No. cv 11-5935 PSG (C.D. Cal.); *Robles v. Lucky Brand Dungarees, Inc.,* No. 10-cv-04846 (N.D. Cal.); *Lozano v. 20th Century Fox,* No. 09-cv-05344 (N.D. Ill.); *Paluzzi v. Cellco P'ship,* No. 07 CH 37213 (Cir. Ct. Cook Cty., Ill.); and *Lofton v. Bank of America Corp.,* No. 07-5892 (N.D. Cal.).

▸ Representative reported decisions include: *Spokeo, Inc. v. Robins,* 136 S. Ct. 1540 (2016); *Kater v. Churchill Downs Inc.,* 886 F.3d 784 (9th Cir. 2018); *Warciak v. Subway Rests., Inc.,* 880 F.3d 870 (7th Cir. 2018), cert. denied, 138 S. Ct. 2692 (2018); *Beaton v. SpeedyPC Software,* 907 F.3d 1018 (7th Cir. 2018), cert. denied, ___ S. Ct. ___ (2019); *Klaudia Sekura v. Krishna Schaumburg Tan, Inc.,* 2018 IL App (1st) 180175; *Yershov v. Gannett Satellite Info. Network, Inc.,* 820 F. 3d 482 (1st Cir. 2016); *Resnick v. AvMed, Inc.,* 693 F. 3d 1317 (11th Cir. 2012); and *Satterfield v. Simon & Schuster, Inc.,* 569 F.3d 946 (9th Cir. 2009).

▸ Ryan graduated from the University of Michigan, earning his B.A., with distinction, in Political Science and Communications. Ryan received his J.D. with High Honors from the Chicago-Kent College of Law and was named Order of the Coif. Ryan has served as an Adjunct Professor of Law at Chicago-Kent, teaching a third-year seminar on class actions. While in law school, Ryan was a Notes & Comments Editor for The Chicago-Kent Law Review, earned CALI awards for the highest grade in five classes, and was a teaching assistant for both Property Law and Legal Writing courses. Ryan externed for the Honorable Joan B. Gottschall in the United State District Court for the Northern District of Illinois.

## Our Team



O_312.572.7218
F_312.589.6378

cdore@edelson.com

# Christopher L. Dore

Partner

## Appointed by the federal and state courts to be Class or Lead Counsel in dozens of cases

**Chris focuses his practice on emerging consumer technology and privacy issues, as well as mass tort and mass action matters.**

▸ Chris oversees the Firm's Case Development & Investigations Group. His team investigates complex technological fraud and privacy related violations, including fraudulent software and hardware, undisclosed tracking of online consumer activity, illegal data retention, and large-scale commercial data breaches. In the privacy space, Chris plays an active role in applying older federal and state statutes to new technologies. He has been appointed class counsel in multiple class actions, including one of the largest settlements under the Telephone Consumer Protection Act, ground-breaking issues in the mobile phone industry and fraudulent marketing, as well as consumer privacy.

▸ Chris also works on mass tort and mass action matters, including representing thousands of former football players suffering from the long-term effects of concussive and sub-concussive hits; hundreds of families who lost their homes, businesses, and even loved ones in the Camp Fire that ravaged Northern California in November 2018; and thousands of consumers exposed to toxic chemical emissions.

▸ Chris has been asked to appear on television, radio, and in national publications to discuss consumer protection and privacy issues, as well as asked to lecture at his alma mater on class action practice.

▸ Chris received his law degree from The John Marshall Law School, his M.A. in Legal Sociology from the International Institute for the Sociology of Law (located in Onati, Spain), and his B.A. in Legal Sociology from the University of California, Santa Barbara. Chris also serves on the Illinois Bar Foundation, Board of Directors.

## Our Team



O_312.572.7213
F_312.589.6378

dmindell@edelson.com

# David I. Mindell

Partner
Co-Chair, Public Client and Government Affairs group

Counsels governments and state and federal lawmakers
on a range of policy issues.

**David represents state Attorneys General, counties, and cities in high-stakes litigation and investigations involving consumer protection, information security and privacy violations, the opioid crisis, and other areas of enforcement that protect government interests and vulnerable communities. David also counsels governments and state and federal lawmakers on a range of policy issues involving consumer protection, privacy, technology, and data security.**

▸ In addition to his Public Client and Government Affairs practice, David helps direct the firm's Investigations team, including the group's internal lab "of computer forensic engineers and tech-savvy lawyers [who study] fraudulent software and hardware, undisclosed tracking of online consumer activity and illegal data retention." Cybersecurity & Privacy Practice Group of the Year, Law360 (Jan. 2019). His team's research has led to lawsuits involving the fraudulent development, marketing and sale of computer software, unlawful tracking of consumers through mobile-devices and computers, unlawful collection, storage, and dissemination of consumer data, mobile-device privacy violations, large-scale data breaches, unlawful collection and use of biometric information, unlawful collection and use of genetic information, and the Bitcoin industry.

