# Exhibit 7

1    [CAP/SIG retrieved by:   [Initials] on 5/17/18 at 12:06 p.m.]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11   In re FACEBOOK BIOMETRIC              )   Master File No. 3:15-cv-03747-JD
     INFORMATION PRIVACY LITIGATION        )
12   _____   )   CLASS ACTION
                                           )
13   This Document Relates To:             )   DECLARATION OF CARLO LICATA
                                           )
14        ALL ACTIONS.                     )
                                           )
15   _____   )

16

17

18

19

20

21

22

23

24

25

26

27

28

4841-2176-6837.v1

1    I, Carlo Licata, declare as follows:

2    1.    I am a citizen of the state of Illinois and I am one of the three Class

3    Representatives in the above referenced case against Facebook.

4    2.    I respectfully submit this Declaration in support of the $650,000,000 settlement

5    (the "Settlement") of this case between the plaintiffs and the certified Class of Facebook users

6    for whom Facebook created or stored a face template from June 7, 2011 and Facebook.

7

8    3.    I have directly participated in the case from its inception. To my knowledge, I was

9    the first-ever individual to assert their rights in a suit brought under the Illinois Biometric

10   Privacy Act. Since that time I have been kept fully informed of case developments and

11   procedural matters over the course of the this case, including regular correspondence with my

12   lawyers at Edelson PC concerning discovery, class certification, summary judgment, Ninth

13   Circuit briefing and review, the potential for United States Supreme court review, settlement

14   negotiations,  and  the ultimate proposed resolution of this case.  Specifically, as part of my role

15   as class representative in this case I searched for, identified, and provided relevant documents

16   and information in response to discovery requests from Facebook, and sat for two depositions,

17   the first on February 17, 2016, and then on October 24, 2017. I also worked closely with my

18   lawyers at Edelson PC to prepare for these depositions, and to prepare a declaration in support of

19   Plaintiffs' Motion for Class Certification. In addition, the Court-ordered mediation that was

20   scheduled took place during my honeymoon. I attended that mediation by phone, which took

21   place overnight where I was at the time.

22   4.    Altogether, I would estimate that I have expended at least 55 hours participating

23   in and helping to oversee this litigation on behalf of the Class.

24

25   5.    I have discussed with counsel and evaluated the risks of continuing the case and

26   authorized counsel to settle this matter for $650,000,000 for Class Members and non- monetary

27

28

DECLARATION OF CARLO LICATA - 3:15-cv-03747-JD                                    - 1 -
4841-2176-6837.v1

1   relief including the requirement that Facebook turn off Facial Recognition for everyone in the

2   Class unless those people provided their informed choice to turn it back on (and that all face

3   templates will be deleted if people don't agree to turn it back on). I believe this Settlement is fair

4   and reasonable and is in the best interest of the Class members.

5

6

7       I declare under penalty of perjury that the foregoing is true and correct.

8

9       Executed this _____ day of October 2020 at Chicago, Illinois.
                    09

10

11

12                                          *Carlo Licata*
                                            CARLO LICATA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CARLO LICATA - 3:15-cv-03747-JD                                      - 2 -
4841-2176-6837.v1