# Exhibit 9

1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. 3:15-cv-03747-JD <br> <u>CLASS ACTION</u> <br> DECLARATION OF ADAM PEZEN |
|---|---|---|
| This Document Relates To: <br><br> ALL ACTIONS. | | |

I, Adam Pezen, declare as follows:

1. I am a resident of Illinois, and one of the three named plaintiffs and Class Representatives in the above referenced litigation against Facebook.

2. I respectfully submit this Declaration in support of the $650,000,000 settlement (the "Settlement") of the case between Facebook, on the one hand, and the plaintiffs and certified Class of Facebook users for whom Facebook created or stored a face template since June 7, 2011, on the other.

3. Over the course of more than five years of litigation, I have directly participated in the case from its inception and kept fully informed of case developments and procedural matters. I reviewed and provided input into the complaint and many other legal filings drafted by Class Counsel Labaton Sucharow LLP's ("Labaton"), Robbins Geller Rudman & Dowd LLP's and Edelson PC. Through email correspondence, phone calls and in-person meetings with my attorneys at Labaton, I have stayed informed about the significant events throughout the course of the case, including with respect to the motions to dismiss, class certification, summary judgment, appellate proceedings, settlement negotiations and the ultimate proposed resolution of this class action.

4. Specifically, both for my own sake and to satisfy my duties as class representative, I:

   (a) reviewed drafts of the complaint and many other court filings in district court (both in Illinois and California) and appellate courts, and provided my input as a plaintiff and class representative;

   (b) searched for, identified and provided relevant documents and information in response to discovery requests;

   (c) was deposed twice, once on February 18, 2016 and again on October 24, 2017, and met with my attorneys at Labaton before each deposition to prepare;

   (d) flew from Chicago to San Francisco in April of 2018 to attend and participate in a court-ordered mediation;

DECLARATION OF ADAM PEZEN - 3:15-cv-03747-JD                                                                - 1 -

      (e)    spoke with my attorneys at Labaton about Facebook's offer to settle the case, informed myself about the risks of continued litigation, and ultimately approved of the Settlement in my role as class representative;

      (f)    reviewed drafts of the settlement agreement and discussed it in detail with my attorneys at Labaton; and

      (g)    discussed the procedure for notifying class members about the Settlement and optimizing the process for class members to submit claims with my attorneys at Labaton.

5.    There were multiple instances throughout the case in which I either took off work, or otherwise re-arranged my work schedule, in order to participate in the case and fulfill my responsibilities as a class representative.  In one instance I was compensated for actual lost wages incurred as a result of my having to take time off from non-salaried employment to travel to San Francisco to participate in a mediation in the amount of $792.00.  I have not received any other compensation or reimbursement for my time spent on this case.

6.    In total, I estimate that I expended at least 60 hours in my oversight and participation in the case as a plaintiff and class representative.

7.    I have discussed with counsel and evaluated the risks of continuing the case and authorized counsel to settle for $650,000,000 and non- monetary relief, including the requirement that Facebook turn off Facial Recognition for everyone in the Class unless those people make an informed choice to turn it back on (and that all face templates will be deleted if people do not agree to turn it back on). I believe this Settlement is fair and reasonable and is in the best interest of the Class Members.

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF ADAM PEZEN - 3:15-cv-03747-JD      - 2 -

1
2 | Executed on October 14, 2020, in Chicago, Illinois.
3
4
5                                                                   ADAM PEZEN
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
DECLARATION OF ADAM PEZEN - 3:15-cv-03747-JD                           - 3 -
4841-2176-6837.v1