3:15-cv-03747-JD

3:18-md-~~2843-JD~~

To whom this may concern:                            9/26/2020

This letter is regarding the Facebook Recognition Class Action Lawsuit. I am not pleased with knowing my face appeared in a picture or pictures uploaded to Facebook after June 7, 2011 WITHOUT my permission. This was unfair and I would like to receive settlement benefits for my rights being violated at this time. I completed the claim form online to start the process for settlement payment.

Filed &
~~RECEIVED~~

OCT 19 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



SCANNED

Thank You,

Antoinette Lumpkin