# EXHIBIT A

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8
9
10

IN RE FACEBOOK BIOMETRIC
INFORMATION PRIVACY LITIGATION

Case No.  15-cv-03747-JD

CLASS ACTION

**DECLARATION OF LANA LUCCHESI RE: NOTICE PROCEDURES AND CAFA MAILING**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

I, Lana Lucchesi, declare and state as follows:

1.      I am a Director with Gilardi & Co. LLC and KCC Class Action Services, LLC (collectively "Gilardi"), located in San Rafael, California.   Pursuant to the Order Granting Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order") dated August 19, 2020, the Court appointed Gilardi as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1]  I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

## CAFA NOTIFICATION

2.      In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, Gilardi compiled a CD-ROM containing the following documents: Class Action Complaint and Demand for Jury Trial filed by Carlo Licata in the Circuit of Cook County, Illinois County Department, Chancery Division (Case No. 1:15-cv-04022), Class Action Complaint filed by Adam Pezen in the Northern District of Illinois, Eastern Division (Case No. 1:15-cv-03484), Class Action Complaint for Violations of the Illinois Biometric Information Privacy Act filed by Nimesh Patel in the Northern District of Illinois, Eastern Division (Case No. 3:15-cv-03747-JD), Consolidated Class Action Complaint filed in the Northern District of California, San Francisco Division (Case No. 3:15-cv-03747-JD), Plaintiffs' Unopposed Notice of Motion and Motion for Preliminary Approval of Class Action Settlement; Memorandum of Points and Authorities in Support Thereof, Declaration of Jay Edelson, [Proposed] Order Granting Motion for Preliminary Approval of Class Action Settlement, Claim Form, Email Notice, Jewel Notice, News Feed Notice, Publication Notice, Long Form Notice, and Stipulation of Class Action Settlement, which accompanied a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

3.      On May 18, 2020, Gilardi caused fifty-eight (58) CAFA Notice Packets to be

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Amended Stipulation of Class Action Settlement, dated July 22, 2020 (the "Amended Stipulation") and/or the Preliminary Approval Order.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on Exhibit B, i.e., the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, the Attorneys General of the 5 recognized U.S. Territories, as well as parties of interest to this Action.

4.      In further compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, Gilardi compiled a supplemental CD-ROM containing the following documents: Notice of Amended Stipulation of Class Action Settlement (as filed on July 22, 2020, Dkt. No. 468), Amended Stipulation of Class Action Settlement (as filed on July 22, 2020, as Exhibit A to Notice of Amended Stipulation of Class Action Settlement), Claim Form (as filed on July 22, 2020, as Exhibit A to Amended Stipulation of Class Action Settlement), Jewel Notice (as filed on July 22, 2020, as Exhibit B to Amended Stipulation of Class Action Settlement), Publication Notice (as filed on July 22, 2020, as Exhibit C to Amended Stipulation of Class Action Settlement), News Feed Notices (as filed on July 22, 2020, as Exhibits D and E to Amended Stipulation of Class Action Settlement), Email Notice (as filed on July 22, 2020, as Exhibit F to Amended Stipulation of Class Action Settlement), Long Form Notice (as filed on July 22, 2020, as Exhibit G to Amended Stipulation of Class Action Settlement), and Banner Ad Notices (as filed on July 22, 2020, as Exhibit H to Amended Stipulation of Class Action Settlement), which accompanied a cover letter (collectively, the "Supplemental CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit C.

5.      On July 28, 2020, Gilardi caused fifty-eight (58) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties identified in Exhibit B.

6.      As of the date of this declaration, Gilardi has received no response to either the CAFA Notice Packet or Supplemental CAFA Notice Packet from any of the recipients identified in paragraph 3 above.

## CLASS LIST

7.      On August 31, 2020, Gilardi received from Defendant a list of 16,741,162 records

3

identified as the Class List.  The Class List included names, email addresses, phone numbers, and whether Facebook's record indicated there was a face template. For several records in the Class List, the data contained multiple distinct email addresses associated with the same record. The Parties instructed Gilardi to send notice to each of these email addresses. Gilardi entered the Class List information into its proprietary database and prepared a data file for the initial emailing. Prior to emailing, Gilardi caused the 18,197,758 total emails in the Class List to be run through an email cleanse in order to confirm the validity of the addresses. This process resulted in a total of 15,372,960 emails to be sent the initial email notice associated with 12,340,049 accounts. This process also identified a total of 2,608,319 emails that were no longer a valid address.

**EMAILED NOTICE AND REMINDER NOTICE**

8.      From September 18, 2020 through September 23, 2020, Gilardi caused the Email Notice to be emailed to the 15,372,960 addresses in the Class List.  A true and correct copy of the Email Notice is attached hereto as Exhibit D.

9.      Of the 15,372,960 Email Notices that were sent, 10,295,502 emails were successfully delivered to at least one of the email addresses associated with an account.

10.      On October 6, 2020, Gilardi was instructed by the Parties to initiate resends to Gmail email addresses only. From October 7, 2020 through October 8, 2020, Gilardi caused the Email Notice to be re-sent via email to the 5,775,431 Gmail addresses.

11.      Of the 5,775,431 Email Notices that were re-sent, 5,774,687 were successfully delivered and 744 were undeliverable.

12.      From November 3, 2020 through November 9, 2020, Gilardi caused a follow-up email reminder campaign (the "Reminder Email Notice") to be emailed to 12,888,208 addresses in the Class List. A true and correct copy of the Reminder Email Notice is attached hereto as Exhibit E.

13.      Of the 12,888,208 Reminder Email Notices that were sent, 9,956,299 were successfully delivered and 2,931,909 were undeliverable.

14.      Ultimately, of the 34,036,599 total emails that were sent, 25,336,835 (74.4%) were

4

successfully delivered. Delivery of at least one email was successful to 11,326,353 of the 12,340,049 accounts on the Class List that was associated with an email (91.8%).

## PUBLICATION OF THE SUMMARY NOTICE

15.    Gilardi caused the Summary Notice to be published in the September 23, 2020 editions of the *Chicago Tribune* and *Chicago Sun-Times*. A true and correct copy of the Summary Notice as it appeared in each newspaper is attached hereto as Exhibit F.

16.    In addition, Gilardi purchased 27,100,000 impressions to be distributed via the Google Display Network. The impressions appeared on both mobile and desktop devices from September 23, 2020 through October 23, 2020. A total of 27,907,627 impressions were delivered, resulting in an additional 807,627 impressions at no extra charge. Confirmation of the digital notices as they appeared on a variety of websites is attached hereto as Exhibit G.

## SETTLEMENT WEBSITE

17.    On    September    18,    2020,    Gilardi    established    a    website [www.facebookbipaclassaction.com] dedicated to this matter to provide information to the Class Members and to answer frequently asked questions.  The website URL was set forth in the Email Notice, Reminder Email Notice, Long-Form Class Notice (English and Spanish versions), and the Summary Notice.  Visitors of the website can download copies of the Long-form Class Notice in English or Spanish, Claim Form, and other case-related documents. In addition, on October 16, 2020, the Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards was posted to the settlement website. A true and correct copy of the Long-Form Class Notice (English and Spanish versions) and the paper Claim Form are attached hereto as Exhibit H. Visitors can also submit claims online.  As of December 1, 2020, the website has received 6,230,922 visits.

## TELEPHONE HOTLINE

18.    Gilardi established and continues to maintain a toll-free telephone number (1-844-799-2417) for potential Class Members to call and obtain information about the Settlement, request a Notice Packet, and/or seek assistance from a live operator during regular business hours.

5

The telephone hotline became operational on September 17, 2020, and is accessible 24 hours a day, 7 days a week.  As of December 1, 2020, Gilardi has received a total of 5,063 calls to the telephone hotline.

### CLAIM FORMS

19.  The postmark deadline for Class Members to file claims in this matter was November 23, 2020.   To date, Gilardi has received 1,571,608 timely-filed claim forms and 487 claims received after the deadline.  Gilardi expects additional timely-filed paper claim forms to arrive over the next few weeks.

### REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

20.  The Notice informs Class Members that requests for exclusion from the Class must be postmarked no later than November 23, 2020.  As of the date of this declaration, Gilardi has received 110 requests for exclusion. Of these, one was received after the deadline and is considered late. A list of the 109 Class Members timely requesting to be excluded is attached hereto as Exhibit I.

### OBJECTIONS TO THE SETTLEMENT

21.  The postmark deadline for Class Members to object to the settlement was November 23, 2020.  As of the date of this declaration, Gilardi has not received any objections to the settlement.

### ADMINISTRATION COSTS

22.  As of December 1, 2020, Gilardi estimates its total cost of administration to be $1,828,009.89.  This amount includes costs to date as well as through the completion of this matter.

23.  Gilardi's estimated fees and charges are based on certain information provided to Gilardi by the parties as well as significant assumptions.  Accordingly, the estimate is not

6

intended to limit Gilardi's actual fees and charges, which may be less or more than estimated due to the scope of actual services or changes to the underlying facts or assumptions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of December 2020 at San Rafael, California

_____
Lana Lucchesi

7

# Exhibit A



3301 Kerner Boulevard
San Rafael, CA 94901

May 18, 2020

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

Re:      Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

COOLEY LLP represents Facebook, Inc. ("Facebook") in a consolidated class action lawsuit entitled *In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD.  The lawsuit is pending before the Honorable James Donato in the United States District Court for the Northern District of California, San Francisco Division.  This letter is to advise you that Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on May 8, 2020.

| | |
|---|---|
| **Case Name:** | *In re Facebook Biometric Information Privacy Litigation* |
| **Case Number:**<br>***Consolidated with:*** | 3:15-cv-03747-JD<br>*3:15-cv-03748*<br>*3:15-cv-03749* |
| **Jurisdiction:** | United States District Court,<br>Northern District of California, San Francisco Division |
| **Date Settlement**<br>**Filed with Court:** | May 8, 2020 |

Facebook denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation.  In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

226035445 v2



1.  **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Class Action Complaint and Demand for Jury Trial* filed by Carlo Licata in the Circuit of Cook County, Illinois County Department, Chancery Division (Case No. 1:15-cv-04022), *Class Action Complaint* filed by Adam Pezen in the Northern District of Illinois, Eastern Division (Case No. 1:15-cv-03484), *Class Action Complaint for Violations of the Illinois Biometric Information Privacy Act* filed by Nimesh Patel in the Northern District of Illinois, Eastern Division (Case No. 3:15-cv-03747-JD), and *Consolidated Class Action Complaint* filed in the Northern District of California, San Francisco Division (Case No. 3:15-cv-03747-JD) are included on the enclosed CD.

2.  **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of May 18, 2020, the Court has not yet scheduled a final fairness hearing in this matter. Plaintiffs filed *Plaintiffs' Unopposed Notice of Motion and Motion for Preliminary Approval of Class Action Settlement; Memorandum of Points and Authorities in Support Thereof* requesting that the Honorable James Donato preliminarily approve the proposed Settlement. Copies of *Plaintiffs' Unopposed Notice of Motion and Motion for Preliminary Approval of Class Action Settlement; Memorandum of Points and Authorities in Support Thereof, Declaration of Jay Edelson,* and *[Proposed] Order Granting Motion for Preliminary Approval of Class Action Settlement* are included on the enclosed CD.

3.  **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Claim Form, Email Notice, Jewel Notice, News Feed Notice, Publication Notice,* and *Long Form Notice* to be provided to the class are included on the enclosed CD.

4.  **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Stipulation of Class Action Settlement* is included on the enclosed CD.

5.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of May 18, 2020, no other settlement or agreement has been entered into by the parties to this Action with each other, either directly or by and through their respective counsel.

6.  **28 U.S.C. § 1715(b)(6) – Final Judgmen**t: No Final Judgment has been reached as of May 18, 2020, nor have any Notices of Dismissal been granted at this time.

7.  **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** While Facebook and KCC Class Action Services, LLC are in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each State of residence is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members. In response to 28 U.S.C. § 1715(b)(7)(B), the entirety of the payments to be made under the settlement are intended to be made to current or former Illinois



«First» «Last»
May 18, 2020
Page 3

residents.  As referenced in the Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 446), "Facebook does not possess data that would allow it to precisely determine the number of people actually in the class." Facebook also does not possess data that would allow it to precisely determine the number of class members who might currently reside in states other than Illinois.

8.      **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time.  As of May 18, 2020, there has been no written judicial opinion related to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact the undersigned immediately at either (415) 798-5969 or jchernila@kccllc.com so that Facebook can address any concerns or questions you may have.

Thank you.

Sincerely,

*/s/*
Jeanne M. Chernila
Project Manager

Enclosure – CD Rom

226035445

# Exhibit B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Barr | William P. | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Clarkson | Kevin | Office of the Alaska Attorney General | P.O. Box 110300 | | Jeaneau | AK | 99811 |
| Marshall | Steve | Office of Washington Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 2005 N. Central Avenue | | Phoenix | AZ | 85004 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Weiser | Phil | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Tong | William | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 06106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Jennings | Kathy | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Moody | Ashley | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Connors | Clare | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720-0010 |
| Raoul | Kwame | Illinois Attorney General | 100 W. Randolph Street | | Chicago | IL | 60601 |
| Hill, Jr. | Curtis T. | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Beshear | Andy | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Landry | Jeff | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | 20th Floor | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Frey | Aaron | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Nessel | Dana | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Keith Ellison | Attorney General | Attention: CAFA Coordinator | 445 Minnesota Street | Suite 1400 | St. Paul | MN | 55101-2131 |
| Schmitt | Eric | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg., 3rd Floor | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | Office of the North Carolina Attorney General | Department of Justice | 9001 Mail Service Center | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | 2115 State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| MacDonald | Gordon | New Hampshire Attorney General | New Hampshire Department of Justice | 33 Capitol Street | Concord | NH | 03301-6397 |
| Grewal | Gurbir S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Ford | Aaron | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| James | Letitia | Office of the New York Attorney General | Dept. of Law - The Capitol | 2nd Floor | Albany | NY | 12224 |
| Yost | Dave | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Hunter | Mike | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Shapiro | Josh | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Neronha | Peter F. | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Ravnsborg | Jason | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | P.O. Box 20207 | | Nashville | TN | 37202-0207 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 |
| Herring | Mark | Office of the Virginia Attorney General | 202 North Ninth Street | | Richmond | VA | 23219 |
| Donovan | TJ | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Kaul | Josh | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol | RM 114 East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol Complex, Bldg 1 | Room E-26 | Charleston | WV | 25305 |
| Hill | Bridget | Office of the Wyoming Attorney General | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Ale | Talauega Eleasalo V. | American Samoa Gov't | Exec. Ofc. Bldg | | Utulei | AS | 96799 |
| Camacho | Leevin Taitano | Office of the Attorney General, ITC Building | 590 S. Marine Corps Drive | Suite 901 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Longo Quinones | Dennise N. | Puerto Rico Attorney General | P.O. Box 902192 | San Juan | San Juan | PR | 00902-0192 |
| George | Denise N. | Virgin Islands Attorney General, Department of Justice | 34-38 Kronprindsens Gade | GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Somvichian | Whitty | Cooley LLP | 101 California Street | 5th Floor | San Francisco | CA | 94111-5800 |

# Exhibit C



3301 Kerner Boulevard
San Rafael, CA 94901

July 28, 2020

VIA USPS PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

  Re: Notice of Class Action Settlement

Dear «First» «Last»:

  This letter supplements prior correspondence sent to you on or around May 18, 2020, with respect to a consolidated class action lawsuit entitled *In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD (consolidated with 3:15-cv-03748, and 3:15-cv-03749).  Cooley LLP represents Facebook, Inc. in that consolidated suit.

