Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Patel, individually & on behalf of class )
                                        )  Case No: 15 cv 3747
              Plaintiff(s),             )
                                        )  **APPLICATION FOR**
     v.                                 )  **ADMISSION OF ATTORNEY**
                                        )  **PRO HAC VICE**
Facebook, Inc.                          )  (CIVIL LOCAL RULE 11-3)
                                        )
              Defendant(s).             )
                                        )

I, Paúl Camarena, an active member in good standing of the bar of U.S. Dist. Ct. N. Dist. Ill., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: objector Kara Ross in the above-entitled action. My local co-counsel in this case is Amie D. Miller, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 500 So. Clinton St., No. 132<br>Chicago, IL 60607 | 369 Pine St., No. 725<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 493-7494 | (415) 906-2321 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| paulcamarena@paulcamarena.com | admlaw@sbcglobal.net |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3991981.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/06/21

Paúl Camarena
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Paúl Camarena is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/13/2021

UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER