EDELSON PC
Jay Edelson (*pro hac vice*)
Benjamin H. Richman (*pro hac vice*)
Alexander G. Tievsky (*pro hac vice*)
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
Fax: (312) 589-6379
jedelson@edelson.com

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller (*Pro Hac Vice*)
Stuart A. Davidson (*Pro Hac Vice*)
Christopher C. Gold (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

LABATON SUCHAROW LLP
Michael P. Canty (*pro hac vice*)
Corban S. Rhodes (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com

Counsel for plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Master File No. 3:15-cv-03747-JD <br><br> CLASS ACTION <br><br> NOTICE OF ERRATA RE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS & AMENDED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

NOTICE OF ERRATA - 3:15-cv-03747-JD

In preparation for the final approval hearing, Class Counsel became aware of two calculation errors, which they now correct:

First, in the Amended Motion for Final Approval of Class Action Settlement, the number of opt-outs was incorrectly reported as 107, and the percentage of opt-outs was miscalculated. The Lucchesi Declaration, dkt. 517-1, correctly lists the number of opt outs as 109, which is properly calculated as 0.0015% of the Class.

Second, in total lodestar amount in Plaintiffs' Motion For Attorney's Fees, Expenses, and Incentive Awards filed on October 15, 2020. The brief incorrectly listed the total lodestar amount as $20,701,829.25 and the total hours as 30,194.3. The correct total lodestar amount for the three Class Counsel firms as attested to by attorneys for their respective firms in their individual fee declarations is $20,685,153.20, and the correct total number of hours is 30,103.8. The declarations provided by counsel from each firm list the correct figures at the time of filing, and the error occurred only in transcribing and adding the numbers when finalizing the brief.

DATED: January 13, 2021

s/ Jay Edelson
Class Counsel

EDELSON PC
JAY EDELSON*
BENJAMIN RICHMAN*
ALEXANDER G. TIEVSKY*
350 North LaSalle Street, 14th Floor
Chicago, IL  60654
Telephone: 312/589-6370
312/589-6378 (fax)

EDELSON PC
RAFEY BALABANIAN*
LILY HOUGH*
123 Townsend Street, Suite 100
San Francisco, CA  94107
Telephone: 415/212-9300
415/373-9435 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
CHRISTOPHER C. GOLD*

| | |
|---|---|
| 1 | 120 East Palmetto Park Road, Suite 500 |
| | Boca Raton, FL  33432 |
| 2 | Telephone:  561/750-3000 |
| | 561/750-3364 (fax) |
| 3 | |
| | ROBBINS GELLER RUDMAN |
| 4 |   & DOWD LLP |
| | PATRICK J. COUGHLIN |
| 5 | ELLEN GUSIKOFF STEWART |
| | LUCAS F. OLTS |
| 6 | RANDI D. BANDMAN |
| | 655 West Broadway, Suite 1900 |
| 7 | San Diego, CA  92101 |
| | Telephone:  619/231-1058 |
| 8 | 619/231-7423 (fax) |
| 9 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 10 | SHAWN A. WILLIAMS (213113) |
| | JOHN H. GEORGE (292332) |
| 11 | Post Montgomery Center |
| | One Montgomery Street, Suite 1800 |
| 12 | San Francisco, CA  94104 |
| | Telephone:  415/288-4545 |
| 13 | 415/288-4534 (fax) |
| 14 | LABATON SUCHAROW LLP |
| | MICHAEL P. CANTY* |
| 15 | CORBAN S. RHODES* |
| | 140 Broadway |
| 16 | New York, NY  10005 |
| | Telephone:  212/907-0700 |
| 17 | 212/818-0477 (fax) |
| 18 | |
| 19 | |
| 20 | Attorneys for Plaintiffs and Class Counsel |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |