# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: January 14, 2021                      Judge: Hon. James Donato

Time: 1 Hour & 40 Minutes

Case No.     **C-15-03747-JD**
Case Name    **In re Facebook Biometric Information Privacy Litigation**

Attorney(s) for Plaintiff(s):    Paul J. Geller/Jay Edelson
Attorney(s) for Defendant(s):    Michael G. Rhodes
Attorney(s) for Objector(s):    Kendrick Jan/John Pentz/Paúl Camarena

Deputy Clerk: Lisa R. Clark                  Court Reporter: Belle Ball

## PROCEEDINGS

Final Approval Hearing -- Held (by Zoom)

## NOTES AND ORDERS

The Court hears argument on plaintiffs' motion for final approval (Dkt. No. 517) and motion for attorneys' fees, expenses, and incentive awards (Dkt. No. 499), including from objectors' counsel and plaintiffs' expert, Professor William B. Rubenstein.

The motions are taken under submission and the Court will issue a written order.