UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master File No. 3:15-cv-3747-JD |
| | CLASS ACTION |
| This Document Relates to: | DECLARATION OF KENDRICK JAN IN SUPPORT OF MOTION OF OBJECTORS FRANKFOTHER AND FLANAGAN FOR ATTORNEY'S FEES |
| ALL ACTIONS | |

I, Kendrick Jan, declare as follows:

1. I am an attorney licensed to practice in the State of California (SBN 105149) and a member of the bar of the United States District Court, Northern District of California. I have been an active member of the State Bar of California for 38 years, and my current business address is 402 West Broadway, Suite 1520, San Diego, California 92101.

2. Along with attorney John J. Pentz, I represent objectors Dawn Frankfother and Cathy Flanagan in the captioned matter, and make this declaration in support of their motion for attorney's fees.

3. I have individually expended at least 64.7 hours in representing the interest of my clients, whose objection was brought toward the benefit of all Class Members.

4. My time records in the captioned matter were personally maintained by me, in hand-written form, on a physical calendar.

Page 1

5.  I have prepared a statement of hours, and a description of my tasks, drawn in connection with the time I spent advocating my clients' position in this case, regarding both substantive settlement issues and Class Counsel's sought attorney fees.  See Exhibit A, attached, by this reference incorporated herein and made a part hereof.

6.  My rate of $900 per hour is lower than the current Laffey Matrix would allow (i.e. for an attorney in practice greater than 20 years).

7.  I have received no compensation for my work performed in this case.

I declare under penalty of perjury under the laws of the State of California the foregoing to be true and correct.

Date:  March 12, 2021

_____
Kendrick Jan

# EXHIBIT A

# Kendrick Jan, APC
## Attorney at Law

402 West Broadway, Suite 1520
San Diego, California 92101
Telephone: (619) 231-7702
Email: kj@jan-law.com

## STATEMENT OF HOURS AND DESCRIPTION OF SERVICES

Re: *In re: Facebook Biometric Information Privacy Litigation*
U.S.D.C. Case No. 3:15-cv-3747-JD

Following is a statement of time spent by attorney Kendrick Jan in the above-referenced matter:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| Nov. 2. 2020 | Client consult; obtain documents (e.g. Class Certification Order; Consolidated Class Complaint; FB Answer; FB Amended Answer; Long Form Notice; Prelim. Approval Order; appellate filings (incl. amicus briefs), etc. | 1.3 |
| Nov. 3. 2020 | Review case documents; review Prelim. Approval Hrg transcript; client consult | 4.6 |
| Nov. 6, 2020 | Additional review of case documents; case analysis; confer with JJ Pentz | 2.2 |
| Nov. 10, 2020 | Case research; initiate objection | 5.1 |
| Nov. 11, 2020 | Draft objection (cont'd) | 3.4 |
| Nov. 12, 2020 | Draft objection (cont'd); confer w/JJ Pentz | 1.5 |
| Nov. 13, 2020 | Confer w/JJ Pentz | 1.2 |
| Nov. 16, 2020 | Client consult; email client; draft objection (conti'd) | 2.8 |
| Nov. 18, 2020 | Draft objection (cont'd); confer w/JJ Pentz | 3.2 |
| Nov. 19, 2020 | Draft objection (cont'd); call w/clients | 3.3 |
| Nov. 20, 2020 | Finalize objection; confer w/JJ Pentz; file objection | 1.9 |
| Nov. 24, 2020 | Communications w/Class Counsel; confer w/JJ Pentz; research | 2.8 |
| Nov. 25, 2020 | Confer w/JJ Pentz re: Class Counsel demands | 1.4 |
| Dec. 1, 2020 | Email JJ Pentz re: Class Counsel's discovery motion | 0.1 |

EXHIBIT A

Firm Lodestar Calculation
*In re Facebook Information Privacy Litigation*
Page 2

| Date | Description | Hours |
|---|---|---|
| Dec. 2, 2020 | Research and initiate Draft opposition to discovery motion; call w/client (Frankfother) email exchange w/JJ Pentz | 5.6 |
| Dec. 3, 2020 | Calls w/client; draft opposition to discovery motion (cont'd); draft client declarations ISO; email exchange w/JJ Pentz; email exchange w/clients | 8.2 |
| Dec. 4, 2020 | Client email (Flanagan); filing of opposition | 0.3 |
| Dec. 8, 2020 | Review Final Approval Brief; zoom conference w/JJ Pentz | 3.3 |
| Dec. 9, 2020 | Conference with JJ Pentz | 0.2 |
| Dec. 14, 2020 | Review Amended Motion for Final Approval | 1.2 |
| Dec. 15, 2020 | Draft opposition to Amended Motion for Final Approval; email JJ Pentz | 2.5 |
| Dec. 16, 2020 | Review expert declaration ISO Amended Motion for Final Approval; draft opposition (cont'd); email JJ Pentz re: opposition | 3.0 |
| Dec. 17, 2020 | Finalize opposition to Amended Motion for Final Approval; email exchange w/JJ Pentz; confer w/JJ Pentz | 1.2 |
| Jan. 4, 2021 | Call clerk; email JJ Pentz | 0.2 |
| Jan. 12, 2021 | Pre-hearing research and conference w/JJ Pentz | 2.5 |
| Jan. 14, 2021 | Final Approval Hearing | 2.2 |
| | **TOTAL:** | **64.7** |

**Total 2020-2021 hours:** 64.7
**Total Lodestar at $900/hr.:** $58,230.00

Cordially,

Kendrick Jan
Kendrick Jan, APC

EXHIBIT A