Kendrick Jan, CA SBN 105149
Kendrick Jan, APC
402 West Broadway, Suite 1520
San Diego, CA 92101
Telephone:  (619) 231-7702
kj@jan-law.com

John J. Pentz, Esq., Mass. Bar No. 561907
19 Widow Rites Lane
Sudbury, MA 01776
Telephone: (978) 261-5725
jjpentz3@gmail.com
(*pro hac vice pending*)

Counsel for Objectors Frankfother and Flanagan

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION <br><br> This Document Relates to: | Master File No. 3:15-cv-3747-JD <br><br> CLASS <br><br> [Proposed] ORDER GRANTING MOTION OF OBJECTORS FRANKFOTHER AND FLANAGAN FOR ATTORNEY'S FEES <br><br> Judge:  James Donato <br> Hrg. Date:  April 22, 2021 |

Having considered the Motion of Objectors Frankfother and Flanagan for Attorney's Fees, and finding that Objectors Frankfother and Flanagan

Flanagan created a $12.5 million common-fund benefit by virtue of their objection, and good cause appearing for the rulings below, the Court HEREBY ORDERS counsel for Objectors Frankfother and Flanagan are hereby awarded a total of $119,880 in attorney's fees to be paid out of (the common fund) or (Class Counsel's awarded fees).

SO ORDERED this \_\_\_\_\_ day of _____, 2021.

_____
Hon. James Donato
United States District Judge