IN RE: FACEBOOK BIOMETRIC   )   Master File No. 3:15-cv-3747-JD
INFORMATION PRIVACY          )
LITIGATION                     )
_____ )

## **CERTIFICATE OF SERVICE**

I hereby certify that true copies of the following titled documents were filed with the Clerk of Court using CM/ECF on March 12, 2021, and as a result have been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

- Motion of Objectors Frankfother and Flanagan for Attorney's Fees

- Declaration of John J. Pentz In Support of Motion of Objectors Frankfother and Flanagan for Attorney's Fees

- Declaration of Kendrick Jan In Support of Motion of Motion of Objectors Frankfother and Flanagan for Attorney's Fees

- [Proposed] Order Granting Motion of Objectors Frankforther and Flanagan for Attorney's Fees

By: *s/ Kendrick Jan*