ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jgeorge@rgrdlaw.com

LABATON SUCHAROW LLP
MICHAEL P. CANTY (*pro hac vice*)
CORBAN S. RHODES (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
mcanty@labaton.com
crhodes@labaton.com

EDELSON PC
JAY EDELSON (*pro hac vice*)
BENJAMIN RICHMAN (*pro hac vice*)
ALEXANDER G. TIEVSKY (*pro hac vice*)
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)
jedelson@edelson.com
brichman@edelson.com
atievsky@edelson.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Master File No. 3:15-cv-03747-JD |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' NOTICE OF FILING IN ACCORDANCE WITH DKT. 539 |
| ALL ACTIONS. | |

NOTICE OF FILING - 3:15-cv-03747-JD

In accordance with this Court's order of March 22, 2021 (Dkt. 539), Plaintiffs hereby submit unredacted copies of their Memorandum in Support of Preliminary Approval of a Class Action Settlement (originally filed at Dkt. 445, attached as Exhibit 1) and Supplemental Brief in Support of Preliminary Approval of a Class Action Settlement (originally filed at Dkt. 465, attached as Exhibit 2).

DATED: March 24, 2021

Respectfully submitted,

EDELSON PC
RAFEY S. BALABANIAN
LILY HOUGH

s/ Rafey Balabanian
[ATTORNEY SIGNATURE]

123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415/212-9300
415/373-9435 (fax)

JAY EDELSON*
RYAN D. ANDREWS*
BENJAMIN RICHMAN*
ALEXANDER G. TIEVSKY*
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
CHRISTOPHER C. GOLD
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ELLEN GUSIKOFF STEWART
LUCAS F. OLTS
RANDI D. BANDMAN

|   |   |
|---|---|
| 1 | 655 West Broadway, Suite 1900 |
| 2 | San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 3 | |
| 4 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 5 | SHAWN A. WILLIAMS<br>JOHN H. GEORGE |
| 6 | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 7 | San Francisco, CA 94104<br>Telephone: 415/288-4545 |
| 8 | 415/288-4534 (fax) |
| 9 | LABATON SUCHAROW LLP<br>MICHAEL P. CANTY* |
| 10 | CORBAN S. RHODES*<br>140 Broadway |
| 11 | New York, NY 10005<br>Telephone: 212/907-0700 |
| 12 | 212/818-0477 (fax) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021, I served the above and foregoing Notice by causing true and accurate copies of such paper to be filed with the Court's CM/ECF system, which will send e-mail notification of such filing to counsel for all parties.

<u>s/ Rafey Balabanian</u>