Kendrick Jan, CA SBN 105149
Kendrick Jan, APC
402 West Broadway, Suite 1520
San Diego, CA 92101
Telephone: (619) 607-9750
kj@jan-law.com

John J. Pentz, Esq., Mass. Bar No. 561907 (*pro hac vice*)
19 Widow Rites Lane
Sudbury, MA 01776
Telephone: (978) 261-5725
jjpentz3@gmail.com

Counsel for Objectors Frankfother and Flanagan

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | ) Master File No. 3:15-cv-3747-JD ) ) CLASS ACTION ) |
| This Document Relates to: ALL ACTIONS | ) ) NOTICE OF APPEAL ) ) |

**NOTICE OF APPEAL**

Objectors Dawn Frankfother and Cathy Flanagan hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's February 26, 2021 Order re Final Approval, Attorney's Fees and Costs and Incentive Awards (Document 537).

Respectfully submitted,
Dawn Frankfother and Cathy aFlanagan
by their attorneys,

s/ *Kendrick Jan*
Kendrick Jan, APC
402 West Broadway, Suite 1520
San Diego, CA 92101
Tel: (619) 231-7702
kj@jan-law.com

John J. Pentz, Esq., *pro hac vice*
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using CM/ECF on March 27, 2021, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *s/ John J Pentz*