# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE FACEBOOK BIOMETRIC*  )<br>*INFORMATION PRIVACY LITIGATION*  )<br>_____ )<br>                                                            )<br>This Document Relates To:            )<br>                                                            )<br>ALL ACTIONS.                              ) | Master File No. 3:15-cv-03747-JD |

## **NOTICE OF APPEAL**

Kara Ross, by her counsel, Paúl Camarena, respectfully appeals the United States District Court's order (ECF 537) to the United States Court of Appeals for the Ninth Circuit.

      Respectfully submitted,
      Kara Ross
      North & Sedgwick, L.L.C.
by:    */s/ Paúl Camarena*
      Paúl Camarena, Esq.
      500 So. Clinton, No. 132
      Chicago, IL 60607
      paulcamarena@paulcamarena.com
      (312) 493-7494