UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Case No. 15-cv-03747-JD <br><br> **JUDGMENT** |

Terms and phrases in this Judgment will have the same meanings as in the Amended Stipulation of Class Action Settlement, Dkt. No. 468, Ex. A (the Settlement Agreement).

The Court has personal jurisdiction over all Class Members and subject matter jurisdiction to approve the Settlement Agreement, and final approval of the Settlement Agreement was previously granted. Dkt. No. 537.

The Court dismisses this class action against Facebook, Inc., on the merits and with prejudice, without fees or costs to any party except as provided for in the Settlement Agreement and the Court's final approval order, Dkt. No. 537, as well as in any other fees and costs orders that may be issued in the future by the Court.

The Releases in the Settlement Agreement will become effective as of the Effective Date, and will discharge the Released Parties from the Released Claims. The Settlement Agreement is binding on, and will have res judicata and preclusive effect in all pending and future lawsuits or other proceedings maintained by or on behalf of Plaintiffs and the Releasing Parties with respect to the Released Claims. All Class Members who were not excluded by the final approval order are permanently barred and enjoined from filing, intervening, or participating in any lawsuit or other action in any jurisdiction based on the Released Claims.

Judgment is entered pursuant to Federal Rule of Civil Procedure 58.  Without affecting the finality of this Judgment, the Court retains jurisdiction on all matters relating to administration, consummation, implementation, enforcement, and interpretation of the Settlement Agreement and this Judgment, and for any other necessary purpose.

**IT IS SO ORDERED.**

Dated: April 12, 2021

_____
JAMES DONATO
United States District Judge