UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 14 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re:  FACEBOOK BIOMETRIC
INFORMATION PRIVACY LITIGATION.

------------------------------

 NIMESH PATEL; et al.,

               Plaintiffs-Appellees,

 and

FACEBOOK, INC.,

               Defendant-Appellee,

  v.

DAWN FRANKFOTHER; CATHY
FLANAGAN,

               Objectors-Appellants.

No. 21-15553

D.C. No. 3:15-cv-03747-JD
Northern District of California,
San Francisco

ORDER

Before:  RAWLINSON and VANDYKE, Circuit Judges.

The motion for summary affirmance (Docket Entry No. 15) is denied.  *See*

9th Cir. R. 3-6(a)(2); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982)

(stating standard).  Movants' alternative request to expedite the appeal is denied.

The opening brief and excerpts of record are due August 25, 2021.  The

answering briefs are due September 24, 2021.  The optional reply brief is due

within 21 days after service of the last-served answering brief.

LCC/MOATT