EDELSON PC
Jay Edelson (*pro hac vice*)
Benjamin H. Richman (*pro hac vice*)
Alexander G. Tievsky (*pro hac vice*)
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
Fax: (312) 589-6379
jedelson@edelson.com

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller (*pro hac vice*)
Stuart A. Davidson (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

LABATON SUCHAROW LLP
Michael P. Canty (*pro hac vice*)
Corban S. Rhodes (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com

*Counsel for Plaintiffs and the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 3:15-cv-03747-JD<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' OBJECTION TO OBJECTORS' NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES<br><br>Judge: Hon. James Donato<br>Courtroom: 11 – 19th Floor<br>Hearing Date: September 9, 2021 |

1  Objectors Dawn Frankfother and Cathy Flanagan have filed a "Notice of Withdrawal,"
2  (dkt. 563), purporting to withdraw their motion for attorneys' fees, which is fully briefed and set
3  for hearing—at the Court's instance—on September 9, 2021. (*See* dkt. 550) (setting hearing).
4  The attempted withdrawal is untimely. Per Local Rule 7-7(e), such notices are required to be
5  filed "[w]ithin the time for filing and serving a reply," which expired on April 2, 2021. (Dkt.
6  538.)
7  The Court should hold the hearing on September 9, or, in the alternative, deny the motion
8  for attorneys' fees on the merits.

DATED: August 23, 2021

s/ Alexander G. Tievsky
Class Counsel

EDELSON PC
JAY EDELSON*
BENJAMIN RICHMAN*
ALEXANDER G. TIEVSKY*
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: 312/589-6370
312/589-6378 (fax)

EDELSON PC
RAFEY BALABANIAN (315962)
LILY HOUGH (315277)
150 California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415/212-9300
415/373-9435 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ELLEN GUSIKOFF STEWART
LUCAS F. OLTS
RANDI D. BANDMAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

LABATON SUCHAROW LLP
MICHAEL P. CANTY*
CORBAN S. RHODES*
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

Attorneys for Plaintiffs and Class Counsel