1 | ROBBINS GELLER RUDMAN
     & DOWD LLP
2 | SHAWN A. WILLIAMS (213113)
     One Montgomery Street, Suite 1800
3 | San Francisco, CA  94104
     Telephone:  415/288-4545
4 | 415/288-4534 (fax)
     shawnw@rgrdlaw.com
5 |
     LABATON SUCHAROW LLP                    EDELSON PC
6 | MICHAEL P. CANTY (*pro hac vice*)          JAY EDELSON (*pro hac vice*)
     CORBAN S. RHODES (*pro hac vice*)         BENJAMIN RICHMAN (*pro hac vice*)
7 | 140 Broadway                                ALEXANDER G. TIEVSKY (*pro hac vice*)
     New York, NY  10005                         350 North LaSalle Street, 14th Floor
8 | Telephone:  212/907-0700                    Chicago, IL  60654
     212/818-0477 (fax)                          Telephone:  312/589-6370
9 | mcanty@labaton.com                          312/589-6378 (fax)
     crhodes@labaton.com                         jedelson@edelson.com
10 |                                            brichman@edelson.com
                                                atievsky@edelson.com
11 |

12 | Attorneys for Plaintiffs

13 | [Additional counsel appear on signature page.]

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | SAN FRANCISCO DIVISION

17 | In re FACEBOOK BIOMETRIC        )   Master File No. 3:15-cv-03747-JD
     INFORMATION PRIVACY LITIGATION  )
18 | ——————————————————————————————  )   CLASS ACTION
                                      )
19 | This Document Relates To:        )   NOTICE OF CHANGE IN COUNSEL
                                      )   PURSUANT TO L.R. 5-1(c)(2)(C)
20 |     ALL ACTIONS.                 )
                                      )
21 | ——————————————————————————————  )

22 |

23 |

24 |

25 |

26 |

27 |

28 |

4888-4245-0433.v1

1      PLEASE TAKE NOTICE that John H. George is hereby withdrawn as counsel for plaintiff

2  Nimesh Patel.  Pursuant to Local Rule 5-1(c)(2)(C), Mr. George's withdrawal is necessary because

3  he is no longer associated with the firm Robbins Geller Rudman & Dowd LLP ("Robbins Geller").

4  Therefore, he should be removed as attorney of record.  Plaintiff will continue to be represented by

5  Robbins Geller.

6  DATED:  November 1, 2021           ROBBINS GELLER RUDMAN
                                                                                   & DOWD LLP

7                                                 SHAWN A. WILLIAMS

8

9                                              s/ Shawn A. Williams
                                            SHAWN A. WILLIAMS

10

11                                          Post Montgomery Center
                                          One Montgomery Street, Suite 1800
                                          San Francisco, CA  94104

12                                          Telephone:  415/288-4545
                                          415/288-4534 (fax)

13

14                                          ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                          PATRICK J. COUGHLIN

15                                          ELLEN GUSIKOFF STEWART
                                          LUCAS F. OLTS

16                                          RANDI D. BANDMAN
                                          655 West Broadway, Suite 1900

17                                          San Diego, CA  92101
                                          Telephone:  619/231-1058

18                                          619/231-7423 (fax)

19                                          ROBBINS GELLER RUDMAN
                                            & DOWD LLP

20                                          PAUL J. GELLER*
                                          STUART A. DAVIDSON*

21                                          120 East Palmetto Park Road, Suite 500
                                          Boca Raton, FL  33432

22                                          Telephone:  561/750-3000
                                          561/750-3364 (fax)

23                                          LABATON SUCHAROW LLP

24                                          MICHAEL P. CANTY*
                                          CORBAN S. RHODES*

25                                          140 Broadway
                                          New York, NY  10005

26                                          Telephone:  212/907-0700
                                          212/818-0477 (fax)

27

28

NOTICE OF CHANGE IN COUNSEL PURSUANT TO L.R. 5-1(c)(2)(C) - 3:15-cv-
03747-JD                                                                 - 1 -
4888-4245-0433.v1

1

2          EDELSON PC
           JAY EDELSON*
           BENJAMIN RICHMAN*
3          ALEXANDER G. TIEVSKY*
           350 North LaSalle Street, 14th Floor
4          Chicago, IL  60654
           Telephone:  312/589-6370
5          312/589-6378 (fax)

6          EDELSON PC
           RAFEY BALABANIAN*
7          LILY HOUGH*
           123 Townsend Street, Suite 100
8          San Francisco, CA  94107
           Telephone:  415/212-9300
9          415/373-9435 (fax)

10         Attorneys for Plaintiffs

           * = appearance *pro hac vice*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE IN COUNSEL PURSUANT TO L.R. 5-1(c)(2)(C) - 3:15-cv-
03747-JD                                                                                    - 2 -
4888-4245-0433.v1

1

CERTIFICATE OF SERVICE

2          I hereby certify under penalty of perjury that on November 1, 2021, I authorized the

3  electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will

4  send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List,

5  and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to

6  the non-CM/ECF participants indicated on the attached Manual Notice List.

