UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 7 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re:  FACEBOOK BIOMETRIC
INFORMATION PRIVACY LITIGATION,

------------------------------

 NIMESH PATEL; et al.,

               Plaintiffs-Appellees,

 and

FACEBOOK, INC.,

               Defendant-Appellee,

 v.

DAWN FRANKFOTHER; CATHY
FLANAGAN,

               Objectors-Appellants.

No.    21-15553

D.C. No. 3:15-cv-03747-JD
Northern District of California,
San Francisco

ORDER

Before:  HAWKINS, R. NELSON, and FORREST, Circuit Judges.

The panel has unanimously voted to deny Appellees' petition for panel rehearing.  The petition for panel rehearing is DENIED.

**SO ORDERED.**