| | |
|---|---|
| EDELSON PC<br>Jay Edelson (*pro hac vice*)<br>Benjamin H. Richman (*pro hac vice*)<br>Alexander G. Tievsky (*pro hac vice*)<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>Telephone:  (312) 589-6370<br>Fax: (312) 589-6379<br>jedelson@edelson.com | Kendrick Jan, CA SBN 105149<br>Kendrick Jan, APC<br>402 West Broadway, Suite 1520<br> San Diego, CA 92101<br>Telephone: (619) 231-7702<br>kj@jan-law.com<br><br>John J. Pentz, Esq. (*pro hac vice*)<br>Mass. Bar No. 561907<br>19 Widow Rites Lane<br>Sudbury, MA 01776<br>Telephone: (978) 261-5725<br>jjpentz3@gmail.com |
| ROBBINS GELLER RUDMAN & DOWD LLP<br>Paul J. Geller (*pro hac vice*)<br>Stuart A. Davidson (*pro hac vice*)<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432<br>Telephone:  561/750-3000<br>561/750-3364 (fax)<br>pgeller@rgrdlaw.com | *Counsel for Objectors Dawn Frankfother and Cathy Flanagan* |
| LABATON SUCHAROW LLP<br>Michael P. Canty (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone:  (212) 907-0700<br>Fax: (212) 818-0477<br>mcanty@labaton.com | |

*Counsel for Plaintiffs*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Master File No. 3:15-cv-03747-JD<br><br><u>CLASS ACTION</u><br><br>STIPULATION REGARDING COSTS ON APPEAL AND OBJECTORS' ATTORNEYS' FEES |

Plaintiffs and the Class on the one hand, and Objectors Dawn Frankfother and Cathy Flanagan on the other, hereby stipulate as follows:

1. Plaintiffs timely filed their bill of costs on March 31, 2022, seeking $108,069.09 in costs incurred as a result of Objectors' appeal but taxed in the district court pursuant to Federal Rule of Appellate Procedure 39(e).

2. On April 8, 2022, Class Counsel and Objectors' counsel held a telephonic meet and confer regarding the costs as required by Local Civil Rule 54-2(b).

3. During the telephone call, Objectors' counsel unilaterally stated that Ms. Frankfother and Ms. Flanagan will not take any further action in this matter. Objectors now confirm the same to the Court and understand that this confirmation acts as a knowing and voluntary waiver of further review by this Court, the Ninth Circuit, or the Supreme Court.

4. No consideration whatsoever was provided in exchange for Objectors' decision not to pursue additional avenues of appeal. Rather, Objectors' decision not to pursue further appeals permitted Class Counsel to confirm that the Class would not incur any future costs as a result of Objectors' appeals, and that the dispute about costs was limited to the amount that the Class had already claimed. Class Counsel made no offers with respect to the bill of costs or any other matter until after Objectors confirmed that they did not intend to seek further review.

5. Class Counsel and Objectors' counsel thereafter agreed that, in the interests of promoting efficient litigation and avoiding additional satellite proceedings, Plaintiffs and the Class will withdraw their bill of costs, (dkt. 573), and Objectors will not seek to renew or otherwise pursue any request for attorneys' fees and costs. (dkt. 538).

| | | |
|---|---|---|
| 1 | DATED: April 11, 2022 | s/ Alexander G. Tievsky |
| 2 | | Class Counsel |

EDELSON PC
JAY EDELSON*
BENJAMIN RICHMAN*
ALEXANDER G. TIEVSKY*
350 North LaSalle Street, 14th Floor
Chicago, IL  60654
Telephone:  312/589-6370
312/589-6378 (fax)

EDELSON PC
RAFEY S. BALABANIAN (315962)
150 California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415/212-9300
415/373-9435 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
PAUL J. GELLER*
STUART A. DAVIDSON*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
PATRICK J. COUGHLIN
ELLEN GUSIKOFF STEWART
LUCAS F. OLTS
RANDI D. BANDMAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

LABATON SUCHAROW LLP
MICHAEL P. CANTY*
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

*Attorneys for Plaintiffs and Class Counsel*

STIPULATION REGARDING COSTS AND FEES - **3:15-cv-03747-JD**                                                                                                    - 2 -

DATED:  April 11, 2022                     s/ John J. Pentz

Kendrick Jan, CA SBN 105149
Kendrick Jan, APC
402 West Broadway, Suite 1520
San Diego, CA 92101
Telephone: (619) 231-7702
kj@jan-law.com

John J. Pentz, Esq. (*pro hac vice*)
Mass. Bar No. 561907
19 Widow Rites Lane
Sudbury, MA 01776
Telephone: (978) 261-5725
jjpentz3@gmail.com

*Counsel for Objectors Dawn Frankfother and Cathy Flanagan*

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (s/) above.

s/ Alexander G. Tievsky

PURUSANT TO STIPULATION, IT IS SO ORDERED. Plaintiffs' bill of costs (dkt. 573) is withdrawn, and Objectors Dawn Frankfother and Cathy Flanagan waive any further motion for attorneys' fees and costs.

Dated:  April 15, 2022

Hon. James Donato, District Judge

IT IS SO ORDERED
Judge James Donato