UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 3:15-cv-03747-JD<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER RELEASING REMAINDER OF ATTORNEYS' FEES AWARDED TO CLASS COUNSEL |

Plaintiffs' administrative motion for an order releasing the remainder of attorneys' fees awarded to class counsel, Dkt. No. 579, is granted. Class counsel may collect from the Settlement Fund the remainder of the Court-awarded attorneys' fees in the total amount of $14,625,000.

IT IS SO ORDERED.

DATED: August 1, 2022

_____
JAMES DONATO
UNITED STATES DISTRICT JUDGE