▸ David also helps oversee the firm's class and mass action investigations, including claims against helmet manufacturers and the National Collegiate Athletic Association by thousands of former high school, college, and professional football players suffering from the long-term effects of concussive and sub-concussive hits; claims on behalf of hundreds of families and business who lost their homes, businesses, and even loved ones in the "Camp Fire" that ravaged thousands of acres of Northern California in November 2018; and on behalf of survivors of sexual abuse.

▸ Prior to joining EDELSON PC, David co-founded several tech, real estate, and hospitality related ventures, including a tech startup that was acquired by a well-known international corporation within its first three years. David has advised tech companies on a variety of legal and strategic business-related issues, including how to handle and protect consumer data. He has also consulted with startups on the formation of business plans, product development, and launch.

▸ While in law school, David was a research assistant for University of Chicago Law School Kauffman and Bigelow Fellow, Matthew Tokson, and for the preeminent cyber-security professor, Hank Perritt at the Chicago-Kent College of Law. David's research included cyberattack and denial of service vulnerabilities of the Internet, intellectual property rights, and privacy issues.

▸ David has spoken to a wide range of audiences about his investigations and practice.

## Our Team



O_312.267.2079
F_312.589.6378

rperlstadt@edelson.com

# Roger Perlstadt

Partner

## Briefed appeals and motions in numerous federal and state appellate courts.

Roger's practice focuses on appeals and critical motions. He has briefed appeals and motions in numerous federal and state appellate courts, including the United States Supreme Court's seminal case of Spokeo, Inc. v. Robins, and has argued multiple times before the United States Courts of Appeals for the Sixth, Seventh, Eighth, and Ninth Circuits.

▸ Roger has also briefed complex issues at the trial court level in cases throughout the country. These cases generally involve matters of first impression relating to new statutes or novel uses of long-standing statutes, as well as the intersection of privacy law and emerging technologies.

▸ Prior to joining EDELSON PC, Roger was a law clerk to United States District Court Judge Elaine E. Bucklo, an associate at a litigation boutique in Chicago, and a Visiting Assistant Professor at the University of Florida Levin College of Law. He has published articles on the Federal Arbitration Act in various law reviews.

▸ Roger has been named a Rising Star by Illinois Super Lawyer Magazine four times since 2010.

▸ Roger graduated from the University of Chicago Law School, where he was a member of the University of Chicago Law Review. After law school, he served as a clerk to the Honorable Elaine E. Bucklo of the United States District Court for the Northern District of Illinois.

## Our Team



O_415.234.5262
F_312.589.6378

erapp@edelson.com

# Eve-Lynn Rapp

Partner
Co-Chair, Public Client team

## Appointed by the federal and state courts to be Class or Lead Counsel in dozens of cases

**Eve focuses her practice on a wide range of consumer protection and privacy class and mass actions, as well as government enforcement litigation, including matters on behalf of various Attorneys General and municipalities and counties across the country. Eve has been appointed class counsel or led the litigation efforts in dozens of matters and has recovered or secured verdicts of over a billion dollars for her clients.**

▶ Specific to her Public Client and Government Affairs practice, Eve represents the District of Columbia in its litigation against Juul for its deceptive e-cigarette manufacturing and sales, the State of New Mexico in its suit against Google alleging that its G-Suite for Education product and services illegally collected data from New Mexico school children in violation of COPPA, and has helped to represent the State of Idaho and dozens of other government entities in their lawsuits against the pharmaceutical companies relating to the opioid crisis. Eve likewise represented the City of Chicago in the Equifax suit where she secured a landmark seven-figure settlement under Chicago's City-specific ordinance.

▶ Eve has also devoted a considerable amount of her practice to consumer technology cases, with a particular emphasis on cell phone telephony and Telephone Consumer Protection Act ("TCPA") cases, consumer fraud cases, and privacy lawsuits. Eve has helped lead approximately 40 TCPA class actions, including Wakefield v. ViSalus, Inc., No. 15-cv-01857, Hon. Michael H. Simon (D. Or.), where, as Class Counsel, she led and coordinated Edelson's litigation efforts, achieved certification of an adversarial TCPA class, and paved the way to a $925 million jury verdict. She also led Edelson's efforts in Birchmeier v. Caribbean Cruise Line, Inc. et al., No. 12-cv-04069 (N.D. Ill.), where, after obtaining class certification and partial summary judgment, she secured a $76 million settlement—the largest ever for a TCPA case—four days before trial. Eve likewise served as lead counsel in then one of the few "Do Not Call" TCPA cases to settle, resulting in a multi-million dollar settlement and affording class members with as much as $5,000 individually, and prosecuted dozens of TCPA cases on an individual basis in arbitrations, winning six-figure settlements.

Our Team

## Eve-Lynn Rapp

Partner
Co-Chair, Public Client team

▸ Eve is also responsible for leading one of the first "Internet of Things" cases under the Federal Wiretap Act against a company collecting highly sensitive personal information from consumers, in which she obtained a $5 million (CAD) settlement that afforded individual class members over one hundred dollars in relief.