  After further negotiations, the Parties have revised their stipulation of settlement previously submitted to the Court.  On July 22, 2020, the Parties jointly filed a *Notice of Amended Stipulation of Class Action Settlement*, with accompanying documentation.

  In further compliance with 28 U.S.C. § 1715(b), the following document(s) referenced below are included on the CD that is enclosed with this letter:

1. *Notice of Amended Stipulation of Class Action Settlement* (as filed on July 22, 2020, Dkt. No. 468);
2. *Amended Stipulation of Class Action Settlement* (as filed on July 22, 2020, as Exhibit A to *Notice of Amended Stipulation of Class Action Settlement*);
3. *Claim Form* (as filed on July 22, 2020, as Exhibit A to *Amended Stipulation of Class Action Settlement*);
4. *Jewel Notice* (as filed on July 22, 2020, as Exhibit B to *Amended Stipulation of Class Action Settlement*);
5. *Publication Notice* (as filed on July 22, 2020, as Exhibit C to *Amended Stipulation of Class Action Settlement*);
6. *News Feed Notices* (as filed on July 22, 2020, as Exhibits D and E to *Amended Stipulation of Class Action Settlement*);
7. *Email Notice* (as filed on July 22, 2020, as Exhibit F to *Amended Stipulation of Class Action Settlement*);



«First» «Last»
July 28, 2020
Page 2

8.    *Long Form Notice* (as filed on July 22, 2020, as Exhibit G to *Amended Stipulation of Class Action Settlement*);

9.    *Banner Ad Notices* (as filed on July 22, 2020, as Exhibit H to *Amended Stipulation of Class Action Settlement*).

Please contact me at either <u>jchernila@kccllc.com</u> or (415) 798-5969 if you require any additional materials or need any further information concerning this matter.

Thank you.

Sincerely,


/s/
Jeanne Chernila
Project Manager


Enclosure – CD ROM

# Exhibit D

| | |
|---|---|
| **From:** | Facebook Biometric Information Privacy Litigation Settlement Administrator |
| **To:** | mail@domain.com |
| **Subject:** | [iPost TEST 4] In re Facebook Biometric Information Privacy Litigation Class Action Notice |
| **Date:** | Monday, September 14, 2020 12:15:03 PM |

## Official Notice from the United States District Court for the Northern District of California

**Español**

## Facebook users in Illinois may be entitled to payment if their face appeared in a picture on Facebook after June 7, 2011

Don't worry, you are not being sued. This is an official court notice, not an ad for a lawyer.

Facebook, Inc. has settled a class action that claimed Facebook violated Illinois law by collecting and storing biometric data of Facebook users in Illinois without the proper notice and consent, as part of its "Tag Suggestions" feature and other features involving facial recognition technology. Facebook denies it violated any law. You can fill out a short claim form and potentially get an estimated $200 - $400 by clicking below.

## Claim Now

### Am I A Class Member?

The Court decided that all people who fit this definition are included in the Class: "Facebook users located in Illinois for whom Facebook created and stored a face template after June 7, 2011." Facebook's records show that you are likely a class member.

To file a valid claim under the Settlement, you must have lived in the State of Illinois for a period of at least 183 days (6 months). Time spent traveling or taking a vacation outside of Illinois can be included in this time period and does not make you ineligible.

For more information, please visit **www.facebookbipaclassaction.com.**

### What can I get?

If you believe you are a class member you can fill out a short claim form and potentially receive approximately $200 to $400 from a $650 million Settlement Fund. The amount you receive may be less than or greater than this amount depending on the number of valid claims filed. This fund will also be used to pay the costs of notifying people about the settlement, the lawyers' fees, award payments to the users who helped bring the lawsuit, and certain taxes.

The Settlement also requires Facebook to turn "off" the Facial Recognition setting and delete face templates for most Class Members unless they turn it back "on."

### How do I get my money?

You have to fill out a short claim form by **November 23, 2020**. You can fill one out now by clicking here. Or, you may submit one online at

**www.facebookbipaclassaction.com**. Submitting a claim online is easy, secure, and completely free. You can also get a claim form by calling toll-free, **1-844-799-2417**.

## What are my other options?

If you are part of the Class but do not want money from the Settlement and want to keep your right to file your own lawsuit against Facebook for any of the issues or claims in the case, you must exclude yourself from the Class no later than **November 23, 2020**.

If you stay in the Class, you may object to any aspect of the Settlement, including the requests for attorneys' fees, costs, expenses, and awards to the Class Representatives. You and/or your lawyer also have the right to appear before the Court. Your written objection must be filed no later than **November 23, 2020**. Specific instructions about how to object or exclude yourself from the Class are available at **www.facebookbipaclassaction.com**.

If you do nothing, and the Court approves the Settlement, you will receive no money, but will be bound by all orders of the Court and judgments in this case. In addition, you will no longer be able to file your own lawsuit against Facebook for any of the issues or claims in the case.

## Do I have a lawyer?

The Court has appointed lawyers from the firms Edelson PC ("Edelson"), Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), and Labaton Sucharow LLP ("Labaton Sucharow") to represent the Class as "Class Counsel." You do not have to pay Class Counsel or anyone else to participate. Class Counsel intend to request that the Court award them attorneys' fees from the original ($550 million) settlement not to exceed 20%, plus litigation costs and expenses. If you want to be represented by your own lawyer in this case, you may hire one at your expense. Adam Pezen, Nimesh Patel, and Carlo Licata are Class Members like you and the Court appointed them as the "Class Representatives." They will request awards not to exceed $7,500 each for their service on behalf of the Class.

## When will the court consider the proposed settlement?

The Court has scheduled a hearing on the fairness of Settlement at 10:00 am on January 7, 2021 at the Philip Burton Federal Building and Courthouse, 450 Golden Gate Avenue, Courtroom 11, 19th floor, San Francisco, CA 94102. The Court will consider whether to approve the Settlement, any objections, and the requests for awards to the Class Representatives, and attorneys' fees, costs and expenses to Class Counsel. The briefs and declarations in support of these requests will be posted on the website on October 15, 2020. You may ask to appear at the hearing but you do not have to. The date, time and location of the hearing may change. Please review the website for any updated information regarding the final hearing.

## How do I get more information?

**This notice is only a summary.** For more information about the case and the Settlement, visit **www.facebookbipaclassaction.com** or contact the administrator at 1-844-799-2417, write to *In re Facebook Biometric Information Privacy Litigation* Settlement Administrator, P.O. Box 43401, Providence, RI 02940-3401, or call Class Counsel Edelson 1-866-354-3015, Robbins Geller 1-800-449-4900, and Labaton Sucharow 1-888-219-6877.

PLEASE DO NOT CALL OR WRITE THE COURT OR FACEBOOK FOR INFORMATION OR ADVICE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS

If you believe you have received this message in error, please click here to unsubscribe.

# Exhibit E

| | |
|---|---|
| **From:** | **Facebook Biometric Information Privacy Litigation Settlement Administrator** |
| **To:** | **mail@domain.com** |
| **Subject:** | Deadlines Approaching - In re Facebook Biometric Information Privacy Litigation |
| **Date:** | Tuesday, November 3, 2020 8:30 PM |

---

Official Notice from the United States District
Court for the Northern District of California            <u>Español</u>

## Facebook users in Illinois may be entitled to payment if their face appeared in a picture on Facebook after June 7, 2011

Don't worry, you are not being sued. This is an official court notice, not an ad for a lawyer.

Facebook, Inc. has settled a class action that claimed Facebook violated Illinois law by collecting and storing biometric data of Facebook users in Illinois without the proper notice and consent, as part of its "Tag Suggestions" feature and other features involving facial recognition technology. Facebook denies it violated any law. You can fill out a short claim form and potentially get an estimated $200 - $400 by clicking below.

### Claim Now

### Am I A Class Member?

The Court decided that all people who fit this definition are included in the Class: "Facebook users located in Illinois for whom Facebook created and stored a face template after June 7, 2011." Facebook's records show that you are likely a class member.

To file a valid claim under the Settlement, you must have lived in the State of Illinois for a period of at least 183 days (6 months). Time spent traveling or taking a vacation outside of Illinois can be included in this time period and does not make you ineligible.

For more information, please visit **www.facebookbipaclassaction.com.**

### What can I get?

If you believe you are a class member you can fill out a short claim form and potentially receive approximately $200 to $400 from a $650 million Settlement Fund. The amount you receive may be less than or greater than this amount depending on the number of valid claims filed. This fund will also be used to pay the costs of notifying people about the settlement, the lawyers' fees, award payments to the users who helped bring the

lawsuit, and certain taxes.

The Settlement also requires Facebook to turn "off" the Facial Recognition setting and delete face templates for most Class Members unless they turn it back "on."

## How do I get my money?

You have to fill out a short claim form by **November 23, 2020**. You can fill one out now by clicking here. Or, you may submit one online at **www.facebookbipaclassaction.com**. Submitting a claim online is easy, secure, and completely free. You can also get a claim form by calling toll-free, **1-844-799-2417**.

## What are my other options?

If you are part of the Class but do not want money from the Settlement and want to keep your right to file your own lawsuit against Facebook for any of the issues or claims in the case, you must exclude yourself from the Class no later than **November 23, 2020**.

If you stay in the Class, you may object to any aspect of the Settlement, including the requests for attorneys' fees, costs, expenses, and awards to the Class Representatives. You and/or your lawyer also have the right to appear before the Court. Your written objection must be filed no later than **November 23, 2020**. Specific instructions about how to object or exclude yourself from the Class are available at **www.facebookbipaclassaction.com**.

If you do nothing, and the Court approves the Settlement, you will receive no money, but will be bound by all orders of the Court and judgments in this case. In addition, you will no longer be able to file your own lawsuit against Facebook for any of the issues or claims in the case.

## Do I have a lawyer?

The Court has appointed lawyers from the firms Edelson PC ("Edelson"), Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), and Labaton Sucharow LLP ("Labaton Sucharow") to represent the Class as "Class Counsel." You do not have to pay Class Counsel or anyone else to participate. Class Counsel intend to request that the Court award them attorneys' fees from the original ($550 million) settlement not to exceed 20%, plus litigation costs and expenses. If you want to be represented by your own lawyer in this case, you may hire one at your expense. Adam Pezen, Nimesh Patel, and Carlo Licata are Class Members like you and the Court appointed them as the "Class Representatives." They will request awards not to exceed $7,500 each for their service on behalf of the Class.

## When will the court consider the proposed settlement?

The Court has scheduled a hearing on the fairness of Settlement at 10:00 am on January 7, 2021 at the Philip Burton Federal Building and Courthouse, 450 Golden Gate Avenue, Courtroom 11, 19th floor, San Francisco, CA 94102. The Court will consider whether to approve the Settlement, any objections, and the requests for awards to the Class Representatives, and attorneys' fees, costs and expenses to Class Counsel. The briefs and declarations in support of these requests will be posted on the website on October 15, 2020. You may ask to appear at the hearing but you do not have to. The date, time

and location of the hearing may change. Please review the website for any updated information regarding the final hearing.

### How do I get more information?

**This notice is only a summary.** For more information about the case and the Settlement, visit **www.facebookbipaclassaction.com** or contact the administrator at 1-844-799-2417, write to *In re Facebook Biometric Information Privacy Litigation* Settlement Administrator, P.O. Box 43401, Providence, RI 02940-3401, or call Class Counsel Edelson 1-866-354-3015, Robbins Geller 1-800-449-4900, and Labaton Sucharow 1-888-219-6877.

PLEASE DO NOT CALL OR WRITE THE COURT OR FACEBOOK FOR INFORMATION OR ADVICE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS

If you believe you have received this message in error, please <u>click here</u> to unsubscribe.



# Exhibit F

Case 3:15-cv-03747-JD Document 517-1 Filed 12/14/20 Page 27 of 60

## TAKE NOTICES

TO: Unknown Heirs and Legatees of William Bodie a/k/a Willie L. Bodie; William C Gresham; The City of Evanston, c/o City Manager's Office; Occupant; KAREN A. YARBROUGH, COUNTY CLERK; Persons or tenants in actual occupancy or possession of said property; Unknown owners or parties interested in said property. TAX DEED NO. 2020COTD001574 FILED: June 29, 2020 TAKE NOTICE County of Cook Date Premises Sold: July 12, 2019 Certificate No.: 19S-0001011 Sold for General Taxes of (year): 2005-2017 (2019 Scavenger Sale) Sold for Special Assessments of (Municipality) and Special Assessment No.: N/A Warrant No.: N/A Installment No.: N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at: AN APPROX. 50' X 169' PARCEL LOCATED ON THE EAST SIDE OF MCDANIEL AVENUE APPROX. 200' NORTH OF DEMPSTER STREET, EVANSTON, ILLINOIS Legal Description or Property Index No.: 10-13-319-008-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 29, 2020. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 29, 2020. This matter is set for hearing in the Circuit Court of this County in Chicago, Illinois, on January 6, 2021 in Room 1704 of the Richard J. Daley Center at 50 W. Washington Street, Chicago, Illinois at 9:30 a.m. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before December 29, 2020 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 N. Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645 200 South Jackson Street, LLC Purchaser or Assignee Dated: July 6, 2020 Balin Law, P.C. Attorneys at Law 100 N. LaSalle, Suite 1200 Chicago, IL 60602 (312) 345-1111 Firm #58864
9/21, 9/22, 9/23/2020 6764724

TO: Arnoldo Chaidez; Socorro Chaidez; Occupant, 2941 Haber Ave., Melrose Park, IL 60164; Scott Allen Hall; Susan Marie Hall; Brenda J Hall; Kenneth R Hall; Scott A Hall; KAREN A. YARBROUGH, COUNTY CLERK; Persons or tenants in actual occupancy or possession of said property; Unknown owners or parties interested in said property. TAX DEED NO. 2020COTD001546 FILED: June 29, 2020 TAKE NOTICE County of Cook Date Premises Sold: July 12, 2019 Certificate No.: 19S-0001075 Sold for General Taxes of (year): 2010-2017 (2019 Scavenger Sale) Sold for Special Assessments of (Municipality) and Special Assessment No.: N/A Warrant No.: N/A Installment No.: N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at: AN APPROX. 57' X 120' PARCEL LOCATED ON THE EAST SIDE OF HABER AVENUE APPROX. 271' SOUTH OF WELLINGTON AVENUE, MELROSE PARK, ILLINOIS Legal Description or Property Index No.: 12-29-108-082-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 29, 2020. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 29, 2020. This matter is set for hearing in the Circuit Court of this County in Chicago, Illinois, on January 6, 2021 in Room 1704 of the Richard J. Daley Center at 50 W. Washington Street, Chicago, Illinois at 9:30 a.m. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before December 29, 2020 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 N. Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645 200 South Jackson Street, LLC Purchaser or Assignee Dated: July 6, 2020 Balin Law, P.C. Attorneys at Law 100 N. LaSalle, Suite 1200 Chicago, IL 60602 (312) 345-1111 Firm #58864
9/21, 9/22, 9/23/2020 6764727