7                                                            s/ Shawn A. Williams
                                                             SHAWN A. WILLIAMS
8
                                                             ROBBINS GELLER RUDMAN
9                                                                & DOWD LLP
                                                             Post Montgomery Center
10                                                           One Montgomery Street, Suite 1800
                                                             San Francisco, CA  94104
11                                                           Telephone:  415/288-4545
                                                             415/288-4534 (fax)
12                                                           E-mail:  shawnw@rgrdlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4888-4245-0433.v1

# Mailing Information for a Case 3:15-cv-03747-JD In re Facebook Biometric Information Privacy Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Rafey Sarkis Balabanian**
  rbalabanian@edelson.com,5926930420@filings.docketbird.com,docket@edelson.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James E Barz**
  jbarz@rgrdlaw.com

- **Joel H. Bernstein**
  jbernstein@labaton.com,JGardner@labaton.com,kgutierrez@labaton.com,cvillegas@labaton.com,RKamhi@labaton.com,1375722420@filings.docketbird.com,electro

- **Paul Camarena**
  paulcamarena@paulcamarena.com

- **Michael P. Canty**
  mcanty@labaton.com,lpina@labaton.com,4727379420@filings.docketbird.com,fmalonzo@labaton.com,acarpio@labaton.com,electroniccasefiling@labaton.com,cbor

- **Albert Y. Chang**
  achang@bottinilaw.com,sammirati@bottinilaw.com,asmith@bottinilaw.com

- **Vincent Connelly**
  vconnelly@mayerbrown.com,courtnotification@mayerbrown.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,ppuerto@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,creynolds@rgrdlaw.com,sdavidson@ecf.courtd

- **Mark Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Jay Edelson**
  jedelson@edelson.com,docket@edelson.com,5923412420@filings.docketbird.com

- **Amanda M. Frame**
  aframe@rgrdlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,swinkles@rgrdlaw.com,swinkles@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,pgeller@ecf.courtdrive.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **John Hamilton George**
  jgeorge@rgrdlaw.com

- **Christopher Chagas Gold**
  cgold@rgrdlaw.com

- **Lauren R Goldman**
  lrgoldman@mayerbrown.com,5357426420@filings.docketbird.com,courtnotification@mayerbrown.com,jmarsala@mayerbrown.com

- **Ellen Anne Gusikoff-Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey Gutkin**
  gutkinjm@cooley.com,eFilingNotice@cooley.com,carol-dickerson-7279@ecf.pacerpro.com,john-brocales-7263@ecf.pacerpro.com,efiling-notice@ecf.pacerpro.com

- **Frank S Hedin**
  fhedin@hedinhall.com

- **Lily E. Hough**
  lhough@edelson.com,docket@edelson.com,6100925420@filings.docketbird.com

- **Kendrick Michael Jan**
  kj@jan-law.com

- **Ross M. Kamhi**
  rkamhi@labaton.com,8349713420@filings.docketbird.com,lpina@labaton.com,electroniccasefiling@labaton.com

- **David Philip Milian**
  DMilian@CareyRodriguez.com,ecf@careyrodriguez.com

- **Amie Denise Miller**
  amiller@immigrate-us.net

- **John Nadolenco**
  jnadolenco@mayerbrown.com,los-docket@mayerbrown.com,tstruwe@mayerbrown.com,2071822420@filings.docketbird.com,srhernandez@mayerbrown.com,cgarcia@mayerbrown.com,hpark@mayer

- **Gregory Mark Nespole**
  gnespole@zlk.com,shalliday@zlk.com,ecf@zlk.com,stornatore@zlk.com

- **Alexander Nguyen**
  anguyen@edelson.com,docket@edelson.com

- **Richard E Nowak**
  rnowak@mayerbrown.com,courtnotification@mayerbrown.com,8637213420@filings.docketbird.com

- **Lucas F. Olts**
  Lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com,LOlts@ecf.courtdrive.com

- **Archis A. Parasharami**
  aparasharami@mayerbrown.com

- **Archis Ashok Parasharami**
  aparasharami@mayerbrown.com,4085092420@filings.docketbird.com,wdc.docket@mayerbrown.com

- **John Jacob Pentz**
  jjpentz3@gmail.com

- **Matthew David Provance**
  mprovance@mayerbrown.com,1004824420@filings.docketbird.com,courtnotification@mayerbrown.com

- **Michael E Rayfield**
  mrayfield@mayerbrown.com,jmarsala@mayerbrown.com

- **Corban S Rhodes**
  crhodes@labaton.com,lpina@labaton.com,3936743420@filings.docketbird.com,sauer@labaton.com,electroniccasefiling@labaton.com

- **Michael Graham Rhodes**
  rhodesmg@cooley.com,eFilingNotice@cooley.com,smartinez@cooley.com,john-brocales-7263@ecf.pacerpro.com,efiling-notice@ecf.pacerpro.com

- **Benjamin Harris Richman**
  brichman@edelson.com,8293072420@filings.docketbird.com,docket@edelson.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Whitty Somvichian**
  wsomvichian@cooley.com,john-brocales-7263@ecf.pacerpro.com,kforderer@cooley.com,efiling-notice@ecf.pacerpro.com,swarren@cooley.com

- **Alexander Glenn Tievsky**
  atievsky@edelson.com,docket@edelson.com,3500078420@filings.docketbird.com,randrews@edelson.com

- **Lesley Elizabeth Weaver**
  lweaver@bfalaw.com,emily-aldridge-5965@ecf.pacerpro.com,lesley-weaver-4669@ecf.pacerpro.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,SAlexander@rgrdlaw.com,smorris@ecf.courtdrive.com

- **Mark R Winston**
  mwinston@labaton.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Vincent         J. Connelly
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
```

```
Facebook Inc.
Cooley LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155
```