▸ In addition to her government and privacy work, Eve has led over a dozen consumer fraud cases, against a variety of industries, including e-cigarette sellers, on-line gaming companies, electronic and sport products distributors. Most recently, she led and resolved a case against a well-known national fitness facility for misrepresenting its "lifetime memberships," which resulted in tens of millions of dollars of relief. She likewise has special expertise in products liability and pharmaceutical litigation--representing over a dozen municipalities in lawsuits against the pharmaceutical companies relating to the opioid crisis. Eve's victory in the United States Supreme Court in a products liability case involving the All Writs Act paved the way for hundreds of thousands of people to litigate their claims for deceptive marketing.

▸ From 2015-2019, Eve was selected as an Illinois Emerging Lawyer by Leading Lawyers.

▸ Eve received her J.D. from Loyola University of Chicago-School of Law, graduating cum laude, with a Certificate in Trial Advocacy. During law school, she was an Associate Editor of Loyola's International Law Review and externed as a "711" at both the Cook County State's Attorney's Office and for Cook County Commissioner Larry Suffredin. Eve also clerked for both civil and criminal judges (The Honorable Judge Yvonne Lewis and Plummer Lott) in the Supreme Court of New York. Eve graduated from the University of Colorado, Boulder, with distinction and Phi Beta Kappa honors, receiving a B.A. in Political Science.

## Our Team



O_312.239.3362
F_312.589.6378

ascharg@edelson.com

# Ari J. Scharg

Partner
Co-Chair, Government Affairs Group

## Recognized as one of the leading experts on privacy and emerging technologies.

**Ari counsels governmental entities and officials on a range of policy and strategic issues involving consumer protection, privacy, technology, and data security. Known as an aggressive advocate, Ari also leverages his experience litigating hundreds of complex class and mass action lawsuits to help local governments prosecute large-scale cost recovery actions, including those against the pharmaceutical companies responsible for the opioid crisis.**

▶ Recognized as one of the leading experts on privacy and emerging technologies, Ari serves on the inaugural Executive Oversight Council for the Array of Things Project where he advises on privacy and data security matters, chairs the Illinois State Bar Association's Privacy and Information Security Section, and was recently appointed by the Illinois Senate President to Co-Chair the Illinois Blockchain and Distributed Ledgers Task Force alongside Representative Michael Zalewski (21st Dist.). Ari was selected as an Illinois Rising Star by Super Lawyers (2013 – 2018), and received the Michigan State Bar Foundation's Access to Justice Award (2017) for "significantly advancing access to justice for the poor" through his consumer cases.

▶ Ari regularly speaks about data security and technology at law schools and conferences around the country, and has testified before the Michigan House of Representatives Committee on Commerce and Trade about the privacy implications raised by the surging data mining industry and the Nevada Assembly Commerce and Labor Committee about the privacy implications raised by the surreptitious collection and use of geolocation data.

▶ Ari received his B.A. in Sociology from the University of Michigan – Ann Arbor and graduated magna cum laude from The John Marshall Law School where he served as a Staff Editor for The John Marshall Law Review and competed nationally in trial competitions. During law school, he also served as a judicial extern to the Honorable Bruce W. Black of the U.S. Bankruptcy Court for the Northern District of Illinois.

## Our Team



O_312.572.7208
F_312.589.6378

bthomassen@edelson.com

# Ben Thomassen

Partner
Member, Issues & Appeals Group

*Appointed as class counsel in several high profile cases including, Harris v. comScore, Inc., No. 11-cv-5807*

**Ben regularly litigates complex issues—often ones of first impression—in trial and appellate courts, has been appointed as class counsel for numerous certified federal classes, and has played key roles in industry-changing cases that have secured millions of dollars of relief for consumers. Substantively, Ben's work focuses on issues concerning data privacy/security, technology, and consumer fraud.**

▸ Ben's work at the firm has achieved significant results for classes of consumers. He has been appointed as class counsel in several high profile cases, including, for example, *Harris v. comScore, Inc.*, No. 11-cv-5807 (N.D. Ill.) (in case against data analytics company, estimated to be the largest privacy class action certified on adversarial basis and resulted in $14 million settlement). Ben has also played critical and leading roles in developing, briefing, and arguing novel legal theories on behalf of his clients, including by delivering the winning oral argument to the Eleventh Circuit in the seminal case of *Resnick, et al. v. AvMed, Inc.*, No. 10-cv-24513 (S.D. Fla.) (appointed class counsel in industry-changing data breach case, which obtained a landmark appellate decision endorsing common law unjust enrichment theory, irrespective of whether identity theft occurred) and recently obtaining certification of a class of magazine subscribers in *Coulter-Owens v. Time, Inc.*, No. 12-cv-14390 (E.D. Mich.) (achieved adversarial certification in a privacy case brought by a class of magazine subscribers against a magazine publisher under Michigan's Preservation of Personal Privacy Act). His cases have resulted in millions of dollars to consumers.