Get response at great rates!
Call 312-222-2222 to place an ad.
Chicago Tribune

TO: Frank Logioco; Illinois Dept. of Revenue; Illinois Attorney General; Occupant; KAREN A. YARBROUGH, COUNTY CLERK; Persons or tenants in actual occupancy or possession of said property; Unknown owners or parties interested in said property. TAX DEED NO. 2020COTD001548 FILED: June 29, 2020 TAKE NOTICE County of Cook Date Premises Sold: July 12, 2019 Certificate No.: 19S-0001076 Sold for General Taxes of (year): 2007-2017 (2019 Scavenger Sale) Sold for Special Assessments of (Municipality) and Special Assessment No.: N/A Warrant No.: N/A Installment No.: N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at: AN APPROX. 75' X 133' PARCEL LOCATED ON THE WEST SIDE OF GENEVA AVENUE APPROX. 293' NORTH OF SCHUBERT AVENUE, MELROSE PARK, ILLINOIS Legal Description or Property Index No.: 12-29-402-018-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 29, 2020. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 29, 2020. This matter is set for hearing in the Circuit Court of this County in Chicago, Illinois, on January 6, 2021 in Room 1704 of the Richard J. Daley Center at 50 W. Washington Street, Chicago, Illinois at 9:30 a.m. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before December 29, 2020 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 N. Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645 200 South Jackson Street, LLC Purchaser or Assignee Dated: July 6, 2020 Balin Law, P.C. Attorneys at Law 100 N. LaSalle, Suite 1200 Chicago, IL 60602 (312) 345-1111 Firm #58864
9/21, 9/22, 9/23/2020 6764728

TO: Miramar Real Estate Corp. a/k/a Marimar Real Estate; Miramar Real Estate Corp. a/k/a Marimar Real Estate, c/o Ronald B Kaplan, Reg. Agt.; Miramar Real Estate Corp. a/k/a Marimar Real Estate, c/o Brian Passmore, President; City of Chicago, c/o Anna M. Valencia, City Clerk; Occupant, 3107 Derrough Avenue, Melrose Park, IL 60164; KAREN A. YARBROUGH, COUNTY CLERK; Persons or tenants in actual occupancy or possession of said property; Unknown owners or parties interested in said property. TAX DEED NO. 2020COTD001558 FILED: June 29, 2020 TAKE NOTICE County of Cook Date Premises Sold: July 12, 2019 Certificate No.: 19S-0001077 Sold for General Taxes of (year): 2008-2017 (2019 Scavenger Sale) Sold for Special Assessments of (Municipality) and Special Assessment No.: N/A Warrant No.: N/A Installment No.: N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at: 3107 DERROUGH AVENUE, MELROSE PARK, ILLINOIS Legal Description or Property Index No.: 12-30-206-010-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 29, 2020. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 29, 2020. This matter is set for hearing in the Circuit Court of this County in Chicago, Illinois, on January 6, 2021 in Room 1704 of the Richard J. Daley Center at 50 W. Washington Street, Chicago, Illinois at 9:30 a.m. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before December 29, 2020 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 N. Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645 200 South Jackson Street, LLC Purchaser or Assignee Dated: July 6, 2020 Balin Law, P.C. Attorneys at Law 100 N. LaSalle, Suite 1200 Chicago, IL 60602 (312) 345-1111 Firm #58864
9/21, 9/22, 9/23/2020 6764729

Safety First.
Find a watch dog in our Pets category.
Chicago Tribune

TO: James Zarza a/k/a Jaime Zarga; Occupant, 10437 W. Lyndale Ave., Melrose Park, IL 60164; Bertha A Wright; Camilo Praxedis; Occupant; KAREN A. YARBROUGH, COUNTY CLERK; Persons or tenants in actual occupancy or possession of said property; Unknown owners or parties interested in said property. TAX DEED NO. 2020COTD001553 FILED: June 29, 2020 TAKE NOTICE County of Cook Date Premises Sold: July 12, 2019 Certificate No.: 19S-0001079 Sold for General Taxes of (year): 2009-2017 (2019 Scavenger Sale) Sold for Special Assessments of (Municipality) and Special Assessment No.: N/A Warrant No.: N/A Installment No.: N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at: AN APPROX. 45' X 184' PARCEL LOCATED ON THE SOUTH SIDE OF LYNDALE AVENUE APPROX. 374' EAST OF GENEVA AVENUE, MELROSE PARK, ILLINOIS Legal Description or Property Index No.: 12-32-203-008-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 29, 2020. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 29, 2020. This matter is set for hearing in the Circuit Court of this County in Chicago, Illinois, on January 6, 2021 in Room 1704 of the Richard J. Daley Center at 50 W. Washington Street, Chicago, Illinois at 9:30 a.m. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before December 29, 2020 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 N. Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645 200 South Jackson Street, LLC Purchaser or Assignee Dated: July 6, 2020 Balin Law, P.C. Attorneys at Law 100 N. LaSalle, Suite 1200 Chicago, IL 60602 (312) 345-1111 Firm #58864
9/21, 9/22, 9/23/2020 6764772

TO: Paul Wilson a/k/a Paul H. Wilson; Occupant, 5036 N. Mobile Ave., Chicago, IL 60630; KAREN A. YARBROUGH, COUNTY CLERK; Persons or tenants in actual occupancy or possession of said property; Unknown owners or parties interested in said property. TAX DEED NO. 2020COTD001631 FILED: 7/7/2020 TAKE NOTICE County of Cook Date Premises Sold: 5/8/2018 Certificate No.: 16-0006218 Sold for General Taxes of (year): 2016 Sold for Special Assessments of (Municipality) and special assessment number: N/A Warrant No.: N/A Installment No.: N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at: 5036 N. MOBILE AVENUE CHICAGO, ILLINOIS Legal Description or Property Index No.: 13-08-330-012-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on 12/30/2020. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before 12/30/2020. This matter is set for hearing in the Circuit Court of this County in Chicago, Illinois, on 1/13/2021 in Room 1704 of the Richard J. Daley Center at 50 W. Washington Street, Chicago, Illinois at 9:30 a.m. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before 12/30/2020 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 N. Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645 BT LIENS, LLC Purchaser or Assignee Dated: July 13, 2020 Balin Law, P.C. Attorneys at Law 100 N. LaSalle, Suite 1200 Chicago, IL 60602 (312) 345-1111 Firm #58864
9/21, 9/22, 9/23/2020 6766715

Reach more Chicagoans than any other paper, everyday of the week!
To advertise call 312-222-2222
Chicago Tribune

TO: Chicago Title Land Trust Co. Suctr to Manufacturers Affiliated Trust Company Suctr to Affiliated Bank/Western National F/K/A Western National Bank of Cicero A/T/U/T/A/D 1/7/86 A/K/A/T/N 9717; Chicago Title Land Trust Co. Suctr to Manufacturers Affiliated Trust Company Suctr to Affiliated Bank/Western National F/K/A Western National Bank of Cicero A/T/U/T/A/D 1/7/86 A/K/A/T/N 9717, c/o CT CORP. SYSTEM; Dickens 6001 Building Corp.; Dickens 6001 Building Corp., c/o Peter T. Arenson, Reg. Agt.; Dickens 6001 Building Corp., c/o Peter T. Arenson, President; City of Chicago, c/o Anna M. Valencia, City Clerk; Peter T. Arenson; Occupant; KAREN A. YARBROUGH, COUNTY CLERK; Persons or tenants in actual occupancy or possession of said property; Unknown owners or parties interested in said property. TAX DEED NO. 2020COTD001604 FILED: June 30, 2020 TAKE NOTICE County of Cook Date Premises Sold: July 19, 2019 Certificate No.: 19S-0005199 & 19S-0005200 Sold for General Taxes of (year): 2012-2017 & 2010-2017 (2019 Scavenger Sale) Sold for Special Assessments of (Municipality) and Special Assessment No.: N/A Warrant No.: N/A Installment No.: N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at: AN APPROX. 30' X 124' PARCEL LOCATED ON THE EAST SIDE OF MOODY AVENUE APPROX. 30' NORTH OF DICKENS AVENUE AND AN APPROX. 30' X 124' PARCEL LOCATED ON THE NORTHEAST CORNER OF MOODY AVENUE AND DICKENS AVENUE, CHICAGO, ILLINOIS Legal Description or Property Index No.: 13-32-121-024-0000 & 13-32-121-025-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 29, 2020. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 29, 2020. This matter is set for hearing in the Circuit Court of this County in Chicago, Illinois, on January 6, 2021 in Room 1704 of the Richard J. Daley Center at 50 W. Washington Street, Chicago, Illinois at 9:30 a.m. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before December 29, 2020 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 N. Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645 200 South Jackson Street, LLC Purchaser or Assignee Dated: July 6, 2020 Balin Law, P.C. Attorneys at Law 100 N. LaSalle, Suite 1200 Chicago, IL 60602 (312) 345-1111 Firm #58864
9/21, 9/22, 9/23/2020 6764894

TO: Chicago Title Land Trust Co. Suctr to Manufacturers Affiliated Trust Company Suctr to Affiliated Bank/Western National F/K/A Western National Bank of Cicero A/T/U/T/A/D 1/7/86 A/K/A/T/N 9717; Chicago Title Land Trust Co. Suctr to Manufacturers Affiliated Trust Company Suctr to Affiliated Bank/Western National F/K/A Western National Bank of Cicero A/T/U/T/A/D 1/7/86 A/K/A/T/N 9717, c/o CT CORP. SYSTEM; Dickens 6001 Building Corp.; Dickens 6001 Building Corp., c/o Peter T. Arenson, Reg. Agt.; Dickens 6001 Building Corp., c/o Peter T. Arenson, President; City of Chicago, c/o Anna M. Valencia, City Clerk; Peter T. Arenson; Occupant; KAREN A. YARBROUGH, COUNTY CLERK; Persons or tenants in actual occupancy or possession of said property; Unknown owners or parties interested in said property. TAX DEED NO. 2020COTD001606 FILED: June 30, 2020 TAKE NOTICE County of Cook Date Premises Sold: July 19, 2019 Certificate No.: 19S-0005203, 19S-0005204, 19S-0005205, 19S-0005206, 19S-0005207, 19S-0005208, 19S-0005209, 19S-0005210, 19S-0005211, 19S-0005212, & 19S-0005213 Sold for General Taxes of (year): 2012-2017, 2012-2017, 2010-2017, 2012-2017, 2012-2017, 2012-2017, 2011-2017, 2012-2017, 2012-2017, 2012-2017, & 2010-2017 (2019 Scavenger Sale) Sold for Special Assessments of (Municipality) and Special Assessment No.: N/A Warrant No.: N/A Installment No.: N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at: Property located at: AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF MCVICKER AVENUE APPROX. 300' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF MCVICKER AVENUE APPROX. 270' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF MCVICKER AVENUE APPROX. 240' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF MCVICKER AVENUE APPROX. 210' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF MCVICKER AVENUE APPROX. 180' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF MCVICKER AVENUE APPROX. 150' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF MCVICKER AVENUE APPROX. 120' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF MCVICKER AVENUE APPROX. 90' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF MCVICKER AVENUE APPROX. 60' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF MCVICKER AVENUE APPROX. 30' NORTH OF DICKENS AVENUE; AND AN APPROX. 30' X 124' PARCEL LOCATED ON THE NORTHWEST CORNER OF MCVICKER AVENUE AND DICKENS AVENUE, CHICAGO, ILLINOIS. Legal Description or Property Index No.: 13-32-122-054-0000, 13-32-122-055-0000, 13-32-122-056-0000, 13-32-122-057-0000, 13-32-122-058-0000, 13-32-122-059-0000, 13-32-122-060-0000, 13-32-122-061-0000, 13-32-122-062-0000, 13-32-122-063-0000, & 13-32-122-064-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 29, 2020. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 29, 2020. This matter is set for hearing in the Circuit Court of this County in Chicago, Illinois, on January 6, 2021 in Room 1704 of the Richard J. Daley Center at 50 W. Washington Street, Chicago, Illinois at 9:30 a.m. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before December 29, 2020 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 N. Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645 200 South Jackson Street, LLC Purchaser or Assignee Dated: July 6, 2020 Balin Law, P.C. Attorneys at Law 100 N. LaSalle, Suite 1200 Chicago, IL 60602 (312) 345-1111 Firm #58864
9/21, 9/22, 9/23/2020 6764918

GARAGE SALES
PLEASE VISIT CHICAGOTRIBUNE.COM/ADVERTISER TO PLACE LISTING

## GARAGE/MOVING SALES

**Naperville** **Thurs Sept 24th-Sat Sept 26th**
**Royal Protocol Dr.** **9am-5pm**
Tamarack Fairways Sub Div.Huge Bi-Annual Multi Family Garage Sale! Too much great stuff to list!