▸ Ben graduated magna cum laude from Chicago-Kent College of Law, where he also earned a certificate in Litigation and Alternative Dispute Resolution and was named Order of the Coif. He also served as Vice President of Chicago-Kent's Moot Court Honor Society and earned (a currently unbroken firm record of) seven CALI awards for receiving the highest grade in Appellate Advocacy, Business Organizations, Conflict of Laws, Family Law, Personal Income Tax, Property, and Torts. In 2017, Ben was selected as an Illinois Emerging Lawyer by Leading Lawyers.

▸ Before settling into his legal career, Ben worked in and around the Chicago and Washington, D.C. areas in a number of capacities, including stints as a website designer/developer, a regular contributor to a monthly Capitol Hill newspaper, and a film projectionist and media technician (with many years' experience) for commercial theatres, museums, and educational institutions. Ben received a Master of Arts degree from the University of Chicago and his Bachelor of Arts degree, summa cum laude, from St. Mary's College of Maryland.

## Our Team



O_773.389.2153
F_312.589.6378

aturner@edelson.com

# Arthur Turner II

Of Counsel

## Sponsored legislation to increase economic development and help give loans to small businesses.

**Art's practice focuses on consumer and privacy-related class actions and mass tort litigation.**

- ▶ After college, Art served as a community organizer and mentor to youth in North Lawndale. He worked as a tax credit analyst and underwriter for the Illinois Housing Development Authority. In 2010, he was elected to serve as the state representative in the 9th House District.

- ▶ As a legislator, Art sponsored legislation to increase economic development and help give loans to small businesses; particularly in areas in need of the greatest economic growth. Art advocated for stronger personal privacy measures to protect consumers and their personal information online. Art's legislative agenda also focused on providing affordable housing for Illinois residents, and access to quality health care for all.

- ▶ Art joined the House Leadership team in 2013 as an Assistant Majority leader. He became Deputy Majority Leader in 2017. Art served as a member of various committees including Executive, Revenue & Finance, Public Utilities, Cybersecurity; Data Analytics & IT, and chairman of the Judiciary – Criminal Law Committee.

- ▶ Art has been recognized for his legislative efforts by a wide variety of advocates and organizations, including being named an Edgar Fellow in 2012.

- ▶ Art graduated with a degree in political science from Morehouse College and received his J.D. from Southern Illinois University School of Law.

## Our Team



O_312.572.7212
F_312.589.6378

tbenjamin@edelson.com

# Theo Benjamin

Associate

Led the litigation and settlement of a variety of class action cases alleging claims under federal, state, and local laws.

**Theo's practice focuses on consumer, privacy, tech-related class actions, and mass tort litigation.**

▸ Theo is a member of Edelson's COVID-19 Legal Task Force and is currently litigating insurance class actions on behalf of businesses nationwide alleging wrongful denial of claims for business interruption insurance coverage resulting from losses sustained due to the ongoing COVID-19 pandemic. Theo is also litigating and represents former college and high school athletes suffering from the harmful effects of concussive and sub-concussive head impacts. Theo's recent work includes litigating and protecting the rights of consumers under state laws like the Illinois Biometric Information Privacy Act (BIPA).

▸ Theo received his J.D. from Northwestern Pritzker School of Law, where he served as a Comment Editor for Northwestern's Journal of Criminal Law & Criminology and founded Northwestern's chapter of the International Refugee Assistance Project and helped provide legal aid, representation, and policy research to refugees and asylum seekers undergoing the U.S. resettlement process.

## Our Team



O_312.872.4566
F_312.589.6378

edawkins@edelson.com

# Éviealle Dawkins

Associate

## Member of the Charles Hamilton Houston National Moot Court Team at Howard University School of Law.

**Éviealle practice focuses on consumer, privacy-related, and tech-related class actions.**

▸ Éviealle received her J.D. from Howard University School of Law, where she was a member of the Charles Hamilton Houston National Moot Court Team, a student attorney in the Fair Housing Clinic and Alternative Dispute Resolution Consortium and served on the executive board of the Student Bar Association.

▸ Prior to becoming a lawyer, Éviealle worked in campaigns and political consulting as an Operations Director and Project Manager. She served as a White House Intern in Spring 2013.

## Our Team



O_415.212.9300
F_312.589.6378

lhough@edelson.com

# Lily Hough

Associate

## A key player in defeating a motion to dismiss claims under the federal Wiretap Act.

**Lily's practice focuses on consumer privacy-related class actions.**

▸ Lily has extensive experience litigating complex technical issues and novel legal theories in "Internet of Things" privacy cases arising under federal and state laws. For example, in *S.D. v. Hytto, Ltd., d/b/a Lovense*, No. 3:18-cv-00688 (N.D. Cal.), Lily was a key player in defeating a motion to dismiss claims under the federal Wiretap Act in a class action lawsuit alleging that an adult sex toy company collected highly sensitive data on customer usage. During her first year of practice, Lily briefed and argued a successful opposition to a motion to dismiss another class action under the federal Wiretap Act, in which she represented users of the Golden State Warriors' mobile application in *Satchell v. Sonic Notify, Inc. d.b.a. Signal 360 et al.*, No. 3:16-cv-04961 (N.D. Cal.).