TO: Chicago Title Land Trust Co. Suctr to Manufacturers Affiliated Trust Company Suctr to Affiliated Bank/Western National F/K/A Western National Bank of Cicero A/T/U/T/A/D 1/7/86 A/K/A/T/N 9717; Chicago Title Land Trust Co. Suctr to Manufacturers Affiliated Trust Company Suctr to Affiliated Bank/Western National F/K/A Western National Bank of Cicero A/T/U/T/A/D 1/7/86 A/K/A/T/N 9717, c/o CT CORP. SYSTEM; Dickens 6001 Building Corp.; Dickens 6001 Building Corp., c/o Peter T. Arenson, Reg. Agt.; Dickens 6001 Building Corp., c/o Peter T. Arenson, President; City of Chicago, c/o Anna M. Valencia, City Clerk; Peter T. Arenson; Occupant; KAREN A. YARBROUGH, COUNTY CLERK; Persons or tenants in actual occupancy or possession of said property; Unknown owners or parties interested in said property. TAX DEED NO. 2020COTD001605 FILED: June 30, 2020 TAKE NOTICE County of Cook Date Premises Sold: July 19, 2019 Certificate No.: 19S-0005201 & 19S-0005202 Sold for General Taxes of (year): 2011-2017 & 2012-2017 (2019 Scavenger Sale) Sold for Special Assessments of (Municipality) and Special Assessment No.: N/A Warrant No.: N/A Installment No.: N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at: AN APPROX. 30' X 124' PARCEL LOCATED ON THE EAST SIDE OF MEADE AVENUE APPROX. 30' NORTH OF DICKENS AVENUE AND AN APPROX. 30' X 124' PARCEL LOCATED ON THE NORTHEAST CORNER OF MEADE AVENUE AND DICKENS AVENUE, CHICAGO, ILLINOIS Legal Description or Property Index No.: 13-32-122-034-0000 & 13-32-122-035-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 29, 2020. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 29, 2020. This matter is set for hearing in the Circuit Court of this County in Chicago, Illinois, on January 6, 2021 in Room 1704 of the Richard J. Daley Center at 50 W. Washington Street, Chicago, Illinois at 9:30 a.m. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before December 29, 2020 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 N. Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645 200 South Jackson Street, LLC Purchaser or Assignee Dated: July 6, 2020 Balin Law, P.C. Attorneys at Law 100 N. LaSalle, Suite 1200 Chicago, IL 60602 (312) 345-1111 Firm #58864
9/21, 9/22, 9/23/2020 6764910

TO: Chicago Title Land Trust Co. Suctr to Manufacturers Affiliated Trust Company Suctr to Affiliated Bank/Western National F/K/A Western National Bank of Cicero A/T/U/T/A/D 1/7/86 A/K/A/T/N 9717; Chicago Title Land Trust Co. Suctr to Manufacturers Affiliated Trust Company Suctr to Affiliated Bank/Western National F/K/A Western National Bank of Cicero A/T/U/T/A/D 1/7/86 A/K/A/T/N 9717, c/o CT CORP. SYSTEM; Dickens 6001 Building Corp.; Dickens 6001 Building Corp., c/o Peter T. Arenson, Reg. Agt.; Dickens 6001 Building Corp., c/o Peter T. Arenson, President; City of Chicago, c/o Anna M. Valencia, City Clerk; Peter T. Arenson; Occupant; KAREN A. YARBROUGH, COUNTY CLERK; Persons or tenants in actual occupancy or possession of said property; Unknown owners or parties interested in said property. TAX DEED NO. 2020COTD001607 FILED: June 30, 2020 TAKE NOTICE County of Cook Date Premises Sold: July 19, 2019 Certificate No.: 19S-0005218, 19S-0005219, 19S-0000819, 19S-0005220, 19S-0005221, 19S-0005222, 19S-0005223, & 19S-0005224 Sold for General Taxes of (year): 2012-2017, 2012-2017, 2012-2015, 2010-2017, 2012-2017, 2012-2017, 2012-2016, & 2012-2016 (2019 Scavenger Sale) Sold for Special Assessments of (Municipality) and Special Assessment No.: N/A Warrant No.: N/A Installment No.: N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at: AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF AUSTIN AVENUE APPROX. 210' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF AUSTIN AVENUE APPROX. 180' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF AUSTIN AVENUE APPROX. 150' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF AUSTIN AVENUE APPROX. 120' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF AUSTIN AVENUE APPROX. 90' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF AUSTIN AVENUE APPROX. 60' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE WEST SIDE OF AUSTIN AVENUE APPROX. 30' NORTH OF DICKENS AVENUE; AND AN APPROX. 30' X 124' PARCEL LOCATED ON THE NORTHWEST CORNER OF AUSTIN AVENUE AND DICKENS AVENUE, CHICAGO, ILLINOIS. Legal Description or Property Index No.: 13-32-123-055-0000, 13-32-123-056-0000, 13-32-123-057-0000, 13-32-123-058-0000, 13-32-123-059-0000, 13-32-123-060-0000, 13-32-123-061-0000, & 13-32-123-062-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 29, 2020. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 29, 2020. This matter is set for hearing in the Circuit Court of this County in Chicago, Illinois, on January 6, 2021 in Room 1704 of the Richard J. Daley Center at 50 W. Washington Street, Chicago, Illinois at 9:30 a.m. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before December 29, 2020 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 N. Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645 200 South Jackson Street, LLC Purchaser or Assignee Dated: July 6, 2020 Balin Law, P.C. Attorneys at Law 100 N. LaSalle, Suite 1200 Chicago, IL 60602 (312) 345-1111 Firm #58864
9/21, 9/22, 9/23/2020 6764928

The curse has lifted.
Buy Cubs tickets in our Merchandise category.
Call 312-222-2222
Chicago Tribune

TO: Chicago Title Land Trust Co. Suctr to Manufacturers Affiliated Trust Company Suctr to Affiliated Bank/Western National F/K/A Western National Bank of Cicero A/T/U/T/A/D 1/7/86 A/K/A/T/N 9717; Chicago Title Land Trust Co. Suctr to Manufacturers Affiliated Trust Company Suctr to Affiliated Bank/Western National F/K/A Western National Bank of Cicero A/T/U/T/A/D 1/7/86 A/K/A/T/N 9717, c/o CT CORP. SYSTEM; Dickens 6001 Building Corp.; Dickens 6001 Building Corp., c/o Peter T. Arenson, Reg. Agt.; Dickens 6001 Building Corp., c/o Peter T. Arenson, President; City of Chicago, c/o Anna M. Valencia, City Clerk; Peter T. Arenson; Occupant; KAREN A. YARBROUGH, COUNTY CLERK; Persons or tenants in actual occupancy or possession of said property; Unknown owners or parties interested in said property. TAX DEED NO. 2020COTD001608 FILED: June 30, 2020 TAKE NOTICE County of Cook Date Premises Sold: July 19, 2019 Certificate No.: 19S-0005214, 19S-0005215, 19S-0005216, & 19S-0005217 Sold for General Taxes of (year): 2012-2017, 2011-2017, 2012-2017, & 2012-2017 (2019 Scavenger Sale) Sold for Special Assessments of (Municipality) and Special Assessment No.: N/A Warrant No.: N/A Installment No.: N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at: AN APPROX. 30' X 124' PARCEL LOCATED ON THE EAST SIDE OF MCVICKER AVENUE APPROX. 90' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE EAST SIDE OF MCVICKER AVENUE APPROX. 60' NORTH OF DICKENS AVENUE; AN APPROX. 30' X 124' PARCEL LOCATED ON THE EAST SIDE OF MCVICKER AVENUE APPROX. 30' NORTH OF DICKENS AVENUE; AND AN APPROX. 30' X 124' PARCEL LOCATED ON THE NORTHEAST CORNER OF MCVICKER AVENUE AND DICKENS AVENUE, CHICAGO, ILLINOIS Legal Description or Property Index No.: 13-32-123-033-0000, 13-32-123-034-0000, 13-32-123-035-0000, & 13-32-123-036-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 29, 2020. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 29, 2020. This matter is set for hearing in the Circuit Court of this County in Chicago, Illinois, on January 6, 2021 in Room 1704 of the Richard J. Daley Center at 50 W. Washington Street, Chicago, Illinois at 9:30 a.m. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before December 29, 2020 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 N. Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645 200 South Jackson Street, LLC Purchaser or Assignee Dated: July 6, 2020 Balin Law, P.C. Attorneys at Law 100 N. LaSalle, Suite 1200 Chicago, IL 60602 (312) 345-1111 Firm #58864
9/21, 9/22, 9/23/2020 6764925

TO: Mark Fedyk; Occupant, 102 50th Ave., Bellwood, IL 60104; KAREN A. YARBROUGH, COUNTY CLERK; Persons or tenants in actual occupancy or possession of said property; Unknown owners or parties interested in said property. TAX DEED NO. 2020COTD001582 FILED: June 29, 2020 TAKE NOTICE County of Cook Date Premises Sold: July 15, 2019 Certificate No.: 19S-0001184 Sold for General Taxes of (year): 2008-2017 (2019 Scavenger Sale) Sold for Special Assessments of (Municipality) and Special Assessment No.: N/A Warrant No.: N/A Installment No.: N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at: AN APPROX. 47' X 185' PARCEL LOCATED ON THE WEST SIDE OF 50TH AVENUE APPROX. 416' NORTH OF ST. CHARLES ROAD, BELLWOOD, ILLINOIS Legal Description or Property Index No.: 15-08-102-033-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 29, 2020. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 29, 2020. This matter is set for hearing in the Circuit Court of this County in Chicago, Illinois, on January 6, 2021 in Room 1704 of the Richard J. Daley Center at 50 W. Washington Street, Chicago, Illinois at 9:30 a.m. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before December 29, 2020 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 N. Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645 200 South Jackson Street, LLC Purchaser or Assignee Dated: July 6, 2020 Balin Law, P.C. Attorneys at Law 100 N. LaSalle, Suite 1200 Chicago, IL 60602 (312) 345-1111 Firm #58864
9/21, 9/22, 9/23/2020 6764791

TO: 1120 Retail LLC; 1120 Retail LLC, c/o Dean Papadakis, Reg. Agt.; 1120 Retail LLC, c/o Jesse White, IL Secretary of State; Inland Bank and Trust; Drechsler Building Condominium Association, c/o Jesse White, IL Secretary of State; Drechsler Building Condominium Association, c/o Robert Ohlhausen, Reg. Agt.; 1120 Retail Management, Inc., c/o Dean J Papadakis, Reg. Agt.; 1120 Club, L.L.C., c/o Jesse White, IL Secretary of State; 1120 Club, L.L.C.; The Sawyers and Lerner Building, LLC, c/o Mac G. Sawyers, Reg. Agt.; The Sawyers and Lerner Building, LLC; Bradenburg Family Associates, c/o Novack and Macey LLP, Re: 2007 L 008894; 1120 Club Condominium Association, c/o William T Planek, Reg. Agt.; Board of Managers of the 1120 Club Condominium Association, c/o Melih Yalc8in, President; Board of Managers of the 1120 Club Condominium Association, c/o Leslie Burns, Secretary; New Venture Holdings LLC, c/o Jesse White, IL Secretary of State; New Venture Holdings LLC, c/o Robert Ohlhausen, Reg. Agt.; Occupant, 1116 Lake Street, Unit 3, Oak Park, IL 60301; KAREN A. YARBROUGH, COUNTY CLERK; Persons or tenants in actual occupancy or possession of said property; Unknown owners or parties interested in said property. TAX DEED NO. 2020COTD001584 FILED: June 29, 2020 TAKE NOTICE County of Cook Date Premises Sold: July 15, 2019 Certificate No.: 19S-0007147 Sold for General Taxes of (year): 2011-2017 (2019 Scavenger Sale) Sold for Special Assessments of (Municipality) and Special Assessment No.: N/A Warrant No.: N/A Installment No.: N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at: 1116 LAKE STREET, UNIT 3, OAK PARK, ILLINOIS Legal Description or Property Index No.: 16-07-119-035-1003 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on December 29, 2020. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before December 29, 2020. This matter is set for hearing in the Circuit Court of this County in Chicago, Illinois, on January 6, 2021 in Room 1704 of the Richard J. Daley Center at 50 W. Washington Street, Chicago, Illinois at 9:30 a.m. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before December 29, 2020 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 N. Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645 200 South Jackson Street, LLC Purchaser or Assignee Dated: July 6, 2020 Balin Law, P.C. Attorneys at Law 100 N. LaSalle, Suite 1200 Chicago, IL 60602 (312) 345-1111 Firm #58864
9/21, 9/22, 9/23/2020 6764784

## LEGAL NOTICES

*Court Ordered Legal Notice*

### FACEBOOK USERS IN ILLINOIS MAY BE ENTITLED TO A PAYMENT IF THEIR FACE APPEARED IN A PICTURE ON FACEBOOK AFTER JUNE 7, 2011

Facebook, Inc. has settled a class action that claimed Facebook violated Illinois law by collecting and storing the biometric data of Facebook users in Illinois without the proper notice and consent, as part of its "Tag Suggestions" feature and other features involving facial recognition technology. Facebook denies it violated any law. For more information, please visit www.facebookbipaclassaction.com.

**AM I A CLASS MEMBER?**

The Court decided that all people who fit this definition are included in the Class: "Facebook users located in Illinois for whom Facebook created and stored a face template after June 7, 2011." To file a valid claim under the Settlement, you must have lived in the State of Illinois for a period of at least 183 days (6 months).

**WHAT CAN PEOPLE GET FROM THE SETTLEMENT?**

If you believe you are a Class Member, you can fill out a short Claim Form and potentially receive approximately $200 to $400 from a $650 million Settlement Fund. The amount you receive may be less than or greater than this amount depending on the number of valid claims filed. This fund will also be used to pay the costs of notifying people about the Settlement, the lawyers' fees, award payments to the users who helped bring the lawsuit, and certain taxes. The Settlement also requires Facebook to turn "off" the Facial Recognition setting and delete face templates for most Class Members unless they turn it back "on."

**WHAT ARE MY RIGHTS & OPTIONS?**

**File a claim.** The only way to get money is to fill out a short Claim Form. If the Court approves the Settlement, you will be bound by all orders and judgments in the case. **Do Nothing.** You will get no money, but will be bound by all orders and judgments in the case. **Exclude Yourself.** If you do not want money from the Settlement and want to keep your right to file your own lawsuit against Facebook for any of the issues or claims in the case, you must exclude yourself from the Class. **Object.** You can also object to the Settlement and Class Counsel's request for attorneys' fees and expenses if you disagree with them. All claims, requests for exclusion, and objections must be postmarked by November 23, 2020. The Court has appointed lawyers from the firms Edelson PC, Robbins Geller Rudman & Dowd LLP, and Labaton Sucharow LLP to represent you as "Class Counsel." The lawyers will request to be paid from the Settlement Fund. You can hire your own lawyer, but you'll need to pay your own legal fees.

The Court will hold a final hearing on the Settlement of this case at 10:00 a.m. on January 7, 2021, at the Philip Burton Federal Courthouse, 450 Golden Gate Ave, Courtroom 11, 19th floor, San Francisco, CA 94102. You can go to this hearing, but you do not have to. The Court will hear any objections, determine if the Settlement is fair, and consider Class Counsels' request for attorneys' fees of up to 20% of the original settlement fund ($550 million) plus expenses, and an incentive award to the Class Representatives. Any money not awarded will stay in the Settlement Fund to pay Class Members who file valid claims. Class Counsels' request for fees, expenses, and an incentive award will be posted on the settlement website after they are filed.

**HOW DO I GET MORE INFORMATION?**

This notice is only a summary. For information, including the Settlement other legal documents, visit www.facebookbipaclassaction.com or contact the administrator at 1-844-799-2417. Please do not contact the Court or Facebook.

Case 3:15-cv-03747-JD    Document 517-1    Filed 12/14/20    Page 28 of 60

# NATION/WORLD

# WITH MITT ON BOARD, SENATE GOP PUTS COURT PICK ON FAST TRACK

## Republicans plan preelection vote on RBG replacement

**BY LISA MASCARO, ZEKE MILLER AND MARY CLARE JALONICK**
Associated Press

WASHINGTON — Votes in hand, Senate Republicans are charging ahead with plans to confirm President Donald Trump's pick to fill the late Justice Ruth Bader Ginsburg's Supreme Court seat before the Nov. 3 election, launching a divisive fight over Democratic objections before a nominee is even announced.

Trump said Tuesday he will name his choice Saturday, confident of support. Democrats say it's too close to the election, and the winner of the presidency should name the new justice. But under GOP planning, the Senate could vote Oct. 29.

"I guess we have all the votes we're going to need," Trump told WJBX FOX 2 in Detroit. "I think it's going to happen."

Republicans believe the court fight will energize voters for Trump, boosting the party and potentially deflating Democrats who cannot stop the lifetime appointment for a conservative justice. The Senate is controlled by Republicans, 53-47, with a simple majority needed for confirmation. The one remaining possible Republican holdout, Mitt Romney of Utah, said Tuesday he supports taking a vote.