▸ Lily has also achieved unique victories in efforts to end harassing robocalls to consumers through class action lawsuits under the Telephone Consumer Protection Act ("TCPA"). In 2019, she and co-counsel represented class members in a jury trial that secured a $925 million verdict in *Wakefield v. Visalus, Inc.*, No. 3:15-cv-01857 (D. Or.). Lily recently defeated a motion to dismiss TCPA claims and successfully litigated challenging questions of statutory interpretation involving whether job offer solicitations constituted "telemarketing" in *Risher v. Adecco, Inc., et al.*, No. 3:19-cv-05602 (N.D. Cal.).

▸ In 2020, Lily joined the firm's efforts to litigate claims by survivors of childhood sexual abuse against various entities under California's recently enacted AB 218.

▸ Lily received her J.D., cum laude, from Georgetown University Law Center. In law school, Lily served as a Law Fellow for Georgetown's first year Legal Research and Writing Program and as the Executive Editor of the Georgetown Immigration Law Journal. She participated in D.C. Law Students In Court, one of the oldest clinical programs in the District of Columbia, where she represented tenants in Landlord & Tenant Court and plaintiff consumers in civil matters in D.C. Superior Court. She also worked as an intern at the U.S. Department of State in the Office of the Legal Adviser, International Claims and Investment Disputes (L/CID).

▸ Prior to law school, Lily attended the University of Notre Dame, where she graduated magna cum laude with departmental honors and earned her B.A. in Political Science and was awarded a James F. Andrews Scholarship for commitment to social concerns. She is also a member of the Pi Sigma Alpha and Phi Beta Kappa honor societies.

## Our Team



O_415.234.5344
F_312.589.6378

alawson@edelson.com

# J. Aaron Lawson

Associate

Argued in four federal Courts of Appeals and numerous district courts around the country.

Aaron's practice focuses on appeals and complex motion practice. Aaron regularly litigates complex issues in both trial and appellate courts, including jurisdictional issues and class certification. Aaron has argued in four federal Courts of Appeals and numerous district courts around the country. In 2019, Aaron won and successfully defended class certification in a case challenging Facebook's collection of facial recognition data gathered through the platform's photo tagging feature. The case settled on the eve of trial for a record breaking $650 million.

▸ In addition to his work at Edelson PC, Aaron serves on the Privacy Subcommittee of the California Lawyers Association's Antitrust, UCL & Privacy Section, and edits the yearly treatise produced by the subcommittee.

▸ Prior to joining EDELSON PC, Aaron served for two years as a Staff Attorney for the United States Court of Appeals for the Seventh Circuit, handling appeals involving a wide variety of subject matter, including consumer-protection law, employment law, criminal law, and federal habeas corpus. While at the University of Michigan Law School, Aaron served as the Managing Editor for the Michigan Journal of Race & Law, and participated in the Federal Appellate Clinic. In the clinic, Aaron briefed a direct criminal appeal to the United States Court of Appeals for the Sixth Circuit, and successfully convinced the court to vacate his client's sentence.

## Our Team



O_415.638.9660
F_312.589.6378

tlogan@edelson.com

# Todd Logan

Associate

## Led the litigation and settlement of a variety of class action cases alleging claims under federal, state, and local laws.

Todd focuses his practice on class and mass actions and large-scale governmental suits. He represents Butte County residents who lost their homes and businesses in the Camp Fire, governments and other entities seeking to recover losses arising out of the nationwide opioid epidemic, former NCAA football players suffering from the harmful effects of concussions, consumers seeking compensation for their gambling losses to illegal internet casinos, and consumers who have been defrauded or otherwise suffered damages under state consumer protection laws.

▸ In recent years, Todd has led the litigation and settlement of a variety of class action cases alleging claims under federal, state, and local laws. For example, in Dickey v. Advanced Micro Devices, Inc., No. 15-cv-04922, 2019 WL 251488, (N.D. Cal. Jan. 17, 2019), Todd briefed and argued a successful motion for nationwide class certification in a complex consumer class action alleging claims under California Law. In Robins v. Spokeo, No. 10-cv-5306 (C.D. Cal.), after remand from both the Supreme Court and the Ninth Circuit, Todd led the litigation of the class' claims under the Fair Credit Reporting Act for more than a year before the case entered settlement posture on favorable terms. And in Sekura v. L.A. Tan Enterprises, Inc., No. 15-CH-16694 (Cir. Ct. Cook Cty., Ill.), Todd represented a class of consumers alleging claims under Illinois' Biometric Information Privacy Act (BIPA) and ultimately obtained a seven-figure class action settlement – the first ever BIPA class action settlement.

▸ Before becoming a lawyer, Todd built SQL databases for a technology company and worked at various levels in state and local government. Todd received his J.D. cum laude from Harvard Law School, where he was Managing Editor of the Harvard Journal of Law and Technology. Todd also assisted Professor William B. Rubenstein with research and analysis on a wide variety of class action issues, and is credited for his work in more than eighty sections of Newberg on Class Actions.