It is one of the quickest confirmation efforts in recent times. No court nominee in U.S. history has been considered so close to a presidential election.

During a private lunch meeting Tuesday at Senate GOP campaign headquarters, several Republican senators spoke up in favor of voting before the election. None advocated a delay.

Elsewhere, as tributes poured in for Ginsburg with vigils and flowers at the court's steps, Democrats led by presidential nominee Joe Biden vowed a tough fight. The Senate Democratic leader, Chuck Schumer, said "we should honor her dying wish," which was that her seat not be filled until the man who wins the presidential election is installed, in January.

But that seemed no longer an option. So far, two Republicans have said they oppose taking up a nomination at this time, but no others are in sight. Under Senate rules, Vice President Mike Pence could break a tie vote.

While not all Republican senators have



**Sen. Mitt Romney, R-Utah, said Tuesday that he supports taking a vote on whomever President Donald Trump nominates to fill Ruth Bader Ginsburg's seat on the Supreme Court.** J. SCOTT APPLEWHITE/AP

said they will support the eventual pick, few appear willing to stand in the way of a top party priority.

Hearings could start as soon as Oct. 12 by the Senate Judiciary Committee, with a vote in the full Senate by Oct. 29, according to a GOP aide granted anonymity to discuss deliberations.

Democrats point to hypocrisy in Republicans trying to rush through a pick so close to the election after Senate Majority Leader Mitch McConnell led the GOP in refusing to vote on a nominee of President Barack Obama in February 2016, long before that year's election.

Romney, the GOP's 2012 presidential nominee, dismissed that argument, saying "it was not unfair" for Republicans to refuse to consider Obama's choice of Merrick Garland.

The Utah Republican backed up his decision by saying it's not "written in the stars" that the court should have a liberal bent. He said Trump's pick will tip the court to become more conservative, and he said that is appropriate "for a nation which is, if you will, center right, to have a court which reflects a center right point of view."

**MORE NEWS: U.S. CORONAVIRUS DEATH TOLL TOPS 200,000 PAGE 35**

**Legal Notice**

## FACEBOOK USERS IN ILLINOIS MAY BE ENTITLED TO A PAYMENT IF THEIR FACE APPEARED IN A PICTURE ON FACEBOOK AFTER JUNE 7, 2011

Facebook, Inc. has settled a class action that claimed Facebook violated Illinois law by collecting and storing the biometric data of Facebook users in Illinois without the proper notice and consent, as part of its "Tag Suggestions" feature and other features involving facial recognition technology. Facebook denies it violated any law. For more information, please visit www.facebookbipaclassaction.com.

### AM I A CLASS MEMBER?

The Court decided that all people who fit this definition are included in the Class: "Facebook users located in Illinois for whom Facebook created and stored a face template after June 7, 2011." To file a valid claim under the Settlement, you must have lived in the State of Illinois for a period of at least 183 days (6 months).

### WHAT CAN PEOPLE GET FROM THE SETTLEMENT?

If you believe you are a Class Member, you can fill out a short Claim Form and potentially receive approximately $200 to $400 from a $650 million Settlement Fund. The amount you receive may be less than or greater than this amount depending on the number of valid claims filed. This fund will also be used to pay the costs of notifying people about the Settlement, the lawyers' fees, award payments to the users who helped bring the lawsuit, and certain taxes. The Settlement also requires Facebook to turn "off" the Facial Recognition setting and delete face templates for most Class Members unless they turn it back "on."

### WHAT ARE MY RIGHTS & OPTIONS?

**File a claim.** The only way to get money is to fill out a short Claim Form. If the Court approves the Settlement, you will be bound by all orders and judgments in the case. **Do Nothing.** You will get no money, but will be bound by all orders and judgments in the case. **Exclude Yourself.** If you do not want money from the Settlement and want to keep your right to file your own lawsuit against Facebook for any of the issues or claims in the case, you must exclude yourself from the Class. **Object.** You can also object to the Settlement and Class Counsel's request for attorneys' fees and expenses if you disagree with them. All claims, requests for exclusion, and objections must be postmarked by November 23, 2020. The Court has appointed lawyers from the firms Edelson PC, Robbins Geller Rudman & Dowd LLP, and Labaton Sucharow LLP to represent you as "Class Counsel." The lawyers will request to be paid from the Settlement Fund. You can hire your own lawyer, but you'll need to pay your own legal fees.

The Court will hold a final hearing on the Settlement of this case at 10:00 a.m. on January 7, 2021, at the Philip Burton Federal Courthouse, 450 Golden Gate Ave, Courtroom 11, 19th floor, San Francisco, CA 94102. You can go to this hearing, but you do not have to. The Court will hear any objections, determine if the Settlement is fair, and consider Class Counsels' request for attorneys' fees of up to 20% of the original settlement fund ($550 million) plus expenses, and an incentive award to the Class Representatives. Any money not awarded will stay in the Settlement Fund to pay Class Members who file valid claims. Class Counsels' request for fees, expenses, and an incentive award will be posted on the settlement website after they are filed.

### HOW DO I GET MORE INFORMATION?

This notice is only a summary. For information, including the Settlement other legal documents, visit www.facebookbipaclassaction.com or contact the administrator at 1-844-799-2417. Please do not contact the Court or Facebook.

## NOTICE OF PROPOSED PROPERTY TAX LEVY FOR ALSIP, HAZELGREEN AND OAK LAWN SCHOOL DISTRICT NUMBER 126

I. A public hearing to approve a proposed property tax levy for Alsip, Hazelgreen and Oak Lawn School District Number 126, Cook County, Illinois for 2020 will be held on October 1, 2020 at 7:00 p.m. at Prairie Junior High School, 11910 South Kostner Avenue, Alsip, IL 60803.

Any person desiring to appear at the public hearing and present testimony to the taxing district may contact Craig Gwaltney, Superintendent, School District #126, 11900 S. Kostner, Alsip, IL 60803, (708) 3891900.

II. The corporate and special purpose property taxes extended or abated for 2019 were $23,630,977.

The proposed corporate and special purpose property taxes to be levied for 2020 are $24,808,000. This represents a 4.98% increase over the previous year.

III. The property taxes extended for debt service and public building commission leases for 2019 were $0.00.

The estimated property taxes to be levied for debt service and public building commission leases for 2020 are $0.00.  This represents no change from the previous year.

IV. The total property taxes extended or abated for 2019 were $23,630,977.  The total property taxes to be levied for 2020 are $24,808,000.  This represents a 4.98% increase over the previous year.

Lori Pierce
Secretary, Board of Education
School District Number 126
Cook County, Illinois

# Exhibit G

# *In re Facebook Biometric Info. Privacy Litig.*

# Digital Media Screenshots



*In re Facebook Biometric Info. Privacy Litig.*, 708:90   Case 3:15-cv-03747-JD   Document 517-1   Filed 12/14/20   Page 31 of 60

Placement: Chicago.SunTimes.com

*One of Editor & Publisher's '10 That Do It Right 2020'* | Tuesday, September 29, 2020

Log In | Try 1 month for $1

Subscribe

# CHICAGO SUN ★ TIMES

News ▾    Sports ▾    More ▾

 



FACEBOOK USERS LOCATED IN ILLINOIS WHO APPEARED IN A PICTURE UPLOADED TO FACEBOOK AFTER JUNE 7, 2011 MAY BE ENTITLED TO A PAYMENT FROM A CLASS ACTION SETTLEMENT

Learn More

FacebookBIPAclassaction.com



**CITY HALL**

## Lightfoot debuts sweeping



**CORONAVIRUS**

### Chicago to ease capacity restrictions on restaurants, allow drinking inside bars

The changes, taking effect Thursday, also increase the size of exercises classes and after-school programs to 15, up from 10. And salon services that require removing a mask, such as facials and shaves, will be allowed.

By Adam Mahoney



**CORONAVIRUS**

### N95 mask shortage scares health care workers ahead of projected COVID-19 spike

With another wave of coronavirus cases possible this fall and winter, hospitals are trying to stock up on N95 respirators, considered the best Personal Protective Equipment. But they haven't gotten enough help from the Trump Administration, critics say.

By Brett Chase



*In re Facebook Biometric Info. Privacy Litig.* - 300x600

Case 3:15-cv-03747-JD    Document 517-1    Filed 12/14/20    Page 32 of 60

Placement: Chicago.SunTimes.com





*In re Facebook Biometric Info. Privacy Litig.* 300x250-JD    Case 3:15-cv-03747-JD    Document 517-1    Filed 12/14/20    Page 33 of 60

Placement: CNET.com

## TOP STORIES



**TikTok is feeding an appetite for authenticity. Instagram may want to take notes**
BY ABRAR AL-HEETI



PAID CONTENT

**3 Toxic Foods For Cats: The One Meat You Should Never Feed Your Cat**
PAID CONTENT BY DR. MARTY

FACEBOOK USERS LOCATED IN ILLINOIS WHO APPEARED IN A PICTURE UPLOADED TO FACEBOOK AFTER JUNE 7, 2011 MAY BE ENTITLED TO A PAYMENT FROM A CLASS ACTION SETTLEMENT

FacebookBIPAclassaction.com    Learn More

**When could the IRS send more stimulus checks and who might get them first?**
BY CLIFFORD COLBY



## LATEST STORIES   All news

JUST IN    **Second stimulus check: The 7 biggest takeaways you should know right now**
The route to a new round of stimulus payments keeps twisting and turning. We'll keep it simple.



JUST IN    **Win Prime Day with these 6 essential tips**
CNET's resident cheapskate has the inside scoop.



JUST IN    **Audi's cellular vehicle-to-everything communications tech will save road**
"C-V2X" communication is the future and Audi is pushing it forward.



JUST IN    **Best espresso machine for 2020: Mr. Coffee, Breville, Cuisinart, Breville and**
To learn what espresso machines are the best we tested many popular models from Breville, Nespresso,...



JUST IN    **Coffee makers starting at $15 for National Coffee Day**
Some of the best coffee deals of the year are going on right now.



JUST IN    **Microsoft may have new Surfaces coming this week**
A new Surface Laptop Go and Pro X may be coming on Thursday.



22 MIN AGO    **Prime Day deal: 5 ways to spend $10 at Amazon and get $10 from Amazon**
Shop in physical stores and you can score up to $50 in Prime Day credits.



29 MIN AGO    **Motorola Razr arrives Oct. 2 with discounts up to $700 off**
The new Razr normally costs $1,400, but starting Friday you can buy one for as little as $700.



Placement: HowStuffWorks.com





Placement: HowStuffWorks.com

Advertisement



**Is krokodil really a flesh-eating zombie drug?**

How does the brain create an uninterrupted view of the world?

How Sand Dunes Work



**From Slave to Millionaire Philanthropist: The Biddy Mason Story**

The Tragic Life and Curious Death of Howard Hughes

How the United Nations Works



**Top 10 Animal vs. Aircraft Stories**

Shark Finning - The Big Picture of a Big Problem

DNA Database Helps Nab Rhinoceros Poachers



Get Access to Un-Profiled News

Startpage

Search Privately



FACEBOOK USERS LOCATED IN ILLINOIS WHO APPEARED IN A PICTURE UPLOADED TO FACEBOOK AFTER JUNE 7, 2011 MAY BE ENTITLED TO A PAYMENT FROM A CLASS ACTION SETTLEMENT

Learn More

FacebookBIPAclassaction.com

## PUZZLES

Try a free puzzle based on our content. How fast can you solve it?

   

   

**Say What?!**

"The people in Missouri say, 'Well, Frankfort thinks that they've got the body of Daniel Boone. They got his large bones. But we got his heart still here in Missouri.'"
— Sam Compton, President, The Boone Society

Explore more in

Explorer Daniel Boone Blazed a Trail to the American West

Advertisement



*In re Facebook Biometric Info. Privacy Litig., 300-750*  Case 3:15-cv-03747-JD   Document 517-1   Filed 12/14/20   Page 36 of 60

Placement: SouthernLiving.com









# Exhibit H

Official Notice from the United States District Court for the Northern District of California

# Facebook users in Illinois may be entitled to payment if their face appeared in a picture on Facebook after June 7, 2011

**Don't worry, you are not being sued. This is an official court notice, not an ad for a lawyer.**

Facebook, Inc. has settled a class action that claimed Facebook collected and stored the biometric data of Facebook users in Illinois without the proper notice and consent in violation of Illinois law as part of its "Tag Suggestions" feature and other features involving facial recognition technology.

You are included in the Settlement if you are or were a Facebook user located in Illinois and Facebook created and stored a face template for you after June 7, 2011.

Included users can fill out a short Claim Form and receive approximately $200 to $400 per person from a $650 million Settlement Fund. This fund will also be used to pay the costs of notifying people about the Settlement, the lawyers' fees, awards to the users who helped bring the lawsuit, and certain taxes.

The Settlement also requires Facebook to turn "off" its Facial Recognition setting and delete face templates for most users unless they turn it back "on."

If you are included, your legal rights are affected whether you act or do not act. Read this Notice carefully.

The Court in charge of this case hasn't decided if the Settlement is fair yet. Payments will be made only if the Court decides the Settlement is fair and approves the Settlement.

## Your Legal Rights and Options in this Lawsuit

**1. Fill Out a Claim Form.**

The only way to get a payment. You must submit a valid Claim Form either online or by mail postmarked by November 23, 2020.

**2. Object.**

Write to the Court about why you do not like something about the Settlement by November 23, 2020.

**3. Ask to be excluded from the Class.**

If you don't want to be a part of the Settlement, you must send a written request to be excluded. You won't get any money or other benefits, but you will keep any rights to sue Facebook yourself for the same legal issues in this lawsuit.

**4. Go to a hearing on January 7, 2021.**

You can ask to speak to the Court about your opinion of the Settlement, including the amount of lawyers' fees. Written requests to speak must be received by the Court by November 23, 2020.

FBYNOT1

**5. Do nothing.**

You won't get any money and you will lose any rights to sue Facebook yourself for the same legal issues in this lawsuit.

## Basic Information

**6. Why should I read this Notice?**

This Notice explains the lawsuit, the Settlement, your rights, what payments are available, and how to get them.

The Hon. James Donato of the United States District Court for the Northern District of California is in charge of this class action. The lawsuit is known as *In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-CV-03747-JD.

**7. What is this lawsuit about?**

Facebook users in Illinois sued Facebook claiming that its "Tag Suggestions" feature and other features involving facial recognition technology violated the Illinois Biometric Information Privacy Act ("BIPA"). That law says companies can't collect, store, or give out "biometric data," which includes things like face or fingerprint scans, without first giving notice and getting consent. This case alleges that Facebook used facial recognition technology to create face templates—unique templates that can be used to identify users in photos, that these templates are covered by BIPA, and that Facebook did this without the proper notice and consent. Facebook denies all allegations of wrongdoing and liability.