▸ From 2016-17, Todd served as a judicial law clerk for the Honorable James Donato of the Northern District of California.

## Our Team



O_312.561.4106
F_312.589.6378

movca@edelson.com

# Michael Ovca

Incoming Associate

Litigating a half-dozen Telephone Consumer Protection Act cases.

**Michael focuses on consumer, privacy-related and technology-related class actions.**

▸ Michael's recent consumer class action work involves bringing claims on behalf of students suing for-profit colleges that used allegedly-fraudulent advertising to lead them to enroll. Michael's environmental practice involves representing individuals who were exposed to ethylene oxide ("EtO") emitted by medical equipment sterilization and chemical manufacturing plants, as well as those exposed to dangerous "forever" chemicals through tainted groundwater that accumulate in the body, ultimately causing cancer. Michael is also litigating a half-dozen Telephone Consumer Protection Act cases brought by recipients of text messages sent by entertainment venues from around the country. In terms of governmental representation, Michael has worked on cases brought by the City of Chicago against Uber; by various cities and towns in Illinois against opiate manufacturers, distributors, and prescribers; and a village seeking to prevent the closure of its hospital.

▸ Michael received his J.D. cum laude from Northwestern University, where he was an associate editor of the Journal of Criminal Law and Criminology, and a member of several award-winning trial and moot court teams.

▸ Prior to law school, Michael graduated summa cum laude with a degree in political science from the University of Illinois.

## Our Team



O_312.874.7650
F_312.589.6378

epenkowski@edelson.com

# Emily Penkowski

Incoming Associate

## Cum laude from Northwestern University Pritzker School of Law

**Emily's practice focuses on privacy- and tech-related class actions.**

▸ Emily received her J.D. cum laude from Northwestern University Pritzker School of Law, where she served as an Associate Editor of Northwestern University Law Review and a Problem Writer for the 2020 Julius Miner Moot Court Board. Emily participated in the Bluhm Legal Clinic's Supreme Court Clinic, where she worked on cases before the Supreme Court including *Ritzen Group, Inc. v. Jackson Masonry, LLC,* 140 S. Ct. 582, 584 (2020). She placed on the Dean's List every semester and served on the student executive boards for the Moot Court Society and the Collaboration for Justice, a justice system reform-oriented student group.

▸ Emily spent her law school summers at the Maryland Office of the Attorney General and the U.S. Attorney's Office for the Western District of Washington. In the Western District of Washington, Emily assisted in prosecuting cryptocurrency money laundering, cybercrime, and complex frauds. In Maryland, she wrote criminal appeals briefs for the State in the Maryland Court of Special Appeals

▸ Before entering law school, Emily worked as an intelligence analyst for the National Security Agency, in the Office of Counterintelligence & Cyber (previously the NSA/CSS Threat Operations Center) and the Office of Counterterrorism. She analyzed significant, technical, complex, and short-suspense intelligence in support of law enforcement, military, computer network defense, diplomatic, and other intelligence efforts, while serving as a "reporting expert" for over three hundred analysts on an agency-wide project. She also briefed NSA and military leadership on cyber and counterintelligence threats to the U.S. government and military.

▸ As a digital network analyst, Emily increased intelligence coverage on a counterterrorism target through social network analysis, including eigenvector and cluster analysis, used metric databases to manage and prioritize intelligence collection, and worked with collectors to streamline data flows and eliminate duplicative sources of information.

▸ Emily received her Bachelor of Science in International Studies, specializing in Security and Intelligence, at Ohio State. She also received minors in Computer and Information Science and Mandarin Chinese. She began learning Mandarin in high school. During college, Emily interned at the National Security Agency, in the Office of Counterproliferation, and at Huntington National Bank, on its Anti-Money Laundering and Bank Secrecy Act team.

## Our Team



O_312.572.7211
F_312.589.6378

aplawinski@edelson.com

# Albert J. Plawinski

Associate
Member, Investigations and Mass Actions teams

Works on the development of the environmental mass tort and mass action cases.

Albert identifies and evaluates potential cases and works with the firm's computer forensic engineers to investigate privacy violations by consumer products and IoT devices. Albert also works on the development of the environmental mass tort and mass action cases, including preparing lawsuits on behalf of (1) victims of the California Camp Fire—the largest and most devastating fire in California's history; (2) individuals exposed to toxic chemicals in their drinking water; and (3) individuals exposed to carcinogenic ethylene oxide.

▸ Albert received his J.D. from the Chicago-Kent College of Law. While in law school, Albert served as the Web Editor of the Chicago-Kent Journal of Intellectual Property. Albert was also a research assistant for Professor Hank Perritt for whom he researched various legal issues relating to the emerging consumer drone market—e.g., data collection by drone manufacturers and federal preemption obstacles for states and municipalities seeking to legislate the use of drones. Additionally, Albert earned a CALI award for receiving the highest course grade, in Litigation Technology.

▸ Prior to law school, Albert graduated with Highest Distinctions with a degree in Political Science from the University of Illinois at Urbana-Champaign.