**8. What is a class action and who is involved?**

In a class action lawsuit, one or more people called "Class Representatives" sue on behalf of other people who have similar claims. These people together are a "Class" or "Class Members." One court resolves the issues in the case for everyone in the Class–except for those people who choose to exclude themselves from the Class. In this case, the Court appointed Nimesh Patel, Adam Pezen, and Carlo Licata as the Class Representatives.  These individuals are each from Illinois and claim that they had face templates created and stored by Facebook.

**9. Why is there a Settlement?**

Facebook and the Class Representatives spent more than five years in Court fighting this case. Shortly before trial, both sides agreed to a settlement. The Settlement gives Class Members guaranteed payments now whereas in a trial, Class Members might get nothing or might get payments only years from now. Because there is a settlement, the Court has not decided who should win the case.

## Who Is Included in the Settlement

To see if you can get a payment, you first need to determine whether you are included in this lawsuit.

**10. Am I Included as part of the Class?**

The Court decided that all people who fit this definition are included in the Class: "Facebook users located in Illinois for whom Facebook created and stored a face template after June 7, 2011."

To receive money under the Settlement, you must have lived in the State of Illinois for a period of at least 183 days (6 months) after June 7, 2011. Time spent traveling or taking a vacation outside Illinois can be included in this time period and does not make you ineligible.

Facebook's records were used to identify certain Class Members who should have received Notice through email or on Facebook. If you didn't get a Notice and think you're included, you might be part of the Class if you are a current or former Facebook user in Illinois who uploaded a photograph of yourself or were "tagged" in a photograph on Facebook after June 7, 2011. Not everybody in Illinois who uses Facebook is included. If photographs of you that were uploaded to Facebook (by yourself or others) after June 7, 2011 did not result in the creation of a face template while you lived in Illinois, you are not part of the Class. For more information, please visit **www.facebookbipaclassaction.com**.

**11. Are there exceptions to being included?**

Some users are excluded because they work for Facebook or are related to the judges or lawyers in the case. The Settlement Agreement has a list of the categories of people who are excluded.  Of course, users who request to be excluded (this process is explained below) aren't included either.

**12. I'm still unsure if I am included.**

If you are still not sure whether you are included, you can get free help at www.facebookbipaclassaction.com, by calling the Settlement Administrator at 1-844-799-2417 or by calling the lawyers appointed to represent Class Members in this case, Edelson PC ("Edelson") of Chicago, Illinois 1-866-354-3015, Robbins Geller Rudman & Dowd LLP ("Robbins Geller") of San Francisco, California 1-800-449-4900, and Labaton Sucharow LLP ("Labaton Sucharow") of New York, New York 1-888-219-6877. Please do not contact the Court or Facebook.

## The Settlement Benefits

**13. What does the Settlement provide?**

Facebook will pay $650 million to settle this case. That money will go into a "Settlement Fund" to pay for everything related to the Settlement. Most of the money will go to Class Members who submit valid Claim Forms (more about that in the question below). The rest will be used to pay the costs of notifying people about the Settlement, the lawyers' fees, awards to the Class Representatives who helped bring the lawsuit, and certain taxes.

Facebook will also turn "off" its Face Recognition feature for most Class Members. If those Class Members don't turn Face Recognition back on, Facebook will delete all existing face templates for those users.

Some Class Members who already turned Face Recognition back "on" for themselves, including Class Members who recently signed up for Facebook, won't have their Face Recognition setting turned off.

Finally, Facebook will delete any face templates of any Class Members who have had no activity on Facebook for a period of three years.

**14. How much will my payment be?**

Payments will likely be approximately $200 to $400 per person. We can't give you an exact number right now because the payment amounts depend on how many Class Members file valid claims and the amount of fees, costs, expenses, and awards deducted from the Settlement Fund. The Settlement Website will periodically be updated to provide the estimated payment amount based on the number of participating Class Members.

**15. How can I get a payment?**

To get a payment you have to complete and submit a valid Claim Form **no later than November 23, 2020.** Please file your claim electronically on **www.facebookbipaclassaction.com.** Not only is submitting online easier and more secure, but it is completely free and takes only minutes. You can get payment by a check or electronically through Zelle, PayPal, and direct deposit.

If you want to get a paper copy of the Claim Form, you can go to **www.facebookbipaclassaction.com** or call toll-free, 1-844-799-2417.

**16. When will I get my payment?**

We can't give you a date yet. Payments will be made about two months after the Court approves the Settlement. The Court will consider final approval of the Settlement on January 7, 2021. Even if the Court approves the Settlement, there may be appeals. It is always uncertain whether and when appeals can be resolved, and resolving them can take more than a year.

All checks will expire and become void 90 days after they are issued. If there is any money left because of uncashed checks or returned electronic payments, you may get a second payment if you filed a valid claim. If there is money left after the second payments, that money may be donated to the American Civil Liberties Union of Illinois to be used for their efforts protecting biometric privacy rights.

The Settlement Website will be updated to inform Class Members of the progress of the Settlement. Please be patient.

## What happens if you remain in the Settlement

**17. What am I giving up if I stay in the Class?**

Unless you exclude yourself, you are staying in the Class. That means that if the Court approves the Settlement, you are giving up the right to file your own lawsuit against, or seek further money from, Facebook for any of the issues or claims in the case—whether or not you are currently aware of those claims.

The specific scope of the claims you are releasing is in paragraph 1.25 of the Settlement Agreement, which is available through the "Court Documents" link on the Settlement Website. If you have any questions, you can talk to the lawyers listed in Question 19 for free, or you can, of course, talk to your own lawyer if you have questions about what the release means.

**18. What happens if I do nothing at all?**

If you are a Class Member and do nothing (meaning you don't submit a Claim Form and don't exclude yourself), you will not get anything from this Settlement and you will release your claims as explained above.

## The Lawyers Representing you

**19. Do I have a lawyer in this case?**

The Court has appointed the law firms of Edelson 1-866-354-3015, Robbins Geller 1-800-449-4900, and Labaton Sucharow 1-888-219-6877 to represent you and all Class Members. These firms are called "Class Counsel." The law firms are experienced in handling similar class action cases. More information about Edelson, Robbins Geller, and Labaton Sucharow, their practices, and their lawyers' experience is available at www.edelson.com, www.rgrdlaw.com, and www.labaton.com.

They believe, after fighting with Facebook in Court for several years, that the Settlement Agreement is fair, reasonable, and in the best interests of the Class. You will not be separately charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

**20. How will the lawyers be paid?**

The Court will determine how much Class Counsel will be paid for attorneys' fees, costs, and expenses in this case. The amounts will be paid from the $650 million Settlement Fund. Class Counsel will apply for an attorneys' fees award of no more than twenty percent of the original $550 million settlement fund, plus costs and expenses. Labaton Sucharow will use money from its share of what is awarded to pay the Offices of Norman Rifkind.

Class Counsel will also ask the Court to approve awards of up to $7,500 each to compensate the Class Representatives for their services on behalf of the Class.

Class Counsel's application for an award of attorneys' fees, costs, and expenses and the Class Representative awards will be made available on the "Court Documents" page at www.facebookbipaclassaction.com on October 15, 2020.

## Excluding Yourself from the Class

**21. How do I get out of the Settlement?**

To exclude yourself from the Class, and no longer be part of the Settlement, you must mail, email, or deliver a letter stating that you want to be excluded from the Class in *In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD. Your request for exclusion must include your name, address, email address, and your signature. If your email address is different than the email address associated with your Facebook account, please also include an email address associated with your account or a mobile phone number associated with your account. You must mail or email your exclusion request **no later than November 23, 2020**, to:

*In re Facebook Biometric Information Privacy Litigation* Settlement Administrator
P.O. Box 43401
Providence, RI 02940-3401
admin@facebookbipaclassaction.com

**22. If I do not exclude myself, can I sue Facebook for the same thing later?**

No. Unless you exclude yourself, you give up any right to sue Facebook for the claims being resolved by this Settlement. If you have a pending case against Facebook, please speak with your attorney immediately.

**23. If I exclude myself, can I still get anything from the Settlement?**

No. If you exclude yourself, you should not submit a Claim Form to ask for a payment because you will no longer be eligible for any.

## Objecting to or Commenting on the Settlement

**24. How do I object or comment on the Settlement or the request for attorneys' fees, costs, expenses, and incentive awards?**

You can comment on, or object to, the Settlement, Class Counsel's request for attorneys' fees, costs and expenses, and/or the request for awards for the Class Representatives.

You can ask the Court to deny approval of the Settlement. You cannot ask the Court to order a different settlement; the Court can only approve or reject the Settlement. If the Court denies approval, no payments will be made now, and the litigation will continue. If that is what you want to happen, you must object.

Any objection to the proposed Settlement must be in writing. If you file a written objection before the deadline, you may, but don't have to, appear at the Final Approval Hearing.  If you want to appear, you can do so yourself or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney.

All written objections must contain the following:

- The name and case number of this lawsuit (*In re Facebook Biometric Information Privacy Litigation*, Master File No. 3:15-CV-03747-JD);

- Your full name, mailing address, email address, and telephone number;

- If you use a different email address or telephone number for your Facebook account please also provide that information;

- An explanation of why you believe you are a Class Member;

- A statement that identifies whether you are objecting only on your own behalf, on behalf of a subsection of the Class, or on behalf of the Class as a whole;

- All reasons for your objection or comment, including all citations to legal authority and evidence supporting the objection;

- Whether you intend to personally appear and/or testify at the Final Approval Hearing (either personally or through counsel), and what witnesses you will ask to speak;

- The name and contact information of any and all attorneys representing, advising, and/or assisting you, including any counsel who may be entitled to compensation for any reason related to your objection or comment, who must make an appearance with the Court in accordance with the Local Rules; and

- Your handwritten or electronically imaged signature. An attorney's signature, or typed signature, is not sufficient.

To be considered by the Court, your comment or objection must be received by the Court either by mailing it to the Class Action Clerk, United States District Court for the Northern District of California, Phillip Burton Federal Building & U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, or by filing it in person at any location of the United States District Court for the Northern District of California. To be considered, your comment or objection must be filed or postmarked **on or before November 23, 2020**.

**25. What is the difference between objecting and excluding myself from the Class?**

Objecting means that you disagree with some aspect of the Settlement and think the Court should not approve the Settlement. An objection, or a comment, allows your views to be heard in court. You can object only if you stay in the Class.

Excluding yourself from the Class means that you are no longer a Class Member and do not want the Settlement to apply to you. If you exclude yourself, you lose any right to receive any payments or benefits from the Settlement or to object to the Settlement because the case no longer affects you.

## The Court's Final Approval Hearing

**26. When and where will the Court decide whether to approve the Settlement?**

The Court is scheduled to hold the Final Approval Hearing on January 7, 2021 at 10:00 a.m. in Courtroom 11 of the United States Courthouse, 450 Golden Gate Ave., 19th Floor, San Francisco, CA. The hearing may be rescheduled to a different date or time or location without another Notice to Class Members. Especially given the national health emergency, the date, time and location of the hearing may be subject to change, as will the manner in which Class Members might appear at the hearing. Please review the Settlement Website for any updated information regarding the Final Approval Hearing.

At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. The Court may listen to people who appear at the hearing and who have provided notice of their intent to appear at the hearing. The Court may also consider Class Counsel's application for attorneys' fees, costs and expenses and for awards to Class Representatives.

**27. Do I have to come to the Final Approval Hearing?**

No. Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish. If you submit a written objection or comment, you do not have to come to the Court to talk about it. As long as you submit your written objection or comment on time, and follow the requirements above, the Court will consider it. You may also pay your own attorney to attend, but it is not required.

**28. May I speak at the Final Approval Hearing?**

Yes. You may ask the Court for permission to speak at the Final Approval Hearing. At the hearing, the Court may hear any objections and arguments concerning the fairness of the Settlement and/or Class Counsel's request for attorneys' fees, costs, expenses, and incentive awards.

To do so, you must include in your objection or comment a statement saying that it is your "Notice of Intent to Appear in *In re Facebook Biometric Information Privacy Litigation*, Case No. 3:15-cv-03747-JD". It must include your name, address, email, telephone number and signature as well as the name and address of your lawyer, if one is appearing for you. Your submission and notice of intent to appear must be filed with the Court and be received no later than November 23, 2020.

You cannot speak at the hearing if you exclude yourself from the Class.

## Getting More Information

**29. How do I get more information?**

This Notice summarizes the proposed Settlement. More details are in the Stipulation of Class Action Settlement, in the Court's orders, and other relevant documents, which are available online at **www.facebookbipaclassaction.com**.

You can also get information about this case by accessing the Court docket, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at www.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, San Francisco Courthouse, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

You may also contact the Settlement Administrator at 1-844-799-2417 or write to *In re Facebook Biometric Information Privacy Litigation* Settlement Administrator, P.O. Box 43401, Providence, RI 02940-3401, or call Class Counsel Edelson (1-866-354-3015), Robbins Geller (1-800-449-4900), and Labaton Sucharow (1-888-219-6877).

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE
TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

All questions regarding the Settlement or claims process should be directed to the Settlement Administrator or to Class Counsel.

By order of the United States District Court for the Northern District of California

Aviso Oficial del Tribunal de Distrito de Estados Unidos por el Distrito Norte de California

# Los usuarios de Facebook en Illinois pueden tener derecho a un pago si su cara apareció en una foto en Facebook después del 7 de junio de 2011

**No se preocupe, usted no está siendo demandado. Esto es un aviso oficial del tribunal, no un anuncio de un abogado.**

Facebook, Inc. ha resuelto una demanda colectiva que alega que Facebook recopiló y almacenó datos biométricos de los usuarios de Facebook en Illinois sin el debido aviso y consentimiento infringiendo la ley de Illinois como parte de su función "Sugerencias de Etiqueta" y otras funciones que implican la tecnología de reconocimiento facial.

Usted está incluido en el Acuerdo si es o era usuario de Facebook ubicado en Illinois y Facebook creó y almacenó una plantilla de cara para usted después del 7 de junio de 2011.

Los usuarios incluidos pueden rellenar un breve Formulario de Reclamación y recibir aproximadamente de $200 a $400 por persona procedente del Fondo del Acuerdo de $650 millones.  Este fondo también se utilizará para pagar los costos de notificar a las personas sobre el Acuerdo, los honorarios de los abogados, las adjudicaciones a los usuarios que ayudaron a presentar la demanda, y ciertos impuestos.

El Acuerdo también solicita que Facebook "desactive" su configuración de Reconocimiento Facial y elimine las plantillas de rostros para la mayoría de los usuarios, a menos que ellos la vuelvan a "activar".

Si usted está incluido, sus derechos legales se ven afectados independientemente de si actúa o no. Lea este Aviso detenidamente.

El Tribunal a cargo de este caso aún no ha decidido si el Acuerdo es justo.  Los pagos solamente se efectuarán si el Tribunal decide que el Acuerdo es justo y lo aprueba.

## Sus Derechos Legales y Opciones en esta Demanda

**1. Rellenar un Formulario de Reclamación.**

La única manera de obtener un pago.  Usted tiene que presentar un Formulario de Reclamación válido ya sea en línea o por correo con matasellos de no más tarde del 23 de noviembre de 2020.

**2. Objetar.**

Escriba al Tribunal sobre por qué no le agrada algo del Acuerdo no más tarde del 23 de noviembre de 2020.