Our Team



# Dan Schneider

Associate

## Protects the rights of consumers under state laws.

O_312.572.7203
F_312.589.6378

dschneider@edelson.com

Dan's his practice focuses on plaintiff-side class action and mass tort litigation. He represents former college and high school athletes suffering from the harmful effects of concussive and sub-concussive head impacts. Dan also protects the rights of consumers under state laws like the Illinois Biometric Information Privacy Act (BIPA) and federal laws like the Telephone Consumer Protection Act (TCPA).

▶ Dan received his J.D. summa cum laude from the University of Wisconsin, where he served as an Articles Editor for the Wisconsin Law Review.

▶ Prior to law school, Dan graduated magna cum laude with a B.A. in Visual and Media Arts from Emerson College. He worked as a freelance journalist for many years covering economics, activism, and music in the Boston area. His work has appeared in The Atlantic, The Boston Globe, and In These Times, among other outlets.

## Our Team



O_415.234.5345
F_312.589.6378
bsilverkorn@edelson.com

# Brandt Silver-Korn

Associate

## Focuses on class and mass actions and large-scale governmental suits.

Brandt's practice focuses on class and mass actions and large-scale governmental suits. His current clients include families who lost their homes and businesses in the Camp Fire, communities that have been severely impacted by the opioid epidemic, and consumers who have suffered gambling losses to illegal internet casinos.

▸ Brandt received his J.D. from Stanford Law School, where he was awarded the Gerald Gunther Prize for Outstanding Performance in Criminal Law, and the John Hart Ely Prize for Outstanding Performance in Mental Health Law. While in law school, Brandt was also the leading author of several simulations for the Gould Negotiation and Mediation Program.

▸ Prior to law school, Brandt graduated summa cum laude from Middlebury College with a degree in English and American Literatures.

## Our Team



O_312.589.6379
F_312.589.6378

atievsky@edelson.com

# Alexander G. Tievsky

Associate

Briefed and argued cases in numerous federal appellate and district court.

**Alex concentrates on complex motion practice and appeals in consumer class action litigation.**

- Alex has briefed and argued cases in numerous federal appellate and district courts, and he has successfully defended consumers' right to have their claims heard in a federal forum, including, for example, defeating Facebook's attempt to deprive its users of a federal forum to adjudicate their claims for wrongful collection of biometric information in violation of state privacy statute in In re Facebook Biometric Info. Privacy Litig., 290 F. Supp. 3d 948 (N.D. Cal. 2018), aff'd 932 F.3d 1264 (9th Cir. 2019); winning reversal of summary judgment in Telephone Consumer Protection Act (TCPA) case on the basis that the defendant could be held liable for ratifying the actions of its callers, even though it did not place the calls itself in Henderson v. United Student Aid Funds, Inc., 918 F.3d 1068 (9th Cir. 2019); and winning reversal of district court's dismissal in first-of-its-kind ruling that so-called "free to play" casino apps are illegal gambling, which allows consumers to recover their losses under Washington law. See Kater v. Churchill Downs, Inc., 886 F.3d 784 (9th Cir. 2018)

- Alex received his J.D. from the Northwestern University School of Law, where he graduated from the two-year accelerated J.D. program. While in law school, Alex was Media Editor of the Northwestern University Law Review. He also worked as a member of the Bluhm Legal Clinic's Center on Wrongful Convictions. Alex maintains a relationship with the Center and focuses his public service work on seeking to overturn unjust criminal convictions in Cook County.

- Alex's past experiences include developing internal tools for an enterprise software company and working as a full-time cheesemonger. He received his A.B. in linguistics with general honors from the College of the University of Chicago.

## Our Team



O_312.819.2104
F_312.589.6378

sufkes@edelson.com

# Schulyler Ufkes

Associate

## Currently litigating consumer class actions on behalf of employees under the Illinois Biometric Information Privacy Act

**Schullyer focuses on consumer and privacy-related class actions.**

▸ Schuyler is currently litigating nearly a dozen consumer class actions on behalf of employees under the Illinois Biometric Information Privacy Act ("BIPA") for their employers' failure to comply with the Act's notice and consent requirements before collecting, storing, and in some instances disclosing their biometric data. Schuyler is also litigating several Telephone Consumer Protection Act cases brought by recipients harassing debt-collection calls as well as spam text messages.

▸ Schuyler received his J.D. magna cum laude, and Order of the Coif, from the Chicago-Kent College of Law. While in law school, Schuyler served as an Executive Articles Editor for the Chicago-Kent Law Review and was a member of the Moot Court Honor Society. Schuyler earned five CALI awards for receiving the highest grade in Legal Writing II, Legal Writing III, Pretrial Litigation, Supreme Court Review, and Professional Responsibility.

▸ Prior to law school, Schuyler graduated with High Honors from the University of Illinois Urbana-Champaign earning a degree in Consumer Economics and Finance.