**3. Solicitar ser excluido de la Clase.**

Si no desea formar parte del Acuerdo, tiene que enviar una solicitud por escrito para ser excluido.  No recibirá ningún dinero ni otros beneficios, pero mantendrá cualquier derecho a demandar a Facebook usted mismo por los mismos asuntos legales en esta demanda.

**4. Asistir a una audiencia el 7 de enero de 2021.**

Usted puede solicitar hablar en el Tribunal sobre su opinión del Acuerdo, incluyendo el monto de los honorarios de abogados. Las solicitudes por escrito para hablar tienen que ser recibidas por el Tribunal no más tarde del 23 de noviembre de 2020.

**5. No hacer nada.**

No recibirá dinero y perderá cualquier derecho a demandar a Facebook usted mismo por los mismos asuntos legales en esta demanda.

## Información Básica

**6. ¿Por qué debería leer este Aviso?**

Este Aviso explica la demanda, el Acuerdo, sus derechos, los pagos disponibles, y cómo obtenerlos.

El Hon. James Donato del Tribunal de Distrito de Estados Unidos por el Distrito Norte de California está a cargo de esta demanda colectiva.   La demanda se conoce como *In re Facebook Biometric Information Privacy Litigation*, N.º de caso 3:15-CV-03747-JD.

**7. ¿De qué trata esta demanda?**

Los usuarios de Facebook en Illinois demandaron a Facebook alegando que su función de "Sugerencia de Etiqueta" y otras funciones relacionadas con la tecnología de reconocimiento facial infringió la Ley de Privacidad de Información Biométrica de Illinois ("BIPA" por sus siglas en inglés).  Esa ley dice que las empresas no pueden recopilar, almacenar, o dar "datos biométricos", que incluyen cosas como escaneos faciales o de huellas dactilares, sin antes dar aviso y obtener consentimiento. Este caso alega que Facebook utilizó tecnología de reconocimiento facial para crear plantillas de rostros—plantillas únicas que se pueden utilizar para identificar a los usuarios en fotos, que estas plantillas están cubiertas por BIPA, y que Facebook lo hizo sin el debido aviso y consentimiento. Facebook niega todas las alegaciones de irregularidades y responsabilidad.

**8. ¿Qué es una demanda colectiva y quién participa?**

En una demanda colectiva, una o más personas llamadas "Representantes de la Clase" demandan en nombre de otras personas que tienen reclamaciones similares. Estas personas juntas forman una "Clase" o son "Miembros de la Clase". Un tribunal resuelve los asuntos en el caso para todas las personas de la Clase (excepto para aquellas personas que decidan excluirse de la Clase). En este caso, el Tribunal nombró a Nimesh Patel, Adam Pezen y Carlo Licata como Representantes de la Clase. Estas personas son de Illinois y alegan que Facebook tenía plantillas de rostro creadas y almacenadas de ellos.

**9. ¿Por qué hay un Acuerdo?**

Facebook y los Representantes de la Clase pasaron más de cinco años en el Tribunal litigando este caso. Poco antes del juicio, ambas partes llegaron a un acuerdo. El Acuerdo otorga a los Miembros de la Clase pagos garantizados ahora, mientras que en un juicio, los Miembros de la Clase podrían no recibir nada o podrían obtener pagos dentro de unos años.  Como hay un acuerdo, el Tribunal no ha decidido quién debería ganar el caso.

## Quién está Incluido en el Acuerdo

Para ver si puede obtener un pago, primero necesita determinar si está incluido en esta demanda.

**10. ¿Estoy incluido como parte de la Clase?**

El Tribunal decidió que todas las personas que se ajustan a esta definición están incluidas en la Clase: "Los usuarios de Facebook ubicados en Illinois para los que Facebook creó y almacenó una plantilla de rostro después del 7 de junio de 2011".

Para recibir dinero conforme al Acuerdo, tiene que haber vivido en el estado de Illinois durante un periodo de al menos 183 días (6 meses) después del 7 de junio de 2011. El tiempo que pasara viajando o de vacaciones fuera de Illinois se puede incluir en este periodo de tiempo y no lo hace inelegible.

Los registros de Facebook se utilizaron para identificar a ciertos Miembros de la Clase que deberían haber recibido un Aviso por correo electrónico o en Facebook. Si usted no recibió un Aviso y cree que está incluido, podría formar parte de la Clase si es un usuario actual o anterior de Facebook en Illinois que subió una fotografía de sí mismo o fue "etiquetado" en una fotografía en Facebook después del 7 de junio de 2011. No todas las personas en Illinois que utilizan Facebook están incluidas. Si las fotografías suyas que fueron subidas a Facebook (por usted u otros) después del 7 de junio de 2011 no resultaron en la creación de una plantilla de rostro mientras vivía en Illinois, no forma parte de la Clase. Para obtener más información, visite **www.facebookbipaclassaction.com**.

### 11. ¿Hay excepciones para estar incluido?

Algunos usuarios quedan excluidos porque trabajan para Facebook o están relacionados con los jueces o abogados en este caso. El Acuerdo de Resolución tiene una lista de las categorías de personas que están excluidas. Por supuesto, los usuarios que soliciten ser excluidos (este proceso se explica más adelante) tampoco están incluidos.

### 12. Todavía no estoy seguro de si estoy incluido.

Si todavía no está seguro de si está incluido, puede obtener ayuda gratuita en www.facebookbipaclassaction.com, llamando al Administrador del Acuerdo al 1-844-799-2417 o llamando a los abogados designados para representar a los Miembros de la Clase en este caso, Edelson PC ("Edelson") de Chicago, Illinois 1-866-354-3015, Robbins Geller Rudman & Dowd LLP ("Robbins Geller") de San Francisco, California 1-800-449-4900, y Labaton Sucharow LLP ("Labaton Sucharow") de New York, New York 1-888-219-6877. Por favor, no se ponga en contacto con el Tribunal o Facebook.

## Los Beneficios del Acuerdo

### 13. ¿Qué dispone el Acuerdo?

Facebook pagará $650 millones para resolver este caso. Ese dinero se ingresará en un "Fondo del Acuerdo" para pagar todo lo relacionado con el Acuerdo. La mayor parte del dinero se destinará a los Miembros de la Clase que presenten Formularios de Reclamación válidos (más detalles en la siguiente pregunta). El resto se utilizará para pagar los costos de notificar a las personas sobre el Acuerdo, los honorarios de los abogados, las adjudicaciones a los Representantes de la Clase que ayudaron a presentar la demanda, y ciertos impuestos.

Facebook además "desactivará" su función de Reconocimiento Facial para la mayoría de los Miembros de la Clase. Si esos Miembros de la Clase no vuelven a activar el Reconocimiento Facial, Facebook eliminará todas las plantillas de rostros existentes para dichos usuarios.

Algunos Miembros de la Clase que ya han vuelto a "activar" el Reconocimiento Facial ellos mismos, incluyendo los Miembros de la Clase que se hayan registrado recientemente en Facebook, no tendrán la función de Reconocimiento Facial desactivada.

Por último, Facebook eliminará cualquier plantilla de rostro de cualquier Miembro de la Clase que no haya tenido actividad en Facebook por un periodo de tres años.

**14. ¿De cuánto será mi pago?**

Los pagos probablemente serán de aproximadamente $200 a $400 por persona.  No podemos darle un número exacto en este momento porque los montos de pago dependen de cuántos Miembros de la Clase presenten reclamaciones válidas y los montos de honorarios, costos, gastos, y adjudicaciones deducidas del Fondo del Acuerdo.  El sitio web del Acuerdo se actualizará periódicamente para proporcionar el monto estimado del pago basado en el número de Miembros participantes de la Clase.

**15. ¿Cómo puedo obtener un pago?**

Para obtener un pago tiene que completar y enviar un Formulario de Reclamación válido **no más tarde del 23 de noviembre de 2020**.  Por favor, presente su reclamación electrónicamente en **www.facebookbipaclassaction.com**.  No es solamente más fácil y más seguro, sino que es completamente gratis y toma solo unos minutos.  Puede obtener el pago mediante un cheque o electrónicamente a través de Zelle, PayPal, y depósito directo.

Si desea obtener una copia en papel del Formulario de Reclamación, puede dirigirse a **www.facebookbipaclassaction.com** o llamar al número gratuito 1-844-799-2417.

**16. ¿Cuándo recibiré mi pago?**

Todavía no podemos darle una fecha.  Los pagos se efectuarán aproximadamente dos meses después de que el Tribunal apruebe el Acuerdo.  El Tribunal considerará la aprobación definitiva del Acuerdo el 7 de enero de 2021. Incluso si el Tribunal aprueba el Acuerdo, puede que haya apelaciones. Nunca se sabe si las apelaciones pueden ser resueltas o para cuándo, y resolverlas puede llevar más de un año.

Todos los cheques caducarán y se anularán a los 90 días de su emisión. Si queda dinero debido a los cheques no cobrados o los pagos electrónicos devueltos, puede recibir un segundo pago si presentó una reclamación válida. Si queda dinero después de los segundos pagos, dicho dinero puede ser donado a la American Civil Liberties Union of Illinois para ser utilizado a los esfuerzos para proteger los derechos de privacidad biométricos.

El sitio web del Acuerdo se actualizará para informar a los Miembros de la Clase del progreso del Acuerdo. Por favor, sea paciente.

## Qué sucede si permanece en el Acuerdo

**17. ¿A qué estoy renunciando si permanezco en la Clase?**

A menos que se excluya, usted permanece en la Clase. Eso significa que, si el Tribunal aprueba el Acuerdo, está renunciando al derecho de presentar su propia demanda contra Facebook, o solicitar más dinero, por cualquiera de los asuntos o reclamaciones en el caso—independientemente de si usted está o no al tanto de dichas reclamaciones.

El alcance específico de las reclamaciones que está liberando se encuentra en el párrafo 1.25 del Acuerdo de Resolución, que está disponible a través del enlace "Documentos del Tribunal" en el sitio web del Acuerdo. Si tiene alguna pregunta, puede hablar con los abogados listados en la Pregunta 19 de forma gratuita, o puede, por supuesto, hablar con su propio abogado si tiene preguntas en cuanto a lo que significa la liberación.

**18. ¿Qué sucede si no hago nada en absoluto?**

Si usted es un Miembro de la Clase y no hace nada (lo que significa que no envía un Formulario de Reclamación y no se excluye), no recibirá nada de este Acuerdo y liberará sus reclamaciones como se explicó anteriormente.

## Los Abogados que le representan

**19. ¿Tengo un abogado en este caso?**

El Tribunal ha nombrado a los bufetes de abogados de Edelson 1-866-354-3015, Robbins Geller 1-800-449-4900, y Labaton Sucharow 1-888-219-6877 para representarle a usted y a todos los Miembros de la Clase. A estos bufetes se les denomina "Abogados de la Clase". Los bufetes de abogados tienen experiencia en gestionar casos de demandas colectivas similares. Más información sobre Edelson, Robbins Geller, y Labaton Sucharow, sus prácticas, y la experiencia de sus abogados está disponible en www.edelson.com, www.rgrdlaw.com, y www.labaton.com.

Ellos creen que, después de pleitear con Facebook en el tribunal durante varios años, el Acuerdo de Resolución es justo, razonable y para el mejor beneficio de la Clase. No se le cobrará por separado por estos abogados. Si desea estar representado por su propio abogado en este caso, puede contratar uno a su cargo.

**20. ¿Cómo se les pagará a los abogados?**

El Tribunal determinará cuánto se pagará a los Abogados de la Clase por los honorarios de abogados, costos y gastos en este caso. Los montos se pagarán del Fondo del Acuerdo de $650 millones. Los Abogados de la Clase solicitarán una adjudicación de honorarios de abogados de no más del veinte por ciento de los $550 millones originales del fondo del acuerdo, más los costos y gastos. Labaton Sucharow utilizará su parte de lo que se le adjudique para pagar a las Oficinas de Norman Rifkind.

Los Abogados de la Clase también solicitarán al Tribunal que apruebe adjudicaciones de hasta $7,500 cada una para compensar a los Representantes de la Clase por sus servicios en nombre de la Clase.

La solicitud de los Abogados de la Clase para una adjudicación de honorarios de abogados, costos y gastos y las adjudicaciones a los Representantes de la Clase estarán disponibles en la página "Documentos del Tribunal" en www.facebookbipaclassaction.com el 15 de octubre de 2020.

## Excluirse de la Clase

**21. ¿Cómo me salgo del Acuerdo?**

Para excluirse de la Clase, y ya no formar parte del Acuerdo, tiene que enviar por correo postal, correo electrónico o entregar una carta indicando que desea ser excluido de la Clase en *In re Facebook Biometric Information Privacy Litigation*, N.º de caso 3:15-cv-03747-JD. Su solicitud de exclusión tiene que incluir su nombre, dirección, correo electrónico y su firma. Si su dirección de correo electrónico es distinta a la dirección de correo electrónico asociada a su cuenta de Facebook, incluya también una dirección de correo electrónico asociado con su cuenta o un número de teléfono móvil asociado a su cuenta. Tiene que enviar por correo postal o correo electrónico su solicitud de exclusión **no más tarde del 23 de noviembre de 2020** a:

*In re Facebook Biometric Information Privacy Litigation* **Settlement Administrator**
P.O. Box 43401
Providence, RI 02940-3401
admin@facebookbipaclassaction.com

**22. Si no me excluyo, ¿puedo demandar a Facebook por el mismo asunto más adelante?**

No. A menos que se excluya, usted renuncia a cualquier derecho a demandar a Facebook por las reclamaciones que se resuelven en este Acuerdo. Si tiene un caso pendiente contra Facebook, por favor, hable con su abogado inmediatamente.

**23. Si me excluyo, ¿puedo todavía obtener algo del Acuerdo?**

No. Si se excluye, no debe enviar un Formulario de Reclamación para solicitar un pago porque ya no es elegible para ninguno.

## Objetar o Comentar el Acuerdo

**24. ¿Cómo objeto o hago un comentario sobre el Acuerdo o la solicitud de los honorarios de abogados, costos, gastos y adjudicaciones de incentivo?**

Usted puede comentar u oponerse al Acuerdo, la solicitud de los Abogados de la Clase para los honorarios de abogados, costos y gastos, y/o la solicitud de las adjudicaciones para los Representantes de la Clase.

Puede solicitar al Tribunal que deniegue la aprobación del Acuerdo. No puede solicitar al Tribunal que ordene un acuerdo diferente; el Tribunal solamente puede aprobar o rechazar el Acuerdo. Si el Tribunal deniega la aprobación, no se efectuará ningún pago en este momento, y el litigio continuará. Si eso es lo que desea que ocurra, tiene que objetar.

Cualquier objeción al Acuerdo propuesto tiene que ser por escrito. Si presenta una objeción por escrito antes de la fecha límite, puede, pero no tiene que hacerlo, comparecer en la Audiencia de Aprobación Final. Si desea comparecer, puede hacerlo usted mismo o mediante su propio abogado. Si comparece mediante su propio abogado, usted es responsable de contratar y pagar a ese abogado.