## Our Team



O_312.242.0859
F_312.589.6378

ewadescott@edelson.com

# J. Eli Wade-Scott

Associate

## Returned some of the highest per-person relief ever secured in a privacy case.

Eli's practice focuses on privacy- and tech-related class actions and enforcement actions brought by governments. Eli has been appointed to represent several states, including as a Special Assistant State's Attorney to prosecute Facebook's violations of the Illinois Consumer Fraud Act in the Cambridge Analytica scandal, and by the State of New Mexico to prosecute Google's violations of the Children's Online Privacy Protection Act. In his work representing classes of employees and consumers, Eli has returned some of the highest per-person relief ever secured in a privacy case—resulting in checks for nearly a thousand dollars to be sent directly to entire classes with no need to make a claim.

> Before joining Edelson, Eli served as a law clerk to the Honorable Rebecca Pallmeyer of the Northern District of Illinois. Eli has also worked as a Skadden Fellow at Legal Aid Chicago, Cook County's federally-funded legal aid provider. There, Eli represented dozens of low-income tenants in affirmative litigation against their landlords to remedy dangerous housing conditions.

> Eli received his J.D. magna cum laude from Harvard Law School, where he was an Executive Editor on the Harvard Law and Policy Review and a research assistant to Professor Vicki C. Jackson.

## Our Team



O_773.906.5346
F_312.589.6378

jwright@edelson.com

# Jacob Wright

Director of Public Policy

## Advises federal, state, county, and local government officials on a variety of issues.

**Jacob is part of the firm's Public Client and Government Affairs Group. Jacob advises federal, state, county, and local government officials on a variety of issues involving consumer protection, data security, privacy, and technology. Jacob's work includes working alongside numerous public interest organizations and non-governmental organizations to defend current law and advocate for the adoption of new laws that better protect consumers.**

▸ Jacob has testified multiple times before committees in both the Illinois House of Representatives and the Illinois Senate. He has also guest lectured at the Chicago-Kent College of Law and is frequently asked to speak at town halls, public forums, and conferences involving issues such as privacy, net neutrality, data security, and technology.

▸ Prior to joining Edelson, Jacob was Assistant Counsel to the Speaker of the Illinois House of Representatives where he was tasked with reviewing and drafting legislation, analyzing bills, providing memoranda and analyses on legislative matters to House leadership, and assisting House members with committee testimony and floor debate.

▸ Jacob received his B.A. in Government and Middle Eastern Studies from the University of Texas at Austin, received his MA in International Affairs from the American University School of International Service, and graduated cum laude from American University Washington College of Law. During law school, he clerked for the Honorable Sally D. Adkins of the Maryland Court of Appeals and worked in the Office of U.S. Senator Richard J. Durbin.

▸ Jacob is a Member of the Equality Illinois Political Action Committee as well as a Next Generation Board Member of La Casa Norte.

## Our Team



O_312.589.6373
F_312.589.6378

sdavis@edelson.com

# Shawn Davis

Director of Digital Forensics

Experience testifying in federal court, briefing members
of U.S. Congress on Capitol Hill.

**Shawn leads a technical team in investigating claims involving privacy violations and tech-related abuse. His team's investigations have included claims arising out of the fraudulent development, marketing, and sale of computer software, unlawful tracking of consumers through digital devices, unlawful collection, storage, and dissemination of consumer data, large-scale data breaches, receipt of unsolicited communications, and other deceptive marketing practices.**

▸ Shawn has experience testifying in federal court, briefing members of U.S. Congress on Capitol Hill, and is routinely asked to testify before legislative bodies on critical areas of cybersecurity and privacy, including those impacting the security of our country's voting system, issues surrounding children privacy (with a special emphasis on surreptitious geotracking), and other ways data collectors and aggregators exploit and manipulate people's private lives. Shawn has taught courses on cybersecurity and forensics at the undergraduate and graduate levels and has provided training and presentations to other technology professionals as well as members of law enforcement, including the FBI.

▸ Shawn's investigatory work has forced major companies (from national hotel chains to medical groups to magazine publishers) to fix previously unrecognized security vulnerabilities. His work has also uncovered numerous issues of companies surreptitiously tracking consumers, which has led to groundbreaking lawsuits

▸ Prior to joining EDELSON PC, Shawn worked for Motorola Solutions in the Security and Federal Operations Centers as an Information Protection Specialist. Shawn's responsibilities included network and computer forensic analysis, malware analysis, threat mitigation, and incident handling for various commercial and government entities.

▸ Shawn is an Adjunct Industry Associate Professor for the School of Applied Technology at the Illinois Institute of Technology (IIT) where he has been teaching since December of 2013. Additionally, Shawn is a faculty member of the IIT Center for Cyber Security and Forensics Education which is a collaborative space between business, government, academia, and security professionals. Shawn's contributions aided in IIT's designation as a National Center of Academic Excellence in Information Assurance by the National Security Agency.

▸ Shawn graduated with high honors from the Illinois Institute of Technology with a Masters of Information Technology Management with a specialization in Computer and Network Security. During graduate school, Shawn was inducted into Gamma Nu Eta, the National Information Technology Honor Society.