Todas las objeciones por escrito tienen que incluir lo siguiente:

- El nombre y el número de caso de esta demanda (*In re Facebook Biometric Information Privacy Litigation*, Master File No. 3:15-CV-03747-JD);

- Su nombre completo, dirección de correo postal, correo electrónico, y número de teléfono;

- Si utiliza una dirección de correo electrónico o número de teléfono diferente al de su cuenta de Facebook, también proporcione esa información;

- Una explicación de por qué cree que es un Miembro de la Clase;

- Una declaración que identifique si está objetando solamente en su nombre, en nombre de una subsección de la Clase, o en nombre de la Clase en su conjunto:

- Todas las razones de su objeción o comentario, incluyendo todas las citaciones a la autoridad legal y pruebas que respalden la objeción;

- Si tiene intención de comparecer personalmente y/o testificar en la Audiencia de Aprobación Final (ya sea en persona o mediante abogado), y a qué testigos pedirá hablar;

- El nombre y la información de contacto de todos y cada uno de los abogados que le representen, asesoren, y/o ayuden, incluyendo a cualquier abogado que pueda tener derecho a una compensación por cualquier razón relacionada con su objeción o comentario, que deba hacer una comparecencia ante el Tribunal de acuerdo con las Normas Locales; y

- Su firma manuscrita o firma electrónica. La firma de un abogado, o firma mecanografiada, no es suficiente.

Para ser considerado por el Tribunal, su comentario u objeción tiene que ser recibida por el Tribunal ya sea por correo enviándolo a Class Action Clerk, United States District Court for the Northern District of California, Phillip Burton Federal Building & U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, o presentándolo en persona en cualquier ubicación del Tribunal de Distrito de Estados Unidos por el Distrito Norte de California. Para ser considerado, su comentario u objeción tiene que ser presentado o llevar matasellos de **no más tarde del 23 de noviembre de 2020**.

**25. ¿Cuál es la diferencia entre objetar y excluirse de la Clase?**

Objetar significa que no está de acuerdo con algún aspecto del Acuerdo y piensa que el Tribunal no debe aprobar el Acuerdo. Una objeción, o un comentario, permite que sus puntos de vista sean escuchados en el tribunal. Puede objetar solamente si permanece en la Clase.

Excluirse de la Clase significa que usted ya no es Miembro de la Clase y no desea que el Acuerdo le aplique. Si se excluye, pierde cualquier derecho a recibir pagos o beneficios del Acuerdo o a objetar al Acuerdo porque el caso ya no le afecta.

## La Audiencia de Aprobación Final del Tribunal

**26. ¿Cuándo y dónde decidirá el Tribunal si aprueba el Acuerdo?**

El Tribunal tiene previsto celebrar la Audiencia de Aprobación Final el 7 de enero de 2021, a las 10:00 a.m., en la Sala 11 del Palacio de Justicia de Estados Unidos, 450 Golden Gate Ave., 19th Floor, San Francisco, CA. La audiencia puede ser aplazada a una fecha, lugar u hora diferentes sin más aviso a los Miembros de la Clase. Dada especialmente la emergencia sanitaria nacional, la fecha, hora y lugar de la audiencia pueden estar sujetos a cambios, al igual que la forma en que los Miembros de la Clase puedan presentarse en la audiencia. Por favor, revise el sitio web del Acuerdo para obtener información actualizada sobre la Audiencia de Aprobación Final.

En la Audiencia de Aprobación Final, el Tribunal considerará si el Acuerdo es justo, razonable y adecuado. Si hay objeciones, el Tribunal las considerará. El Tribunal puede escuchar a las personas que comparezcan en la audiencia y que han proporcionado aviso de su intención de comparecer en la audiencia. El Tribunal también puede considerar la solicitud de los Abogados de la Clase por los honorarios de abogados, costos y gastos, y por las adjudicaciones a los Representantes de la Clase.

**27. ¿Tengo que acudir a la Audiencia de Aprobación Final?**

No. Los Abogados de la Clase responderán a cualquier pregunta que el Tribunal pueda tener. Usted puede asistir por su cuenta si lo desea. Si presenta una objeción o comentario por escrito, no tiene que acudir al Tribunal para hablar de ello. Siempre y cuando presente su objeción o comentario por escrito a tiempo, y siga los requisitos anteriores, el Tribunal lo considerará. También puede pagar a su propio abogado para que asista, pero no es necesario.

**28. ¿Puedo hablar en la Audiencia de Aprobación Final?**

Sí. Puede solicitar permiso al Tribunal para hablar en la Audiencia de Aprobación Final. En la audiencia, el Tribunal puede escuchar objeciones y argumentos en cuanto a la equidad del Acuerdo y/o la solicitud de los Abogados de la Clase por los honorarios de abogados, costos, gastos, y las adjudicaciones de incentivo.

Para hacerlo, en su objeción o comentario tiene que incluir una declaración diciendo que es su "Aviso de Intención de Comparecer en *In re Facebook Biometric Information Privacy Litigation*, N.º de caso 3:15-cv-03747-JD". Tiene que incluir su nombre, dirección, correo electrónico, número de teléfono y firma, así como el nombre y la dirección de su abogado, si éste comparece en su nombre. Su presentación y aviso de intención de comparecer tiene que ser presentado ante el Tribunal y ser recibido no más tarde del 23 de noviembre de 2020.

Usted no puede hablar en la audiencia si se excluye de la Clase.

## Obtener más Información

**29. ¿Cómo obtengo más información?**

Este Aviso resume el Acuerdo propuesto. Puede encontrar más detalles en la Estipulación del Acuerdo de Demanda Colectiva, en las órdenes del Tribunal, y otros documentos relevantes, que están disponibles en línea en **www.facebookbipaclassaction.com**.

También puede obtener información sobre este caso accediendo al expediente del Tribunal, con cargo, mediante el sistema de Acceso Público del Tribunal a Registros Electrónicos del Tribunal (PACER) en www.cand.uscourts.gov, o visitando la oficina del Secretario del Tribunal del Tribunal de Distrito de Estados Unidos por el Distrito Norte de California, Palacio de Justicia de San Francisco, entre las 9:00 a.m. y 4:00 p.m., de lunes a viernes, excluyendo los días festivos del Tribunal.

También puede ponerse en contacto con el Administrador del Acuerdo llamando al 1-844-799-2417 o escribiendo a *In re Facebook Biometric Information Privacy Litigation* Settlement Administrator, P.O. Box 43401, Providence, RI 02940-3401, o llamando a los Abogados de la Clase Edelson (1-866-354-3015), Robbins Geller (1-800-449-4900), y Labaton Sucharow (1-888-219-6877).

**POR FAVOR, NO LLAME POR TELÉFONO AL TRIBUNAL O A LA OFICINA DEL SECRETARIO DEL TRIBUNAL PARA HACER CONSULTAS SOBRE ESTE ACUERDO O EL PROCESO DE RECLAMACIONES.**

Todas las preguntas relacionadas con el Acuerdo o el proceso de reclamaciones deben dirigirse al Administrador del Acuerdo o a los Abogados de la Clase.

Por orden del Tribunal de Distrito de Estados Unidos por el Distrito Norte de California



*In re Facebook Biometric Information Privacy Litigation*
**Settlement Administrator**
P.O. Box 43401
Providence, RI 02940-3401

**FBY** 

*In re Facebook Biometric Information Privacy Litig.*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:15-cv-03747-JD (N.D. Cal.)

**Must Be Postmarked
By November 23, 2020**

# Claim Form

*Instructions.* You may be eligible for a payment as part of the settlement of this case. You may submit only one Claim and duplicate claims will be rejected. To submit a claim for payment, provide all the information requested, and select how you would like to receive your payment. You must mail your Claim Form so it is postmarked by **November 23, 2020**.

**1.    Basic Information**

First Name                                     M.I.    Last Name

Address

Address (continued)

City                                           State   ZIP Code

Email address associated with your Facebook account

or

Phone number associated with your Facebook account

**2.    Payment Method.** Payment will be issued by check and will be mailed to the address above.



1

FOR CLAIMS PROCESSING ONLY    OB    CB

DOC
LC
REV

RED
A
B

**3.     Claim Information.** Provide the approximate dates and addresses where you lived in Illinois between June 7, 2011 and August 19, 2020.

Date (mm/dd/yy)          to          Date (mm/dd/yy)

Address

City          State          ZIP Code

Date (mm/dd/yy)          to          Date (mm/dd/yy)

Address

City          State          ZIP Code

Date (mm/dd/yy)          to          Date (mm/dd/yy)

Address

City          State          ZIP Code

**4.     Affirmation.** By signing and submitting this Claim Form you affirm under penalty of perjury that, to the best of your knowledge: (1) between June 7, 2011 and August 19, 2020, you lived in the State of Illinois for a period of at least 183 days (6 months) and had a Facebook account during that time; (2) during the time I lived in Illinois, I uploaded at least one Facebook profile picture that included my face or was tagged in at least one photo with my face; and (3) all of the information I provided in this Claim Form is true and accurate.

Signature: _____          Date (mm/dd/yyyy): _____

Print Name: _____

Mail your completed Claim Form to:

*In re Facebook Biometric Information Privacy Litigation* Settlement Administrator
P.O. Box 43401
Providence, RI 02940-3401

Your Claim Form must be mailed and postmarked by **November 23, 2020**.

# Exhibit I

**Facebook Biometric Information Privacy Litigation
Exclusion Report**



Count
109

| ClaimID | Last Name | First Name |
|---|---|---|
| 103459188001 | ADAMS | KEVIN |
| 114034489301 | AILLON | CHRISTIAN |
| 104607777001 | ALPER | JULIETTE |
| 112236976801 | AMMANN | SONIA |
| 116672278101 | ANG | JAMIE |
| 106632532101 | ANN | GINA |
| 111208278801 | BAKER | CINDY |
| 600236542701 | BARLEY | JOAN |
| 104658907001 | BOEKELOO | MEGAN |
| 110766572101 | BRODERICK | ADRIANA |
| 114512946801 | BYAMBAJAV | PUREVSUREN |
| 114034578301 | CAMARENA | ALEX |
| 109412346001 | CAMARENA | PAUL |
| 109054235901 | CAO | SABRINA |
| 108618077501 | CHABOT | JEFF |
| 104905031801 | CHEN | JESSIE |
| 108096096401 | CHIRINOS | JULIAN |
| 111832237401 | COWLEY | VALERIE |
| 112191449501 | CROSS | ALEXANDRA |
| 102168316901 | CUNNINGHAM | DANIELLE |
| 103947540101 | DAZZLINGEVENTS | CLEO |
| 113232297501 | DEDRICK | TYLER |
| 115462691801 | DITTBENNER | AMY |
| 108461433101 | DOMALEWSKI | JAMES R |
| 109408101001 | EDIYE | NIKKY |
| 106834386701 | ESPARZA | ADRIAN |
| 114550276501 | FICKERT | MEGAN |
| 109809700101 | GARCIA | SANDRA |
| 101720002401 | GAREL | AARON |
| 104507795701 | GHOSHAL | ABHIJEET |
| 116704089001 | GRANDT | SUE |
| 111780849401 | GRAY | KELLY |
| 113269676001 | GREENBERG | REBECCA |
| 108883860301 | GRZEGOREK | KAITLYN |
| 100202572501 | Guerrero | Nicholas |
| 105877551501 | GUERRERO | DANIEL |
| 111654091001 | Guerrero | DAVID |
| 103925281501 | GUIDO | JOE |
| 101973330001 | HABIB | RABAIL |
| 600380485801 | JUNG | GAYEON |

| | | |
|---|---|---|
| 112395505201 | KLINGELSCHMITT | JOHN |
| 108192984601 | KLOTZ | JENNIFER |
| 116055241901 | KORN | RACHEL |
| 102474837301 | KOWALSKI | LYDIA |
| 110787706001 | KUKEC | SARAH |
| 106688905401 | LANGE | CRISTOBAL |
| 115562659301 | LEE | ELIZABETH |
| 102224689501 | LEWIS | KEVIN |
| 113580890701 | LI | SHU |
| 113347673701 | LIN | CODY |
| 115452323401 | LOPETRONE | AMANDA |
| 115996425901 | MANDZIARA | CINDY |
| 109731053301 | MARICI | SALVATORE |
| 102424672801 | MCDERMOTT | MARY |
| 109066379401 | MCKAY | BROOKE |
| 104808576901 | MELL | DUMITRESCU |
| 105403547001 | MTJOY | LIZ |
| 103038816001 | MUGNOLO | ALEXIS |
| 114314211501 | MUSTAFA | HANNAH |
| 102405779101 | NGUYEN | THU |
| 111801910601 | ORMUZ | GLORIA |
| 110930913801 | ORR | JASON |
| 116164437401 | PALM | JEANNINE |
| 108133556801 | PARK | HYUNBIN |
| 600004132201 | PARKER | GARRETT |
| 113267359401 | PATEL | SHITESHBHAI |
| 109321674801 | PENNINGTON-FLAX | NIGEL |
| 100288310501 | PHAN | VI |
| 108992297501 | PHILLIPS | DONNA |
| 107738029601 | PINEDA | EDITH |
| 114204338801 | PRATHER | DANIEL |
| 104820036801 | RATLIFF | JASON |
| 108264309901 | RENNAKER | RYAN |
| 110852287601 | RODENHISER | JOHN |
| 102576203001 | RUIZ | ALICE |
| 109229822601 | SAO | ELIJAH |
| 111743915001 | SIZZLEDICK | MATT |
| 107588187001 | SMITH | COURTNEY |
| 108446395001 | SOLOMON | ZACHARY |
| 108686342801 | SOTIROPOULOS | PETER |
| 100586333001 | SPENCER | DARRELL |
| 110314703301 | SRIVASTAVA | RITA |
| 102480140001 | STUFFINGS | ALAN |
| 111519965701 | SUKHIJA | AKASH SUNIL |
| 111757534101 | SULAIMAN | AHMAD |
| 112008600401 | TANNEHILL | ROBERT |
| 900001801 | Terry | Kirsten |

| | | |
|---|---|---|
| 102495257301 | TRAN | OLIVIA |
| 106473007801 | TRUONG | TRISHA |
| 108985144701 | VERA | MARIANA |
| 100248092501 | VERA | FRANK |
| 101371136001 | Vera | Elizabeth |
| 105845479201 | VERA | GISELLE |
| 900007001 | Vera | Richard |
| 101566731701 | VERA | ALICE |
| 109534992401 | VERA | GUADLAUPE |
| 104977018001 | WEISS | MOLLY |
| 103110713101 | WOJSLAW | COREY |
| 108252327901 | WYER | ROBERT |
| 114615478801 | XU | YUANHAN |
| 107835756201 | YANG | JINGDI |
| 111620620401 | YOUNG | RACHEL |
| 104993627101 | YUN | SUSAN |
| 113992651901 | ZAK | SCOTT |
| 108067153701 | ZEWE | GEORGE |
| 116438305101 | ZEWE | DEBBIE |
| 108913220301 | ZHAO | QIAN |
| 116595741801 | ZHUANG | CONRAD |
| 113797698001 | ZOTTNICK | KELSEY |